**SmBus, PlnDue, DsclsDue, ReqSepNtc, Subchapter_V, APPEAL, MEDIATOR, SKIPAJTA, DISMISSED**

# U.S. Bankruptcy Court
## Southern District of Texas (Houston)
## Bankruptcy Petition #: 22-60043

|  |  |
|---|---|
| *Date filed:* | 07/29/2022 |
| *Date of Intradistrict transfer:* | 08/04/2022 |
| *Debtor dismissed:* | 06/21/2024 |
| *341 meeting:* | 09/07/2022 |
| *Deadline for filing claims:* | 10/07/2022 |
| *Deadline for filing claims (govt.):* | 02/07/2023 |
| *Deadline for objecting to discharge:* | 03/10/2023 |

*Assigned to:* Bankruptcy Judge Christopher M. Lopez
Chapter 11
Voluntary
Asset

*Debtor disposition:* Dismissed for Other Reason

| **Debtor** | represented by | **Raymond William Battaglia** |
|---|---|---|

**Free Speech Systems LLC**
3019 Alvin Devane Blvd. STE 300
Austin, TX 78741
TRAVIS-TX
SSN / ITIN: xxx-xx-0005

represented by **Raymond William Battaglia**
Law Offices of Ray Battaglia, PLLC
66 Granburg Circle
San Antonio, TX 78218
2106019405
Email: rbattaglialaw@outlook.com

**Annie E Catmull**
O'ConnorWechsler PLLC
4400 Post Oak Parkway
Ste. 2360
Houston, TX 77027
281.814.5977
Email: aecatmull@o-w-law.com

**Kyung Shik Lee**
Shannon Lee Beatty LLP
2100 Travis St.
Ste 1525
Houston, TX 77002
713-301-4751
Email: klee@shannonleellp.com

**Kathleen A. O'Connor**
O'ConnorWechsler PLLC
4400 Post Oak Parkway
Ste 2360
Houston, TX 77027
713-225-900 ext 234
Fax : 713-225-6126
Email: kaoconnor@o-w-law.com

**R. J. Shannon**
Shannon Lee Beatty LLP
2100 Travis Street, STE 1525
Houston, TX 77002
713-714-5770
Email: rshannon@shannonleellp.com

**Christina Walton Stephenson**
Driver Stephenson, PLLC
13155 Noel Road
Ste 900
Dallas, TX 75240
214-910-9558
Email: crissie@driversteplaw.com

*Trustee*                                   represented by **Elyse M Farrow**
**Melissa A Haselden**                      Haselden Farrow PLLC
Haselden Farrow PLLC                        708 Main Street
708 Main Street                             Ste 10th Floor
Ste 10th Fl                                 Houston, TX 77002
Houston, TX 77002                           832-819-1149
713-459-5339                                Email: EFarrow@HaseldenFarrow.com

**Elizabeth Carol Freeman**
The Law Office of Liz Freeman
PO Box 61209
Houston, TX 77208-1209
832-779-3580
Email: liz@lizfreemanlaw.com

**Melissa A Haselden**
Haselden Farrow PLLC
708 Main Street

000002

Ste 10th Fl
Houston, TX 77002
713-459-5339
Email: mhaselden@haseldenfarrow.com

**Melissa Anne Haselden**
Haselden Farrow PLLC
708 Main Street
Ste 10th Fl
Houston, TX 77002
832-819-1149
Email: mhaselden@haseldenfarrow.com

**Jennifer F Wertz**
Jackson Walker LLP
100 Congress Ave
Suite 1100
Austin, TX 78701
512-236-2247
Fax : 512-391-2147
Email: jwertz@jw.com

*Trustee*                        represented by **Erin Elizabeth Jones**
**Christopher R Murray**                Jones Murray LLP
Jones Murray LLP                        602 Sawyer
602 Sawyer St                           Suite 400
Ste 400                                 Houston, TX 77007
Houston, TX 77007                       832-529-1999
832-529-1999                            Fax : 832-529-3393
                                        Email: erin@jonesmurray.com

                                        **Joshua W. Wolfshohl**
                                        Porter Hedges LLP
                                        1000 Main, 36th Floor
                                        Houston, TX 77002
                                        713-226-6000
                                        Fax : 713-228-1331
                                        Email: jwolfshohl@porterhedges.com

*U.S. Trustee*                   represented by **Ha Minh Nguyen**
**US Trustee**                          Office of the United States Trustee
Office of the US Trustee                515 Rusk St

000003

515 Rusk Ave
Ste 3516
Houston, TX 77002
713-718-4650

Ste 3516
Houston, TX 77002
202-590-7962
Email: ha.nguyen@usdoj.gov

**Jayson B. Ruff**
Office of the United States Trustee
515 Rusk St.
Ste. 3516
Houston, TX 77002
713-718-4650
Fax : 713-718-4670
Email: jayson.b.ruff@usdoj.gov

*Respondent*
**Cicack Holdings, LLC**

represented by **Walter J Cicack**
Hawash Cicack & Gaston LLP
711 W. Alabama St.
Suite 200
Houston, TX 77006
713-658-9003
Fax : 713-658-9015
Email: wcicack@hcgllp.com

*Creditor Committee*
**Official Committee of
Unsecured Creditors of
Alexander E. Jones**
c/o Marty L. Brimmage, Jr.
Akin Gump Strauss Hauer & Feld
LLP
2300 N. Field Street, Suite 1800
Dallas, TX 75201
214-969-2800

represented by **Marty L Brimmage**
Akin Gump Strauss Hauer & Feld LLP
2300 N. Field Street
Suite 1800
Dallas, TX 75201
214-969-2885
Fax : 214-969-4343
Email: mbrimmage@akingump.com

| Filing Date | # | Docket Text |
|---|---|---|
| 07/29/2022 | 1 (17 pgs) | Chapter 11 Subchapter V Voluntary Petition Non-Individual Fee Amount $1738 Filed by Free Speech Systems LLC. Chapter 11 Plan (Small Business) due by 01/25/2023. (Battaglia, Raymond) (Entered: 07/29/2022) |
| 07/29/2022 | 2 (12 pgs; 2 docs) | Emergency Motion *for An Order Modifying the Automatic Stay to Allow the Heslin/Lewis State Court Suit to Continue to Judgment* Filed by |

000004

| | | |
|---|---|---|
| | | Debtor Free Speech Systems LLC (Attachments: # 1 Proposed Order) (Battaglia, Raymond) (Entered: 07/29/2022) |
| 07/29/2022 | 3 (17 pgs) | Debtors Master Service List (Filed By Free Speech Systems LLC ). (Battaglia, Raymond) (Entered: 07/29/2022) |
| 07/29/2022 | 4 (1 pg) | Declaration re: *List of Largest 20 Creditors* (Filed By Free Speech Systems LLC ).(Related document(s):1 Voluntary Petition (Chapter 11)) (Battaglia, Raymond) (Entered: 07/29/2022) |
| 07/29/2022 | 5 (1 pg) | Statement *regarding Corporate Ownership and Profitability of Entities in which the Estate of the Debtor Holds a Substantial and Controlling Interest* (Filed By Free Speech Systems LLC ). (Battaglia, Raymond) (Entered: 07/29/2022) |
| 07/29/2022 | 6 (24 pgs; 3 docs) | Emergency Motion *for Interim and Final Orders (I) Authorizing the Use of Cash Collateral Pursuant to Section 105, 361, and 363 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 4001(b) and (II) Granting Adequate Protection to the Pre-Petition Secured Lender* Filed by Debtor Free Speech Systems LLC (Attachments: # 1 Proposed Order # 2 Exhibit) (Battaglia, Raymond) (Entered: 07/29/2022) |
| 07/29/2022 | 7 (26 pgs; 3 docs) | Emergency Motion *for Entry of an Order (I) Approving Debtor's Proposed Form of Adequate Assurance of Payment for Future Utility Services; (II) Approving Adequate Assurance Procedures; (III) Prohibiting Utility Providers from Altering, Refusing or Discontinuing Services, and (IV) Granting Related Relief* Filed by Debtor Free Speech Systems LLC (Attachments: # 1 Proposed Order # 2 Exhibit) (Battaglia, Raymond) (Entered: 07/29/2022) |
| 07/29/2022 | 8 (23 pgs; 2 docs) | Emergency Motion *for Order (A) Authorizing the Debtor to Pay Prepetition Obligations of Certain Vendors, and (B) Granting Related Relief* Filed by Debtor Free Speech Systems LLC (Attachments: # 1 Proposed Order) (Battaglia, Raymond) (Entered: 07/29/2022) |
| 07/29/2022 | 9 (12 pgs; 2 docs) | Emergency Motion *Emergency Motion to Extend Time to File Schedules and Statement of Financial Affairs* Filed by Debtor Free Speech Systems LLC (Attachments: # 1 Proposed Order) (Battaglia, Raymond) (Entered: 07/29/2022) |
| 07/29/2022 | 10 (38 pgs) | Declaration re: *Declaration of W. Marc Schwartz in Support of Voluntary Petition and First Day Motions* (Filed By Free Speech Systems LLC ).(Related document(s):1 Voluntary Petition (Chapter 11), 2 Emergency Motion, 6 Emergency Motion, 7 Emergency Motion, 8 Emergency Motion, 9 Emergency Motion) (Battaglia, Raymond) (Entered: 07/29/2022) |
| 07/29/2022 | 11 (2 pgs) | Certificate *of Service of Notice of August 1, 2022, Hearing* (Filed By Free Speech Systems LLC ).(Related document(s):2 Emergency Motion, Certificate of Notice) (Shannon, R. J.) (Entered: 07/29/2022) |
| 07/31/2022 | 12 (3 pgs) | Notice of Appearance and Request for Notice Filed by Ryan E Chapple Filed by on behalf of David Wheeler, et al. (Chapple, Ryan) (Entered: 07/31/2022) |

000005

| 07/31/2022 | 🌐 13 (3 pgs) | Notice of Appearance and Request for Notice Filed by Randy W Williams Filed by on behalf of David Wheeler, et al. (Williams, Randy) (Entered: 07/31/2022) |
|---|---|---|
| 07/31/2022 | 🌐 14 (109 pgs; 10 docs) | Witness List, Exhibit List (Filed By Free Speech Systems LLC ). (Related document(s):2 Emergency Motion) (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit # 7 Exhibit # 8 Exhibit # 9 Exhibit) (Shannon, R. J.) (Entered: 07/31/2022) |
| 07/31/2022 | 🌐 15 (279 pgs; 15 docs) | Motion for Relief from Stay *to Proceed with Connecticut State Court Litigation*. Fee Amount $188. Filed by Creditor David Wheeler, et al. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H # 9 Exhibit I # 10 Exhibit J # 11 Exhibit K # 12 Exhibit L # 13 Exhibit M # 14 Proposed Order) (Chapple, Ryan) (Entered: 07/31/2022) |
| 08/01/2022 | 🌐 16 (2 pgs) | Order Granting Emergency Motion to Lift Stay (Related Doc # 2) Signed on 8/1/2022. (clopez) (Entered: 08/01/2022) |
| 08/01/2022 | 🌐 17 (3 pgs) | Notice of Appearance and Request for Notice Filed by Shelby A Jordan Filed by on behalf of Shelby A Jordan (Jordan, Shelby) (Entered: 08/01/2022) |
| 08/01/2022 | 🌐 18 (1 pg) | 🔊 PDF with attached Audio File. Court Date & Time [ 8/1/2022 8:29:28 AM ]. File Size [ 29674 KB ]. Run Time [ 01:01:49 ]. (admin). (Entered: 08/01/2022) |
| 08/01/2022 | 🌐 19 (2 pgs) | Notice of Appearance and Request for Notice Filed by Jarrod B. Martin Filed by on behalf of Marcel Fontaine, Veronique De La Rosa, Leonard Pozner, Scarlett Lewis, Neil Heslin (Martin, Jarrod) (Entered: 08/01/2022) |
| 08/01/2022 | 🌐 20 | Courtroom Minutes. Time Hearing Held: 8:30 AM. Appearances: Ha Nguyen, Ryan Chapple, Alinor Sterling, Cordt Akers, Jarrod Martin, W. Marc Schwartz, Kyung Lee, Raymond Battaglia, R.J. Shannon, Melissa Haselden, Avi Moshenberg, Randy Williams, Chris Matty. (Related document(s): 2 Emergency Motion for An Order Modifying the Automatic Stay to Allow the Heslin/Lewis State Court Suit to Continue to Judgment ). For the reasons stated on the record, Motion Granted. Order Signed. Hybrid Hearing on First Day Motions is scheduled for 8/3/2022 at 10:00 AM. Hybrid Hearing on (Related document(s): 15 Motion for Relief from Stay to Proceed with Connecticut State Court Litigation) to be held on 8/5/2022 at 10:00 AM. (ZildeMartinez) (Entered: 08/01/2022) |
| 08/02/2022 | 🌐 21 (3 pgs) | Notice of Appearance and Request for Notice Filed by Christopher Dylla Filed by on behalf of Texas Comptroller of Public Accounts, Revenue Accounting Division (Dylla, Christopher) (Entered: 08/02/2022) |
| 08/02/2022 | 🌐 22 (4 pgs) | Notice of Appointment of Chapter 11 Subchapter V Trustee. Melissa A Haselden added to case as trustee. (Nguyen, Ha) (Entered: 08/02/2022) |
| 08/02/2022 | 🌐 23 (2 pgs) | Notice of Appearance and Request for Notice Filed by Avi Moshenberg Filed by on behalf of Veronique De La Rosa, Marcel Fontaine, Neil |

| | | |
|---|---|---|
| | | Heslin, Scarlett Lewis, Leonard Pozner (Moshenberg, Avi) (Entered: 08/02/2022) |
| 08/02/2022 | 24 (1 pg) | Motion to Appear pro hac vice *of Alinor C. Sterling*. Filed by Creditor David Wheeler, et al. (Chapple, Ryan) (Entered: 08/02/2022) |
| 08/02/2022 | 25 (1 pg) | Order Granting Motion To Appear pro hac vice (Related Doc # 24) Signed on 8/2/2022. (clopez) (Entered: 08/02/2022) |
| 08/02/2022 | 26 (57 pgs; 13 docs) | Exhibit List (Filed By Free Speech Systems LLC ).(Related document(s):6 Emergency Motion, 7 Emergency Motion, 8 Emergency Motion, 9 Emergency Motion) (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9 # 10 Exhibit 10 # 11 Exhibit 11 # 12 Exhibit 12) (Battaglia, Raymond) (Entered: 08/02/2022) |
| 08/02/2022 | 27 (11 pgs) | Objection *by Sandy Hook Plaintiffs to Debtor's Emergency Motion for an Interim and Final Orders (I) Authorizing the Use of Cash Collateral Pursuant to Sections 105, 361, and 363 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 4001(B) and (II) Granting Adequate Protection* (related document(s):6 Emergency Motion). Filed by Veronique De La Rosa, Marcel Fontaine, Neil Heslin, Scarlett Lewis, Leonard Pozner, David Wheeler, et al. (Martin, Jarrod) (Entered: 08/02/2022) |
| 08/03/2022 | 28 (566 pgs; 16 docs) | Witness List, Exhibit List (Filed By Veronique De La Rosa, Marcel Fontaine, Neil Heslin, Scarlett Lewis, Leonard Pozner, David Wheeler, et al. ).(Related document(s):6 Emergency Motion, 27 Objection) (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9 # 10 Exhibit 10 # 11 Exhibit 11 # 12 Exhibit 12 # 13 Exhibit 13 # 14 Exhibit 14 # 15 Exhibit 15) (Martin, Jarrod) (Entered: 08/03/2022) |
| 08/03/2022 | 29 (2 pgs) | Witness List, Exhibit List (Filed By US Trustee ).(Related document(s):6 Emergency Motion, 7 Emergency Motion, 8 Emergency Motion, 9 Emergency Motion) (Nguyen, Ha) (Entered: 08/03/2022) |
| 08/03/2022 | 30 (2 pgs) | Order Granting Extension of Time to File Schedules and Statement of Financial Affairs (Related Doc # 9). Signed on 8/3/2022. (rsal) (Entered: 08/03/2022) |
| 08/03/2022 | 31 | Courtroom Minutes. Time Hearing Held: 10:00 AM. Appearances: Raymond Battaglia, Kyung Lee, R.J. Shannon, W. Marc Schwartz, Norm Pattis, Avi Moshenberg, Jarrod Martin, Marty Brimmage, Ryan Chapple, Alinor Sterling, Christopher Mattei, Ha Nguyen, Millie Sall, Stephen Lemmon, Melissa Haselden, Shelby Jordan. (Related document(s):6 Emergency Motion, 7 Emergency Motion, 8 Emergency Motion). Arguments heard. Evidence presented. Witness: W. Marc Schwartz. For the reasons stated on the record, Motions Granted. Debtor's counsel is to file a proposed form of order. Order Signed as to 9 Motion for Extension of Time. Continued Cash Collateral Hybrid Hearing is scheduled for 8/24/2022 at 10:00 AM. (ZildeMartinez) (Entered: 08/03/2022) |
| 08/03/2022 | 32 (5 pgs) | Amended Petition (Filed By Free Speech Systems LLC ). (Battaglia, Raymond) (Entered: 08/03/2022) |

| | | |
|---|---|---|
| 08/03/2022 | 🌐 33<br>(4 pgs) | BNC Certificate of Mailing. (Related document(s):16 Order on Emergency Motion) No. of Notices: 2. Notice Date 08/03/2022. (Admin.) (Entered: 08/03/2022) |
| 08/04/2022 | 🌐 34<br>(1 pg) | Order for Intradistrict Transfer Signed on 8/4/2022 (rsal) (Entered: 08/04/2022) |
| 08/04/2022 | 🌐 35<br>(1 pg) | ◀)) PDF with attached Audio File. Court Date & Time [ 8/3/2022 10:02:10 AM ]. File Size [ 61637 KB ]. Run Time [ 02:08:25 ]. (First Day Hearings Morning Session). (admin). (Entered: 08/04/2022) |
| 08/04/2022 | 🌐 36<br>(1 pg) | ◀)) PDF with attached Audio File. Court Date & Time [ 8/3/2022 1:22:05 PM ]. File Size [ 101514 KB ]. Run Time [ 03:31:29 ]. (First Day Hearings Afternoon Session). (admin). (Entered: 08/04/2022) |
| 08/04/2022 | 🌐 37<br>(2 pgs) | Notice *of Re-set Hearing*. (Related document(s):15 Motion for Relief From Stay) Filed by David Wheeler, et al. (Chapple, Ryan) (Entered: 08/04/2022) |
| 08/05/2022 | 🌐 38<br>(8 pgs) | Proposed Order RE: (Filed By Free Speech Systems LLC ).(Related document(s):6 Emergency Motion) (Battaglia, Raymond) (Entered: 08/05/2022) |
| 08/05/2022 | 🌐 39<br>(6 pgs) | Proposed Order RE: (Filed By Free Speech Systems LLC ).(Related document(s):7 Emergency Motion) (Battaglia, Raymond) (Entered: 08/05/2022) |
| 08/05/2022 | 🌐 40<br>(6 pgs) | Proposed Order RE: (Filed By Free Speech Systems LLC ).(Related document(s):8 Emergency Motion) (Battaglia, Raymond) (Entered: 08/05/2022) |
| 08/05/2022 | 🌐 41<br>(8 pgs) | Interim Order Authorizing Debtor's Use of Cash Collateral and Providing Partial Adequate Protection (Related document(s): 6 Emergency Motion). Signed on 8/5/2022. (rsal) (Entered: 08/05/2022) |
| 08/05/2022 | 🌐 42<br>(6 pgs) | Order (I) Approving Debtor's Proposed From of Adequate Assurance of Payment for Future Utility Services, (II) Approving Adequate Assurance Procedures, (III) Prohibiting Utility Providers From Altering, Refusing or Discontinuing Service, and (IV) Granting Related Relief (Related Doc # 7). Signed on 8/5/2022. (rsal) (Entered: 08/05/2022) |
| 08/05/2022 | 🌐 43<br>(6 pgs) | Order (A) Authorizing the Debtor to Pay Prepetition Obligations of Certain Critical Vendors and (B) Granting Related Relief (Related Doc # 8). Signed on 8/5/2022. (rsal) (Entered: 08/05/2022) |
| 08/07/2022 | 🌐 44<br>(10 pgs) | BNC Certificate of Mailing. (Related document(s):41 Generic Order) No. of Notices: 7. Notice Date 08/07/2022. (Admin.) (Entered: 08/07/2022) |
| 08/07/2022 | 🌐 45<br>(8 pgs) | BNC Certificate of Mailing. (Related document(s):42 Order on Emergency Motion) No. of Notices: 7. Notice Date 08/07/2022. (Admin.) (Entered: 08/07/2022) |

000008

| | | |
|---|---|---|
| 08/07/2022 | ◔ 46 (8 pgs) | BNC Certificate of Mailing. (Related document(s):43 Order on Emergency Motion) No. of Notices: 7. Notice Date 08/07/2022. (Admin.) (Entered: 08/07/2022) |
| 08/08/2022 | ◔ 47 (1 pg) | AO 435 TRANSCRIPT ORDER FORM (3-Day) by Ryan Chapple. This is to order a transcript of Hearing on First Day Motions - August 3, 2022 before Judge Christopher Lopez. Court Reporter/Transcriber: Veritext Legal Solutions (Filed By David Wheeler, et al. ). (Chapple, Ryan) Electronic Transcript Request Received and Forwarded to Veritext Legal Solutions on 08/08/2022. Estimated Date of Completion: 08/11/2022. Modified on 8/8/2022 (AntonioBanda). (Entered: 08/08/2022) |
| 08/09/2022 | ◔ 48 (1 pg) | AO 435 TRANSCRIPT ORDER FORM (Expedited (7 days)) by Ryan Chapple. This is to order a transcript of Motion to Lift Stay on August 1, 2022 before Judge Christopher Lopez. Court Reporter/Transcriber: Veritext Legal Solutions (Filed By David Wheeler, et al. ). (Chapple, Ryan) Electronically forwarded to Veritext Legal Solutions on 08/09/2022. Estimated completion date on 08/16/2022.Modified on 8/9/2022 (ShannonHolden). (Entered: 08/09/2022) |
| 08/09/2022 | ◔ 49 (2 pgs) | AO 435 TRANSCRIPT ORDER FORM (Daily (24 hours)) by U.S. Trustee. This is to order a transcript of Hearing Held on 8/3/2022 before Judge Christopher Lopez. Court Reporter/Transcriber: Veritext Legal Solutions (Filed By US Trustee ). (Nguyen, Ha) Electronic Transcript Request Received and Forwarded to Veritext Legal Solutions on 08/09/2022. Estimated Date of Completion: 08/10/2022. Modified on 8/9/2022 (BrandisIsom). (Entered: 08/09/2022) |
| 08/09/2022 | ◔ 50 (1 pg) | Motion to Appear pro hac vice *of Joseph S.U. Bodoff*. Filed by Creditor ADP TotalSource, Inc. (Bodoff, Joseph) (Entered: 08/09/2022) |
| 08/10/2022 | ◔ 51 (8 pgs) | Notice of Appearance and Request for Notice Filed by Stephen A Roberts Filed by on behalf of David Ross Jones (Roberts, Stephen) (Entered: 08/10/2022) |
| 08/10/2022 | ◔ 52 (1 pg) | Order Granting Motion To Appear pro hac vice as to Joseph S. U. Bodoff (Related Doc # 50). Signed on 8/10/2022. (rsal) (Entered: 08/10/2022) |
| 08/11/2022 | ◔ 53 (2 pgs) | Meeting of Creditors Chapter 11 for Non-Individual Debtor Set 341(a) meeting to be held on 9/7/2022 at 01:00 PM at Houston, 515 Rusk Suite 3401. Last day to object to dischargeability under section 523 is 11/7/2022. Proofs of Claims due by 10/7/2022. Government Proof of Claim due by 2/7/2023. (Nguyen, Ha) Modified on 8/11/2022 (RobbieWestmoreland). (Entered: 08/11/2022) |
| 08/11/2022 | ◔ 54 (2 pgs) | US Trustee's Notice *of Section 341 Meeting of Creditors with Dial-In Instructions*. (Nguyen, Ha) (Entered: 08/11/2022) |
| 08/11/2022 | ◔ 55 (12 pgs; 2 docs) | Motion to Amend (related document(s):41 Generic Order). Filed by Debtor Free Speech Systems LLC (Attachments: # 1 Proposed Order) (Battaglia, Raymond) (Entered: 08/11/2022) |
| 08/12/2022 | ◔ 56 (6 pgs; 2 docs) | Objection (related document(s):55 Motion to Amend). Filed by David Wheeler, et al. (Attachments: # 1 Proposed Order) (Chapple, Ryan) (Entered: 08/12/2022) |

000009

| | | |
|---|---|---|
| 08/12/2022 | 🔘 57 (3 pgs) | Notice *of Texas Plaintiffs' Joinder to the Connecticut Plaintiffs' Objection to Debtor's Emergency Motion to Amend Interim Order Authorizing the Use of Cash Collateral*. (Related document(s):55 Motion to Amend, 56 Objection) Filed by Veronique De La Rosa, Marcel Fontaine, Neil Heslin, Scarlett Lewis, Leonard Pozner (Martin, Jarrod) (Entered: 08/12/2022) |
| 08/12/2022 | 🔘 58 (18 pgs; 4 docs) | Exhibit List (Filed By Free Speech Systems LLC ).(Related document(s):55 Motion to Amend) (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3) (Battaglia, Raymond) (Entered: 08/12/2022) |
| 08/12/2022 | 🔘 59 (2 pgs) | Certificate *of Service of Witness and Exhibit List and Exhibits* (Filed By Free Speech Systems LLC ).(Related document(s):58 Exhibit List) (Lee, Kyung) (Entered: 08/12/2022) |
| 08/12/2022 | 🔘 60 (139 pgs; 7 docs) | Witness List, Exhibit List (Filed By Veronique De La Rosa, Marcel Fontaine, Neil Heslin, Scarlett Lewis, Leonard Pozner ).(Related document(s):55 Motion to Amend, 56 Objection, 57 Notice) (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6) (Martin, Jarrod) (Entered: 08/12/2022) |
| 08/12/2022 | 🔘 61 (146 pgs; 8 docs) | Exhibit List (Filed By David Wheeler, et al. ).(Related document(s):55 Motion to Amend, 56 Objection) (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7) (Chapple, Ryan) (Entered: 08/12/2022) |
| 08/12/2022 | 🔘 62 (4 pgs) | Notice of Appearance and Request for Notice Filed by Kyung Shik Lee Filed by on behalf of Free Speech Systems LLC (Lee, Kyung) (Entered: 08/12/2022) |
| 08/12/2022 | 🔘 63 (257 pgs) | Transcript RE: trial held on 8/3/22 before Judge Christopher M Lopez. Transcript is available for viewing in the Clerk's Office. Filed by Transcript access will be restricted through 11/10/2022. (VeritextLegalSolutions) (Entered: 08/12/2022) |
| 08/12/2022 | 🔘 64 (1 pg) | Order Modifying Interim Order Authorizing Debtor's Use of Cash Collateral and Providing Partial Adequate Protection (Related document(s): 55 Motion to Amend). Signed on 8/12/2022. (rsal) (Entered: 08/12/2022) |
| 08/12/2022 | 🔘 65 (1 pg) | Subchapter V Deadlines Order. Status Conference to be held on 9/20/2022 at 01:00 PM. Signed on 8/12/2022. (rsal) (Entered: 08/12/2022) |
| 08/12/2022 | 🔘 66 | Courtroom Minutes. Time Hearing Held: 1:00 PM. Appearances: RJ Shannon, Raymond Battaglia, Ryan Chapple, Marty Brimmage, Ha Nguyen, Kyung Lee, Melissa Haselden. (Related document(s): 55 Motion to Amend). Arguments heard. Evidence Presented. Witnesses: W. Marc Schwartz, Patrick Riley. For the reasons stated on the record, Motion Granted. Order Signed. **Hybrid Status Conference to be held on 9/20/2022 at 01:00 PM.** Debtor's exhibits 58-2 and 58-3 were admitted into evidence. (ZildeMartinez) (Entered: 08/12/2022) |

| | | |
|---|---|---|
| 08/12/2022 | 🔊67 (1 pg) | 🔊 PDF with attached Audio File. Court Date & Time [ 8/12/2022 1:05:47 PM ]. File Size [ 117071 KB ]. Run Time [ 04:03:54 ]. (admin). (Entered: 08/12/2022) |
| 08/12/2022 | 68 (4 pgs) | BNC Certificate of Mailing. (Related document(s):52 Order on Motion to Appear pro hac vice) No. of Notices: 7. Notice Date 08/12/2022. (Admin.) (Entered: 08/12/2022) |
| 08/13/2022 | 69 (8 pgs) | BNC Certificate of Mailing - Meeting of Creditors. (Related document(s):53 Meeting of Creditors Chapter 11 for Non-Individual Debtor Set) No. of Notices: 154. Notice Date 08/13/2022. (Admin.) (Entered: 08/13/2022) |
| 08/13/2022 | 70 (7 pgs) | BNC Certificate of Mailing. (Related document(s):54 US Trustee's Notice) No. of Notices: 143. Notice Date 08/13/2022. (Admin.) (Entered: 08/13/2022) |
| 08/14/2022 | 71 (4 pgs) | BNC Certificate of Mailing. (Related document(s):64 Generic Order) No. of Notices: 7. Notice Date 08/14/2022. (Admin.) (Entered: 08/14/2022) |
| 08/14/2022 | 72 (4 pgs) | BNC Certificate of Mailing. (Related document(s):65 Order Setting Hearing) No. of Notices: 7. Notice Date 08/14/2022. (Admin.) (Entered: 08/14/2022) |
| 08/15/2022 | 73 (1 pg) | Notice of Filing of Official Transcript as to 63 Transcript. Parties notified (Related document(s):63 Transcript) (ShannonHolden) (Entered: 08/15/2022) |
| 08/15/2022 | 74 (1 pg) | AO 435 TRANSCRIPT ORDER FORM (Daily (24 hours)) by Wheeler, et al./Ryan Chapple. This is to order a transcript of Cash Collateral Motion on August 12, 2022 before Judge Christopher Lopez. Court Reporter/Transcriber: Veritext Legal Solutions (Filed By David Wheeler, et al. ). (Chapple, Ryan) Electronically forwarded Veritext Legal Solutions on 08/17/2022. Estimated completion date is 08/18/2022. Modified on 8/17/2022 (ShannonHolden). (Entered: 08/15/2022) |
| 08/16/2022 | 75 (12 pgs; 2 docs) | Notice *of Filing of Order Granting Emergency Motions for Remand*. Filed by David Wheeler, et al. (Attachments: # 1 Exhibit A) (Chapple, Ryan) (Entered: 08/16/2022) |
| 08/16/2022 | 76 (44 pgs) | Transcript RE: held on 08/01/2022 before Judge Christopher M. Lopez. Transcript is available for viewing in the Clerk's Office. Filed by Transcript access will be restricted through 11/14/2022. (VeritextLegalSolutions) (Entered: 08/16/2022) |
| 08/17/2022 | 77 (1 pg) | Notice of Filing of Official Transcript as to 76 Transcript. Parties notified (Related document(s):76 Transcript) (dhan) (Entered: 08/17/2022) |
| 08/17/2022 | 78 (79 pgs; 6 docs) | Response (related document(s):15 Motion for Relief From Stay). Filed by Free Speech Systems LLC (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit) (Shannon, R. J.) (Entered: 08/17/2022) |

| | | |
|---|---|---|
| 08/17/2022 | ⬤ 79 (4 pgs) | BNC Certificate of Mailing. (Related document(s):73 Notice of Filing of Official Transcript (Form)) No. of Notices: 7. Notice Date 08/17/2022. (Admin.) (Entered: 08/17/2022) |
| 08/18/2022 | ⬤ 80 (4 pgs) | Notice of Appearance and Request for Notice Filed by Melissa Anne Haselden Filed by on behalf of Melissa A Haselden (Haselden, Melissa) (Entered: 08/18/2022) |
| 08/19/2022 | ⬤ 81 (156 pgs) | Transcript RE: held on 08/12/2022 before Judge Christopher M. Lopez. Transcript is available for viewing in the Clerk's Office. Filed by Transcript access will be restricted through 11/17/2022. (VeritextLegalSolutions) (Entered: 08/19/2022) |
| 08/19/2022 | ⬤ 82 (4 pgs) | BNC Certificate of Mailing. (Related document(s):77 Notice of Filing of Official Transcript (Form)) No. of Notices: 7. Notice Date 08/19/2022. (Admin.) (Entered: 08/19/2022) |
| 08/20/2022 | ⬤ 83 (66 pgs; 5 docs) | Application to Employ W. March Schwartz and Schwartz Associates LLC as Chief Restructuring Officer. Objections/Request for Hearing Due in 21 days. Filed by Debtor Free Speech Systems LLC (Attachments: # 1 Proposed Order # 2 Exhibit A - Engagement Agreement # 3 Exhibit B - Schwartz Declaration # 4 Exhibit C - FSS Company Agreement) (Shannon, R. J.) (Entered: 08/20/2022) |
| 08/20/2022 | ⬤ 84 (35 pgs; 4 docs) | Application to Employ Law Offices of Ray Battaglia, PLLC as Bankruptcy Co-Counsel to the Debtor. Objections/Request for Hearing Due in 21 days. Filed by Debtor Free Speech Systems LLC (Attachments: # 1 Exhibit A - Engagement Agreement # 2 Exhibit B - Battaglia Declaration # 3 Proposed Order) (Shannon, R. J.) (Entered: 08/20/2022) |
| 08/20/2022 | ⬤ 85 (42 pgs; 4 docs) | Application to Employ Shannon & Lee LLP as Bankruptcy Co-Counsel to the Debtor. Objections/Request for Hearing Due in 21 days. Filed by Debtor Free Speech Systems LLC (Attachments: # 1 Proposed Order # 2 Exhibit A - Engagement Agreement # 3 Exhibit B - Lee Declaration) (Shannon, R. J.) (Entered: 08/20/2022) |
| 08/22/2022 | ⬤ 86 (5 pgs) | Stipulation By Veronique De La Rosa, Marcel Fontaine, Free Speech Systems LLC, Neil Heslin, Scarlett Lewis, Leonard Pozner, David Wheeler, et al. and. Does this document include an agreed order or otherwise request that the judge sign a document? Yes. (Filed By Veronique De La Rosa, Marcel Fontaine, Free Speech Systems LLC, Neil Heslin, Scarlett Lewis, Leonard Pozner, David Wheeler, et al. ). (Related document(s):6 Emergency Motion, 15 Motion for Relief From Stay) (Chapple, Ryan) (Entered: 08/22/2022) |
| 08/22/2022 | ⬤ 87 (1 pg) | Notice of Filing of Official Transcript as to 81 Transcript. Parties notified (Related document(s):81 Transcript) (ShannonHolden) (Entered: 08/22/2022) |
| 08/22/2022 | ⬤ 88 (5 pgs) | Stipulation and Agreed Order (Related document(s): 86 Stipulation). Signed on 8/22/2022. (rsal) (Entered: 08/22/2022) |
| 08/23/2022 | ⬤ 89 (2 pgs) | Notice of Appearance and Request for Notice Filed by Jason Starks Filed by on behalf of Travis County (Starks, Jason) (Entered: 08/23/2022) |

| | | |
|---|---|---|
| 08/23/2022 | 90 (5 pgs) | Stipulation By Free Speech Systems LLC and the Connecticut Plaintiffs and the Texas Plaintiffs. Does this document include an agreed order or otherwise request that the judge sign a document? Yes. (Filed By Free Speech Systems LLC ).(Related document(s):6 Emergency Motion, 15 Motion for Relief From Stay, 88 Generic Order) (Shannon, R. J.) (Entered: 08/23/2022) |
| 08/23/2022 | 91 (5 pgs) | Amended Stipulation and Agreed Order Signed on 8/23/2022 (rsal) (Entered: 08/23/2022) |
| 08/23/2022 | 92 (2 pgs) | AO 435 TRANSCRIPT ORDER FORM (3-Day) by U.S. Trustee. This is to order a transcript of Hearing Held on August 12, 2022 before Judge Christopher Lopez. Court Reporter/Transcriber: Veritext Legal Solutions (Filed By US Trustee ). (Nguyen, Ha) Electronically forwarded to Veritext Legal Solutions on 8/24/2022. Estimated completion date: 8/27/2022. Modified on 8/24/2022 (RachelWillborg). (Entered: 08/23/2022) |
| 08/23/2022 | 93 (35 pgs; 4 docs) | Emergency Motion - *Emergency Application of Debtor for an Order (A) Authorizing Employment of Pattis & Smith LLC under § 327(e) and 328(a) as Special Counsel Nunc Pro Tunc to August 1, 2022 and (B) Granting Related Relief* Filed by Debtor Free Speech Systems LLC (Attachments: # 1 Exhibit A - Engagement Letter # 2 Exhibit B - Pattis Declaration # 3 Proposed Order) (Shannon, R. J.) (Entered: 08/23/2022) |
| 08/23/2022 | 94 (46 pgs; 4 docs) | Emergency Motion - *Emergency Application of Debtor for an Order (A) Authorizing Employment of the Reynal Law Firm, P.C., Under 11 U.S.C. § 327(e), as Special Counsel, Nunc Pro Tunc to July 29, 2022, and (B) Granting Related Relief* Filed by Debtor Free Speech Systems LLC (Attachments: # 1 Exhibit A - Engagement Agreement # 2 Exhibit B - Reynal Declaration # 3 Proposed Order) (Shannon, R. J.) (Entered: 08/23/2022) |
| 08/23/2022 | 95 (2 pgs) | Notice *of Payment to PQPR Holdings Limited, LLC*. (Related document(s):41 Generic Order) Filed by Free Speech Systems LLC (Battaglia, Raymond) (Entered: 08/23/2022) |
| 08/23/2022 | 96 (6 pgs) | Proposed Order RE: *Second Interim Order Authorizing the Use of Cash Collateral and Granting Partial Adequate Protection* (Filed By Free Speech Systems LLC ).(Related document(s):6 Emergency Motion, 41 Generic Order) (Battaglia, Raymond) (Entered: 08/23/2022) |
| 08/24/2022 | 97 (1 pg) | PDF with attached Audio File. Court Date & Time [ 8/24/2022 9:59:58 AM ]. File Size [ 19615 KB ]. Run Time [ 00:40:52 ]. (In ref to Continued Cash Collateral and Motion for Relief from Stay.). (admin). (Entered: 08/24/2022) |
| 08/24/2022 | 98 (6 pgs) | Second Interim Order Authorizing Debtor's Use of Cash Collateral and Providing Partial Adequate Protection. Final Cash Collateral hybrid hearing is scheduled for 9/13/2022 at 1:00 PM. Signed on 8/24/2022. (rsal) (Entered: 08/24/2022) |

000013

| | | |
|---|---|---|
| 08/24/2022 | ●99<br>(8 pgs) | Notice *of Hearing and Certificate of Service.* (Related document(s):15 Motion for Relief From Stay, 93 Emergency Motion, 94 Emergency Motion) Filed by Free Speech Systems LLC (Shannon, R. J.) (Entered: 08/24/2022) |
| 08/24/2022 | ●100<br>(4 pgs) | BNC Certificate of Mailing. (Related document(s):87 Notice of Filing of Official Transcript (Form)) No. of Notices: 7. Notice Date 08/24/2022. (Admin.) (Entered: 08/24/2022) |
| 08/24/2022 | ●101<br>(8 pgs) | BNC Certificate of Mailing. (Related document(s):88 Generic Order) No. of Notices: 7. Notice Date 08/24/2022. (Admin.) (Entered: 08/24/2022) |
| 08/25/2022 | ●102<br>(38 pgs; 2 docs) | Motion *by Sandy Hook Families to (I) Appoint Tort Claimants Committee and (II) Remove the Debtor in Possession* Filed by Creditors Veronique De La Rosa, Marcel Fontaine, Neil Heslin, Scarlett Lewis, Leonard Pozner, David Wheeler, et al. (Attachments: # 1 Proposed Order) (Martin, Jarrod) (Entered: 08/25/2022) |
| 08/25/2022 | ●103<br>(76 pgs; 8 docs) | Additional Attachments Re: *The Sandy Hook Families' Motion to (I) Appoint Tort Claimants Committee and (II) Remove the Debtor in Possession* (related document(s):102 Generic Motion) (Filed By Veronique De La Rosa, Marcel Fontaine, Neil Heslin, Scarlett Lewis, Leonard Pozner, David Wheeler, et al. ).(Related document(s):102 Generic Motion) (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G) (Martin, Jarrod) (Entered: 08/25/2022) |
| 08/25/2022 | ●104<br>(111 pgs; 6 docs) | Additional Attachments Re: *The Sandy Hook Families Motion to (I) Appoint Tort Claimants Committee and (II) Remove the Debtor in Possession* (related document(s):102 Generic Motion, 103 Additional Attachments) (Filed By Veronique De La Rosa, Marcel Fontaine, Neil Heslin, Scarlett Lewis, Leonard Pozner, David Wheeler, et al. ).(Related document(s):102 Generic Motion, 103 Additional Attachments) (Attachments: # 1 Exhibit H # 2 Exhibit I # 3 Exhibit J # 4 Exhibit K # 5 Exhibit L) (Martin, Jarrod) (Entered: 08/25/2022) |
| 08/25/2022 | ●105<br>(8 pgs) | BNC Certificate of Mailing. (Related document(s):91 Generic Order) No. of Notices: 8. Notice Date 08/25/2022. (Admin.) (Entered: 08/25/2022) |
| 08/26/2022 | ●106<br>(5 pgs; 2 docs) | Motion for Expedited Consideration (related document(s):102 Generic Motion, 103 Additional Attachments, 104 Additional Attachments)., Motion to Expedite Hearing (related document(s):102 Generic Motion, 103 Additional Attachments, 104 Additional Attachments). Filed by Creditors Veronique De La Rosa, Marcel Fontaine, Neil Heslin, Scarlett Lewis, Leonard Pozner, David Wheeler, et al. (Attachments: # 1 Proposed Order) (Martin, Jarrod) (Entered: 08/26/2022) |
| 08/26/2022 | ●107<br>(5 pgs; 2 docs) | Corrected Motion for Expedited Consideration (related document(s):106 Motion for Expedited Consideration, Motion to Expedite Hearing)., Motion to Expedite Hearing (related document(s):106 Motion for Expedited Consideration, Motion to Expedite Hearing). Filed by Creditors Veronique De La Rosa, Marcel Fontaine, Neil Heslin, Scarlett Lewis, Leonard Pozner, David Wheeler, et al. (Attachments: # 1 Proposed Order) (Martin, Jarrod) (Entered: 08/26/2022) |

| | | |
|---|---|---|
| 08/26/2022 | 108 (260 pgs; 14 docs) | Exhibit List (Filed By David Wheeler, et al. ).(Related document(s):15 Motion for Relief From Stay) (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9 # 10 Exhibit 10 # 11 Exhibit 11 # 12 Exhibit 12 # 13 Exhibit 13) (Chapple, Ryan) (Entered: 08/26/2022) |
| 08/26/2022 | 109 (75 pgs; 9 docs) | Witness List, Exhibit List (Filed By Free Speech Systems LLC ). (Related document(s):15 Motion for Relief From Stay, 93 Emergency Motion, 94 Emergency Motion) (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit # 7 Exhibit # 8 Exhibit) (Shannon, R. J.) (Entered: 08/26/2022) |
| 08/28/2022 | 110 (2 pgs) | Declaration re: *Amended Declaration of Andino Reynal* (Filed By Free Speech Systems LLC ).(Related document(s):94 Emergency Motion) (Lee, Kyung) (Entered: 08/28/2022) |
| 08/28/2022 | 111 (3 pgs) | Declaration re: *Amended Declaration of Norman A. Pattis* (Filed By Free Speech Systems LLC ).(Related document(s):93 Emergency Motion) (Lee, Kyung) (Entered: 08/28/2022) |
| 08/28/2022 | 112 (6 pgs) | Proposed Order RE: (Filed By Free Speech Systems LLC ).(Related document(s):15 Motion for Relief From Stay, 78 Response) (Battaglia, Raymond) (Entered: 08/28/2022) |
| 08/28/2022 | 113 (11 pgs) | Response (related document(s):107 Motion for Expedited Consideration, Motion to Expedite Hearing). Filed by Free Speech Systems LLC (Shannon, R. J.) (Entered: 08/28/2022) |
| 08/29/2022 | 114 (5 pgs) | Proposed Order RE: *Unopposed Order Approving Application* (Filed By Free Speech Systems LLC ).(Related document(s):94 Emergency Motion) (Lee, Kyung) (Entered: 08/29/2022) |
| 08/29/2022 | 115 (4 pgs) | Proposed Order RE: *Unopposed Order Approving Application* (Filed By Free Speech Systems LLC ).(Related document(s):93 Emergency Motion) (Lee, Kyung) (Entered: 08/29/2022) |
| 08/29/2022 | 116 (1 pg) | AO 435 TRANSCRIPT ORDER FORM (Daily (24 hours)) by Ryan Chapple. This is to order a transcript of Hearing held on August 29, 2022 before Judge Christopher Lopez. Court Reporter/Transcriber: Veritext Legal Solutions (Filed By David Wheeler, et al. ). (Chapple, Ryan) Electronically forwarded to Veritex Legal Solutions on 8/30/22. Estimated Comp Date: 8/31/2022. Modified on 8/30/2022 (mmar). (Entered: 08/29/2022) |
| 08/29/2022 | 117 (6 pgs) | Agreed Order Modifying the Automatic Stay to Allow the Connecticut Litigation to Continue to Final Judgment (Related Docs # 15 & 78). Signed on 8/29/2022. (rsal) (Entered: 08/29/2022) |
| 08/29/2022 | 118 (1 pg) | PDF with attached Audio File. Court Date & Time [ 8/29/2022 12:59:58 PM ]. File Size [ 16388 KB ]. Run Time [ 00:34:08 ]. (admin). (Entered: 08/29/2022) |
| 08/29/2022 | 119 (5 pgs) | Order Approving Debtor's Application to Employ the Reynal Law Firm, PC Under 11 USC 327(e) as Special Counsel, Effective as July 29, 2022 (Related Doc # 94). Signed on 8/29/2022. (rsal) (Entered: 08/29/2022) |

| | | |
|---|---|---|
| 08/29/2022 | 120<br>(4 pgs) | Order Approving Debtor's Application to Employ Pattis & Smith LLC Under 11 USC 327(e) and 328(a), as Special Counsel, Effective as August 1, 2022 (Related Doc # 93). Signed on 8/29/2022. (rsal) (Entered: 08/29/2022) |
| 08/29/2022 | 121<br>(37 pgs) | Summary of Assets and Liabilities Schedules for Non-Individual , Schedule A/B: Property Non-Individual , Schedule D Non-Individual-Creditors Having Claims Secured by Property , Schedule E/F: Creditors Who Have Unsecured Claims Non-Individual , Schedule G Non-Individual- Executory Contracts and Unexpired Leases , Schedule H Non-Individual- Codebtors (Filed By Free Speech Systems LLC ). (Shannon, R. J.) (Entered: 08/29/2022) |
| 08/29/2022 | 122<br>(28 pgs) | Statement of Financial Affairs for Non-Individual (Filed By Free Speech Systems LLC ). (Shannon, R. J.) (Entered: 08/29/2022) |
| 08/30/2022 | 123<br>(2 pgs) | Notice of Appearance and Request for Notice Filed by John D Malone Filed by on behalf of Security Bank of Crawford (Malone, John) (Entered: 08/30/2022) |
| 08/31/2022 | 124<br>(9 pgs; 2 docs) | Motion *to Direct Subchapter V Trustee to Investigate Financial Operations of the Debtor* Filed by Creditor PQPR Holdings Limited, LLC (Attachments: # 1 Proposed Order Proposed Order) (Lemmon, Stephen) (Entered: 08/31/2022) |
| 08/31/2022 | 125<br>(30 pgs) | Transcript RE: motion held on 8/29/22 before Judge Christopher M Lopez. Transcript is available for viewing in the Clerk's Office. Filed by Transcript access will be restricted through 11/29/2022. (VeritextLegalSolutions) (Entered: 08/31/2022) |
| 08/31/2022 | 126<br>(5 pgs; 2 docs) | Motion to Strike. Objections/Request for Hearing Due in 21 days (related document(s):124 Generic Motion). Filed by Creditors Veronique De La Rosa, Marcel Fontaine, Neil Heslin, Scarlett Lewis, Leonard Pozner, David Wheeler, et al. (Attachments: # 1 Proposed Order) (Chapple, Ryan) (Entered: 08/31/2022) |
| 08/31/2022 | 127<br>(9 pgs; 2 docs) | Amended Motion *to Direct Subchapter V Trustee to Investigate Financial Operations of the Debtor* Filed by Creditor PQPR Holdings Limited, LLC (Attachments: # 1 Proposed Order) (Lemmon, Stephen) (Entered: 08/31/2022) |
| 08/31/2022 | 128<br>(9 pgs) | BNC Certificate of Mailing. (Related document(s):117 Order on Motion For Relief From Stay) No. of Notices: 8. Notice Date 08/31/2022. (Admin.) (Entered: 08/31/2022) |
| 08/31/2022 | 129<br>(8 pgs) | BNC Certificate of Mailing. (Related document(s):119 Order on Emergency Motion) No. of Notices: 8. Notice Date 08/31/2022. (Admin.) (Entered: 08/31/2022) |
| 08/31/2022 | 130<br>(7 pgs) | BNC Certificate of Mailing. (Related document(s):120 Order on Emergency Motion) No. of Notices: 8. Notice Date 08/31/2022. (Admin.) (Entered: 08/31/2022) |

000016

| | | |
|---|---|---|
| 09/01/2022 | ● 131<br>(1 pg) | Notice of Filing of Official Transcript as to 125 Transcript. Parties notified (Related document(s):125 Transcript) (dhan) (Entered: 09/01/2022) |
| 09/01/2022 | ● 132<br>(2 pgs) | AO 435 TRANSCRIPT ORDER FORM (3-Day) by U.S. Trustee. This is to order a transcript of Hearing Held on 08/01/2022 before Judge Christopher Lopez. Court Reporter/Transcriber: Veritwx (Filed By US Trustee ). (Nguyen, Ha) Electronically forwarded to Veritext on 09/09/2022. Estimated due date 09/12/2022.Modified on 9/9/2022 (ShannonHolden). (Entered: 09/01/2022) |
| 09/02/2022 | ● 133<br>(2 pgs) | Stipulation By Free Speech Systems LLC and ADP TotalSource, Inc.. Does this document include an agreed order or otherwise request that the judge sign a document? Yes. (Filed By Free Speech Systems LLC ). (Battaglia, Raymond) (Entered: 09/02/2022) |
| 09/03/2022 | ● 134<br>(4 pgs) | BNC Certificate of Mailing. (Related document(s):131 Notice of Filing of Official Transcript (Form)) No. of Notices: 9. Notice Date 09/03/2022. (Admin.) (Entered: 09/03/2022) |
| 09/07/2022 | ● 135<br>(19 pgs) | Motion *for Interim Compensation Procedures* Filed by Debtor Free Speech Systems LLC (Lee, Kyung) (Entered: 09/07/2022) |
| 09/08/2022 | ● 136<br>(6 pgs; 2 docs) | Emergency Motion *PQPR Holdings Limited, LLC's Motion to Expedite Consideration of Amended Motion to Direct Subchapter V Trustee to Investigate Financial Operations of the Debtor* Filed by Creditor PQPR Holdings Limited, LLC (Attachments: # 1 Proposed Order) (Lemmon, Stephen) (Entered: 09/08/2022) |
| 09/09/2022 | ● 137<br>(41 pgs; 5 docs) | Emergency Motion *to Compel Discovery from PQPR Holdings Limited, LLC* Filed by Creditors Veronique De La Rosa, Marcel Fontaine, Neil Heslin, Scarlett Lewis, Leonard Pozner (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Proposed Order) (Martin, Jarrod) (Entered: 09/09/2022) |
| 09/09/2022 | ● 138<br>(2 pgs) | Notice *of Hearing*. (Related document(s):137 Emergency Motion) Filed by Veronique De La Rosa, Marcel Fontaine, Neil Heslin, Scarlett Lewis, Leonard Pozner (Martin, Jarrod) (Entered: 09/09/2022) |
| 09/09/2022 | ● 139<br>(2 pgs) | Corrected Notice *of Hearing*. (Related document(s):137 Emergency Motion, 138 Notice) Filed by Veronique De La Rosa, Marcel Fontaine, Neil Heslin, Scarlett Lewis, Leonard Pozner (Martin, Jarrod) (Entered: 09/09/2022) |
| 09/12/2022 | ● 140<br>(2 pgs) | Stipulation and Agreed Order to Terminate Client Services Agreement Between the Debtor and ADP TotalSource, Inc. (Related document(s): 133 Stipulation). Signed on 9/12/2022. (rsal) (Entered: 09/12/2022) |
| 09/12/2022 | ● 141<br>(3 pgs) | Response (Filed By PQPR Holdings Limited, LLC ).(Related document(s):137 Emergency Motion) (Lemmon, Stephen) (Entered: 09/12/2022) |
| 09/12/2022 | ● 142<br>(3 pgs) | Declaration re: *Supplemental Disclosure of Andino Reynal* (Filed By Free Speech Systems LLC ).(Related document(s):119 Order on Emergency Motion) (Lee, Kyung) (Entered: 09/12/2022) |

| | | |
|---|---|---|
| 09/12/2022 | 143 (15 pgs; 3 docs) | Witness List, Exhibit List (Filed By Veronique De La Rosa, Marcel Fontaine, Neil Heslin, Scarlett Lewis, Leonard Pozner ).(Related document(s):98 Generic Order, 137 Emergency Motion) (Attachments: # 1 Exhibit 1 # 2 Exhibit 2) (Martin, Jarrod) (Entered: 09/12/2022) |
| 09/12/2022 | 144 (6 pgs) | Objection *to PQPR Holdings Limited, LLC's Motion to Expedite Consideration of Amended Motion to Direct Subchapter V Trustee to Investigate Financial Operations of the Debtor* (related document(s):136 Emergency Motion). Filed by Veronique De La Rosa, Marcel Fontaine, Neil Heslin, Scarlett Lewis, Leonard Pozner, David Wheeler, et al. (Martin, Jarrod) (Entered: 09/12/2022) |
| 09/12/2022 | 145 (21 pgs) | Objection (related document(s):83 Application to Employ). Filed by US Trustee (Nguyen, Ha) (Entered: 09/12/2022) |
| 09/12/2022 | 146 (20 pgs) | Objection (related document(s):85 Application to Employ). Filed by US Trustee (Nguyen, Ha) (Entered: 09/12/2022) |
| 09/12/2022 | 147 (3 pgs) | Notice *of Joinder*. (Related document(s):145 Objection) Filed by Veronique De La Rosa, Marcel Fontaine, Neil Heslin, Scarlett Lewis, Leonard Pozner, David Wheeler, et al. (Chapple, Ryan) (Entered: 09/12/2022) |
| 09/13/2022 | 148 (6 pgs) | Proposed Order RE: (Filed By Free Speech Systems LLC ).(Related document(s):6 Emergency Motion) (Battaglia, Raymond) (Entered: 09/13/2022) |
| 09/13/2022 | 149 (1 pg) | PDF with attached Audio File. Court Date & Time [ 9/13/2022 1:03:02 PM ]. File Size [ 21962 KB ]. Run Time [ 00:45:45 ]. (admin). (Entered: 09/13/2022) |
| 09/13/2022 | 150 (1 pg) | Order Denying Motion for Expedited Consideration of PQPR Holdings Limited, LLC's Amended Motion to Direct Subchapter V Trustee to Investigate Financial Operations of the Debtor (Related Doc 136). Hearing on (Related Document: 127 Motion to Direct Subchapter V Trustee to Investigate Financial Operations of the Debtor) is scheduled for 10/12/2022 at 10:00 AM. Signed on 9/13/2022. (rsal) (Entered: 09/13/2022) |
| 09/13/2022 | 151 (6 pgs) | Third Interim Order Authorizing Debtor's Use of Cash Collateral and Providing Partial Adequate Protection (Related document(s): 6 Motion for Interim and Final Orders (I) Authorizing the Use of Cash Collateral). Final Cash Collateral Hearing is scheduled for 10/12/2022 at 10:00 AM. Signed on 9/13/2022. (rsal) (Entered: 09/13/2022) |
| 09/13/2022 | 152 (4 pgs) | Pre-Status Conference Report (Filed By Free Speech Systems LLC ). (Shannon, R. J.) (Entered: 09/13/2022) |
| 09/14/2022 | 153 (1 pg) | AO 435 TRANSCRIPT ORDER FORM (Daily (24 hours)) by CT Plaintiffs/Ryan Chapple. This is to order a transcript of Cash Collateral Motion on September 13, 2022 before Judge Christopher Lopez. Court Reporter/Transcriber: Veritext Legal Solutions (Filed By David Wheeler, et al. ). (Chapple, Ryan) Electronically forwarded to Veritext Legal Solutions on 9/19/2022. Estimated completion date: 9/20/2022. Modified on 9/19/2022 (RachelWillborg). (Entered: 09/14/2022) |

| | | |
|---|---|---|
| 09/14/2022 | 🌐 154 (20 pgs) | Amended Objection *to Application to Employ* (related document(s):85 Application to Employ). Filed by US Trustee (Nguyen, Ha) (Entered: 09/14/2022) |
| 09/14/2022 | 🌐 155 (29 pgs; 4 docs) | Application *Authorizing Employment of Martin, Disiere, Jefferson & Wisdom L.L.P. under Bankruptcy Code § 327(e) as Special Counsel* Filed by Debtor Free Speech Systems LLC (Attachments: # 1 Exhibit "A" MDJW Engagement Letter # 2 Exhibit "B" Chris Martin Declaration # 3 Proposed Order Approving MDJW Retention) (Lee, Kyung) (Entered: 09/14/2022) |
| 09/14/2022 | 🌐 156 (5 pgs) | BNC Certificate of Mailing. (Related document(s):140 Generic Order) No. of Notices: 9. Notice Date 09/14/2022. (Admin.) (Entered: 09/14/2022) |
| 09/15/2022 | 🌐 157 (3 pgs) | Witness List, Exhibit List (Filed By Melissa A Haselden ). (Freeman, Elizabeth) (Entered: 09/15/2022) |
| 09/15/2022 | 🌐 158 (3 pgs) | Statement *Subchapter V Trustee's Statement Regarding the Applications of the Debtor for Employment of W. Marc Schwartz as Chief Restructuring Officer and Shannon & Lee LLP as Bankruptcy Co-Counsel for the Debtor* (Filed By Melissa A Haselden ).(Related document(s):83 Application to Employ, 85 Application to Employ) (Freeman, Elizabeth) (Entered: 09/15/2022) |
| 09/15/2022 | 🌐 159 (3 pgs) | Notice *of Joinder to United States Trustee's Amended Objection to Shannon & Lee Employment Application.* (Related document(s):85 Application to Employ, 154 Objection) Filed by Veronique De La Rosa, Marcel Fontaine, Neil Heslin, Scarlett Lewis, Leonard Pozner, David Wheeler, et al. (Chapple, Ryan) (Entered: 09/15/2022) |
| 09/15/2022 | 🌐 160 (1 pg) | AO 435 TRANSCRIPT ORDER FORM (Daily (24 hours)) by Anush Khatri. This is to order a transcript of Hearing held on 9/13/2022 before Judge Christopher Lopez. Court Reporter/Transcriber: Trinity Transcription Services. (than) Copy request electronically forwarded to original transcription company Veritext Legal Solutions on 9/19/2022. Estimated completion date: 9/20/2022. Modified on 9/19/2022 (RachelWillborg). (Entered: 09/15/2022) |
| 09/15/2022 | 🌐 161 (4 pgs) | BNC Certificate of Mailing. (Related document(s):150 Order on Emergency Motion) No. of Notices: 9. Notice Date 09/15/2022. (Admin.) (Entered: 09/15/2022) |
| 09/15/2022 | 🌐 162 (9 pgs) | BNC Certificate of Mailing. (Related document(s):151 Order Setting Hearing) No. of Notices: 9. Notice Date 09/15/2022. (Admin.) (Entered: 09/15/2022) |
| 09/16/2022 | 🌐 163 (690 pgs; 35 docs) | Witness List, Exhibit List (Filed By Free Speech Systems LLC ). (Related document(s):83 Application to Employ, 84 Application to Employ) (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit # 7 Exhibit # 8 Exhibit # 9 Exhibit # 10 Exhibit # 11 Exhibit # 12 Exhibit # 13 Exhibit # 14 Exhibit # 15 Exhibit # 16 Exhibit # 17 Exhibit # 18 Exhibit # 19 Exhibit # 20 Exhibit # 21 Exhibit # 22 Exhibit # 23 Exhibit # 24 Exhibit # 25 Exhibit # 26 Exhibit # 27 Exhibit # 28 Exhibit # 29 Exhibit # 30 Exhibit # 31 Exhibit # 32 Exhibit # 33 Exhibit # 34 Exhibit) (Shannon, R. J.) (Entered: 09/16/2022) |

| | | |
|---|---|---|
| 09/16/2022 | 164<br>(4 pgs) | Exhibit List (Filed By Veronique De La Rosa, Marcel Fontaine, Neil Heslin, Scarlett Lewis, Leonard Pozner, David Wheeler, et al. ).(Related document(s):83 Application to Employ, 85 Application to Employ, 145 Objection, 147 Notice, 154 Objection, 159 Notice) (Chapple, Ryan) (Entered: 09/16/2022) |
| 09/16/2022 | 165<br>(587 pgs; 17 docs) | Witness List, Exhibit List (Filed By US Trustee ).(Related document(s):83 Application to Employ, 85 Application to Employ) (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9 # 10 Exhibit 10 # 11 Exhibit 11 # 12 Exhibit 12 # 13 Exhibit 13 # 14 Exhibit 14 # 15 Exhibit 15 # 16 Exhibit 16) (Nguyen, Ha) (Entered: 09/16/2022) |
| 09/16/2022 | 166<br>(42 pgs; 6 docs) | Reply (related document(s):85 Application to Employ). Filed by Free Speech Systems LLC (Attachments: # 1 Exhibit A - 05.25.22 Email re IW Debtors' Agreement to Dismissal # 2 Exhibit B - Summary and Analysis of Cases Cited in Objection # 3 Exhibit C - 05.23.22 Email re IW Debtors' Draft Motion to Dismiss # 4 Exhibit D - 05.17.22 Email re U.S. Trustee's Demand for Dismissal # 5 Exhibit E - KSLPLLC Invoice and Time Records for Services Provided to FSS from 05.24.22 to 05.31.22) (Shannon, R. J.) (Entered: 09/16/2022) |
| 09/16/2022 | 167<br>(4 pgs) | Notice of Appearance and Request for Notice Filed by Richard A. Cochrane Filed by on behalf of Veronique De La Rosa, Marcel Fontaine, Neil Heslin, Scarlett Lewis, Leonard Pozner, David Wheeler, et al. (Cochrane, Richard) (Entered: 09/16/2022) |
| 09/16/2022 | 168<br>(4 pgs) | Notice of Appearance and Request for Notice Filed by Richard A. Cochrane Filed by on behalf of Veronique De La Rosa, Marcel Fontaine, Neil Heslin, Scarlett Lewis, Leonard Pozner, David Wheeler, et al. (Cochrane, Richard) (Entered: 09/16/2022) |
| 09/16/2022 | 169<br>(1 pg) | Motion to Appear pro hac vice of David M. Zensky. Filed by Creditors Veronique De La Rosa, Marcel Fontaine, Neil Heslin, Scarlett Lewis, Leonard Pozner, David Wheeler, et al. (Cochrane, Richard) (Entered: 09/16/2022) |
| 09/16/2022 | 170<br>(1 pg) | Motion to Appear pro hac vice of Melanie Miller. Filed by Creditors Veronique De La Rosa, Marcel Fontaine, Neil Heslin, Scarlett Lewis, Leonard Pozner, David Wheeler, et al. (Cochrane, Richard) (Entered: 09/16/2022) |
| 09/16/2022 | 171<br>(6 pgs) | Notice of Deposition to Free Speech Systems, LLC Pursuant to Fed. R. Civ. P. 30(b)(6). Filed by Veronique De La Rosa, Marcel Fontaine, Neil Heslin, Scarlett Lewis, Leonard Pozner (Martin, Jarrod) (Entered: 09/16/2022) |
| 09/16/2022 | 172<br>(5 pgs) | Notice of Deposition to PQPR Holdings Limited, LLC Pursuant to Fed. R. Civ. P. 30(b)(6). Filed by Veronique De La Rosa, Marcel Fontaine, Neil Heslin, Scarlett Lewis, Leonard Pozner (Martin, Jarrod) (Entered: 09/16/2022) |
| 09/16/2022 | 173<br>(3 pgs) | Notice of Deposition to W. Marc Schwartz. Filed by Veronique De La Rosa, Marcel Fontaine, Neil Heslin, Scarlett Lewis, Leonard Pozner (Martin, Jarrod) (Entered: 09/16/2022) |

| | | |
|---|---|---|
| 09/17/2022 | 🌐174<br>(1 pg) | Order Granting Motion To Appear pro hac vice (Related Doc # 169) Signed on 9/17/2022. (clopez) (Entered: 09/17/2022) |
| 09/17/2022 | 🌐175<br>(1 pg) | Order Granting Motion To Appear pro hac vice (Related Doc # 170) Signed on 9/17/2022. (clopez) (Entered: 09/17/2022) |
| 09/18/2022 | 🌐176<br>(25 pgs; 2 docs) | Reply (related document(s):83 Application to Employ). Filed by Free Speech Systems LLC (Attachments: # 1 Exhibit A - Emails dated 05.25.22 to 06.01.22 among Kyung Lee and Jayson Ruff re Dismissal of the InfoW Debtors' Chapter 11 Cases) (Shannon, R. J.) (Entered: 09/18/2022) |
| 09/19/2022 | 🌐177<br>(1 pg) | AO 435 TRANSCRIPT ORDER FORM (Daily (24 hours)) by Anush Khatri. This is to order a transcript of Hearing on 9/13/2022 before Judge Christopher Lopez. Court Reporter/Transcriber: Veritext Legal Solutions. (than) Duplicate Electronic Copy Request Filing. See Docket Entry 153 Modified on 9/20/2022 (AntonioBanda). (Entered: 09/20/2022) |
| 09/20/2022 | 🌐178<br>(13 pgs; 4 docs) | Exhibit List (Filed By Free Speech Systems LLC ).(Related document(s):83 Application to Employ, 85 Application to Employ, 163 Witness List, Exhibit List) (Attachments: # 1 Exhibit 35 # 2 Exhibit 36 # 3 Exhibit 37) (Shannon, R. J.) (Entered: 09/20/2022) |
| 09/20/2022 | 🌐179<br>(40 pgs) | Transcript RE: trial held on 9/13/22 before Judge Christopher M Lopez. Transcript is available for viewing in the Clerk's Office. Filed by Transcript access will be restricted through 12/19/2022. (VeritextLegalSolutions) (Entered: 09/20/2022) |
| 09/20/2022 | 🌐180<br>(3 pgs) | Order Approving Debtor's Application to Employ the Law Offices of Ray Battaglia, PLLC as Bankruptcy Counsel Commencing on July 29, 2022 (Related Doc # 84). Signed on 9/20/2022. (rsal) (Entered: 09/20/2022) |
| 09/20/2022 | 🌐181<br>(1 pg) | Order (A) Denying Employment of W. Marc Schwartz as Chief Restructuring Officer, (B) Denying Employment of Staff of Schwartz Associates, LLC in Discharge of Duties as Chief Restructuring Officer, and (C) Granting Related Relief (Related Doc # 83). Signed on 9/20/2022. (rsal) (Entered: 09/20/2022) |
| 09/20/2022 | 🌐182<br>(1 pg) | Order Denying Debtor's Application to Employ Bankruptcy Co-Counsel (Related Doc # 85). Signed on 9/20/2022. (rsal) (Entered: 09/20/2022) |
| 09/20/2022 | 🌐183<br>(1 pg) | Order Expanding the Subchapter V Trustee's Duties Signed on 9/20/2022 (rsal) (Entered: 09/20/2022) |
| 09/21/2022 | 🌐184<br>(1 pg) | AO 435 TRANSCRIPT ORDER FORM (Daily (24 hours)) by Wheeler, et al./Ryan Chapple. This is to order a transcript of Hearing on September 20, 2022 before Judge Christopher Lopez. Court Reporter/Transcriber: Veritext Legal Solutions (Filed By David Wheeler, et al. ). (Chapple, Ryan) Electronically forwarded to Veritext Legal Solutions on 9/21/22. Estimated completion date: 9/22/22. Modified on 9/21/2022 (RachelWillborg). (Entered: 09/21/2022) |

| | | |
|---|---|---|
| 09/21/2022 | 🌐185<br>(1 pg) | Notice of Filing of Official Transcript as to 179 Transcript. Parties notified (Related document(s):179 Transcript) (RachelWillborg) (Entered: 09/21/2022) |
| 09/21/2022 | 🌐186<br>(1 pg) | 🔊 PDF with attached Audio File. Court Date & Time [ 9/20/2022 1:03:06 PM ]. File Size [ 173254 KB ]. Run Time [ 06:00:57 ]. (admin). (Entered: 09/21/2022) |
| 09/21/2022 | 🌐187<br>(4 pgs) | BNC Certificate of Mailing. (Related document(s):174 Order on Motion to Appear pro hac vice) No. of Notices: 9. Notice Date 09/21/2022. (Admin.) (Entered: 09/21/2022) |
| 09/21/2022 | 🌐188<br>(4 pgs) | BNC Certificate of Mailing. (Related document(s):175 Order on Motion to Appear pro hac vice) No. of Notices: 9. Notice Date 09/21/2022. (Admin.) (Entered: 09/21/2022) |
| 09/21/2022 | 🌐189<br>(1 pg) | 🔊 PDF with attached Audio File. Court Date & Time [ 9/20/2022 1:03:10 PM ]. File Size [ 115812 KB ]. Run Time [ 04:01:16 ]. (Status Conference-1). (admin). (Entered: 09/22/2022) |
| 09/21/2022 | 🌐190<br>(1 pg) | 🔊 PDF with attached Audio File. Court Date & Time [ 9/20/2022 5:23:34 PM ]. File Size [ 57305 KB ]. Run Time [ 01:59:23 ]. (Status Conference-2). (admin). (Entered: 09/22/2022) |
| 09/22/2022 | 🌐191<br>(2 pgs) | Withdraw Document (Filed By PQPR Holdings Limited, LLC ). (Related document(s):127 Generic Motion) (Lemmon, Stephen) (Entered: 09/22/2022) |
| 09/22/2022 | 🌐192<br>(6 pgs) | BNC Certificate of Mailing. (Related document(s):180 Order on Application to Employ) No. of Notices: 9. Notice Date 09/22/2022. (Admin.) (Entered: 09/22/2022) |
| 09/23/2022 | 🌐193<br>(1 pg) | AO 435 TRANSCRIPT ORDER FORM (3-Day) by Kyung Shik Lee. This is to order a transcript of September 20, 2022, Applications to Employ before Judge Christopher Lopez. Court Reporter/Transcriber: Veritext Legal Solutions (Filed By Kyung Shik Lee ). (Lee, Kyung) Copy request electronically forwarded to Veritext Legal Solutions on 9/23/22. Estimated completion date: 9/26/22. Modified on 9/23/2022 (RachelWillborg). (Entered: 09/23/2022) |
| 09/23/2022 | 🌐194<br>(261 pgs) | Transcript RE: trial held on 9/20/22 before Judge Christopher M Lopez. Transcript is available for viewing in the Clerk's Office. Filed by Transcript access will be restricted through 12/22/2022. (VeritextLegalSolutions) (Entered: 09/23/2022) |
| 09/23/2022 | 🌐195<br>(4 pgs) | BNC Certificate of Mailing. (Related document(s):185 Notice of Filing of Official Transcript (Form)) No. of Notices: 9. Notice Date 09/23/2022. (Admin.) (Entered: 09/23/2022) |
| 09/23/2022 | 🌐196<br>(4 pgs) | BNC Certificate of Mailing. (Related document(s):181 Order on Application to Employ) No. of Notices: 9. Notice Date 09/23/2022. (Admin.) (Entered: 09/23/2022) |

| | | |
|---|---|---|
| 09/23/2022 | ⬤197<br>(4 pgs) | BNC Certificate of Mailing. (Related document(s):182 Order on Application to Employ) No. of Notices: 9. Notice Date 09/23/2022. (Admin.) (Entered: 09/23/2022) |
| 09/23/2022 | ⬤198<br>(4 pgs) | BNC Certificate of Mailing. (Related document(s):183 Generic Order) No. of Notices: 9. Notice Date 09/23/2022. (Admin.) (Entered: 09/23/2022) |
| 09/26/2022 | ⬤199<br>(1 pg) | Notice of Filing of Official Transcript as to 194 Transcript. Parties notified (Related document(s):194 Transcript) (dhan) (Entered: 09/26/2022) |
| 09/28/2022 | ⬤200<br>(4 pgs) | BNC Certificate of Mailing. (Related document(s):199 Notice of Filing of Official Transcript (Form)) No. of Notices: 10. Notice Date 09/28/2022. (Admin.) (Entered: 09/28/2022) |
| 09/29/2022 | ⬤201<br>(5 pgs) | Proposed Order RE: *Motion to Establish Interim Compensation Procedures* (Filed By Free Speech Systems LLC ).(Related document(s):135 Generic Motion) (Battaglia, Raymond) (Entered: 09/29/2022) |
| 09/30/2022 | ⬤202<br>(5 pgs) | Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals (Related Doc # 135). Signed on 9/30/2022. (rsal) (Entered: 09/30/2022) |
| 10/02/2022 | ⬤203<br>(8 pgs) | BNC Certificate of Mailing. (Related document(s):202 Generic Order) No. of Notices: 10. Notice Date 10/02/2022. (Admin.) (Entered: 10/02/2022) |
| 10/03/2022 | ⬤204<br>(2 pgs) | AO 435 TRANSCRIPT ORDER FORM (3-Day) by U.S. Trustee. This is to order a transcript of Hearing Held on 09/20/2022 before Judge Christopher Lopez. Court Reporter/Transcriber: Veritext Legal Solutions (Filed By US Trustee ). (Nguyen, Ha) Copy request electronically forwarded to Veritext Legal Solutions on 10/5/22. Estimated completion date: 10/8/2022. Modified on 10/5/2022 (RachelWillborg). (Entered: 10/03/2022) |
| 10/03/2022 | ⬤205<br>(37 pgs; 4 docs) | Application to Employ Patrick Magill as Chief Restructuring Officer. Objections/Request for Hearing Due in 21 days. Filed by Debtor Free Speech Systems LLC (Attachments: # 1 Exhibit A - Engagement Agreement # 2 Exhibit B - Declaration of Patrick Magill # 3 Proposed Order) (Battaglia, Raymond) (Entered: 10/03/2022) |
| 10/04/2022 | ⬤206<br>(118 pgs; 14 docs) | Motion to Reconsider (related document(s):85 Application to Employ, 182 Order on Application to Employ). Filed by Attorney Shannon & Lee LLP (Attachments: # 1 Proposed Order # 2 Exhibit A # 3 Exhibit B # 4 Exhibit C # 5 Exhibit D # 6 Exhibit E # 7 Exhibit # 8 Exhibit G # 9 Exhibit H # 10 Exhibit I # 11 Exhibit J # 12 Exhibit K # 13 Exhibit L) (Shannon, R. J.) (Entered: 10/04/2022) |
| 10/04/2022 | ⬤207<br>(79 pgs; 8 docs) | Motion to Reconsider (related document(s):83 Application to Employ, 181 Order on Application to Employ). Filed by Schwartz Associates, LLC, Marc Schwartz (Attachments: # 1 Exhibit Exhibit A # 2 Exhibit Exhibit B # 3 Exhibit Exhibit C # 4 Exhibit Exhibit D # 5 Exhibit Exhibit E # 6 Exhibit Exhibit F # 7 Exhibit Exhibit G) (Ridulfo, Michael) (Entered: 10/04/2022) |

000023

| | | |
|---|---|---|
| 10/04/2022 | ● 208<br>(1 pg) | Proposed Order RE: (Filed By Schwartz and Associates, LLC, Marc Schwartz ).(Related document(s):207 Motion to Reconsider) (Ridulfo, Michael) (Entered: 10/04/2022) |
| 10/05/2022 | ● 209<br>(3 pgs) | Notice *of SUPPLEMENTAL DISCLOSURES TO VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE.* (Related document(s):22 Notice of Appointment of Chapter 11 Subchapter V Trustee) Filed by Melissa A Haselden (Haselden, Melissa) (Entered: 10/05/2022) |
| 10/04/2022 | ● 210<br>(1 pg) | AO 435 TRANSCRIPT ORDER FORM (3-Day) by Jonathan O'Connell. This is to order a transcript of Hearings held on 8/12/22 and 9/20/22 held before Judge Lopez before Judge Christopher Lopez. Court Reporter/Transcriber: Veritext Legal Solutions. (than) Copy requests electronically forwarded to Veritext Legal Solutions on 10/11/22. Estimated completion date: 10/14/22. Modified on 10/11/2022 (RachelWillborg). (Entered: 10/05/2022) |
| 10/06/2022 | ● 211<br>(5 pgs) | Proposed Order RE: *Stipulation and Agreed Order for Mediation* (Filed By Melissa A Haselden ). (Freeman, Elizabeth) (Entered: 10/06/2022) |
| 10/10/2022 | ● 212<br>(6 pgs; 2 docs) | Notice *of Hearing.* (Related document(s):205 Application to Employ) Filed by Free Speech Systems LLC (Attachments: # 1 Service List) (Battaglia, Raymond) (Entered: 10/10/2022) |
| 10/10/2022 | ● 213<br>(44 pgs; 11 docs) | Witness List (Filed By PQPR Holdings Limited, LLC ).(Related document(s):151 Order Setting Hearing) (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9 # 10 Exhibit 10) (Lemmon, Stephen) (Entered: 10/10/2022) |
| 10/10/2022 | ● 214<br>(94 pgs; 7 docs) | Exhibit List (Filed By Veronique De La Rosa, Marcel Fontaine, Neil Heslin, Scarlett Lewis, Leonard Pozner, David Wheeler, et al. ).(Related document(s):6 Emergency Motion) (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6) (Chapple, Ryan) (Entered: 10/10/2022) |
| 10/10/2022 | ● 215<br>(2 pgs) | Notice *of SECOND SUPPLEMENTAL DISCLOSURES TO VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE.* (Related document(s):22 Notice of Appointment of Chapter 11 Subchapter V Trustee, 209 Notice) Filed by Melissa A Haselden (Haselden, Melissa) (Entered: 10/10/2022) |
| 10/10/2022 | ● 216<br>(6 pgs; 2 docs) | Motion to Continue Hearing On (related document(s):102 Generic Motion, 103 Additional Attachments, 104 Additional Attachments). Filed by Creditors Veronique De La Rosa, Marcel Fontaine, Neil Heslin, Scarlett Lewis, Leonard Pozner, David Wheeler, et al. (Attachments: # 1 Proposed Order) (Chapple, Ryan) (Entered: 10/10/2022) |
| 10/10/2022 | ● 217<br>(11 pgs) | Response *AND INITIAL OBJECTION OF ALEX E. JONES TO THE MOTION TO RECONSIDER THIS COURTS RULING DECLINING TO EMPLOY THE FIRM OF SHANNON AND LEE, PLLC [DKT #206] AND MARC SCHWARTZ AND SCHWARTZ ASSOCIATES, LLC [DKT #207] AND ALTERNATIVELY, FOR CONTINUANCE OF THE HEARING NOW SET FOR OCTOBER 12, 2022* (related document(s):206 Motion to Reconsider, 207 Motion to Reconsider). Filed by Alex E Jones (Jordan, Shelby) (Entered: 10/10/2022) |

| | | |
|---|---|---|
| 10/10/2022 | ⚫218<br>(7 pgs) | Reply *to Response of Alex E. Jones to Shannon & Lee LLP's Rule 59 Motion* (related document(s):206 Motion to Reconsider). Filed by Shannon & Lee LLP (Shannon, R. J.) (Entered: 10/10/2022) |
| 10/11/2022 | ⚫219<br>(1 pg) | Notice of Appearance and Request for Notice Filed by Ally Bank, c/o AIS Portfolio Services, LLC (Rawal, Arvind) (Entered: 10/11/2022) |
| 10/11/2022 | ⚫220<br>(1 pg) | Notice of Appearance and Request for Notice Filed by Ally Bank, c/o AIS Portfolio Services, LLC (Rawal, Arvind) (Entered: 10/11/2022) |
| 10/11/2022 | ⚫221<br>(2 pgs) | Reply *of W. Marc Schwartz and Schwartz Associates, LLC to the Response and Initial Objection of Alex E. Jones to the Motion to Reconsider this Courts Ruling Declining to Employ the Firm of Shannon & Lee, LLP and W. Marc Schwartz and Schwartz Associates, LLC and, Alternatively, for Continuance of the Hearing Now Set for October 12, 2022* (related document(s):207 Motion to Reconsider). Filed by Marc Schwartz, Schwartz Associates, LLC (Ridulfo, Michael) (Entered: 10/11/2022) |
| 10/11/2022 | ⚫222<br>(4 pgs) | Response/Objection Filed by PQPR Holdings Limited, LLC. (Related document(s):6 Emergency Motion) (Lemmon, Stephen) (Entered: 10/11/2022) |
| 10/11/2022 | ⚫223<br>(11 pgs) | Omnibus Objection *TO THE MOTIONS OF SHANNON & LEE LLP AND W. MARC SCHWARTZ FOR REHEARING ON THE ISSUE OF DISINTERESTEDNESS* (related document(s):206 Motion to Reconsider, 207 Motion to Reconsider). Filed by US Trustee (Nguyen, Ha) (Entered: 10/11/2022) |
| 10/11/2022 | ⚫224<br>(11 pgs) | Notice *of Rule 2004 Subpoena Duces Tecum*. Filed by Melissa A Haselden (Freeman, Elizabeth) (Entered: 10/11/2022) |
| 10/11/2022 | ⚫225<br>(11 pgs) | Notice *of Rule 2004 Subpoena Duces Tecum*. Filed by Melissa A Haselden (Freeman, Elizabeth) (Entered: 10/11/2022) |
| 10/11/2022 | ⚫226<br>(3 pgs) | Notice *of Joinder to United States Trustee's Omnibus Objection to Motions to Reconsider*. (Related document(s):206 Motion to Reconsider, 207 Motion to Reconsider, 223 Objection) Filed by Veronique De La Rosa, Marcel Fontaine, Neil Heslin, Scarlett Lewis, Leonard Pozner, David Wheeler, et al. (Chapple, Ryan) (Entered: 10/11/2022) |
| 10/11/2022 | ⚫227<br>(5 pgs) | Status Report (Filed By Melissa A Haselden ). (Freeman, Elizabeth) (Entered: 10/11/2022) |
| 10/11/2022 | ⚫228<br>(5 pgs) | Sealed Document *Status Report* (Filed By Melissa A Haselden ). (Freeman, Elizabeth) (Entered: 10/11/2022) |
| 10/11/2022 | ⚫229<br>(7 pgs) | Notice *OF FILING OF PROPOSED FOURTH INTERIM CASH COLLATERAL ORDER*. (Related document(s):6 Emergency Motion) Filed by Free Speech Systems LLC (Battaglia, Raymond) (Entered: 10/11/2022) |
| 10/11/2022 | ⚫230<br>(19 pgs; 2 docs) | Application to Employ Jackson Walker LLP. Objections/Request for Hearing Due in 21 days. Filed by Trustee Melissa A Haselden |

| | | (Attachments: # 1 Proposed Order) (Freeman, Elizabeth) (Entered: 10/11/2022) |
|---|---|---|
| 10/12/2022 | 🔘 231 (62 pgs; 8 docs) | Witness List, Exhibit List (Filed By Marc Schwartz, Schwartz Associates, LLC ).(Related document(s):207 Motion to Reconsider) (Attachments: # 1 Schwartz Exhibit S-1 # 2 Schwartz Exhibit S-2 # 3 Schwartz Exhibit S-3 # 4 Schwartz Exhibit S-4 # 5 Schwartz Exhibit S-5 # 6 Schwartz Exhibit S-6 # 7 Schwartz Exhibit S-7) (Ridulfo, Michael) (Entered: 10/12/2022) |
| 10/12/2022 | 🔘 232 (1 pg) | 🔊 PDF with attached Audio File. Court Date & Time [ 10/12/2022 10:02:45 AM ]. File Size [ 23817 KB ]. Run Time [ 00:49:37 ]. (admin). (Entered: 10/12/2022) |
| 10/12/2022 | 🔘 233 (5 pgs) | Stipulation and Agreed Order Signed on 10/12/2022 (rsal) (Entered: 10/12/2022) |
| 10/12/2022 | 🔘 234 (1 pg) | Order Granting Unopposed Emergency Motion for Continuance of Hearing on the Sandy Hook Families' Motion to (I) Appoint Tort Claimants Committee and (II) Remove Debtor in Possession (Related Doc # 216). Hybrid Hearing is scheduled for 11/16/2022 at 10:00 AM. Signed on 10/12/2022. (rsal) (Entered: 10/12/2022) |
| 10/12/2022 | 🔘 235 | Courtroom Minutes. Time Hearing Held: 10:00 AM. Appearances: Ray Battaglia, Stephen Lemmon, Ryan Chapple, Ha Nguyen, RJ Shannon, Mike Ridulfo, Shelby Jordan, Melissa Haselden, Jarod Martin, Patrick Magill, Elizabeth Freeman. (Related document(s):6 Final Cash Collateral Hearing, 127 Amended Motion to Direct Subchapter V Trustee, 205 Application to Employ, 206 Motion to Reconsider, 207 Motion to Reconsider). For the reasons stated on the record, Motions Granted. Parties are to upload a proposed order. **Further Cash Collateral Hearing on (Related Doc# 6) is scheduled for 10/26/2022 at 01:00 PM. Hybrid Hearing on (Related Doc# 206 and 207 Motions to Reconsider) are scheduled for 11/16/2022 at 10:00 AM.** (ZildeMartinez) (Entered: 10/12/2022) |
| 10/12/2022 | 🔘 236 (6 pgs) | Proposed Order RE: (Filed By Free Speech Systems LLC ).(Related document(s):6 Emergency Motion) (Battaglia, Raymond) (Entered: 10/12/2022) |
| 10/12/2022 | 🔘 237 (4 pgs) | Proposed Order RE: (Filed By Free Speech Systems LLC ).(Related document(s):205 Application to Employ) (Battaglia, Raymond) (Entered: 10/12/2022) |
| 10/13/2022 | 🔘 238 (6 pgs) | Fourth Interim Order Authorizing Debtor's Use of Cash Collateral and Providing Partial Adequate Protection. **Further Cash Collateral Hearing on (Related Doc# 6) is scheduled for 10/26/2022 at 01:00 PM.** Signed on 10/13/2022. (rsal) (Entered: 10/13/2022) |
| 10/13/2022 | 🔘 239 (3 pgs) | Order (A) Authorizing Employment of Patrick Magill as Chief Restructuring Officer, (B) Authorizing Employment of Staff of Magill PC in Discharge of Duties as Chief Restructuring Officer, and (C) Granting Related Relief (Related Doc # 205). Signed on 10/13/2022. (rsal) (Entered: 10/13/2022) |

| | | |
|---|---|---|
| 10/14/2022 | 240 (8 pgs) | BNC Certificate of Mailing. (Related document(s):233 Generic Order) No. of Notices: 12. Notice Date 10/14/2022. (Admin.) (Entered: 10/14/2022) |
| 10/14/2022 | 241 (4 pgs) | BNC Certificate of Mailing. (Related document(s):234 Order on Motion to Continue/Reschedule Hearing) No. of Notices: 12. Notice Date 10/14/2022. (Admin.) (Entered: 10/14/2022) |
| 10/15/2022 | 242 (9 pgs) | BNC Certificate of Mailing. (Related document(s):238 Generic Order) No. of Notices: 12. Notice Date 10/15/2022. (Admin.) (Entered: 10/15/2022) |
| 10/15/2022 | 243 (6 pgs) | BNC Certificate of Mailing. (Related document(s):239 Order on Application to Employ) No. of Notices: 12. Notice Date 10/15/2022. (Admin.) (Entered: 10/15/2022) |
| 10/20/2022 | 244 (4 pgs; 2 docs) | Motion to Withdraw as Attorney. Objections/Request for Hearing Due in 21 days. Filed by Creditor David Wheeler, et al. (Attachments: # 1 Proposed Order) (Chapple, Ryan) (Entered: 10/20/2022) |
| 10/21/2022 | 245 (2 pgs) | Debtor's Request for Separate Notice *by Patrick Magill, CRO* (Filed By Free Speech Systems LLC ). (Battaglia, Raymond) (Entered: 10/21/2022) |
| 10/21/2022 | 246 (11 pgs; 2 docs) | Motion to Extend Time *to File a Plan of Reorganization* Filed by Debtor Free Speech Systems LLC (Attachments: # 1 Proposed Order) (Battaglia, Raymond) (Entered: 10/21/2022) |
| 10/21/2022 | 247 (1 pg) | Order Granting Motion To Withdraw As Counsel for Connecticut Plaintiffs (Related Doc # 244). Signed on 10/21/2022. (rsal) (Entered: 10/21/2022) |
| 10/23/2022 | 248 (4 pgs) | BNC Certificate of Mailing. (Related document(s):247 Order on Motion to Withdraw as Attorney) No. of Notices: 12. Notice Date 10/23/2022. (Admin.) (Entered: 10/23/2022) |
| 10/24/2022 | 249 (101 pgs; 8 docs) | Exhibit List (Filed By Veronique De La Rosa, Marcel Fontaine, Neil Heslin, Scarlett Lewis, Leonard Pozner, David Wheeler, et al. ).(Related document(s):6 Emergency Motion) (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7) (Chapple, Ryan) (Entered: 10/24/2022) |
| 10/24/2022 | 250 (43 pgs; 11 docs) | Exhibit List (Filed By PQPR Holdings Limited, LLC ).(Related document(s):6 Emergency Motion) (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9 # 10 Exhibit 10) (Lemmon, Stephen) (Entered: 10/24/2022) |
| 10/24/2022 | 251 (61 pgs; 5 docs) | Application for Compensation for Shannon & Lee LLP, Attorney, Period: 7/29/2022 to 9/20/2022, Fee: $320196.25, Expenses: $5019.60. Objections/Request for Hearing Due in 21 days., Application for Administrative Expenses . Objections/Request for Hearing Due in 21 days. Filed by Attorney Shannon & Lee LLP (Attachments: # 1 Proposed Order # 2 Index A # 3 Exhibit B # 4 Exhibit C) (Shannon, R. J.) (Entered: 10/24/2022) |

| | | |
|---|---|---|
| 10/24/2022 | 252<br>(40 pgs; 6 docs) | Application for Compensation for Marc Schwartz, Other Professional, Period: 7/30/2022 to 9/20/2022, Fee: $359,949.50, Expenses: $1311.39, for Schwartz Associates, LLC, Other Professional, Period: 7/30/2022 to 9/20/2022, Fee: $359,949.50, Expenses: $1311.39. Objections/Request for Hearing Due in 21 days. Filed by Marc Schwartz, Schwartz Associates, LLC (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Proposed Order) (Ridulfo, Michael) (Entered: 10/24/2022) |
| 10/25/2022 | 253<br>(1 pg) | AO 435 TRANSCRIPT ORDER FORM (3-Day) by Stephen W. Lemmon. This is to order a transcript of Cash Collateral Motion heard on 9/13/2022 before Judge Christopher Lopez. Court Reporter/Transcriber: Veritext Legal Solutions (Filed By PQPR Holdings Limited, LLC ). (Lemmon, Stephen) Copy request electronically forwarded to Veritext Legal Solutions on 10/28/22. Estimated completion date: 10/31/22. Modified on 10/28/2022 (RachelWillborg). (Entered: 10/25/2022) |
| 10/25/2022 | 254<br>(2 pgs) | Order Extending Time to File Plan to December 16, 2022 (Related Doc # 246) Signed on 10/25/2022. (clopez) (Entered: 10/25/2022) |
| 10/25/2022 | 255<br>(5 pgs) | Proposed Order RE: *FIFTH INTERIM ORDER AUTHORIZING DEBTORS USE OF CASH COLLATERAL AND PROVIDING PARTIAL ADEQUATE PROTECTION* (Filed By Free Speech Systems LLC ). (Related document(s):6 Emergency Motion) (Battaglia, Raymond) (Entered: 10/25/2022) |
| 10/26/2022 | 256 | Courtroom Minutes. Time Hearing Held: 1:00 PM. Appearances: Elizabeth Freeman, Nicholas Lawson, Ha Nguyen, Ray Battaglia, Patrick Magill, Steve Lemmon, Ryan Chapple, Christopher Dylla, RJ Shannon, Mike Ridulfo. (Related document: 6 Motion for Cash Collateral). Interim Cash Collateral Order approved. **Further Cash Collateral Hearing is scheduled for 11/21/2022 at 02:00 PM.** (ZildeMartinez) (Entered: 10/26/2022) |
| 10/26/2022 | 257<br>(1 pg) | PDF with attached Audio File. Court Date & Time [ 10/26/2022 1:01:48 PM ]. File Size [ 10392 KB ]. Run Time [ 00:21:39 ]. (admin). (Entered: 10/26/2022) |
| 10/26/2022 | 258<br>(5 pgs) | Fifth Interim Order Authorizing Debtor's Use of Cash Collateral and Providing Partial Adequate Protection (Related document(s):6 Emergency Motion). Signed on 10/26/2022. (rsal) (Entered: 10/26/2022) |
| 10/28/2022 | 259<br>(4 pgs) | Stipulation By Veronique De La Rosa, Marcel Fontaine, Free Speech Systems LLC, Neil Heslin, Scarlett Lewis, Leonard Pozner, David Wheeler, et al. and. Does this document include an agreed order or otherwise request that the judge sign a document? Yes. (Filed By Veronique De La Rosa, Marcel Fontaine, Free Speech Systems LLC, Neil Heslin, Scarlett Lewis, Leonard Pozner, David Wheeler, et al. ). (Chapple, Ryan) (Entered: 10/28/2022) |
| 10/28/2022 | 260<br>(4 pgs) | Stipulation and Agreed Order (Related document(s): 259 Stipulation). Signed on 10/28/2022. (rsal) (Entered: 10/28/2022) |
| | | |

| | | |
|---|---|---|
| 10/28/2022 | ● 261<br>(5 pgs) | BNC Certificate of Mailing. (Related document(s):254 Order on Motion to Extend Time) No. of Notices: 12. Notice Date 10/28/2022. (Admin.) (Entered: 10/28/2022) |
| 10/28/2022 | ● 262<br>(8 pgs) | BNC Certificate of Mailing. (Related document(s):258 Generic Order) No. of Notices: 12. Notice Date 10/28/2022. (Admin.) (Entered: 10/28/2022) |
| 10/30/2022 | ● 263<br>(7 pgs) | BNC Certificate of Mailing. (Related document(s):260 Generic Order) No. of Notices: 12. Notice Date 10/30/2022. (Admin.) (Entered: 10/30/2022) |
| 11/03/2022 | ● 264<br>(9 pgs; 2 docs) | Motion to Reject Lease or Executory Contract *with Auriam Services, LLC* Filed by Debtor Free Speech Systems LLC (Attachments: # 1 Proposed Order) (Battaglia, Raymond) (Entered: 11/03/2022) |
| 11/07/2022 | ● 265<br>(2 pgs) | Order Authorizing the Retention of Jackson Walker LLP as Counsel for the Subchapter V Trustee (Related Doc # 230). Signed on 11/7/2022. (Entered: 11/07/2022) |
| 11/09/2022 | ● 266<br>(5 pgs) | BNC Certificate of Mailing. (Related document(s):265 Order on Application to Employ) No. of Notices: 12. Notice Date 11/09/2022. (Admin.) (Entered: 11/09/2022) |
| 11/14/2022 | ● 267<br>(16 pgs) | Omnibus Objection *of the United States Trustee* (related document(s):251 Application for Compensation, Application for Administrative Expenses, 252 Application for Compensation). Filed by US Trustee (Nguyen, Ha) (Entered: 11/14/2022) |
| 11/14/2022 | ● 268<br>(8 pgs) | Objection *TO SHANNON & LEE LLP, MARC SCHWARTZ AND SCHWARTZ ASSOCIATES, LLCS MOTIONS FOR ORDER ALLOWING ADMINISTRATIVE EXPENSE CLAIM AND GRANTING RELATED RELIEF* (related document(s):251 Application for Compensation, Application for Administrative Expenses, 252 Application for Compensation). Filed by Alex E Jones (Jordan, Shelby) (Entered: 11/14/2022) |
| 11/14/2022 | ● 269<br>(7 pgs) | Objection *The Debtor and Subchapter V Trustee's Joint Objection to W. Marc Schwartz and Shonnon & Lee LLP's Motions for Order Allowing Administrative Expense Claims* (related document(s):251 Application for Compensation, Application for Administrative Expenses, 252 Application for Compensation). Filed by Melissa A Haselden (Freeman, Elizabeth) (Entered: 11/14/2022) |
| 11/15/2022 | ● 270<br>(16 pgs) | Reply *to the U.S. Trustee's Omnibus Objection to the Motions of Shannon & Lee LLP and W. Marc Schwartz for Rehearing on the Issue of Disinterestedness* (related document(s):206 Motion to Reconsider). Filed by Shannon & Lee LLP (Shannon, R. J.) (Entered: 11/15/2022) |
| 11/15/2022 | ● 271<br>(15 pgs) | Reply *of W. Marc Schwartz and Schwartz Associates to the U.S. Trustee's Omnibus Objection to the Motions of Shannon & Lee LLP and W. Marc Schwartz for Rehearing on the Issue of Disinterestedness* (related document(s):207 Motion to Reconsider). Filed by W. Marc Schwartz, Schwartz Associates, LLC (Ridulfo, Michael) (Entered: 11/15/2022) |

| | | |
|---|---|---|
| 11/15/2022 | 🔘272<br>(13 pgs; 4 docs) | Sealed Motion *seeking entry of an order authorizing the Debtor to enter into a Financial Services Agreement* Filed by Debtor Free Speech Systems LLC (Attachments: # 1 Exhibit A - Financial Services Agreement # 2 Exhibit B - Proposed Order # 3 Service List) (Battaglia, Raymond) (Entered: 11/15/2022) |
| 11/15/2022 | 🔘273<br>(13 pgs; 4 docs) | Emergency Motion *Motion (the "Motion") seeking entry of an order authorizing the Debtor to enter into a Financial Services Agreement* Filed by Debtor Free Speech Systems LLC (Attachments: # 1 Exhibit A - Financial Services Agreement # 2 Exhibit B - Proposed Order # 3 Service List) (Battaglia, Raymond) (Entered: 11/15/2022) |
| 11/15/2022 | 🔘274<br>(18 pgs; 4 docs) | Sealed Motion *seeking entry of an order authorizing the Debtor to enter into a Fulfillment Agreement* Filed by Debtor Free Speech Systems LLC (Attachments: # 1 Exhibit A - Fulfillment Agreement # 2 Exhibit B - Proposed Order # 3 Service List) (Battaglia, Raymond) (Entered: 11/15/2022) |
| 11/15/2022 | 🔘275<br>(17 pgs; 4 docs) | Emergency Motion *seeking entry of an order authorizing the Debtor to enter into a Fulfillment Agreement* Filed by Debtor Free Speech Systems LLC (Attachments: # 1 Exhibit A - Fulfillment Agreement # 2 Exhibit B - Proposed Order # 3 Service List) (Battaglia, Raymond) (Entered: 11/15/2022) |
| 11/15/2022 | 🔘276<br>(18 pgs; 4 docs) | Emergency Motion *for Entry of Order Authorizing Debtor to Enter into Fulfillment Agreement* Filed by Debtor Free Speech Systems LLC (Attachments: # 1 Exhibit A - Fulfillment Agreement # 2 Exhibit B - Proposed Order # 3 Service List) (Battaglia, Raymond) (Entered: 11/15/2022) |
| 11/16/2022 | 🔘277<br>(1 pg) | Withdraw Document (Filed By Free Speech Systems LLC ).(Related document(s):275 Emergency Motion) (Battaglia, Raymond) (Entered: 11/16/2022) |
| 11/16/2022 | 🔘278<br>(2 pgs) | Notice *of Hearing*. (Related document(s):273 Emergency Motion, 276 Emergency Motion) Filed by Free Speech Systems LLC (Battaglia, Raymond) (Entered: 11/16/2022) |
| 11/17/2022 | 🔘279<br>(4 pgs) | Certificate *of Service* (Filed By Free Speech Systems LLC ).(Related document(s):278 Notice) (Battaglia, Raymond) (Entered: 11/17/2022) |
| 11/17/2022 | 🔘280<br>(107 pgs; 9 docs) | Exhibit List (Filed By Veronique De La Rosa, Marcel Fontaine, Neil Heslin, Scarlett Lewis, Leonard Pozner, David Wheeler, et al. ).(Related document(s):6 Emergency Motion) (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8) (Chapple, Ryan) (Entered: 11/17/2022) |
| 11/17/2022 | 🔘281<br>(3 pgs) | Notice of Appearance and Request for Notice Filed by Bradley J. Reeves Filed by on behalf of Reeves Law, PLLC (Reeves, Bradley) (Entered: 11/17/2022) |
| 11/19/2022 | 🔘282<br>(25 pgs; 2 docs) | Application to Employ M3 Advisory Partners, LP as Financial Advisor. Objections/Request for Hearing Due in 21 days. Filed by Trustee Melissa A Haselden (Attachments: # 1 Proposed Order) (Freeman, Elizabeth) (Entered: 11/19/2022) |

| | | |
|---|---|---|
| 11/20/2022 | ⚫283<br>(5 pgs) | Proposed Order RE: *Sixth Interim Cash Collateral Order* (Filed By Free Speech Systems LLC ).(Related document(s):6 Emergency Motion) (Battaglia, Raymond) (Entered: 11/20/2022) |
| 11/20/2022 | ⚫284<br>(2 pgs) | Sealed Document *Advisory to the Court Regarding Payroll* (Filed By Free Speech Systems LLC ). (Battaglia, Raymond) (Entered: 11/20/2022) |
| 11/21/2022 | ⚫285<br>(5 pgs) | Status Report (Filed By Melissa A Haselden ). (Freeman, Elizabeth) (Entered: 11/21/2022) |
| 11/21/2022 | ⚫286<br>(1 pg) | Order Granting Debtor's Emergency Motion for Entry of Order Authorizing Debtor to Enter into Fulfillment Agreement (Related Doc # 276). Signed on 11/21/2022. (RosarioSaldana) (Entered: 11/21/2022) |
| 11/21/2022 | ⚫287<br>(5 pgs) | Sixth Interim Order Authorizing Debtor's Use of Cash Collateral and Providing Partial Adequate Protection Signed on 11/21/2022 (RosarioSaldana) (Entered: 11/21/2022) |
| 11/21/2022 | ⚫288<br>(1 pg) | Order Granting Debtor's Emergency Motion for Entry of Order Authorizing Debtor to Enter Into Financial Services Agreement (Related Doc # 273). Signed on 11/21/2022. (RosarioSaldana) (Entered: 11/21/2022) |
| 11/21/2022 | ⚫289 | Courtroom Minutes. Time Hearing Held: 2:00 PM. Appearances: Ray Battaglia, Steve Lemmon, Jarrod Martin, Melissa Haselden, Ryan Chapple, Patrick Magill. (Related documents:6 Emergency Motion for Cash Collateral, 272 Sealed Motion, 273 Emergency Motion, 274 Sealed Motion, 276 Emergency Motion). Hearing Held. The Sixth Interim Order for Cash Collateral is Approved. The Emergency Motion to Enter into a Fulfillment Agreement is Granted. Order Signed. **A Further Hearing on (Related docs: 6 Cash Collateral, 155 Application Authorizing Employment, and 282 Application to Employ] is scheduled for 12/19/2022 at 03:00 PM.** (ZildeMartinez) (Entered: 11/21/2022) |
| 11/22/2022 | ⚫290<br>(2 pgs) | Notice *of Hearings*. (Related document(s):6 Emergency Motion, 155 Generic Application, 282 Application to Employ) Filed by Free Speech Systems LLC (Battaglia, Raymond) (Entered: 11/22/2022) |
| 11/23/2022 | ⚫291<br>(5 pgs) | BNC Certificate of Mailing. (Related document(s):286 Order on Emergency Motion) No. of Notices: 13. Notice Date 11/23/2022. (Admin.) (Entered: 11/23/2022) |
| 11/23/2022 | ⚫292<br>(9 pgs) | BNC Certificate of Mailing. (Related document(s):287 Generic Order) No. of Notices: 13. Notice Date 11/23/2022. (Admin.) (Entered: 11/23/2022) |
| 11/23/2022 | ⚫293<br>(5 pgs) | BNC Certificate of Mailing. (Related document(s):288 Order on Emergency Motion) No. of Notices: 13. Notice Date 11/23/2022. (Admin.) (Entered: 11/23/2022) |

000031

| | | |
|---|---|---|
| 11/29/2022 | 294<br>(4 pgs; 2 docs) | Certificate *of No Objection* (Filed By Free Speech Systems LLC ). (Related document(s):264 Motion to Reject Lease or Executory Contract) (Attachments: # 1 Proposed Order) (Battaglia, Raymond) (Entered: 11/29/2022) |
| 12/02/2022 | 295<br>(1 pg) | PDF with attached Audio File. Court Date & Time [ 11/21/2022 2:00:11 PM ]. File Size [ 13321 KB ]. Run Time [ 00:27:45 ]. (Hearing on Doc. No. 6 and 272). (admin). (Entered: 12/02/2022) |
| 12/02/2022 | 296<br>(7 pgs; 2 docs) | Motion for Joint Administration Filed by Debtor Free Speech Systems LLC, Interested Party Alex E Jones (Attachments: # 1 Proposed Order) (Stephenson, Christina) (Entered: 12/02/2022) |
| 12/06/2022 | 297<br>(6 pgs; 2 docs) | Motion to Reject Lease or Executory Contract *with Expo GLO, LLC* Filed by Debtor Free Speech Systems LLC (Attachments: # 1 Proposed Order) (Battaglia, Raymond) (Entered: 12/06/2022) |
| 12/06/2022 | 298<br>(5 pgs; 2 docs) | Motion to Reject Lease or Executory Contract *with Ally Bank* Filed by Debtor Free Speech Systems LLC (Attachments: # 1 Proposed Order) (Battaglia, Raymond) (Entered: 12/06/2022) |
| 12/06/2022 | 299<br>(11 pgs; 3 docs) | Second Emergency Motion *for Extension of Time to File a Plan of Reorganization* Filed by Debtor Free Speech Systems LLC (Attachments: # 1 Proposed Order # 2 Service List) (Battaglia, Raymond) (Entered: 12/06/2022) |
| 12/06/2022 | 300<br>(9 pgs; 2 docs) | Emergency Motion *to Modify Stay Orders* Filed by Interested Party Alex E Jones (Attachments: # 1 Proposed Order) (Driver, Vickie) (Entered: 12/06/2022) |
| 12/07/2022 | 301<br>(6 pgs) | Notice *of Verified Statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure.* Filed by Veronique De La Rosa, Marcel Fontaine, Neil Heslin, Scarlett Lewis, Leonard Pozner (Martin, Jarrod) (Entered: 12/07/2022) |
| 12/07/2022 | 302<br>(6 pgs) | Corrected Notice *of Verified Statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure.* (Related document(s):301 Notice) Filed by Veronique De La Rosa, Marcel Fontaine, Neil Heslin, Scarlett Lewis, Leonard Pozner (Martin, Jarrod) (Entered: 12/07/2022) |
| 12/07/2022 | 303<br>(4 pgs) | Certificate *of Service* (Filed By Free Speech Systems LLC ).(Related document(s):297 Motion to Reject Lease or Executory Contract, 298 Motion to Reject Lease or Executory Contract, 299 Emergency Motion) (Battaglia, Raymond) (Entered: 12/07/2022) |
| 12/07/2022 | 304<br>(7 pgs; 2 docs) | Notice *of Hearing.* (Related document(s):299 Emergency Motion) Filed by Free Speech Systems LLC (Attachments: # 1 Service List) (Battaglia, Raymond) (Entered: 12/07/2022) |
| 12/09/2022 | 305<br>(4 pgs) | Response/Objection Filed by PQPR Holdings Limited, LLC. (Related document(s):282 Application to Employ) (Lemmon, Stephen) (Entered: 12/09/2022) |

000032

| 12/09/2022 | ⬤306 (10 pgs) | Statement *of Multiple Representation* (Filed By David Wheeler, et al. ). (Chapple, Ryan) (Entered: 12/09/2022) |
|---|---|---|
| 12/09/2022 | ⬤307 (3 pgs) | Notice *of Hearing*. (Related document(s):296 Motion for Joint Administration) Filed by Alex E Jones (Stephenson, Christina) (Entered: 12/09/2022) |
| 12/09/2022 | ⬤308 (3 pgs) | Notice *of Hearing*. (Related document(s):300 Emergency Motion) Filed by Alex E Jones (Stephenson, Christina) (Entered: 12/09/2022) |
| 12/14/2022 | ⬤309 (9 pgs; 2 docs) | Objection (related document(s):296 Motion for Joint Administration). Filed by US Trustee (Attachments: # 1 Proposed Order) (Ruff, Jayson) (Entered: 12/14/2022) |
| 12/14/2022 | ⬤310 (3 pgs) | Notice *of Reset Hearing on Joint Motion for Entry of Order Authorizing Joint Administration of Chapter 11 Cases*. (Related document(s): Hearing (Bk) Cont) Filed by Alex E Jones (Stephenson, Christina) (Entered: 12/14/2022) |
| 12/14/2022 | ⬤311 (3 pgs) | Notice *of Reset Hearing on Emergency Motion to Modify Stay Orders*. (Related document(s): Hearing (Bk) Cont) Filed by Alex E Jones (Stephenson, Christina) (Entered: 12/14/2022) |
| 12/14/2022 | ⬤312 (4 pgs) | Objection *Subchapter V Trustee's Joinder to United States Trustee's Objection to the Debtors' Joint Motion for Entry of Order Authorizing Joint Administration of Chapter 11 Cases Pursuant to Rule 1015(B) of the Federal Rules of Bankruptcy Procedure* (related document(s):296 Motion for Joint Administration). Filed by Melissa A Haselden (Freeman, Elizabeth) (Entered: 12/14/2022) |
| 12/15/2022 | ⬤313 (14 pgs; 2 docs) | Witness List, Exhibit List (Filed By Melissa A Haselden ).(Related document(s):282 Application to Employ) (Attachments: # 1 Exhibit 1) (Freeman, Elizabeth) (Entered: 12/15/2022) |
| 12/15/2022 | ⬤314 (113 pgs; 10 docs) | Exhibit List (Filed By Veronique De La Rosa, Marcel Fontaine, Neil Heslin, Scarlett Lewis, Leonard Pozner, David Wheeler, et al. ).(Related document(s):6 Emergency Motion) (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9) (Chapple, Ryan) (Entered: 12/15/2022) |
| 12/15/2022 | ⬤315 (68 pgs; 12 docs) | Exhibit List (Filed By PQPR Holdings Limited, LLC ).(Related document(s):6 Emergency Motion, 282 Application to Employ) (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9 # 10 Exhibit 10 # 11 Exhibit 11) (Lemmon, Stephen) (Entered: 12/15/2022) |
| 12/15/2022 | ⬤316 (3 pgs) | Witness List (Filed By US Trustee ).(Related document(s):296 Motion for Joint Administration) (Ruff, Jayson) (Entered: 12/15/2022) |
| 12/15/2022 | ⬤317 (3 pgs) | Exhibit List (Filed By Free Speech Systems LLC ). (Battaglia, Raymond) (Entered: 12/15/2022) |
| 12/15/2022 | ⬤318 (3 pgs) | Exhibit List (Filed By Alex E Jones ).(Related document(s):6 Emergency Motion) (Stephenson, Christina) (Entered: 12/15/2022) |

| | | |
|---|---|---|
| 12/16/2022 | 319<br>(4 pgs) | Objection *(Limited)* (related document(s):6 Emergency Motion). Filed by Alex E Jones (Stephenson, Christina) (Entered: 12/16/2022) |
| 12/16/2022 | 320<br>(21 pgs; 2 docs) | Debtor-In-Possession Monthly Operating Report for Filing Period ending 7/31/2022, $104337 disbursed (Filed By Free Speech Systems LLC ). (Attachments: # 1 Exhibit July Bank Statement) (Battaglia, Raymond) (Entered: 12/16/2022) |
| 12/16/2022 | 321<br>(32 pgs; 2 docs) | Debtor-In-Possession Monthly Operating Report for Filing Period ending 9/30/2022, $2293537 disbursed (Filed By Free Speech Systems LLC ). (Attachments: # 1 Exhibit September Bank Statement) (Battaglia, Raymond) (Entered: 12/16/2022) |
| 12/16/2022 | 322<br>(28 pgs; 2 docs) | Debtor-In-Possession Monthly Operating Report for Filing Period ending 8/31/2022, $1773415 disbursed (Filed By Free Speech Systems LLC ). (Attachments: # 1 Exhibit August Bank Statement) (Battaglia, Raymond) (Entered: 12/16/2022) |
| 12/16/2022 | 323<br>(28 pgs; 2 docs) | Debtor-In-Possession Monthly Operating Report for Filing Period ending 10/31/2022, $1353745 disbursed (Filed By Free Speech Systems LLC ). (Attachments: # 1 Exhibit October Bank Statement) (Battaglia, Raymond) (Entered: 12/16/2022) |
| 12/16/2022 | 324<br>(29 pgs; 2 docs) | Debtor-In-Possession Monthly Operating Report for Filing Period ending 11/30/2022, $2691237 disbursed (Filed By Free Speech Systems LLC ). (Attachments: # 1 Exhibit November Bank Statement) (Battaglia, Raymond) (Entered: 12/16/2022) |
| 12/16/2022 | 325<br>(8 pgs) | Supplemental Response/Objection Filed by PQPR Holdings Limited, LLC. (Related document(s):282 Application to Employ) (Lemmon, Stephen) (Entered: 12/16/2022) |
| 12/16/2022 | 326<br>(69 pgs; 13 docs) | Exhibit List (Filed By PQPR Holdings Limited, LLC ).(Related document(s):6 Emergency Motion, 282 Application to Employ) (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9 # 10 Exhibit 10 # 11 Exhibit 11 # 12 Exhibit 12) (Lemmon, Stephen) (Entered: 12/16/2022) |
| 12/16/2022 | 327<br>(4 pgs) | Response (Filed By Melissa A Haselden ).(Related document(s):305 Response/Objection, 325 Response/Objection) (Freeman, Elizabeth) (Entered: 12/16/2022) |
| 12/18/2022 | 328<br>(5 pgs) | Proposed Order RE: *Seventh Interim* (Filed By Free Speech Systems LLC ).(Related document(s):6 Emergency Motion) (Battaglia, Raymond) (Entered: 12/18/2022) |
| 12/19/2022 | 329<br>(4 pgs) | Proposed Order RE: *Agreed Order Modifying the Automatic Stay* (Filed By Veronique De La Rosa, Marcel Fontaine, Neil Heslin, Scarlett Lewis, Leonard Pozner, David Wheeler, et al. ).(Related document(s):300 Emergency Motion) (Brimmage, Marty) (Entered: 12/19/2022) |
| 12/19/2022 | 330<br>(4 pgs; 2 docs) | Proposed Order RE: *Order Granting Subchapter Trustee's Motion for Entry of an Order Authorizing Retention of M3 Advisory Partners, LP as Financial Advisor to the Subchapter V Trustee* (Filed By Melissa A |

| | | |
|---|---|---|
| | | Haselden ).(Related document(s):282 Application to Employ) (Attachments: # 1 Redline) (Freeman, Elizabeth) (Entered: 12/19/2022) |
| 12/19/2022 | 331 (4 pgs) | Agreed Order Modifying the Automatic Stay (Related Doc # 300. Signed on 12/19/2022. (RosarioSaldana) (Entered: 12/19/2022) |
| 12/19/2022 | 332 (2 pgs) | Order Granting Second Motion for Extension of Time to file a Plan of Reorganization (Related Doc # 299). Signed on 12/19/2022. (RosarioSaldana) (Entered: 12/19/2022) |
| 12/19/2022 | 333 (5 pgs) | Seventh Interim Order Authorizing Debtor's Use of Cash Collateral and Providing Partial Adequate Protection (Related document(s): 6 Emergency Motion). Signed on 12/19/2022. (RosarioSaldana) (Entered: 12/19/2022) |
| 12/19/2022 | 334 (2 pgs) | Order Approving Rejection of Auriam Services LLC Agreement and Granting Related Relief (Related Doc # 264). Signed on 12/19/2022. (RosarioSaldana) (Entered: 12/19/2022) |
| 12/19/2022 | 335 (1 pg) | AO 435 TRANSCRIPT ORDER FORM (3-Day) by Shannon & Lee LLP. This is to order a transcript of Hearing on 12/19/2022 before Judge Christopher Lopez. Court Reporter/Transcriber: Veritext Legal Solutions (Filed By Shannon & Lee LLP ). (Shannon, R. J.) Electronic Transcripts Request Received and Forwarded to Veritext Legal Solutions on 12/21/2022. Estimated Date of Completion: 12/24/2022. Modified on 12/21/2022 (AntonioBanda). (Entered: 12/19/2022) |
| 12/19/2022 | 336 | Courtroom Minutes. Time Hearing Held: 3:00 PM. Appearances: Ray Battaglia,Jayson Ruff, Ha Nguyen, Avi Moshenberg, Steve Lemmon, RJ Shannon, Marty Brimmage, David Zensky, Sara Brauner, Elizabeth Freemen, Vickie Driver, Shelby Jordan, Ryan Chapple, Mike Ridulfo. (Related documents: 6 Cash Collateral, 155 Application Authorizing Employment, 282 Application to Employ M3). ). For the reasons stated on the record, Motions Granted. Orders Signed. **Hybrid Hearing on (Related Doc. 6) is scheduled for 1/20/2023 at 11:00 AM.** (ZildeMartinez) (Entered: 12/19/2022) |
| 12/19/2022 | 337 (1 pg) | PDF with attached Audio File. Court Date & Time [ 12/19/2022 3:00:50 PM ]. File Size [ 39914 KB ]. Run Time [ 01:23:09 ]. (admin). (Entered: 12/19/2022) |
| 12/20/2022 | 338 (1 pg) | Motion to Appear pro hac vice *of Alexander Woolverton*. Filed by Creditor David Wheeler, et al. (Chapple, Ryan) (Entered: 12/20/2022) |
| 12/20/2022 | 339 (1 pg) | Motion to Appear pro hac vice *of Martin J. Salvucci*. Filed by Creditor David Wheeler, et al. (Chapple, Ryan) (Entered: 12/20/2022) |
| 12/20/2022 | 340 (1 pg) | Motion to Appear pro hac vice *of Kyle J. Kimpler*. Filed by Creditor David Wheeler, et al. (Chapple, Ryan) (Entered: 12/20/2022) |
| 12/20/2022 | 341 (4 pgs) | Notice of Appearance and Request for Notice Filed by Ryan E Chapple Filed by on behalf of David Wheeler, et al. (Chapple, Ryan) (Entered: 12/20/2022) |

000035

| 12/20/2022 | 342 (1 pg) | Order Granting Motion To Appear pro hac vice (Related Doc # 338) Signed on 12/20/2022. (clopez) (Entered: 12/20/2022) |
|---|---|---|
| 12/20/2022 | 343 (1 pg) | Order Granting Motion To Appear pro hac vice (Related Doc # 339) Signed on 12/20/2022. (clopez) (Entered: 12/20/2022) |
| 12/20/2022 | 344 (1 pg) | Order Granting Motion To Appear pro hac vice (Related Doc # 340) Signed on 12/20/2022. (clopez) (Entered: 12/20/2022) |
| 12/20/2022 | 345 (2 pgs) | Order Granting Application to Employ M3 (Related Doc # 282) Signed on 12/20/2022. (clopez) (Entered: 12/20/2022) |
| 12/21/2022 | 346 (4 pgs) | Proposed Order Submission After Hearing (Filed By Free Speech Systems LLC ).(Related document(s):155 Generic Application) (Battaglia, Raymond) (Entered: 12/21/2022) |
| 12/21/2022 | 347 (1 pg) | AO 435 TRANSCRIPT ORDER FORM (Daily (24 hours)) by Marty L. Brimmage, Jr.. This is to order a transcript of the December 19, 2022 Hearing before Judge Christopher Lopez. Court Reporter/Transcriber: Veritext Legal Solutions (Filed By Veronique De La Rosa, Marcel Fontaine, Neil Heslin, Scarlett Lewis, Leonard Pozner, David Wheeler, et al. ). (Brimmage, Marty) Electronic Copy Request Received and Forwarded to Veritext Legal Solutions on 12/21/2022. Estimated Date of Completion: 12/22/2022. Modified on 12/21/2022 (AntonioBanda). (Entered: 12/21/2022) |
| 12/21/2022 | 348 (4 pgs) | Order Approving Debtor's Application to Employ Martin, Disiere, Jefferson & Wisdom L.L.P. Under 11 USC 327(e), as Special Counsel, Effective as of August 30, 2022 (Related Doc # 155). Signed on 12/21/2022. (ZildeMartinez) (Entered: 12/21/2022) |
| 12/21/2022 | 349 (8 pgs; 2 docs) | Emergency Motion *to Fix a Date by Which Debtor Must Assume or Reject Executory Contract* Filed by Interested Party Alex E Jones (Attachments: # 1 Proposed Order) (Stephenson, Christina) (Entered: 12/21/2022) |
| 12/21/2022 | 350 (9 pgs) | BNC Certificate of Mailing. (Related document(s):331 Order on Emergency Motion) No. of Notices: 13. Notice Date 12/21/2022. (Admin.) (Entered: 12/21/2022) |
| 12/21/2022 | 351 (7 pgs) | BNC Certificate of Mailing. (Related document(s):332 Order on Emergency Motion) No. of Notices: 13. Notice Date 12/21/2022. (Admin.) (Entered: 12/21/2022) |
| 12/21/2022 | 352 (10 pgs) | BNC Certificate of Mailing. (Related document(s):333 Generic Order) No. of Notices: 13. Notice Date 12/21/2022. (Admin.) (Entered: 12/21/2022) |
| 12/21/2022 | 353 (7 pgs) | BNC Certificate of Mailing. (Related document(s):334 Order on Motion to Reject Lease or Executory Contract) No. of Notices: 13. Notice Date 12/21/2022. (Admin.) (Entered: 12/21/2022) |

| | | |
|---|---|---|
| 12/23/2022 | 354 (67 pgs) | Transcript RE: hearing held on 12/19/22 before Judge CHRISTOPHER M. LOPEZ. Transcript is available for viewing in the Clerk's Office. Filed by Transcript access will be restricted through 03/23/2023. (VeritextLegalSolutions) (Entered: 12/23/2022) |
| 12/23/2022 | 355 (1 pg) | Notice *of Rate Increase*. (Related document(s):180 Order on Application to Employ) Filed by Free Speech Systems LLC (Battaglia, Raymond) (Entered: 12/23/2022) |
| 12/23/2022 | 356 (6 pgs) | BNC Certificate of Mailing. (Related document(s):342 Order on Motion to Appear pro hac vice) No. of Notices: 13. Notice Date 12/23/2022. (Admin.) (Entered: 12/23/2022) |
| 12/23/2022 | 357 (6 pgs) | BNC Certificate of Mailing. (Related document(s):343 Order on Motion to Appear pro hac vice) No. of Notices: 13. Notice Date 12/23/2022. (Admin.) (Entered: 12/23/2022) |
| 12/23/2022 | 358 (6 pgs) | BNC Certificate of Mailing. (Related document(s):344 Order on Motion to Appear pro hac vice) No. of Notices: 13. Notice Date 12/23/2022. (Admin.) (Entered: 12/23/2022) |
| 12/23/2022 | 359 (7 pgs) | BNC Certificate of Mailing. (Related document(s):345 Order on Application to Employ) No. of Notices: 13. Notice Date 12/23/2022. (Admin.) (Entered: 12/23/2022) |
| 12/23/2022 | 360 (9 pgs) | BNC Certificate of Mailing. (Related document(s):348 Order on Generic Application) No. of Notices: 13. Notice Date 12/23/2022. (Admin.) (Entered: 12/23/2022) |
| 12/27/2022 | 361 (1 pg) | Notice of Filing of Official Transcript as to 354 Transcript. Parties notified (Related document(s):354 Transcript) (ShannonHolden) (Entered: 12/27/2022) |
| 12/29/2022 | 362 (117 pgs; 6 docs) | Omnibus Reply *to Objections to Administrative Expense Motion* (related document(s):251 Application for Compensation, Application for Administrative Expenses). Filed by Shannon & Lee LLP (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E) (Shannon, R. J.) (Entered: 12/29/2022) |
| 12/29/2022 | 363 (6 pgs) | BNC Certificate of Mailing. (Related document(s):361 Notice of Filing of Official Transcript (Form)) No. of Notices: 13. Notice Date 12/29/2022. (Admin.) (Entered: 12/29/2022) |
| 12/30/2022 | 364 (5 pgs) | Notice *of Reservation of Rights*. (Related document(s):349 Emergency Motion) Filed by Veronique De La Rosa, Marcel Fontaine, Neil Heslin, Scarlett Lewis, Leonard Pozner, David Wheeler, et al. (Chapple, Ryan) (Entered: 12/30/2022) |
| 12/30/2022 | 365 (3 pgs) | Stipulation By Veronique De La Rosa, Marcel Fontaine, Neil Heslin, Scarlett Lewis, Leonard Pozner, David Wheeler, et al. and. Does this document include an agreed order or otherwise request that the judge sign a document? Yes. (Filed By Veronique De La Rosa, Marcel Fontaine, Neil Heslin, Scarlett Lewis, Leonard Pozner, David Wheeler, et al. ). (Brimmage, Marty) (Entered: 12/30/2022) |

| | | |
|---|---|---|
| 12/30/2022 | 🌐366 (13 pgs) | Certificate *of Service of Status Conference set on January 6, 2023* (Filed By Shannon & Lee LLP ).(Related document(s):206 Motion to Reconsider, 207 Motion to Reconsider, 208 Proposed Order, 217 Response, 218 Reply, 221 Reply, 223 Objection, 226 Notice, 251 Application for Compensation, Application for Administrative Expenses, 252 Application for Compensation, 267 Objection, 268 Objection, 269 Objection, 270 Reply, 271 Reply, 362 Reply, Certificate of Notice) (Shannon, R. J.) (Entered: 12/30/2022) |
| 01/03/2023 | 🌐367 (2 pgs) | Order Approving Rejection of Warehouse Lease Agreement with Expo Glo, LLC and Granting Related Relief (Related Doc # 297). Signed on 1/3/2023. (ZildeMartinez) (Entered: 01/03/2023) |
| 01/03/2023 | 🌐368 (2 pgs) | Order Approving Rejection of Vehicle Lease Agreement With Ally Bank and Granting Related Relief (Related Doc # 298). Signed on 1/3/2023. (ZildeMartinez) (Entered: 01/03/2023) |
| 01/04/2023 | 🌐369 (2 pgs) | Notice of Appearance and Request for Notice Filed by Walter J Cicack Filed by on behalf of Sweetwater Holdings Group, Inc. (Cicack, Walter) (Entered: 01/04/2023) |
| 01/04/2023 | 🌐370 (3 pgs) | Stipulation and Agreed Order Extending the Deadline to Object to Dischargeability (Related document: 365 Stipulation). Signed on 1/4/2023. (ZildeMartinez) (Entered: 01/04/2023) |
| 01/05/2023 | 🌐371 (2 pgs) | Reply *Joinder of W. Marc Schwartz and Schwartz Associates, LLC to Shannon & Lee, LLP's Omnibus Reply to Objections to Administrative Expense Motion ECF - Docket No. 362*. Filed by W. Marc Schwartz, Schwartz Associates, LLC (Ridulfo, Michael) (Entered: 01/05/2023) |
| 01/05/2023 | 🌐372 (7 pgs) | BNC Certificate of Mailing. (Related document(s):367 Order on Motion to Reject Lease or Executory Contract) No. of Notices: 13. Notice Date 01/05/2023. (Admin.) (Entered: 01/05/2023) |
| 01/05/2023 | 🌐373 (7 pgs) | BNC Certificate of Mailing. (Related document(s):368 Order on Motion to Reject Lease or Executory Contract) No. of Notices: 13. Notice Date 01/05/2023. (Admin.) (Entered: 01/05/2023) |
| 01/06/2023 | 🌐374 | Courtroom Minutes. Time Hearing Held: 9:00 AM. Appearances: RJ Shannon, Mike Ridulfo, Ha Nguyen, Jayson Ruff, Elizabeth Freeman, David Zensky, Ray Battaglia, Steve Lemmon. (Related document: 206 Motion to Reconsider, 207 Motion to Reconsider, 251 Application for Compensation, Application for Administrative Expenses, 252 Application for Compensation). Status Conference held. **Hybrid Hearing scheduled for 1/20/2023 at 10:00 AM.** (ZildeMartinez) (Entered: 01/06/2023) |
| 01/06/2023 | 🌐375 (1 pg) | 🔊 PDF with attached Audio File. Court Date & Time [ 1/6/2023 9:00:50 AM ]. File Size [ 4600 KB ]. Run Time [ 00:09:35 ]. (admin). (Entered: 01/06/2023) |
| 01/07/2023 | 🌐376 (8 pgs) | BNC Certificate of Mailing. (Related document(s):370 Generic Order) No. of Notices: 13. Notice Date 01/07/2023. (Admin.) (Entered: 01/07/2023) |

| 01/09/2023 | 377 (1 pg) | Withdrawal of Claim: 6 (Tran, Tommy) (Entered: 01/09/2023) |
|---|---|---|
| 01/09/2023 | 378 (1 pg) | Withdrawal of Claim: 36 (Tran, Tommy) (Entered: 01/09/2023) |
| 01/10/2023 | 379 (2 pgs) | Notice *of Withdrawal of Appearance of Alexander Woolverton*. (Related document(s):341 Notice of Appearance) Filed by David Wheeler, et al. (Chapple, Ryan) (Entered: 01/10/2023) |
| 01/11/2023 | 380 (3 pgs) | Objection *Debtor and Subchapter V Trustee's Joint Limited Objection to Emergency Motion of Alexander E. Jones to Fix a Date by Which Debtor Must Assume or Reject Executory Contract* (related document(s):349 Emergency Motion). Filed by Melissa A Haselden (Freeman, Elizabeth) (Entered: 01/11/2023) |
| 01/12/2023 | 381 (8 pgs) | Notice *of Bankruptcy Rule 2004 Examination of PQPR Holdings Limited, LLC by the Sandy Hook Families*. Filed by Veronique De La Rosa, Marcel Fontaine, Neil Heslin, Scarlett Lewis, Leonard Pozner, David Wheeler, et al. (Martin, Jarrod) (Entered: 01/12/2023) |
| 01/13/2023 | 382 (5 pgs; 2 docs) | Notice *of Final Judgment*. Filed by Neil Heslin, Scarlett Lewis (Attachments: # 1 Exhibit 1 - Final Judgment) (Moshenberg, Avi) (Entered: 01/13/2023) |
| 01/18/2023 | 383 (871 pgs; 27 docs) | Witness List, Exhibit List (Filed By Shannon & Lee LLP ).(Related document(s):206 Motion to Reconsider) (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit # 7 Exhibit # 8 Exhibit # 9 Exhibit # 10 Exhibit # 11 Exhibit # 12 Exhibit # 13 Exhibit # 14 Exhibit # 15 Exhibit # 16 Exhibit # 17 Exhibit # 18 Exhibit # 19 Exhibit # 20 Exhibit # 21 Exhibit # 22 Exhibit # 23 Exhibit # 24 Exhibit # 25 Exhibit # 26 Exhibit) (Shannon, R. J.) (Entered: 01/18/2023) |
| 01/18/2023 | 384 (119 pgs; 11 docs) | Exhibit List (Filed By Veronique De La Rosa, Marcel Fontaine, Neil Heslin, Scarlett Lewis, Leonard Pozner, David Wheeler, et al. ).(Related document(s):6 Emergency Motion) (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9 # 10 Exhibit 10) (Chapple, Ryan) (Entered: 01/18/2023) |
| 01/18/2023 | 385 (2 pgs) | Witness List (Filed By US Trustee ).(Related document(s):206 Motion to Reconsider, 207 Motion to Reconsider) (Ruff, Jayson) (Entered: 01/18/2023) |
| 01/18/2023 | 386 (946 pgs; 26 docs) | Witness List, Exhibit List (Filed By W. Marc Schwartz, Schwartz Associates, LLC ). (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9 # 10 Exhibit 10 # 11 Exhibit 11 # 12 Exhibit 12 # 13 Exhibit 13 # 14 Exhibit 14 # 15 Exhibit 15 # 16 Exhibit 16 # 17 Exhibit 17 # 18 Exhibit 18 # 19 Exhibit 19 # 20 Exhibit 20 # 21 Exhibit 21 # 22 Exhibit 22 # 23 Exhibit 23 # 24 Exhibit 24 # 25 Exhibit 25) (Ridulfo, Michael) (Entered: 01/18/2023) |
| 01/18/2023 | 387 (3 pgs) | Witness List (Filed By Free Speech Systems LLC ).(Related document(s):6 Emergency Motion) (Battaglia, Raymond) (Entered: 01/18/2023) |

| | | |
|---|---|---|
| 01/18/2023 | 🌑388<br>(4 pgs) | Witness List, Exhibit List (Filed By Veronique De La Rosa, Marcel Fontaine, Neil Heslin, Scarlett Lewis, Leonard Pozner, David Wheeler, et al. ). (Brimmage, Marty) (Entered: 01/18/2023) |
| 01/18/2023 | 🌑389<br>(2 pgs) | Witness List (Filed By US Trustee ).(Related document(s):349 Emergency Motion) (Ruff, Jayson) (Entered: 01/18/2023) |
| 01/18/2023 | 🌑390<br>(4 pgs) | Witness List, Exhibit List (Filed By Melissa A Haselden ). (Freeman, Elizabeth) (Entered: 01/18/2023) |
| 01/18/2023 | 🌑391<br>(906 pgs; 28 docs) | Witness List, Exhibit List (Filed By Shannon & Lee LLP ).(Related document(s):206 Motion to Reconsider, 383 Witness List, Exhibit List) (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit # 7 Exhibit # 8 Exhibit # 9 Exhibit # 10 Exhibit # 11 Exhibit # 12 Exhibit # 13 Exhibit # 14 Exhibit # 15 Exhibit # 16 Exhibit # 17 Exhibit # 18 Exhibit # 19 Exhibit # 20 Exhibit # 21 Exhibit # 22 Exhibit # 23 Exhibit # 24 Exhibit # 25 Exhibit # 26 Exhibit # 27 Exhibit) (Shannon, R. J.) (Entered: 01/18/2023) |
| 01/18/2023 | 🌑392<br>(31 pgs; 7 docs) | Witness List, Exhibit List (Filed By Alex E Jones ).(Related document(s):349 Emergency Motion) (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6) (Stephenson, Christina) (Entered: 01/18/2023) |
| 01/19/2023 | 🌑393<br>(37 pgs; 3 docs) | Exhibit List, Witness List (Filed By W. Marc Schwartz, Schwartz Associates, LLC ). (Attachments: # 1 Exhibit 3 # 2 Exhibit 24) (Ridulfo, Michael) (Entered: 01/19/2023) |
| 01/19/2023 | 🌑394<br>(5 pgs) | Proposed Order RE: *Eighth Interim Order* (Filed By Free Speech Systems LLC ).(Related document(s):6 Emergency Motion) (Battaglia, Raymond) (Entered: 01/19/2023) |
| 01/19/2023 | 🌑395<br>(5 pgs) | Agenda for Hearing on 1/20/2023 (Filed By Alex E Jones ). (Stephenson, Christina) (Entered: 01/19/2023) |
| 01/19/2023 | 🌑396<br>(3 pgs) | Motion *to Quash and for Protection and Objections to Notice of Rule 2004 Exam* Filed by Creditor PQPR Holdings Limited, LLC (Lemmon, Stephen) (Entered: 01/19/2023) |
| 01/19/2023 | 🌑397<br>(4 pgs) | Notice *of Withdrawal of Appearance*. (Related document(s):167 Notice of Appearance, 168 Notice of Appearance) Filed by Akin Gump Strauss Hauer & Feld LLP (Brimmage, Marty) (Entered: 01/19/2023) |
| 01/19/2023 | 🌑398<br>(5 pgs) | Notice *of Subchapter V Trustee's Third Interim Status Report*. Filed by Melissa A Haselden (Freeman, Elizabeth) (Entered: 01/19/2023) |
| 01/19/2023 | 🌑399<br>(5 pgs) | Sealed Document *Subchapter V Trustee's Third Interim Status Report* (Filed By Melissa A Haselden ). (Freeman, Elizabeth) (Entered: 01/19/2023) |
| 01/20/2023 | 🌑400<br>(5 pgs) | Notice of Appearance and Request for Notice Filed by Marty L Brimmage Filed by on behalf of Official Committee of Unsecured Creditors of Alexander E. Jones (Brimmage, Marty) (Entered: 01/20/2023) |

| | | |
|---|---|---|
| 01/20/2023 | 401 (1 pg) | Order Denying Motion for Rehearing on Debtor's Application to Employ Law Firm (Related Doc # 206). Signed on 1/20/2023. (RosarioSaldana) (Entered: 01/20/2023) |
| 01/20/2023 | 402 (1 pg) | Order Denying Motion for Rehearing on Debtor's Application to Employ Advisor (Related Doc # 207). Signed on 1/20/2023. (RosarioSaldana) (Entered: 01/20/2023) |
| 01/20/2023 | 403 (5 pgs) | Eight Interim Order Authorizing Debtor's Use of Cash Collateral and Providing Partial Adequate Protection (Related document(s): 6 Emergency Motion). Signed on 1/20/2023. (RosarioSaldana) (Entered: 01/20/2023) |
| 01/20/2023 | 404 | Courtroom Minutes. Time Hearing Held: 10:00/11:00 AM. Appearances: RJ Shannon, Mike Ridulfo, Jayson Ruff, Elizabeth Freeman, Melissa Haselden, Steve Lemmon, Ray Battaglia, Vickie Driver, Shelby Jordan, David Zensky, Avi Moshenberg, Sara Brauner, Kyle Kimpler, Alinor Sterling, Ryan Chapple, Christina Stephenson, Robert Schleizer, Patrick Magill. (Related documents: 6 Emergency Motion, 206 and 207 Motions to Reconsider, 251 and 252 Applications for Compensation, Application for Administrative Expenses, 349 Emergency Motion). For the reasons stated on the record, Motions (Related Docs. 206, 207) Denied. The use of Cash Collateral is authorized through February 17th under the previously approved terms. Parties are to contact this Court's Case Manager once the Amended Proposed Order on (Related Doc.349) has been filed. **Hybrid Hearing on (Related Doc. 6) is scheduled for 2/14/2023 at 01:00 PM.** (ZildeMartinez) (Entered: 01/20/2023) |
| 01/20/2023 | 405 (19 pgs; 2 docs) | Motion for Relief from Stay . Fee Amount $188. Filed by Creditors Veronique De La Rosa, Leonard Pozner Hearing scheduled for 2/14/2023 at 01:00 PM at Houston, Courtroom 401 (CML). (Attachments: # 1 Proposed Order) (Martin, Jarrod) (Entered: 01/20/2023) |
| 01/20/2023 | 406 (19 pgs; 2 docs) | Amended Motion for Relief from Stay (related document(s):405 Motion for Relief From Stay). Filed by Creditors Veronique De La Rosa, Leonard Pozner Hearing scheduled for 2/14/2023 at 01:00 PM at Houston, Courtroom 401 (CML). (Attachments: # 1 Proposed Order) (Martin, Jarrod) (Entered: 01/20/2023) |
| 01/20/2023 | 407 (1 pg) | PDF with attached Audio File. Court Date & Time [ 1/20/2023 10:00:27 AM ]. File Size [ 73241 KB ]. Run Time [ 02:32:35 ]. (admin). (Entered: 01/20/2023) |
| 01/22/2023 | 408 (30 pgs) | Debtor-In-Possession Monthly Operating Report for Filing Period ending 12/31/2022, $3440391 disbursed (Filed By Free Speech Systems LLC ). (Battaglia, Raymond) (Entered: 01/22/2023) |
| 01/22/2023 | 409 (6 pgs) | BNC Certificate of Mailing. (Related document(s):401 Order on Motion To Reconsider) No. of Notices: 14. Notice Date 01/22/2023. (Admin.) (Entered: 01/22/2023) |

| | | |
|---|---|---|
| 01/22/2023 | ⬤410 (6 pgs) | BNC Certificate of Mailing. (Related document(s):402 Order on Motion To Reconsider) No. of Notices: 14. Notice Date 01/22/2023. (Admin.) (Entered: 01/22/2023) |
| 01/22/2023 | ⬤411 (10 pgs) | BNC Certificate of Mailing. (Related document(s):403 Generic Order) No. of Notices: 14. Notice Date 01/22/2023. (Admin.) (Entered: 01/22/2023) |
| 01/31/2023 | ⬤412 (67 pgs; 4 docs) | Emergency Motion *TO APPROVE ASSUMPTION OF COMMERCIAL REAL PROPERTY LEASE WITH BCC UBC LLC.* Filed by Debtor Free Speech Systems LLC (Attachments: # 1 Exhibit A - Lease Agreement # 2 Exhibit B - Sixth Amendment # 3 Service List) (Battaglia, Raymond) (Entered: 01/31/2023) |
| 01/31/2023 | ⬤413 (2 pgs) | Proposed Order RE: *Motion to Fix a Date by Which Debtor Must Assume or Reject* (Filed By Free Speech Systems LLC ).(Related document(s):349 Emergency Motion) (Stephenson, Christina) (Entered: 01/31/2023) |
| 02/03/2023 | ⬤414 (9 pgs) | Notice of Appeal filed. (related document(s):182 Order on Application to Employ). Fee Amount $298. Appellant Designation due by 02/17/2023. (Shannon, R. J.) (Entered: 02/03/2023) |
| 02/03/2023 | ⬤415 (10 pgs; 2 docs) | Notice of Appeal filed. (related document(s):402 Order on Motion To Reconsider). Fee Amount $298. Appellant Designation due by 02/17/2023. (Attachments: # 1 Exhibit A)(Ridulfo, Michael) (Entered: 02/03/2023) |
| 02/03/2023 | ⬤416 (10 pgs) | Notice of Appeal filed. (related document(s):401 Order on Motion To Reconsider). Fee Amount $298. Appellant Designation due by 02/17/2023. (Shannon, R. J.) (Entered: 02/03/2023) |
| 02/03/2023 | ⬤417 | Election to Appeal to District Court . (Shannon, R. J.) (Entered: 02/03/2023) |
| 02/03/2023 | ⬤418 (11 pgs; 2 docs) | Notice of Appeal filed. (related document(s):181 Order on Application to Employ). Fee Amount $298. Appellant Designation due by 02/17/2023. (Attachments: # 1 Exhibit A)(Ridulfo, Michael) (Entered: 02/03/2023) |
| 02/07/2023 | ⬤419 (16 pgs; 2 docs) | Objection (related document(s):406 Amended Motion for Relief From Stay). Filed by Free Speech Systems LLC (Attachments: # 1 Service List) (Battaglia, Raymond) (Entered: 02/07/2023) |
| 02/08/2023 | ⬤420 (2 pgs) | AO 435 TRANSCRIPT ORDER FORM (Daily (24 hours)) by Ryan Chapple. This is to order a transcript of Hearing held December 19, 2022 before Judge Christopher Lopez. Court Reporter/Transcriber: Veritext Legal Solutions (Filed By David Wheeler, et al. ). (Chapple, Ryan) **Cancelled on 2/8/23 per the ordering party. Modified on 2/8/2023 (RachelWillborg). (Entered: 02/08/2023) |
| 02/08/2023 | ⬤421 (1 pg) | AO 435 TRANSCRIPT ORDER FORM (Daily (24 hours)) by Ryan Chapple. This is to order a transcript of hearing held 01-20-2023 before Judge Christopher Lopez. Court Reporter/Transcriber: Veritext Legal Solutions (Filed By David Wheeler, et al. ). (Chapple, Ryan) *Cancelled |

| | | on 2/8/23 per the ordering party. Modified on 2/8/2023 (RachelWillborg). (Entered: 02/08/2023) |
|---|---|---|
| 02/08/2023 | 422 (1 pg) | Clerk's Notice of Filing of an Appeal. On 02/03/2023, Shannon & Lee LLP filed a notice of appeal. The appeal has been assigned to U.S. District Judge Charles Eskridge, Civil Action 4:23-cv-00461. Parties notified (Related document(s):414 Notice of Appeal) (SierraThomasAnderson) (Entered: 02/08/2023) |
| 02/03/2023 | 423 | Election to Appeal to District Court *Re: 415*. (SierraThomasAnderson) (Entered: 02/08/2023) |
| 02/08/2023 | 424 (1 pg) | Clerk's Notice of Filing of an Appeal. On 02/03/2023, W. Marc Schwartz and Schwartz Associats, LLC filed a notice of appeal. The appeal has been assigned to U.S. District Judge Charles Eskridge, Civil Action 4:23-cv-00463. Parties notified (Related document(s):415 Notice of Appeal) (SierraThomasAnderson) (Entered: 02/08/2023) |
| 02/03/2023 | 425 | Election to Appeal to District Court *Re: 416*. (SierraThomasAnderson) (Entered: 02/08/2023) |
| 02/08/2023 | 426 (1 pg) | Clerk's Notice of Filing of an Appeal. On 02/03/2023, Shannon & Lee LLP filed a notice of appeal. The appeal has been assigned to U.S. District Judge Charles Eskridge, Civil Action 4:23-cv-00464. Parties notified (Related document(s):416 Notice of Appeal) (SierraThomasAnderson) (Entered: 02/08/2023) |
| 02/03/2023 | 427 | Election to Appeal to District Court *Re: 418*. (SierraThomasAnderson) (Entered: 02/08/2023) |
| 02/08/2023 | 428 (1 pg) | Clerk's Notice of Filing of an Appeal. On 02/03/2023, W. Marc Schwartz and Schwartz Associats, LLC filed a notice of appeal. The appeal has been assigned to U.S. District Judge Charles Eskridge, Civil Action 4:23-cv-00465. Parties notified (Related document(s):418 Notice of Appeal) (SierraThomasAnderson) (Entered: 02/08/2023) |
| 02/08/2023 | 429 (11 pgs; 3 docs) | Emergency Motion *to Approve Sale of Warehouse Racks and Related Property* Filed by Debtor Free Speech Systems LLC (Attachments: # 1 Proposed Order # 2 Service List) (Battaglia, Raymond) (Entered: 02/08/2023) |
| 02/09/2023 | 430 (1 pg) | Motion to Appear pro hac vice *of Rachel C. Strickland*. Filed by Creditors Veronique De La Rosa, Marcel Fontaine, Neil Heslin, Scarlett Lewis, Leonard Pozner (Hardy, Jennifer) (Entered: 02/09/2023) |
| 02/09/2023 | 431 (1 pg) | Motion to Appear pro hac vice *of Stuart R. Lombardi*. Filed by Creditors Veronique De La Rosa, Marcel Fontaine, Neil Heslin, Scarlett Lewis, Leonard Pozner (Hardy, Jennifer) (Entered: 02/09/2023) |
| 02/09/2023 | 432 (1 pg) | Motion to Appear pro hac vice *of Ciara A. Sisco*. Filed by Creditors Veronique De La Rosa, Marcel Fontaine, Neil Heslin, Scarlett Lewis, Leonard Pozner (Hardy, Jennifer) (Entered: 02/09/2023) |
| 02/09/2023 | 433 (4 pgs) | Notice of Appearance and Request for Notice Filed by Jennifer Jaye Hardy Filed by on behalf of Veronique De La Rosa, Marcel Fontaine, |

000043

| | | |
|---|---|---|
| | | Neil Heslin, Scarlett Lewis, Leonard Pozner (Hardy, Jennifer) (Entered: 02/09/2023) |
| 02/09/2023 | 434 (1 pg) | Order Granting Motion To Appear pro hac vice as to Rachel C. Strickland (Related Doc # 430). Signed on 2/9/2023. (RosarioSaldana) (Entered: 02/09/2023) |
| 02/09/2023 | 435 (1 pg) | Order Granting Motion To Appear pro hac vice as to Stuart R. Lombardi (Related Doc # 431). Signed on 2/9/2023. (RosarioSaldana) (Entered: 02/09/2023) |
| 02/09/2023 | 436 (1 pg) | Order Granting Motion To Appear pro hac vice as to Ciera A. Sisco (Related Doc # 432). Signed on 2/9/2023. (RosarioSaldana) (Entered: 02/09/2023) |
| 02/10/2023 | 437 (125 pgs; 12 docs) | Exhibit List (Filed By Veronique De La Rosa, Marcel Fontaine, Neil Heslin, Scarlett Lewis, Leonard Pozner, David Wheeler, et al. ).(Related document(s):6 Emergency Motion) (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9 # 10 Exhibit 10 # 11 Exhibit 11) (Chapple, Ryan) (Entered: 02/10/2023) |
| 02/10/2023 | 438 (4 pgs) | Witness List, Exhibit List (Filed By Official Committee of Unsecured Creditors of Alexander E. Jones ). (Brimmage, Marty) (Entered: 02/10/2023) |
| 02/10/2023 | 439 (69 pgs; 16 docs) | Exhibit List (Filed By PQPR Holdings Limited, LLC ).(Related document(s):6 Emergency Motion) (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9 # 10 Exhibit 10 # 11 Exhibit 11 # 12 Exhibit 12 # 13 Exhibit 13 # 14 Exhibit 14 # 15 Exhibit 15) (Lemmon, Stephen) (Entered: 02/10/2023) |
| 02/10/2023 | 440 (3 pgs) | Witness List (Filed By Free Speech Systems LLC ). (Battaglia, Raymond) (Entered: 02/10/2023) |
| 02/10/2023 | 441 (3 pgs) | Exhibit List, Witness List (Filed By Alex E Jones ).(Related document(s):6 Emergency Motion, 405 Motion for Relief From Stay, 406 Amended Motion for Relief From Stay, 412 Emergency Motion, 429 Emergency Motion) (Driver, Vickie) (Entered: 02/10/2023) |
| 02/10/2023 | 442 (6 pgs) | BNC Certificate of Mailing. (Related document(s):422 Clerk's Notice of Filing of an Appeal) No. of Notices: 14. Notice Date 02/10/2023. (Admin.) (Entered: 02/10/2023) |
| 02/10/2023 | 443 (6 pgs) | BNC Certificate of Mailing. (Related document(s):424 Clerk's Notice of Filing of an Appeal) No. of Notices: 14. Notice Date 02/10/2023. (Admin.) (Entered: 02/10/2023) |
| 02/10/2023 | 444 (6 pgs) | BNC Certificate of Mailing. (Related document(s):426 Clerk's Notice of Filing of an Appeal) No. of Notices: 14. Notice Date 02/10/2023. (Admin.) (Entered: 02/10/2023) |
| 02/10/2023 | 445 (6 pgs) | BNC Certificate of Mailing. (Related document(s):428 Clerk's Notice of Filing of an Appeal) No. of Notices: 14. Notice Date 02/10/2023. (Admin.) (Entered: 02/10/2023) |

| | | |
|---|---|---|
| 02/11/2023 | 🔘446<br>(25 pgs; 2 docs) | Proposed Order RE: *Stipulated Confidentiality Agreement and Protective Order* (Filed By Official Committee of Unsecured Creditors of Alexander E. Jones ). (Attachments: # 1 Exhibit A) (Brimmage, Marty) (Entered: 02/11/2023) |
| 02/11/2023 | 🔘447<br>(6 pgs) | BNC Certificate of Mailing. (Related document(s):434 Order on Motion to Appear pro hac vice) No. of Notices: 14. Notice Date 02/11/2023. (Admin.) (Entered: 02/11/2023) |
| 02/11/2023 | 🔘448<br>(6 pgs) | BNC Certificate of Mailing. (Related document(s):435 Order on Motion to Appear pro hac vice) No. of Notices: 14. Notice Date 02/11/2023. (Admin.) (Entered: 02/11/2023) |
| 02/11/2023 | 🔘449<br>(6 pgs) | BNC Certificate of Mailing. (Related document(s):436 Order on Motion to Appear pro hac vice) No. of Notices: 14. Notice Date 02/11/2023. (Admin.) (Entered: 02/11/2023) |
| 02/13/2023 | 🔘450<br>(1 pg) | Motion to Appear pro hac vice *for Christopher Hopkins*. Filed by Creditor David Wheeler, et al. (Chapple, Ryan) (Entered: 02/13/2023) |
| 02/13/2023 | 🔘451<br>(3 pgs) | Notice of Appearance and Request for Notice Filed by Ryan E Chapple Filed by on behalf of David Wheeler, et al. (Chapple, Ryan) (Entered: 02/13/2023) |
| 02/13/2023 | 🔘452<br>(8 pgs) | Objection *of Connecticut Plaintiffs to Emergency Motion to Assume Real Property Lease* (related document(s):412 Emergency Motion). Filed by David Wheeler, et al. (Chapple, Ryan) (Entered: 02/13/2023) |
| 02/13/2023 | 🔘453<br>(66 pgs; 2 docs) | Exhibit List (Filed By David Wheeler, et al. ).(Related document(s):412 Emergency Motion) (Attachments: # 1 Exhibit 1) (Chapple, Ryan) (Entered: 02/13/2023) |
| 02/13/2023 | 🔘454<br>(3 pgs) | Statement / *Texas Plaintiffs' Joinder to the Objection of the Connecticut Plaintiffs to the Debtor's Emergency Motion to Approve Assumption of Commercial Real Property Lease with BCC UBC LLC* (Filed By Veronique De La Rosa, Marcel Fontaine, Neil Heslin, Scarlett Lewis, Leonard Pozner ).(Related document(s):412 Emergency Motion, 452 Objection) (Hardy, Jennifer) (Entered: 02/13/2023) |
| 02/13/2023 | 🔘455<br>(1 pg) | Order Granting Motion To Appear pro hac vice as to Christopher Hopkins (Related Doc # 450). Signed on 2/13/2023. (ZildeMartinez) (Entered: 02/13/2023) |
| 02/13/2023 | 🔘456<br>(5 pgs) | Proposed Order RE: (Filed By Free Speech Systems LLC ).(Related document(s):6 Emergency Motion) (Battaglia, Raymond) (Entered: 02/13/2023) |
| 02/13/2023 | 🔘457<br>(2 pgs) | Agenda for Hearing on 2/14/2023 (Filed By Free Speech Systems LLC ). (Battaglia, Raymond) (Entered: 02/13/2023) |
| 02/13/2023 | 🔘458<br>(4 pgs) | Witness List, Exhibit List (Filed By Melissa A Haselden ). (Freeman, Elizabeth) (Entered: 02/13/2023) |
| 02/14/2023 | 🔘459<br>(5 pgs) | Ninth Interim Order Authorizing Debtor's Use of Cash Collateral and Providing Partial Adequate Protection (Related document(s): 6 |

| | | Emergency Motion). Signed on 2/14/2023. (RosarioSaldana) (Entered: 02/14/2023) |
|---|---|---|
| 02/14/2023 | 460 (2 pgs) | Order Granting Emergency Motion to Approve Sale of Warehouse Racks and Related Property (Related Doc # 429) Signed on 2/14/2023. (RosarioSaldana) (Entered: 02/14/2023) |
| 02/14/2023 | 461 (22 pgs) | Stipulated Confidentiality Agreement and Protective Order (Related document(s):446 Proposed Order). Signed on 2/14/2023. (RosarioSaldana) (Entered: 02/14/2023) |
| 02/14/2023 | 462 (1 pg) | Order Extending Time to File a Plan of Reorganization. Plan is due by 3/27/2023. Signed on 2/14/2023. (RosarioSaldana) (Entered: 02/14/2023) |
| 02/14/2023 | 463 (1 pg) | Order Extending Deadline to Assume or Reject Nonresidential Real Property Lease (Related document(s): 412 Emergency Motion). Signed on 2/14/2023. (RosarioSaldana) (Entered: 02/14/2023) |
| 02/14/2023 | 464 | Courtroom Minutes. Time Hearing Held: 1:00 PM. Appearances: Ray Battaglia, Ha Nguyen, Jennifer Hardy, Elizabeth Freeman, Steve Lemmon, Vickie Driver, Lynn Butler, David Zensky, Sara Brauner, Kyle Kimpler. (Related documents: 6 Emergency Motion, 406 Amended Motion for Relief From Stay, 412 Emergency Motion, 429 Emergency Motion to Approve Sale, 446 Stipulated Confidentiality Agreement and Protective Order). For the reasons stated on the record, Motions Granted. Orders Signed. **Hearing on (Related Doc: 406) is scheduled for 3/24/2023 at 10:00 AM. Hearing on (Related Doc: 6) is scheduled for 3/27/2023 at 01:00 PM.** (ZildeMartinez) (Entered: 02/14/2023) |
| 02/14/2023 | 465 (1 pg) | PDF with attached Audio File. Court Date & Time [ 2/14/2023 1:29:00 PM ]. File Size [ 19305 KB ]. Run Time [ 00:40:13 ]. (Hearing on 6 , 406 , 412 , 429 and 446 .). (admin). (Entered: 02/14/2023) |
| 02/14/2023 | 466 (1 pg) | AO 435 TRANSCRIPT ORDER FORM (Daily (24 hours)) by Shannon & Lee LLP. This is to order a transcript of Hearing on 1/20/2023 before Judge Christopher Lopez. Court Reporter/Transcriber: Veritext Legal Solutions (Filed By Shannon & Lee LLP ). (Shannon, R. J.)Copy request electronically forwarded to Veritext Legal Solutions on 02/14/2023. Estimated completion date: 02/15/2023. Modified on 2/14/2023 (DMcKinnieRichardson). **Correction: original request electronically forwarded to Veritext Legal Solutions on 02/14/2023. Estimated date of completion: 02/15/2023. Modified on 2/14/2023 (DMcKinnieRichardson). (Entered: 02/14/2023) |
| 02/14/2023 | 467 (1 pg) | AO 435 TRANSCRIPT ORDER FORM (Daily (24 hours)) by Shannon & Lee LLP. This is to order a transcript of Hearing on 8/24/2022 before Judge Christopher Lopez. Court Reporter/Transcriber: Veritext Legal Solutions (Filed By Shannon & Lee LLP ). (Shannon, R. J.) Electronically forwarded to Veritext Legal Solutions on 02/15/2023. Estimated date of completion: 02/16/2023. Modified on 2/15/2023 (DMcKinnieRichardson). (Entered: 02/14/2023) |

000046

| | | |
|---|---|---|
| 02/15/2023 | 🔘468<br>(26 pgs; 2 docs) | Joint Motion *to Revoke the Debtor's Subchapter V Election* Filed by Creditors Veronique De La Rosa, Marcel Fontaine, Neil Heslin, Scarlett Lewis, Leonard Pozner, David Wheeler, et al. (Attachments: # 1 Proposed Order) (Chapple, Ryan) (Entered: 02/15/2023) |
| 02/15/2023 | 🔘469<br>(3 pgs) | BNC Certificate of Mailing. (Related document(s):455 Order on Motion to Appear pro hac vice) No. of Notices: 14. Notice Date 02/15/2023. (Admin.) (Entered: 02/15/2023) |
| 02/16/2023 | 🔘470<br>(4 pgs) | Notice *of Rate Increase of Subchapter V Trustee.* Filed by Melissa A Haselden (Haselden, Melissa) (Entered: 02/16/2023) |
| 02/16/2023 | 🔘471<br>(3 pgs) | Appellant Designation of Contents For Inclusion in Record On Appeal (related document(s):414 Notice of Appeal)., Statement of Issues on Appeal (related document(s):414 Notice of Appeal). (Shannon, R. J.) (Entered: 02/16/2023) |
| 02/16/2023 | 🔘472<br>(3 pgs) | Appellant Designation of Contents For Inclusion in Record On Appeal (related document(s):416 Notice of Appeal)., Statement of Issues on Appeal (related document(s):416 Notice of Appeal). (Shannon, R. J.) Modified on 3/14/2023 (RishonaSmith). (Entered: 02/16/2023) |
| 02/16/2023 | 🔘473<br>(3 pgs) | Appellant Designation of Contents For Inclusion in Record On Appeal (related document(s):418 Notice of Appeal)., Statement of Issues on Appeal (related document(s):418 Notice of Appeal). (Ridulfo, Michael) (Entered: 02/16/2023) |
| 02/16/2023 | 🔘474<br>(3 pgs) | Appellant Designation of Contents For Inclusion in Record On Appeal (related document(s):415 Notice of Appeal)., Statement of Issues on Appeal (related document(s):415 Notice of Appeal). (Ridulfo, Michael) (Entered: 02/16/2023) |
| 02/16/2023 | 🔘475<br>(32 pgs) | Debtor-In-Possession Monthly Operating Report for Filing Period ending 1/31/2023, $2510984 disbursed (Filed By Free Speech Systems LLC ). (Battaglia, Raymond) (Entered: 02/16/2023) |
| 02/16/2023 | 🔘476<br>(10 pgs) | BNC Certificate of Mailing. (Related document(s):459 Generic Order) No. of Notices: 14. Notice Date 02/16/2023. (Admin.) (Entered: 02/16/2023) |
| 02/16/2023 | 🔘477<br>(7 pgs) | BNC Certificate of Mailing. (Related document(s):460 Order on Emergency Motion) No. of Notices: 14. Notice Date 02/16/2023. (Admin.) (Entered: 02/16/2023) |
| 02/16/2023 | 🔘478<br>(27 pgs) | BNC Certificate of Mailing. (Related document(s):461 Generic Order) No. of Notices: 14. Notice Date 02/16/2023. (Admin.) (Entered: 02/16/2023) |
| 02/16/2023 | 🔘479<br>(6 pgs) | BNC Certificate of Mailing. (Related document(s):462 Generic Order) No. of Notices: 14. Notice Date 02/16/2023. (Admin.) (Entered: 02/16/2023) |
| 02/16/2023 | 🔘480<br>(6 pgs) | BNC Certificate of Mailing. (Related document(s):463 Generic Order) No. of Notices: 14. Notice Date 02/16/2023. (Admin.) (Entered: 02/16/2023) |

| | | |
|---|---|---|
| 02/17/2023 | 481 (4 pgs) | Amended Notice *of Billing Rate Increase for Subchapter V Trustee*. Filed by Melissa A Haselden (Haselden, Melissa) (Entered: 02/17/2023) |
| 02/17/2023 | 482 (34 pgs) | Transcript RE: Trial held on 8/24/22 before Judge Christopher M Lopez. Transcript is available for viewing in the Clerk's Office. Filed by Transcript access will be restricted through 05/18/2023. (VeritextLegalSolutions) (Entered: 02/17/2023) |
| 02/21/2023 | 483 (1 pg) | Notice of Filing of Official Transcript as to 482 Transcript. Parties notified (Related document(s):482 Transcript) (jdav) (Entered: 02/21/2023) |
| 02/23/2023 | 484 (6 pgs) | BNC Certificate of Mailing. (Related document(s):483 Notice of Filing of Official Transcript (Form)) No. of Notices: 14. Notice Date 02/23/2023. (Admin.) (Entered: 02/23/2023) |
| 02/24/2023 | 485 (4 pgs) | Witness List, Exhibit List (Filed By Official Committee of Unsecured Creditors of Alexander E. Jones ). (Brimmage, Marty) (Entered: 02/24/2023) |
| 02/28/2023 | 486 (1 pg) | Motion to Appear pro hac vice *of Daniel Negless*. Filed by Creditor David Wheeler, et al. (Chapple, Ryan) (Entered: 02/28/2023) |
| 02/28/2023 | 487 (1 pg) | Motion to Appear pro hac vice *of Briana Sheridan*. Filed by Creditor David Wheeler, et al. (Chapple, Ryan) (Entered: 02/28/2023) |
| 02/28/2023 | 488 (1 pg) | Motion to Appear pro hac vice *of Daniel Sinnreich*. Filed by Creditor David Wheeler, et al. (Chapple, Ryan) (Entered: 02/28/2023) |
| 02/28/2023 | 489 (2 pgs) | Second Notice *of PQPR Inventory Installment Payment to PQPR Holdings Limited, LLC*. (Related document(s):98 Generic Order) Filed by Free Speech Systems LLC (Battaglia, Raymond) (Entered: 02/28/2023) |
| 03/01/2023 | 490 (1 pg) | Order Granting Motion To Appear pro hac vice as to Briana Sheridan (Related Doc # 487). Signed on 3/1/2023. (ZildeMartinez) (Entered: 03/01/2023) |
| 03/01/2023 | 491 (1 pg) | Order Granting Motion To Appear pro hac vice as to Daniel Sinnreich (Related Doc # 488). Signed on 3/1/2023. (ZildeMartinez) (Entered: 03/01/2023) |
| 03/02/2023 | 492 (3 pgs) | Appellee Designation of Contents for Inclusion in Record of Appeal (related document(s):471 Appellant Designation, Statement of Issues on Appeal). (Nguyen, Ha) (Entered: 03/02/2023) |
| 03/02/2023 | 493 (3 pgs) | Appellee Designation of Contents for Inclusion in Record of Appeal (related document(s):472 Appellant Designation, Statement of Issues on Appeal). (Nguyen, Ha) (Entered: 03/02/2023) |
| 03/02/2023 | 494 (3 pgs) | Appellee Designation of Contents for Inclusion in Record of Appeal (related document(s):473 Appellant Designation, Statement of Issues on Appeal). (Nguyen, Ha) (Entered: 03/02/2023) |

000048

| | | |
|---|---|---|
| 03/02/2023 | ●495 (3 pgs) | Appellee Designation of Contents for Inclusion in Record of Appeal (related document(s):474 Appellant Designation, Statement of Issues on Appeal). (Nguyen, Ha) (Entered: 03/02/2023) |
| 03/03/2023 | ●496 (1 pg) | Order Granting Motion To Appear pro hac vice as to Daniel Negless (Related Doc # 486). Signed on 3/3/2023. (ZildeMartinez) (Entered: 03/03/2023) |
| 03/03/2023 | ●497 (3 pgs) | BNC Certificate of Mailing. (Related document(s):490 Order on Motion to Appear pro hac vice) No. of Notices: 14. Notice Date 03/03/2023. (Admin.) (Entered: 03/03/2023) |
| 03/03/2023 | ●498 (3 pgs) | BNC Certificate of Mailing. (Related document(s):491 Order on Motion to Appear pro hac vice) No. of Notices: 14. Notice Date 03/03/2023. (Admin.) (Entered: 03/03/2023) |
| 03/05/2023 | ●499 (6 pgs) | BNC Certificate of Mailing. (Related document(s):496 Order on Motion to Appear pro hac vice) No. of Notices: 14. Notice Date 03/05/2023. (Admin.) (Entered: 03/05/2023) |
| 03/06/2023 | ●500 (4 pgs) | Witness List, Exhibit List (Filed By Official Committee of Unsecured Creditors of Alexander E. Jones ). (Brimmage, Marty) (Entered: 03/06/2023) |
| 03/07/2023 | ●501 (4 pgs) | Response *in Support of Joint Motion of the Connecticut Plaintiffs and Texas Plaintiffs to Revoke the Debtor's Subchapter V Election* (related document(s):468 Generic Motion). Filed by US Trustee (Nguyen, Ha) (Entered: 03/07/2023) |
| 03/07/2023 | ●502 (56 pgs) | Chapter 11 Small Business Subchapter V Plan Filed by Free Speech Systems LLC. (Battaglia, Raymond) (Entered: 03/07/2023) |
| 03/09/2023 | ●503 (1 pg) | Record Transmitted under Rule 8010(b). On 3/09/2023, the appeal was transmitted to the U.S. District Court, assigned Judge Charles Eskridge, Civil Action 4:23cv461. All appellate filings must now be made in the United States District Court with the civil action caption and case number. (Related document(s):414 Notice of Appeal) (BrendaLacy) (Entered: 03/09/2023) |
| 03/09/2023 | ●504 (11 pgs; 2 docs) | Response (related document(s):468 Generic Motion). Filed by Free Speech Systems LLC (Attachments: # 1 Proposed Order) (Battaglia, Raymond) (Entered: 03/09/2023) |
| 03/10/2023 | ●505 (3 pgs) | Notice of Appearance and Request for Notice Filed by Ryan E Chapple Filed by on behalf of Richard M. Coan (Chapple, Ryan) (Entered: 03/10/2023) |
| 03/10/2023 | ●506 (1 pg) | Motion to Appear pro hac vice *of Eric Henzy*. Filed by Creditor Richard M. Coan (Chapple, Ryan) (Entered: 03/10/2023) |
| 03/10/2023 | ●507 (231 pgs; 14 docs) | Adversary case 23-03034. Nature of Suit: (68 (Dischargeability - 523(a) (6), willful and malicious injury)),(91 (Declaratory judgment)) Complaint *to Determine Dischargeability of Debt* by Neil Heslin, Scarlett Lewis, Leonard Pozner, Veronique De La Rosa, Estate of Marcel Fontaine against Alexander E. Jones, Free Speech Systems, LLC. Fee Amount $350 (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 |

| | | |
|---|---|---|
| | | Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9 # 10 Exhibit 10 # 11 Exhibit 11 # 12 Exhibit 12 # 13 Adversary Proceeding Cover Sheet) (Hardy, Jennifer) (Entered: 03/10/2023) |
| 03/10/2023 | 508 (3 pgs) | Notice *of Hearing.* (Related document(s):468 Generic Motion) Filed by Veronique De La Rosa, Marcel Fontaine, Neil Heslin, Scarlett Lewis, Leonard Pozner, David Wheeler, et al. (Chapple, Ryan) (Entered: 03/10/2023) |
| 03/10/2023 | 509 (172 pgs; 7 docs) | Adversary case 23-03036. Nature of Suit: (68 (Dischargeability - 523(a)(6), willful and malicious injury)),(91 (Declaratory judgment)) Complaint by David Wheeler, Francine Wheeler, Jacqueline Barden, Mark Barden, Nicole Hockley, Ian Hockley, Jennifer Hensel, Donna Soto, Carlee Soto-Parisi, Carlos M. Soto, Jillian Soto Marino, Wlliam Aldenberg, William Sherlach, Robert Parker, Richard M. Coan against Alexander E. Jones, Free Speech Systems, LLC. Fee Amount $350 (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Coversheet) (Chapple, Ryan) (Entered: 03/10/2023) |
| 03/13/2023 | 510 (10 pgs) | Notice *of Rule 2004 Subpoena Duces Tecum.* Filed by Melissa A Haselden (Freeman, Elizabeth) (Entered: 03/13/2023) |
| 03/14/2023 | 511 (1 pg) | Order Granting Motion To Appear pro hac vice (Related Doc # 506) Signed on 3/14/2023. (clopez) (Entered: 03/14/2023) |
| 03/14/2023 | 512 (1 pg) | Record Transmitted under Rule 8010(b). On 3/14/2023, the appeal was transmitted to the U.S. District Court, assigned Judge Charles Eskridge, Civil Action 4:23-cv-465. All appellate filings must now be made in the United States District Court with the civil action caption and case number. (Related document(s):418 Notice of Appeal) (BrendaLacy) (Entered: 03/14/2023) |
| 03/14/2023 | 513 (4 pgs) | Response *Subchapter V Trustee's Limited Response to the Joint Motion of the Connecticut Plaintiffs and the Texas Plaintiffs to Revoke the Debtor's Subchapter V Election* (related document(s):468 Generic Motion). Filed by Melissa A Haselden (Freeman, Elizabeth) (Entered: 03/14/2023) |
| 03/16/2023 | 514 (2 pgs) | Notice of Change of Address Filed by Free Speech Systems LLC (Battaglia, Raymond) (Entered: 03/16/2023) |
| 03/16/2023 | 515 (12 pgs; 3 docs) | Motion to Approve Compromise under Rule 9019 Filed by Debtor Free Speech Systems LLC (Attachments: # 1 Proposed Order # 2 Service List) (Battaglia, Raymond) (Entered: 03/16/2023) |
| 03/16/2023 | 516 (9 pgs) | Sealed Document *Notice of Rule 2004 Subpoena Duces Tecum* (Filed By Melissa A Haselden ). (Freeman, Elizabeth) (Entered: 03/16/2023) |
| 03/16/2023 | 517 (9 pgs) | Notice *of Rule 2004 Subpoena Duces Tecum.* Filed by Melissa A Haselden (Freeman, Elizabeth) (Entered: 03/16/2023) |
| 03/16/2023 | 518 (9 pgs) | Notice *of Rule 2004 Subpoena Duces Tecum.* Filed by Melissa A Haselden (Freeman, Elizabeth) (Entered: 03/16/2023) |

000050

| | | |
|---|---|---|
| 03/16/2023 | 519<br>(7 pgs) | BNC Certificate of Mailing. (Related document(s):511 Order on Motion to Appear pro hac vice) No. of Notices: 15. Notice Date 03/16/2023. (Admin.) (Entered: 03/16/2023) |
| 03/17/2023 | 520<br>(9 pgs) | Notice *of Rule 2004 Subpoena Duces Tecum*. Filed by Melissa A Haselden (Freeman, Elizabeth) (Entered: 03/17/2023) |
| 03/20/2023 | 521<br>(106 pgs) | Transcript RE: held on 01/20/2023 before Judge Christopher M. Lopez. Transcript is available for viewing in the Clerk's Office. Filed by Transcript access will be restricted through 06/20/2023. (VeritextLegalSolutions) (Entered: 03/20/2023) |
| 03/20/2023 | 522<br>(35 pgs) | Debtor-In-Possession Monthly Operating Report for Filing Period ending 2/28/2023, $2438846 disbursed (Filed By Free Speech Systems LLC ). (Battaglia, Raymond) (Entered: 03/20/2023) |
| 03/20/2023 | 523<br>(41 pgs; 5 docs) | Interim Application for Compensation for Raymond William Battaglia, Debtor's Attorney, Period: 7/29/2022 to 2/28/2023, Fee: $263986.61, Expenses: $2965.56. Objections/Request for Hearing Due in 21 days. Filed by Attorney Raymond William Battaglia (Attachments: # 1 Exhibit A - Fee Statement # 2 Exhibit B - Itemized Expenses # 3 Proposed Order # 4 Service List) (Battaglia, Raymond) (Entered: 03/20/2023) |
| 03/21/2023 | 524<br>(1 pg) | Notice of Filing of Official Transcript as to 521 Transcript. Parties notified (Related document(s):521 Transcript) (ShannonHolden) (Entered: 03/21/2023) |
| 03/22/2023 | 525<br>(13 pgs) | Joint Reply *in Support of the Motion to Revoke the Debtor's Subchapter V Election* (related document(s):468 Generic Motion). Filed by Veronique De La Rosa, Marcel Fontaine, Neil Heslin, Scarlett Lewis, Leonard Pozner, David Wheeler, et al. (Chapple, Ryan) (Entered: 03/22/2023) |
| 03/23/2023 | 526<br>(5 pgs) | Exhibit List (Filed By Veronique De La Rosa, Marcel Fontaine, Neil Heslin, Scarlett Lewis, Leonard Pozner, David Wheeler, et al. ).(Related document(s):468 Generic Motion) (Chapple, Ryan) (Entered: 03/23/2023) |
| 03/23/2023 | 527<br>(131 pgs; 13 docs) | Exhibit List (Filed By Veronique De La Rosa, Marcel Fontaine, Neil Heslin, Scarlett Lewis, Leonard Pozner, David Wheeler, et al. ).(Related document(s):6 Emergency Motion) (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9 # 10 Exhibit 10 # 11 Exhibit 11 # 12 12) (Chapple, Ryan) (Entered: 03/23/2023) |
| 03/23/2023 | 528<br>(4 pgs) | Witness List, Exhibit List (Filed By Official Committee of Unsecured Creditors of Alexander E. Jones ). (Brimmage, Marty) (Entered: 03/23/2023) |
| 03/23/2023 | 529<br>(3 pgs) | Witness List (Filed By US Trustee ). (Ruff, Jayson) (Entered: 03/23/2023) |
| 03/23/2023 | 530<br>(1 pg) | Record Transmitted under Rule 8010(b). On 3/23/2023, the appeal was transmitted to the U.S. District Court, assigned Judge Judge Charles Eskridge, Civil Action 4:23cv463. All appellate filings must now be |

000051

| | | |
|---|---|---|
| | | made in the United States District Court with the civil action caption and case number. (Related document(s):415 Notice of Appeal) (BrendaLacy) (Entered: 03/23/2023) |
| 03/23/2023 | 531 (3 pgs) | Witness List (Filed By Free Speech Systems LLC ). (Battaglia, Raymond) (Entered: 03/23/2023) |
| 03/23/2023 | 532 (7 pgs) | BNC Certificate of Mailing. (Related document(s):524 Notice of Filing of Official Transcript (Form)) No. of Notices: 15. Notice Date 03/23/2023. (Admin.) (Entered: 03/23/2023) |
| 03/24/2023 | 533 (8 pgs) | Notice of Appearance and Request for Notice Filed by Elyse M Farrow Filed by on behalf of Melissa A Haselden (Farrow, Elyse) (Entered: 03/24/2023) |
| 03/24/2023 | 534 (3 pgs) | Statement *Disclosure to the Court* (Filed By Free Speech Systems LLC ). (Battaglia, Raymond) (Entered: 03/24/2023) |
| 03/24/2023 | 535 (5 pgs) | Proposed Order RE: *Tenth Interim Cash Collateral Order* (Filed By Free Speech Systems LLC ).(Related document(s):6 Emergency Motion) (Battaglia, Raymond) (Entered: 03/24/2023) |
| 03/24/2023 | 536 (11 pgs) | Status Report (Filed By Melissa A Haselden ).(Related document(s):534 Statement) (Haselden, Melissa) (Entered: 03/24/2023) |
| 03/27/2023 | 537 (2 pgs) | Agenda for Hearing on 3/27/2023 (Filed By Free Speech Systems LLC ). (Battaglia, Raymond) (Entered: 03/27/2023) |
| 03/27/2023 | 538 (4 pgs) | Statement *and Reservation of Rights by the Official Committee of Unsecured Creditors of Alexander E. Jones Regarding the Disclosure to the Court* (Filed By Official Committee of Unsecured Creditors of Alexander E. Jones ).(Related document(s):534 Statement) (Brimmage, Marty) (Entered: 03/27/2023) |
| 03/27/2023 | 539 (4 pgs) | Notice */Disclosure to the Court*. Filed by Alex E Jones (Driver, Vickie) (Entered: 03/27/2023) |
| 03/27/2023 | 540 (5 pgs) | Tenth Interim Order Authorizing Debtor's Use of Cash Collateral and Providing Partial Adequate Protection (Related document(s): 6 Emergency Motion). Signed on 3/27/2023. (RosarioSaldana) (Entered: 03/27/2023) |
| 03/27/2023 | 541 | Courtroom Minutes. Time Hearing Held: 1:00 PM. Appearances: Ray Battaglia, Elizabeth Freeman, Steve Lemmon, Jayson Ruff, Ha Nguyen, Kyle Kimpler, Alinor Sterling, Jennifer Hardy, Sara Brauner, Christina Stephenson, Shelby Jordan, Patrick Magill, Vickie Driver, Katherine Porter. (Related document: 6 Emergency Motion, 406 Amended Motion for Relief From Stay, 468 Joint Motion). Hearing held.Tenth Interim Order Authorizing use of Cash Collateral Signed. For the reasons stated on the record, Motion to Revoke is Denied. Court to issue an Order. The Motion for Relief From Stay (Related doc. 406) is reset to a date to be determined. **Cash Collateral Hearing scheduled for 4/28/2023 at 01:00 PM.** (ZildeMartinez) (Entered: 03/27/2023) |
| 03/27/2023 | 542 (1 pg) | PDF with attached Audio File. Court Date & Time [ 3/27/2023 1:01:06 PM ]. File Size [ 62766 KB ]. Run Time [ 02:10:46 ]. (Hearing |

| | | |
|---|---|---|
| | | on 6 , 406 , 468 .). (admin). (Entered: 03/27/2023) |
| 03/28/2023 | 543 (1 pg) | Record Transmitted under Rule 8010(b). On 03/28/2023, the appeal was transmitted to the U.S. District Court, assigned Judge Judge Charles Eskridge, Civil Action 4:22cv464. All appellate filings must now be made in the United States District Court with the civil action caption and case number. (Related document(s):416 Notice of Appeal) (BrendaLacy) (Entered: 03/28/2023) |
| 03/28/2023 | 544 (1 pg) | AO 435 TRANSCRIPT ORDER FORM (Daily (24 hours)) by Marty L. Brimmage, Jr.. This is to order a transcript of the March 27, 2023 Hearing before Judge Christopher Lopez. Court Reporter/Transcriber: Access Transcripts (Filed By Official Committee of Unsecured Creditors of Alexander E. Jones ). (Brimmage, Marty) Electronically forwarded to Access Transcripts on 4/3/2023. Estimated completion date: 4/4/2023. Modified on 4/3/2023 (BrandisIsom). (Entered: 03/28/2023) |
| 03/28/2023 | 545 (14 pgs; 2 docs) | Sealed Motion *to Quash Notice of Rule 2004 Subpoena Duces Tecum and Objections to the Rule 2004 Subpoena* Filed by Witness Charles "Charlie" Cicack (Attachments: # 1 Exhibit 1) (Cicack, Walter) (Entered: 03/28/2023) |
| 03/29/2023 | 546 (11 pgs) | BNC Certificate of Mailing. (Related document(s):540 Generic Order) No. of Notices: 15. Notice Date 03/29/2023. (Admin.) (Entered: 03/29/2023) |
| 03/31/2023 | 547 (6 pgs) | Order Denying Motion to Revoke Subchapter V Election (Related Doc # 468) Signed on 3/31/2023. (clopez) (Entered: 03/31/2023) |
| 04/02/2023 | 548 (2 pgs) | Statement *Supplemental Disclosure to the Court* (Filed By Free Speech Systems LLC ).(Related document(s):534 Statement) (Battaglia, Raymond) (Entered: 04/02/2023) |
| 04/04/2023 | 549 (44 pgs) | Notice *of Subchapter V Trustee's Initial Findings of Free Speech Systems, LLC Investigation*. (Related document(s):183 Generic Order) Filed by Melissa A Haselden (Freeman, Elizabeth) (Entered: 04/04/2023) |
| 04/04/2023 | 550 (144 pgs) | Sealed Document *Subchapter V Trustee's Initial Findings of Free Speech Systems, LLC Investigation* (Filed By Melissa A Haselden ). (Freeman, Elizabeth) (Entered: 04/04/2023) |
| 04/04/2023 | 551 (1 pg) | PDF with attached Audio File. Court Date & Time [ 4/4/2023 11:01:21 AM ]. File Size [ 6328 KB ]. Run Time [ 00:13:11 ]. (Hearing in Adversary Proceedings 23-03034 and 23-03036.). (admin). (Entered: 04/04/2023) |
| 04/05/2023 | 552 (12 pgs) | BNC Certificate of Mailing. (Related document(s):547 Generic Order) No. of Notices: 15. Notice Date 04/05/2023. (Admin.) (Entered: 04/05/2023) |

| | | |
|---|---|---|
| 04/06/2023 | 553 (8 pgs) | Objection *of the United States Trustee to Motion to Approve Compromise* (related document(s):515 Motion to Approve Compromise under Rule 9019). Filed by US Trustee (Nguyen, Ha) (Entered: 04/06/2023) |
| 04/06/2023 | 554 (97 pgs) | Transcript RE: Motions Hearing held on 3/27/23 before Judge Christopher M. Lopez. Transcript is available for viewing in the Clerk's Office. Filed by Transcript access will be restricted through 07/5/2023. (AccessTranscripts) (Entered: 04/06/2023) |
| 04/07/2023 | 555 (1 pg) | Notice of Filing of Official Transcript as to 554 Transcript. Parties notified (Related document(s):554 Transcript) (HeatherCarr) (Entered: 04/07/2023) |
| 04/09/2023 | 556 (3 pgs) | BNC Certificate of Mailing. (Related document(s):555 Notice of Filing of Official Transcript (Form)) No. of Notices: 15. Notice Date 04/09/2023. (Admin.) (Entered: 04/09/2023) |
| 04/12/2023 | 557 (4 pgs; 2 docs) | Certificate of No Objection (Filed By Free Speech Systems LLC ). (Related document(s):523 Application for Compensation) (Attachments: # 1 Proposed Order) (Battaglia, Raymond) (Entered: 04/12/2023) |
| 04/14/2023 | 558 (2 pgs) | Order Granting First Interim Application of Law Offices of Ray Battaglia, PLLC, Counsel to Free Speech Systems, LLC for Allowance and Payment of Compensation and Reimbursement of Expenses Incurred for the Period from July 29, 2022, Through February 28, 2023. (Related document: 523 Application for Compensation). Signed on 4/14/2023. (ZildeCompean) (Entered: 04/14/2023) |
| 04/14/2023 | 559 (4 pgs) | Notice *Joinder of the Sandy Hook Families to United States Trustee's Objection to 9019 Motion*. (Related document(s):515 Motion to Approve Compromise under Rule 9019, 553 Objection) Filed by Richard M. Coan, Veronique De La Rosa, Marcel Fontaine, Neil Heslin, Scarlett Lewis, Leonard Pozner, David Wheeler, et al. (Chapple, Ryan) (Entered: 04/14/2023) |
| 04/16/2023 | 560 (8 pgs) | BNC Certificate of Mailing. (Related document(s):558 Generic Order) No. of Notices: 15. Notice Date 04/16/2023. (Admin.) (Entered: 04/16/2023) |
| 04/20/2023 | 561 (7 pgs) | Debtor-In-Possession Monthly Operating Report for Filing Period ending 3/31/2023, $2030005 disbursed (Filed By Free Speech Systems LLC ). (Battaglia, Raymond) (Entered: 04/20/2023) |
| 04/24/2023 | 562 (23 pgs; 2 docs) | Brief (Filed By Schwartz and Associates, LLC, Shannon & Lee LLP ). (Related document(s):515 Motion to Approve Compromise under Rule 9019) (Attachments: # 1 Exhibit) (Shannon, R. J.) (Entered: 04/24/2023) |
| 04/24/2023 | 563 (79 pgs; 18 docs) | Exhibit List (Filed By PQPR Holdings Limited, LLC ).(Related document(s):6 Emergency Motion) (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9 # 10 Exhibit 10 # 11 Exhibit 11 # 12 Exhibit 12 # 13 Exhibit 13 # 14 Exhibit 14 # 15 Exhibit 15 # 16 Exhibit 16 # 17 Exhibit 17) (Lemmon, Stephen) (Entered: 04/24/2023) |

000054

| | | |
|---|---|---|
| 04/26/2023 | 564 (3 pgs) | Witness List (Filed By US Trustee ). (Ruff, Jayson) (Entered: 04/26/2023) |
| 04/26/2023 | 565 (137 pgs; 14 docs) | Exhibit List (Filed By Veronique De La Rosa, Marcel Fontaine, Neil Heslin, Scarlett Lewis, Leonard Pozner, David Wheeler, et al. ).(Related document(s):6 Emergency Motion) (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9 # 10 Exhibit 10 # 11 Exhibit 11 # 12 Exhibit 12 # 13 Exhibit 13) (Chapple, Ryan) (Entered: 04/26/2023) |
| 04/26/2023 | 566 (3 pgs) | Exhibit List, Witness List (Filed By Marc Schwartz, Schwartz Associates, LLC ).(Related document(s):515 Motion to Approve Compromise under Rule 9019) (Ridulfo, Michael) (Entered: 04/26/2023) |
| 04/26/2023 | 567 (385 pgs; 25 docs) | Exhibit List, Witness List (Filed By Shannon & Lee LLP ).(Related document(s):515 Motion to Approve Compromise under Rule 9019) (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit # 7 Exhibit # 8 Exhibit # 9 Exhibit # 10 Exhibit # 11 Exhibit # 12 Exhibit # 13 Exhibit # 14 Exhibit # 15 Exhibit # 16 Exhibit # 17 Exhibit # 18 Exhibit # 19 Exhibit # 20 Exhibit # 21 Exhibit # 22 Exhibit # 23 Exhibit # 24 Exhibit) (Shannon, R. J.) (Entered: 04/26/2023) |
| 04/26/2023 | 568 (3 pgs) | Exhibit List, Witness List (Filed By Free Speech Systems LLC ). (Related document(s):6 Emergency Motion, 515 Motion to Approve Compromise under Rule 9019) (Battaglia, Raymond) (Entered: 04/26/2023) |
| 04/26/2023 | 569 (9 pgs) | Notice *of Rule 2004 Subpoena Duces Tecum*. Filed by Melissa A Haselden (Freeman, Elizabeth) (Entered: 04/26/2023) |
| 04/27/2023 | 570 (3 pgs) | Notice *Of Agreement on Allocation Of Future Website Crypto Donations*. Filed by Free Speech Systems LLC (Battaglia, Raymond) (Entered: 04/27/2023) |
| 04/27/2023 | 571 (5 pgs) | Proposed Order RE: *Eleventh Interim Cash Collateral Order* (Filed By Free Speech Systems LLC ).(Related document(s):6 Emergency Motion) (Battaglia, Raymond) (Entered: 04/27/2023) |
| 04/27/2023 | 572 (2 pgs) | Agenda for Hearing on 4/28/2023 (Filed By Free Speech Systems LLC ). (Battaglia, Raymond) (Entered: 04/27/2023) |
| 04/28/2023 | 573 (14 pgs) | Notice *Supplement to Subchapter V Trustee's Initial Findings of Free Speech Systems, LLC Investigation*. (Related document(s):549 Notice) Filed by Melissa A Haselden (Freeman, Elizabeth) (Entered: 04/28/2023) |
| 04/28/2023 | 574 (14 pgs) | Sealed Document *Supplement to Subchapter V Trustee's Initial Findings of Free Speech Systems, LLC Investigation* (Filed By Melissa A Haselden ). (Freeman, Elizabeth) (Entered: 04/28/2023) |
| 04/28/2023 | 575 (5 pgs) | Eleventh Interim Order Authorizing Debtor's Use of Cash Collateral and Providing Partial Adequate Protection. Signed on 4/28/2023. (RosarioSaldana) (Entered: 04/28/2023) |

000055

| | | |
|---|---|---|
| 04/28/2023 | 576 (1 pg) | Courtroom Minutes. Time Hearing Held: 1:00 PM. Appearances: PLEASE SEE ATTACHED. (Related document(s): 6 Emergency Motion). For the reasons stated on the record, Motion Granted. Interim Cash Collateral Order Signed. Continued Cash Collateral Hearing is scheduled for 5/25/2023 at 02:00 PM at Houston, Courtroom 401 (CML). (Related document(s): 515 Motion to Approve Compromise under Rule 9019). Witness: James Patrick Magill. Arguments Heard. Evidence Presented. For the reasons stated on the record, Motion Granted. Order to be entered. (RosarioSaldana) (Entered: 04/28/2023) |
| 04/28/2023 | 577 (1 pg) | AO 435 TRANSCRIPT ORDER FORM (Daily (24 hours)) by Marty L. Brimmage, Jr.. This is to order a transcript of the April 28, 2023 Hearing before Judge Christopher Lopez. Court Reporter/Transcriber: Veritext Legal Solutions (Filed By Official Committee of Unsecured Creditors of Alexander E. Jones ). (Brimmage, Marty) *** Electronically forwarded to Veritext Legal on 4/28/2023. Estimated date of completion: 4/29/23. Party agrees if completion date is Wednesday 5/3/23*** Modified on 4/28/2023 (MayraMarquez). (Entered: 04/28/2023) |
| 04/28/2023 | 578 (1 pg) | AO 435 TRANSCRIPT ORDER FORM (Daily (24 hours)) by The Texas Plaintiffs. This is to order a transcript of Bankruptcy Hearing / April 28, 2023 before Judge Christopher Lopez. Court Reporter/Transcriber: Veritext Legal Solutions (Filed By Veronique De La Rosa, Marcel Fontaine, Neil Heslin, Scarlett Lewis, Leonard Pozner ). (Hardy, Jennifer) *** Electronically forwarded to Veritext. Additional time to transcribe may be needed, depending on submission of transcription date for Dkt 577. *** Modified on 4/28/2023 (MayraMarquez). (Entered: 04/28/2023) |
| 04/28/2023 | 579 (2 pgs) | Order Granting Debtor's Motion for Order Approving Settlement (Related Doc # 515). Signed on 4/28/2023. (RosarioSaldana) (Entered: 04/28/2023) |
| 04/30/2023 | 580 (11 pgs) | BNC Certificate of Mailing. (Related document(s):575 Generic Order) No. of Notices: 15. Notice Date 04/30/2023. (Admin.) (Entered: 04/30/2023) |
| 05/01/2023 | 581 (1 pg) | PDF with attached Audio File. Court Date & Time [ 4/28/2023 1:00:15 PM ]. File Size [ 38210 KB ]. Run Time [ 01:19:36 ]. (Hearing on 6 and 515 .). (admin). (Entered: 05/01/2023) |
| 05/02/2023 | 582 (63 pgs) | Transcript RE: trial held on 4/28/23 before Judge Christopher M Lopez. Transcript is available for viewing in the Clerk's Office. Filed by Transcript access will be restricted through 07/31/2023. (VeritextLegalSolutions) (Entered: 05/02/2023) |
| 05/03/2023 | 583 (1 pg) | Notice of Filing of Official Transcript as to 582 Transcript. Parties notified (Related document(s):582 Transcript) (DarleneHansen) (Entered: 05/03/2023) |
| 05/03/2023 | 584 (8 pgs) | BNC Certificate of Mailing. (Related document(s):579 Order on Motion to Approve Compromise under Rule 9019) No. of Notices: 14. Notice Date 05/03/2023. (Admin.) (Entered: 05/03/2023) |

| | | |
|---|---|---|
| 05/05/2023 | 585 (7 pgs) | BNC Certificate of Mailing. (Related document(s):583 Notice of Filing of Official Transcript (Form)) No. of Notices: 14. Notice Date 05/05/2023. (Admin.) (Entered: 05/05/2023) |
| 05/08/2023 | 586 (2 pgs) | Notice *of Hearing*. Filed by Free Speech Systems LLC (Battaglia, Raymond) (Entered: 05/08/2023) |
| 05/08/2023 | 587 (4 pgs) | Notice *of Rule 2004 Subpoena to Testify at a Deposition*. Filed by Melissa A Haselden (Freeman, Elizabeth) (Entered: 05/08/2023) |
| 05/10/2023 | 588 (4 pgs) | Statement / *Joinder of the Official Committee of Unsecured Creditors of Alexander E. Jones to the Notice of Rule 2004 Subpoena to Testify at a Deposition* (Filed By Official Committee of Unsecured Creditors of Alexander E. Jones ). (Brimmage, Marty) (Entered: 05/10/2023) |
| 05/12/2023 | 589 (5 pgs) | Motion for Relief from Stay *2021 Winnebago Adventurer Motor Home*. Fee Amount $188. Filed by Creditor Security Bank of Crawford Hearing scheduled for 6/8/2023 at 10:00 AM at Houston, 515 Rusk Suite 3401. (Malone, John) (Entered: 05/12/2023) |
| 05/12/2023 | 590 (1 pg) | Proposed Order RE: (Filed By Security Bank of Crawford ).(Related document(s):589 Motion for Relief From Stay) (Malone, John) (Entered: 05/12/2023) |
| 05/15/2023 | 591 (1 pg) | Withdraw Document (Filed By Shannon & Lee LLP ).(Related document(s):251 Application for Compensation, Application for Administrative Expenses) (Shannon, R. J.) (Entered: 05/15/2023) |
| 05/16/2023 | 592 (4 pgs) | Notice /*Alexander E. Jones's Cross-Notice of 2004 Subpoena to Testify at a Deposition*. (Related document(s):587 Notice, 588 Statement) Filed by Alex E Jones (Driver, Vickie) (Entered: 05/16/2023) |
| 05/18/2023 | 593 (1 pg) | COPY of ORDER in 4:23cv461 re: Came for consideration the Appellants Unopposed Motion to Dismiss [Dkt. No. 10] (the "Motion"). Based on the representations set forth in the Motion, the documents attachments thereto, and the absence of opposition to the Motion, the Court finds that there is sufficient case to GRANT the following relief: The above-captioned proceeding is dismissed with prejudice. The Appellant shall be responsible for costs of court. Case terminated on 05/17/2023.(Signed by Judge Charles Eskridge) (DarleneHansen) (Entered: 05/18/2023) |
| 05/18/2023 | 594 (1 pg) | COPY of ORDER re in 4:23cv463: Came for consideration the Appellants Unopposed Motion to Dismiss [Dkt. No. 10] (the "Motion"). Based on the representations set forth in the Motion, the documents attachments thereto, and the absence of opposition to the Motion, the Court finds that there is sufficient case to GRANT the following relief: The above-captioned proceeding is dismissed with prejudice. The Appellant shall be responsible for costs of court. Case terminated on 05/17/2023.(Signed by Judge Charles Eskridge) (Entered: 05/18/2023) |
| 05/18/2023 | 595 (1 pg) | COPY of ORDER in 4:23cv465re: Came for consideration the Appellants Unopposed Motion to Dismiss [Dkt. No. 10] (the "Motion"). Based on the representations set forth in the Motion, the documents attachments thereto, and the absence of opposition to the Motion, the Court finds that there is sufficient case to GRANT the following relief: |

| | | The above-captioned proceeding is dismissed with prejudice. The Appellant shall be responsible for costs of court. Case terminated on 05/17/2023.(Signed by Judge Charles Eskridge) (DarleneHansen) (Entered: 05/18/2023) |
|---|---|---|
| 05/18/2023 | 596 (4 pgs) | Amended Notice *of Agreement On Allocation of Future Website Crypto Donations*. (Related document(s):570 Notice) Filed by Free Speech Systems LLC (Battaglia, Raymond) (Entered: 05/18/2023) |
| 05/19/2023 | 597 (1 pg) | Courtroom Minutes. Time Hearing Held: 10:00 AM. Appearances: PLEASE SEE ATTACHED. (Related document(s):1 Voluntary Petition (Chapter 11)). Status Conference held. Updates provided by parties. (ZildeCompean) (Entered: 05/19/2023) |
| 05/19/2023 | 598 (1 pg) | PDF with attached Audio File. Court Date & Time [ 5/19/2023 10:01:44 AM ]. File Size [ 31161 KB ]. Run Time [ 01:04:55 ]. (Status Conference). (admin). (Entered: 05/19/2023) |
| 05/20/2023 | 599 (7 pgs) | BNC Certificate of Mailing. (Related document(s):593 Generic Order) No. of Notices: 15. Notice Date 05/20/2023. (Admin.) (Entered: 05/20/2023) |
| 05/20/2023 | 600 (7 pgs) | BNC Certificate of Mailing. (Related document(s):594 Generic Order) No. of Notices: 15. Notice Date 05/20/2023. (Admin.) (Entered: 05/20/2023) |
| 05/20/2023 | 601 (7 pgs) | BNC Certificate of Mailing. (Related document(s):595 Generic Order) No. of Notices: 15. Notice Date 05/20/2023. (Admin.) (Entered: 05/20/2023) |
| 05/22/2023 | 602 (35 pgs) | Debtor-In-Possession Monthly Operating Report for Filing Period ending 4/30/2023, $2231729 disbursed (Filed By Free Speech Systems LLC ). (Battaglia, Raymond) (Entered: 05/22/2023) |
| 05/23/2023 | 603 (84 pgs; 19 docs) | Exhibit List (Filed By PQPR Holdings Limited, LLC ).(Related document(s):6 Emergency Motion) (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9 # 10 Exhibit 10 # 11 Exhibit 11 # 12 Exhibit 12 # 13 Exhibit 13 # 14 Exhibit 14 # 15 Exhibit 15 # 16 Exhibit 16 # 17 Exhibit 17 # 18 Exhibit 18) (Lemmon, Stephen) (Entered: 05/23/2023) |
| 05/23/2023 | 604 (143 pgs; 15 docs) | Exhibit List (Filed By Veronique De La Rosa, Marcel Fontaine, Neil Heslin, Scarlett Lewis, Leonard Pozner, David Wheeler, et al. ).(Related document(s):6 Emergency Motion) (Attachments: # 1 1 # 2 2 # 3 3 # 4 4 # 5 5 # 6 6 # 7 7 # 8 8 # 9 9 # 10 10 # 11 11 # 12 12 # 13 13 # 14 14) (Chapple, Ryan) (Entered: 05/23/2023) |
| 05/24/2023 | 605 (1 pg) | COPY of ORDER in 4:23cv464 granting 10 Unopposed MOTION to Dismiss . Case terminated on 05/23/2023.(Signed by Judge Charles Eskridge) (DarleneHansen) (Entered: 05/24/2023) |
| 05/24/2023 | 606 (5 pgs) | Proposed Order RE: (Filed By Free Speech Systems LLC ).(Related document(s):6 Emergency Motion) (Battaglia, Raymond) (Entered: 05/24/2023) |

| 05/24/2023 | 607 (5 pgs) | Twelfth Interim Order Authorizing Debtor's Use of Cash Collateral and Providing Partial Adequate Protection (Related document(s): 6). Interim Cash Collateral Hearing is scheduled for 6/29/2023 at 11:00 AM at Houston, Courtroom 401 (CML). Signed on 5/24/2023. (RosarioSaldana) (Entered: 05/24/2023) |
| 05/25/2023 | 608 (2 pgs) | Stipulation By Free Speech Systems LLC and BCC UBC LLC. Does this document include an agreed order or otherwise request that the judge sign a document? Yes. (Filed By Free Speech Systems LLC ). (Battaglia, Raymond) (Entered: 05/25/2023) |
| 05/26/2023 | 609 (4 pgs) | Notice *of Hearing on Motion for Relief from the Automatic Stay*. (Related document(s):405 Motion for Relief From Stay) Filed by Veronique De La Rosa, Leonard Pozner (Hardy, Jennifer) (Entered: 05/26/2023) |
| 05/26/2023 | 610 (2 pgs) | Stipulation and Agreed Order to Extend Time to Assume Commercial Real Property Lease With BBC UBC LLC. Signed on 5/26/2023. (RosarioSaldana) (Entered: 05/26/2023) |
| 05/26/2023 | 611 (7 pgs) | BNC Certificate of Mailing. (Related document(s):605 Generic Order) No. of Notices: 15. Notice Date 05/26/2023. (Admin.) (Entered: 05/26/2023) |
| 05/27/2023 | 612 (7 pgs) | BNC Certificate of Mailing. (Related document(s):607 Order Setting Hearing) No. of Notices: 15. Notice Date 05/27/2023. (Admin.) (Entered: 05/27/2023) |
| 05/28/2023 | 613 (8 pgs) | BNC Certificate of Mailing. (Related document(s):610 Generic Order) No. of Notices: 15. Notice Date 05/28/2023. (Admin.) (Entered: 05/28/2023) |
| 05/30/2023 | 614 (50 pgs) | Transcript RE: Status Conference held on 5/19/23 before Judge Christopher M. Lopez. Transcript is available for viewing in the Clerk's Office. Filed by Transcript access will be restricted through 08/28/2023. (AccessTranscripts) (Entered: 05/30/2023) |
| 05/31/2023 | 615 (1 pg) | Notice of Filing of Official Transcript as to 614 Transcript. Parties notified (Related document(s):614 Transcript) (HeatherCarr) (Entered: 05/31/2023) |
| 06/02/2023 | 616 (2 pgs) | Proposed Order RE: *Agreed* (Filed By Security Bank of Crawford ). (Related document(s):589 Motion for Relief From Stay) (Malone, John) (Entered: 06/02/2023) |
| 06/02/2023 | 617 (2 pgs) | Withdraw Document (Filed By W. Marc Schwartz, Schwartz Associates, LLC ).(Related document(s):252 Application for Compensation) (Ridulfo, Michael) (Entered: 06/02/2023) |
| 06/02/2023 | 618 (3 pgs) | BNC Certificate of Mailing. (Related document(s):615 Notice of Filing of Official Transcript (Form)) No. of Notices: 15. Notice Date 06/02/2023. (Admin.) (Entered: 06/02/2023) |
| 06/06/2023 | 619 (2 pgs) | Agreed Order Modifying Automatic Stay (Related Doc # 589). Signed on 6/6/2023. (RosarioSaldana) (Entered: 06/06/2023) |

| | | |
|---|---|---|
| 06/08/2023 | 620 (4 pgs) | BNC Certificate of Mailing. (Related document(s):619 Order on Motion For Relief From Stay) No. of Notices: 15. Notice Date 06/08/2023. (Admin.) (Entered: 06/08/2023) |
| 06/09/2023 | 621 (20 pgs; 2 docs) | Motion to Approve Compromise under Rule 9019 Filed by Debtor Free Speech Systems LLC (Attachments: # 1 Proposed Order) (Battaglia, Raymond) (Entered: 06/09/2023) |
| 06/09/2023 | 622 (4 pgs; 2 docs) | Motion to Seal Filed by Debtor Free Speech Systems LLC (Attachments: # 1 Proposed Order) (Battaglia, Raymond) (Entered: 06/09/2023) |
| 06/14/2023 | 623 (1 pg) | Courtroom Minutes. Time Hearing Held: 10:00 AM. Appearances: PLEASE SEE ATTACHED. (Related document: 405 Motion for Relief From Stay). Status Conference held. Updates provided by parties. **Hearing on (Related Doc. 405) is continued to 6/29/2023 at 11:00 AM. Hearing on (Related Docs. 621 and 622) is scheduled for 6/29/2023 at 11:00 AM.** (ZildeCompean) (Entered: 06/14/2023) |
| 06/14/2023 | 624 (1 pg) | ◀)) PDF with attached Audio File. Court Date & Time [ 6/14/2023 9:59:50 AM ]. File Size [ 7169 KB ]. Run Time [ 00:14:56 ]. (Status Conference). (admin). (Entered: 06/14/2023) |
| 06/14/2023 | 625 (10 pgs; 3 docs) | Emergency Motion *to Amend Scope of Employment of Pattis & Smith, LLC* Filed by Debtor Free Speech Systems LLC (Attachments: # 1 Exhibit A - Engagement Letter # 2 Proposed Order) (Battaglia, Raymond) (Entered: 06/14/2023) |
| 06/15/2023 | 626 (1 pg) | AO 435 TRANSCRIPT ORDER FORM (Daily (24 hours)) by Marty L. Brimmage, Jr.. This is to order a transcript of the June 14, 2023 Hearing before Judge Christopher Lopez. Court Reporter/Transcriber: Veritext Legal Solutions (Filed By Official Committee of Unsecured Creditors of Alexander E. Jones ). (Brimmage, Marty) Electronically Forwarded to Veritext Legal Solutions on 06/20/2023. Estimated Date of Completion: 06/21/2023. Modified on 6/20/2023 (BenjaminRomero). (Entered: 06/15/2023) |
| 06/20/2023 | 627 (40 pgs) | Debtor-In-Possession Monthly Operating Report for Filing Period ending 5/31/2023, $2836929 disbursed (Filed By Free Speech Systems LLC ). (Battaglia, Raymond) (Entered: 06/20/2023) |
| 06/20/2023 | 628 (10 pgs; 3 docs) | Motion for Turnover of Property Filed by Debtor Free Speech Systems LLC (Attachments: # 1 Exhibit A - Services Agreement # 2 Proposed Order) (Battaglia, Raymond) (Entered: 06/20/2023) |
| 06/21/2023 | 629 (14 pgs) | Transcript RE: held on 06/14/2023 before Judge Christopher M. Lopez. Transcript is available for viewing in the Clerk's Office. Filed by Transcript access will be restricted through 09/19/2023. (VeritextLegalSolutions) (Entered: 06/21/2023) |
| 06/22/2023 | 630 (1 pg) | Notice of Filing of Official Transcript as to 629 Transcript. Parties notified (Related document(s):629 Transcript) (GabrielleClair) (Entered: 06/22/2023) |

| | | |
|---|---|---|
| 06/24/2023 | 631 (7 pgs) | BNC Certificate of Mailing. (Related document(s):630 Notice of Filing of Official Transcript (Form)) No. of Notices: 15. Notice Date 06/24/2023. (Admin.) (Entered: 06/24/2023) |
| 06/27/2023 | 632 (3 pgs) | Witness List (Filed By Free Speech Systems LLC ). (Battaglia, Raymond) (Entered: 06/27/2023) |
| 06/27/2023 | 633 (5 pgs) | Proposed Order RE: (Filed By Free Speech Systems LLC ).(Related document(s):515 Motion to Approve Compromise under Rule 9019) (Battaglia, Raymond) (Entered: 06/27/2023) |
| 06/27/2023 | 634 (150 pgs; 16 docs) | Exhibit List (Filed By Veronique De La Rosa, Marcel Fontaine, Neil Heslin, Scarlett Lewis, Leonard Pozner, David Wheeler, et al. ).(Related document(s):6 Emergency Motion) (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9 # 10 Exhibit 10 # 11 Exhibit 11 # 12 Exhibit 12 # 13 Exhibit 13 # 14 Exhibit 14 # 15 Exhibit 15) (Chapple, Ryan) (Entered: 06/27/2023) |
| 06/27/2023 | 635 (89 pgs; 20 docs) | Witness List (Filed By PQPR Holdings Limited, LLC ).(Related document(s):6 Emergency Motion) (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9 # 10 Exhibit 10 # 11 Exhibit 11 # 12 Exhibit 12 # 13 Exhibit 13 # 14 Exhibit 14 # 15 Exhibit 15 # 16 Exhibit 16 # 17 Exhibit 17 # 18 Exhibit 18 # 19 Exhibit 19) (Lemmon, Stephen) (Entered: 06/27/2023) |
| 06/27/2023 | 636 (1 pg) | Order (Related Doc # 622). Signed on 6/27/2023. (ZildeCompean) (Entered: 06/27/2023) |
| 06/27/2023 | 637 (5 pgs) | Proposed Order RE: *Agreed Order on Debtors' Motion for Approval of Compromise and Settlement Under FRBP 9019* (Filed By Alex E Jones ).(Related document(s):621 Motion to Approve Compromise under Rule 9019) (Driver, Vickie) (Entered: 06/27/2023) |
| 06/28/2023 | 638 (4 pgs) | Notice *of Reservation of Rights*. (Related document(s):621 Motion to Approve Compromise under Rule 9019) Filed by David Wheeler, et al. (Chapple, Ryan) (Entered: 06/28/2023) |
| 06/28/2023 | 639 (5 pgs) | Proposed Order RE: (Filed By Free Speech Systems LLC ).(Related document(s):6 Emergency Motion) (Battaglia, Raymond) (Entered: 06/28/2023) |
| 06/28/2023 | 640 (2 pgs) | Agenda for Hearing on 6/29/2023 (Filed By Free Speech Systems LLC ). (Battaglia, Raymond) (Entered: 06/28/2023) |
| 06/29/2023 | 641 (1 pg) | Courtroom Minutes. Time Hearing Held: 11:00 AM. Appearances: SEE ATTACHED. (Related document(s): 6 & 625). For the reasons stated on the record, Motions Granted. Orders Signed. Continued Cash Collateral Hearing is scheduled for 7/27/2023 at 09:00 AM at Houston, Courtroom 401 (CML). (Related document(s): 405 & 621). Witness: James Patrick Magill. Order to be entered. (RosarioSaldana) (Entered: 06/29/2023) |

| | | |
|---|---|---|
| 06/29/2023 | ⬤ 642<br>(3 pgs) | Order Granting Debtor's Motion to Amend Scope of Employment of Pattis & Smith, LLC (Related Doc # 625). Signed on 6/29/2023. (RosarioSaldana) (Entered: 06/29/2023) |
| 06/29/2023 | ⬤ 643<br>(5 pgs) | Thirteenth Interim Order Authorizing Debtor's Use of Cash Collateral and Providing Partial Adequate Protection (Related document(s): 6 Emergency Motion). Final Cash Collateral Hearing is scheduled for 7/27/2023 at 09:00 AM at Houston, Courtroom 401 (CML). Signed on 6/29/2023. (RosarioSaldana) (Entered: 06/29/2023) |
| 06/29/2023 | ⬤ 644<br>(2 pgs) | BNC Certificate of Mailing. (Related document(s):636 Order on Motion to Seal) No. of Notices: 1. Notice Date 06/29/2023. (Admin.) (Entered: 06/29/2023) |
| 06/30/2023 | ⬤ 645<br>(1 pg) | AO 435 TRANSCRIPT ORDER FORM (Daily (24 hours)) by Marty L. Brimmage, Jr.. This is to order a transcript of the hearing on June 29, 2023 before Judge Christopher Lopez. Court Reporter/Transcriber: Veritext Legal Solutions (Filed By Official Committee of Unsecured Creditors of Alexander E. Jones ). (Brimmage, Marty) Electronically forwarded to Veritext Legal Solutions on 7/3/2023. Estimated transcript completion date: 7/4/2023. Modified on 7/3/2023 (DanielBerger). (Entered: 06/30/2023) |
| 06/30/2023 | ⬤ 646<br>(4 pgs) | Notice *OF CHANGE OF APPEARANCE IN LEAD COUNSEL FOR THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS AND REQUEST FOR NOTICE AND REQUEST TO BE ADDED TO MAILING MATRIX*. Filed by Texas Comptroller of Public Accounts, Revenue Accounting Division (Walsh, Kimberly) (Entered: 06/30/2023) |
| 07/01/2023 | ⬤ 647<br>(5 pgs) | BNC Certificate of Mailing. (Related document(s):642 Order on Emergency Motion) No. of Notices: 15. Notice Date 07/01/2023. (Admin.) (Entered: 07/01/2023) |
| 07/01/2023 | ⬤ 648<br>(11 pgs) | BNC Certificate of Mailing. (Related document(s):643 Generic Order) No. of Notices: 15. Notice Date 07/01/2023. (Admin.) (Entered: 07/01/2023) |
| 07/03/2023 | ⬤ 649<br>(40 pgs) | Amended Debtor-In-Possession Monthly Operating Report for Filing Period ending 5/31/2023, $2836929 disbursed (Filed By Free Speech Systems LLC ). (Battaglia, Raymond) (Entered: 07/03/2023) |
| 07/03/2023 | ⬤ 650<br>(35 pgs) | Amended Debtor-In-Possession Monthly Operating Report for Filing Period ending 4/30/2023, $2231729 disbursed (Filed By Free Speech Systems LLC ). (Battaglia, Raymond) (Entered: 07/03/2023) |
| 07/03/2023 | ⬤ 651<br>(32 pgs) | Amended Debtor-In-Possession Monthly Operating Report for Filing Period ending 1/31/2023, $2510984 disbursed (Filed By Free Speech Systems LLC ). (Battaglia, Raymond) (Entered: 07/03/2023) |
| 07/03/2023 | ⬤ 652<br>(30 pgs) | Amended Debtor-In-Possession Monthly Operating Report for Filing Period ending 12/31/2022, $3440391 disbursed (Filed By Free Speech Systems LLC ). (Battaglia, Raymond) (Entered: 07/03/2023) |

| | | |
|---|---|---|
| 07/03/2023 | 653<br>(28 pgs) | Amended Debtor-In-Possession Monthly Operating Report for Filing Period ending 10/31/2022, $1353745 disbursed (Filed By Free Speech Systems LLC ). (Battaglia, Raymond) (Entered: 07/03/2023) |
| 07/03/2023 | 654<br>(32 pgs) | Amended Debtor-In-Possession Monthly Operating Report for Filing Period ending 9/30/2022, $2293537 disbursed (Filed By Free Speech Systems LLC ). (Battaglia, Raymond) (Entered: 07/03/2023) |
| 07/03/2023 | 655<br>(28 pgs) | Amended Debtor-In-Possession Monthly Operating Report for Filing Period ending 8/31/2022, $1773415 disbursed (Filed By Free Speech Systems LLC ). (Battaglia, Raymond) (Entered: 07/03/2023) |
| 07/03/2023 | 656<br>(21 pgs) | Amended Debtor-In-Possession Monthly Operating Report for Filing Period ending 7/31/2022, $104337 disbursed (Filed By Free Speech Systems LLC ). (Battaglia, Raymond) (Entered: 07/03/2023) |
| 07/03/2023 | 657<br>(29 pgs) | Amended Debtor-In-Possession Monthly Operating Report for Filing Period ending 11/30/2022, $2691237 disbursed (Filed By Free Speech Systems LLC ). (Battaglia, Raymond) (Entered: 07/03/2023) |
| 07/05/2023 | 658<br>(1 pg) | 🔊 PDF with attached Audio File. Court Date & Time [ 6/29/2023 11:02:11 AM ]. File Size [ 19480 KB ]. Run Time [ 00:40:35 ]. (Hearing on 6 , 405 , 621 , and 625 . Hearing in 22-33553 on 113 and 324 .). (admin). (Entered: 07/05/2023) |
| 07/06/2023 | 659<br>(16 pgs; 3 docs) | Application for Administrative Expenses *for Allowance of Payment of Administrative Expenses Pursuant to 11. U.S.C. 503(B)(1).* Objections/Request for Hearing Due in 21 days. Filed by Interested Party Alex E Jones (Attachments: # 1 Service List # 2 Proposed Order) (Stephenson, Christina) (Entered: 07/06/2023) |
| 07/06/2023 | 660<br>(37 pgs) | Transcript RE: trial held on 6/29/23 before Judge Christopher M. Lopez. Transcript is available for viewing in the Clerk's Office. Filed by Transcript access will be restricted through 10/4/2023. (VeritextLegalSolutions) (Entered: 07/06/2023) |
| 07/07/2023 | 661<br>(1 pg) | Notice of Filing of Official Transcript as to 660 Transcript. Parties notified (Related document(s):660 Transcript) (HeatherCarr) (Entered: 07/07/2023) |
| 07/07/2023 | 662<br>(3 pgs) | Declaration re: *of Alexander E. Jones in Support of Motion for Approval of Compromise and Settlement Under FRBP 9019* (Filed By Alex E Jones ).(Related document(s):621 Motion to Approve Compromise under Rule 9019) (Driver, Vickie) (Entered: 07/07/2023) |
| 07/09/2023 | 663<br>(7 pgs) | BNC Certificate of Mailing. (Related document(s):661 Notice of Filing of Official Transcript (Form)) No. of Notices: 15. Notice Date 07/09/2023. (Admin.) (Entered: 07/09/2023) |
| 07/10/2023 | 664<br>(136 pgs; 3 docs) | Interim Application for Compensation for Melissa A Haselden, Trustee Chapter 11, Period: 8/2/2022 to 6/30/2023, Fee: $376,585.00, Expenses: $9,334.82. Objections/Request for Hearing Due in 21 days. Filed by Attorney Melissa A Haselden (Attachments: # 1 Exhibit A - D # 2 Proposed Order) (Haselden, Melissa) (Entered: 07/10/2023) |

| | | |
|---|---|---|
| 07/10/2023 | 🌐665<br>(9 pgs) | Notice *of First Interim Application for Compensation of Subchapter V Trustee*. (Related document(s):664 Application for Compensation) Filed by Melissa A Haselden (Haselden, Melissa) (Entered: 07/10/2023) |
| 07/10/2023 | 🌐666<br>(4 pgs) | Declaration re: *Declaration of Mailing* (Filed By Melissa A Haselden ). (Related document(s):664 Application for Compensation, 665 Notice) (Haselden, Melissa) (Entered: 07/10/2023) |
| 07/11/2023 | 🌐667<br>(4 pgs) | Response (related document(s):628 Motion for Turnover of Property). Filed by Elevated Solutions Group, LLC (Patterson, Johnie) (Entered: 07/11/2023) |
| 07/11/2023 | 🌐668<br>(5 pgs; 2 docs) | Motion to Dismiss/Withdraw Document (related document(s):628 Motion for Turnover of Property). Filed by Respondent Cicack Holdings, LLC (Attachments: # 1 Proposed Order) (Cicack, Walter) (Entered: 07/11/2023) |
| 07/12/2023 | 🌐669<br>(30 pgs; 5 docs) | Application to Employ Harold May and Evident Tax, LLC as Tax Consultants and Advisors. Objections/Request for Hearing Due in 21 days. Filed by Debtor Free Speech Systems LLC (Attachments: # 1 Exhibit A - CV # 2 Exhibit B - Engagement Letter # 3 Exhibit C - Declaration # 4 Proposed Order) (Battaglia, Raymond) (Entered: 07/12/2023) |
| 07/14/2023 | 🌐670<br>(20 pgs) | Adversary case 23-03127. Nature of Suit: (12 (Recovery of money/property - 547 preference)),(13 (Recovery of money/property - 548 fraudulent transfer)), (21 (Validity, priority or extent of lien or other interest in property)),(81 (Subordination of claim or interest)) Complaint by Free Speech Systems LLC against PQPR Holdings Limited, LLC, JLJR Holdings, LLC, PLJR HOLDINGS, LLC, CAROL JONES, David Jones, AEJ HOLDINGS, LLC, AEJ TRUST 2018. Fee Amount $350 (Battaglia, Raymond) (Entered: 07/14/2023) |
| 07/17/2023 | 🌐671<br>(4 pgs) | Declaration re: *Mailing/Certificate of Service* (Filed By Free Speech Systems LLC ).(Related document(s):669 Application to Employ) (Battaglia, Raymond) (Entered: 07/17/2023) |
| 07/17/2023 | 🌐672<br>(36 pgs) | Debtor-In-Possession Monthly Operating Report for Filing Period ending 6/30/2023, $2305768 disbursed (Filed By Free Speech Systems LLC ). (Battaglia, Raymond) (Entered: 07/17/2023) |
| 07/18/2023 | 🌐673<br>(5 pgs) | Agreed Order Debtor's Motion for Approval of Compromise and Settlement under Rule 9019 (Related Doc # 621). Signed on 7/18/2023. (RosarioSaldana) (Entered: 07/18/2023) |
| 07/20/2023 | 🌐674<br>(7 pgs) | BNC Certificate of Mailing. (Related document(s):673 Order on Motion to Approve Compromise under Rule 9019) No. of Notices: 16. Notice Date 07/20/2023. (Admin.) (Entered: 07/20/2023) |
| 07/21/2023 | 🌐675<br>(64 pgs; 4 docs) | Emergency Motion *to Approve Assumption of Commercial Real Property Lease with BCC UBC LLC* Filed by Debtor Free Speech Systems LLC (Attachments: # 1 Exhibit A - Lease Agreement # 2 Exhibit B - Sixth Lease Amendment # 3 Proposed Order) (Battaglia, Raymond) (Entered: 07/21/2023) |

| | | |
|---|---|---|
| 07/25/2023 | 🌐 676 (56 pgs; 3 docs) | Interim Application for Compensation for Raymond William Battaglia, Debtor's Attorney, Period: 3/1/2023 to 6/30/2023, Fee: $163,990.00, Expenses: $4,961.66. Objections/Request for Hearing Due in 21 days. Filed by Attorney Raymond William Battaglia (Attachments: # 1 Exhibit A - Fee Statements # 2 Proposed Order) (Battaglia, Raymond) (Entered: 07/25/2023) |
| 07/26/2023 | 🌐 677 (28 pgs; 3 docs) | Motion for Relief from Stay *regarding 2020 Chevrolet Tahoe*. Fee Amount $188. Filed by Creditor Ally Bank Hearing scheduled for 8/24/2023 at 10:00 AM at Houston, Courtroom 401 (CML). (Attachments: # 1 Affidavit # 2 Proposed Order) (Lynch, Patrick) (Entered: 07/26/2023) |
| 07/26/2023 | 🌐 678 (155 pgs; 17 docs) | Exhibit List (Filed By Veronique De La Rosa, Marcel Fontaine, Neil Heslin, Scarlett Lewis, Leonard Pozner, David Wheeler, et al. ).(Related document(s):6 Emergency Motion) (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9 # 10 Exhibit 10 # 11 Exhibit 11 # 12 Exhibit 12 # 13 Exhibit 13 # 14 Exhibit 14 # 15 Exhibit 15 # 16 Exhibit 16) (Chapple, Ryan) (Entered: 07/26/2023) |
| 07/26/2023 | 🌐 679 (5 pgs) | Proposed Order RE: *Fourteenth Interim Cash Collateral Order* (Filed By Free Speech Systems LLC ).(Related document(s):6 Emergency Motion) (Battaglia, Raymond) (Entered: 07/26/2023) |
| 07/26/2023 | 🌐 680 (2 pgs) | Agenda for Hearing on 7/27/2023 (Filed By Free Speech Systems LLC ). (Battaglia, Raymond) (Entered: 07/26/2023) |
| 07/27/2023 | 🌐 681 (1 pg) | Courtroom Minutes. Time Hearing Held: 9:00 AM. Appearances: PLEASE SEE ATTACHED. (Related document: 6 Emergency Motion). Hearing held. Fourteenth Interim Order Authorizing Debtor's use of Cash Collateral Approved. Order Signed. For the reasons stated on the record, Motion on (Related Doc. 675) Granted. Order Signed. **Further Cash Collateral Hearing scheduled for 8/29/2023 at 11:00 AM.** (ZildeCompean) (Entered: 07/27/2023) |
| 07/27/2023 | 🌐 682 (5 pgs) | Fourteenth Interim Order Authorizing Debtor's Use of Cash Collateral and Providing Partial Adequate Protection (Related document: 6 Emergency Motion). Signed on 7/27/2023. (ZildeCompean) (Entered: 07/27/2023) |
| 07/27/2023 | 🌐 683 (2 pgs) | Order Granting Emergency Motion to Approve Assumption of Commerical Real Property Lease With BCC UBC LLC (Related Doc # 675). Signed on 7/27/2023. (ZildeCompean) (Entered: 07/27/2023) |
| 07/27/2023 | 🌐 684 (1 pg) | 🔊 PDF with attached Audio File. Court Date & Time [ 7/27/2023 9:12:18 AM ]. File Size [ 12105 KB ]. Run Time [ 00:25:13 ]. (Hearing on 6 and 675 .). (admin). (Entered: 07/27/2023) |
| 07/28/2023 | 🌐 685 (1 pg) | AO 435 TRANSCRIPT ORDER FORM (Daily (24 hours)) by Marty L. Brimmage, Jr.. This is to order a transcript of the July 27, 2023 Hearing before Judge Christopher Lopez. Court Reporter/Transcriber: Access Transcripts (Filed By Official Committee of Unsecured Creditors of Alexander E. Jones ). (Brimmage, Marty) Electronically Forwarded to Access Transcripts, LLC, on 07/28/2023. Estimated Date of |

| | | |
|---|---|---|
| | | Completion: 07/29/2023. Modified on 7/28/2023 (BenjaminRomero). (Entered: 07/28/2023) |
| 07/29/2023 | 686 (12 pgs) | BNC Certificate of Mailing. (Related document(s):682 Generic Order) No. of Notices: 17. Notice Date 07/29/2023. (Admin.) (Entered: 07/29/2023) |
| 07/29/2023 | 687 (9 pgs) | BNC Certificate of Mailing. (Related document(s):683 Order on Emergency Motion) No. of Notices: 17. Notice Date 07/29/2023. (Admin.) (Entered: 07/29/2023) |
| 07/31/2023 | 688 (24 pgs) | Transcript RE: Emergency Motion for Interim and Final Orders (I) Authorizing the Use of Cash Collateral Pursuant to Section 105, 361, and 363 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 4001(b) and (II) Granting Adequate Protection to the Pre-Petition Secured Lender; Emergency Motion to Approve Assumption of Commercial Real Property Lease with BCC UBC LLC held on 7/27/23 before Judge Christopher M. Lopez. Transcript is available for viewing in the Clerk's Office. Filed by Transcript access will be restricted through 10/30/2023. (AccessTranscripts) (Entered: 07/31/2023) |
| 08/01/2023 | 689 (1 pg) | Notice of Filing of Official Transcript as to 688 Transcript. Parties notified (Related document(s):688 Transcript) (MayraMarquez) (Entered: 08/01/2023) |
| 08/03/2023 | 690 (11 pgs) | Certificate *of No Objection* (Filed By Melissa A Haselden ).(Related document(s):664 Application for Compensation, 665 Notice, 666 Declaration) (Haselden, Melissa) (Entered: 08/03/2023) |
| 08/03/2023 | 691 (2 pgs) | Order on First Interim Application of Melissa A. Haselden and Haselden Farrow, PLLC for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Subchapter V Trustee to the Debtor for the Period From August 2, 2022 to June 30, 2023 (Related Doc # 664). Signed on 8/3/2023. (ZildeCompean) (Entered: 08/03/2023) |
| 08/03/2023 | 692 (8 pgs) | BNC Certificate of Mailing. (Related document(s):689 Notice of Filing of Official Transcript (Form)) No. of Notices: 17. Notice Date 08/03/2023. (Admin.) (Entered: 08/03/2023) |
| 08/05/2023 | 693 (9 pgs) | BNC Certificate of Mailing. (Related document(s):691 Order on Application for Compensation) No. of Notices: 17. Notice Date 08/05/2023. (Admin.) (Entered: 08/05/2023) |
| 08/07/2023 | 694 (4 pgs) | Order Approving Debtor's Application to Employ Harold May and Evident Tax, LLC as Tax Consultants and Advisors (Related Doc # 669). Signed on 8/7/2023. (ZildeCompean) (Entered: 08/07/2023) |
| 08/09/2023 | 695 (6 pgs) | BNC Certificate of Mailing. (Related document(s):694 Order on Application to Employ) No. of Notices: 17. Notice Date 08/09/2023. (Admin.) (Entered: 08/09/2023) |
| 08/17/2023 | 696 (2 pgs) | Notice *of Withdrawal of Appearance of Martin Salvucci*. (Related document(s):341 Notice of Appearance) Filed by David Wheeler, et al. (Chapple, Ryan) (Entered: 08/17/2023) |

| | | |
|---|---|---|
| 08/18/2023 | 697 (34 pgs) | Debtor-In-Possession Monthly Operating Report for Filing Period ending 7/31/2023, $2398134 disbursed (Filed By Free Speech Systems LLC ). (Battaglia, Raymond) (Entered: 08/18/2023) |
| 08/21/2023 | 698 (2 pgs) | Order Granting Second Interim Application of Law Offices of Ray Battaglia, PLLC, Counsel to Free Speech Systems, LLC for Allowance and Payment of Compensation and Reimbursement of Expenses Incurred for the Period from March 1, 2023, Through June 30, 2023 (Related Doc # 676). Signed on 8/21/2023. (ZildeCompean) (Entered: 08/21/2023) |
| 08/23/2023 | 699 (2 pgs) | Proposed Order RE: (Filed By Ally Bank ).(Related document(s):677 Motion for Relief From Stay) (Lynch, Patrick) (Entered: 08/23/2023) |
| 08/23/2023 | 700 (2 pgs) | Agreed Order Granting Motion For Relief From Stay (Related Doc # 677). Signed on 8/23/2023. (RosarioSaldana) (Entered: 08/23/2023) |
| 08/23/2023 | 701 (4 pgs) | BNC Certificate of Mailing. (Related document(s):698 Order on Application for Compensation) No. of Notices: 16. Notice Date 08/23/2023. (Admin.) (Entered: 08/23/2023) |
| 08/25/2023 | 702 (99 pgs; 22 docs) | Exhibit List (Filed By PQPR Holdings Limited, LLC ).(Related document(s):6 Emergency Motion) (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9 # 10 Exhibit 10 # 11 Exhibit 11 # 12 Exhibit 12 # 13 Exhibit 13 # 14 Exhibit 14 # 15 Exhibit 15 # 16 Exhibit 16 # 17 Exhibit 17 # 18 Exhibit 18 # 19 Exhibit 19 # 20 Exhibit 20 # 21 Exhibit 21) (Lemmon, Stephen) (Entered: 08/25/2023) |
| 08/25/2023 | 703 (162 pgs; 18 docs) | Exhibit List (Filed By Veronique De La Rosa, Marcel Fontaine, Neil Heslin, Scarlett Lewis, Leonard Pozner, David Wheeler, et al. ).(Related document(s):6 Emergency Motion) (Attachments: # 1 Exh 1 # 2 Exh 2 # 3 Exh 3 # 4 Exh 4 # 5 Exh 5 # 6 Exh 6 # 7 Exh 7 # 8 Exh 8 # 9 Exh 9 # 10 Exh 10 # 11 Exh 11 # 12 Exh 12 # 13 Exh 13 # 14 Exh 14 # 15 Exh 15 # 16 Exh 16 # 17 Exh 17) (Chapple, Ryan) (Entered: 08/25/2023) |
| 08/25/2023 | 704 (4 pgs) | BNC Certificate of Mailing. (Related document(s):700 Order on Motion For Relief From Stay) No. of Notices: 16. Notice Date 08/25/2023. (Admin.) (Entered: 08/25/2023) |
| 08/28/2023 | 705 (5 pgs) | Proposed Order RE: (Filed By Free Speech Systems LLC ).(Related document(s):6 Emergency Motion) (Battaglia, Raymond) (Entered: 08/28/2023) |
| 08/29/2023 | 706 (2 pgs) | Agenda for Hearing on 8/29/2023 (Filed By Free Speech Systems LLC ). (Battaglia, Raymond) (Entered: 08/29/2023) |
| 08/29/2023 | 707 (22 pgs; 3 docs) | Joint Motion for Approval *Employment Contract Pursuant to 11 U.S.C. §§ 105 and 363(b)*. Objections/Request for Hearing Due in 21 days. Filed by Debtor Free Speech Systems LLC (Attachments: # 1 Exhibit A - Proposed Employment Contract # 2 Proposed Order) (Battaglia, Raymond) (Entered: 08/29/2023) |
| 08/29/2023 | 708 | Courtroom Minutes. Time Hearing Held: 3:15 PM. Appearances: Ray Battaglia, Melissa Haselden, Ha Nguyen, Vickie Driver, Katherine Porter, Steve Lemmon, Elizabeth Freeman, Kyle Kimpler, Sara Brauner. |

000067

| | | |
|---|---|---|
| | | (Related document: 6 Emergency Motion). Hearing held. Fifteenth Interim Order Authorizing Debtor's use of Cash Collateral is Approved. Order Signed. **Further Hybrid Hearing scheduled for 9/26/2023 at 02:00 PM at Houston, Courtroom 401 (CML).** (ZildeCompean) (Entered: 08/29/2023) |
| 08/29/2023 | 709 (1 pg) | ⚫))) PDF with attached Audio File. Court Date & Time [ 8/29/2023 3:16:52 PM ]. File Size [ 8585 KB ]. Run Time [ 00:17:53 ]. (Hearing on 6 . Hearing in 22-33553 on 383 .). (admin). (Entered: 08/29/2023) |
| 08/29/2023 | 710 (5 pgs) | Fifteenth Interim Order Authorizing Debtor's Use of Cash Collateral and Providing Partial Adequate Protection (Related document(s): 6 Emergency Motion). Signed on 8/29/2023. (RosarioSaldana) (Entered: 08/29/2023) |
| 08/30/2023 | 711 (1 pg) | AO 435 TRANSCRIPT ORDER FORM (Daily (24 hours)) by Marty L. Brimmage, Jr.. This is to order a transcript of the August 29, 2023 Hearing before Judge Christopher Lopez. Court Reporter/Transcriber: Access Transcripts (Filed By Official Committee of Unsecured Creditors of Alexander E. Jones ). (Brimmage, Marty) Electronically Forwarded to Access Transcripts, LLC, on 09/01/2023. Estimated Date of Completion: 09/02/2023. Modified on 9/1/2023 (BenjaminRomero). (Entered: 08/30/2023) |
| 08/30/2023 | 712 (3 pgs) | Joint Notice *Regarding Agreed order on Debtors' Motion for Approval of Compromise and Settlement Under Federal Rule of Bankruptcy Procedure 9019*. (Related document(s):673 Order on Motion to Approve Compromise under Rule 9019) Filed by Veronique De La Rosa, Marcel Fontaine, Neil Heslin, Scarlett Lewis, Leonard Pozner (Hardy, Jennifer) (Entered: 08/30/2023) |
| 08/31/2023 | 713 (12 pgs) | BNC Certificate of Mailing. (Related document(s):710 Generic Order) No. of Notices: 16. Notice Date 08/31/2023. (Admin.) (Entered: 08/31/2023) |
| 09/06/2023 | 714 (17 pgs) | Transcript RE: Emergency Motion for Interim and Final Orders (I) Authorizing the Use of Cash Collateral Pursuant to Section 105, 361, and 363 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 4001(b) and (II) Granting Adequate Protection to the Pre-Petition Secured Lender held on 8/29/23 before Judge Christopher M. Lopez. Transcript is available for viewing in the Clerk's Office. Filed by Transcript access will be restricted through 12/5/2023. (AccessTranscripts) (Entered: 09/06/2023) |
| 09/07/2023 | 715 (1 pg) | Notice of Filing of Official Transcript as to 714 Transcript. Parties notified (Related document(s):714 Transcript) (DarleneHansen) (Entered: 09/07/2023) |
| 09/09/2023 | 716 (3 pgs) | BNC Certificate of Mailing. (Related document(s):715 Notice of Filing of Official Transcript (Form)) No. of Notices: 16. Notice Date 09/09/2023. (Admin.) (Entered: 09/09/2023) |
| 09/13/2023 | 717 (4 pgs) | Joint Notice *Regarding Agreed Order on Debtors' Motion for Approval of Compromise and Settlement Under Federal Rule of Bankruptcy Procedure 9019*. (Related document(s):673 Order on Motion to Approve Compromise under Rule 9019) Filed by Veronique De La Rosa, Marcel |

000068

| | | Fontaine, Neil Heslin, Scarlett Lewis, Leonard Pozner (Hardy, Jennifer) (Entered: 09/13/2023) |
|---|---|---|
| 09/19/2023 | 718 (37 pgs) | Debtor-In-Possession Monthly Operating Report for Filing Period ending 8/31/2023, $2082412 disbursed (Filed By Free Speech Systems LLC ). (Battaglia, Raymond) (Entered: 09/19/2023) |
| 09/19/2023 | 719 (9 pgs) | Debtor-In-Possession Monthly Operating Report for Filing Period ending 6/30/2023, $20 disbursed (Filed By Free Speech Systems LLC ). (Battaglia, Raymond) (Entered: 09/19/2023) |
| 09/19/2023 | 720 (1 pg) | Withdraw Document (Filed By Free Speech Systems LLC ).(Related document(s):719 Debtor-in-Possession Monthly Operating Report) (Battaglia, Raymond) (Entered: 09/19/2023) |
| 09/20/2023 | 721 (4 pgs) | Stipulation By Alex E Jones and Freedom Speech Systems, LLC and Elevated Solutions Group, LLC. Does this document include an agreed order or otherwise request that the judge sign a document? Yes. (Filed By Alex E Jones ). (Driver, Vickie) (Entered: 09/20/2023) |
| 09/22/2023 | 722 (168 pgs; 19 docs) | Exhibit List (Filed By Veronique De La Rosa, Marcel Fontaine, Neil Heslin, Scarlett Lewis, Leonard Pozner, David Wheeler, et al. ).(Related document(s):6 Emergency Motion) (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9 # 10 Exhibit 10 # 11 Exhibit 11 # 12 Exhibit 12 # 13 Exhibit 13 # 14 Exhibit 14 # 15 Exhibit 15 # 16 Exhibit 16 # 17 Exhibit 17 # 18 Exhibit 18) (Chapple, Ryan) (Entered: 09/22/2023) |
| 09/26/2023 | 723 (5 pgs) | Proposed Order RE: (Filed By Free Speech Systems LLC ).(Related document(s):6 Emergency Motion) (Battaglia, Raymond) (Entered: 09/26/2023) |
| 09/26/2023 | 724 (2 pgs) | Agenda for Hearing on 9/26/2023 (Filed By Free Speech Systems LLC ). (Battaglia, Raymond) (Entered: 09/26/2023) |
| 09/26/2023 | 725 (5 pgs) | Sixteenth Interim Order Authorizing Debtor's Use of Cash Collateral and Providing Partial Adequate Protection (Related document(s): 6 Emergency Motion). Signed on 9/26/2023. (RosarioSaldana) (Entered: 09/26/2023) |
| 09/26/2023 | 726 (2 pgs) | Courtroom Minutes. Time Hearing Held: 2:00 PM. Appearances: PLEASE SEE ATTACHED. (Related document: 6 Emergency Motion). Hearing held. The use of Cash Collateral is Authorized through November 13th. Mr. Battaglia is to contact the Courts Case Manger if a revised proposed order is filed. **Further Cash Collateral Hearing scheduled for 11/13/2023 at 01:00 PM at Houston, Courtroom 401 (CML).** (ZildeCompean) (Entered: 09/26/2023) |

| | | |
|---|---|---|
| 09/26/2023 | 727 (1 pg) | AO 435 TRANSCRIPT ORDER FORM (Daily (24 hours)) by Marty L. Brimmage, Jr.. This is to order a transcript of the September 26, 2023 Hearing before Judge Christopher Lopez. Court Reporter/Transcriber: Access Transcripts (Filed By Official Committee of Unsecured Creditors of Alexander E. Jones ). (Brimmage, Marty) *Electronically forwarded to ACCESS on 9/29/2023. Estimated date of completion: 9/30/2023. * Modified on 9/29/2023 (MayraMarquez). (Entered: 09/26/2023) |
| 09/26/2023 | 728 (1 pg) | PDF with attached Audio File. Court Date & Time [ 9/26/2023 2:03:10 PM ]. File Size [ 10057 KB ]. Run Time [ 00:20:57 ]. (Hearing on 6 .). (admin). (Entered: 09/26/2023) |
| 09/27/2023 | 729 (4 pgs) | Joint Stipulation and Agreed Order Resolving Distribution of Platinum Products Sales Proceeds (Related document(s): 721 Stipulation). Signed on 9/27/2023. (RosarioSaldana) (Entered: 09/27/2023) |
| 09/28/2023 | 730 (12 pgs) | BNC Certificate of Mailing. (Related document(s):725 Generic Order) No. of Notices: 16. Notice Date 09/28/2023. (Admin.) (Entered: 09/28/2023) |
| 09/29/2023 | 731 (11 pgs) | BNC Certificate of Mailing. (Related document(s):729 Generic Order) No. of Notices: 16. Notice Date 09/29/2023. (Admin.) (Entered: 09/29/2023) |
| 10/02/2023 | 732 (6 pgs) | Response (related document(s):659 Application for Administrative Expenses). Filed by Free Speech Systems LLC (Battaglia, Raymond) (Entered: 10/02/2023) |
| 10/03/2023 | 733 (3 pgs) | Notice *Subchapter V Trustee's Joinder to Debtor's Response Alexander Jones' Motion For Allowance and Payment of Administrative Expenses Pursuant to 11 U.S.C. § 503(b)(1)*. Filed by Melissa A Haselden (Freeman, Elizabeth) (Entered: 10/03/2023) |
| 10/03/2023 | 734 (5 pgs; 2 docs) | Motion to Withdraw as Attorney. Objections/Request for Hearing Due in 21 days. Filed by Creditor David Wheeler, et al. (Attachments: # 1 Proposed Order) (Chapple, Ryan) (Entered: 10/03/2023) |
| 10/04/2023 | 735 (2 pgs) | Order Granting Motion To Withdraw As Counsel for Connecticut Plaintiffs (Related Doc # 734). Signed on 10/4/2023. (RosarioSaldana) (Entered: 10/04/2023) |
| 10/04/2023 | 736 (21 pgs) | Transcript RE: 09/26/23 held on Emergency Motion Hearing before Judge Christopher M. Lopez. Transcript is available for viewing in the Clerk's Office. Filed by Transcript access will be restricted through 01/2/2024. (AccessTranscripts) (Entered: 10/04/2023) |
| 10/05/2023 | 737 (1 pg) | Notice of Filing of Official Transcript as to 736 Transcript. Parties notified (Related document(s):736 Transcript) (DarleneHansen) (Entered: 10/05/2023) |
| 10/06/2023 | 738 (4 pgs) | BNC Certificate of Mailing. (Related document(s):735 Order on Motion to Withdraw as Attorney) No. of Notices: 16. Notice Date 10/06/2023. (Admin.) (Entered: 10/06/2023) |

| | | |
|---|---|---|
| 10/07/2023 | 🌐 739 (8 pgs) | BNC Certificate of Mailing. (Related document(s):737 Notice of Filing of Official Transcript (Form)) No. of Notices: 16. Notice Date 10/07/2023. (Admin.) (Entered: 10/07/2023) |
| 10/11/2023 | 🌐 740 (27 pgs) | Joint Objection *of the Sandy Hook Families to Debtors' Joint Motion to Approve Employment Contract Pursuant to 11 U.S.C. Sections 105 and 363(b)* (related document(s):707 Motion for Approval). Filed by Veronique De La Rosa, Marcel Fontaine, Neil Heslin, Scarlett Lewis, Leonard Pozner, David Wheeler, et al. (Chapple, Ryan) (Entered: 10/11/2023) |
| 10/11/2023 | 🌐 741 (14 pgs) | Objection */The Official Committee of Unsecured Creditors' (I) Reservation of Rights in Respect of Alexander Jones's Motion for Allowance and Payment of Administrative Expenses Pursuant to 11 U.S.C. § 503(b)(1) to the Extent Such Motion Is Not Withdrawn and (II) Limited Objection and Joinder in Respect of Joint Motion to Approve Employment Contract Pursuant to 11 U.S.C. §§ 105 and 363(b)* (related document 740 *Objection to Motion for Approval*), (related document(s):659 Application for Administrative Expenses, 707 Motion for Approval). Filed by Official Committee of Unsecured Creditors of Alexander E. Jones (Brimmage, Marty) (Entered: 10/11/2023) |
| 10/12/2023 | 🌐 742 (4 pgs) | Joint Notice *Regarding Agreed Order on Debtors' Motion for Approval of Compromise and Settlement Under Federal Rule of Bankruptcy Procedure 9019*. (Related document(s):673 Order on Motion to Approve Compromise under Rule 9019) Filed by Veronique De La Rosa, Marcel Fontaine, Neil Heslin, Scarlett Lewis, Leonard Pozner (Hardy, Jennifer) (Entered: 10/12/2023) |
| 10/16/2023 | 🌐 743 (17 pgs; 4 docs) | Application to Employ Red Balloon LLC as Executive Recruiter. Objections/Request for Hearing Due in 21 days. Filed by Debtor Free Speech Systems LLC (Attachments: # 1 Exhibit A - Declaration of Aaron Youngren # 2 Exhibit B - Recruiter Agreement # 3 Proposed Order) (Battaglia, Raymond) (Entered: 10/16/2023) |
| 10/18/2023 | 🌐 744 (2 pgs) | Notice *of Withdrawal of Motion for Allowance and Payment of Administrative Expenses Pursuant to 503(B)(1)*. (Related document(s):659 Application for Administrative Expenses) Filed by Alex E Jones (Driver, Vickie) (Entered: 10/18/2023) |
| 10/19/2023 | 🌐 745 (40 pgs) | Debtor-In-Possession Monthly Operating Report for Filing Period ending 9/30/2023, $3247844 disbursed (Filed By Free Speech Systems LLC ). (Battaglia, Raymond) (Entered: 10/19/2023) |
| 10/27/2023 | 🌐 746 (5 pgs; 2 docs) | Motion to Withdraw as Attorney. Objections/Request for Hearing Due in 21 days. Filed by Creditor David Wheeler, et al. (Attachments: # 1 Proposed Order) (Chapple, Ryan) (Entered: 10/27/2023) |
| 10/30/2023 | 🌐 747 (2 pgs) | Order Granting Motion To Withdraw As Counsel for Connecticut Plaintiffs (Related Doc # 746). Signed on 10/30/2023. (RosarioSaldana) (Entered: 10/30/2023) |
| 11/02/2023 | 🌐 748 (4 pgs) | BNC Certificate of Mailing. (Related document(s):747 Order on Motion to Withdraw as Attorney) No. of Notices: 16. Notice Date 11/02/2023. (Admin.) (Entered: 11/02/2023) |

| | | |
|---|---|---|
| 11/03/2023 | ● 749<br>(3 pgs) | Notice *of Cash Collateral Budget tor November 2023 With Consent of Secured Creditor*. (Related document(s):6 Emergency Motion) Filed by Free Speech Systems LLC (Battaglia, Raymond) (Entered: 11/03/2023) |
| 11/09/2023 | ● 750<br>(1 pg) | MOTION to Appear Pro Hac Vice for Vida Robinson (Fee Paid: $100, receipt number A24855926) Filed by Creditor David Wheeler, et al. (Chapple, Ryan) (Entered: 11/09/2023) |
| 11/09/2023 | ● 751<br>(1 pg) | MOTION to Appear Pro Hac Vice for Stephanie P. Lascano (Fee Paid: $100, receipt number A24855928) Filed by Creditor David Wheeler, et al. (Chapple, Ryan) (Entered: 11/09/2023) |
| 11/14/2023 | ● 752<br>(1 pg) | Order Granting Motion To Appear pro hac vice as to Vida Robinson (Related Doc # 750). Signed on 11/14/2023. (ZildeCompean) (Entered: 11/14/2023) |
| 11/14/2023 | ● 753<br>(1 pg) | Order Granting Motion To Appear pro hac vice as to Stephanie P. Lascano (Related Doc # 751). Signed on 11/14/2023. (ZildeCompean) (Entered: 11/14/2023) |
| 11/16/2023 | ● 754<br>(3 pgs) | BNC Certificate of Mailing. (Related document(s):752 Order on Motion to Appear pro hac vice) No. of Notices: 12. Notice Date 11/16/2023. (Admin.) (Entered: 11/16/2023) |
| 11/16/2023 | ● 755<br>(3 pgs) | BNC Certificate of Mailing. (Related document(s):753 Order on Motion to Appear pro hac vice) No. of Notices: 12. Notice Date 11/16/2023. (Admin.) (Entered: 11/16/2023) |
| 11/18/2023 | ● 756<br>(101 pgs) | Amended Chapter 11 Plan Filed by Free Speech Systems LLC. (Battaglia, Raymond) (Entered: 11/18/2023) |
| 11/20/2023 | ● 757<br>(41 pgs) | Debtor-In-Possession Monthly Operating Report for Filing Period ending 10/31/2023, $1764393 disbursed (Filed By Free Speech Systems LLC ). (Battaglia, Raymond) (Entered: 11/20/2023) |
| 11/21/2023 | ● 758<br>(38 pgs; 2 docs) | Joint Objection *to Debtor's Notice of Cash Collateral Budget for November 2023 with Consent of Secured Creditor [Dkt. 749]* (related document(s):6 Emergency Motion). Filed by Veronique De La Rosa, Marcel Fontaine, Neil Heslin, Scarlett Lewis, Leonard Pozner, David Wheeler, et al. (Attachments: # 1 Exhibit A) (Chapple, Ryan) (Entered: 11/21/2023) |
| 11/21/2023 | ● 759<br>(2 pgs) | Exhibit List (Filed By PQPR Holdings Limited, LLC ).(Related document(s):6 Emergency Motion) (Lemmon, Stephen) (Entered: 11/21/2023) |
| 11/21/2023 | ● 760<br>(3 pgs) | Exhibit List, Witness List (Filed By Alex E Jones ).(Related document(s):6 Emergency Motion) (Driver, Vickie) (Entered: 11/21/2023) |
| 11/22/2023 | ● 761<br>(341 pgs; 29 docs) | Exhibit List (Filed By Veronique De La Rosa, Marcel Fontaine, Neil Heslin, Scarlett Lewis, Leonard Pozner, David Wheeler, et al. ).(Related document(s):6 Emergency Motion) (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9 # 10 Exhibit 10 # 11 Exhibit 11 # 12 Exhibit 12 # 13 Exhibit 13 # 14 Exhibit 14 # 15 Exhibit 15 # 16 |

|  |  |  |
|---|---|---|
|  |  | Exhibit 16 # 17 Exhibit 17 # 18 Exhibit 18 # 19 Exhibit 19 # 20 Exhibit 20 # 21 Exhibit 21 # 22 Exhibit 22 # 23 Exhibit 23 # 24 Exhibit 24 # 25 Exhibit 25 # 26 Exhibit 26 # 27 Exhibit 27 # 28 Exhibit 28) (Chapple, Ryan) (Entered: 11/22/2023) |
| 11/22/2023 | ○762 (3 pgs) | Exhibit List (Filed By Free Speech Systems LLC ).(Related document(s):6 Emergency Motion) (Battaglia, Raymond) (Entered: 11/22/2023) |
| 11/22/2023 | ○763 (4 pgs) | Witness List, Exhibit List (Filed By Official Committee of Unsecured Creditors of Alexander E. Jones ). (Brimmage, Marty) (Entered: 11/22/2023) |
| 11/22/2023 | ○764 (29 pgs; 4 docs) | Exhibit List, Witness List (Filed By Alex E Jones ).(Related document(s):6 Emergency Motion) (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3) (Driver, Vickie) (Entered: 11/22/2023) |
| 11/26/2023 | ○765 (5 pgs) | Proposed Order RE: (Filed By Free Speech Systems LLC ).(Related document(s):6 Emergency Motion) (Battaglia, Raymond) (Entered: 11/26/2023) |
| 11/27/2023 | ○766 | Courtroom Minutes. Time Hearing Held: 2:00 PM. Appearances: Vickie Driver, Ray Battaglia, Sara Brauner, Steve Lemmon, Jennifer Hardy, Johnie Patterson, Ha Nguyen, Kyle Kimpler, Elizabeth Freeman, Jayson Ruff, Marty Brimmage, Danielle Harlen, Avi Moshenberg. (Related document: 6 Emergency Motion). Witnesses: Patrick Magill, Robert Schleizer. Hearing held. The use of Cash Collateral is Authorized. Mr. Battaglia is to file a revised proposed order and notify the Court's Case Manager once filed. (ZildeCompean) (Entered: 11/27/2023) |
| 12/01/2023 | ○767 (5 pgs) | Proposed Order RE: (Filed By Free Speech Systems LLC ).(Related document(s):6 Emergency Motion) (Battaglia, Raymond) (Entered: 12/01/2023) |
| 12/01/2023 | ○768 (1 pg) | Notice *of Hourly Rate Increase*. (Related document(s):180 Order on Application to Employ) Filed by Free Speech Systems LLC (Battaglia, Raymond) (Entered: 12/01/2023) |
| 12/01/2023 | ○769 (2 pgs) | Proposed Order RE: (Filed By Free Speech Systems LLC ).(Related document(s):743 Application to Employ) (Battaglia, Raymond) (Entered: 12/01/2023) |
| 12/04/2023 | ○770 (130 pgs; 2 docs) | Transcript RE: held on 11/27/2023 before Judge Christopher M. Lopez. Transcript is available for viewing in the Clerk's Office. Within 21 days, parties are advised to comply with privacy requirements of Fed. R. Bank. P. 9037, ensuring that certain protected information is redacted from transcripts prior to their availability on PACER. Filed by Transcript access will be restricted through 03/4/2024. (VeritextLegalSolutions) (Entered: 12/04/2023) |
| 12/05/2023 | ○771 (4 pgs) | Joint Notice *Regarding Agreed Order on Debtors' Motion for Approval of Compromise and Settlement Under Federal Rule of Bankruptcy Procedure 9019*. (Related document(s):673 Order on Motion to Approve Compromise under Rule 9019) Filed by Veronique De La Rosa, Marcel Fontaine, Neil Heslin, Scarlett Lewis, Leonard Pozner (Hardy, Jennifer) (Entered: 12/05/2023) |

000073

| | | |
|---|---|---|
| 12/05/2023 | 772 (5 pgs) | Seventeenth Interim Order Authorizing Debtor's Use of Cash Collateral and Providing Partial Adequate Protection (Related document: 6 Emergency Motion). Signed on 12/5/2023. (ZildeCompean) (Entered: 12/05/2023) |
| 12/05/2023 | 773 (2 pgs) | Order Approving Employment of Red Balloon LLC as Executive Recruiter for the Debtor (Related Doc # 743). Signed on 12/5/2023. (ZildeCompean) (Entered: 12/05/2023) |
| 12/06/2023 | 774 (8 pgs) | BNC Certificate of Mailing. (Related document(s):770 Transcript) No. of Notices: 12. Notice Date 12/06/2023. (Admin.) (Entered: 12/06/2023) |
| 12/08/2023 | 775 (12 pgs) | BNC Certificate of Mailing. (Related document(s):772 Generic Order) No. of Notices: 12. Notice Date 12/08/2023. (Admin.) (Entered: 12/08/2023) |
| 12/08/2023 | 776 (4 pgs) | BNC Certificate of Mailing. (Related document(s):773 Order on Application to Employ) No. of Notices: 12. Notice Date 12/08/2023. (Admin.) (Entered: 12/08/2023) |
| 12/12/2023 | 777 (3 pgs) | Notice of Appearance and Request for Notice Filed by Jennifer F Wertz Filed by on behalf of Melissa A Haselden (Wertz, Jennifer) (Entered: 12/12/2023) |
| 12/13/2023 | 778 (75 pgs; 3 docs) | Interim Application for Compensation for Raymond William Battaglia, Debtor's Attorney, Period: 7/1/2023 to 11/30/2023, Fee: $231300.50, Expenses: $12579.27. Objections/Request for Hearing Due in 21 days. Filed by Attorney Raymond William Battaglia (Attachments: # 1 Exhibit A - Invoices # 2 Proposed Order) (Battaglia, Raymond) (Entered: 12/13/2023) |
| 12/22/2023 | 779 (3 pgs) | Notice *of Cash Collateral Budget for January 2024*. (Related document(s):6 Emergency Motion) Filed by Free Speech Systems LLC (Battaglia, Raymond) (Entered: 12/22/2023) |
| 01/02/2024 | 780 (1 pg) | Notice *of Billing Rate Increase*. Filed by Melissa A Haselden (Haselden, Melissa) (Entered: 01/02/2024) |
| 01/04/2024 | 781 (2 pgs) | Proposed Order RE: (Filed By Free Speech Systems LLC ).(Related document(s):778 Application for Compensation) (Battaglia, Raymond) (Entered: 01/04/2024) |
| 01/05/2024 | 782 (4 pgs) | Proposed Order RE: *Setting Plan Confirmation Deadlines Pursuant to Rule 3017.2 of The Federal Rules of Bankruptcy Procedure* (Filed By Free Speech Systems LLC ).(Related document(s):756 Amended Chapter 11 Plan) (Battaglia, Raymond) (Entered: 01/05/2024) |
| 01/08/2024 | 783 (2 pgs) | Order Granting Third Interim Application of Law Offices of Ray Battaglia, PLLC, Counsel to Free Speech Systems, LLC for Allowance and Payment of Compensation and Reimbursement of Expenses Incurred for the Period From July 1, 2023, Through November 30, 2023 (Related Doc 778). Signed on 1/8/2024. (ZildeCompean) (Entered: 01/08/2024) |

000074

| | | |
|---|---|---|
| 01/10/2024 | 🌐784<br>(4 pgs) | BNC Certificate of Mailing. (Related document(s):783 Order on Application for Compensation) No. of Notices: 12. Notice Date 01/10/2024. (Admin.) (Entered: 01/10/2024) |
| 01/11/2024 | 🌐785<br>(2 pgs) | Notice *of Status Conference*. (Related document(s): Certificate of Notice) Filed by Free Speech Systems LLC (Battaglia, Raymond) (Entered: 01/11/2024) |
| 01/15/2024 | 🌐786<br>(45 pgs; 3 docs) | Interim Application for Compensation *THE REYNAL LAW FIRM, P.C.* for Free Speech Systems LLC, Special Counsel, Period: 7/29/2022 to 12/31/2023, Fee: $198,820, Expenses: $5,940.76. Objections/Request for Hearing Due in 21 days. Filed by Debtor Free Speech Systems LLC (Attachments: # 1 Exhibit A - Fee Statement # 2 Proposed Order) (Battaglia, Raymond) (Entered: 01/15/2024) |
| 01/16/2024 | 🌐787<br>(1 pg) | Courtroom Minutes. Time Hearing Held: 11:30 AM. Appearances: PLEASE SEE ATTACHED. (Related document: 1 Voluntary Petition (Chapter 11)). Status Conference held. Mr. Battaglia to contact the Court's Case Manager to obtain hearing dates. (ZildeCompean) (Entered: 01/16/2024) |
| 01/16/2024 | 🌐788<br>(1 pg) | 🔊 PDF with attached Audio File. Court Date & Time [ 1/16/2024 12:33:15 PM ]. File Size [ 6977 KB ]. Run Time [ 00:14:32 ]. (Status Conference in 22-60043 and 22-33553.). (admin). (Entered: 01/16/2024) |
| 01/19/2024 | 🌐789<br>(25 pgs; 5 docs) | Application to Employ The Law Office of Liz Freeman PLLC as Co-counsel to Melissa Haselden, Subchapter V Trustee. Objections/Request for Hearing Due in 21 days. Filed by Trustee Melissa A Haselden (Attachments: # 1 Appendix Service List # 2 Exhibit Engagement Letter # 3 Affidavit Declaration of Elizabeth Freeman # 4 Proposed Order) (Freeman, Elizabeth) (Entered: 01/19/2024) |
| 01/19/2024 | 🌐790<br>(3 pgs) | Notice *of Intent to Adduce Testimony from a Remote Location by Telephone and Video Technology for the Hearing Scheduled on January 24, 2024 at 3:00 P.M.*. Filed by Official Committee of Unsecured Creditors of Alexander E. Jones (Brimmage, Marty) (Entered: 01/19/2024) |
| 01/19/2024 | 🌐791<br>(19 pgs) | Debtor-In-Possession Monthly Operating Report for Filing Period ending 12/31/2023, $2902096 disbursed (Filed By Free Speech Systems LLC ). (Battaglia, Raymond) (Entered: 01/19/2024) |
| 01/22/2024 | 🌐792<br>(3 pgs) | Witness List (Filed By US Trustee ). (Ruff, Jayson) (Entered: 01/22/2024) |
| 01/23/2024 | 🌐793<br>(3 pgs) | Notice of Appearance and Request for Notice Filed by Ryan E Chapple Filed by on behalf of Erica L. Ash (Chapple, Ryan) (Entered: 01/23/2024) |
| 01/23/2024 | 🌐794<br>(2 pgs) | Notice of Appearance and Request for Notice Filed by Ryan E Chapple Filed by on behalf of Erica L. Ash (Chapple, Ryan) (Entered: 01/23/2024) |

| | | |
|---|---|---|
| 01/24/2024 | ● 795 (66 pgs; 3 docs) | Interim Application for Compensation *SECOND INTERIM APPLICATION OF MELISSA A. HASELDEN AND HASELDEN FARROW, PLLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS SUBCHAPTER V TRUSTEE FOR THE PERIOD FROM JULY 1, 2023 TO DECEMBER 31, 2023* for Melissa Anne Haselden, Trustee Chapter 11, Period: 7/1/2023 to 12/31/2023, Fee: $133900.00, Expenses: $3095.87. Objections/Request for Hearing Due in 21 days. Filed by Attorney Melissa Anne Haselden (Attachments: # 1 Exhibit A - D # 2 Proposed Order) (Haselden, Melissa) (Entered: 01/24/2024) |
| 01/24/2024 | ● 796 (11 pgs) | Notice *NOTICE OF FILING SECOND INTERIM FEE APPLICATION OF MELISSA A. HASELDEN, SUBCHAPTER V TRUSTEE*. (Related document(s):795 Application for Compensation) Filed by Melissa A Haselden (Haselden, Melissa) (Entered: 01/24/2024) |
| 01/25/2024 | ● 797 (3 pgs) | Notice *of Cash Collateral Budget for February 2024*. (Related document(s):6 Emergency Motion) Filed by Free Speech Systems LLC (Battaglia, Raymond) (Entered: 01/25/2024) |
| 01/25/2024 | ● 798 (24 pgs) | Debtor-In-Possession Monthly Operating Report for Filing Period ending 11/30/2023, $3109439 disbursed (Filed By Free Speech Systems LLC ). (Battaglia, Raymond) (Entered: 01/25/2024) |
| 01/29/2024 | ● 799 (1 pg) | Amended Notice *of Billing Rate Increase*. (Related document(s):780 Notice) Filed by Melissa A Haselden (Haselden, Melissa) (Entered: 01/29/2024) |
| 01/30/2024 | ● 800 (55 pgs; 4 docs) | Motion for Relief from Stay . Fee Amount $199. Filed by Creditor Public Storage Hearing scheduled for 2/20/2024 at 10:00 AM at Houston, Courtroom 401 (CML). (Attachments: # 1 Exhibit Exhibit A # 2 Exhibit Exhibit B # 3 Proposed Order Proposed Order) (Fisher, Bennett) (Entered: 01/30/2024) |
| 01/31/2024 | ● 801 (4 pgs) | Declaration re: *Declaration of Mailing* (Filed By Melissa A Haselden ). (Related document(s):796 Notice) (Haselden, Melissa) (Entered: 01/31/2024) |
| 02/01/2024 | ● 802 (6 pgs) | Notice *Of Filing Proposed Scheduling Order For Confirmation Hearing*. (Related document(s):756 Amended Chapter 11 Plan) Filed by Free Speech Systems LLC (Battaglia, Raymond) (Entered: 02/01/2024) |
| 02/01/2024 | ● 803 (4 pgs) | Affidavit Re: *Amended Declaration of Elizabeth Freeman in Support of the Application to Retain The Law Office of Liz Freeman, PLLC as Co-Counsel for the Subchapter V Trustee* (Filed By The Law Office of Liz Freeman ).(Related document(s):789 Application to Employ) (Freeman, Elizabeth) (Entered: 02/01/2024) |
| 02/07/2024 | ● 804 (10 pgs; 2 docs) | Objection *to the Subchapter V Trustee's Application to Retain the Law Office of Liz Freeman, PLLC* (related document(s):789 Application to Employ). Filed by US Trustee (Attachments: # 1 Proposed Order) (Nguyen, Ha) (Entered: 02/07/2024) |
| 02/09/2024 | ● 805 (2 pgs) | Order Granting First Interim Application of the Reynal Law Firm, P.C., Special Counsel to Free Speech Systems, LLC for Allowance and Payment of Compensation and Reimbursement of Expenses Incurred for |

| | | |
|---|---|---|
| | | the period from July 29, 2022 Through December 31, 2023 (Related Doc # 786). Signed on 2/9/2024. (ZildeCompean) (Entered: 02/09/2024) |
| 02/09/2024 | 806 (34 pgs; 2 docs) | Emergency Motion *to Employ Co-Counsel* Filed by Attorney Harold "Hap" May P.C. (Attachments: # 1 Proposed Order) (May, Harold) (Entered: 02/09/2024) |
| 02/09/2024 | 807 (4 pgs) | Order Setting Plan Confirmation Deadlines Pursuant to Rule 3017.2 of the Federal Rules of Bankruptcy Procedure (Related document(s):756 Amended Chapter 11 Plan, 802 Notice). Signed on 2/9/2024. (ZildeCompean) (Entered: 02/09/2024) |
| 02/11/2024 | 808 (4 pgs) | BNC Certificate of Mailing. (Related document(s):805 Order on Application for Compensation) No. of Notices: 13. Notice Date 02/11/2024. (Admin.) (Entered: 02/11/2024) |
| 02/12/2024 | 809 (32 pgs) | Amended Emergency Motion *and Application for Entry of an Order Authorizing the Debtor to Retain and Employ Harold Hap May, PC as Co-Counsel* Filed by Attorney Harold "Hap" May P.C. (May, Harold) (Entered: 02/12/2024) |
| 02/12/2024 | 810 (4 pgs) | Proposed Order RE: *Debtor's Amended Application to Employ Harold "Hap" May PC as Co-Counsel* (Filed By Harold "Hap" May P.C. ). (Related document(s):809 Emergency Motion) (May, Harold) (Entered: 02/12/2024) |
| 02/13/2024 | 811 (3 pgs) | Objection *PQPR Holdings Limited, LLC's Objection to Debtor's Amended Emergency Application for Entry of an Order Authorizing the Debtor to Retain and Employ Harold "Hay" May, PC as Co-Counsel* (related document(s):809 Emergency Motion). Filed by PQPR Holdings Limited, LLC (Lemmon, Stephen) (Entered: 02/13/2024) |
| 02/14/2024 | 812 (1 pg) | Withdrawal of Claim: 7 Filed by American Express National Bank (Cramer, Christopher) (Entered: 02/14/2024) |
| 02/14/2024 | 813 (3 pgs) | Response *in Support* (related document(s):809 Emergency Motion). Filed by Melissa A Haselden (Freeman, Elizabeth) (Entered: 02/14/2024) |
| 02/14/2024 | 814 (12 pgs) | BNC Certificate of Mailing. (Related document(s):807 Generic Order) No. of Notices: 14. Notice Date 02/14/2024. (Admin.) (Entered: 02/14/2024) |
| 02/16/2024 | 815 (2 pgs) | Notice *of Hearing*. (Related document(s):809 Emergency Motion) Filed by Harold "Hap" May P.C. (May, Harold) (Entered: 02/16/2024) |
| 02/19/2024 | 816 (1 pg) | Certificate of No Objection (Filed By Melissa A Haselden ).(Related document(s):795 Application for Compensation, 796 Notice) (Haselden, Melissa) (Entered: 02/19/2024) |
| 02/20/2024 | 817 (2 pgs) | Order on Second Interim Application of Melissa A. Haselden and Haselden Farrow, PLLC for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Subchapter V Trustee to the Debtor for the Period From July 1, 2023 to December 31, 2023 (Related Doc # 795). Signed on 2/20/2024. (ZildeCompean) (Entered: 02/20/2024) |

| | | |
|---|---|---|
| 02/20/2024 | 818 (31 pgs) | Debtor-In-Possession Monthly Operating Report for Filing Period ending 1/31/2024, $2429147 disbursed (Filed By Free Speech Systems LLC ). (Battaglia, Raymond) (Entered: 02/20/2024) |
| 02/22/2024 | 819 (1 pg) | Declaration re: *of Mailing* (Filed By Harold "Hap" May P.C. ).(Related document(s):809 Emergency Motion) (May, Harold) (Entered: 02/22/2024) |
| 02/22/2024 | 820 (1 pg) | Declaration re: *of Mailing* (Filed By Harold "Hap" May P.C. ).(Related document(s):815 Notice) (May, Harold) (Entered: 02/22/2024) |
| 02/22/2024 | 821 (10 pgs) | BNC Certificate of Mailing. (Related document(s):817 Order on Application for Compensation) No. of Notices: 14. Notice Date 02/22/2024. (Admin.) (Entered: 02/22/2024) |
| 02/23/2024 | 822 (2 pgs) | Notice of Appearance and Request for Notice Filed by Ryan E Chapple Filed by on behalf of Erica L. Ash (Chapple, Ryan) (Entered: 02/23/2024) |
| 02/23/2024 | 823 (4 pgs) | Joint Notice *Regarding Agreed Order on Debtors' Motion for Approval of Compromise and Settlement Under Federal Rule of Bankruptcy Procedure 9019*. (Related document(s):673 Order on Motion to Approve Compromise under Rule 9019) Filed by Veronique De La Rosa, Marcel Fontaine, Neil Heslin, Scarlett Lewis, Leonard Pozner (Hardy, Jennifer) (Entered: 02/23/2024) |
| 02/23/2024 | 824 (3 pgs) | Notice *of Cash Collateral Budget for March 2024*. (Related document(s):6 Emergency Motion) Filed by Free Speech Systems LLC (Battaglia, Raymond) (Entered: 02/23/2024) |
| 02/27/2024 | 825 (1 pg) | ◄))) PDF with attached Audio File. Court Date & Time [ 2/27/2024 10:11:34 AM ]. File Size [ 1817 KB ]. Run Time [ 00:03:47 ]. (Hearing on 800 .). (admin). (Entered: 02/27/2024) |
| 02/27/2024 | 826 (1 pg) | Order on Public Storage's Motion For Relief From Stay (Related Doc # 800). Signed on 2/27/2024. (RosarioSaldana) (Entered: 02/27/2024) |
| 02/27/2024 | 827 (1 pg) | AO 435 TRANSCRIPT ORDER FORM (Daily (24 hours)) by Marty L. Brimmage, Jr.. This is to order a transcript of the February 27, 2024 Hearing before Judge Christopher Lopez. Court Reporter/Transcriber: Judicial Transcribers of Texas (Filed By Official Committee of Unsecured Creditors of Alexander E. Jones ). (Brimmage, Marty) Electronically Forwarded to Judicial Transcribers of Texas on 02/28/2024. Estimated Date of Completion: 02/29/2024. Modified on 2/28/2024 (BenjaminRomero). (Entered: 02/27/2024) |
| 02/29/2024 | 828 (3 pgs; 2 docs) | Request for Hearing (Filed By PQPR Holdings Limited, LLC ). (Attachments: # 1 Proposed Order Granting Request for Status Conference) (Lemmon, Stephen) (Entered: 02/29/2024) |
| 02/29/2024 | 829 (7 pgs; 2 docs) | Transcript RE: Motion Hearing (Via Zoom) held on February 27, 2024 before Judge Christopher M. Lopez. Transcript is available for viewing in the Clerk's Office. Within 21 days, parties are advised to comply with privacy requirements of Fed. R. Bank. P. 9037, ensuring that certain protected information is redacted from transcripts prior to their |

| | | |
|---|---|---|
| | | availability on PACER. Filed by Transcript access will be restricted through 05/29/2024. (mhen) (Entered: 02/29/2024) |
| 02/29/2024 | 🖥 830<br>(9 pgs; 2 docs) | Emergency Motion *of The Law Offices of Ray Battaglia, PLLC, to Withdraw as Counsel for Free Speech Systems, LLC* Filed by Debtor Free Speech Systems LLC (Attachments: # 1 Proposed Order) (Battaglia, Raymond) (Entered: 02/29/2024) |
| 02/29/2024 | 🖥 831<br>(3 pgs) | BNC Certificate of Mailing. (Related document(s):826 Order on Motion For Relief From Stay) No. of Notices: 14. Notice Date 02/29/2024. (Admin.) (Entered: 02/29/2024) |
| 03/01/2024 | 🖥 832<br>(1 pg) | MOTION to Appear Pro Hac Vice for Craig Regens (Fee Paid: $100, receipt number A25111333) Filed by Interested Party Alex E Jones (Driver, Vickie) (Entered: 03/01/2024) |
| 03/02/2024 | 🖥 833<br>(9 pgs) | BNC Certificate of Mailing. (Related document(s):829 Transcript) No. of Notices: 14. Notice Date 03/02/2024. (Admin.) (Entered: 03/02/2024) |
| 03/04/2024 | 🖥 834<br>(1 pg) | Order Granting Motion To Appear pro hac vice Craig Regens (Related Doc # 832). Signed on 3/4/2024. (ZildeCompean) (Entered: 03/04/2024) |
| 03/05/2024 | 🖥 835<br>(19 pgs; 4 docs) | Application to Employ Annie Catmull and O'ConnorWechsler PLLC as Attorneys for Debtor. Objections/Request for Hearing Due in 21 days., Emergency Motion Filed by Debtor Free Speech Systems LLC (Attachments: # 1 Exhibit A # 2 Exhibit B (not signed) # 3 Exhibit C) (Catmull, Annie) (Entered: 03/05/2024) |
| 03/05/2024 | 🖥 836<br>(12 pgs) | Response (related document(s):830 Emergency Motion). Filed by Free Speech Systems LLC (Catmull, Annie) (Entered: 03/05/2024) |
| 03/06/2024 | 🖥 837<br>(16 pgs; 2 docs) | Transcript RE: Status Conference (Via Zoom) held on January 16, 2024 before Judge Christopher M. Lopez. Transcript is available for viewing in the Clerk's Office. Within 21 days, parties are advised to comply with privacy requirements of Fed. R. Bank. P. 9037, ensuring that certain protected information is redacted from transcripts prior to their availability on PACER. Filed by Transcript access will be restricted through 06/4/2024. (mhen) (Entered: 03/06/2024) |
| 03/06/2024 | 🖥 838<br>(6 pgs; 2 docs) | Emergency Motion *to Supplement the CRO Order* Filed by Trustee Melissa A Haselden (Attachments: # 1 Proposed Order) (Freeman, Elizabeth) (Entered: 03/06/2024) |
| 03/06/2024 | 🖥 839<br>(3 pgs) | BNC Certificate of Mailing. (Related document(s):834 Order on Motion to Appear pro hac vice) No. of Notices: 14. Notice Date 03/06/2024. (Admin.) (Entered: 03/06/2024) |
| 03/07/2024 | 🖥 840<br>(12 pgs) | Sealed Document *Debtor's Unredacted Response to the Motion to Withdraw as Counsel at ECF 830* (Filed By Free Speech Systems LLC ). (Catmull, Annie) (Entered: 03/07/2024) |
| 03/07/2024 | 🖥 841<br>(8 pgs; 2 docs) | Motion to Seal *Unredacted Response to Motion to Withdraw as Counsel* Filed by Debtor Free Speech Systems LLC (Attachments: # 1 Proposed Order) (Catmull, Annie) (Entered: 03/07/2024) |

| | | |
|---|---|---|
| 03/07/2024 | ◉842<br>(10 pgs) | Declaration re: (Filed By Annie Catmull ).(Related document(s):835 Application to Employ, Emergency Motion) (Catmull, Annie) (Entered: 03/07/2024) |
| 03/07/2024 | ◉843<br>(10 pgs) | Declaration re: *Corrected* (Filed By Annie Catmull ).(Related document(s):842 Declaration) (Catmull, Annie) (Entered: 03/07/2024) |
| 03/07/2024 | ◉844<br>(6 pgs) | Objection to Confirmation of Plan Filed by Texas Comptroller of Public Accounts, Revenue Accounting Division. (Related document(s):756 Amended Chapter 11 Plan) (Walsh, Kimberly) (Entered: 03/07/2024) |
| 03/07/2024 | ◉845<br>(216 pgs; 9 docs) | Witness List (Filed By PQPR Holdings Limited, LLC ). (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8) (Lemmon, Stephen) (Entered: 03/07/2024) |
| 03/07/2024 | ◉846<br>(5 pgs) | Objection (related document(s):830 Emergency Motion). Filed by PQPR Holdings Limited, LLC (Lemmon, Stephen) (Entered: 03/07/2024) |
| 03/07/2024 | ◉847<br>(7 pgs; 2 docs) | Motion to Appoint Examiner Filed by Creditor PQPR Holdings Limited, LLC (Attachments: # 1 Proposed Order) (Lemmon, Stephen) (Entered: 03/07/2024) |
| 03/07/2024 | ◉848<br>(2 pgs) | Notice *of Hearing*. (Related document(s):835 Application to Employ, Emergency Motion, 841 Motion to Seal) Filed by Free Speech Systems LLC (Catmull, Annie) (Entered: 03/07/2024) |
| 03/07/2024 | ◉849<br>(3 pgs; 2 docs) | Notice *This is notice of the attached proposed order for resolution of the motion at ECF # 830, which order, as evidenced by signatures of counsel, is agreed to by Debtor and the Law Offices of Ray Battaglia, PLLC.* (Related document(s):830 Emergency Motion, 846 Objection) Filed by Free Speech Systems LLC (Attachments: # 1 Proposed Order Proposed Order Signed by Debtor and Movant) (Catmull, Annie) (Entered: 03/07/2024) |
| 03/08/2024 | ◉850<br>(35 pgs; 7 docs) | Adversary case 24-03038. Nature of Suit: (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))) Complaint by Elevated Solutions Group, LLC against Free Speech Systems LLC, CMC Consulting, LLC. Fee Amount $350 (Attachments: # 1 Exhibit #1 # 2 Exhibit #2 # 3 Exhibit #3 # 4 Exhibit #4 # 5 Exhibit #5 # 6 Exhibit #6) (Patterson, Johnie) (Entered: 03/08/2024) |
| 03/08/2024 | ◉851<br>(217 pgs; 9 docs) | Witness List (Filed By PQPR Holdings Limited, LLC ). (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8) (Lemmon, Stephen) (Entered: 03/08/2024) |
| 03/08/2024 | ◉852<br>(2 pgs) | Objection to Confirmation of Plan Filed by Elevated Solutions Group, LLC. (Related document(s):756 Amended Chapter 11 Plan) (Patterson, Johnie) (Entered: 03/08/2024) |
| 03/08/2024 | ◉853<br>(10 pgs) | Objection to Confirmation of Plan Filed by PQPR Holdings Limited, LLC. (Related document(s):756 Amended Chapter 11 Plan) (Lemmon, Stephen) (Entered: 03/08/2024) |

| | | |
|---|---|---|
| 03/08/2024 | 🌐854<br>(35 pgs; 4 docs) | Witness List, Exhibit List (Filed By Alex E Jones ).(Related document(s):809 Emergency Motion, 830 Emergency Motion) (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3) (Driver, Vickie) (Entered: 03/08/2024) |
| 03/08/2024 | 🌐855<br>(9 pgs) | Response *and Objection to (I) Debtor's Response to the Emergency Motion of the Law Offices of Ray Battaglia, PLLC to Withdraw as Counsel for Free Speech Systems, LLC, (II) Debtor's Amended Emergency Application to Employ Harold "Hap" May as Counsel, (III) Emergency Motion of the Law Offices of Ray Battaglia, PLLC to Withdraw as Counsel for Free Speech Systems, LLC, and (IV) Debtor's Emergency Application for Entry of an Order (I) Authorizing the Debtors to Retain and Employ O'Connorwechsler, PLLC as Bankruptcy Counsel and (II) Granting Related Relief* (related document(s):809 Emergency Motion, 830 Emergency Motion, 835 Application to Employ, Emergency Motion). Filed by Alex E Jones (Driver, Vickie) (Entered: 03/08/2024) |
| 03/08/2024 | 🌐856<br>(2 pgs) | Notice *of Withdrawal of Certain Relief in Motion for Entry of Order to Appoint Examiner or Conversion to Ch 7.* (Related document(s):847 Motion to Appoint Examiner) Filed by PQPR Holdings Limited, LLC (Lemmon, Stephen) (Entered: 03/08/2024) |
| 03/08/2024 | 🌐857<br>(215 pgs; 17 docs) | Witness List, Exhibit List (Filed By David Wheeler, et al. ). (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9 # 10 Exhibit 10 # 11 Exhibit 11 # 12 Exhibit 12 # 13 Exhibit 13 # 14 Exhibit 14 # 15 Exhibit 15 # 16 Exhibit 16) (Chapple, Ryan) (Entered: 03/08/2024) |
| 03/08/2024 | 🌐858<br>(10 pgs) | Response *with Certificate of Service* (related document(s):809 Emergency Motion, 830 Emergency Motion, 835 Application to Employ, Emergency Motion). Filed by David Wheeler, et al. (Chapple, Ryan) (Entered: 03/08/2024) |
| 03/09/2024 | 🌐859<br>(9 pgs) | BNC Certificate of Mailing. (Related document(s):837 Transcript) No. of Notices: 14. Notice Date 03/09/2024. (Admin.) (Entered: 03/09/2024) |
| 03/10/2024 | 🌐860<br>(2 pgs) | Statement *of Subchapter V Trustee* (Filed By Melissa A Haselden ). (Freeman, Elizabeth) (Entered: 03/10/2024) |
| 03/10/2024 | 🌐861<br>(33 pgs; 6 docs) | Exhibit List (Filed By Free Speech Systems LLC ).(Related document(s):809 Emergency Motion, 835 Application to Employ, Emergency Motion, 841 Motion to Seal) (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5) (Catmull, Annie) (Entered: 03/10/2024) |
| 03/11/2024 | 🌐862<br>(2 pgs) | Statement *of the Subchapter V Trustee* (Filed By Melissa A Haselden ). (Freeman, Elizabeth) (Entered: 03/11/2024) |
| 03/11/2024 | 🌐863<br>(2 pgs) | Notice *of Time Change Only for Hearing Scheduled for March 11, 2024.* (Related document(s):809 Emergency Motion, 810 Proposed Order, 828 Request for Hearing, 830 Emergency Motion, 835 Application to Employ, Emergency Motion, 841 Motion to Seal) Filed by Melissa A Haselden (Haselden, Melissa) (Entered: 03/11/2024) |

| | | |
|---|---|---|
| 03/11/2024 | 🌐 864<br>(2 pgs) | Agreed Order Granting Emergency Motion of the Law Offices of Ray Battaglia, PLLC, to Withdraw as Counsel for Free Speech Systems, LLC (Related Doc # 830). Signed on 3/11/2024. (RosarioSaldana) (Entered: 03/11/2024) |
| 03/12/2024 | 🌐 865<br>(1 pg) | Proposed Order Submission After Hearing (Filed By Free Speech Systems LLC ).(Related document(s):835 Application to Employ, Emergency Motion) (Catmull, Annie) (Entered: 03/12/2024) |
| 03/11/2024 | 🌐 866<br>(1 pg) | Courtroom Minutes. Time Hearing Held: 4:00 PM. Appearances: PLEASE SEE ATTACHED. (Related documents: 809 Emergency Motion, 830 Emergency Motion, 835 Application to Employ, Emergency Motion, 838 Emergency Motion). Hearing held. The Motion at (Related Doc. 809) is deemed Withdrawn. The Motion at (Related Doc. 838) is deemed Resolved. For the reasons stated on the record, Motions on (Related Docs. 830 and 835) Granted. Orders Signed. (ZildeCompean) (Entered: 03/12/2024) |
| 03/12/2024 | 🌐 867<br>(1 pg) | ◀)) PDF with attached Audio File. Court Date & Time [ 3/11/2024 4:35:50 PM ]. File Size [ 12212 KB ]. Run Time [ 00:25:26 ]. (Hearing on 809 , 830 , 835 , 838 .). (admin). (Entered: 03/12/2024) |
| 03/12/2024 | 🌐 868<br>(1 pg) | AO 435 TRANSCRIPT ORDER FORM (Daily (24 hours)) by Marty L. Brimmage, Jr.. This is to order a transcript of the March 11, 2024 Hearing before Judge Christopher Lopez. Court Reporter/Transcriber: Judicial Transcribers of Texas (Filed By Official Committee of Unsecured Creditors of Alexander E. Jones ). (Brimmage, Marty) Electronically forwarded to Judicial Transcribers of Texas on 3/13/2024. Estimated completion date: 3/14/2024. Modified on 3/13/2024 (AaronJackson). (Entered: 03/12/2024) |
| 03/13/2024 | 🌐 869<br>(1 pg) | Debtor's Emergency Application for Entry of an Order (I) Authorizing the Debtor to Retain and Employ O'ConnorWechsler, PLLC as Bankruptcy Counsel and (II) Granting Related Relief (Related Doc # 835). Signed on 3/13/2024. (ZildeCompean) (Entered: 03/13/2024) |
| 03/13/2024 | 🌐 870<br>(4 pgs) | BNC Certificate of Mailing. (Related document(s):864 Order on Emergency Motion) No. of Notices: 14. Notice Date 03/13/2024. (Admin.) (Entered: 03/13/2024) |
| 03/15/2024 | 🌐 871<br>(2 pgs) | Notice of Abandonment of property Filed by Free Speech Systems LLC (O'Connor, Kathleen) (Entered: 03/15/2024) |
| 03/15/2024 | 🌐 872<br>(9 pgs) | BNC Certificate of Mailing. (Related document(s):869 Order on Application to Employ) No. of Notices: 14. Notice Date 03/15/2024. (Admin.) (Entered: 03/15/2024) |
| 03/20/2024 | 🌐 873<br>(30 pgs) | Debtor-In-Possession Monthly Operating Report for Filing Period ending 2/29/2024, $2348393 disbursed (Filed By Free Speech Systems LLC ). (Catmull, Annie) (Entered: 03/20/2024) |
| 03/20/2024 | 🌐 874<br>(22 pgs; 2 docs) | Transcript RE: Motions Hearing held on March 11, 2024 before Judge Christopher M. Lopez. Transcript is available for viewing in the Clerk's Office. Within 21 days, parties are advised to comply with privacy requirements of Fed. R. Bank. P. 9037, ensuring that certain protected information is redacted from transcripts prior to their availability on |

| | | PACER. Filed by Transcript access will be restricted through 06/18/2024. (mhen) (Entered: 03/20/2024) |
|---|---|---|
| 03/23/2024 | 875 (9 pgs) | BNC Certificate of Mailing. (Related document(s):874 Transcript) No. of Notices: 14. Notice Date 03/23/2024. (Admin.) (Entered: 03/23/2024) |
| 03/25/2024 | 876 (3 pgs) | Notice *of April Cash Collateral Budget*. Filed by Free Speech Systems LLC (Catmull, Annie) (Entered: 03/25/2024) |
| 03/25/2024 | 877 (5 pgs; 2 docs) | Emergency Motion *for Appointment of Judicial Mediator to Facilitate Negotiations* Filed by Trustee Melissa A Haselden (Attachments: # 1 Proposed Order) (Freeman, Elizabeth) (Entered: 03/25/2024) |
| 03/26/2024 | 878 (1 pg) | Order Appointing Mediator (Related Doc # 877). Signed on 3/26/2024. (ZildeCompean) (Entered: 03/26/2024) |
| 03/28/2024 | 879 (3 pgs) | Objection (related document(s):847 Motion to Appoint Examiner). Filed by Free Speech Systems LLC (Catmull, Annie) (Entered: 03/28/2024) |
| 03/29/2024 | 880 (3 pgs; 2 docs) | Notice *of Withdrawal of Appearance of Stephanie P. Lascano*. Filed by Erica L. Ash, David Wheeler, et al. (Attachments: # 1 Proposed Order) (Chapple, Ryan) (Entered: 03/29/2024) |
| 03/29/2024 | 881 (1 pg) | MOTION to Appear Pro Hac Vice for Leslie Liberman (Fee Paid: $100, receipt number A25178571) Filed by Creditors Erica L. Ash, David Wheeler, et al. (Chapple, Ryan) (Entered: 03/29/2024) |
| 03/29/2024 | 882 (3 pgs) | BNC Certificate of Mailing. (Related document(s):878 Order on Emergency Motion) No. of Notices: 14. Notice Date 03/29/2024. (Admin.) (Entered: 03/29/2024) |
| 04/01/2024 | 883 (1 pg) | MOTION to Appear Pro Hac Vice for Jonathan Day (Fee Paid: $100, receipt number A25180948) Filed by Creditors Erica L. Ash, David Wheeler, et al. (Chapple, Ryan) (Entered: 04/01/2024) |
| 04/01/2024 | 884 (1 pg) | Order Granting Motion To Appear pro hac vice as to Leslie Liberman (Related Doc # 881). Signed on 4/1/2024. (zac4) (Entered: 04/01/2024) |
| 04/03/2024 | 885 (9 pgs) | BNC Certificate of Mailing. (Related document(s):884 Order on Motion to Appear pro hac vice) No. of Notices: 14. Notice Date 04/03/2024. (Admin.) (Entered: 04/03/2024) |
| 04/10/2024 | 886 (4 pgs) | Notice *Debtors Request for a Status Conference Regarding the Scheduling of a Hearing on FSS Plan Confirmation and Conversion*. Filed by Free Speech Systems LLC (Catmull, Annie) (Entered: 04/10/2024) |
| 04/11/2024 | 887 (1 pg) | MOTION to Appear Pro Hac Vice for Paul Andrew Paterson (Fee Paid: $100, receipt number A25208881) Filed by Creditors Erica L. Ash, David Wheeler, et al. (Chapple, Ryan) (Entered: 04/11/2024) |
| 04/11/2024 | 888 (5 pgs) | Response *of the Connecticut Families to Debtor's Request for a Status Conference*. Filed by Erica L. Ash, David Wheeler, et al. (Chapple, Ryan) (Entered: 04/11/2024) |

000083

| | | |
|---|---|---|
| 04/12/2024 | ● 889 (17 pgs) | Sealed Document *Preliminary Report Regarding Distributions from PQPR* (Filed By Melissa A Haselden ). (Freeman, Elizabeth) (Entered: 04/12/2024) |
| 04/16/2024 | ● 890 (1 pg) | Order Granting Motion To Appear pro hac vice as to Paul Andrew Paterson (Related Doc # 887). Signed on 4/16/2024. (zac4) (Entered: 04/16/2024) |
| 04/18/2024 | ● 891 (18 pgs) | Notice *of Status Conference*. Filed by Free Speech Systems LLC (Catmull, Annie) (Entered: 04/18/2024) |
| 04/18/2024 | ● 892 (3 pgs) | BNC Certificate of Mailing. (Related document(s):890 Order on Motion to Appear pro hac vice) No. of Notices: 15. Notice Date 04/18/2024. (Admin.) (Entered: 04/18/2024) |
| 04/20/2024 | ● 893 (30 pgs) | Operating Report for Filing Period Ending March 31, 2024, $1916478. disbursed (Filed By Free Speech Systems LLC ). (Catmull, Annie) (Entered: 04/20/2024) |
| 04/22/2024 | ● 894 (1 pg) | Courtroom Minutes. Time Hearing Held: 2:30 PM. Appearances: PLEASE SEE ATTACHED. (Related document: 1 Voluntary Petition (Chapter 11)). Status Conference held. (zac4) (Entered: 04/22/2024) |
| 04/24/2024 | ● 895 (15 pgs; 2 docs) | Notice *Notice of Distribution of Retainer Under Local Bankruptcy Rule 2016-1(C) for Services Provided and Fees Incurred for the Period of March 1, 2024, to March 31, 2024*. Filed by O'ConnorWechsler PLLC (Attachments: # 1 Exhibit 1) (Catmull, Annie) (Entered: 04/24/2024) |
| 04/25/2024 | ● 896 (3 pgs; 2 docs) | Notice *Debtors Notice of Cash Collateral Budget for May 2024*. Filed by Free Speech Systems LLC (Attachments: # 1 Exhibit May Cash Budget) (Catmull, Annie) (Entered: 04/25/2024) |
| 04/26/2024 | ● 897 (1 pg) | AO 435 TRANSCRIPT ORDER FORM (Daily (24 hours)) by Marty L. Brimmage, Jr.. This is to order a transcript of the April 22, 2024 Hearing before Judge Christopher Lopez. Court Reporter/Transcriber: Judicial Transcribers of Texas (Filed By Official Committee of Unsecured Creditors of Alexander E. Jones ). (Brimmage, Marty) Electronically Forwarded to Judicial Transcribers of Texas on 04/29/2024. Estimated Date of Completion: 04/30/2024. Modified on 4/29/2024 (BenjaminRomero). (Entered: 04/26/2024) |
| 04/29/2024 | ● 898 (1 pg) | Order Granting Motion To Appear pro hac vice as to Jonathan Day (Related Doc # 883). Signed on 4/29/2024. (zac4) (Entered: 04/29/2024) |
| 04/30/2024 | ● 899 (189 pgs; 3 docs) | Final Application for Compensation for Raymond William Battaglia, Debtor's Attorney, Period: 7/29/2022 to 3/11/2024, Fee: $778212.21, Expenses: $24006.77. Objections/Request for Hearing Due in 21 days. Filed by Attorney Raymond William Battaglia (Attachments: # 1 Exhibit A - Invoices # 2 Proposed Order) (Battaglia, Raymond) (Entered: 04/30/2024) |
| 04/30/2024 | ● 900 (77 pgs) | Notice *of Amended Schedules A/B, D, E/F, G, and H and of Amended Statement of Financial Affairs*. Filed by Free Speech Systems LLC (Catmull, Annie) (Entered: 04/30/2024) |

| | | |
|---|---|---|
| 04/30/2024 | 🌐901<br>(7 pgs; 2 docs) | Motion for Turnover of Property *Funds Held By Axos Bank* Filed by Debtor Free Speech Systems LLC (Attachments: # 1 Proposed Order) (Catmull, Annie) (Entered: 04/30/2024) |
| 05/01/2024 | 🌐902<br>(4 pgs) | Notice *Document Subpoena to Axos Bank*. Filed by Free Speech Systems LLC (Catmull, Annie) (Entered: 05/01/2024) |
| 05/01/2024 | 🌐903<br>(4 pgs) | Notice *Document Subpoena to Security Bank of Crawford*. Filed by Free Speech Systems LLC (Catmull, Annie) (Entered: 05/01/2024) |
| 05/01/2024 | 🌐904<br>(23 pgs; 2 docs) | Transcript RE: Status Conference (Via Zoom) held on April 22, 2024 before Judge Christopher M. Lopez. Transcript is available for viewing in the Clerk's Office. Within 21 days, parties are advised to comply with privacy requirements of Fed. R. Bank. P. 9037, ensuring that certain protected information is redacted from transcripts prior to their availability on PACER. Filed by Transcript access will be restricted through 07/30/2024. (mhen) (Entered: 05/01/2024) |
| 05/01/2024 | 🌐905<br>(3 pgs) | BNC Certificate of Mailing. (Related document(s):898 Order on Motion to Appear pro hac vice) No. of Notices: 16. Notice Date 05/01/2024. (Admin.) (Entered: 05/01/2024) |
| 05/04/2024 | 🌐906<br>(9 pgs) | BNC Certificate of Mailing. (Related document(s):904 Transcript) No. of Notices: 17. Notice Date 05/04/2024. (Admin.) (Entered: 05/04/2024) |
| 05/21/2024 | 🌐907<br>(1 pg) | AO 435 TRANSCRIPT ORDER FORM (Daily (24 hours)) by Marty L. Brimmage, Jr.. This is to order a transcript of the May 21, 2024 Hearing before Judge Christopher Lopez. Court Reporter/Transcriber: Veritext Legal Solutions (Filed By Official Committee of Unsecured Creditors of Alexander E. Jones ). (Brimmage, Marty) Transcript request electronically forwarded to Veritext Legal Solutions on 05/24/2024. Transcript estimated completion date: 05/25/2024. Modified on 5/24/2024 (DMcKinnieRichardson). (Entered: 05/21/2024) |
| 05/21/2024 | 🌐908<br>(5 pgs) | Objection (related document(s):901 Motion for Turnover of Property). Filed by AXOS Bank (Lynch, Patrick) (Entered: 05/21/2024) |
| 05/21/2024 | 🌐909<br>(7 pgs; 2 docs) | Amended Objection (related document(s):901 Motion for Turnover of Property). Filed by AXOS Bank (Attachments: # 1 Exhibit) (Lynch, Patrick) (Entered: 05/21/2024) |
| 05/21/2024 | 🌐910<br>(1 pg) | Courtroom Minutes. Time Hearing Held: 1:00 PM. Appearances: PLEASE SEE ATTACHED. (Related document: 1 Voluntary Petition (Chapter 11)). Status Conference held. **Confirmation Hearing scheduled for 6/14/2024 at 10:00 AM at Houston, Courtroom 401 (CML).** (zac4) (Entered: 05/22/2024) |
| 05/23/2024 | 🌐911<br>(3 pgs) | Proposed Order RE: (Filed By Ray Battaglia ).(Related document(s):899 Application for Compensation) (Battaglia, Raymond) (Entered: 05/23/2024) |
| 05/27/2024 | 🌐912<br>(3 pgs; 2 docs) | Notice *of Two-Week Cash Collateral Budget Through June 14 of 2024, Served via Email on May 24, 2024*. Filed by Free Speech Systems LLC (Attachments: # 1 Exhibit Two-week cash budget) (Catmull, Annie) (Entered: 05/27/2024) |

| | | |
|---|---|---|
| 05/28/2024 | 913 (3 pgs) | Order Granting Fourth Interim and Final Fee Application of Law Offices of Ray Battaglia, PLLC, Former Counsel to Free Speech Systems, LLC for Allowance and Payment of Compensation and Reimbursement of Expenses Incurred for the Period From July 29, 2022, Through March 11, 2024 (Related Doc # 899). Signed on 5/28/2024. (zac4) (Entered: 05/28/2024) |
| 05/28/2024 | 914 (36 pgs; 2 docs) | Transcript RE: trial held on 5/21/24 before Judge CHRISTOPHER M. LOPEZ. Transcript is available for viewing in the Clerk's Office. Within 21 days, parties are advised to comply with privacy requirements of Fed. R. Bank. P. 9037, ensuring that certain protected information is redacted from transcripts prior to their availability on PACER. Filed by Transcript access will be restricted through 08/26/2024. (VeritextLegalSolutions) (Entered: 05/28/2024) |
| 05/30/2024 | 915 (15 pgs) | Debtor-In-Possession Monthly Operating Report for Filing Period ending 4/30/2024, $1902653 disbursed (Filed By Free Speech Systems LLC ). (Catmull, Annie) (Entered: 05/30/2024) |
| 05/30/2024 | 916 (10 pgs) | BNC Certificate of Mailing. (Related document(s):914 Transcript) No. of Notices: 19. Notice Date 05/30/2024. (Admin.) (Entered: 05/30/2024) |
| 05/30/2024 | 917 (12 pgs) | BNC Certificate of Mailing. (Related document(s):913 Order on Application for Compensation) No. of Notices: 19. Notice Date 05/30/2024. (Admin.) (Entered: 05/30/2024) |
| 05/31/2024 | 918 (3 pgs) | Request for Hearing (Filed By Free Speech Systems LLC ).(Related document(s):6 Emergency Motion) (Catmull, Annie) (Entered: 05/31/2024) |
| 06/02/2024 | 919 (2 pgs) | Notice *of Hearing and Certificate of Service*. (Related document(s):918 Request for Hearing) Filed by Free Speech Systems LLC (Catmull, Annie) (Entered: 06/02/2024) |
| 06/02/2024 | 920 (7 pgs) | Sealed Document *Third Status Report of the Subchapter V Trustee* (Filed By Melissa A Haselden ). (Freeman, Elizabeth) (Entered: 06/02/2024) |
| 06/02/2024 | 921 (27 pgs; 2 docs) | Emergency Motion *of the Connecticut Families for an Order pursuant to Bankruptcy Code Sections 105(a) and 1112(b) Converting the Debtor's Chapter 11 Case to a Case under Chapter 7 of the Bankruptcy Code* Filed by Creditor David Wheeler, et al. (Attachments: # 1 Proposed Order) (Chapple, Ryan) (Entered: 06/02/2024) |
| 06/03/2024 | 922 (3 pgs; 2 docs) | Exhibit List, Witness List (Filed By Free Speech Systems LLC ). (Attachments: # 1 Exhibit) (Catmull, Annie) (Entered: 06/03/2024) |
| 06/03/2024 | 923 (1 pg) | Courtroom Minutes. Time Hearing Held: 11:30 AM. Appearances: PLEASE SEE ATTACHED. (Related document(s): 918 Request for Hearing). Hearing held. (rgs4) (Entered: 06/03/2024) |
| 06/03/2024 | 924 (1 pg) | AO 435 TRANSCRIPT ORDER FORM (Daily (24 hours)) by Marty L. Brimmage, Jr.. This is to order a transcript of the June 3, 2024 Hearing before Judge Christopher Lopez. Court Reporter/Transcriber: Judicial Transcribers of Texas (Filed By Official Committee of Unsecured Creditors of Alexander E. Jones ). (Brimmage, Marty) Transcript |

000086

| | | request electronically forwarded to Judicial Transcribers of Texas on 6/4/2024. Estimated completion date: 6/5/2024. Modified on 6/4/2024 (AaronJackson). (Entered: 06/03/2024) |
|---|---|---|
| 06/07/2024 | 925 (45 pgs; 3 docs) | Final Application for Compensation for Reynal Law Firm, P.C., Attorney, Period: 7/29/2022 to 6/7/2024, Fee: $198820, Expenses: $5940.76. Objections/Request for Hearing Due in 21 days. Filed by Attorney Reynal Law Firm, P.C. (Attachments: # 1 Exhibit A # 2 Proposed Order) (Reynal, Federico) (Entered: 06/07/2024) |
| 06/07/2024 | 926 (3 pgs) | Notice . (Related document(s):925 Application for Compensation) Filed by Reynal Law Firm, P.C. (Reynal, Federico) (Entered: 06/07/2024) |
| 06/07/2024 | 927 (82 pgs; 2 docs) | Application for Compensation *First Interim and Final Fee Application of M3 Advisory Partners, LP for Compensation Earned and Expenses Incurred for the Period From October 1, 2022 Through May 31, 2024*. Objections/Request for Hearing Due in 21 days. Filed by Attorney Jennifer F Wertz (Attachments: # 1 Proposed Order) (Wertz, Jennifer) (Entered: 06/07/2024) |
| 06/07/2024 | 928 (23 pgs; 2 docs) | Transcript RE: Status Conference and Hearing on Use of Cash Collateral held on June 3, 2024 before Judge Christopher M. Lopez. Transcript is available for viewing in the Clerk's Office. Within 21 days, parties are advised to comply with privacy requirements of Fed. R. Bank. P. 9037, ensuring that certain protected information is redacted from transcripts prior to their availability on PACER. Filed by Transcript access will be restricted through 09/5/2024. (mhen) (Entered: 06/07/2024) |
| 06/07/2024 | 929 (187 pgs; 2 docs) | Application for Compensation *First and Final Fee Application of Jackson Walker LLP as Counsel to the Subchapter V Trustee for the Period From September 11, 2022 Through May 31, 2024*. Objections/Request for Hearing Due in 21 days. Filed by Attorney Jennifer F Wertz (Attachments: # 1 Proposed Order) (Wertz, Jennifer) (Entered: 06/07/2024) |
| 06/07/2024 | 930 (3 pgs; 2 docs) | Notice *of Professional Fee Summary*. Filed by Melissa A Haselden (Attachments: # 1 Exhibit Professional Fee Summary) (Freeman, Elizabeth) (Entered: 06/07/2024) |
| 06/11/2024 | 931 (1 pg) | Withdraw Document (Filed By Free Speech Systems LLC ).(Related document(s):756 Amended Chapter 11 Plan) (Catmull, Annie) (Entered: 06/11/2024) |
| 06/11/2024 | 932 (3 pgs) | Notice *of Hearing*. (Related document(s):921 Emergency Motion) Filed by David Wheeler, et al. (Chapple, Ryan) (Entered: 06/11/2024) |
| 06/11/2024 | 933 (6 pgs; 2 docs) | Emergency Motion *Debtors Emergency Motion for Court Instructions Regarding (1) Disposition of Debtors Property, and (2) Clarity as to the Chief Restructuring Officers Responsibilities and Authority, in the Event of Either a Dismissal of This Case or Conversion to Chapter 7* Filed by Debtor Free Speech Systems LLC (Attachments: # 1 Proposed Order) (Catmull, Annie) (Entered: 06/11/2024) |
| 06/11/2024 | 934 (3 pgs) | Certificate *Supplemental Certificate of Service for M3 Advisory Partners, LP and Jackson Walker LLP Final Fee Applications* (Filed By Melissa A Haselden ).(Related document(s):927 Application for |

000087

| | | Compensation, 929 Application for Compensation) (Wertz, Jennifer) (Entered: 06/11/2024) |
|---|---|---|
| 06/12/2024 | 🔘935 (2 pgs) | Exhibit List, Witness List (Filed By Free Speech Systems LLC ). (Catmull, Annie) (Entered: 06/12/2024) |
| 06/12/2024 | 🔘936 (2 pgs) | Witness List (Filed By PQPR Holdings Limited, LLC ).(Related document(s):847 Motion to Appoint Examiner, 921 Emergency Motion, 933 Emergency Motion) (Lemmon, Stephen) (Entered: 06/12/2024) |
| 06/12/2024 | 🔘937 (4 pgs) | Witness List, Exhibit List (Filed By Alex E Jones ).(Related document(s):921 Emergency Motion, 933 Emergency Motion) (Driver, Vickie) (Entered: 06/12/2024) |
| 06/12/2024 | 🔘938 (2 pgs) | Exhibit List, Witness List (Filed By Melissa A Haselden ).(Related document(s):921 Emergency Motion, 933 Emergency Motion) (Freeman, Elizabeth) (Entered: 06/12/2024) |
| 06/12/2024 | 🔘939 (61 pgs; 8 docs) | Additional Attachments Re: (related document(s):937 Witness List, Exhibit List) (Filed By Alex E Jones ).(Related document(s):937 Witness List, Exhibit List) (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7) (Driver, Vickie) (Entered: 06/12/2024) |
| 06/12/2024 | 🔘940 (33 pgs; 2 docs) | First Motion to Pay *Harold May & Evident Tax, LLC's Interum Fee Application for Allowance & Payment of Compensation & Reimbursement of Expenses for the Period from July 5, 2023 to June 7, 2024.* Objections/Request for Hearing Due in 21 days. Filed by Attorney Harold "Hap" May P.C. (Attachments: # 1 Proposed Order on Interum Fee Application) (May, Harold) (Entered: 06/12/2024) |
| 06/12/2024 | 🔘941 (66 pgs; 3 docs) | Additional Attachments Re: (related document(s):936 Witness List) (Filed By PQPR Holdings Limited, LLC ).(Related document(s):936 Witness List) (Attachments: # 1 Exhibit 1 # 2 Exhibit 2) (Lemmon, Stephen) (Entered: 06/12/2024) |
| 06/12/2024 | 🔘942 (4 pgs) | Witness List, Exhibit List (Filed By Veronique De La Rosa, Marcel Fontaine, Neil Heslin, Scarlett Lewis, Leonard Pozner ). (Martin, Jarrod) (Entered: 06/12/2024) |
| 06/12/2024 | 🔘943 (7 pgs) | Response *and Objection to Debtor's Emergency Motion for Court Instructions and Motion to Convert* (related document(s):933 Emergency Motion). Filed by Alex E Jones (Driver, Vickie) (Entered: 06/12/2024) |
| 06/12/2024 | 🔘944 (163 pgs; 10 docs) | Exhibit List (Filed By David Wheeler, et al. ).(Related document(s):921 Emergency Motion) (Attachments: # 1 Declaration # 2 Exhibit A # 3 Exhibit B # 4 Exhibit C # 5 Exhibit D # 6 Exhibit E # 7 Exhibit F # 8 Exhibit G # 9 Exhibit H) (Chapple, Ryan) (Entered: 06/12/2024) |
| 06/12/2024 | 🔘945 (9 pgs) | Statement *by the Texas Plaintiffs Supporting Dismissal of the Chapter 11 Case and Objecting to Conversion* (Filed By Veronique De La Rosa, Marcel Fontaine, Neil Heslin, Scarlett Lewis, Leonard Pozner ).(Related document(s):921 Emergency Motion) (Martin, Jarrod) (Entered: 06/12/2024) |

| 06/12/2024 | ⊜946 (10 pgs) | BNC Certificate of Mailing. (Related document(s):928 Transcript) No. of Notices: 18. Notice Date 06/12/2024. (Admin.) (Entered: 06/12/2024) |
|---|---|---|
| 06/13/2024 | ⊜947 (7 pgs) | Notice *Supplemental Schedule F Priority Claims*. (Related document(s):121 Summary of Assets and Liabilities, Schedule A/B, Schedule D - Creditors Holding Secured Claims, Schedule E/F, Schedule G, Schedule H, 900 Notice) Filed by Free Speech Systems LLC (Catmull, Annie) (Entered: 06/13/2024) |
| 06/13/2024 | ⊜948 (16 pgs) | Status Report (Filed By Melissa A Haselden ). (Freeman, Elizabeth) (Entered: 06/13/2024) |
| 06/13/2024 | ⊜949 (3 pgs) | Response . Filed by Melissa A Haselden (Freeman, Elizabeth) (Entered: 06/13/2024) |
| 06/13/2024 | ⊜950 (220 pgs; 15 docs) | Exhibit List (Filed By David Wheeler, et al. ).(Related document(s):921 Emergency Motion, 944 Exhibit List) (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9 # 10 Exhibit 10 # 11 Exhibit 11 # 12 Exhibit 12 # 13 Exhibit 13 # 14 Exhibit 14) (Chapple, Ryan) (Entered: 06/13/2024) |
| 06/14/2024 | ⊜951 (2 pgs) | Response (related document(s):921 Emergency Motion). Filed by Free Speech Systems LLC (Catmull, Annie) (Entered: 06/14/2024) |
| 06/14/2024 | ⊜952 (3 pgs) | Amended Notice *Regarding Professional Fees*. (Related document(s):930 Notice) Filed by Melissa A Haselden (Freeman, Elizabeth) (Entered: 06/14/2024) |
| 06/14/2024 | ⊜953 (5 pgs; 2 docs) | Exhibit List, Witness List (Filed By Free Speech Systems LLC ). (Attachments: # 1 Exhibit wind down budget) (Catmull, Annie) (Entered: 06/14/2024) |
| 06/17/2024 | ⊜954 (3 pgs) | Notice of Appearance and Request for Notice Filed by Jonathan Bowne (dah4) (Entered: 06/18/2024) |
| 06/14/2024 | ⊜955 (1 pg) | Courtroom Minutes. Time Hearing Held: 10:00 AM. Appearances: PLEASE SEE ATTACHED. (Related documents: 1,921 Hearing held). Arguments heard. Evidence presented. For the reasons stated on the record, Case is Dismissed. Court to issue an order. (rgs4) (Entered: 06/18/2024) |
| 06/21/2024 | ⊜956 (1 pg) | Order Dismissing Case. Signed on 6/21/2024. (zac4) (Entered: 06/21/2024) |
| 06/23/2024 | ⊜957 (107 pgs; 5 docs) | Emergency Motion *Trustee's Emergency Motion to (1) Clarify Transfer of Control and Signing Authority with Respect to Debtor's Bank Accounts, (2) for an Order Extending Automatic Stay in the Alex Jones Case to Free Speech Systems LLC, and (3) Related Relief* Filed by Trustee Murray, Christopher R. (Chapter 7 Trustee) (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Proposed Order) (Wolfshohl, Joshua) (Entered: 06/23/2024) |

| | | |
|---|---|---|
| 06/23/2024 | ◉958 (7 pgs) | BNC Certificate of Mailing. (Related document(s):956 Order Dismissing Debtor(s)) No. of Notices: 169. Notice Date 06/23/2024. (Admin.) (Entered: 06/23/2024) |
| 06/24/2024 | ◉959 (8 pgs) | Statement *of the Connecticut Families in Support of Trustee's Emergency Motion* (Filed By David Wheeler, et al. ).(Related document(s):957 Emergency Motion) (Chapple, Ryan) (Entered: 06/24/2024) |
| 06/24/2024 | ◉960 (13 pgs; 2 docs) | Opposition Response / *The Texas Plaintiff's Response to the Jones Chapter 7 Trustee's Emergency Motion* (related document(s):957 Emergency Motion). Filed by Veronique De La Rosa, Marcel Fontaine, Neil Heslin, Scarlett Lewis, Leonard Pozner (Attachments: # 1 Exhibit A) (Hardy, Jennifer) (Entered: 06/24/2024) |
| 06/26/2024 | ◉961 (8 pgs) | Response . Filed by O'ConnorWechsler PLLC (Catmull, Annie) (Entered: 06/26/2024) |
| 06/26/2024 | ◉962 (2 pgs) | Final Notice *First Interim Fee Application*. (Related document(s):940 Motion to Pay) Filed by Harold "Hap" May P.C. (May, Harold) (Entered: 06/26/2024) |
| 07/03/2024 | ◉963 (1 pg) | Order Approving the Final Fee Application of the Reynal Law Firm, PC as Counsel for Debtor tor Allowance of Compensation for Services Rendered and for Reimbursement of Expenses for the Period From July 29, 2022 Through June 6, 2024 (Related Doc # 925). Signed on 7/3/2024. (rgs4) (Entered: 07/03/2024) |
| 07/03/2024 | ◉964 (1 pg) | Order Granting Final Application of M3 Advisory Partners, LP for Compensation Earned and Expenses Incurred for the Period From October 1, 2022 Through May 31, 2024 (Related Doc # 927). Signed on 7/3/2024. (rgs4) (Entered: 07/03/2024) |
| 07/03/2024 | ◉965 (1 pg) | Order Granting First Interim Fee Application of Jackson Walker LLP as Counsel to the Subchapter V Trustee for the Period From September 11, 2022 Through May 31, 2024 (Related Doc # 929). Signed on 7/3/2024. (rgs4) (Entered: 07/03/2024) |
| 07/05/2024 | ◉966 (143 pgs; 3 docs) | Final Application for Compensation for MDJW, Special Counsel, Period: 8/30/2022 to 6/21/2024, Fee: $662,502.50, Expenses: $18,934.01. Objections/Request for Hearing Due in 21 days. Filed by Attorney Christina Walton Stephenson (Attachments: # 1 Exhibit A # 2 Proposed Order) (Stephenson, Christina) (Entered: 07/05/2024) |
| 07/05/2024 | ◉967 (237 pgs; 4 docs) | Final Application for Compensation for Melissa A Haselden, Attorney, Period: 8/2/2022 to 6/14/2024, Fee: $732680.00, Expenses: $14983.97. Objections/Request for Hearing Due in 21 days. Filed by Attorney Elyse M Farrow (Attachments: # 1 Exhibit A # 2 Exhibit B-D # 3 Proposed Order Proposed Order) (Farrow, Elyse) (Entered: 07/05/2024) |
| 07/05/2024 | ◉968 (2 pgs) | Notice *of Third and Final Fee Application*. (Related document(s):967 Application for Compensation) Filed by Melissa A Haselden (Farrow, Elyse) (Entered: 07/05/2024) |
| | | |

| | | |
|---|---|---|
| 07/05/2024 | 969 (109 pgs; 8 docs) | Application *First and Final Fee Application of OConnorWechsler PLLC as Counsel for Debtor for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses* Filed by Attorney O'ConnorWechsler PLLC (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Proposed Order) (Catmull, Annie) (Entered: 07/05/2024) |
| 07/05/2024 | 970 (24 pgs) | Notice *of First and Final Fee Application of OConnorWechsler PLLC as Counsel for Debtor for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses*. (Related document(s):969 Generic Application) Filed by O'ConnorWechsler PLLC (Catmull, Annie) (Entered: 07/05/2024) |
| 07/05/2024 | 971 (2 pgs) | Declaration re: *Supplemental Declaration of Annie Catmull Submitted Pursuant to Bankruptcy Rule 2014* (Filed By Annie Catmull ).(Related document(s):843 Declaration, 969 Generic Application) (Catmull, Annie) (Entered: 07/05/2024) |
| 07/05/2024 | 972 (51 pgs; 12 docs) | Application for Compensation for Elizabeth Carol Freeman, Auctioneer, Period: 12/5/2022 to 6/14/2024, Fee: $275000, Expenses: $1520.94. Objections/Request for Hearing Due in 21 days. Filed by Attorney Elizabeth Carol Freeman (Attachments: # 1 Exhibit 1A # 2 Exhibit 1B # 3 Exhibit 1C # 4 Index 1D # 5 Exhibit 1E # 6 Exhibit 1F # 7 Exhibit 1G # 8 Exhibit 1H # 9 Exhibit 2 Time by Task Summary # 10 Exhibit Summary of Expenses # 11 Proposed Order) (Freeman, Elizabeth) (Entered: 07/05/2024) |
| 07/05/2024 | 973 (3 pgs) | BNC Certificate of Mailing. (Related document(s):963 Order on Application for Compensation) No. of Notices: 19. Notice Date 07/05/2024. (Admin.) (Entered: 07/05/2024) |
| 07/05/2024 | 974 (10 pgs) | BNC Certificate of Mailing. (Related document(s):964 Order on Application for Compensation) No. of Notices: 19. Notice Date 07/05/2024. (Admin.) (Entered: 07/05/2024) |
| 07/05/2024 | 975 (3 pgs) | BNC Certificate of Mailing. (Related document(s):965 Order on Application for Compensation) No. of Notices: 19. Notice Date 07/05/2024. (Admin.) (Entered: 07/05/2024) |
| 07/07/2024 | 976 (1 pg) | Chapter 11 Subchapter V Trustees Report of No Distribution. Funds Collected: $0.00. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 23 months. Assets Abandoned (without deducting any secured claims): Not Applicable, Assets Exempt: Not Applicable, Claims Scheduled: Not Available, Claims Asserted: Not Available, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): Not Applicable. (Haselden, Melissa) (Entered: 07/07/2024) |
| 07/10/2024 | 977 (1 pg) | Order on First Interim Fee Application of Harold May & Evident Tax, LLC for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period from July 5, 2023 Through June 7, 2024. (Related Doc # 940). Signed on 7/10/2024. (zac4) (Entered: 07/10/2024) |
| 07/12/2024 | 978 (4 pgs) | Declaration re: *of Mailing* (Filed By Melissa A Haselden ).(Related document(s):968 Notice) (Haselden, Melissa) (Entered: 07/12/2024) |

| | | |
|---|---|---|
| 07/12/2024 | 979<br>(10 pgs) | BNC Certificate of Mailing. (Related document(s):977 Order on Motion to Pay) No. of Notices: 19. Notice Date 07/12/2024. (Admin.) (Entered: 07/12/2024) |
| 07/17/2024 | 980<br>(2 pgs) | Notice *of Service and Service Delay*. (Related document(s):972 Application for Compensation) Filed by The Law Office of Liz Freeman (Freeman, Elizabeth) (Entered: 07/17/2024) |
| 07/25/2024 | 981<br>(25 pgs) | Declaration re: *Unsworn Declaration of Service* (Filed By O'ConnorWechsler PLLC ).(Related document(s):970 Notice) (Catmull, Annie) (Entered: 07/25/2024) |
| 07/26/2024 | 982<br>(4 pgs) | Stipulation By Christopher R Murray and. Does this document include an agreed order or otherwise request that the judge sign a document? Yes. (Filed By Christopher R Murray ).(Related document(s):966 Application for Compensation) (Wolfshohl, Joshua) (Entered: 07/26/2024) |
| 07/26/2024 | 983<br>(4 pgs) | Stipulation By Christopher R Murray and. Does this document include an agreed order or otherwise request that the judge sign a document? Yes. (Filed By Christopher R Murray ).(Related document(s):972 Application for Compensation) (Wolfshohl, Joshua) (Entered: 07/26/2024) |
| 07/26/2024 | 984<br>(4 pgs) | Stipulation By Christopher R Murray and. Does this document include an agreed order or otherwise request that the judge sign a document? Yes. (Filed By Christopher R Murray ).(Related document(s):967 Application for Compensation) (Wolfshohl, Joshua) (Entered: 07/26/2024) |
| 07/26/2024 | 985<br>(4 pgs) | Stipulation By Christopher R Murray and O'ConnorWechsler PLLC. Does this document include an agreed order or otherwise request that the judge sign a document? Yes. (Filed By Christopher R Murray ).(Related document(s):969 Generic Application) (Wolfshohl, Joshua) (Entered: 07/26/2024) |
| 07/29/2024 | 986<br>(4 pgs) | Stipulation and Agreed Order Extending Deadline for Trustee to Respond to O'Connorwechsler PLLC's First and Final Fee Application (Related document(s):969 Generic Application). Signed on 7/29/2024. (rgs4) (Entered: 07/30/2024) |
| 07/30/2024 | 987<br>(4 pgs) | Stipulation and Agreed Order Extending Deadline for Trustee to Respond to the Martin, Disiere, Jefferson & Wisdom, L.L.P. Final Fee Application (Related document: 966 Application for Compensation). Signed on 7/30/2024. (zac4) (Entered: 07/30/2024) |
| 07/29/2024 | 988<br>(4 pgs) | Stipulation and Agreed Order Extending Deadline for Trustee to Respond to the Third and Final Fee Application of Melissa A. Haselden and Haselden Farrow, PLLC (Related document(s): 967 Application for Compensation). Signed on 7/29/2024. (rgs4) (Entered: 07/30/2024) |
| 07/30/2024 | 989<br>(4 pgs) | Stipulation and Agreed Order Extending Deadline for Trustee to Respond to the Law Office of Liz Freeman's First and Final Fee Application (Related document: 972 Application for Compensation, 983 Stipulation). Signed on 7/30/2024. (zac4) (Entered: 07/30/2024) |

000092

| | | |
|---|---|---|
| 08/01/2024 | 990 (13 pgs) | BNC Certificate of Mailing. (Related document(s):986 Generic Order) No. of Notices: 19. Notice Date 08/01/2024. (Admin.) (Entered: 08/01/2024) |
| 08/01/2024 | 991 (13 pgs) | BNC Certificate of Mailing. (Related document(s):987 Generic Order) No. of Notices: 19. Notice Date 08/01/2024. (Admin.) (Entered: 08/01/2024) |
| 08/01/2024 | 992 (13 pgs) | BNC Certificate of Mailing. (Related document(s):988 Generic Order) No. of Notices: 19. Notice Date 08/01/2024. (Admin.) (Entered: 08/01/2024) |
| 08/01/2024 | 993 (13 pgs) | BNC Certificate of Mailing. (Related document(s):989 Generic Order) No. of Notices: 19. Notice Date 08/01/2024. (Admin.) (Entered: 08/01/2024) |
| 08/06/2024 | 994 (4 pgs; 2 docs) | Proposed Order RE: *Amended Proposed Order* (Filed By Melissa A Haselden ).(Related document(s):967 Application for Compensation) (Attachments: # 1 Exhibit redline) (Haselden, Melissa) (Entered: 08/06/2024) |
| 06/14/2024 | 995 (1 pg) | PDF with attached Audio File. Court Date & Time [ 6/14/2024 10:01:20 AM ]. File Size [ 45955 KB ]. Run Time [ 01:35:44 ]. (Hearing on 1921 . 1 of 3.). (admin). (Entered: 08/07/2024) |
| 06/14/2024 | 996 (1 pg) | PDF with attached Audio File. Court Date & Time [ 6/14/2024 11:47:30 AM ]. File Size [ 32154 KB ]. Run Time [ 01:06:59 ]. (Hearing on 1921 . 2 of 3.). (admin). (Entered: 08/07/2024) |
| 06/14/2024 | 997 (1 pg) | PDF with attached Audio File. Court Date & Time [ 6/14/2024 2:55:50 PM ]. File Size [ 52948 KB ]. Run Time [ 01:50:18 ]. (Hearing on 1921 . 3 of 3.). (admin). (Entered: 08/07/2024) |
| 08/12/2024 | 998 (1 pg) | Certificate of No Objection (Filed By Melissa A Haselden ).(Related document(s):967 Application for Compensation, 968 Notice, 978 Declaration) (Haselden, Melissa) (Entered: 08/12/2024) |
| 08/12/2024 | 999 (2 pgs) | Order of Third and Final Application of Melissa A. Haselden and Haselden Farrow, PLLC for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Subchapter V Trustee to the Debtor for the Period From August 2, 2022 Through June 14, 2024 (Related Doc # 967). Signed on 8/12/2024. (rgs4) (Entered: 08/12/2024) |
| 08/13/2024 | 1000 (6 pgs; 2 docs) | Agreed Order and Certificate of Counsel (Filed By The Law Office of Liz Freeman ).(Related document(s):789 Application to Employ) (Attachments: # 1 Proposed Order) (Freeman, Elizabeth) (Entered: 08/13/2024) |
| 08/13/2024 | 1001 (4 pgs; 2 docs) | Certificate of No Objection *Application for Compensation Docket No. 972* (Filed By The Law Office of Liz Freeman ). (Attachments: # 1 Proposed Order) (Freeman, Elizabeth) (Entered: 08/13/2024) |

000093

| 08/14/2024 | 1002 (11 pgs) | BNC Certificate of Mailing. (Related document(s):999 Order on Application for Compensation) No. of Notices: 19. Notice Date 08/14/2024. (Admin.) (Entered: 08/14/2024) |
|---|---|---|
| 08/15/2024 | 1003 (2 pgs) | Certificate of No Objection (Filed By O'ConnorWechsler PLLC ).(Related document(s):969 Generic Application) (Catmull, Annie) (Entered: 08/15/2024) |
| 08/15/2024 | 1004 (2 pgs) | Order on Third and Final Application of Melissa A. Haselden and Haselden Farrow, PLLC for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Subchapter V Trustee to the Debtor for the Period From August 2, 2022 Through June 14, 2024 (Related document: 967 Application for Compensation). Signed on 8/15/2024 (zac4) (Entered: 08/15/2024) |
| 08/15/2024 | 1005 (2 pgs) | Amended Order on Third and Final Application of Melissa A. Haselden and Haselden Farrow, PLLC for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Subchapter V Trustee to the Debtor for the Period From August 2, 2022 Through June 14, 2024 (Related document(s): 967 Application for Compensation). Signed on 8/15/2024. (rgs4) (Entered: 08/15/2024) |
| 08/17/2024 | 1006 (11 pgs) | BNC Certificate of Mailing. (Related document(s):1004 Generic Order) No. of Notices: 19. Notice Date 08/17/2024. (Admin.) (Entered: 08/17/2024) |
| 08/17/2024 | 1007 (11 pgs) | BNC Certificate of Mailing. (Related document(s):1005 Generic Order) No. of Notices: 19. Notice Date 08/17/2024. (Admin.) (Entered: 08/17/2024) |
| 08/27/2024 | 1008 (1 pg) | Final Order Allowing Compensation and Reimbursement of Expenses (Related Doc # 969). Signed on 8/27/2024. (zac4) (Entered: 08/27/2024) |
| 08/28/2024 | 1009 (2 pgs) | Order Authorizing the Retention of the Law Office of Liz Freeman, PLLC as Co-counsel for the Subchapter V Trustee (Related document: 789 Application to Employ, 1000 Agreed Order and Certificate of Counsel). Signed on 8/28/2024. (zac4) (Entered: 08/28/2024) |
| 08/28/2024 | 1010 (2 pgs) | Final Order Granting First and Final Fee Application of the Law Office of Liz Freeman for Allowance and Payment of Fees and Expenses as Counsel for Melissa Haselden, Subchapter V Trustee for the Period From December 5, 2022 Through June 14, 2024 (Related document(s):972 Application for Compensation, 1001 Certificate of No Objection). Signed on 8/28/2024. (zac4) (Entered: 08/28/2024) |
| 08/29/2024 | 1011 (3 pgs) | BNC Certificate of Mailing. (Related document(s):1008 Order on Generic Application) No. of Notices: 19. Notice Date 08/29/2024. (Admin.) (Entered: 08/29/2024) |
| 08/30/2024 | 1012 (11 pgs) | BNC Certificate of Mailing. (Related document(s):1009 Generic Order) No. of Notices: 19. Notice Date 08/30/2024. (Admin.) (Entered: 08/30/2024) |

| | | |
|---|---|---|
| 08/30/2024 | ● 1013 (11 pgs) | BNC Certificate of Mailing. (Related document(s):1010 Generic Order) No. of Notices: 19. Notice Date 08/30/2024. (Admin.) (Entered: 08/30/2024) |
| 09/05/2024 | ● 1014 (6 pgs; 2 docs) | Emergency Motion *TO DIRECT THE PAYMENT OF ALLOWED PROFESSIONAL FEES* Filed by Trustee Melissa A Haselden (Attachments: # 1 Proposed Order) (Haselden, Melissa) (Entered: 09/05/2024) |
| 09/06/2024 | ● 1015 (2 pgs) | Order Granting the Emergency Motion to Direct Payment of Allowed Professional Fees (Related Doc # 1014). Signed on 9/6/2024. (rgs4) (Entered: 09/06/2024) |
| 09/06/2024 | ● 1016 (3 pgs) | Certificate *of Service of EMERGENCY MOTION TO DIRECT THE PAYMENT OF ALLOWED PROFESSIONAL FEES (Docket No. 1014)* (Filed By Melissa A Haselden ). (Haselden, Melissa) (Entered: 09/06/2024) |
| 09/08/2024 | ● 1017 (4 pgs) | BNC Certificate of Mailing. (Related document(s):1015 Order on Emergency Motion) No. of Notices: 19. Notice Date 09/08/2024. (Admin.) (Entered: 09/08/2024) |
| 09/10/2024 | ● 1018 (2 pgs) | Order Approving Final Fee Application of Martin, Disiere, Jefferson & Wisdom, LLP, Special Counsel to the Debtor, for Allowance and Payment of Compensation and Reimbursement of Expenses Incurred for the Period of August 30, 2022, Through June 21, 2024 (Related document: 348 Order on Generic Application, 966 Application for Compensation). Signed on 9/10/2024. (zac4) (Entered: 09/10/2024) |
| 09/12/2024 | ● 1019 (11 pgs) | BNC Certificate of Mailing. (Related document(s):1018 Generic Order) No. of Notices: 19. Notice Date 09/12/2024. (Admin.) (Entered: 09/12/2024) |
| 09/24/2024 | ● 1020 (1 pg) | Proposed Order RE: *Order Supplementing Dismissal Order* (Filed By Christopher R Murray ).(Related document(s):956 Order Dismissing Debtor(s)) (Jones, Erin) (Entered: 09/24/2024) |
| 09/25/2024 | ● 1021 (1 pg) | Order Supplementing Order Dismissing Case (Related document: 956 Order Dismissing Debtor(s)). Signed on 9/25/2024. (zac4) (Entered: 09/25/2024) |
| 09/27/2024 | ● 1022 (10 pgs) | BNC Certificate of Mailing. (Related document(s):1021 Generic Order) No. of Notices: 19. Notice Date 09/27/2024. (Admin.) (Entered: 09/27/2024) |
| 10/02/2024 | ● 1023 (6 pgs; 2 docs) | Emergency Motion *EMERGENCY MOTION TO SUPPLEMENT AND CORRECT ORDER DIRECTING THE PAYMENT OF ALLOWED PROFESSIONAL FEES* Filed by Trustee Melissa A Haselden (Attachments: # 1 Proposed Order) (Haselden, Melissa) (Entered: 10/02/2024) |

| | | |
|---|---|---|
| 10/02/2024 | 1024 (4 pgs) | Notice *NOTICE OF FILING EXHIBIT A TO EMERGENCY MOTION TO SUPPLEMENT AND CORRECT ORDER DIRECTING THE PAYMENT OF ALLOWED PROFESSIONAL FEES.* (Related document(s):1023 Emergency Motion) Filed by Melissa A Haselden (Haselden, Melissa) (Entered: 10/02/2024) |
| 10/03/2024 | 1025 (1 pg) | AO 435 TRANSCRIPT ORDER FORM (Expedited (7 days)) by Ryan E. Chapple. This is to order a transcript of Confirmation/Motion Hearing Held on 06/14/2024 at 10:00am before Judge Christopher Lopez. Court Reporter/Transcriber: Veritext Legal Solutions (Filed By Erica L. Ash, David Wheeler, et al. ). (Chapple, Ryan) (Entered: 10/03/2024) |
| 10/03/2024 | 1026 (3 pgs) | Stipulation and Agreed Order Correcting and Supplementing the Order Granting the Emergency Motion to Direct Payment of Allowed Professional Fees (Related document: 1015 Order on Emergency Motion). Signed on 10/3/2024. (zac4) (Entered: 10/03/2024) |
| 10/05/2024 | 1027 (12 pgs) | BNC Certificate of Mailing. (Related document(s):1026 Generic Order) No. of Notices: 19. Notice Date 10/05/2024. (Admin.) (Entered: 10/05/2024) |
| 10/08/2024 | 1028 (6 pgs) | Notice of Appeal filed. (related document(s):1021 Generic Order). Fee Amount $298. Appellant Designation due by 10/22/2024. (Hardy, Jennifer) (Entered: 10/08/2024) |
| 10/11/2024 | 1029 | Election to Appeal to District Court . (bwl4) (Entered: 10/11/2024) |
| 10/11/2024 | 1030 (1 pg) | Clerk's Notice of Filing of an Appeal. On 10/08/2024, Neil Heslin, Scarlett Lewis, Leonard Pozner, Veronique De La Rosa, and the Estate of Marcel Fontaine collectively, the Texas Plaintiffs, filed a notice of appeal. The appeal has been assigned to U.S. District Judge Charles Eskridge, Civil Action 4:24cv3882. Parties notified (Related document(s):1028 Notice of Appeal) (bwl4) (Entered: 10/11/2024) |
| 10/13/2024 | 1031 (10 pgs) | BNC Certificate of Mailing. (Related document(s):1030 Clerk's Notice of Filing of an Appeal) No. of Notices: 19. Notice Date 10/13/2024. (Admin.) (Entered: 10/13/2024) |
| 10/21/2024 | 1032 (1 pg) | AO 435 TRANSCRIPT ORDER FORM (Expedited (7 days)) by Jennifer Hardy. This is to order a transcript of June 14, 2024 Hearing before Judge Christopher Lopez. Court Reporter/Transcriber: Veritext Legal Solutions (Filed By Veronique De La Rosa, Marcel Fontaine, Neil Heslin, Scarlett Lewis, Leonard Pozner ). (Hardy, Jennifer) Copy request electronically forwarded to Veritext on 10/22/2024. Estimated completion date: 10/29/2024. Modified on 10/22/2024 (glc4). (Entered: 10/21/2024) |
| 10/22/2024 | 1033 (7 pgs) | Statement of Issues on Appeal (related document(s):1021 Generic Order). (Hardy, Jennifer) (Entered: 10/22/2024) |
| 11/05/2024 | 1034 (1 pg) | Notice of Deficiency Regarding a Bankruptcy Appeal (Related document(s):1028 Notice of Appeal) (hl4) (Entered: 11/05/2024) |
| 11/05/2024 | 1035 (7 pgs) | Appellee Designation of Contents for Inclusion in Record of Appeal (related document(s):1030 Clerk's Notice of Filing of an Appeal, 1033 Statement of Issues on Appeal). (Jones, Erin) (Entered: 11/05/2024) |

| | | |
|---|---|---|
| 11/08/2024 | ⚫ 1036<br>(7 pgs) | Appellant Designation of Contents For Inclusion in Record On Appeal (related document(s):1033 Statement of Issues on Appeal, 1034 Notice of Deficiency Regarding a Bankruptcy Appeal)., Statement of Issues on Appeal (related document(s):1033 Statement of Issues on Appeal, 1034 Notice of Deficiency Regarding a Bankruptcy Appeal). (Hardy, Jennifer) (Entered: 11/08/2024) |
| 11/20/2024 | ⚫ 1037<br>(1 pg) | AO 435 TRANSCRIPT ORDER FORM (Daily (24 hours)) by Ryan E. Chapple. This is to order a transcript of Motion Hearing at 10:00 AM on 10/12/2022 before Judge Christopher Lopez. Court Reporter/Transcriber: Veritext Legal Solutions (Filed By Erica L. Ash, David Wheeler, et al. ). (Chapple, Ryan) Electronically forwarded to Veritext Legal Solutions on 11/22/24. Estimated Date of completion 11/23/24 Modified on 11/22/2024 (bmn4). (Entered: 11/20/2024) |
| 11/20/2024 | ⚫ 1038<br>(1 pg) | AO 435 TRANSCRIPT ORDER FORM (Daily (24 hours)) by Ryan E. Chapple. This is to order a transcript of Motion Hearing at 1:00 PM at 10/26/2022 before Judge Christopher Lopez. Court Reporter/Transcriber: Veritext Legal Solutions (Filed By David Wheeler, et al. ). (Chapple, Ryan) Electronically forwarded to Veritext Legal Solutions on 11/22/24. Estimated Date of completion 11/23/24 Modified on 11/22/2024 (bmn4). (Entered: 11/20/2024) |
| 11/20/2024 | ⚫ 1039<br>(1 pg) | AO 435 TRANSCRIPT ORDER FORM (Daily (24 hours)) by Ryan E. Chapple. This is to order a transcript of Motion Hearing at 2:00 PM on 11/21/2022 before Judge Christopher Lopez. Court Reporter/Transcriber: Veritext Legal Solutions (Filed By David Wheeler, et al. ). (Chapple, Ryan) Electronically forwarded to Veritext Legal Solutions on 11/22/24. Estimated Date of completion 11/23/24 Modified on 11/22/2024 (bmn4). (Entered: 11/20/2024) |
| 11/25/2024 | ⚫ 1040<br>(25 pgs; 2 docs) | Transcript RE: held on 11/21/2022 before Judge CHRISTOPHER M. LOPEZ. Transcript is available for viewing in the Clerk's Office. Within 21 days, parties are advised to comply with privacy requirements of Fed. R. Bank. P. 9037, ensuring that certain protected information is redacted from transcripts prior to their availability on PACER. Filed by Transcript access will be restricted through 02/24/2025. (VeritextLegalSolutions) (Entered: 11/25/2024) |
| 11/25/2024 | ⚫ 1041<br>(20 pgs; 2 docs) | Transcript RE: held on 10/26/2022 before Judge CHRISTOPHER M. LOPEZ. Transcript is available for viewing in the Clerk's Office. Within 21 days, parties are advised to comply with privacy requirements of Fed. R. Bank. P. 9037, ensuring that certain protected information is redacted from transcripts prior to their availability on PACER. Filed by Transcript access will be restricted through 02/24/2025. (VeritextLegalSolutions) (Entered: 11/25/2024) |
| 11/25/2024 | ⚫ 1042<br>(42 pgs; 2 docs) | Transcript RE: held on 10/12/2022 before Judge CHRISTOPHER M. LOPEZ. Transcript is available for viewing in the Clerk's Office. Within 21 days, parties are advised to comply with privacy requirements of Fed. R. Bank. P. 9037, ensuring that certain protected information is redacted from transcripts prior to their availability on PACER. Filed by Transcript access will be restricted through 02/24/2025. (VeritextLegalSolutions) (Entered: 11/25/2024) |
| 11/28/2024 | ⚫ 1043<br>(10 pgs) | BNC Certificate of Mailing. (Related document(s):1040 Transcript) No. of Notices: 16. Notice Date 11/28/2024. (Admin.) (Entered: 11/28/2024) |

000097

| | | |
|---|---|---|
| 11/28/2024 | 🌐 1044<br>(10 pgs) | BNC Certificate of Mailing. (Related document(s):1041 Transcript) No. of Notices: 16. Notice Date 11/28/2024. (Admin.) (Entered: 11/28/2024) |
| 11/28/2024 | 🌐 1045<br>(10 pgs) | BNC Certificate of Mailing. (Related document(s):1042 Transcript) No. of Notices: 16. Notice Date 11/28/2024. (Admin.) (Entered: 11/28/2024) |
| 12/18/2024 | 🌐 1046<br>(1 pg) | Record Transmitted under Rule 8010(b). On 12/18/2024, the appeal was transmitted to the U.S. District Court, assigned Judge Charles Eskridge, Civil Action 4:24cv3882. All appellate filings must now be made in the United States District Court with the civil action caption and case number. (Related document(s):1028 Notice of Appeal) (bwl4) (Entered: 12/18/2024) |
| 01/03/2025 | 🌐 1047<br>(21 pgs; 2 docs) | Motion for Expedited Consideration. Filed by Trustee Christopher R Murray (Attachments: # 1 Proposed Order) (Wolfshohl, Joshua) (Entered: 01/03/2025) |
| 01/16/2025 | 🌐 1048<br>(16 pgs; 2 docs) | Motion for Expedited Consideration. Filed by Trustee Christopher R Murray (Attachments: # 1 Proposed Order) (Jones, Erin) (Entered: 01/16/2025) |
| 05/13/2025 | 🌐 1049<br>(2 pgs) | AO 435 TRANSCRIPT ORDER FORM (Daily (24 hours)) by Michele Klinger. This is to order a transcript of proceedings held on 6/14/2024 before Judge Christopher Lopez. Court Reporter/Transcriber: Veritext Legal Solutions. (mew4) Copy request electronically forwarded to Veritext Legal Solutions on 5/14/2025. Estimated completion date: 5/15/2025. Modified on 5/14/2025 (anc4). (Entered: 05/13/2025) |
| 12/18/2025 | 🌐 1050<br>(1 pg) | Order Dismissing Case and Administratively Closing Adversary Proceeding (Related Doc # 64). Signed on 12/18/2025. (rgs4) (Entered: 12/18/2025) |
| 07/29/2022 | | Receipt of Voluntary Petition (Chapter 11)( 22-60043) [misc,volp11] (1738.00) Filing Fee. Receipt number A23838303. Fee amount $1738.00. (U.S. Treasury) (Entered: 07/29/2022) |
| 07/29/2022 | 🌐 | Judge Christopher M. Lopez added to case (rsal) (Entered: 07/29/2022) |
| 07/29/2022 | 🌐 | Certificate of Email Notice. Contacted R. Shannon, K. Lee, R. Battaglia, F. Reynal, M. Beatty. Movant to notice all interested parties and file a certificate of service with the court (Related document(s): 2 Emergency Motion for An Order Modifying the Automatic Stay to Allow the Heslin/Lewis State Court Suit to Continue to Judgment). Hybrid Hearing is scheduled for 8/1/2022 at 08:30 AM at Houston, Courtroom 401 (CML). (rsal) (Entered: 07/29/2022) |
| 07/29/2022 | 🌐 | Notice of Appearance and Request for Notice Filed by Ha Minh Nguyen (Nguyen, Ha) (Entered: 07/29/2022) |
| 07/31/2022 | | Receipt of Motion for Relief From Stay( 22-60043) [motion,mrlfsty] ( 188.00) Filing Fee. Receipt number A23839383. Fee amount $ 188.00. (U.S. Treasury) (Entered: 07/31/2022) |
| 08/04/2022 | 🌐 | Hearing Continued (Related document(s): 15 Motion for Relief From Stay). By agreement of parties, the Hybrid Hearing scheduled for 8/5/2022 |

| | | |
|---|---|---|
| | | is cancelled and reset to 8/24/2022 at 10:00 AM. (rsal) (Entered: 08/04/2022) |
| 08/05/2022 | | Notice of Appearance and Request for Notice Filed by Jayson B. Ruff (Ruff, Jayson) (Entered: 08/05/2022) |
| 08/11/2022 | | Certificate of Email/Telephone Notice. Contacted K. Lee. Movant to notice all interested parties and file a certificate of service with the court (Related document(s): 55 Motion to Amend). Emergency Hearing is scheduled for 8/12/2022 at 01:00 PM to be held by video/phone only. (rsal) (Entered: 08/11/2022) |
| 08/24/2022 | | Certificate of Email Notice. Contacted K. Lee. Movant to notice all interested parties and file a certificate of service with the court (Related document(s):15 Motion for Relief From Stay, 93 Emergency Motion, 94 Emergency Motion). Hybrid Hearing is scheduled for 8/29/2022 at 01:00 PM. (rsal) (Entered: 08/24/2022) |
| 08/24/2022 | | Courtroom Minutes. Time Hearing Held: 10:00 AM. Appearances: Kyung Lee, Ryan Chapple, Avi Moshenberg, Ha Nguyen, Melissa Haselden, Raymond Battaglia, Marc Schwartz. (Related document(s):6 Emergency Motion for Interim Cash Collateral). Second Interim Order Authorizing Debtor's use of Cash Collateral Signed. Hybrid Hearing on (15 Motion for Relief From Stay, 93 Emergency Motion, 94 Emergency Motion) is scheduled for 8/29/2022 at 01:00 PM. (ZildeMartinez) (Entered: 08/24/2022) |
| 08/29/2022 | | Courtroom Minutes. Time Hearing Held: 1:00 PM. Appearances: Kyung Lee, Avi Moshenberg, Randy Williams, Ha Nguyen, Melissa Haselden, Alinor Sterling, Steve Lemmon, Raymond Battaglia. (Related document(s): 15 Motion for Relief From Stay, 93 Emergency Motion, 94 Emergency Motion). For the reasons stated on the record, Motions Granted. Orders Signed. (ZildeMartinez) (Entered: 08/29/2022) |
| 09/13/2022 | | Courtroom Minutes. Time Hearing Held: 1:00 PM. Appearances: Avi Moshenberg, Ha Nguyen, Steve Lemmon, RJ Shannon, Melissa Haselden, Ryan Chapple, Ray Battaglia, Jarrod Martin. (Related document:6 Motion for Cash Collateral, 137 Emergency Motion to Compel Discovery). Comments made by parties. For the reasons stated on the record, Motion Granted. Interim Cash Collateral Order Signed. For the reasons stated on the record, Motion for Expedited Consideration is Denied 136. **Final Cash Collateral Hearing and Hearing on (Related Document: 127 Motion to Direct Subchapter V Trustee to Investigate Financial Operations of the Debtor) is scheduled for 10/12/2022 at 10:00 AM.**(ZildeMartinez) (Entered: 09/13/2022) |
| 09/20/2022 | | Courtroom Minutes. Time Hearing Held: 1:00 PM. Appearances: Ha Nguyen, Jarrod Martin, Jayson Ruff, Ryan Chapple, Melissa Haselden, Steve Lemmon, Ray Battaglia, Kyung Lee, RJ Shannon, Marc Schwartz. (Related document(s): 55 Motion to Amend, 65 Order Setting Hearing). Witnesses: Kyung Lee, Marc Schwartz. Hearing Held. (ZildeMartinez) (Entered: 09/20/2022) |
| 10/05/2022 | | Certificate of Email Notice. (Related document(s):205 Application to Employ, 206 Motion to Reconsider, 207 Motion to Reconsider). Hybrid Hearing is scheduled for 10/12/2022 at 10:00 AM. (rsal) (Entered: 10/05/2022) |

| | | |
|---|---|---|
| 10/28/2022 | 🌐 | Deadlines Updated (Related document(s): 260 Order). Last day to oppose discharge or dischargeability is 1/5/2023. (rsal) (Entered: 10/28/2022) |
| 11/07/2022 | 🌐 | The Hearings set for 11/16/2022 are cancelled and continued to a date to be determined. (rsal) (Entered: 11/07/2022) |
| 11/16/2022 | 🌐 | Certificate of Email Notice. Contacted R. Battaglia. Movant to notice all interested parties and file a certificate of service with the court (Related document(s): 272 Sealed Motion, 273 Emergency Motion, 274 Sealed Motion, 276 Emergency Motion). Hybrid Hearing is scheduled for 11/21/2022 at 02:00 PM. (RosarioSaldana) (Entered: 11/16/2022) |
| 12/13/2022 | 🌐 | Hearing Continued (Related document(s):299 Emergency Motion, 300 Emergency Motion). By agreement of parties, the Hybrid Hearing scheduled for 12/16/2022 is cancelled and reset to 12/19/2022 at 03:00 PM at Houston, Courtroom 401 (CML). (RosarioSaldana) (Entered: 12/13/2022) |
| 12/30/2022 | 🌐 | Certificate of Email Notice. Contacted C. Stephenson & V. Driver. Movant to notice all interested parties and file a certificate of service with the court (Related document(s): 349 Emergency Motion to Fix a Date by Which Debtor Must Assume or Reject Executory Contract). Hybrid Hearing is scheduled for 1/20/2023 at 11:00 AM at Houston, Courtroom 401 (CML). (RosarioSaldana) (Entered: 12/30/2022) |
| 12/30/2022 | 🌐 | Certificate of Email Notice. Contacted RJ Shannon. Movant to notice all interested parties and file a certificate of service with the court (Related document(s): 206 Motion to Reconsider, 207 Motion to Reconsider, 251 Application for Compensation, Application for Administrative Expenses, 252 Application for Compensation). Hybrid Status Conference is scheduled for 1/6/2023 at 09:00 AM at Houston, Courtroom 401 (CML). (RosarioSaldana) (Entered: 12/30/2022) |
| 01/04/2023 | 🌐 | Deadlines Updated (Related document: Update Other Deadlines (Bk), 370 Generic Order). Last day to oppose discharge is 3/10/2023. (ZildeMartinez) (Entered: 01/04/2023) |
| 01/20/2023 | | Receipt of Motion for Relief From Stay( 22-60043) [motion,mrlfsty] ( 188.00) Filing Fee. Receipt number A24153758. Fee amount $ 188.00. (U.S. Treasury) (Entered: 01/20/2023) |
| 01/31/2023 | 🌐 | Hearing Set On (Related document(s): 412 Emergency Motion to Approve Assumption of Commercial Real Property Lease With BCC UBC LLC). Hybrid Hearing is scheduled for 2/14/2023 at 01:00 PM at Houston, Courtroom 401 (CML). (RosarioSaldana) (Entered: 01/31/2023) |
| 02/03/2023 | | Receipt of Notice of Appeal( 22-60043) [appeal,ntcapl] ( 298.00) Filing Fee. Receipt number A24180726. Fee amount $ 298.00. (U.S. Treasury) (Entered: 02/03/2023) |
| 02/03/2023 | | Receipt of Notice of Appeal( 22-60043) [appeal,ntcapl] ( 298.00) Filing Fee. Receipt number A24180733. Fee amount $ 298.00. (U.S. Treasury) (Entered: 02/03/2023) |
| 02/03/2023 | | Receipt of Notice of Appeal( 22-60043) [appeal,ntcapl] ( 298.00) Filing Fee. Receipt number A24180733. Fee amount $ 298.00. (U.S. Treasury) |

| | | |
|---|---|---|
| | | (Entered: 02/03/2023) |
| 02/03/2023 | | Receipt of Notice of Appeal( 22-60043) [appeal,ntcapl] ( 298.00) Filing Fee. Receipt number A24180756. Fee amount $ 298.00. (U.S. Treasury) (Entered: 02/03/2023) |
| 02/09/2023 | | Hearing Set On (Related document(s):429 Emergency Motion). Hearing scheduled for 2/14/2023 at 01:00 PM at Houston, Courtroom 401 (CML). (RosarioSaldana) (Entered: 02/09/2023) |
| 03/10/2023 | | Hearing Set On (Related document(s): 468 Joint Motion to Revoke the Debtor's Subchapter V Election). Hybrid Hearing scheduled for 3/27/2023 at 01:00 PM at Houston, Courtroom 401 (CML). Movant to notice all interested parties and file a certificate of service with the court. (RosarioSaldana) (Entered: 03/10/2023) |
| 03/20/2023 | | Hearing Continued on (Related document(s): 406 Amended Motion for Relief From Stay). The Hybrid Hearing scheduled for 3/24/2023 is cancelled and reset to 3/27/2023 at 01:00 PM at Houston, Courtroom 401 (CML). (RosarioSaldana) (Entered: 03/20/2023) |
| 04/11/2023 | | Hearing Set On (Related document(s):515 Motion to Approve Compromise under Rule 9019). Hybrid Hearing is scheduled for 4/28/2023 at 01:00 PM at Houston, Courtroom 401 (CML). (RosarioSaldana) (Entered: 04/11/2023) |
| 05/09/2023 | | Certificate of Email Notice. Contacted R. Battaglia. Movant to notice all interested parties and file a certificate of service with the court (Related document(s): 586 Notice of Hearing). Status Conference is scheduled for 5/19/2023 at 10:00 AM at Houston, Courtroom 401 (CML). (RosarioSaldana) (Entered: 05/09/2023) |
| 05/12/2023 | | Receipt of Motion for Relief From Stay( 22-60043) [motion,mrlfsty] ( 188.00) Filing Fee. Receipt number A24411750. Fee amount $ 188.00. (U.S. Treasury) (Entered: 05/12/2023) |
| 06/14/2023 | | Hearing Set On (Related document(s): 625 Emergency Motion). Hybrid Hearing scheduled for 6/29/2023 at 11:00 AM at Houston, Courtroom 401 (CML). (RosarioSaldana) (Entered: 06/14/2023) |
| 07/26/2023 | | Receipt of Motion for Relief From Stay( 22-60043) [motion,mrlfsty] ( 188.00) Filing Fee. Receipt number A24611353. Fee amount $ 188.00. (U.S. Treasury) (Entered: 07/26/2023) |
| 08/21/2023 | | Hearing Continued on (Related document(s):677 Motion for Relief From Stay). The Hybrid Hearing scheduled for 8/24/2023 10:00 AM is reset to 8/24/2023 at 02:00 PM at Houston, Courtroom 401 (CML). TIME CHANGE ONLY. (RosarioSaldana) (Entered: 08/21/2023) |
| 08/25/2023 | | Hearing Continued on (Related document(s):6 Emergency Motion). The Hybrid Hearing scheduled for 8/29/2023 at 11:00 AM is cancelled and reset to 8/29/2023 at 03:15 PM at Houston, Courtroom 401 (CML). TIME CHANGE ONLY. (RosarioSaldana) (Entered: 08/25/2023) |
| 11/02/2023 | | Hearing Continued on (Related document(s):6 Emergency Motion). The Cash Collateral Hearing scheduled for 11/13/2023 is cancelled and reset to |

| | | |
|---|---|---|
| | | 11/27/2023 at 02:00 PM at Houston, Courtroom 401 (CML). (RosarioSaldana) (Entered: 11/02/2023) |
| 01/09/2024 | 🌐 | Certificate of Email Notice. Movant to notice all interested parties and file a certificate of service with the court (Related document(s):1 Voluntary Petition (Chapter 11)). Hybrid Status Conference is scheduled for 1/16/2024 at 11:30 AM at Houston, Courtroom 401 (CML). (RosarioSaldana) (Entered: 01/09/2024) |
| 01/15/2024 | 🌐 | The Status Conference scheduled for 1/16/2024 at 11:30 AM will be VIRTUAL ONLY. (RosarioSaldana) (Entered: 01/15/2024) |
| 01/16/2024 | 🌐 | The Virtual Status Conference scheduled for today, 1/16/2024 at 11:30 AM will begin at 12:00 PM. TIME CHANGE ONLY. (RosarioSaldana) (Entered: 01/16/2024) |
| 01/31/2024 | | Receipt of Motion for Relief From Stay( 22-60043) [motion,mrlfsty] ( 199.00) Filing Fee. Receipt number A25042341. Fee amount $ 199.00. (U.S. Treasury) (Entered: 01/31/2024) |
| 02/15/2024 | 🌐 | Certificate of Email Notice. Contacted M. Haselden. Movant to notice all interested parties and file a certificate of service with the court (Related document: 809 Emergency Motion). **Hearing scheduled for 3/11/2024 at 03:00 PM at Houston, Courtroom 401 (CML).** (ZildeCompean) (Entered: 02/15/2024) |
| 02/19/2024 | 🌐 | Hearing Continued on (Related document(s): 800 Motion for Relief From Stay). The Hybrid Hearing scheduled for 2/20/2024 is cancelled and reset to 2/27/2024 at 10:00 AM at Houston, Courtroom 401 (CML). (RosarioSaldana) (Entered: 02/19/2024) |
| 02/27/2024 | 🌐 doc (1 pg) | Courtroom Minutes. Time Hearing Held: 10:00 AM. Appearances: PLEASE SEE ATTACHED. (Related document: 800 Motion for Relief From Stay). Hearing held. For the reasons stated on the record, Motion Denied. Order Signed. (ZildeCompean) (Entered: 02/27/2024) |
| 03/01/2024 | 🌐 | Hearing Set On (Related document(s): 830 Emergency Motion to Withdraw as Counsel). Hybrid Hearing scheduled for 3/11/2024 at 03:00 PM at Houston, Courtroom 401 (CML). (RosarioSaldana) (Entered: 03/01/2024) |
| 03/11/2024 | 🌐 | Hearing Continued (Related document(s): 809, 830, 835, 841). The Hybrid Hearing scheduled for 3/11/2024 3:00 PM is reset to 04:00 PM at Houston, Courtroom 401 (CML). TIME CHANGE ONLY. (RosarioSaldana) (Entered: 03/11/2024) |
| 04/18/2024 | 🌐 | Certificate of Email Notice. Contacted A. Catmull. Movant to notice all interested parties and file a certificate of service with the court (Related document(s):886 Notice). Hybrid Status Conference scheduled for 4/22/2024 at 02:30 PM at Houston, Courtroom 401 (CML). (rgs4) (Entered: 04/18/2024) |
| 05/02/2024 | 🌐 | Status Conference Set On (Related document: 1 Voluntary Petition (Chapter 11)). **Status conference to be held on 5/21/2024 at 01:00 PM at Houston, Courtroom 401 (CML).** (zac4) (Entered: 05/02/2024) |

| | | |
|---|---|---|
| 05/02/2024 | | Hearing Set On (Related document: 628 Motion for Turnover of Property). **Hearing scheduled for 9/5/2024 at 10:00 AM at Houston, Courtroom 401 (CML).** (zac4) (Entered: 05/02/2024) |
| 05/31/2024 | | Certificate of Email Notice. Contacted A. Catmull. Movant to notice all interested parties and file a certificate of service with the court (Related document(s):918 Request for Hearing). Hybrid Hearing scheduled for 6/3/2024 at 11:30 AM at Houston, Courtroom 401 (CML). (rgs4) (Entered: 05/31/2024) |
| 06/10/2024 | | Certificate of Email Notice. Contacted R. Chapple. Movant to notice all interested parties and file a certificate of service with the court (Related document(s):921 Emergency Motion). Hybrid Hearing scheduled for 6/14/2024 at 10:00 AM at Houston, Courtroom 401 (CML). (rgs4) (Entered: 06/10/2024) |
| 10/08/2024 | | Receipt of Notice of Appeal( 22-60043) [appeal,ntcapl] ( 298.00) Filing Fee. Receipt number A25625082. Fee amount $ 298.00. (U.S. Treasury) (Entered: 10/08/2024) |
| 11/21/2024 | | Remark NOA 1028 ready to be transmitted to the District Court (hl4) (Entered: 11/21/2024) |
| 05/16/2025 | | Bankruptcy Appeal (4:24-cv-3882) dismissed upon stipulation of dismissal of the Appeal pursuant to Fed.R.Bankr.P.8023(a) (jmg4) (Entered: 05/16/2025) |

000103

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |
|---|---|
| In re: | ) ) ) Chapter 11 (Subchapter V) |
| FREE SPEECH SYSTEMS, LLC, | ) ) Case No. 22-60043 (CML) |
| Debtor. | ) ) ) |

**EMERGENCY MOTION OF THE CONNECTICUT FAMILIES
FOR AN ORDER PURSUANT TO BANKRUPTCY CODE
SECTIONS 105(a) AND 1112(b) CONVERTING THE DEBTOR'S
CHAPTER 11 CASE TO A CASE UNDER CHAPTER 7 OF THE BANKRUPTCY CODE**

> **Emergency relief has been requested. Relief is requested by not later than 10:00 a.m. (prevailing Central Time) on June 14, 2024.**
>
> **If you object to the relief requested or you believe that emergency consideration is not warranted, you must appear at the hearing if one is set, or file a written response prior to the date that relief is requested in the preceding paragraph. Otherwise, the Court may treat the pleading as unopposed and grant the relief requested.**
>
> **Audio communication will be by use of the Court's dial-in facility. You may access the facility at (832) 917-1510. Once connected, you will be asked to enter the conference room number. Judge Lopez's conference room number is 590153. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Lopez's home page. The meeting code is "JudgeLopez." Click the settings icon in the upper right corner and enter your number under the personal information setting.**
>
> **Hearing appearances must be made electronically in advance of both electronic and in-person hearings. To make your appearance, click the "Electronic Appearance" link on Judge Lopez's home page. Select the case name, complete the required fields, and click "Submit" to complete your appearance.**

000104

The Connecticut Families,[1] as creditors and parties in interest in the above-captioned case (the "FSS Case") proceeding under subchapter V of chapter 11 of the Bankruptcy Code (as defined below), respectfully state as follows in support of this motion (the "Motion"):[2]

## RELIEF REQUESTED

1.      By this Motion, the Connecticut Families seek entry of an order, substantially in the form attached hereto as **Exhibit A** (the "Proposed Order"), (a) authorizing and approving the conversion of the FSS Case to a case under chapter 7 of the Bankruptcy Code and (b) granting related relief.

## PRELIMINARY STATEMENT

2.      FSS has now lingered in bankruptcy for almost two years.  At this time, FSS has no prospect of a confirmable plan of reorganization, and has failed to demonstrate any hope of beginning to satisfy the Connecticut Families' claims.  As the Court has made clear, it is time for the FSS Case to come to a conclusion—the relevant question at this juncture is *how* it should come to a conclusion.  At the hearing held on May 21, 2024 (the "May 21 Hearing"), the Court indicated that the FSS Case "is either going to get dismissed or confirmed" at the hearing scheduled for June 14, 2024, although parties would have "the opportunity to try to convince [the Court] otherwise." May 21, 2024 Hrg Tr. at 12:23–13:1.  The Connecticut Families respectfully submit that conversion of the FSS Case to a chapter 7 case is most appropriate under the circumstances. Section 1112(b) of the Bankruptcy Code provides that, upon a finding of cause, the Court "shall convert a case under this chapter to a case under chapter 7 or dismiss a case under this chapter,

---

[1]     The "Connecticut Families" are Mark Barden, Jacqueline Barden, Francine Wheeler, David Wheeler, Ian Hockley, Nicole Hockley, Jennifer Hensel, William Aldenberg, William Sherlach, Carlos M. Soto, Donna Soto, Jillian Soto-Marino, Carlee Soto Parisi, and Robert Parker.

[2]     Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to them in the *Debtor's First Amended Plan of Reorganization Under Subchapter V of the Bankruptcy Code* [Docket No. 756] (as amended, modified, or supplemented from time to time, the "FSS Plan").

000105

*whichever is in the best interests of creditors and the estate*." 11 U.S.C. § 1112(b) (emphasis added). The Connecticut Families firmly believe the interests of the estate and all creditors would be best served by conversion, as opposed to dismissal, of the FSS Case in light of the unique circumstances. Jones's public statements over the past 48 hours—which expressed his belief that this Court will "wash[] his hands like Pontius Pilate" of the case, and thereby enable Jones to regain control of FSS and frustrate creditor claims, even if it requires physically blockading FSS's offices—only reinforce the significant need for conversion.

3.      As set forth herein, there is ample support and precedent for converting a subchapter V case to a case under chapter 7 of the Bankruptcy Code where there is "cause." Indeed, the provisions of the Bankruptcy Code allowing for conversion or dismissal of a regular-way chapter 11 case apply with equal force to a case proceeding under subchapter V. Here, cause readily exists. FSS has suffered substantial and continuing loss during the course of the FSS Case, with no likelihood of rehabilitation—total cash on hand and receivables have decreased by ***over 50%*** since the Petition Date, all while FSS has incurred ***nearly $2.3 million*** in professional fees since the commencement of the FSS Case. FSS's failure to effectuate substantial consummation of a confirmed plan constitutes independent grounds for "cause" to convert the case—two years have passed and FSS has failed to propose any viable plan of reorganization, much less one with creditor support.

4.      Accordingly, the appropriate inquiry is whether conversion or dismissal is in the best interests of the estate and FSS's creditors. The Connecticut Families believe that there are substantial, critical benefits to creditors upon conversion. *First*, appointment of a chapter 7 trustee would safeguard the Debtor's assets for the benefit of creditors and allow an orderly winddown process which, in light of Jones's recent statements, is more critical than ever. *Second*, a chapter

3

7 liquidation would allow a trustee to pursue approximately $4 million in potential preference claims that have already been identified by the Debtor. *Third*, conversion would promote the Bankruptcy Code's core tenet of equal distributions to similarly situated creditors, and avoid the "race to the courthouse" that would inevitably occur following dismissal. *Fourth*, dismissal would likely be followed by a chapter 7 filing and, as such, would merely delay FSS's inevitable liquidation. *Finally*, dismissal would materially prejudice the rights and potential recoveries of the Connecticut Families to pursue important, value-maximizing claims such as fraudulent transfer claims.

5.      The Connecticut Families' concerns about a potential dismissal of the FSS Case have only been amplified by Jones's very recent, public statements on his June 1 "Emergency Broadcast" episode. Jones made several false and offensive statements about FSS's own chief restructuring officer (the "CRO") and other critical players in the FSS Case, and declared that Jones will, upon dismissal, resume full control of FSS and employ whatever means necessary to do so. Jones made clear that he will not "play along" with others' plans after he takes "control" back of FSS, and even threatened to blockade the FSS offices in the event its operations are threatened. Jones's statements are concerning for a number of reasons, but most notably, they undermine the ability of a trustee to carry out any liquidation of Jones's estate that involves his divestiture from FSS, as well as creditors' ability to exercise their state law rights to enforce their claims. Jones's threats to undermine this Court's orders should not be condoned.

6.      The Connecticut Families firmly believe that a supervised liquidation is critical at this time, and will bring the FSS Case to a much-needed conclusion in a manner that will allow creditors to realize immediate recovery. The Connecticut Families respectfully request that the Court convert the FSS Case to a case under chapter 7 of the Bankruptcy Code.

4

**JURISDICTION**

7.    The United States Bankruptcy Court for the Southern District of Texas (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of Reference from the United States District Court for the Southern District of Texas*, dated May 24, 2012 (the "Amended Standing Order").  The Connecticut Families confirm their consent, pursuant to Rule 7008 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), to the entry of a final order by the Court in connection with this Motion to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

8.    The statutory bases for the relief requested herein are sections 105(a) and 1112(b) of the title 11 of the United States Code (the "Bankruptcy Code").

**BACKGROUND**

9.    In May 2018, the Connecticut Families brought an action in Connecticut state court against, among others, Free Speech Systems LLC (the "Debtor" or "FSS") and Alexander E. Jones ("Jones"), alleging defamation, intentional infliction of emotional distress, invasion of privacy, and civil conspiracy.  They obtained judgments exceeding $1.4 billion against the Debtor, Jones, and certain other defendants in the consolidated litigation captioned *Lafferty* v. *Jones*, No. UWY-CV18-6046436-S, Docket No. 1044 (Conn. Super. Ct. Dec. 22, 2022).

10.    Also in 2019, the Texas Families[3] (together with the Connecticut Families, the "Sandy Hook Families") brought actions in Texas state court against the Debtor and Jones.[4]

---

[3]    The "Texas Families" are Neil Heslin, Scarlett Lewis, Leonard Pozner, Veronique De La Rosa, and the Estate of Marcel Fontaine.

[4]    *See Heslin* v. *Jones*, Case No. D-1-GN-18-001835, in the 261st District Court of Travis County, Texas; *Lewis* v. *Jones*, Case No. D-1-GN-18-006623, in the 53rd District Court for Travis County, Texas; *Pozner* v. *Jones*, Case

5

Certain of the Texas Families obtained judgments against the Debtor and Jones in the amount of $50,043,653.80. *See Heslin* v. *Jones*, Case No. D-1-GN-18-001835, in the 261st District Court of Travis County, Texas. Additional lawsuits filed by the other Texas Families remain stayed as a result of the FSS Case and the Jones Case (as defined below).

11.    On July 29, 2022, the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The FSS Case is proceeding under subchapter V of chapter 11 of the Bankruptcy Code, and a subchapter V trustee (the "Subchapter V Trustee") was appointed pursuant to section 1183 of the Bankruptcy Code in the FSS Case on August 8, 2022. *Notice of Appointment of Subchapter V Trustee* [Docket No. 22].

12.    On December 2, 2022, Jones also filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, which case is pending as Case No. 22-33553 (CML) before the Court (the "Jones Case").

13.    On March 10, 2023, the Connecticut Families and the Texas Families each filed adversary complaints in the FSS Case and the Jones Case to confirm the nondischargeability of the judgments and awards entered in the underlying Connecticut and Texas state court proceedings, respectively.[5]

14.    On April 13, 2023, the Court entered a stipulation and agreed order abating the FSS adversary proceedings until the earlier of fourteen (14) days after the Fifth Circuit Court of Appeals

---

No. D-1-GN-18-001842, in the 345th District Court of Travis County, Texas; *Fontaine* v. *Jones*, Case No. D-1-GN-18-001605, in the 459th District Court for Travis County, Texas.

[5]    *See Complaint to Determine Dischargeability of Debt*, *Heslin v. Jones*, Adv. Pro. No. 23-03035-CML, dated March 10, 2023 [Docket No. 1]; *Adversary Complaint Seeking Judgment that Sandy Hook Judgment is Non-Dischargeable Under Bankruptcy Code § 523(a)*, *Wheeler v. Jones*, No. 23-03037-CML, dated March 10, 2023 [Docket No. 1]; *Complaint to Determine Dischargeability of Debt*, *Heslin v. Jones*, Adv. Pro. No. 23-03034-CML, dated March 10, 2023 [Docket No. 1]; *Adversary Complaint Seeking Judgment that Sandy Hook Judgment is Non-Dischargeable Under Bankruptcy Code § 523(a)*, *Wheeler v. Jones*, No. 23-03036-CML, dated March 10, 2023 [Docket No. 1].

6

issued a decision in, or declined to hear, the appeal certified on February 2, 2023 in *Avion Funding, LLC* v. *GFS Industries, LLC*, Case No. 223-90009. *Stipulation and Agreed Order Abating FSS Adversary Proceedings* [Adv. Pro. No. 23-03036, Docket No. 40]. Following the issuance of a decision in *Avion Funding*, the Court entered a stipulation and agreed order on May 2, 2024, which extended the Debtor's deadline to answer the pending adversary complaints through and to June 28, 2024. *Stipulation & Agreed Order* [Adv. Pro. No. 23-03036, Docket No. 62].

15.     On October 19, 2023, the Court confirmed that the vast majority of the Sandy Hook Families' Claims—approximately $1.115 billion of the Connecticut Families' claims and $4.3 million of the Texas Families claims—were nondischargeable pursuant to section 523(a)(6) of the Bankruptcy Code in the Jones Case.[6]

16.     On November 18, 2023, the Debtor filed the FSS Plan.

17.     On March 26, 2024, the Court entered an order appointing Judge Edward L. Morris to serve as mediator and directing certain parties to participate in an in-person mediation session. *Order Appointing Mediator* [Docket No. 878]. As a final attempt to reach a global consensus around the terms of a plan of reorganization, the Connecticut Families participated in good faith in a two-day mediation session in Fort Worth, Texas commencing on April 17, 2024. Unfortunately, the mediation session concluded without a consensus, and on April 22, 2024, the Court formally terminated the mediation.

18.     Following the conclusion of the Court-ordered mediation, the Debtor and the Connecticut Families, together with other parties in interest, continued to work in good faith to determine whether an alternative plan of reorganization would be feasible and value-maximizing.

---

[6]     *See Memorandum Decision on Texas Plaintiffs' Motion for Summary Judgment Against Jones*, dated October 19, 2023 [Adv. Pro. No. 23-03035, Docket No. 46]; *Memorandum Decision on Connecticut Plaintiffs' Motion for Summary Judgment Against Jones*, dated October 19, 2023 [Adv. Pro. No. 23-03037, Docket No. 76].

7

Despite their best efforts, the Connecticut Families ultimately determined that a consensual plan of reorganization was not viable.

19.    At the May 21 Hearing, the Court made certain statements regarding the path forward in the FSS Case, including that the FSS Case would either "get dismissed or confirmed" at a hearing on June 14, 2024, but that parties would have an opportunity to make arguments with respect to whether the FSS Case should be converted.   May 21, 2024 Hrg Tr. at 12:20–13:3.

20.    On June 1, 2024—ten days after the May 21 Hearing—Jones released an "Alex Jones Emergency Broadcast." *Breaking: Deep State Attempted to Shut Down Infowars Headquarters Last Night,* June 2, 2024, https://www.infowars.com/posts/breaking-deep-state-attempted-to-shut-down-infowars-headquarters-last-night/ (the "June 1 Episode").  On the June 1 Episode, Jones discussed the Court's statements at the May 21 Hearing, stating "so, the judge says a week and a half ago, no I'm not going to liquidate and shut down Infowars, I'm going to kick it out of bankruptcy and give it back to Alex Jones. . .  He washes his hands like Pontius Pilate."  June 1 Episode at 20:30.  Jones repeatedly stated that he would resume control of FSS, in place of the CRO.  *See, e.g.*, June 1 Episode at 22:50.

21.    On the June 1 Episode, Jones also plays lengthy recordings of conversations with the CRO.  He follows these with threatening statements that "if people want to get into a fight with me, then they better believe they got one . . . I will not sit there and play along with this bullshit," and that "you bit off a lot more than you can chew."  June 1 Episode at 3:55.  Jones makes other false and offensive comments regarding the CRO on the June 1 Episode, and inaccurately describes the contents of filings that have been made under seal with this Court.  June 1 Episode at 19:00.

22.    On that same day, Jones also released a different "Emergency Broadcast."  *Is This Infowars' Last Broadcast? Patriots Rally Behind Alex Jones and Crew,* June 2, 2024,

8

https://www.infowars.com/posts/is-this-infowars-last-broadcast-patriots-rally-behind-alex-jones-and-crew/ (the "June 1 Bannon Episode").  In discussions with Steve Bannon, Jones asks "they could literally lock this up in the next few days.  What is your advice to Infowars and our crew?"  Bannon responds "let's get people down there and surround the building.  Make them come through a chain of patriots."  Jones says "That's what I'm going to do . . . we need to surround the building and just make a big issue of this and expose this."  June 1 Bannon Episode at 1:56:25.

23.    On June 2, 2024, the Subchapter V Trustee filed the *Third Status Report of the Subchapter V Trustee* [Docket No. 923] (the "Subchapter V Trustee Report"), which document was filed under seal.  Upon request of the Connecticut Families to see the Subchapter V Trustee Report, the Connecticut Families were told that the report is only being shared with the Office of the United States Trustee in advance of the hearing scheduled for June 3, 2024.  As of the filing of this Motion, the Connecticut Families have not seen the Subchapter V Trustee Report.

## BASIS FOR RELIEF

### I.    Cause Exists to Convert the FSS Case to Chapter 7

24.    Section 1112(b)(1) of the Bankruptcy Code provides that, absent unusual circumstances, a court should convert or dismiss a bankruptcy case "for cause."  Section 1112(b) of the Bankruptcy Code, provides, in pertinent part:

> [O]n request of a party in interest, and after notice and a hearing, the court shall convert a case under this chapter to a case under chapter 7 or dismiss a case under this chapter, whichever is in the best interests of creditors and the estate, for cause unless the court determines that the appointment under section 1104(a) of a trustee or an examiner is in the best interests of creditors and the estate.

11 U.S.C. § 1112(b)(1). Under section 1112(b), conversion or dismissal is *mandatory* upon a finding of "cause."  *See* 11 U.S.C. § 1112(b)(1); *DCNC North Carolina I, LLC* v. *Wachovia Bank, N.A.*, Case No. 09-3775, 09-3776, 2009 WL 3209728, *6 (E.D. Pa. Oct. 5, 2009; *see also In re*

9

*The Reserves Resort, Spa & Country Club LLC*, No. 12-13316 (KG), 2013 WL 3523289, *2 (Bankr. D. Del. July 12, 2013).    Section 1112(b)(4) of the Bankruptcy Code provides a non-exhaustive list of factors that constitute "cause" for conversion.    11 U.S.C. § 1112(b)(4)(A)-(P).  *See In re Gateway Access Solutions*, 374 B.R. at 561 ("Generally, such lists are viewed as illustrative rather than exhaustive, and the Court should 'consider other factors as they arise.'") (quoting *In re Brown*, 951 F.2d 564, 572 (3d Cir. 1991)).[7]  The Fifth Circuit requires courts, in evaluating cause, to examine the totality of the circumstances.  *See Matter of Little Creek Dev. Co.*, 779 F.2d at 1072-74.

25.    "The party seeking dismissal or conversion bears the burden of proving cause by a preponderance of the evidence."  *In re TMT Procurement Corp.*, 534 B.R. 912, 918 (Bankr. S.D. Tex. 2015).    If cause is found, the burden then shifts to the objector to identify "unusual circumstances" establishing that converting or dismissing the case is not in the best interests of creditors and the estate.  11 U.S.C. § 1112(b)(2).

26.    Here, at least two separate and independent grounds exist under section 1112(b)(4) and mandate conversion or dismissal of the FSS Case.  Specifically, there is (i) both a substantial or continuing loss to or diminution of the estate and the absence of a reasonable likelihood of rehabilitation, and (ii) an inability to effectuate substantial consummation of a confirmed plan.  11 U.S.C. § 1112(b)(4)(A) and (M).

---

[7]    In *In re TCR of Denver*, the court recognized the apparent typographical error in § 1112(b)(4) of the Bankruptcy Code.  The sixteen illustrative examples of "cause" set forth in that section are linked by the word "and" after subsection (O).  Accordingly, strict construction of the statute would require that a debtor establish all of the items constituting "cause" before a case can be dismissed by the court.  The TCR court held that Congress could not have intended to require a "perfect storm" of all sixteen circumstances listed before a case be converted or dismissed.  *See In re TCR of Denver*, 338 B.R. at 498.

000113

## A. Cause Exists To Convert the FSS Case under Section 1112(b)(4)(A)

27.     Cause may be found where a party-in-interest shows that there is a "substantial or continuing loss to or diminution of the estate and the absence of a reasonable likelihood of rehabilitation." 11 U.S.C. § 1112(b)(4)(A). *See, e.g.*, *In re Citi-Toledo Partner*s, 170 B.R. 602, 606 (Bankr. N.D. Ohio 1994) ("Section 1112(b)(1) contemplates a 'two-fold' inquiry into whether there has been a 'continuing diminution of the estate and absence of a reasonable likelihood of rehabilitation.'") (citing *In re Photo Promotion Associates, Inc.*, 47 B.R. 454, 458 (Bankr. S.D.N.Y. 1985)). The purpose of this ground for cause is "to preserve estate assets by preventing the debtor in possession from gambling on the enterprise at the creditors' expense when there is no hope of rehabilitation." *In re TMT Procurement Corp.*, 534 B.R. at 918 (quoting *Loop Corp.* v. *United States Trustee*, 379 F.3d 511, 516 (8th Cir. 2004)). In other words, a debtor should not be required to maintain control of its business and estate beyond the point at which reorganization is no longer realistic. *See In re The AdBrite Corp.*, 290 B.R. 209, 215 (Bankr. S.D.N.Y. 2003).

28.     To satisfy the first prong of section 1112(b)(4)(A), a loss may be substantial or continuing—it need not be both. *See In re Ford Steel, LLC*, 629 B.R. 871, 879 (Bankr. S.D. Tex. 2021) (citing *In re Creekside Senior Apartments, L.P.*, 489 B.R. 51, 61 (B.A.P. 6th Cir. 2013)). If the loss is sufficiently large given the financial circumstances of the debtor as to materially negatively impact the bankruptcy estate and interest of creditors, the loss is substantial. *In re Ozcelebi*, 639 B.R. 365, 384 (Bankr. S.D. Tex. 2022). Cause can be shown by demonstrating that the debtor suffered or has continued to experience a negative cash flow or declining asset values following the order for relief. *In re TMT Procurement Corp.*, 534 B.R. at 918. Negative cash flow alone can be sufficient cause to dismiss or convert. *Id.*

29.     With respect to the second prong, courts have consistently understood "rehabilitation" to refer to a debtor's ability to restore the viability of its business. *Loop Corp.*,

11

000114

379 F.3d at 516 (citing *In re Gonic Realty Trust*, 909 F.2d 624, 627 (1st Cir. 1990)); *In re The Ledges Apartments*, 58 B.R. 84, 87 (Bankr. D. Vt. 1986); *In re Wright Air Lines, Inc.*, 51 B.R. 96, 100 (Bankr. N.D. Ohio 1985)). A court should consider whether the debtor's continuing losses can be corrected and whether the debtor or another party in interest is capable of performing the necessary remediation to re-establish debtor's business. *In re Ford Steel, LLC*, 629 B.R. 871, 880 (Bankr. S.D. Tex. 2021). Rehabilitation does not equate to reorganization, but rather "signifies something more, with it being described as to put back in good condition; re-establish on a firm, sound basis." *In re TMT Procurement Corp.*, 534 B.R. at 920 (internal quotations omitted). The "rehabilitation" of an individual debtor similarly lies in the reorganization of his financial life. *See In re East Coast Airways, Ltd.*, 146 B.R. 325, 327 (Bankr. E.D.N.Y. 1992). Moreover, a debtor's confidence that reorganization will be successful is not a sufficient basis on which to conclude that rehabilitation is possible. *See In re Sakon*, 617 B.R. 7, 69 Bankr. Ct. Dec. (CRR) 208 (Bankr. D. Conn. 2020), *aff'd*, Bankr. L. Rep. (CCH) P 83615, 2021 WL 165014 (D. Conn. 2021).

30. The two-fold inquiry under section 1112(b)(4)(A) is easily satisfied here. With respect to the first prong, by Jones's own admission, the Debtor has suffered both a substantial and a continuing loss during the course of the FSS Case. Jones himself has testified that the chapter 11 cases have "train wrecked" his operations and "had a major detrimental effect" on his business. Jones Apr. 15, 2024 Deposition Tr. 17:24–18:11. The Debtor's latest monthly operating report demonstrates that, as of April 30, 2024, the Debtor's total cash on hand and receivables has decreased by approximately 55% since May 31, 2022. *See* Monthly Operating Report [Docket No. 915]; *see also* Voluntary Petition [Docket No. 1]. At the same time, the Debtor has continued to expend significant estate resources to fund the FSS Case at the expense of its creditors. As set forth in the Debtor's latest monthly operating report, as of April 30, 2024, the Debtor had paid

12

*nearly $2.3 million* in professional fees related to the bankruptcy since the commencement of the FSS Case. *See* Monthly Operating Report [Docket No. 915]. Permitting the FSS Case to proceed under subchapter V will only increase the administrative burden on the Debtor's estate and continue to dissipate what little value remains.

31. The second prong of the analysis is satisfied because there is no likelihood of rehabilitation. Despite the parties' determination to explore every potential avenue for a value-maximizing reorganization, the parties have run out of time. The only option left on the table that could potentially "rehabilitate" FSS is the FSS Plan—however, the FSS Plan is fatally flawed and unconfirmable for a number of reasons. Among other things, the only financial projections provided by FSS to date are premised on entry into an employment agreement with Jones and confirmation of a plan of reorganization in the Jones Case—but as the Court is aware, this is no longer a viable option. Moreover, the Debtor has failed to set forth a realistic business plan that would restore FSS to its prepetition value, nor has it attempted to propose a plan that would begin to address the Connecticut Families' nondischargeable claims. As the Court has made clear, the Debtor should not be permitted to remain in bankruptcy beyond the point at which reorganization is no longer realistic, and the FSS Case must be brought to a conclusion. May 21, 2024 Hr'g Tr. at 13:23–14:1 ("So I don't think there's anything to say on Free Speech other than [on] the 14th, I'm going to make a decision on that one way or the other.").

32. Accordingly, cause exists pursuant to section 1121(b)(4)(A) to convert the FSS Case to chapter 7.[8]

---

[8] While a court generally has the ability to deny conversion even if cause is found based on a finding of "unusual circumstances", where the "cause" is "substantial or continuing loss to or diminution of the estate and the absence of a reasonable likelihood of rehabilitation" then the court does not have discretion to deny conversion based on such a finding. 11 U.S.C. § 1112(b)(2) ("unusual circumstances" exception only applies to grounds for dismissal other than Section 1112(b)(4)(A)).

**B. Cause Exists To Convert the FSS Case under Section 1112(b)(4)(M)**

33.    Conversion is also warranted where a debtor presents an "inability to effectuate substantial consumption of a confirmed plan." 11 U.S.C. § 1112(b)(4)(M). A debtor is unable to effectuate a plan where it "lacks the ability to formulate a plan or to carry one out." *See In re AdBrite Corp.*, 290 B.R. at 216. Courts have found that a plan could not be effectuated for purposes of section 1112(b)(4)(M) where, practically speaking, the proposed plan could not be confirmed due to the size and amount of certain objecting creditors' claims. *See In re Local Union 722 Int'l Bhd. of Teamsters,* 414 B.R. 443, 453 (Bankr. N.D. Ill. 2009) (cause to convert was present where a single creditor held 78% of the unsecured debt and objected to the plan because his claim was impaired, making the plan not confirmable); *see also In re Babayoff*, 445 B.R. 64 (Bankr. E.D.N.Y. 2011) (cause to convert present where debtor's largest unsecured creditor, holding 99% of the unsecured claims, stated his intention not to vote for it); *In re B & B West 164th Street Corp.*, 147 B.R. 832, 842 (Bankr. E.D.N.Y. 1992) (finding cause where plan confirmation was impossible over objection of creditor who controlled over one-third of a class). Courts have also found that cause exists where a debtor's proposed plan fails to comply with the confirmation requirements set forth in section 1129 of the Bankruptcy Code, and the debtor has had ample time to propose a confirmable plan. *See In re Mulholland*, 2022 WL 145151 at *6 (Bankr. M.D. Fla. Jan. 14, 2022) ("The Debtors cannot continue to 'park' their case in the bankruptcy court as a means of shielding them from the Judgment Debt. The Debtors were given ample opportunities and time to propose a confirmable plan. Unfortunately, the potential in those opportunities was not realized. The Court therefore finds there is cause to dismiss the case.").

34.    The Debtor has had two years to propose a viable plan of reorganization that complies with the Bankruptcy Code's requirements for a subchapter V case. While not for lack of effort—the parties have participated in two separate court-ordered mediation sessions and, until

14

recently, continued to explore the possibility of a go-forward business—the parties have reached a final impasse.  At this time, the only plan before the Court is the FSS Plan which, for the reasons set forth above, is fatally flawed.  The Debtor has also indicated that it does not intend to proceed with confirmation of the FSS Plan, leaving the parties with two options—conversion or dismissal.

35.    Accordingly, the FSS Case should come to a much-needed conclusion in a manner that satisfies the best interests of the estate and the Debtor's creditors.

## II.    Conversion of the FSS Case Is in the Best Interests of the Debtor's Estate and Creditors

36.    Once a court has determined that cause exists under section 1112(b) of the Bankruptcy Code, it must decide between dismissal and conversion of the case, "whichever is in the best interests of creditors and the estate." *See* 11 U.S.C. § 1112(b)(1); *see also Rollex Corp.* v. *Associated Materials (In re Superior Siding & Window)*, 14 F.3d 240, 242 (4th Cir. 1994) ("Once 'cause' is established, a court is required to consider this second question of whether to dismiss or convert.").  A court "must ascertain the impact on the creditors and on the estate of each of the options. . . .   Moreover, in evaluating the interests, the court must consider the interests of *all* of the creditors." *Rollex Corp.*, 14 F.3d at 243.

37.    In doing so, courts may consider, among other things, the ability of a chapter 7 trustee to reach assets for the benefit of creditors, whether equality of distribution would be better served by conversion rather than dismissal, whether creditors are in need of a chapter 7 trustee to protect their interests due to the debtor's misconduct, and whether there would be a loss of rights granted in the case if it were dismissed rather than converted. *See, e.g.*, *In re BTS, Inc.*, 247 B.R. 301, 310 (Bankr. N.D. Okla 2000) ("[I]f the bankruptcy case is dismissed, any preferential claims which may exist will be lost.  This factor warrants in favor of conversion."); *In re Superior Siding & Window)*, 14 F.3d at 242 (finding that conversion was appropriate because chapter 7 would

15

permit a trustee to avoid certain preferential transfers for the benefit of all creditors, thereby fulfilling the fundamental bankruptcy policy of equality among creditors); *Kates* v. *Mazzocone (In re Mazzocone)*, 180 B.R. 782, 788 (E.D. Penn. 1995) (finding that dismissal was inappropriate because removing the bankruptcy court's supervision of the debtor could lead to continued diminution of the debtor's assets and a reduction in the proportion of claims that would be satisfied); *In re Mechanical Maint., Inc.*, 128 B.R. 382, 385–88 (E.D. Pa. 1991) (dismissal inappropriate where bankruptcy court failed to fully determine if creditor would lose benefit of right under section 506(c)); *see Ozcelebi* 639 B.R. at 425 (conversion was appropriate because, by the debtor's own admission, dismissal of the case was unlikely to result in recovery for the debtor's unsecured creditors and keeping the case in the bankruptcy system would bring finality to the decades long fight between the parties); *In re Gow Ming Chao*, 2011 WL 5855276, at *7 (Bankr. S.D. Tex. Nov. 21, 2011) (finding dismissal inappropriate where it "would send the wrong message to debtors in general . . . that there are no material consequences for completely shirking fundamental duties of the Code" and would not guarantee payment of any claims to creditors).

38.     While the Court has indicated that dismissal may be the only viable option absent a consensual plan, the Connecticut Families respectfully submit that conversion, rather than dismissal, of the FSS Case is in the best interest of the Debtor's estate and creditors. ***First***, appointment of a chapter 7 trustee to safeguard the Debtor's assets and supervise the liquidation process is appropriate under the circumstances to protect the interests of creditors. Courts have determined that conversion is in the best interest of creditors in circumstances where the debtor has engaged in misconduct and where removing the debtor from the court's supervision could jeopardize the payment of claims. *See, e.g.*, *In re Mazzocone*, 180 B.R. at 788; *In re Gow Ming Chao*, 2011 WL 5855276, at *7. Such supervision is imperative here. The very purpose of the

16

Debtor's chapter 11 case is to address over $1 billion of liability resulting from its intentionally harmful practices. Moreover, Jones and his family members have consistently—both prior to and throughout the FSS Case—endeavored to reappropriate assets earmarked for the Connecticut Families for their personal gain.[9] The Connecticut Families have no reason to believe that the Jones family will not continue to drain FSS of its remaining assets and siphon off value for their own benefit. Appointment of a chapter 7 trustee will ensure that actual recoveries are provided to creditors.

39.     The Connecticut Families' concerns have only been heightened by the public, on-air statements made by Jones over the weekend. Jones's threats and clear lack of respect for the judicial system—amounting at times to calls for his followers to "surround the building" and physically barricade the FSS studios if FSS's operations are threatened—should not be condoned.[10] Among other things, Jones has made it clear that upon dismissal, FSS will return to business as usual, and that he intends to stall any lawful collection efforts of the Connecticut Families—whether by physical force or otherwise. Apart from insulting, Jones's statements pose real consequences to the Connecticut Families that would be realized upon dismissal of the FSS Case, and could be prevented by conversion. Namely, if FSS is not immediately wound down, Jones's statements indicate that he may seek to defy any order in the Jones Case that transfers the equity of FSS—a non-exempt asset of Jones—to a trustee (whether appointed pursuant to a plan of liquidation or a chapter 7 liquidation process). Jones's creditors should not be asked to take this

---

[9]     In the four years preceding the Petition Date, Jones transferred (a) two luxury vehicles and approximately $1.5 million to his wife, and (b) three luxury vehicles, a ranch, and more than $500,000 in cash to his father. *Proposed Specific Disclosure Statement for the Creditor's Chapter 11 Plan* [Docket No. 539] at p.22.

[10]    In discussions with Steve Bannon, Jones asks "they could literally lock this up in the next few days. What is your advice to Infowars and our crew?" Bannon responds "let's get people down there and surround the building. Make them come through a chain of patriots." Jones says "That's what I'm going to do . . . we need to surround the building and just make a big issue of this and expose this." June 1 Bannon Episode at 1:56:25. Jones repeatedly stated that he would resume control of FSS, in place of the CRO. *See, e.g.*, June 1 Episode at 22:50.

17

risk. Nor should they be subjected to whatever unfettered actions Jones and his family members determine to take with respect to the business—or statements that they determine to make on air—upon dismissal without the continued protection of the automatic stay. Additionally, to the extent the Connecticut Families and other creditors seek to enforce their legal rights outside of bankruptcy with respect to their claims against FSS, Jones has made it clear that he will not cooperate with such efforts. This is precisely the situation in which a chapter 7 trustee is necessary. A court-supervised liquidation directed by a court-appointed trustee would ensure that proceeds are fairly and equitably distributed to creditors who have, to date, received no recovery.

40. ***Second***, the Debtor has certain preferential claims against parties-in-interest that would be lost in a dismissal. Namely, the Debtor has identified ***nearly $4 million*** of potential preference claims that would bring valuable consideration into the estate for the benefit of creditors, and which would be lost upon dismissal. *See Statement of Financial Affairs* [Docket No. 900]. The Debtor has also commenced an adversary proceeding against PQPR to avoid its unsubstantiated $68 million secured claim against the Debtor (the "PQPR Claim"). If the adversary proceeding is dismissed, PQPR will wrongfully claim that it can maintain its secured status, jeopardizing the Connecticut Families' ability to ever receive a recovery from the Debtor, and improperly funneling potential recoveries to Jones and his parents.[11] Accordingly, dismissal of the FSS Case would destroy material value that has already been ascertained for the estate's benefit, and nullify the extensive efforts and estate resources that have been expended to date to uncover such value.

---

[11] At this time, the Court has not ruled on *PQPR Holdings Limited LLC's, JLJR Holdings LLC's, and PLJR Holdings LLC's Motion for Partial Summary Judgment* [Docket No. 44]. On May 20, 2024, the Debtor and the Sandy Hook Families each filed a response to such motion [Docket Nos. 55, 56].

41.    ***Third***, the Bankruptcy Code's principal tenet of equal distribution to similarly situated creditors would be best served by a conversion.  The Sandy Hook Families are comprised of twenty (20) plaintiffs, each with unique claims against the Debtor.  Moreover, while the Connecticut Families have been awarded judgments in Connecticut state court, the Texas Families have judgments in Texas state court, and the families are represented by separate counsel.  Dismissal of the FSS Case would, inevitably, result in a "race to the courthouse" benefitting the first to act, to the detriment of all other creditors.  Such inequity should not be permitted when an organized, chapter 7 liquidation can be administered, ensuring the *pro rata* distribution of proceeds to creditors.  *See In re Superior Siding & Window*, 14 F.3d at 242 ("[U]nder dismissal, the assets of the debtor would be seized under state law by the first to act . . . .  This scenario is precisely the kind of unequal access to assets which the bankruptcy laws intend to forestall.").

42.    ***Fourth***, dismissal of the FSS Case is inappropriate because it is likely to be followed by a chapter 7 filing.  As a non-exempt asset of the Jones estate, 100% of the equity in FSS would be transferred to a trustee for the benefit of creditors either upon conversion of the Jones Case or upon confirmation of any proposed liquidating plan.  As the primary beneficiaries of the FSS equity, the Connecticut Families intend to commence a chapter 7 proceeding immediately thereafter.  Accordingly, dismissal of the FSS Case will merely delay FSS's inevitable liquidation.

43.    ***Finally***, dismissal of the FSS Case would materially prejudice the rights and potential recoveries of the Connecticut Families.  The commencement of the FSS Case in 2022 imposed an immediate stay on all collection efforts and potential claims that the Connecticut Families could bring against, or on behalf of, the Debtor.  Nearly two years later, the Connecticut Families are now running up against the clock to bring any such claims, including fraudulent

000122

transfer claims, prior to the expiration of the applicable statute of limitations. If the FSS Case is dismissed, this potential value will be jeopardized.

44.     For these reasons set forth above, the Connecticut Families submit that an orderly conversion and wind-down of the Debtor's estate is in the best interests of all creditors and the Debtor's estate.

**III.     Conversion Pursuant to Section 1112(b) Is Appropriate for Subchapter V Cases**

45.     Finally, the Court has authority to convert the FSS Case—which is proceeding under subchapter V of chapter 11 of the Bankruptcy Code—to the same extent as other chapter 11 cases pursuant to section 1112(b), and courts have routinely done so.

46.     While section 1181 of the Bankruptcy Code makes certain provisions inapplicable to subchapter V cases, it does not invalidate section 1112 of the Bankruptcy Code. Accordingly, the standard for conversion or dismissal set forth in section 1112 of the Bankruptcy Code should apply in equal force to subchapter V cases as it does to chapter 11 cases, generally. Notably, the Handbook for Small Business Chapter 11 Subchapter V Trustees published by the Office of the U.S. Trustee in 2020 (the "Trustee Handbook") also explicitly provides that "[t]he court may order that the case be converted to another chapter, or dismissed, on request of a party in interest and for cause shown pursuant to 11 U.S.C. § 1112(b)." Trustee Handbook at 3–17.

47.     Courts have routinely applied section 1112(b), and found cause thereunder, to convert cases proceeding under subchapter V of chapter 11 to chapter 7. *See, e.g.*, *In re Ozcelebi*, 639 B.R. 365, 373, 383 (Bankr. S.D. Tex. 2022) (finding cause to convert subchapter V case pursuant to section 1112(b)); *In re Double H Transp. LLC*, 603 F. Supp. 3d 468, 479 (W.D. Tex. 2022) (same); *In re Hao*, 644 B.R. 339, 341 (Bankr. E.D. Vir. 2022) (same); *In re Happy Beavers, LLC*, 2022 Bankr. LEXIS 339, *1 (Bankr. D. Colo. 2022) (same); *In re Gabbidon Builders, LLC*, 2021 Bankr. LEXIS 1300, *1 (Bankr. W.D.N.C. 2021) (same).

20

48.     Accordingly, the fact that the FSS Case is proceeding under subchapter V of chapter 11 does not preempt the Court's ability to convert the FSS Case to chapter 7.

## NOTICE

49.     Notice of this Motion will be served on any party entitled to notice pursuant to Bankruptcy Rule 2002 and any other party entitled to notice pursuant to rule 9013-1(d) of the Bankruptcy Local Rules for the Southern District of Texas.

## RESERVATION OF RIGHTS

50.     For the avoidance of doubt, the Connecticut Families reserve their rights to amend or supplement this Motion on any basis and reserve all rights and remedies with respect to the Motion and otherwise in the FSS Case.

## EMERGENCY CONSIDERATION

51.     Pursuant to Local Rule 9013-1, the Connecticut Families respectfully request emergency consideration of this Motion.  Any delay in granting the relief requested herein would cause irreparable harm to the Connecticut Families and other parties in interest.  The Motion seeks prompt conversion of the FSS Case, which the Connecticut Families believe is paramount and in the best interests of FSS's creditors and the estate.  Moreover, the Court has indicated that it will make a final determination in the FSS Case at the hearing on June 14, 2024.  Accordingly, it is paramount that the motion be heard in connection with any such determination.  The Connecticut Families respectfully request that the Court grant the relief requests in this Motion on an emergency basis, on or before June 14, 2024.

## CONCLUSION

WHEREFORE, the Connecticut Families requests that this Court enter the Proposed Order converting the FSS Case to a case under chapter 7 and granting such other relief as may be appropriate under the circumstances.

21

Dated: June 2, 2024

Respectfully submitted,

*/s/ Ryan E. Chapple*
**CAIN & SKARNULIS PLLC**
Ryan E. Chapple
State Bar No. 24036354
303 Colorado Street, Suite 2850
Austin, TX 78701
Telephone:  (512) 477-5000
Fax:  (512) 477-5011
E-mail:  rchapple@cstrial.com

**KOSKOFF KOSKOFF & BIEDER, PC**
Alinor C. Sterling (admitted *pro hac vice*)
350 Fairfield Avenue
Bridgeport, CT 06604
Telephone:  (203) 336-4421
E-mail:  asterling@koskoff.com

**PAUL, WEISS, RIFKIND,**
**WHARTON & GARRISON LLP**
Kyle J. Kimpler (admitted *pro hac vice*)
Paul Paterson (admitted *pro hac vice*)
Leslie Liberman (admitted *pro hac vice*)
Vida Robinson (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone:  (212) 373-3000
Fax:  (212) 757-3990
E-mail:  kkimpler@paulweiss.com
            ppaterson@paulweiss.com
            lliberman@paulweiss.com
            virobinson@paulweiss.com

***Co-Counsel to the Connecticut Families***

23

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion has been served on counsel for the Debtor, the Debtor, and all parties receiving or entitled to notice through CM/ECF on this 2nd day of June, 2024.

*/s/ Ryan E. Chapple*
Ryan E. Chapple

000126

## Exhibit A

## Proposed Order

000127

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) ) ) Chapter 11 (Subchapter V) |
| FREE SPEECH SYSTEMS, LLC, | ) ) Case No. 22-60043 (CML) |
| Debtor. | ) ) ) |

**ORDER PURSUANT TO BANKRUPTCY CODE**
**SECTIONS 105(a) AND 1112(b) CONVERTING THE DEBTOR'S**
**CHAPTER 11 CASE TO A CASE UNDER CHAPTER 7 OF THE BANKRUPTCY CODE**

Upon the motion (the "Motion")[12] of Connecticut Families for entry of this order: (a) authorizing and approving the conversion of the FSS Case to a case under chapter 7 of the Bankruptcy Code and (b) granting related relief, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the Amended Standing Order; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtor's estate, its creditors, and other parties in interest; and this Court having found that notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing");

---

[12]   Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.     The Motion is granted, and the FSS Case is hereby converted to a case under chapter 7 of the Bankruptcy Code.

2.     Other than as modified herein, all orders of this Court entered in the FSS Case on or before entry of this Order shall remain in full force and effect and shall survive the conversion of the FSS Case and be binding on any subsequently appointed chapter 7 trustee.

3.     Upon appointment of a chapter 7 trustee, the Debtor shall turn over to such trustee all records and property of the estate remaining in the Debtor's custody and control.

4.     All estate professionals shall be required to submit final fee applications for allowance and payment of all fees and expenses incurred during the FSS Case through the date of this Order by no later than twenty-one days (21) days following such date.  Any objections to such final fee applications shall be filed by no later than 4:00 pm (prevailing Central Time) by no later than fourteen (14) days after such filing deadline.  No hearing shall be necessary with respect to those final fee applications for which no objection has been filed.  If an objection is timely filed, then a hearing on the contested fee application(s) shall be scheduled with the Court and noticed on the docket by the estate professional(s) subject to the contested fee application(s).

5.     The Debtor is hereby authorized and empowered to take any and all steps necessary and appropriate to effectuate the terms of this Order.

26

000129

27

6.      To the extent applicable, Rules 6004(h) and 6006(d) of the Federal Rules of Bankruptcy Procedure are waived and this Order shall be effective and enforceable immediately upon entry.

7.      This Court retains exclusive jurisdiction with respect to all matters, claims, rights or disputes arising from or related to the implementation, interpretation, and enforcement of this Order and any other orders entered in these cases.

Dated: _____, 2024
        Houston, Texas

_____
CHRISTOPHER LOPEZ
UNITED STATES BANKRUPTCY JUDGE

27

000130

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Chapter 11** |
| **FREE SPEECH SYSTEMS, LLC** | ) | |
| | ) | **Case No. 22-60043** |
| **Debtor** | ) | |
| | ) | |

**DEBTOR'S EMERGENCY MOTION
FOR COURT INSTRUCTIONS REGARDING (1) DISPOSITION OF DEBTOR'S
PROPERTY, AND (2) CLARITY AS TO THE CHIEF RESTRUCTURING OFFICER'S
RESPONSIBILITIES AND AUTHORITY, IN THE EVENT OF EITHER A DISMISSAL
OF THIS CASE OR CONVERSION TO CHAPTER 7**
[June 14, 2024, Hearing Requested]

> **THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**
>
> **EMERGENCY RELIEF HAS BEEN REQUESTED. IF THE COURT CONSIDERS THE MOTION ON AN EMERGENCY BASIS, THEN YOU WILL HAVE LESS THAN 21 DAYS TO ANSWER. IF YOU OBJECT TO THE REQUESTED RELIEF OR IF YOU BELIEVE THAT THE EMERGENCY CONSIDERATION IS NOT WARRANTED, YOU SHOULD FILE AN IMMEDIATE RESPONSE.**

FSS, through J. Patrick Magill the chief restructuring officer ("CRO"), respectfully shows:

1

000131

### There Will Soon Be a Chapter 7 Trustee Appointed in Jones' Personal Bankruptcy

1.      Free Speech Systems LLC is a single member limited liability company and debtor in this subchapter V chapter 11 case.

2.      Alex Jones is the 100% owner and manager of FSS.  Mr. Jones is in a separate pending chapter 11 bankruptcy case.

3.      On October 13, 2022, this Court entered its order appointing the CRO.

4.      Last week, Alex Jones filed a motion to convert his personal chapter 11 bankruptcy to one under chapter 7.   A debtor in chapter 11 has an absolute right to convert to chapter 7.[1] As such, there will soon be a chapter 7 trustee appointed in the Jones bankruptcy case.

### The Question as to Whether FSS Management Rights Will Be Controlled by the Jones Chapter 7 Trustee.

5.      Since becoming involved in the FSS bankruptcy case in March of 2024, the undersigned has observed controversy—given that FSS is a single-member LLC -- regarding the scope of the management rights of the CRO versus the asserted management rights of Alex Jones.

6.      Again, on June 14, 2024—if not sooner, given that the conversion right is absolute --it is very likely that the Jones case will convert to chapter 7 and a trustee will be appointed.

7.      Particularly in view of this Court's *Envision Healthcare* holding last year, it is the undersigned's view that the Jones chapter 7 trustee will be the sole owner ***and manager*** of FSS.

> Nothing in the Bankruptcy Code renders the economic v. managerial distinction [under Delaware LLC law] meaningful in the context of the creation of the estate. Any such legal or equitable interest at the time of filing comes into the estate. Federal bankruptcy law determines the scope of a debtor's bankruptcy estate. …
>
>              .              .              .        …     .

---

[1]      "Subsection (a) [of 1112] gives the debtor an absolute right to convert a voluntarily commenced chapter 11 case in which the debtor remains in possession to a liquidation case." Senate Report No. 95–989 discussing 11 USC § 1112.

2

Federal bankruptcy law says that the creation of an estate is automatic and immediate upon a bankruptcy filing. There is no metaphysical moment in time for state law to alter or modify any prepetition legal rights between the filing of the petition and creation of the estate. And the automatic stay begins at the same time the petition is filed to protect a debtor and its creditors. Congressional intent that these events occur simultaneously and instantaneously is supported by § 541(c)(1)(B), which ensures that state law cannot be used to deprive a debtor of property rights because of a bankruptcy filing. … Section 18-304 of the Act directly conflicts with, and must give way to, § 541 of the Bankruptcy Code.

*In re Envision Healthcare Corp.*, 655 BR 701 – (Bankr. S.D. Tex. 2023).   In 2021, the American College of Bankruptcy published a good discussion of the case law on this issue.  See

https://www.americancollegeofbankruptcy.com/file.cfm/29/docs/Consumer%20Panel.Administe ring%20LLC%20Interests%20in%20Bankruptcy%20-%20Final.Caruso.pdf

### To Whom the CRO Should Transfer Bank Accounts—Holding Millions in Cash -- and Control of Assets in the Event of FSS Dismissal, Rather Than Conversion

8.      The CRO has sole control of the FSS bank accounts. On June 14th, FSS, acting through the CRO, will be supporting conversion rather than dismissal of the FSS case.  On the other hand, it appears that the Alex Jones supports dismissal of FSS.

9.      Last month the Court indicated that it would likely dismiss the FSS case, rather than convert the FSS case.      If the FSS case is dismissed rather than converted, the CRO anticipates that there will be a dispute between, on the one hand, Alex Jones, and, and on the other hand, the Jones chapter 7 trustee, regarding who should have control of the assets of FSS, *including the millions of dollars in FSS' bank accounts,* FSS's supplement inventory, and intellectual property, among other assets.

10.      FSS, through the CRO, asks this Court that any order—whether implementing conversion or dismissal of FSS --specify (a) to whom  (and when) the CRO should transfer control of the assets (including bank accounts), and (b) during any transition period, the degree to which

3

the CRO (or any other individual who may be tasked with the transition) has authority (subject to, of course, the rights of any Jones chapter 7 trustee or FSS chapter 7 trustee) to take all actions necessary to maximize and protect the value of FSS and its assets and premises. Without swift clarification on that point, FSS's assets are at unreasonable risk.

11.    The CRO continues to attempt to work with the parties regarding a "soft landing" under either a dismissal or conversion scenario.

**Certificate of Emergency Circumstances**

12.    The undersigned certifies that, as set forth above, circumstances merit emergency consideration.

**Prayer**

Movants respectfully request that the Court enter the attached proposed order.

DATED: June 11, 2024.

Respectfully submitted,

O'CONNORWECHSLER PLLC
By: */s/ Annie Catmull*
Annie E. Catmull
State Bar No. 00794932
aecatmull@o-w-law.com
Kathleen A. O'Connor
State Bar. No. 00793468
4400 Post Oak Plaza, Suite 2360
Houston, Texas 77027
Telephone: (281) 814-5977

COUNSEL FOR FREE SPEECH SOLUTIONS, LLC

**Certificate of Service**

I certify that on June 8, 2024, the attached emergency motion was served via the Court's ECF notification system to all registered parties who have made an appearance in this case.
.

By: */s/ Annie Catmull*
Annie E. Catmull

4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **In re:** ) | |
| ) | **Chapter 11** |
| **FREE SPEECH SYSTEMS, LLC** ) | |
| ) | **Case No. 22-60043** |
| **Debtor** ) | |
| ) | |

**ORDER GRANTING DEBTOR'S EMERGENCY MOTION
FOR COURT INSTRUCTIONS REGARDING (1) DISPOSITION OF DEBTOR'S
PROPERTY, AND (2) CLARITY AS TO THE CHIEF RESTRUCTURING OFFICER'S
RESPONSIBILITIES AND AUTHORITY, IN THE EVENT OF EITHER A DISMISSAL
OF THIS CASE OR CONVERSION TO CHAPTER 7**

The Court has considered the Debtor's Emergency Motion for Court Instructions Regarding (1) Disposition of Debtor's Property, and (2) Clarity as to the Chief Restructuring Officer's Responsibilities and Authority, in the Event of Either a Dismissal of This Case or Conversion to Chapter 7 and finds that the relief sought is merited.

**IT IS THEREFORE ORDER THAT**

Any order dismissing or converting the above-styled chapter 11 case shall specify (a) to whom and when J. Patrick Magill, in his capacity as chief restructuring officer (CRO), CRO should transfer control of the debtor's assets (including bank accounts), and (b) during any transition period contemplated in connection with any such dismissal or conversion, the degree to which the CRO (or any other individual who may be tasked with the transition) has authority (subject to, of course, the rights of any Jones chapter 7 trustee or FSS chapter 7 trustee) to take all actions necessary to maximize and protect the value of FSS and its assets and premises.

Houston, Texas
Dated:  June_____, 2024

UNITED STATES BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Case No. 22-60043** |
| | § | |
| **FREE SPEECH SYSTEMS, LLC** | § | **Chapter 11 (Subchapter V)** |
| | § | |
| **Debtor.** | § | |

**JONES' RESPONSE AND OBJECTION TO DEBTOR'S**
**EMERGENCY MOTION FOR COURT**
**INSTRUCTIONS AND MOTION TO CONVERT**

TO THE HONORABLE CHRISTOPHER M. LOPEZ,
UNITED STATES BANKRUPTCY JUDGE:

Alexander E. Jones ("Jones"), as the sole manager and 100% owner of the debtor-in-possession in the above-referenced Subchapter V case, files this *Response and Objection* (the "Response") *to Debtor's Emergency Motion for Court Instructions (1) Regarding Disposition of Debtor's Property and, (2) Clarity as to the Chief Restructuring Officer's Responsibilities and Authority, in the Event of either a Dismissal of this Case or a Conversion to Chapter 7* [Docket No. 933] (the "Motion for Instruction") and *Emergency Motion of the Connecticut Families for an Order Pursuant to Bankruptcy Sections 105(a) and 1112(b) Converting Chapter 11 Case to a Case Under Chapter 7 of the Bankruptcy Code* [Docket No. 921] (the "Motion to Convert") and respectfully states as follows:

## I.      INTRODUCTION

1.      On July 29, 2022 (the "Petition Date"), Free Speech Systems, LLC (the "Debtor" or "FSS") commenced a case by filing a petition for relief under chapter 11, subchapter v, of the Bankruptcy Code (the "Case") with the Court.

Response and Objection – Page 1

2.      On June 2, 2024, without any communication with Jones or his counsel, the Connecticut Plaintiffs filed a twenty-three page motion seeking to convert the FSS case ("Motion to Convert") [Docket No. 921].

3.      On June 11, 2024, the Debtor withdrew its Amended Chapter 11 Plan [Docket No. 756] that had been on file since November 18, 2023, and filed the Motion for Instruction, indicating it would be supporting the conversion of the FSS Case to Chapter 7.  These actions were taken unilaterally by the CRO of FSS, without the consent or consultation of Jones or any of his professionals.

4.      A deposition taken of FSS' CRO in advance of the June 3, 2024, hearing contained testimony that the FSS CRO had no plan for liquidation and hadn't even begun to think about it. While FSS has claimed to have some "liquidation plan" no details and no budget have been shared with Jones or his professionals as of the time of this filing. FSS represents that such "liquidation plan" would not involve Jones, which calls into question how such plan to conceivably be as lucrative for creditors as one involving Jones. In light of the FSS CRO's prior testimony to this Court that FSS sales dip at a minimum of 40% during Jones' time off, and Jones' responsibility for "100%" of FSS' historical revenue generation, it is hard to conceive of what credible evidence could be introduced to refute this clear testimony.

## II.      **RESPONSE**

5.      Jones remains the 100% owner and manager of FSS.  In the *Order (A) Authorizing Employment of Patrick Magill as Chief Restructuring Officer, (B) Authorizing Employment of Staff of Magill PC in Discharge of Duties as Chief Restructuring Officer, and (C) Granting Related Relief* [Doc. No. 239] (the "CRO Order"), it was made clear that the CRO is to report to the members of the Debtor, and that the CRO Order does not remove or displace any member of the

**Response and Objection – Page 2**

Debtor under the FSS Company Agreement. Furthermore, the CRO Agreement states that the CRO would make operational decisions with consultation of current ownership, directed to maximizing the value of FSS.[1]

6.　　Notwithstanding the CRO's duties to work with Jones as the sole owner of FSS, Jones was not consulted regarding these major corporate FSS decisions. The FSS CRO is acting unilaterally and without the authority of the owner and manager of the Debtor. The Motion attempts to prematurely "tee up" the issue of post-dismissal management authority over FSS, incorrectly characterizing an issue of Texas law by citing to a case where this Court analyzed an issue under a Delaware statute. Mot. At ¶ 7.[2]  This issue will be addressed appropriately in due time, after the conversion of Mr. Jones' personal case and discussion with the Chapter 7 Trustee appointed.

7.　　In any event, the premature hand-wringing over Mr. Jones managerial control over FSS after the conversion of his personal bankruptcy case is in direct contradiction to the dismissal wind-down Mr. Jones has been attempting to facilitate-one that would best serve the interests of creditors and employees of FSS via an organized wind down, preserving the employee's jobs and benefits for that period, and ceding control of management to a professional who would work with employees of FSS who have held the trust of FSS' CRO for the entirety of this case, but eliminating the administrative burden of a Chapter 7 or continuing the Chapter 11 that has lingered far too long.

8.　　Further, the Motion for Instruction seems to want the Court to tell the CRO whom to assign banking relationships to upon his departure on June 14th.  Had FSS been candid with this

---

[1] The second sentence of #9 "Notwithstanding the same, CRO shall be solely responsible for making all operational decisions." was struck by the CRO Order.
[2] FSS' Counsel ignores that the cited case interprets Delaware law in a multi-member LLC, not a single-member Texas LLC.  These factual differences distinguish it from this case and render it not controlling.

**Response and Objection – Page 3**

Court, it would have revealed that Jones has identified a firm to take that control to avoid any angst over his resuming the control he had pre-petition.  This is relatively normal process of ceding control upon dismissal of a middle-market case, and working together with pre-petition ownership, as the CRO was ordered to do, is the way to accomplish this goal.  Simply asking the Court to tell the CRO how to exit his role is asking the Court to assume the CRO's current fiduciary responsibility.

9.      To further this point, Jones has served as proposed Exhibit 5 for the June 14th hearing filed at Docket No. 696-5 a proposed dismissal order that outlines the precise actions the CRO could take to avoid all the uncertain hypothetical issues raised by the Motion to Convert and the Motion for Instructions. Simple coordination amongst the parties could have resolved this; however, Jones was never consulted by either party on these issues.

10.      Jones does not believe conversion of FSS is in the best interest of its creditors.  The Court has previously acknowledged that conversion is not the ideal solution for the end of this Case.[3] Looking at the steps to conversion, it would be followed by an immediate shutdown of FSS. First, Jones is unwilling to commit to work for an unknown Chapter 7 Trustee under hypothetical terms.  As stated by the FSS CRO in testimony to the Court, Jones is critical to the operations, his broadcast directly resulting in the overwhelming majority of sales by FSS. Second, if the employees are not immediately reassured of payment on payroll, they can be expected to leave *en masse*. The ability of a Chapter 7 Trustee to operate would further be hampered in time by the Connecticut Plaintiffs' stated goal of electing their own trustee, unquestionably delaying the process past the point that any employee reliant on their paycheck and wait for confirmation it will

---

[3] "I think Free Speech is a Subchapter V case.  It has been pending for two years. Subchapter V is far different than Chapter 11. That case is either going to be confirmed on the 14th or I'm going to dismiss it.  I'm not converting that case." Page 12, Lines 9-15, *Transcript, Status Conference on May 21, 2024.*

Response and Objection – Page 4

be funded. This reality renders conversion a far worse financial outcome for creditors and employees, leaving FSS with millions in inventory that will be unable to be sold for its usual markup with Jones broadcasting.

11.     The Connecticut Plaintiffs want a conversion of FSS, seeking to gain an advantage over similarly situated creditors located in Texas. No other party benefits from a conversion of this Case. Reinstating all parties to their pre-petition position results in the most even playing field possible in this difficult case where constituents have failed to reach any consensus in nearly two grueling and administratively expensive years.

12.     The $4 million is identified preferential transfers, Jones submits, is a red herring. Jones believes no party has done an analysis of any defenses to those claims, or the collectability of any claims if successful. Identifying potential claims with no analysis after nearly two years to do so is a specious reason to convert this case.

13.     Therefore, Jones would object to such conversion, and to FSS's unauthorized agreement to same.

### III.     <u>RESERVATION OF RIGHTS</u>

14.     Jones reserves all rights and remedies with regard to this Response, including without limitation, the right to amend, supplement or clarify this Response as allowed under applicable law.

WHEREFORE, Jones respectfully requests that the Court sustain his objections set forth herein and grant him such other and further relief as the Court may deem just and proper.

**Response and Objection – Page 5**

Dated: June 12, 2024

Respectfully submitted,

**CROWE & DUNLEVY, P.C.**

By: */s/ Christina W. Stephenson*
Vickie L. Driver
State Bar No. 24026886
Christina W. Stephenson
State Bar No. 24049535
2525 McKinnon St., Suite 425
Dallas, TX 75201
Telephone: 737.218.6187
Email: crissie.stephenson@crowedunlevy.com

-and-

Shelby A. Jordan
State Bar No. 11016700
S.D. No. 2195
Antonio Ortiz
State Bar No. 24074839
S.D. No. 1127322
**JORDAN & ORTIZ, P.C.**
500 North Shoreline Blvd., Suite 900
Corpus Christi, TX  78401
Telephone: (361) 884-5678
Facsimile:  (361) 888-5555
Email:  sjordan@jhwclaw.com
        aortiz@jhwclaw.com
Copy to: cmadden@jhwclaw.com

**ATTORNEYS FOR
ALEXANDER E. JONES**

**Response and Objection – Page 6**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was served upon all parties registered to receive notices via the Court's ECF noticing system, including the United States Trustee, on this 12th day of June 2024.

/s/ Christina W. Stephenson
Christina W. Stephenson

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Case No. 22-60043 (CML)** |
| | § | |
| **Free Speech Systems, LLC,** | § | **Chapter 11 (Subchapter V)** |
| | § | |
| **Debtor.** | § | **Jointly Administered** |

**THE TEXAS PLAINTIFFS' STATEMENT SUPPORTING
DISMISSAL OF CHAPTER 11 CASE AND OBJECTING TO CONVERSION**

*"Free Speech is a Subchapter V case. It has been pending for two years. Subchapter V is far different than Chapter 11. That case is either going to be confirmed on the 14th or I'm going to dismiss it.  I'm not converting that case."*

1.      At the May 21st hearing, the Court was correct when it explained that the FSS case needed to be dismissed if a plan couldn't be reached. In seeking bankruptcy protection under Subchapter V, FSS pursued a speedy path to pay the Sandy Hook families millions of dollars while continuing to operate. The Texas Plaintiffs embraced that path because accountability requires FSS to meaningfully pay the judgments rendered against it. The Texas Plaintiffs have always been outspoken about this view, and behind the scenes they've painstakingly worked to broker a payment plan between Alex Jones, his company, and all the Sandy Hook families. But for many reasons—including noneconomic ones—the parties did not settle their differences.

2.      What's left to decide is whether judgment creditors like the Texas Plaintiffs should be allowed to pursue real collections against FSS in a dismissal, or whether FSS's parts should be sold for scraps under a chapter 7 liquidation. Because the Texas Plaintiffs believe meaningful collections is in the creditors' best interests, they agree with the Court that the FSS case should be dismissed. They therefore submit this statement explaining why the Court should deny the Conversion Motion and order dismissal on the terms outlined in the *Order Dismissing Chapter 11 Case* [Docket No. 696-5] (the "Proposed Dismissal Order").

Page **1** of **9**

000144

**A. Dismissal would enable the creditors to meaningfully recover from FSS post-bankruptcy.**

3.      The Court should order dismissal and deny the Conversion Motion.[1] This Court is already familiar with the torment the Sandy Hook families have been forced to endure because of Alex Jones and his company Free Speech Systems. The Court also knows how the families have fought Jones and FSS for years to obtain judgments to hold them accountable. And the Court knows that the families have recovered nothing to date under those judgments because the bankruptcies filed by Jones and FSS have halted their collections efforts.

4.      FSS sought bankruptcy protection under Subchapter V, which is supposed to be a speedy and streamlined chapter 11 process that enables businesses to continue operating under a payment plan.[2] Suffice to say that Subchapter V is not designed to immediately shut down a business, fire its workers, and be sold for parts over the objection of its owner.

5.      Naturally, the Court instructed at the May 21st hearing that by June 14th a plan would either be confirmed or the FSS case dismissed: "Free Speech is a Subchapter V case. It has been pending for two years. Subchapter V is far different than Chapter 11. That case is either going to be confirmed on the 14th or I'm going to dismiss it.  I'm not converting that case."[3]

6.      Despite the Texas Plaintiffs' best efforts to corral the parties to a deal, a plan will not be confirmed. And after spending two years in bankruptcy trying to bridge the canyon between the parties—after years already spent litigating against Jones and FSS—the Texas Plaintiffs wish to have the opportunity to enforce their rights as judgment creditors under state law.

---

[1] *See Emergency Motion of the Connecticut Families for an Order Pursuant to Bankruptcy Code Sections 105(a) and 1112(b) Converting the Debtor's Chapter 11 Case to a Case Under Chapter 7 of the Bankruptcy Code* [Docket No. 921].

[2] *In re Free Speech Sys., LLC*, 649 B.R. 729, 734 (Bankr. S.D. Tex. 2023); *Matter of GFS Indus., L.L.C.*, 99 F.4th 223, 232 (5th Cir. 2024); H.R. Rep. No. 116-171, at 1, 4 (2019).

[3] May 21, 2024 Hrg Tr. at 12:10–14.

000145

7.      Dismissal on the terms outlined in the Proposed Dismissal Order is in the best interests of creditors and the estate because it maximizes the FSS estate's value and minimizes the disruption to its employees' lives.

8.      And just as important, dismissal allows the creditors to exercise available remedies in state court *immediately*—not after waiting for a new protracted bankruptcy under chapter 7 to play out. The Texas Plaintiffs have sat on their rights for nearly two years hoping a consensual resolution would be reached where FSS meaningfully pays its judgment. Enough is enough. The Sandy Hook families should be allowed to enforce their rights so they can finally move on with their lives.

**B. Converting this case into a new bankruptcy under chapter 7 only thwarts the parties' rights and is not in the creditors' best interests.**

9.      At the May 21st hearing, the Court also rightly noted why converting to chapter 7 doesn't work here: "[W]e would just be keeping a case open for the sake of operating it. People have state law rights. Free Speech is continuing to operate. We're now going to have to take up 523 actions, which means that a Subchapter V case would proceed, quite frankly, potentially even until 2025."[4] Even so, the Court has been asked to convert this case.

10.     But starting a new FSS bankruptcy under chapter 7 is not in the creditors' best interests. Bankruptcy Code § 1112(b) states that upon finding cause the Court "shall convert a case under this chapter to a case under chapter 7 or dismiss a case under this chapter, whichever is in the best interests of creditors and the estate."[5] No one disputes that cause exists here because FSS's attempt to reorganize under Subchapter V's protections is doomed. As cause exists, the issue here

---

[4] May 21, 2024 Hrg Tr. at 12:18–22.

[5] 11 U.S.C. § 1112(b).

is what's in the estate's and the creditors' best interests.[6] While "courts generally accommodate the parties' choices when they all agree upon one course of action over the other, the test for what is in the 'best interests of creditors and the estate' is not one of majority rule."[7]

11.     Courts have identified factors to help decide whether to dismiss or convert, including (among others): (1) which maximizes the estate's value as an economic enterprise; (2) are any remaining issues better resolved outside bankruptcy; (3) would rights be lost if the case were dismissed; (4) could the chapter 7 trustee reach assets for the creditors' benefit; and (5) do creditors need chapter 7 to protect their interests.[8] No factor is determinative, and the Court need not weigh each factor equally.[9] But courts in this district put heavy weight on which option maximizes the estate's value: "[t]he best interest of the estate ultimately turns on whether its economic value is greater in or out of bankruptcy."[10] Through this lens, the Court is right to favor dismissal.

12.     After all, under the first factor, dismissing FSS provides more value for the estate and its creditors. Creditors' recoveries in a chapter 7 conversion will amount to crumbs compared with the potential recovery the creditors stand to gain from FSS post-dismissal. FSS is sitting on inventory worth millions of dollars that must be sold to recoup value for the creditors. But Jones

---

[6] *In re Peak Serum, Inc.*, 623 B.R. 609 (Bankr. D.Colo. 2020).

[7] *In re Fleetstar LLC*, 614 B.R. 767 (Bankr. E.D.La. 2020) (citing *In re Superior Siding & Window, Inc.*, 14 F.3d 240, 243 (4th Cir. 1994).

[8] *In re Sandia Resorts, Inc.*, 562 B.R. 490, 495-96 (Bankr. D.N.M. 2016).

[9] *Id.*

[10] *In re M.A.R. Designs & Construction, Inc.*, 653 B.R. 843, 872 (Bankr. S.D.Tex. 2023); *see also In re H2D Motorcycle Ventures, LLC*, 617 B.R. 625, 634 (Bankr. E.D.Wis. 2020) (finding that creditors are "typically best served by the course of action that results in the largest number of [them] being paid the largest amount of money in the shortest amount of time.").

4

refuses to work for a chapter 7 trustee.[11] Because FSS experiences "gross revenue declines of as much as 40%" when Jones is absent from FSS broadcast, that inventory will be fire sold in a chapter 7 conversion.[12] In a dismissal, Jones will keep selling FSS's inventory, preserving millions of dollars in value. That reality, coupled with the benefit of not hemorrhaging any more money on professional fees under chapter 7, settles that dismissal maximizes value for the creditors—meaning this factor heavily favors dismissal.

13.     The second factor does too because it's faster. This is not a case where unrepresented creditors need bankruptcy tools to recover on their claims. Nor are these traditional creditors with limited tools to enforce business debts. Rather, the Texas and Connecticut Plaintiffs have adept counsel and judgment debts. Upon dismissal, they'll instantly have state-court remedies to enforce their judgments. Vindicating their rights under chapter 7, on the other hand, will take years. Especially when considering that several Texas Plaintiffs don't have final judgments yet and they'd first need to liquidate their claims in trial and appeal before *any* creditors could collect.[13] And of course any collection would be reduced by the administrative fee burn that comes with chapter 7. The administrative fees and costs to date have already been astronomical. Yet to date none of the families have received a penny through bankruptcy. The creditors should be allowed to control their own destiny. This factor favors dismissal.

14.     Dismissal is also warranted because the creditor's rights would be enhanced, not hindered. The Connecticut Plaintiffs argue for conversion to preserve the adversary proceeding

---

[11] *Jones' Response and Objection to Debtor's Emergency Motion for Court Instructions and Motion to Convert* ¶ 10 [Docket No. 943].

[12] *Debtors' Joint Motion to Approve Employment Contract Pursuant to 11 U.S.C. § 105 and 363(b)* [Docket No. 707].

[13] *See* Joint Notice Regarding Agreed Order on Debtors' Motion for Approval of Compromise and Settlement Under Federal Rule of Bankruptcy Procedure 9019 [Docket No. 823].

000148

against PQPR to avoid its supposed secured claim.[14] But the Proposed Dismissal Order contemplates jurisdiction of the PQPR adversary proceeding remaining with the Bankruptcy Court.  And even if the Court dismissed that adversary too, the Texas and Connecticut Plaintiffs already brought a state-court fraudulent-transfer action to avoid the PQPR "debt" (and others) before the bankruptcy.[15]  So dismissal doesn't hamper any creditor's rights. The Connecticut Plaintiffs also assert FSS has $4 million in preference claims that would be lost if the case were dismissed.[16]  But nothing shows that FSS has done any reasonable due diligence on those supposed claims in the two years it's been in bankruptcy, which is required by section 547(b) of the Bankruptcy Code. And given that $1 million of those alleged preference claims would be against the Texas Plaintiffs, dismissal especially enhances the Texas Plaintiffs' rights. After all, they will not need to spend their time and money defending a meritless lawsuit by a chapter 7 trustee for alleged preferences that occurred when FSS paid $1 million in monetary sanctions in the state-court case. Again, these payments were not preferences. But the Conversion Motion alludes to a preference suit against the Texas Plaintiffs to help sell conversion. Avoiding a path that could result in the Sandy Hook families getting sued by a chapter 7 trustee is another reason why dismissal is more beneficial. This factor favors dismissal too.

15.     Another factor supporting dismissal is that a trustee's reach toward assets is no greater than the creditors' outside bankruptcy. Again, the Connecticut and Texas Plaintiffs have

---

[14] Conversion Motion ¶ 40.

[15] *Heslin, et. al. v. Alex E. Jones, et. al*, Cause No. D-1-GN-22-001610, in the 200th District Court of Travis County, Texas.

[16] *See, e.g.,* Conversion Motion ¶ 4 (seeking conversion because "a chapter 7 liquidation would allow a trustee to pursue approximately $4 million in potential preference claims that have already been identified by the Debtor); ¶ 37 (arguing conversion is preferable because chapter 7 would permit a trustee to avoid preferential transfers); ¶ 40 ("the Debtor has identified *nearly $4 million* of potential preference claims that would bring valuable consideration into the estate for the benefit of creditors, and which would be lost upon dismissal" (emphasis in original)).

6

judgment debts and state-law remedies to enforce their tort judgments. And they can do so with the benefit of avoiding the delay and hefty administrative fees that come with a new bankruptcy under chapter 7.

16.    Finally, the fifth factor favors dismissing the FSS case since the creditors don't need chapter 7 to protect their interests. Again, chapter 7 offers no added benefit in the Connecticut and Texas Plaintiffs' abilities to collect on their judgments. The only benefit to chapter 7 would be continued oversight of FSS. Of course FSS could not fraudulently transfer assets without violating the Texas Uniform Fraudulent Transfer Act and having those transfers clawed back. And the Proposed Dismissal Order protects against shenanigans because it transfers control and signing authority over FSS's bank accounts to Bob Schleizer, of Blackbriar Advisors LLC, and requires dual signing authority with Jeff Shulse for checks over $25,000. (Schleizer and Shulse were both hired in these bankruptcies.) These guardrails protect FSS's bank accounts and assets without enabling Jones to engage in skullduggery. And more importantly, any negligible benefit that added oversight provides would come at the painful cost of liquidating a company that can still generate millions of dollars for pittances. Dismissal gives the creditors the best of both worlds—oversight and the chance to immediately collect on their judgments. But forcing creditors who've already waited years to languish further for the scraps of a liquidation is no protection at all.

## Conclusion

Converting FSS's bankruptcy may be a noneconomic win in terms of holding Alex Jones accountable, but the chief way our justice system shows accountability is by requiring wrongdoers to pay their judgments. That reality is no different in bankruptcy, where the pole star is maximizing value. Because dismissing this bankruptcy is in the best interest of the creditors, the Texas Plaintiffs support this Court entering the proposed order dismissing the FSS bankruptcy case.

7

Dated: June 12, 2024

Respectfully submitted,

**WILLKIE FARR & GALLAGHER LLP**
Jennifer J. Hardy (Texas Bar No. 24096068)
600 Travis Street
Houston, Texas 77002
Telephone: 713-510-1700
Facsimile: 713-510-1799
Email: jhardy2@willkie.com

-AND-

Rachel C. Strickland (admitted *pro hac vice*)
Stuart R. Lombardi (admitted *pro hac vice*)
Ciara A. Sisco (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone: 212-728-8000
Email: rstrickland@willkie.com
     slombardi@willkie.com
     csisco@willkie.com

-AND-

**LAWSON & MOSHENBERG PLLC**
Avi Moshenberg (TX Bar No. 24083532)
801 Travis Street
Suite 2101 #838
Houston, TX 77002
Telephone: (832) 280-5670
Email: avi.moshenberg@lmbubsinesslaw.com

-AND-

*/s/ Jarrod B. Martin*
**CHAMBERLAIN, HRDLICKA, WHITE,**
**WILLIAMS & AUGHTRY, PC**
Jarrod B. Martin (TX Bar No. 24070221)
1200 Smith Street
Suite 1400
Houston, Texas 77002
Telephone: 713-356-1280
Email: jarrod.martin@chamberlainlaw.com

*Bankruptcy Co-Counsel to the Texas*
*Plaintiffs*

8

000151

## CERTIFICATE OF SERVICE

I certify that, on June 12, 2024, a copy of the foregoing motion was served on all parties registered to receive such service via the Court's ECF system.

*/s/ Jarrod B. Martin*
Jarrod B. Martin

9

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 (Subchapter V) |
| FREE SPEECH SYSTEMS LLC, | § | |
| | § | Case No. 22-60043 |
| | § | |
| Debtor. | § | |

## DEBTOR'S RESPONSE TO MOTION TO CONVERT
### [Relates to ECF # 921]

Debtor respectfully shows:

1.      Any allegations, including in paragraphs 3 and 30, that Debtor is operating at a loss, are denied.    When the CRO was appointed in this case there was less than $200,000 in the bank. The last monthly operating report shows more than $2.5 million, a figure which does <u>not</u> include another approximately $2 million in cash reserve temporarily held back by the credit card processor.   These figures are largely net of professional fees, other than the most recent billing cycles of the professionals.

2.      Debtor denies the allegation in paragraph 3 that a realistic plan was never filed. But Debtor agrees that at this stage plan confirmation is not viable.

3.      Debtor lacks knowledge as to whether the CT families have seen the trustee's report.  For that reason, that portion of the  allegations in paragraph 23 is denied.

000153

Houston, Texas
Dated: June 14 , 2024

O'CONNORWECHSLER PLLC

*/s/ Annie E. Catmull*

Annie E. Catmull (Texas Bar No. 00794932)
4400 Post Oak Parkway, Suite 2360
Houston, Texas 77027
Telephone: (281) 814-5977
Email: aecatmull@o-w-law.com

*Counsel for Free Speech Systems, LLC*

**Certificate of Service**

I certify that on June 14, 2024, I caused the attached to be served via ECF notification system to all registered users who have made an appearance.

*/s/ Annie E. Catmull*

Annie E. Catmull

2

Electronic Appearance Sheet

Sara  Brauner, Akin Gump
Client(s): Counsel to UCC

Katherine Porter, Akin Gump
Client(s): Counsel to UCC

Anna Kordas, Akin Gump
Client(s): Counsel to UCC

Marty  Brimmage, Akin Gump
Client(s): Counsel to UCC

Manish Kumar, Teneo
Client(s): Financial Advisor to UCC

Melanie Miller, Akin Gump
Client(s): Counsel to UCC

MALEX BARR, NONE
Client(s): NONE

Thomas Holman, Pro Se, None, Pro Se
Client(s): *

000155

United States Bankruptcy Court
Southern District of Texas

**ENTERED**

June 21, 2024

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 22-60043 |
| FREE SPEECH SYSTEMS LLC, | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | |
| | § | CHAPTER 11 |

**ORDER DISMISSING CASE**

For the reasons stated on the record at the hearing held on June 14, 2024, this case is dismissed. It is further ORDERED:

1.     The employment of all professionals retained in these chapter 11 cases and the Subchapter V Trustee's service is terminated. Except as otherwise set forth below, the Debtor's CRO shall have no further responsibilities with respect to the Debtor's operations.

2.     The CRO is authorized to transfer control and signing authority with respect to the Debtor's bank accounts to Christopher R. Murray in his capacity as the Chapter 7 Trustee for the bankruptcy estate of Alexander Jones, Case No. 22-33553.

3.     Final applications for compensation shall be filed no later than 14 days after entry of this Order.

4.     This Court shall retain exclusive jurisdiction over the following matters:

   a. Adversary Proceeding No. 24-3038, *Elevated Solutions Group, LLC v. Free Speech Systems LLC, et al.*;

   b. Adversary Proceeding No. 23-3127, *Free Speech Systems LLC v. PQPR, Limited Holdings LLC, et al.*;

   c. Adversary Proceeding No. 22-3331, *Neil Heslin, et al. v. Alex E. Jones, et al.*; and

   d. Applications for approval of professional fees and expenses.

5.     The Court retains jurisdiction to interpret and enforce this Order.

Signed:  June 21, 2024

_____

Christopher Lopez
United States Bankruptcy Judge

000156

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | **Chapter 7** |
| **ALEX JONES,** | § | |
| | § | **Case No. 22-33553** |
| Debtor. | § | |
| | § | |
| In re: | § | |
| | § | **Chapter 11** |
| **FREE SPEECH SYSTEMS LLC,** | § | |
| | § | **Case No. 22-60043** |
| Debtor. | § | |
| | § | |
| | § | |

**TRUSTEE'S EMERGENCY MOTION TO (1) CLARIFY TRANSFER OF CONTROL**
**AND SIGNING AUTHORITY WITH RESPECT TO DEBTOR'S BANK ACCOUNTS, (2)**
**FOR AN ORDER EXTENDING AUTOMATIC STAY IN THE ALEX JONES CASE TO**
**FREE SPEECH SYSTEMS LLC, AND (3) RELATED RELIEF**
**(Relates to Doc. No. 956)**

> **This motion seeks an order that may adversely affect you. If you oppose the motion, you should immediately contact the moving party to resolve the dispute. If you and the moving party cannot agree, you must file a response and send a copy to the moving party. You must file and serve your response within 21 days of the date this was served on you. Your response must state why the motion should not be granted. If you do not file a timely response, the relief may be granted without further notice to you. If you oppose the motion and have not reached an agreement, you must attend the hearing. Unless the parties agree otherwise, the court may consider evidence at the hearing and may decide the motion at the hearing.**
>
> **Emergency relief has been requested. If the Court considers the motion on an emergency basis, then you will have less than 21 days to answer. If you object to the requested relief or if you believe that the emergency consideration is not warranted, you should file an immediate response.**

Christopher R. Murray in his capacity as the Chapter 7 Trustee (the "**Trustee**") for the

bankruptcy estate of Alexander Jones ("**Alex Jones**") files this Emergency Motion (the "**Motion**")

to (1) Clarify the Transfer of Control and Signing Authority with Respect to the Debtor's Bank

Accounts, (2) for an Order Extending the Chapter 7 Automatic Stay in the Alex Jones Case to Free

1

15439724

Speech Systems LLC ("**FSS**," the "**Debtor**"), and (3) Related Relief, and in support thereof would respectfully show the Court as follows:

## PRELIMINARY STATEMENT

1.      The Trustee seeks the Court's help to preserve the value of its ownership position in FSS by extending the automatic stay to halt attempted asset seizures by a subset of FSS unsecured creditors for a limited period while the Trustee conducts an orderly wind-down process and asset sale.

2.      Upon the conversion of Alex Jones' personal bankruptcy case, Alex Jones' personal rights in FSS became the property of the chapter 7 estate pursuant to section 541 of the Bankruptcy Code. This included not only the bare equity interests, but also the non-monetary rights and responsibilities of the equity holder. These things became property of the estate—subject to this Court's jurisdiction—immediately, automatically, and irrespective of any private, contractual, or state statutory limitations to the contrary.

3.      Upon his appointment, the Trustee began to assess the chapter 7 estates' stake in FSS. The Trustee opened discussions with FSS's purported secured creditor, PQPR, its employees, including Alex Jones, its stakeholders, including vendors and counterparties, and its unsecured creditors, including the Texas and Connecticut judgment plaintiff groups. In addition, the Trustee immediately engaged counsel, consulted with prior FSS chapter 11 professionals, and contacted other parties in interest, including the former UCC in the individual bankruptcy case. The Trustee also took steps to preserve the operational status quo of FSS and to secure oversight of FSS's finances. At the same time, the Trustee began planning to wind-up FSS's operations and liquidate its inventory.

15439724

000158

4.      However, this orderly process was imperiled when, on Friday, June 21, 2024, a subset of FSS's general unsecured creditors filed applications for a "turnover" order and a post-judgment writ of garnishment in a Texas state court concerning FSS's cash and other assets. An order regarding the turnover motion was filed within about an hour of this Court's entry of the Dismissal Order, that order being granted approximately an hour later. The specter of a pell-mell seizure of FSS's assets, including its cash, threatens to throw the business into chaos, potentially stopping it in its tracks, to the detriment of the interests of the chapter 7 estate for which the Trustee is responsible.

5.      Thus, the Trustee seeks this Court's intervention to prevent a value-destructive money grab and allow an orderly process to take its course.

**NATURE OF THE MOTION**

6.      On June 21, 2024, the Court entered the Dismissal Order disposing of the chapter 11 subchapter v voluntary petition filed by FSS. [Dkt. No. 956]. In addition to dismissing FSS's chapter 11 case, the Dismissal Order authorized the CRO to transfer control and signing authority with respect to the Debtor's bank accounts to the Trustee. *Id*. Beyond this, through the Dismissal Order, the Court retained jurisdiction over the following matters: (i) Adversary Proceeding Nos. 24-3038, *Elevated Solutions Group, LLC v. Free Speech Systems LLC, et al*; 23-3127, *Free Speech Systems LLC v. PQPR, Limited Holdings LLC, et al*; and 22-3331, *Neil Heslin, et al. v. Alex E. Jones, et al*; (ii) applications for professional fees and expenses; and (iii) the interpretation and enforcement of the Dismissal Order. *Id*.

7.      Despite the Court's retention of ***exclusive jurisdiction*** over the relative proceedings and making clear that the Trustee was to obtain control and signing authority over certain of the Debtor's property, Neil Heslin ("**Heslin**") and Scarlett Lewis ("**Lewis**," together with Lewis the

3

000159

"**Judgment Creditors**") filed Applications for a Turnover Order and a Post-Judgment Writ of Garnishment in the District Court of Travis County, Texas.

8.      Accordingly, the Trustee files this Motion seeking to preserve the status quo by (1) clarifying the transfer of control and signing authority with respect to the Debtor's bank accounts to Christopher R. Murray in his capacity as the Chapter 7 Trustee for the bankruptcy estate of Alexander Jones, Case No, 22-33553; (2) extending the chapter 7 automatic stay in the Alex Jones Case to FSS to allow the Trustee to effectuate an orderly wind-down and sale process; and (3) authorizing the Trustee to manage FSS's cash and use it in the course of FSS's business and wind-down operations in his discretion.

## FACTUAL BACKGROUND

9.      On July 29, 2022 (the "**Petition Date**"), FSS filed its voluntary petition for relief under chapter 11 subchapter v of the Bankruptcy Code. [*See* Dkt. No. 1]. For reasons stated on the record at hearing on June 14, 2024, the Court entered the Dismissal Order dismissing FSS's chapter 11 case. [*See* Dkt. Nos. 955 and 956].

10.      Relative here, the Dismissal Order provides that,

> 2.   The CRO is authorized ***to transfer control and signing authority with respect to the Debtor's bank accounts to Christopher R. Murray*** in his capacity as the Chapter 7 Trustee for the bankruptcy estate of Alexander Jones, Case No. 22-33553. . .

> 4.   This Court shall retain ***exclusive jurisdiction*** over the following matters:
>    a.   Adversary Proceeding No. 24-3038, *Elevated Solutions Group, LLC v. Free Speech Systems LLC, et al.*;
>
>    b.   Adversary Proceeding No. 23-3127, *Free Speech Systems LLC v. PQPR, Limited Holdings LLC, et al.*;
>
>    c.   Adversary Proceeding No. 22-3331, *Neil Heslin, et al. v. Alex E. Jones, et al.*; and

4

      d. Applications for approval of professional fees and expenses.[1]

5. The Court retains jurisdiction to interpret and enforce this Order.

[Dkt. No. 956] (emphases added).

11. The very day this Court entered the Dismissal Order retaining ***exclusive jurisdiction*** over the above matters and authorizing the transfer of control and signing authority with respect to the Debtor's bank accounts to the Trustee, the Judgment Creditors filed an Application for Turnover Order (the "**Turnover Application**") in the 261st District Court of Travis County, Texas.[2]

12. The Turnover Application seeks an order from the Texas state court compelling FSS to turnover to the Judgment Creditors all non-exempt property (including, but not limited to) "money held in any bank accounts or being held or controlled by any other third parties at the direction of Free Speech Systems."[3] To make matters worse, the state court entered an order granting the Judgment Creditors' Turnover Application.[4] If the order granting the Turnover Application were allowed to take effect, it would immediately imperil the business operations of FSS and, therefore, the Trustee's administration of the chapter 7 estate.

13. The Judgment Creditors also filed an Application for Post-Judgment Writ of Garnishment (the "**Garnishment Application**").[5] Like the Turnover Application, the

---

[1]  The Court retained jurisdiction to rule on fee applications which are to be paid from cash remaining in the estate at the time of closing.

[2]  *See* Ex. A, Plaintiffs' Application for Turnover Order, and associated exhibits.

[3]  *See id.* at p. 4.

[4]  *See* Ex. B, Executed Turnover Order.

[5]  *See* Ex. C, Plaintiffs' Application for Post-Judgment Writ of Garnishment, and associated exhibits.

15439724

000161

Garnishment Application seeks an order from the Texas state court allowing the Judgment Creditors to "garnish any amounts under ['the deposits accounts, an operation accounts, and a donations account'] or any other account, in this name, or any other name belonging to Free Speech Systems."[6] Like the Turnover Application, success in garnishing FSS's accounts would be threatening to its business operations.

14.    For these reasons, the Trustee believes emergency relief is warranted, including entry of an order extending the chapter 7 automatic stay in the Alex Jones case to FSS to allow the Trustee to effectuate an orderly wind-down and sale process and authorizing the Trustee to manage FSS's cash and use it in the course of FSS's business and wind-down operations in his discretion.

## RELIEF REQUESTED

15.    The Trustee requests that the Court enter an order (1) clarifying the transfer of control and signing authority with respect to the Debtor's bank accounts to Christopher R. Murray in his capacity as the Chapter 7 Trustee for the bankruptcy estate of Alexander Jones, Case No, 22-33553; (2) extending the chapter 7 automatic stay in the Alex Jones case to FSS for 90 days (without prejudice to the Trustee seeking an extension, if needed) to allow the Trustee to conduct an orderly wind-down of FSS's operations and liquidate its inventory; and (3) granting related authority with respect to cash management.[7]

16.    The terms of the Dismissal Order are clear; the CRO was authorized to transfer control and signing authority with respect to the Debtor's bank accounts to the Trustee, and this Court retained *exclusive jurisdiction* over all related proceedings along with jurisdiction to enforce

---

[6]    *See id.* at p. 3.

[7]    The Trustee, as the 100% owner and sole member (and soon to be manager of FSS) has a fiduciary duty to the creditors of FSS in addition to his fiduciary duties as the chapter 7 trustee of the Alex Jones creditors.

6

15439724

and interpret the Dismissal Order. However, the Judgment Creditors' collection efforts threaten the ongoing business of FSS and interfere with the Trustee's efforts to administer the chapter 7 estate and conduct an orderly wind-down of FSS's operations. As such, extension of the chapter 7 automatic stay in the Alex Jones case to FSS through the Court's equitable powers is warranted.

17.     The Court may exercise its broad equitable powers, recognized interchangeably as the "doctrine of necessity" or "necessity of payment rule," to fashion any order or decree that is in the interest of preserving or protecting the value of the Debtors' assets. *See In re CoServ, L.L.C.*, 273 B.R. 487, 496–97 (Bankr. N.D. Tex. 2002) (recognizing the "doctrine of necessity"); *see also In re Young*, 416 F. App'x 392, 398 (5th Cir. 2011) (recognizing "[s]ection 105(a) of Title 11 permits the bankruptcy court to exercise broad authority"); *In re Trevino*, 599 B.R. 526, 543–43 (Bankr. S.D. Tex. 2019) (noting that the bankruptcy court has "broad authority" under section 105(a) of the Bankruptcy Code); *In re Padilla*, 379 B.R. 643, 667 (Bankr. S.D. Tex. 2007) (citations omitted) ("Section 105(a) gives bankruptcy courts broad authority to take actions necessary and appropriate for administering and enforcing the Bankruptcy Code and . . . 'authorizes a bankruptcy court to fashion such orders as are necessary to further the substantive provisions of the Bankruptcy Code.'").

18.     Applicable here is authority concerning the protections of the automatic stay as it relates to chapter 11 cases and the insulation of business operations from collections actions. In that regard, "[t]he stay insures that the debtor's affairs will be centralized, initially, in a single forum in order to prevent conflicting judgments from different courts and in order to harmonize all of the creditors' interests with one another." *Fid. Mortg. Inv'rs v. Camelia Builders, Inc.*, 550 F.2d 47, 55 (2d Cir. 1976). By filing the Turnover Application—which the state court has already entered an order granting—and the Garnishment Application, the Judgment Creditors threaten to

7

create the very thing the automatic stay seeks to prevent, conflicting judgments from different courts and an imbalance between the Debtor's creditors. *See id*.

19.     The Dismissal Order supports extending the Alex Jones chapter 7 automatic stay to FSS. The Dismissal Order states that "The CRO is authorized to transfer control and signing authority with respect to ***the Debtor's bank accounts to Christopher R. Murray in his capacity as the Chapter 7 Trustee*** for the bankruptcy estate of Alexander Jones, Case No. 22-33553." [Dkt. No. 956.] (emphases added). By obtaining an order regarding the Turnover Application and filing the Garnishment Application, the Judgment Creditors directly and adversely affected the Trustee's rights. Thus, extension of the Alex Jones chapter 7 automatic stay to FSS is necessary to prevent the Judgement Creditors from acquiring the very accounts over which the Dismissal Order made clear the CRO was authorized transfer control and signing authority to the ***Trustee***. *See, e.g., Queenie, Ltd. v. Nygard Intern, 321 F.3d* 287–288 (2d Cir. 2003) (recognizing extension of stay to a non-debtor as appropriate where it presented immediate adverse economic consequences for the debtor's estate).

20.     In addition to an order staying collection actions against FSS for 90 days (without prejudice to the Trustee seeking an extension, if needed) to allow the Trustee to conduct an orderly wind-down of FSS operations and liquidating its inventory, the Trustee requests an award of attorneys' fees related to his efforts drafting and prosecuting of this Motion.

WHEREFORE, the Trustee requests that the Court enter an order, substantially in the form attached hereto, (i) clarifying the transfer of control and signing authority with respect to the Debtor's bank accounts to Christopher R. Murray in his capacity as the Chapter 7 Trustee for the bankruptcy estate of Alexander Jones, Case No, 22-33553; (ii) extending the chapter 7 stay in the Alex Jones case to FSS for 90 days (without prejudice to the Trustee seeking an extension, if

8

15439724

needed) to allow the Trustee to conduct an orderly wind-down of FSS operations and liquidating its inventory; (iii) authorizing the Trustee to manage FSS's cash and use it in the course of FSS's business and wind-down operations in his discretion; (iv) awarding the Trustee reasonable attorneys' fees associated with the drafting and prosecution of this Motion; (v) and granting the Trustee such other and further relief as the Trustee may be justly entitled.

**Dated: June 23, 2024.**

Respectfully submitted,

**Porter Hedges LLP**

By:    /s/ Joshua W. Wolfshohl
       Joshua W. Wolfshohl
       State Bar No. 24038592
       1000 Main Street, 36th Floor
       Houston, Texas 77002
       (713) 226-6000
       (713) 228-1331 (fax)

       **Counsel to Christopher R. Murray, Chapter 7 Trustee**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was duly served by electronic transmission to all registered ECF users appearing in the case on June 23, 2024.

/s/ Joshua W. Wolfshohl
       Joshua W. Wolfshohl

9

15439724

000165

# EXHIBIT A

000166

## D-1-GN-18-001835

| | | |
|---|---|---|
| NEIL HESLIN and SCARLETT LEWIS | §<br>§ | IN DISTRICT COURT OF |
| VS. | §<br>§ | TRAVIS COUNTY, TEXAS |
| ALEX E. JONES and FREE SPEECH<br>SYSTEMS, LLC | §<br>§ | 261st DISTRICT COURT |

---

### PLAINTIFFS' APPLICATION FOR TURNOVER ORDER

---

Plaintiffs (and judgment creditors) Neil Heslin and Scarlett Lewis apply for an order to aid in satisfying the judgment rendered by the Court in their favor against Free Speech Systems, LLC.[1]  As the Court will recall, Heslin and Lewis obtained a judgment in this case for over $50 million plus interest against Free Speech Systems.[2] *See* Ex. 2 (Final Judgment). While that judgment was rendered in January 2023, neither Heslin nor Lewis have collected anything on that judgment because collections were stayed while Free Speech Systems was in bankruptcy. *See* Ex. 1 (Decl. of Avi Moshenberg). The bankruptcy court, however, has just dismissed the bankruptcy—meaning that Heslin and Lewis are now permitted to collect on their judgments. *See* Ex. 3 (Order dismissing FSS's bankruptcy). Under the Texas turnover statute, they now respectfully ask that the Court order Free Speech Systems to turn over all its nonexempt property. *See* TEX. CIV. P. & REM. CODE § 31.002.

---

[1] Plaintiffs do *not* seek a turnover order against Alex Jones, individually. Alex Jones remains in bankruptcy and an automatic stay bars any collections against Jones individually.

[2] The Court has jurisdiction to enforce its judgment until the judgment is satisfied. *See Alexander Dubose Jefferson & Townsend LLP v. Chevron Phillips Chem. Co., L.P.*, 540 S.W.3d 577, 581 (Tex. 2018)

The Texas turnover statute authorizes the Court to aid through injunction or other means to reach property to obtain satisfaction on a judgment if the judgment debtor owns property, including present or future rights to property, that is not exempt. *See id.* at § 31.002(a). More specifically, the statute expressly authorizes the Court to "order the judgment debtor to turn over nonexempt property that is in the debtor's possession or is subject to the debtor's control" and "otherwise apply the property to the satisfaction of the judgment . . . ." *See id.* at § 31.002(b). Because Free Speech Systems is a business and not an individual, none of its property is considered exempt from collections. Accordingly, there is no debate about which property of Free Speech Systems is exempt and all of it may be turned over. That is especially true since the order need not identify specific property that is subject to turnover. *See id.* at § 31.002(h). So the Court may order Free Speech Systems to turn over *all* its property.

For these reasons, Heslin and Lewis respectfully ask that the Court order Free Speech Systems to turn over all its property—including its real property, personal property, and intellectual property—to Heslin and Lewis immediately.[3] Heslin and Lewis also ask that Free Speech Systems be further enjoined from transferring, assigning, or conveying its property to any insiders or affiliates within the meaning of the Texas Uniform Fraudulent Transfer Act without a prior court order. *See* Tex. Bus. & Comm. Code § 24.001–12. Heslin and Lewis further ask that any order of this Court be enforced through contempt proceedings or any other appropriate means if Free Speech Systems refuses to comply with or disobeys the Court's order.

---

[3] This is includes but is not limited to all property identified in Ex. 4 (FSS's liquidation analysis) and Ex. 5, at 5. (April 2024 monthly operating reports showing accounts with Cadence Bank).

Dated: June 21, 2024

Respectfully submitted,

**KASTER LYNCH FARRAR & BALL, LLP**

_____
MARK D. BANKSTON
State Bar No. 24071066
WILLIAM R. OGDEN
State Bar No. 24073531
1117 Herkimer
Houston, Texas 77008
713.221.8300 Telephone
713.221.8301 Fax

**LAWSON & MOSHENBERG PLLC**

\_\_/s/ *Avi Moshenberg*_____
Avi Moshenberg (TX Bar No. 24083532)
801 Travis Street
Suite 2101 #838
Houston, TX 77002
Telephone: (832) 280-5670
Email:
avi.moshenberg@lmbubsinesslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2024, the forgoing document was served upon all counsel of record via electronic service.

_____
MARK D. BANKSTON

## D-1-GN-18-001835

| | | |
|---|---|---|
| NEIL HESLIN and SCARLETT LEWIS | § | IN DISTRICT COURT OF |
| | § | |
| VS. | § | TRAVIS COUNTY, TEXAS |
| | § | |
| ALEX E. JONES and FREE SPEECH | § | 261st DISTRICT COURT |
| SYSTEMS, LLC | § | |

---

## TURNOVER ORDER

---

The Court has considered Plaintiffs' Application for Turnover Order and any response and arguments by the parties' counsel. Having done so, the Court hereby orders that the Application should be GRANTED.

It is therefore ORDERED that Defendant and Judgment Debtor Free Speech Systems, LLC turn over all its nonexempt property to Plaintiffs immediately. This includes (but is not limited to) the property identified in Exhibit 4 of Plaintiff's Application as well as all other real property, personal property, or intellectual property not listed in Exhibit 4. This order likewise applies to all money of Free Speech Systems, including money held in any bank accounts or being held or controlled by any other third parties at the direction of Free Speech Systems.

It is further ORDERED that Free Speech Systems is further enjoined from transferring, assigning, or in any way conveying any of its property to any insiders or affiliates within the meaning of the Texas Uniform Fraudulent Transfer Act[1] without a prior order from this Court.
\
This ORDER may be enforced through contempt proceedings if Free Speech Systems refuses to comply with or otherwise disobeys this ORDER.

This ORDER was entered on June ___, 2024.

_____
Travis County District Judge

---

See Tex. Bus. & Comm. Code § 24.001–12.

# Exhibit 1

000171

D-1-GN-18-001835

| | | |
|---|---|---|
| NEIL HESLIN and SCARLETT LEWIS | § | IN DISTRICT COURT OF |
| | § | |
| VS. | § | TRAVIS COUNTY, TEXAS |
| | § | |
| ALEX E. JONES and FREE SPEECH | § | 261st DISTRICT COURT |
| SYSTEMS, LLC | § | |

---

## DECLARATION AVI MOSHENBERG

---

1. My name is Avi Moshenberg. My address is 1042 Rosepoint Street, Houston, Texas 77018. I'm over 18 years old and am competent to make this declaration. I have personal knowledge of all the facts stated in this declaration and they are true and correct.

2. I am one of the attorneys of record in this case. I have reviewed Plaintiffs' Application for Turnover Order along with its accompanying exhibits and proposed order. Given my personal knowledge as counsel of record, Exhibit 2 to the Application is a true and correct copy of the final judgment that the Court rendered for Plaintiffs against Free Speech Systems.

3. I am also one of the attorneys of record in Defendant Free Speech Systems' bankruptcy case and the bankruptcy case of Defendant Alex Jones. Given my involvement in the FSS bankruptcy case, I can confirm that Exhibit 4 is a true and correct copy of Free Speech Systems' analysis of what it would cost to liquidate its assets. As Exhibit 4 shows, Free Speech Systems has nowhere near enough assets to cover the over $50-million judgment against it. I can also confirm that Exhibit 5 is a true and correct copy of Free Speech Systems' monthly operating report for April 2024, which shows that the company has bank accounts with Cadence Bank. And I can confirm that Exhibit 3 is a true and correct copy of the order dismissing the FSS bankruptcy case. Unlike the FSS bankruptcy case, the Alex Jones bankruptcy case has not been dismissed. Because of the FSS and Jones bankruptcy cases, Plaintiffs to date have not recovered any money or other sort of remuneration in payment toward the judgment they obtained against Free Speech Systems. Nor has Free Speech Systems submitted any sort of appeal bond to stay collections.

4. As Free Speech Systems is no longer in bankruptcy, there are no longer any bankruptcy safeguards in place to ensure FSS's assets are not siphoned away for purposes that are not legitimate business purposes. An immediate order requiring

FSS to turn over all its property will alleviate the concern that FSS will hide assets and money to avoid paying the judgment.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Harris County, Texas, on June 21, 2024.

/s/ *Avi Moshenberg*
Avi Moshenberg

# Exhibit 2

## D-1-GN-18-001835

| | | |
|---|---|---|
| NEIL HESLIN and SCARLETT LEWIS | § | IN DISTRICT COURT OF |
| | § | |
| VS. | § | TRAVIS COUNTY, TEXAS |
| | § | |
| ALEX E. JONES and FREE SPEECH | § | 261st DISTRICT COURT |
| SYSTEMS, LLC | § | |

### FINAL JUDGMENT

On July 25, 2022, this case came before the Court for trial by jury.[1] Plaintiffs Neil Heslin and Scarlett Lewis appeared personally and through their attorney of record and announced ready for trial. Defendants Alex E. Jones and Free Speech Systems, LLC appeared personally and through their attorney of record and announced ready for trial. After a jury of twelve qualified jurors was duly selected, impaneled, and sworn to try the case, the jury heard the evidence and arguments of counsel. After the evidence was closed, the Court submitted this case to the jury. In response to the jury charge, the jury made findings that the Court received, filed, and entered of record.

Based on the evidence presented during trial, the jury returned a verdict in favor of Plaintiffs and against Defendants. The questions submitted to the jury and

---

[1] Initially, this case was filed as three separate lawsuits by Plaintiffs, which were then consolidated. *See* Cause No.: D-1-GN-18-001835; *Neil Heslin v Alex E. Jones, Infowars, LLC, Free Speech Systems, LLC and Owen Shroyer*; In the 261st Judicial District Court of Travis County, Texas; Cause No.: D-1-GN-19-004651; *Neil Heslin v Alex E. Jones, Infowars, LLC and Free Speech Systems, LLC*; In the 261st Judicial District Court of Travis County, Texas; Cause No.: D-1-GN-18-006623; *Scarlett Lewis v Alex E. Jones, Infowars, LLC and Free Speech Systems, LLC*; In the 98th Judicial District Court of Travis County, Texas.

000175

the jury's findings are attached as Exhibits 1 and 2 and are incorporated by reference into this final judgment. The jury's findings, along with the Court's default judgment and resulting admissions, entitle Plaintiffs Neil Heslin and Scarlett Lewis to a judgment against Defendants Alex E. Jones and Free Speech Systems, LLC as set forth in their Fifth Amended Petition. Alternatively, to the extent that a necessary element of their recovery has been omitted, the Court implies a finding to support it.

It is therefore **ORDERED** that Plaintiffs Neil Heslin and Scarlett Lewis shall have and recover of, from, and against Defendants Alex E. Jones and Free Speech Systems, LLC the following:

1. the amounts of $26,810,000 to Plaintiff Neil Heslin and $22,500,000 to Plaintiff Scarlett Lewis; plus

2. Prejudgment interest at the annual rate of 5% from the day this case was filed by Plaintiffs until the day before the date of the judgment in the amounts of $323,150 to Plaintiff Neil Heslin and $284,250 to Plaintiff Scarlett Lewis; plus

3. Costs of court previously assessed by the Court in the amount of $126,523.80; plus

4. All other court costs shall be taxed against Defendants Alex E. Jones and Free Speech Systems, LLC.

000176

It is further **ORDERED** that postjudgment interest shall accrue on the amount of $50,043,923.80 at the rate of 5%, compounded annually, from the date the judgment is signed until all amounts are paid in full.

It is further **ORDERED** that all writs and processes as may be necessary in the enforcement and collection of this judgment or the costs of court shall issue as necessary.

Of importance to the Court is that no party sought a judgment addressing the constitutionality, either in general or as specifically applied in this case, of the limitation on the amount of recovery prescribed by Tex. Civ. Prac. & Rem. Code 41.008(b).  Instead, Plaintiff's Fifth Amended Petition includes a cause of action referenced in Tex. Civ. Prac. & Rem. Code 41.008(c), which exempts this judgment from the exemplary damages limitation.  Upon taking office a Judge swears to uphold both the Constitution of Texas and the Constitution of the United States.  I am withholding my own judgment on the question at this time, confident that should the Plaintiffs' Fifth Amended Petition be struck for some reason the constitutionality of Tex. Civ. Prac. & Rem. Code 41.008(b) at least in this case will be raised at that time.

This judgment finally disposes of all claims and all parties and is appealable.

Signed on January 12, 2023.

JUDGE PRESIDING
MAYA GUERRA GAMBLE

-3-

# Exhibit 3

000178

United States Bankruptcy Court
Southern District of Texas

**ENTERED**

June 21, 2024

Nathan Ochsner, Clerk

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 22-60043 |
| FREE SPEECH SYSTEMS LLC, | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | CHAPTER 11 |

### ORDER DISMISSING CASE

For the reasons stated on the record at the hearing held on June 14, 2024, this case is dismissed. It is further ORDERED:

1.      The employment of all professionals retained in these chapter 11 cases and the Subchapter V Trustee's service is terminated. Except as otherwise set forth below, the Debtor's CRO shall have no further responsibilities with respect to the Debtor's operations.

2.      The CRO is authorized to transfer control and signing authority with respect to the Debtor's bank accounts to Christopher R. Murray in his capacity as the Chapter 7 Trustee for the bankruptcy estate of Alexander Jones, Case No. 22-33553.

3.      Final applications for compensation shall be filed no later than 14 days after entry of this Order.

4.      This Court shall retain exclusive jurisdiction over the following matters:

    a. Adversary Proceeding No. 24-3038, *Elevated Solutions Group, LLC v. Free Speech Systems LLC, et al.*;

    b. Adversary Proceeding No. 23-3127, *Free Speech Systems LLC v. PQPR, Limited Holdings LLC, et al.*;

    c. Adversary Proceeding No. 22-3331, *Neil Heslin, et al. v. Alex E. Jones, et al.*; and

    d. Applications for approval of professional fees and expenses.

5.      The Court retains jurisdiction to interpret and enforce this Order.

Signed: June 21, 2024

Christopher Lopez
United States Bankruptcy Judge

000179

# Exhibit 4

000180

# Exhibit E

# Liquidation Analysis

000181



**FREE SPEECH SYSTEMS LLC**
**Southern District of Texas**
**Case #22-60043**
*Hypothetical Liquidation Analysis - Exhibit E*
*as of 11/15/2023*

| Notes | | Est. Cost / Book Value | Estimated Recovery % | | Estimated Proceeds $ | |
|---|---|---|---|---|---|---|
| | | | Low | High | Low | High |
| | **ASSETS** | | | | | |
| (a) | Cash | 1,918,283.00 | 100.0% | 100.0% | 1,918,283.00 | 1,918,283.00 |
| (a) | Accounts Receivable | 551,181.00 | 100.0% | 100.0% | 551,181.00 | 551,181.00 |
| (b) | Inventory | 2,128,805.00 | 35.0% | 55.0% | 745,081.75 | 1,170,842.75 |
| (c) | Prepaids / Deposits | 500,000.00 | 100.0% | 100.0% | 500,000.00 | 500,000.00 |
| (d) | Intangible Assets | 150,000.00 | 35.0% | 50.0% | 52,500.00 | 75,000.00 |
| (e) | Fixed Assets | | | | | |
| | Computer Equipment | 403,800.00 | 15.0% | 30.0% | 60,570.00 | 121,140.00 |
| | Facilities Equipment | 180,690.00 | 25.0% | 45.0% | 45,172.50 | 81,310.50 |
| | Office Furniture | 138,300.00 | 25.0% | 45.0% | 34,575.00 | 62,235.00 |
| | Production Equipment | 969,019.00 | 15.0% | 30.0% | 145,352.85 | 290,705.70 |
| (e) | Vehicles | 400,000.00 | 35.0% | 55.0% | 140,000.00 | 220,000.00 |
| | **Total Proceeds Available for Distribution** | **7,340,078.00** | | | **4,192,716.10** | **4,990,697.95** |
| | | | | | | |
| | **LIQUIDATION EXPENSES** | | | | | |
| (f) | Trustee Fees | | | | 115,299.69 | 137,244.19 |
| (g) | Trustee Council | | | | 92,239.75 | 109,795.35 |
| (h) | LLC Wind Down Costs | | | | 733,725.32 | 873,372.14 |
| (i) | Liquidation Expenses | | | | 209,635.81 | 374,302.35 |
| (j) | Contingency | | | | 62,890.74 | 74,860.47 |
| | **Total Liquidation Expenses** | | | | **1,213,791.31** | **1,569,574.51** |
| | | | | | | |
| | **NET PROCEEDS AVAILABLE FOR CREDITORS** | | | | **2,978,924.79** | **3,421,123.44** |
| | | | | | | |
| | **ALLOCATION OF PROCEEDS** | | | | | |
| (k) | Secured Creditors | | | | 80,161.04 | 80,161.04 |
| (l) | Estimated Priority Claims | | | | 465,000.00 | 465,000.00 |
| (m) | Legal and Professional Fees | | | | 265,000.00 | 265,000.00 |
| (n) | Unsecured Creditors | | | | 760,626.83 | 760,626.83 |
| | **Total Secured and Unsecured Claims** | | | | **1,570,787.87** | **1,570,787.87** |
| | | | | | | |
| | **NET PROCEEDS AVAILABLE TO SETTLE PLAINTIFF JUDGEMENTS** | | | | **1,408,136.92** | **1,850,335.57** |

**NOTES**

(a)  Amount per the 9/30/2023 Monthly Operating Report filed with the Court on 10/20/2023. Accounts receivable is assumed 100% collectible since it is exclusively credit card receivables and are settled in just a few days after the transaction is processed.

(b)  Inventory consists of finished products delivered to our fulfillment partner's warehouse and available on the InfoWars website for sale. Recovery percentages take into account the fact that the supplement products are labeled for InfoWars and are often specifically chosen to appeal to our specific audience. Any third party buyer would have the costs and effort to relabel the supplement products. Non-supplement inventory has little to no value as it is very specific to InfoWars. The high and low recovery percentages are the best estimates of management.

(c)  Deposit on Credit Card Processing account with Sweetwater Holding Group Inc. Amount assumes there are no material deposits with supplement manufacturers for orders that have not been delivered to our fulfillment partner. Recovery estimates assume that the deposit will be returned to Free Speech Systems in a timely manner.

(d)  There are numerous internet domain names owned and registered with Free Speech Systems LLC, the most valuable of which is InfoWars.com Liquidation values are the best estimate of management of the value that these domain names could be sold in a liquidation

(e)  Vehicles consist of an 40' RV and a highly modified / armored Ford F450. Neither vehicle is easily marketable and price quotes for comparable sales is not readily available. The realization amounts are managements best estimate of the amounts that would be recovered at auction.

(f)  Trustee fees are assumed to be limited to 2.75% of the Total Proceeds Available for Distribution.

(g)  Compensation for Trustee's counsel is assumed to be 80% of estimated trustee fees.

(h)  Estimates for wind-down costs include operating expenses and other costs considered likely to be incurred during the liquidation period. The liquidation period is assumed to be 8-10 months. Assumes 6 months to conclude the sale of all assets and an additional 2-4 months for administrator and staff to conclude the operations of the company, including resolution of all employee related issues and filing all required tax returns. It contemplates the majority of corporate and all production staff will be terminated immediately and an administrative team of accounting, HR and legal staff will guide the wind-down. The costs associated with the wind-down are estiamted to be 17.5% of Total Proceeds Available for Distribution.

(i)  Liquidation expenses include the costs of professional brokers and liquidators to sell all the inventory, vehicles and fixed assets. It is estimated to between 5% and 7.5% of Total Proceeds Available for Distribution.

(j)  There is a 1.5% contingency for expenses that are not known or knowable as of the preparation of this liquidation analysis

(k)  As of September 30, 2023 the balance on a note to SEC Bank of Crawford secured by the RV is approximately $80,161.04

(l)  Estimated claim amounts from state taxing authorities, lease rejection damages and other known and unknown and disputed priority claims

(m)  There are accounts payable to legal, tax and accounting professionals estimated to be $265,000

(n)  See attached analysis of Unsecured Claims



**FREE SPEECH SYSTEMS LLC**
Southern District of Texas
Case #22-60043
*Analysis of Potential Unsecured Claims - Exhibit E*
*as of 11/15/2023*

| Vendor | Balance | Disputed |
|---|---|---|
| American Express | 199,678.58 | |
| Randazza Law Firm | 153,826.91 | X |
| One Party America LLC | 82,619.55 | X |
| Jacquelyn Blott, Attorney at Law | 58,280.00 | X |
| DeLage Landen Fiancial Services | 50,537.28 | X |
| Reeves Law Firm | 36,436.00 | X |
| Joel Skousen | 35,035.00 | X |
| Wisconsin Dept of Revenue | 17,567.78 | X |
| Greenaire, Inc | 12,240.00 | |
| MRJR Holdings, LLC | 12,000.00 | |
| Konica Minlota Premier Finance | 1,761.27 | X |
| American Media / Reality Zone | 404.76 | |
| Stetson Deese | 239.70 | |
| | 660,626.83 | |
| (a) Other | 100,000.00 | |
| (b) **Total Estimated Unsecured Claims** | **760,626.83** | |

(a)   *Represents a contingency for potential unidentified claims*

(b)   *Total estimated Unsecured Claims is management's best  estimate of the*
      *outstanding claims through an analysis of the SFOA schedules filed at 7/29/22,*
      *the critical vendor schedules, payments made post bankruptcy filing and the*
      *proof of claims summary as of 10/7/23.  There are several disputed claims*
      *that total $436,063.79.  In an abundance of caution we have  disclosed them*
      *as claims that will be paid even though we expect the actual amount to*
      *be significantly lower.*



| Asset Tag (a) | Description | Item | Category | Location | Est. Cost (b) |
|---|---|---|---|---|---|
| 269 | Desktop Generic | Desktop | Computer Equipment | Black box | 1,500.00 |
| 270 | Desktop Generic | Desktop | Computer Equipment | Black box | 2,500.00 |
| 2676 | Desktop Generic | Desktop | Computer Equipment | Black box | 5,000.00 |
| 178 | LG Curved Monitor | Monitor | Computer Equipment | Black box | 500.00 |
| 271 | LG Curved Monitor | Monitor | Computer Equipment | Black box | 1,200.00 |
| 29 | iMac | Desktop | Computer Equipment | E-Commerce office | 500.00 |
| 30 | New iMac | Desktop | Computer Equipment | E-Commerce office | 1,200.00 |
| 256 | iMac | Desktop | Computer Equipment | Production Office | 500.00 |
| 252 | LG Curved Monitor | Monitor | Computer Equipment | Production Office | 600.00 |
| 15 | iMac | Desktop | Computer Equipment | CS Conference room | 500.00 |
| 653 | Server rack | Rack | Computer Equipment | CS server room | 1,200.00 |
| 657 | ProCurve Switch 4208vl | Switch | Computer Equipment | CS server room | 550.00 |
| 7 | Lenovo ThinkCentre | All in One pc | Computer Equipment | Customer Service | 750.00 |
| 241 | Apple Mac Pro | Desktop | Computer Equipment | Production Office | 8,000.00 |
| 242 | LG Curved Monitor | Monitor | Computer Equipment | Production Office | 600.00 |
| 243 | LG Curved Monitor | Monitor | Computer Equipment | Production Office | 600.00 |
| 1 | iMac | Desktop | Computer Equipment | E-Commerce | 500.00 |
| 53 | iMac | Desktop | Computer Equipment | E-Commerce | 500.00 |
| 2 | iMac | Desktop | Computer Equipment | E-Commerce | 1,000.00 |
| 27 | Canon Printer | Large Printer | Computer Equipment | E-Commerce | 1,200.00 |
| 14 | HP DesignJet | Large Printer | Computer Equipment | E-Commerce | 2,600.00 |
| 40 | LG Curved Monitor | Monitor | Computer Equipment | E-Commerce | 1,300.00 |
| 141 | New iMac | Desktop | Computer Equipment | Empty office | 1,500.00 |
| 142 | UniFi switch 48 | Switch | Computer Equipment | Empty office | 950.00 |
| 18 | Lenovo ThinkCentre | All in One pc | Computer Equipment | Facility manager room | 750.00 |
| 19 | Lenovo ThinkCentre | All in One pc | Computer Equipment | Facility manager room | 750.00 |
| 20 | Lenovo ThinkCentre | All in One pc | Computer Equipment | Facility manager room | 750.00 |
| 21 | Lenovo ThinkCentre | All in One pc | Computer Equipment | Facility manager room | 750.00 |
| 26 | Desktop Generic | Desktop | Computer Equipment | Facility manager room | 800.00 |
| 148 | LG Curved Monitor | Monitor | Computer Equipment | Front waiting room / office | 600.00 |
| 152 | LG Curved Monitor | Monitor | Computer Equipment | Front waiting room / office | 600.00 |
| 112 | iPad | Tablet | Computer Equipment | Gym | 600.00 |
| 74 | PN-V601A LCD Monitor | Monitor | Computer Equipment | Gym / storage | 5,400.00 |
| 75 | PN-V601A LCD Monitor | Monitor | Computer Equipment | Gym / storage | 5,400.00 |
| 76 | PN-V601A LCD Monitor | Monitor | Computer Equipment | Gym / storage | 5,400.00 |
| 77 | PN-V601A LCD Monitor | Monitor | Computer Equipment | Gym / storage | 5,400.00 |

000184



**FREE SPEECH SYSTEMS LLC**
**Southern District of Texas**
**Case #22-60043**
*Fixed Asset & Vehicle Schedule - Exhibit E*

| Asset Tag (a) | Description | Item | Category | Location | Est. Cost (b) |
|---|---|---|---|---|---|
| 78 | PN-V601A LCD Monitor | Monitor | Computer Equipment | Gym / storage | 5,400.00 |
| 71 | Server rack | Rack | Computer Equipment | Gym / storage | 1,600.00 |
| 50 | Lenovo ThinkCentre | All in One pc | Computer Equipment | IT | 750.00 |
| 52 | Lenovo ThinkCentre | All in One pc | Computer Equipment | IT | 750.00 |
| 55 | Lenovo ThinkCentre | All in One pc | Computer Equipment | IT | 750.00 |
| 58 | Lenovo ThinkCentre | All in One pc | Computer Equipment | IT | 750.00 |
| 59 | Lenovo ThinkCentre | All in One pc | Computer Equipment | IT | 750.00 |
| 41 | iMac | Desktop | Computer Equipment | IT | 500.00 |
| 47 | iMac | Desktop | Computer Equipment | IT | 500.00 |
| 48 | iMac | Desktop | Computer Equipment | IT | 500.00 |
| 56 | iMac | Desktop | Computer Equipment | IT | 500.00 |
| 57 | iMac | Desktop | Computer Equipment | IT | 500.00 |
| 51 | MacBook Pro | Laptop | Computer Equipment | IT | 600.00 |
| 46 | LG Curved Monitor | Monitor | Computer Equipment | IT | 600.00 |
| 10 | Dell Desktop | Desktop | Computer Equipment | Customer Service Office | 750.00 |
| 61 | LG Curved Monitor | Monitor | Computer Equipment | Customer Service Office | 600.00 |
| 153 | Thinksmart hub | Video conference | Computer Equipment | Small conference room | 2,400.00 |
| 309 | iMac | Desktop | Computer Equipment | Producers room | 600.00 |
| 308 | Mac Mini | Desktop | Computer Equipment | Production Break Room | 600.00 |
| 237 | LG Curved Monitor | Monitor | Computer Equipment | Security entrance | 600.00 |
| 238 | LG Curved Monitor | Monitor | Computer Equipment | Security entrance | 600.00 |
| 8 | Dell Desktop | Desktop | Computer Equipment | Customer Service Office | 750.00 |
| 202 | Desktop Generic | Desktop | Computer Equipment | Studio B | 1,200.00 |
| 203 | Desktop Generic | Desktop | Computer Equipment | Studio B | 1,200.00 |
| 161 | Desktop Generic | Desktop | Computer Equipment | Studio B | 1,500.00 |
| 206 | Desktop Generic | Desktop | Computer Equipment | Studio B | 2,500.00 |
| 214 | iMac | Desktop | Computer Equipment | Studio B | 600.00 |
| 204 | iMac | Desktop | Computer Equipment | Studio B | 800.00 |
| 205 | iMac | Desktop | Computer Equipment | Studio B | 1,200.00 |
| 220 | PN-V601A LCD Monitor | Monitor | Computer Equipment | Studio B | 5,400.00 |
| 221 | PN-V601A LCD Monitor | Monitor | Computer Equipment | Studio B | 5,400.00 |
| 222 | PN-V601A LCD Monitor | Monitor | Computer Equipment | Studio B | 5,400.00 |
| 223 | PN-V601A LCD Monitor | Monitor | Computer Equipment | Studio B | 5,400.00 |
| 224 | PN-V601A LCD Monitor | Monitor | Computer Equipment | Studio B | 5,400.00 |
| 325 | Desktop Generic | Desktop | Computer Equipment | Studio C | 1,200.00 |
| 315 | Desktop Generic | Desktop | Computer Equipment | Studio C | 1,500.00 |

000185



**FREE SPEECH SYSTEMS LLC**
**Southern District of Texas**
**Case #22-60043**
*Fixed Asset & Vehicle Schedule - Exhibit E*

| Asset Tag (a) | Description | Item | Category | Location | Est. Cost (b) |
|---|---|---|---|---|---|
| 332 | Desktop Generic | Desktop | Computer Equipment | Studio C | 1,500.00 |
| | PN-V601A LCD Monitor | Monitor | Computer Equipment | Studio C | 97,000.00 |
| 801 | Dell Precision T3600 | AUTOCAD | Computer Equipment | Studio C Server Room | 500.00 |
| 814 | Dell Precision T3600 | AUTOCAD | Computer Equipment | Studio C Server Room | 500.00 |
| 812 | Mac Mini | Desktop | Computer Equipment | Studio C Server Room | 500.00 |
| 813 | Mac Mini | Desktop | Computer Equipment | Studio C Server Room | 500.00 |
| 807 | Supermicro SuperServer 1029P-MT SYS-1029P-MT | Rack | Computer Equipment | Studio C Server Room | 1,000.00 |
| 284 | Desktop Generic | Desktop | Computer Equipment | Studio J | 800.00 |
| 285 | Desktop Generic | Desktop | Computer Equipment | Studio J | 800.00 |
| 277 | Desktop Generic | Desktop | Computer Equipment | Studio J | 3,500.00 |
| 278 | Desktop Generic | Desktop | Computer Equipment | Studio J | 3,500.00 |
| 280 | iMac | Desktop | Computer Equipment | Studio J | 600.00 |
| 191 | Pixel Plex | Monitor | Computer Equipment | Studio J | 40,000.00 |
| | PN-V601A LCD Monitor | Monitor | Computer Equipment | Studio J | 130,000.00 |
| 297 | iMac | Desktop | Computer Equipment | Writers Room | 600.00 |
| | | | **Total Computer Equipment Cost** | | **403,800.00** |
| | | | | | |
| 37 | Fridge | Break Room | Facilities | Accounting office | 600.00 |
| 39 | Large TV | TV | Facilities | Accounting office | 500.00 |
| 38 | Vacuum | Vacuum | Facilities | Accounting office | 600.00 |
| 33 | TV | TV | Facilities | E-Commerce office | 600.00 |
| 6 | Fridge | Break Room | Facilities | CS breakroom | 900.00 |
| 4 | Coffee Grinder | Coffee grinder | Facilities | CS breakroom | 900.00 |
| 5 | Coffee Maker | Coffee maker | Facilities | CS breakroom | 1,100.00 |
| 13 | TV | TV | Facilities | CS Conference room | 800.00 |
| 244 | Large TV | TV | Facilities | Producer's Office | 1,200.00 |
| 22 | Zebra RF Gun | RF Gun | Facilities | Facility manager room | 1,300.00 |
| 23 | Zebra RF Gun | RF Gun | Facilities | Facility manager room | 1,300.00 |
| 24 | Zebra RF Gun | RF Gun | Facilities | Facility manager room | 1,300.00 |
| 25 | Zebra RF Gun | RF Gun | Facilities | Facility manager room | 1,300.00 |
| 113 | Air compressor | Air compressor | Facilities | Gym | 5,000.00 |
| 95 | Hoist Bench | Gym equipment | Facilities | Gym | 550.00 |
| 96 | Hoist Bench | Gym equipment | Facilities | Gym | 550.00 |
| 97 | Hoist Bench | Gym equipment | Facilities | Gym | 550.00 |
| 98 | Hoist HD-3700 | Gym equipment | Facilities | Gym | 5,000.00 |



**FREE SPEECH SYSTEMS LLC**
**Southern District of Texas**
**Case #22-60043**
*Fixed Asset & Vehicle Schedule - Exhibit E*

| Asset Tag *(a)* | Description | Item | Category | Location | Est. Cost *(b)* |
|---|---|---|---|---|---|
| 103 | Keiser Biaxial Chest press | Gym equipment | Facilities | Gym | 5,000.00 |
| 101 | Keiser Infinity series | Gym equipment | Facilities | Gym | 5,000.00 |
| 104 | Keiser Leg press | Gym equipment | Facilities | Gym | 5,000.00 |
| 105 | Keiser seated leg curl | Gym equipment | Facilities | Gym | 5,000.00 |
| 102 | Keiser Upper Back | Gym equipment | Facilities | Gym | 5,000.00 |
| 106 | Massage table | Gym equipment | Facilities | Gym | 670.00 |
|  | Massage table | Gym equipment | Facilities | Gym | 670.00 |
|  | Punching bag | Gym equipment | Facilities | Gym | 200.00 |
|  | Punching bag | Gym equipment | Facilities | Gym | 200.00 |
| 100 | Rouge Echo Bike | Gym equipment | Facilities | Gym | 900.00 |
| 107 | RowERG | Gym equipment | Facilities | Gym | 1,200.00 |
| 93 | Squat Rack | Gym equipment | Facilities | Gym | 1,200.00 |
| 94 | Squat Rack | Gym equipment | Facilities | Gym | 1,200.00 |
| 99 | Teeter | Gym equipment | Facilities | Gym | 500.00 |
| 122 | Teeter | Gym equipment | Facilities | Gym | 500.00 |
| 92 | TF Leg Press | Gym equipment | Facilities | Gym | 1,500.00 |
| 108 | Weight rack with weights 10-60 lbs | Gym equipment | Facilities | Gym | 1,700.00 |
| 109 | Weight rack with weights 65-100lbs | Gym equipment | Facilities | Gym | 3,000.00 |
| 111 | PA System | Speaker | Facilities | Gym | 900.00 |
| 110 | TV | TV | Facilities | Gym | 300.00 |
| 70 | Ac Unit | AC Unit | Facilities | Gym / storage | 9,500.00 |
| 82 | BBQ Pit | BBQ Pit | Facilities | Gym / storage | 3,000.00 |
| 84 | Philips Selecon Studio light | Lights | Facilities | Gym / storage | 1,800.00 |
| 85 | Philips Selecon Studio light | Lights | Facilities | Gym / storage | 1,800.00 |
| 86 | Philips Selecon Studio light | Lights | Facilities | Gym / storage | 1,800.00 |
| 87 | Philips Selecon Studio light | Lights | Facilities | Gym / storage | 1,800.00 |
| 88 | Philips Selecon Studio light | Lights | Facilities | Gym / storage | 1,800.00 |
| 89 | Philips Selecon Studio light | Lights | Facilities | Gym / storage | 1,800.00 |
| 90 | Philips Selecon Studio light | Lights | Facilities | Gym / storage | 1,800.00 |
| 91 | Philips Selecon Studio light | Lights | Facilities | Gym / storage | 1,800.00 |
| 73 | Electric pallet jack | Pallet jack | Facilities | Gym / storage | 4,000.00 |
| 72 | Pallet jack | Pallet jack | Facilities | Gym / storage | 500.00 |
| 64 | Safe | Safe | Facilities | Gym / storage | 500.00 |
| 67 | Safe | Safe | Facilities | Gym / storage | 500.00 |
| 65 | Safe | Safe | Facilities | Gym / storage | 3,300.00 |
| 66 | Safe | Safe | Facilities | Gym / storage | 3,300.00 |

000187



**FREE SPEECH SYSTEMS LLC**
**Southern District of Texas**
**Case #22-60043**
*Fixed Asset & Vehicle Schedule - Exhibit E*

| Asset Tag (a) | Description | Item | Category | Location | Est. Cost (b) |
|---|---|---|---|---|---|
| 69 | Shipping container | Safe | Facilities | Gym / storage | 6,000.00 |
| 79 | Drone storage case | Storage case | Facilities | Gym / storage | 900.00 |
| 144 | Fridge | Break Room | Facilities | Gym Break room | 1,200.00 |
| 145 | Fridge | Break Room | Facilities | Gym Break room | 1,200.00 |
| 146 | Fridge | Break Room | Facilities | Gym Break room | 1,200.00 |
| 147 | Fridge | Break Room | Facilities | Gym Break room | 1,200.00 |
| 143 | Euhomy Ice box | Kitchen | Facilities | Gym Break room | 500.00 |
| 121 | Air tower elite | Gym equipment | Facilities | Gym Cold Room | 1,300.00 |
| 126 | Elliptical | Gym equipment | Facilities | Gym Cold Room | 1,200.00 |
| 118 | Resistance Fitness Bike | Gym equipment | Facilities | Gym Cold Room | 800.00 |
| 119 | Resistance Fitness Bike | Gym equipment | Facilities | Gym Cold Room | 800.00 |
| 120 | Resistance Fitness Bike | Gym equipment | Facilities | Gym Cold Room | 800.00 |
| 125 | Treadmill | Gym equipment | Facilities | Gym Cold Room | 600.00 |
| 123 | Trueform trainer | Gym equipment | Facilities | Gym Cold Room | 7,000.00 |
| 124 | Trueform trainer | Gym equipment | Facilities | Gym Cold Room | 7,000.00 |
| 114 | Joovv red light | Lights | Facilities | Gym Cold Room | 1,300.00 |
| 116 | Joovv red light | Lights | Facilities | Gym Cold Room | 1,300.00 |
| 117 | Joovv red light | Lights | Facilities | Gym Cold Room | 18,000.00 |
| 115 | TV | TV | Facilities | Gym Cold Room | 600.00 |
| 140 | Large TV | TV | Facilities | Morning Host office | 600.00 |
| 42 | Large TV | TV | Facilities | IT | 500.00 |
| 49 | Large TV | TV | Facilities | IT | 500.00 |
| 43 | Large TV | TV | Facilities | IT | 600.00 |
| 60 | TV | TV | Facilities | IT | 800.00 |
| 138 | Large TV | TV | Facilities | Sales office | 600.00 |
| 11 | TV | TV | Facilities | Customer Service Office | 300.00 |
| 62 | TV | TV | Facilities | Customer Service Office | 200.00 |
| 136 | Large TV | TV | Facilities | Afternoon Host office | 600.00 |
| 137 | Large TV | TV | Facilities | Afternoon Host office | 800.00 |
| 157 | Fridge | Break Room | Facilities | Small conference room | 1,200.00 |
| 154 | TV | TV | Facilities | Small conference room | 1,200.00 |
| 303 | Coffee Maker | Coffee maker | Facilities | Podcast studio | 1,200.00 |
| 311 | TV | TV | Facilities | Producers room | 500.00 |
| 307 | Fridge | Break Room | Facilities | Production Break Room | 2,500.00 |
| 305 | Coffee Grinder | Coffee grinder | Facilities | Production Break Room | 1,000.00 |
| 306 | Coffee Maker | Coffee maker | Facilities | Production Break Room | 1,200.00 |

000188

**FREE SPEECH SYSTEMS LLC**
**Southern District of Texas**
**Case #22-60043**
*Fixed Asset & Vehicle Schedule - Exhibit E*

| Asset Tag *(a)* | Description | Item | Category | Location | Est. Cost *(b)* |
|---|---|---|---|---|---|
| 304 | Large TV | TV | Facilities | Production Break Room | 800.00 |
| 232 | Large TV | TV | Facilities | Production Conference room | 2,300.00 |
| 236 | Safe | Safe | Facilities | Security entrance | 1,600.00 |
| 9 | Large TV | TV | Facilities | Customer Service Office | 500.00 |
| 266 | Safe | Safe | Facilities | Studio J | 5,000.00 |
| 298 | TV | TV | Facilities | Writers Room | 600.00 |
|  |  |  | **Total Facilities Cost** |  | **180,690.00** |
| 17 | Cabinet | Cabinet | Office Furniture | Customer Service | 500.00 |
| 28 | Cabinet | Cabinet | Office Furniture | Facility manager room | 600.00 |
| 32 | Cabinet | Cabinet | Office Furniture | Purchasing office | 600.00 |
| 35 | Cabinet | Cabinet | Office Furniture | Accounting office | 500.00 |
| 44 | Cabinet | Cabinet | Office Furniture | IT | 600.00 |
| 45 | Cabinet | Cabinet | Office Furniture | IT | 500.00 |
| 134 | Cabinet | Cabinet | Office Furniture | Green screen room | 800.00 |
| 12 | Whiteboard | Whiteboard | Office Furniture | CS Conference room | 600.00 |
| 139 | Whiteboard | Whiteboard | Office Furniture | Sales office | 500.00 |
| 155 | Whiteboard | Whiteboard | Office Furniture | Small conference room | 600.00 |
| 233 | Whiteboard | Whiteboard | Office Furniture | Production Conference room | 600.00 |
| 234 | Whiteboard | Whiteboard | Office Furniture | Production Conference room | 500.00 |
| 3 | Table | Table | Office Furniture | E-Commerce | 500.00 |
| 16 | Conference Table | Table | Office Furniture | CS Conference room | 1,200.00 |
| 83 | Conference Table | Table | Office Furniture | Gym / storage | 1,200.00 |
| 156 | Conference Table | Table | Office Furniture | Small conference room | 2,000.00 |
| 231 | Conference Table | Table | Office Furniture | Production Conference room | 3,000.00 |
| 135 | Cabinet | Cabinet | Office Furniture | Bull pen | 500.00 |
| 208 | Cabinet | Cabinet | Office Furniture | Studio B | 800.00 |
| 209 | Cabinet | Cabinet | Office Furniture | Studio B | 800.00 |
| 239 | Cabinet | Cabinet | Office Furniture | Production Office | 500.00 |
| 312 | Cabinet | Cabinet | Office Furniture | Studio C | 600.00 |
| 636 | Cabinet | Cabinet | Office Furniture | Studio C | 500.00 |
| 31 | Couch | Couch | Office Furniture | E-Commerce office | 500.00 |
| 36 | Couch | Couch | Office Furniture | Accounting office | 500.00 |
| 63 | Couch | Couch | Office Furniture | Customer Service Office | 500.00 |
| 151 | Couch | Couch | Office Furniture | Front waiting room / office | 800.00 |

000189

**FREE SPEECH SYSTEMS LLC**
**Southern District of Texas**
**Case #22-60043**
*Fixed Asset & Vehicle Schedule - Exhibit E*

| Asset Tag *(a)* | Description | Item | Category | Location | Est. Cost *(b)* |
|---|---|---|---|---|---|
| 299 | Couch | Couch | Office Furniture | Writers Room | 600.00 |
| 34 | Desk | Desk | Office Furniture | Accounting office | 2,000.00 |
| 54 | Big White Desk | Desk | Office Furniture | IT | 500.00 |
| 149 | Big White Desk | Desk | Office Furniture | Front waiting room / office | 600.00 |
| 150 | Big White Desk | Desk | Office Furniture | Front waiting room / office | 600.00 |
| 172 | Studio B Desk | Desk | Office Furniture | Studio B | 10,000.00 |
| 253 | Big White Desk | Desk | Office Furniture | Production Office | 600.00 |
| 254 | Big White Desk | Desk | Office Furniture | Production Office | 600.00 |
| 255 | Big White Desk | Desk | Office Furniture | Production Office | 600.00 |
| 257 | Big White Desk | Desk | Office Furniture | Production Office | 600.00 |
| 258 | Big White Desk | Desk | Office Furniture | Production Office | 600.00 |
| 259 | Big White Desk | Desk | Office Furniture | Production Office | 600.00 |
| 261 | Desk | Desk | Office Furniture | Studio J | 45,000.00 |
| 265 | Desk | Desk | Office Furniture | Studio J | 15,000.00 |
| 286 | Desk | Desk | Office Furniture | Studio J | 5,000.00 |
| 287 | Desk | Desk | Office Furniture | Studio J | 5,000.00 |
| 302 | Desk | Desk | Office Furniture | Podcast studio | 5,000.00 |
| 310 | Desk | Desk | Office Furniture | Producers room | 600.00 |
| 317 | Desk | Desk | Office Furniture | Studio C | 3,000.00 |
| 329 | Desk | Desk | Office Furniture | Studio C | 2,500.00 |
| 334 | Desk | Desk | Office Furniture | Studio C | 2,500.00 |
| 349 | Desk | Desk | Office Furniture | Studio C | 15,000.00 |
| 651 | Big White Desk | Desk | Office Furniture | IT | 500.00 |
| 652 | Big White Desk | Desk | Office Furniture | IT | 500.00 |
| | | | | | 138,300.00 |
| 313 | Avcom portable spectrum analyzer | Analyzer | Production Equipment | Studio C | 1,200.00 |
| 185 | Distribution Amplifier Pro Plus | Audio Amplifier | Production Equipment | Studio J | 200.00 |
| 159 | AD 22S Audio Delay | Audio Delay | Production Equipment | Studio B | 579.00 |
| 182 | AD 22S Audio Delay | Audio Delay | Production Equipment | Studio J | 580.00 |
| 291 | AD 22S Audio Delay | Audio Delay | Production Equipment | Studio C | 600.00 |
| 184 | Scarlett 18i20 | Audio Interface | Production Equipment | Studio J | 600.00 |
| 791 | BD600 | Broadcast Delay | Production Equipment | Studio C | 4,000.00 |
| 321 | Airtools 6100 | BroadcastDelay | Production Equipment | Studio C | 900.00 |
| 322 | Airtools 6100 | BroadcastDelay | Production Equipment | Studio C | 900.00 |

**FREE SPEECH SYSTEMS LLC**
**Southern District of Texas**
**Case #22-60043**
*Fixed Asset & Vehicle Schedule - Exhibit E*

| Asset Tag (a) | Description | Item | Category | Location | Est. Cost (b) |
|---|---|---|---|---|---|
| 170 | Camera with Tripod | Camera | Production Equipment | Studio B | 6,000.00 |
| 171 | Camera with Tripod | Camera | Production Equipment | Studio B | 7,200.00 |
| 173 | Camera with Tripod and MD-HX | Camera | Production Equipment | Studio J | 8,000.00 |
| 174 | Camera with Tripod and MD-HX | Camera | Production Equipment | Studio J | 8,000.00 |
| 175 | Camera with Tripod and MD-HX | Camera | Production Equipment | Studio J | 8,000.00 |
| 176 | Camera with Tripod and MD-HX | Camera | Production Equipment | Studio J | 8,000.00 |
| 177 | Camera with Tripod and MD-HX | Camera | Production Equipment | Studio J | 8,000.00 |
| 210 | Sony Carl Zeiss | Camera | Production Equipment | Studio B | 700.00 |
| 211 | Panasonic Camera | Camera | Production Equipment | Studio B | 5,000.00 |
| 225 | Camera with Tripod | Camera | Production Equipment | Studio B | 6,000.00 |
| 226 | Camera with Tripod | Camera | Production Equipment | Studio B | 6,500.00 |
| 228 | Sony Carl Zeiss | Camera | Production Equipment | Studio B | 700.00 |
| 283 | Sony Carl Zeiss | Camera | Production Equipment | Studio J | 700.00 |
| 288 | Camera crane with Camera | Camera | Production Equipment | Studio J | 15,000.00 |
| 335 | Sony Carl Zeiss | Camera | Production Equipment | Studio C | 700.00 |
| 351 | Camera with Tripod and MD-HX | Camera | Production Equipment | Studio C | 8,000.00 |
| 355 | Camera with Tripod and MD-HX | Camera | Production Equipment | Studio C | 8,000.00 |
| 356 | Camera with Tripod and MD-HX | Camera | Production Equipment | Studio C | 8,000.00 |
| 357 | Sony camera with tripod | Camera | Production Equipment | Studio C | 1,700.00 |
| 361 | Camera with Tripod and MD-HX | Camera | Production Equipment | Studio C | 8,000.00 |
|  | Sony Carl Zeiss | Camera | Production Equipment | Studio C | 600.00 |
|  | Canon Camera | Camera | Production Equipment | E-Commerce | 2,500.00 |
|  | Sony Carl Zeiss | Camera | Production Equipment | Studio J | 700.00 |
|  | Sony Carl Zeiss | Camera | Production Equipment | Studio J | 700.00 |
| 196 | Sony remote control unit | Camera controller | Production Equipment | Studio B | 1,500.00 |
| 207 | DJI Ronin M | Camera controller | Production Equipment | Studio B | 1,400.00 |
| 260 | Sony remote control unit | Camera controller | Production Equipment | Studio J | 800.00 |
| 276 | NovaStar LED digital video display | Camera controller | Production Equipment | Studio J | 4,500.00 |
| 331 | Sony remote control unit | Camera controller | Production Equipment | Studio C | 1,500.00 |
| 183 | 6200 DAB | Digital Audio Broadcast Processor | Production Equipment | Studio J | 1,700.00 |
| 320 | 6200 DAB | Digital Audio Broadcast Processor | Production Equipment | Studio C | 1,700.00 |
| 811 | Optimod 6200 DAB | Digital Audio Broadcast Processor | Production Equipment | Studio C Server Room | 2,000.00 |
| 68 | Drone | Drone | Production Equipment | Gym / storage | 3,000.00 |
| 187 | NC1 I/O | Input Output Module | Production Equipment | Studio J | 5,400.00 |
| 188 | NC1 I/O | Input Output Module | Production Equipment | Studio J | 5,400.00 |
| 314 | NC1 I/O | Input Output Module | Production Equipment | Studio C | 1,200.00 |

Case 4:25-cv-05553   Document 2-4   Filed 01/26/26 in TXSD   Page 191 of 285



| Asset Tag *(a)* | Description | Item | Category | Location | Est. Cost *(b)* |
|---|---|---|---|---|---|
| 127 | Socanland Light | Lights | Production Equipment | Green screen room | 1,000.00 |
| 128 | Socanland Light | Lights | Production Equipment | Green screen room | 1,000.00 |
| 131 | Socanland Light | Lights | Production Equipment | Green screen room | 1,000.00 |
| 132 | Socanland Light | Lights | Production Equipment | Green screen room | 1,000.00 |
| 133 | Socanland Light | Lights | Production Equipment | Green screen room | 1,000.00 |
| 212 | Socanland Light | Lights | Production Equipment | Studio B | 500.00 |
| 213 | Socanland Light | Lights | Production Equipment | Studio B | 500.00 |
| 215 | Socanland Light | Lights | Production Equipment | Studio B | 600.00 |
| 229 | Socanland Light | Lights | Production Equipment | Studio B | 600.00 |
| 230 | Socanland Light | Lights | Production Equipment | Studio B | 1,200.00 |
| 235 | Socanland Light | Lights | Production Equipment | Security entrance | 600.00 |
| 240 | Socanland Light | Lights | Production Equipment | Studio B | 500.00 |
| 336 | Socanland Light | Lights | Production Equipment | Studio C | 1,200.00 |
| 337 | Socanland Light | Lights | Production Equipment | Studio C | 1,200.00 |
|  | Socanland Light | Lights | Production Equipment | Studio B | 600.00 |
|  | Socanland Light | Lights | Production Equipment | Studio J | 1,200.00 |
|  | Socanland Light | Lights | Production Equipment | Studio J | 1,200.00 |
|  | Socanland Light | Lights | Production Equipment | Studio J | 1,200.00 |
|  | Socanland Light | Lights | Production Equipment | Studio J | 1,200.00 |
|  | Socanland Light | Lights | Production Equipment | Studio J | 1,200.00 |
|  | Socanland Light | Lights | Production Equipment | Studio J | 1,200.00 |
|  | Socanland Light | Lights | Production Equipment | Studio C | 1,200.00 |
|  | Light | Lights | Production Equipment | Studio J | 2,000.00 |
|  | Socanland Light | Lights | Production Equipment | Studio C | 600.00 |
|  | Socanland Light | Lights | Production Equipment | Studio B | 1,200.00 |
|  | Socanland Light | Lights | Production Equipment | Studio C | 600.00 |
|  | Socanland Light | Lights | Production Equipment | Studio C | 800.00 |
|  | Socanland Light | Lights | Production Equipment | Studio C | 800.00 |
|  | Socanland Light | Lights | Production Equipment | Studio C | 800.00 |
|  | Socanland Light | Lights | Production Equipment | Studio C | 800.00 |
|  | Socanland Light | Lights | Production Equipment | Studio B | 600.00 |
|  | Socanland Light | Lights | Production Equipment | Studio B | 1,200.00 |
| 169 | The Garnet Microphone | Microphone | Production Equipment | Sound Booth | 3,075.00 |
| 167 | Blade-3 | Microphone I/O Network Blade | Production Equipment | Studio B | 5,555.00 |
| 168 | Blade-3 | Microphone I/O Network Blade | Production Equipment | Studio B | 5,555.00 |
| 326 | Blade-3 | Microphone I/O Network Blade | Production Equipment | Studio C | 5,555.00 |

000192



FREE SPEECH SYSTEMS LLC
Southern District of Texas
Case #22-60043
*Fixed Asset & Vehicle Schedule - Exhibit E*

| Asset Tag *(a)* | Description | Item | Category | Location | Est. Cost *(b)* |
|---|---|---|---|---|---|
| 350 | Blade-3 | Microphone I/O Network Blade | Production Equipment | Studio C | 5,000.00 |
| 784 | Blade-3 | Microphone I/O Network Blade | Production Equipment | Studio C | 4,200.00 |
| 785 | Blade-3 | Microphone I/O Network Blade | Production Equipment | Studio C | 4,200.00 |
| 797 | Blade-3 | Microphone I/O Network Blade | Production Equipment | Studio C | 4,200.00 |
| 786 | Gibraltar Network | Network Rack | Production Equipment | Studio C | 650.00 |
| 323 | Clear-com MS-702 | Rack | Production Equipment | Studio C | 1,600.00 |
| 324 | Clear-com HME DX210 | Rack | Production Equipment | Studio C | 3,000.00 |
| 338 | Evo SNS 16B64TB-2X10C | Rack | Production Equipment | Studio C Server Room | 35,000.00 |
| 339 | Dell 3930 Rack | Rack | Production Equipment | Studio C Server Room | 2,000.00 |
| 340 | HP ProLiant DL360e Gen 8 | Rack | Production Equipment | Studio C Server Room | 1,100.00 |
| 341 | Haivision Encoders | Rack | Production Equipment | Studio C Server Room | 50,000.00 |
| 342 | Evo Server Rack | Rack | Production Equipment | Studio C Server Room | 50,000.00 |
| 343 | Supermicro SuperServer 1029P-MT SYS-1029P-MT | Rack | Production Equipment | Studio C Server Room | 2,100.00 |
| 344 | UC-IRD Receiver Decoder | Rack | Production Equipment | Studio C Server Room | 2,100.00 |
| 345 | Wave Stream Redundancy Controller | Rack | Production Equipment | Studio C Server Room | 15,000.00 |
| 346 | Tanberg E5770 | Rack | Production Equipment | Studio C Server Room | 600.00 |
| 347 | Tandberg EN5990 Digital Encoder | Rack | Production Equipment | Studio C Server Room | 2,500.00 |
| 362 | Creston AV3 | Rack | Production Equipment | Studio C | 2,500.00 |
| 808 | Supermicro SuperServer 1029P-MT SYS-1029P-MT | Rack | Production Equipment | Studio C Server Room | 1,000.00 |
| 274 | Digital radio control | Radio control | Production Equipment | Studio J | 5,100.00 |
| 792 | EW G4 | Radio control | Production Equipment | Studio C | 1,100.00 |
| 794 | True Diversity Receiver 500 | Receiver | Production Equipment | Studio C | 600.00 |
| 795 | True Diversity Receiver 500 | Receiver | Production Equipment | Studio C | 600.00 |
| 796 | True Diversity Receiver 500 | Receiver | Production Equipment | Studio C | 600.00 |
| 166 | Teranex Mini - SDI Distribution 12G | SDI Distribution | Production Equipment | Studio B | 545.00 |
| 181 | Teranex Mini - SDI Distribution 12G | SDI Distribution | Production Equipment | Studio J | 525.00 |
| 289 | Teranex Mini - SDI Distribution 12G | SDI Distribution | Production Equipment | Studio C | 1,200.00 |
| 290 | Teranex Mini - SDI Distribution 12G | SDI Distribution | Production Equipment | Studio C | 700.00 |
| 247 | Tricaster Server | Server | Production Equipment | Studio B | 7,500.00 |
| 248 | Tricaster Server | Server | Production Equipment | Studio B | 7,500.00 |
| 292 | Behringer x32 Rack | Server | Production Equipment | Studio C | 1,600.00 |
| 294 | Tricaster Server | Server | Production Equipment | Studio C | 2,000.00 |
| 295 | Tricaster Server | Server | Production Equipment | Studio C | 10,000.00 |
| 296 | BlackMagic Atem production switcher | Server | Production Equipment | Studio C | 1,000.00 |
| 654 | Server | Server | Production Equipment | CS server room | 600.00 |
| 655 | Server | Server | Production Equipment | CS server room | 700.00 |

000193

Case 4:25-cv-05553   Document 2-4   Filed 01/26/26 in TXSD   Page 194 of 285

**FREE SPEECH SYSTEMS**

**FREE SPEECH SYSTEMS LLC**
**Southern District of Texas**
**Case #22-60043**
*Fixed Asset & Vehicle Schedule - Exhibit E*

| Asset Tag (a) | Description | Item | Category | Location | Est. Cost (b) |
|---|---|---|---|---|---|
| 656 | Server | Server | Production Equipment | CS server room | 1,200.00 |
| 781 | IOT/Embedded System | Server | Production Equipment | Studio C | 1,000.00 |
| 798 | Rockford R331 | Server | Production Equipment | Studio C | 11,000.00 |
| 799 | Rockford R331 | Server | Production Equipment | Studio C | 11,000.00 |
| | Server | Server | Production Equipment | CS server room | 2,000.00 |
| 158 | Wheatstone Strata 32 | Soundboard | Production Equipment | Studio B | 75,000.00 |
| 160 | ETC | Soundboard | Production Equipment | Studio B | 4,500.00 |
| 197 | Newtek | Soundboard | Production Equipment | Studio B | 20,000.00 |
| 249 | Newtek | Soundboard | Production Equipment | Studio B | 20,000.00 |
| 273 | Newtek | Soundboard | Production Equipment | Studio J | 20,000.00 |
| 275 | ETC | Soundboard | Production Equipment | Studio J | 3,000.00 |
| 279 | Wheatstone Strata 32 | Soundboard | Production Equipment | Studio J | 75,000.00 |
| 319 | Wheatstone Strata 32 | Soundboard | Production Equipment | Studio C | 75,000.00 |
| 330 | Newtek | Soundboard | Production Equipment | Studio C | 20,000.00 |
| 787 | Access Rack | Stereo | Production Equipment | Studio C | 1,800.00 |
| 788 | Access Rack | Stereo | Production Equipment | Studio C | 1,800.00 |
| 162 | ProSafe GS728TP | Switch | Production Equipment | Studio B | 500.00 |
| 190 | Switch 48 | Switch | Production Equipment | Studio J | 1,200.00 |
| 783 | Catalyst 3650 24 4X1G | Switch | Production Equipment | Studio C | 2,500.00 |
| 800 | Smart Videohub | Switch | Production Equipment | Studio C Server Room | 3,000.00 |
| 809 | ProCurve Switch 4208vl | Switch | Production Equipment | Studio C Server Room | 1,000.00 |
| 810 | DXS-1210-12SC | Switch | Production Equipment | Studio C Server Room | 1,500.00 |
| 129 | Large TV | TV | Production Equipment | Green screen room | 800.00 |
| 130 | Large TV | TV | Production Equipment | Green screen room | 800.00 |
| 198 | Large TV | TV | Production Equipment | Studio B | 2,000.00 |
| 199 | Large TV | TV | Production Equipment | Studio B | 3,000.00 |
| 200 | Large TV | TV | Production Equipment | Studio B | 1,500.00 |
| 201 | TV | TV | Production Equipment | Studio B | 800.00 |
| 216 | TV | TV | Production Equipment | Studio B | 500.00 |
| 217 | Large TV | TV | Production Equipment | Studio B | 500.00 |
| 218 | Large TV | TV | Production Equipment | Studio B | 1,500.00 |
| 219 | Large TV | TV | Production Equipment | Studio B | 1,500.00 |
| 227 | Large TV | TV | Production Equipment | Studio B | 600.00 |
| 250 | Large TV | TV | Production Equipment | Studio C | 600.00 |
| 251 | Large TV | TV | Production Equipment | Studio C | 800.00 |
| 262 | Large TV | TV | Production Equipment | Studio J | 5,500.00 |

000194



| Asset Tag *(a)* | Description | Item | Category | Location | Est. Cost *(b)* |
|---|---|---|---|---|---|
| 263 | Large TV | TV | Production Equipment | Studio J | 4,500.00 |
| 264 | Large TV | TV | Production Equipment | Studio J | 1,500.00 |
| 267 | TV | TV | Production Equipment | Studio J | 5,400.00 |
| 268 | Large TV | TV | Production Equipment | Studio J | 1,500.00 |
| 272 | Large TV | TV | Production Equipment | Black box | 1,500.00 |
| 281 | Large TV | TV | Production Equipment | Studio J | 2,500.00 |
| 282 | Large TV | TV | Production Equipment | Studio J | 2,000.00 |
| 300 | TV | TV | Production Equipment | Podcast studio | 1,200.00 |
| 301 | TV | TV | Production Equipment | Podcast studio | 2,800.00 |
| 352 | Large TV | TV | Production Equipment | Studio C | 800.00 |
| 353 | Large TV | TV | Production Equipment | Studio C | 600.00 |
| 354 | Large TV | TV | Production Equipment | Studio C | 3,000.00 |
| 358 | TV | TV | Production Equipment | Studio C | 600.00 |
| 359 | TV | TV | Production Equipment | Studio C | 600.00 |
| 360 | TV | TV | Production Equipment | Studio C | 600.00 |
|  | Large TV | TV | Production Equipment | Studio J | 1,200.00 |
|  | Large TV | TV | Production Equipment | Studio J | 1,200.00 |
|  | Large TV | TV | Production Equipment | Studio J | 1,200.00 |
|  | Large TV | TV | Production Equipment | Studio J | 1,200.00 |
|  | Large TV | TV | Production Equipment | Studio J | 1,200.00 |
|  | Large TV | TV | Production Equipment | Studio J | 1,200.00 |
| 348 | SmartOnline UPS | UPS | Production Equipment | Studio C Server Room | 2,000.00 |
| 802 | GXT4 UPS | UPS | Production Equipment | Studio C Server Room | 7,500.00 |
| 803 | GXT4 UPS | UPS | Production Equipment | Studio C Server Room | 7,500.00 |
| 804 | GXT4 UPS | UPS | Production Equipment | Studio C Server Room | 10,500.00 |
| 805 | GXT4 UPS | UPS | Production Equipment | Studio C Server Room | 10,500.00 |
| 806 | SmartOnline UPS | UPS | Production Equipment | Studio C | 2,000.00 |
| 163 | TalkShow VS-100 | Video Broadcaster | Production Equipment | Studio B | 1,500.00 |
| 164 | TalkShow VS-100 | Video Broadcaster | Production Equipment | Studio B | 1,500.00 |
| 165 | Smart Videohub 40x40 | Video Broadcaster | Production Equipment | Studio B | 3,000.00 |
| 179 | ATEM 1 M/E Production Studio 4k | Video Broadcaster | Production Equipment | Studio J | 2,700.00 |
| 180 | Design Video Assist | Video Broadcaster | Production Equipment | Studio J | 1,000.00 |
| 186 | LU2000 | Video Broadcaster | Production Equipment | Studio J | 5,500.00 |
| 189 | TriCaster TC1 | Video Broadcaster | Production Equipment | Studio J | 16,000.00 |
| 192 | Ultimatte 12 4k | Video Broadcaster | Production Equipment | Studio C | 2,500.00 |
| 193 | HyperDeck Studio Pro | Video Broadcaster | Production Equipment | Studio C | 1,000.00 |

000195



FREE SPEECH SYSTEMS LLC
Southern District of Texas
Case #22-60043
*Fixed Asset & Vehicle Schedule - Exhibit E*

| Asset Tag *(a)* | Description | Item | Category | Location | Est. Cost *(b)* |
|---|---|---|---|---|---|
| 194 | HyperDeck Studio Pro | Video Broadcaster | Production Equipment | Studio C | 1,000.00 |
| 195 | HyperDeck Studio Pro | Video Broadcaster | Production Equipment | Studio C | 1,000.00 |
| 245 | TalkShow VS-100 | Video Broadcaster | Production Equipment | Studio B | 600.00 |
| 246 | TalkShow VS-100 | Video Broadcaster | Production Equipment | Studio B | 1,500.00 |
| 293 | TriCaster TC1 | Video Broadcaster | Production Equipment | Studio C | 16,000.00 |
| 316 | TriCaster TC1 | Video Broadcaster | Production Equipment | Studio C | 5,000.00 |
| 318 | TriCaster TC1 | Video Broadcaster | Production Equipment | Studio B | 5,000.00 |
| 327 | TalkShow VS-100 | Video Broadcaster | Production Equipment | Studio C | 1,500.00 |
| 328 | TalkShow VS-100 | Video Broadcaster | Production Equipment | Studio C | 1,500.00 |
| 333 | Ultimatte 12 4k | Video Broadcaster | Production Equipment | Studio C | 2,500.00 |
| 782 | KiPro Rack | Video Broadcaster | Production Equipment | Studio C | 3,000.00 |
| 789 | HyperDeck Studio Pro | Video Broadcaster | Production Equipment | Studio J | 1,000.00 |
| 790 | HyperDeck Studio Pro | Video Broadcaster | Production Equipment | Studio C | 1,000.00 |
| | | | **Total Production Equipment Cost** | | **969,019.00** |
| | | | | | |
| | | | **TOTAL FIXED ASSETS** | | **1,691,809.00** |
| | | | | | |
| | 2021 Winnenago RV | Vehicle | Vehicles | Alvin Devane Office | 140,000.00 |
| | 2006 Acura MX | Vehicle | Vehicles | Alvin Devane Office | 10,000.00 |
| | 2015 Ford F450 Teradyne Truck | Vehicle | Vehicles | Gym / storage | 250,000.00 |
| | | | **TOTAL VEHICLE COST** | | **400,000.00** |

(a)  List is the result of a physical count of items located at the FSS Offices and Studios and does not include anything of nominal value such as small office suplies or personal items.  The threshhold of value to be counted and assigned an Asset ID was $500 and higher.  Management does not believe there is a material amount of liquidation value in the small items that have under $500 of cost when purchased.

(b)  Historical asset values for Free Speech Systems are not complete or reliable.  We researched our records to estimate the costs and management believes the amounts are materially correct and consistent with prior tax returns and disclosures in this

000196

# Exhibit 5

000197

**Fill in this information to identify the case:**

Debtor Name __Free Speech Systems LLC__

United States Bankruptcy Court for the: Southern District of Texas

Case number: __22-60043__

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: __April 2024__

Date report filed: __05/28/2024__
MM / DD / YYYY

Line of business: __Dietary Supplement Sales__

NAISC code: __325411__

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:    J Patrick Magill

Original signature of responsible party    *J. Patrick Magill*
J. Patrick Magill (May 30, 2024 08:45 CDT)

Printed name of responsible party    J Patrick Magill

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? *(Note: Subject to the Constraints of the Cash Collateral Budget)* | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way?*** NOTE 1 *** | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

000198

Debtor Name  Free Speech Systems LLC                                    Case number 22-60043

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

*** NOTE 1 *** We provide consignment sales services to PQPR and ESG

## 2. Summary of Cash Activity for All Accounts

**19. Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 2,730,136.0

**20. Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 3,166,022.0

**21. Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

− $ 1,902,653.0

**22. Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ 1,263,369.0

**23. Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

= $ 3,993,505.0

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

**24. Total payables**

$ 742,778.91

*(Exhibit E)*

Debtor Name __Free Speech Systems LLC_____   Case number __22-60043_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                                $ __988,636.24__

     *(Exhibit F)*      *Note - In the interest of clarity, this does not include approximately $1,200,000 that debtors processor is withholding as a reserve, which funds would have otherwise been collected in 4/2024.*

## 5. Employees

26. What was the number of employees when the case was filed?                                              __54__

27. What is the number of employees as of the date of this monthly report?                              __44__

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?      $ __126,841.00__

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ __2,298,944.0__

30. How much have you paid this month in other professional fees?                                      $ __7,263.00__

31. How much have you paid in total other professional fees since filing the case?                    $ __833,949.00__

*Note:  Line 28. and 29.includes Fess for Sub V Trustee, Trustee Counsel and FSS Bankruptcy Counsel, while Line 30. and 31. includes Attorneys Fees, Accounting Fees and Tax Preparation Fees*

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A Projected (Copy lines 35-37 from the previous month's report.) | − | Column B Actual (Copy lines 20-22 of this report.) | = | Column C Difference (Subtract Column B from Column A.) |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 2,780,958.0 | − | $ 3,166,022.0 | = | $ 385,064.00 |
| 33. **Cash disbursements** | $ 2,771,666.0 | − | $ 1,902,653.0 | = | $ 869,013.00 |
| 34. **Net cash flow** | $ 9,292.00 | − | $ 1,263,369.0 | = | $ 1,254,077.0 |

35. Total projected cash receipts for the next month:              *Note: The difference between projected and actual*     $ 2,518,215.0

36. Total projected cash disbursements for the next month:      *cash receipts is the return of a credit card processing reserve of $500,000*   − $ 2,350,055.0

37. Total projected net cash flow for the next month:                                                          = $ 168,160.00

Debtor Name  Free Speech Systems LLC                                    Case number 22-60043

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.



**FORM 425C Exhibit C**
**Cash Receipts - April 2024**

### *Cadence Bank Deposits Account*

| Description | Total Amount |
|---|---|
| Credit Card Receipts - InfoWars Store | 2,269,782.20 |
| Cash / Check Receipts - InfoWars Store | 125.09 |
| Sweetwater - Return of Merchant Deposit | 500,000.00 |
| AD Revenue - Twitter | 418.82 |
| Promotional Payments - My Pillow | 3,816.39 |
| Promotional Payments - Rehoboth Medical | 2,951.01 |
| Promotional Payments - Legacy Partners | 388,888.00 |
| | **3,165,981.51** |

### *Cadence Bank Operations Account*

| Description | Total Amount |
|---|---|
| Cash Back / Rebate | 40.00 |
| | **40.00** |

### *Cadence Bank Donations Account*

| Description | Total Amount |
|---|---|
| Unsolicited Donations - Cash/Check | - |
| | - |

| | |
|---|---|
| **TOTAL CASH RECEIPTS** | **3,166,021.51** |

000202



## FORM 425C Exhibit D
### Cash Disbursements - April 2024

| Date | Payee | Description | Amount |
|------|-------|-------------|-------:|
| **Cadence Bank Operations Account** | | | |
| 04/01/2024 | Envato | ENVATO     61383766284  UT | 42.22 |
| 04/01/2024 | Uhaul | U-HAUL MOVING & PFLUGERVILL U-HAUL MOVING & PFLUGERVILL | 47.85 |
| 04/01/2024 | Twitter | Twitter Online A San Francisco C Twitter Online A San Francisco CA | 73.45 |
| 04/01/2024 | MURF | MURF.AI    SALT LAKE CIT UT | 78.00 |
| 04/01/2024 | Amazon | AMZN Mktp US*Y48 Amzn.com bill W AMZN Mktp US*Y48 Amzn.com | 82.24 |
| 04/01/2024 | Uhaul | U-HAUL MOVING & ROUND ROCK U-HAUL MOVING & ROUND ROCK | 88.00 |
| 04/01/2024 | Name.com | Name.com, Inc  7202492374  CO | 169.52 |
| 04/01/2024 | HEB | H-E-B #091    AUSTIN   TX | 190.85 |
| 04/01/2024 | HEB | H-E-B #373    ROUND ROCK  TX | 208.09 |
| 04/01/2024 | DirecTV | DIRECTV    PAYMENT 083741384 DIRECTV    PAYMENT 083741384 | 221.00 |
| 04/01/2024 | Specialized AC | SPECIALIZED AC MECHA AUSTIN   T SPECIALIZED AC MECHA AUSTIN | 289.25 |
| 04/01/2024 | Travelers | TRAVELERS    BUS INSUR BPITBI159 TRAVELERS    BUS INSUR BPITBI15 | 4,178.92 |
| 04/02/2024 | Gateway | AUTHNET GATEWAY BILLING 13503660 AUTHNET GATEWAY BILLING | 15.48 |
| 04/02/2024 | Amazon | AMZN Mktp US*RA6 Amzn.com bill W AMZN Mktp US*RA6 Amzn.com | 21.22 |
| 04/02/2024 | Amazon | Amazon.com*RA85D Amzn.com bill W Amazon.com*RA85D Amzn.co | 21.64 |
| 04/02/2024 | Amazon | AMZN Mktp US*1W0 Amzn.com bill W AMZN Mktp US*1W0 Amzn.c | 32.43 |
| 04/02/2024 | Restream | RESTREAM, INC.  AUSTIN   TX | 49.00 |
| 04/02/2024 | Vulture Holdings LLC | VULTR BY CONSTAN VULTR.COM   NJ VULTR BY CONSTAN VULTR.CO | 255.84 |
| 04/02/2024 | Amazon | AMZN Mktp US*R24 Amzn.com bill W AMZN Mktp US*R24 Amzn.com | 267.01 |
| 04/02/2024 | Zoom | ZOOM.US 888-799- SAN JOSE   CA ZOOM.US 888-799- SAN JOSE   CA | 540.07 |
| 04/02/2024 | City of Austin | CITY OF AUSTIN T PAYMENT 5424584 CITY OF AUSTIN T PAYMENT 542 | 689.76 |
| 04/02/2024 | City of Austin | CITY OF AUSTIN T PAYMENT 5422227 CITY OF AUSTIN T PAYMENT 542 | 1,286.24 |
| 04/02/2024 | Addshoppers | ADDSHOPPERS   HUNTERSVILLE NC | 2,989.00 |
| 04/02/2024 | City of Austin | CITY OF AUSTIN T PAYMENT 5376658 CITY OF AUSTIN T PAYMENT 537 | 3,543.80 |
| 04/02/2024 | Mongodbcloud | MONGODBCLOUD ITS PALO ALTO   CA | 3,896.93 |
| 04/03/2024 | Epik | WWW.EPIK.COM   SHERIDAN   WY | 7.00 |
| 04/03/2024 | Amazon | AMZN Mktp US*C77 Amzn.com bill W AMZN Mktp US*C77 Amzn.com | 9.19 |
| 04/03/2024 | Amazon | AMZN Mktp US*5I6 Amzn.com bill W AMZN Mktp US*5I6 Amzn.com | 25.95 |

000203

FREE SPEECH SYSTEMS

| Date | Payee | Description | Amount |
|---|---|---|---|
| 04/03/2024 | Amazon | Amazon web servi aws.amazon.co W Amazon web servi aws.amazon | 87.41 |
| 04/03/2024 | Time Corp | LATHEM TIME CORP PAYMENT 1439874 LATHEM TIME CORP PAYMEI | 134.32 |
| 04/03/2024 | Felix Media | IN FELIX MEDIA SOLU AUSTIN   TX | 313.93 |
| 04/03/2024 | Addshoppers | ADDSHOPPERS   HUNTERSVILLE NC | 2,989.00 |
| 04/04/2024 | Amazon | AMAZON.COM*U331A9A13 SEATTLE AMAZON.COM*U331A9A13 SE/ | 43.25 |
| 04/04/2024 | Amazon | AMZN Mktp US*HR2 Amzn.com bill W AMZN Mktp US*HR2 Amzn.co | 190.35 |
| 04/04/2024 | SQ Autin | SQ *AUSTINS GRE Marble Falls TX | 1,047.31 |
| 04/04/2024 | B&H Photo | B&H PHOTO 800-60 NEW YORK B&H PHOTO 800-60 NEW YORK   NY | 1,292.99 |
| 04/04/2024 | The Hartford | THE HARTFORD   INS PMT CL 126495 THE HARTFORD   INS PMT CL 12( | 2,814.00 |
| 04/04/2024 | Alex E Jones | ALEXANDER JONES #22-33553 DIP 04 ALEXANDER JONES #22-33553 [ | 3,103.23 |
| 04/04/2024 | Weekly Sales Settlements | FREE SPEECH OPS DEP PAY -SETT-CC FREE SPEECH OPS DEP PAY -SETT | 15,413.27 |
| 04/04/2025 | O'Conner Wechshler | OCONNERWECHSHLER | 75,000.00 |
| 04/04/2024 | Weekly Sales Settlements | FREE SPEECH OPS DEP PAY -SETT-CC FREE SPEECH OPS DEP PAY -SETT | 248,715.35 |
| 04/05/2024 | The Hartford | THE HARTFORD   INS PMT CL 126495 THE HARTFORD   INS PMT CL 12( | -2,814.00 |
| 04/05/2024 | FDC Servers | FDCSERVERSN   3124236675  FL FDCSERVERSN   3124236675  FL | 10.00 |
| 04/05/2024 | Lathem Time Corp | ADT      PAYMENT 953169174 ADT      PAYMENT 953169174      PAYM | 22.29 |
| 04/05/2024 | Lathem Time Corp | ADT      PAYMENT 953169174 ADT      PAYMENT 953169174      PAYM | 75.42 |
| 04/05/2024 | Lathem Time Corp | ADT      PAYMENT 953169174 ADT      PAYMENT 953169174      PAYM | 111.24 |
| 04/05/2024 | Lathem Time Corp | ADT      PAYMENT 953169174 ADT      PAYMENT 953169174      PAYM | 138.15 |
| 04/05/2024 | New Relic | NRI*NEW RELIC  888-643-8776 CA NRI*NEW RELIC  888-643-8776 CA | 410.41 |
| 04/05/2024 | Amazon | B2B Prime*6829N5 Amzn.com bill W B2B Prime*6829N5 Amzn.com l | 540.17 |
| 04/05/2024 | Flokinet | PAYPAL *FLOKINET 35314369001  DE PAYPAL *FLOKINET 3531436900 | 646.67 |
| 04/05/2024 | Lathem Time Corp | ADT      PAYMENT 953169174 ADT      PAYMENT 953169174      PAYM | 904.81 |
| 04/05/2024 | Lathem Time Corp | ADT      PAYMENT 953169174 ADT      PAYMENT 953169174      PAYM | 1,538.22 |
| 04/05/2024 | Best Buy | BESTBUYCOM806929 888BESTBUY  MN | 2,706.24 |
| 04/08/2024 | Google | GOOGLE *Google Stora Mountain Vi GOOGLE *Google Stora Mounta | 0.52 |
| 04/08/2024 | Amazon | Amazon.com*3S2ZL Amzn.com bill W Amazon.com*3S2ZL Amzn.com | 11.36 |
| 04/08/2024 | Amazon | Amazon.com*GN432 Amzn.com bill W Amazon.com*GN432 Amzn.cc | 145.12 |
| 04/09/2024 | Amazon | Amazon.com*TD96A Amzn.com bill W Amazon.com*TD96A Amzn.co | 40.62 |
| 04/09/2024 | Amazon | AMZN Mktp US*IG7 Amzn.com bill W AMZN Mktp US*IG7 Amzn.com | 73.78 |
| 04/09/2024 | Atlassian | ATLASSIAN   SAN FRANCISCO CA | 85.28 |
| 04/09/2024 | Sams Club | SAMSCLUB #4720  AUSTIN   TX | 91.95 |
| 04/09/2024 | Amazon | AMZN Mktp US*W60 Amzn.com bill W AMZN Mktp US*W60 Amzn.cc | 108.24 |
| 04/09/2024 | HEB | HEB ONLINE #108 855-803-0611 TX | 316.12 |
| 04/09/2024 | Astound | ASTOUND PWRD BY 844-357-0942 TX | 1,300.00 |

000204

FREE SPEECH SYSTEMS

| Date | Payee | Description | Amount |
|---|---|---|---|
| 04/09/2024 | Specialized AC | SPECIALIZED AC MECHA AUSTIN T SPECIALIZED AC MECHA AUSTIN | 1,695.88 |
| 04/10/2024 | Amazon | AMAZON.COM*EM2HH6F53 SEATTLE AMAZON.COM*EM2HH6F53 SI | 12.97 |
| 04/10/2024 | Godaddy.com | DNH*GODADDY.COM TEMPE AZ | 127.79 |
| 04/10/2024 | Amazon | Amazon.com*5Y6HK Amzn.com bill W Amazon.com*5Y6HK Amzn.co | 131.94 |
| 04/10/2024 | Intuit | INTUIT 18004INTUIT MOUNTAIN VIEW INTUIT 18004INTUIT MOUNTA | 213.20 |
| 04/10/2024 | One Horn Transportation | ONE HORN TRANSPO BRADENTON FL | 964.93 |
| 04/11/2024 | Host Gator | WEB*HOSTGATOR.CO BURLINGTON MA | 27.94 |
| 04/11/2024 | Name.com | Name.com, Inc 7202492374 CO | 85.85 |
| 04/11/2024 | Precision Camera | PRECISION CAMERA AUSTIN TX | 116.75 |
| 04/11/2024 | Power Stop | POWER STOP # 1 AUSTIN TX | 125.00 |
| 04/11/2024 | Verizon Wireless | VERIZON WIRELESS 6223344794 0721 VERIZON WIRELESS 622334479 | 496.73 |
| 04/11/2024 | Verizon Wireless | VERIZON WIRELESS 6223344794 0721 VERIZON WIRELESS 622334479 | 571.59 |
| 04/11/2024 | Alex E Jones | ALEXANDER JONES #22-33553 DIP 04 ALEXANDER JONES #22-33553 [ | 1,142.62 |
| 04/11/2024 | The Range at Austin | THE RANGE AT AUS AUSTIN TX THE RANGE AT AUS AUSTIN TX | 1,185.25 |
| 04/11/2024 | One Horn Transportation | ONE HORN TRANSPO BRADENTON FL | 2,003.06 |
| 04/11/2024 | Weekly Sales Settlements | FREE SPEECH OPS 1261510005 -SETT FREE SPEECH OPS 1261510005 - | 2,053.27 |
| 04/11/2024 | The Hartford | THE HARTFORD 9942902727 126495 THE HARTFORD 9942902727 1 | 2,814.00 |
| 04/11/2024 | Alex E Jones | ALEXANDER JONES #22-33553 DIP 04 ALEXANDER JONES #22-33553 [ | 3,000.00 |
| 04/11/2024 | Weekly Sales Settlements | FREE SPEECH OPS 1261510005 -SETT FREE SPEECH OPS 1261510005 - | 50,000.00 |
| 04/11/2024 | Reynal Law Firm | REYNAL LAW FIRM 113025723 STELLA REYNAL LAW FIRM 113025723 | 61,253.76 |
| 04/11/2024 | Weekly Sales Settlements | FREE SPEECH OPS 1261510005 -SETT FREE SPEECH OPS 1261510005 - | 160,494.13 |
| 04/12/2024 | The Hartford | THE HARTFORD 9942902727 126495 THE HARTFORD 9942902727 1 | -2,814.00 |
| 04/12/2024 | Verizon Wireless | VERIZON WIRELESS 6223344794 0721 VERIZON WIRELESS 622334479 | -571.59 |
| 04/12/2024 | Verizon Wireless | VERIZON WIRELESS 6223344794 0721 VERIZON WIRELESS 622334479 | -496.73 |
| 04/12/2024 | Cadence Bank | ANALYSIS CHRG | 5.80 |
| 04/12/2024 | Amazon | AMAZON.COM*FS5Y77W53 SEATTLE AMAZON.COM*FS5Y77W53 SE/ | 123.40 |
| 04/12/2024 | Amazon | AMZN Mktp US*433 Amzn.com bill W AMZN Mktp US*433 Amzn.cor | 201.52 |
| 04/15/2024 | Amazon | AMZN Mktp US*XJ1 Amzn.com bill W AMZN Mktp US*XJ1 Amzn.com | 16.23 |
| 04/15/2024 | Amazon | AMZN Mktp US*2M5 Amzn.com bill W AMZN Mktp US*2M5 Amzn.cc | 17.98 |
| 04/15/2024 | Chat GPT | CHATGPT SUBSCRIP SAN FRANCISCO C CHATGPT SUBSCRIP SAN FRAN | 21.28 |
| 04/15/2024 | Amazon | AMZN Mktp US*L52 Amzn.com bill W AMZN Mktp US*L52 Amzn.com | 23.78 |
| 04/15/2024 | Amazon | AMZN Mktp US*IX4 Amzn.com bill W AMZN Mktp US*IX4 Amzn.com | 38.65 |
| 04/15/2024 | Amazon | AMZN Mktp US*YT8 Amzn.com bill W AMZN Mktp US*YT8 Amzn.con | 43.29 |
| 04/15/2024 | Amazon | AMZN Mktp US*7S9 Amzn.com bill W AMZN Mktp US*7S9 Amzn.con | 48.69 |
| 04/15/2024 | Best Buy | BESTBUYCOM806930 888BESTBUY MN | 49.78 |

000205

FREE SPEECH SYSTEMS

| Date | Vendor | Description | Amount |
|---|---|---|---|
| 04/15/2024 | Amazon | AMZN Mktp US*K79 Amzn.com bill W AMZN Mktp US*K79 Amzn.cor | 57.26 |
| 04/15/2024 | FDC Servers | FDCSERVERSN   3124236675  FL FDCSERVERSN   3124236675  FL | 60.00 |
| 04/15/2024 | Amazon | AMZN Mktp US*WO5 Amzn.com bill W AMZN Mktp US*WO5 Amzn.c | 104.91 |
| 04/15/2024 | Amazon | AMZN Mktp US*UL1 Amzn.com bill W AMZN Mktp US*UL1 Amzn.cor | 108.22 |
| 04/15/2024 | Spectrum | SPECTRUM     0000358635 7858579 SPECTRUM     0000358635 78585 | 131.68 |
| 04/15/2024 | Metal Supermarket | METAL SUPERMARKE ETOBICOKE   ON | 136.54 |
| 04/15/2024 | HEB | H-E-B #611     DRIPPING SPRI TX | 155.64 |
| 04/15/2024 | Back Blaze | BACKBLAZE INC  SAN MATEO   CA | 164.51 |
| 04/15/2024 | Amazon | AMZN Mktp US*KY2 Amzn.com bill W AMZN Mktp US*KY2 Amzn.cor | 206.95 |
| 04/15/2024 | Amazon | AMZN Mktp US*ZX5 Amzn.com bill W AMZN Mktp US*ZX5 Amzn.cor | 206.95 |
| 04/15/2024 | Amazon | AMZN Mktp US*SP2 Amzn.com bill W AMZN Mktp US*SP2 Amzn.cor | 218.67 |
| 04/15/2024 | Home Depot | NST THE HOME DEPOT 0 DRIPPING SP NST THE HOME DEPOT 0 DRIPI | 234.56 |
| 04/15/2024 | Sams Club | SAMS CLUB #4720   AUSTIN   TX | 270.28 |
| 04/15/2024 | Google | GOOGLE *FIBER zw2J2x Mountain Vi GOOGLE *FIBER zw2J2x Mounta | 288.40 |
| 04/15/2024 | Sams Club | SAMSCLUB.COM   888-746-7726 AR | 384.43 |
| 04/15/2024 | Primo Water | PRIMO WATER   TAMPA    FL | 513.71 |
| 04/15/2024 | Smart Air | SMART AIR    AUSTIN   TX | 626.61 |
| 04/15/2024 | Amazon Web Servi | 0099812814 DDA CHECK | 11,860.53 |
| 04/15/2024 | Amazon Web Servi | 0099814618 DDA CHECK | 69,650.81 |
| 04/16/2024 | Host Gator | WEB*HOSTGATOR.CO BURLINGTON  MA | 17.31 |
| 04/16/2024 | Grokability, Inc. | GROKABILITY: SNI SAN DIEGO   CA | 39.99 |
| 04/16/2024 | Amazon | AMAZON.COM*KZ6Y63DZ3 SEATTLE AMAZON.COM*KZ6Y63DZ3 SEAT | 47.93 |
| 04/16/2024 | Amazon | AMAZON.COM*K951F06O3 SEATTLE AMAZON.COM*K951F06O3 SEA | 68.31 |
| 04/16/2024 | Amazon | AMAZON.COM*O19TJ6ST3 SEATTLE AMAZON.COM*O19TJ6ST3 SEAT | 68.38 |
| 04/16/2024 | Amazon | AMAZON.COM*0Q27A7D73 SEATTLE AMAZON.COM*0Q27A7D73 SE | 97.37 |
| 04/16/2024 | Amazon | AMZN Mktp US*QU3 Amzn.com bill W AMZN Mktp US*QU3 Amzn.cc | 105.06 |
| 04/16/2024 | Amazon | AMZN Mktp US*RW8 Amzn.com bill W AMZN Mktp US*RW8 Amzn.c | 173.16 |
| 04/17/2024 | HEB | H-E-B #373     ROUND ROCK  TX | 10.56 |
| 04/17/2024 | Amazon | AMZN Mktp US*XM6 Amzn.com bill W AMZN Mktp US*XM6 Amzn.c | 32.14 |
| 04/17/2024 | Amazon | Amazon.com*E695D Amzn.com bill W Amazon.com*E695D Amzn.co | 61.25 |
| 04/17/2024 | HEB | H-E-B #091     AUSTIN   TX | 69.31 |
| 04/17/2024 | Microsoft Advertising | Microsoft     Redmond    WA | 149.24 |
| 04/17/2024 | Amazon | AMZN Mktp US*T92 Amzn.com bill W AMZN Mktp US*T92 Amzn.cor | 177.61 |
| 04/17/2024 | Verizon Wireless | VZWRLSS*MY VZ VB 800-922-0204 FL | 571.59 |
| 04/17/2024 | RV Land | RV LAND    KYLE    TX | 1,006.25 |

000206

FREE SPEECH SYSTEMS

| Date | Payee | Description | Amount |
|---|---|---|---|
| 04/17/2024 | Weekly Sales Settlements | FREE SPEECH OPS 1261510005 -SETT FREE SPEECH OPS 1261510005 - | 5,326.58 |
| 04/17/2024 | Alex E Jones | ALEXANDER JONES #22-33553 DIP 04 ALEXANDER JONES #22-33553 [ | 14,336.86 |
| 04/17/2024 | Weekly Sales Settlements | FREE SPEECH OPS 1261510005 -SETT FREE SPEECH OPS 1261510005 - | 15,716.53 |
| 04/17/2024 | Weekly Sales Settlements | FREE SPEECH OPS 1261510005 -SETT FREE SPEECH OPS 1261510005 - | 112,019.93 |
| 04/18/2024 | Ionos | IONOS INC.   CHESTERBROOK PA | 31.99 |
| 04/18/2024 | Amazon | AMZN Mktp US*4B8 Amzn.com bill W AMZN Mktp US*4B8 Amzn.cor | 43.28 |
| 04/18/2024 | Amazon | AMZN Mktp US*Z36 Amzn.com bill W AMZN Mktp US*Z36 Amzn.con | 69.45 |
| 04/18/2024 | Amazon | AMZN Mktp US*NX6 Amzn.com bill W AMZN Mktp US*NX6 Amzn.co | 75.76 |
| 04/18/2024 | Hartford Insurance | HARTFORD INS. PR HARTFORD   CT | 5,665.00 |
| 04/19/2024 | Riata Ford | RIATAFORD.COM  MANOR    TX | 7.00 |
| 04/19/2024 | Cloudflare Inc | CLOUDFLARE   SAN FRANCISCO CA CLOUDFLARE   SAN FRANCISCO C | 25.00 |
| 04/19/2024 | Amazon | AMZN Mktp US*VH1 Amzn.com bill W AMZN Mktp US*VH1 Amzn.co | 49.78 |
| 04/19/2024 | Amazon | Amazon.com*R38ZJ Amzn.com bill W Amazon.com*R38ZJ Amzn.com | 119.02 |
| 04/19/2024 | Amazon | AMAZON.COM*I006C2ET3 SEATTLE AMAZON.COM*I006C2ET3 SEATT | 313.93 |
| 04/19/2024 | Amazon | AMZN Mktp US*RZ2 Amzn.com bill W AMZN Mktp US*RZ2 Amzn.cor | 356.57 |
| 04/19/2024 | Smart Air | SMART AIR   AUSTIN   TX | 1,253.23 |
| 04/19/2024 | Apple | APPLE.COM US  800-676-2775 CA | 3,029.92 |
| 04/22/2024 | Cloudflare Inc | CLOUDFLARE   SAN FRANCISCO CA CLOUDFLARE   SAN FRANCISCO C | 25.00 |
| 04/22/2024 | Amazon | AMZN Mktp US*BB8 Amzn.com bill W AMZN Mktp US*BB8 Amzn.cor | 29.22 |
| 04/22/2024 | Vercel Pro | VERCEL PRO   COVINA   CA | 40.00 |
| 04/22/2024 | HEB | HEB ONLINE #108 855-803-0611 TX | 89.43 |
| 04/22/2024 | Amazon | AMZN Mktp US*687 Amzn.com bill W AMZN Mktp US*687 Amzn.cor | 105.95 |
| 04/22/2024 | Amazon | AMZN Mktp US*LY3 Amzn.com bill W AMZN Mktp US*LY3 Amzn.com | 206.95 |
| 04/22/2024 | Amazon | AMZN Mktp US*RL8 Amzn.com bill W AMZN Mktp US*RL8 Amzn.con | 206.95 |
| 04/22/2024 | NewTech | ONLINE STORE SAL 361-816-4113 TX | 215.43 |
| 04/22/2024 | NewTech | ONLINE STORE SAL 361-816-4113 TX | 215.43 |
| 04/22/2024 | NewTech | ONLINE STORE SAL 361-816-4113 TX | 215.43 |
| 04/22/2024 | Orkin | ORKIN     0000427522 9851468 ORKIN     0000427522 9851468      OI | 306.34 |
| 04/22/2024 | HEB | HEB ONLINE #108 855-803-0611 TX | 322.51 |
| 04/22/2024 | Sams Club | SAMSCLUB.COM   888-746-7726 AR | 331.55 |
| 04/22/2024 | 1 Password | 1PASSWORD   TORONTO   ON | 357.28 |
| 04/22/2024 | Amazon | AMZN Mktp US*3I6 Amzn.com bill W AMZN Mktp US*3I6 Amzn.com | 413.90 |
| 04/22/2024 | FDC Servers | FDCSERVERSN  3124236675  FL FDCSERVERSN  3124236675  FL | 545.34 |
| 04/22/2024 | Awio Web Services LLC | AWIO WEB SERVICE CARY    NC | 899.00 |
| 04/22/2024 | Cloudflare Inc | CLOUDFLARE   SAN FRANCISCO CA CLOUDFLARE   SAN FRANCISCO C | 1,199.25 |

000207

FREE SPEECH SYSTEMS

| Date | Payee | Description | Amount |
|---|---|---|---|
| 04/22/2024 | Addshoppers | ADOBE *ADOBE  4085366000  CA | 4,289.35 |
| 04/23/2024 | Orkin | ORKIN     0000427522 9851468 ORKIN     0000427522 9851468     OI | -306.34 |
| 04/23/2024 | Pritunl Premium | PRITUNL PREMIUM SEATTLE    WA | 10.00 |
| 04/23/2024 | GitHub | GITHUB, INC.   SAN FRANCISCO CA | 24.00 |
| 04/23/2024 | Amazon | AMZN Mktp US*RR5 Amzn.com bill W AMZN Mktp US*RR5 Amzn.cor | 211.90 |
| 04/23/2024 | Dropbox | DROPBOX*CQZ32GHQ DROPBOX.COM  CA | 212.13 |
| 04/23/2024 | AT&T | ATT     9864031004 038027002EP ATT     9864031004 038027002EP. | 649.80 |
| 04/24/2024 | AT&T | ATT     9864031004 038027002EP ATT     9864031004 038027002EP. | -649.80 |
| 04/24/2024 | PepperTech | SP PEPPERTECH.IO SAVAGE    MN | 68.98 |
| 04/24/2024 | Rumble | RUMBLEVIDEO   TORONTO    ON | 100.00 |
| 04/24/2024 | Name.com | Name.com, Inc  7202492374  CO | 191.87 |
| 04/24/2024 | Iron Mountain | IRON MOUNTAIN  BOSTON    MA | 317.87 |
| 04/25/2024 | Epik | WWW.EPIK.COM   SHERIDAN   WY | 138.99 |
| 04/25/2024 | Weekly Sales Settlements | FREE SPEECH OPS 1261510005 -SETT FREE SPEECH OPS 1261510005 - | 1,795.77 |
| 04/25/2024 | Apple | APPLE.COM US   800-676-2775 CA | 1,839.17 |
| 04/25/2024 | Security Bank of Crawford | SECURITY BANK OF CRAWFORD 111010 SECURITY BANK OF CRAWFO | 2,196.25 |
| 04/25/2024 | One Horn Transportation | ONE HORN TRANSPO BRADENTON   FL | 3,000.00 |
| 04/25/2024 | Alex E Jones | ALEXANDER JONES #22-33553 DIP 04 ALEXANDER JONES #22-33553 [ | 22,559.77 |
| 04/25/2024 | Weekly Sales Settlements | FREE SPEECH OPS 1261510005 -SETT FREE SPEECH OPS 1261510005 - | 350,426.73 |
| 04/29/2024 | RSS | RSS.APP    MIAMI    FL | 19.99 |
| 04/29/2024 | Chat GPT | CHATGPT SUBSCRIP SAN FRANCISCO C CHATGPT SUBSCRIP SAN FRAN | 21.28 |
| 04/29/2024 | Amazon | Amazon.com*I4785 Amzn.com bill W Amazon.com*I4785 Amzn.com | 300.00 |
| 04/29/2024 | Amazon | AMZN Mktp US*6P8 Amzn.com bill W AMZN Mktp US*6P8 Amzn.cor | 413.90 |
| 04/29/2024 | Amazon | AMZN Mktp US*GE2 Amzn.com bill W AMZN Mktp US*GE2 Amzn.cor | 413.90 |
| 04/30/2024 | Amazon | AMZN Mktp US*7G7 Amzn.com bill W AMZN Mktp US*7G7 Amzn.cor | 85.15 |
| | | | **1,302,723.28** |

**Cadence Bank Payroll Account**

| Date | Description | | Amount |
|---|---|---|---|
| 4/2/2024 | PAYROLL EXPENSE | Payroll Expense | 203,134.39 |
| 4/16/2024 | PAYROLL EXPENSE | Payroll Expense | 198,995.43 |
| 4/30/2024 | PAYROLL EXPENSE | Payroll Expense | 197,800.14 |
| | | | **599,929.96** |

000208

**FREE SPEECH SYSTEMS**

TOTAL CASH DISBURSEMENTS 1,902,653.24

000209



**FORM 425C Exhibit E**
**Total Payables**

*As of April 30, 2024*

| From | Amount | Due Date | |
|---|---|---|---|
| **Trade AP** | | | |
| Jonathon Wolfe | 10,500.00 | 11/07/2023 | *(a)* |
| Encompass | 35,302.88 | 04/10/2024 | |
| Encompass | 23,370.41 | 04/10/2024 | |
| Encompass | 23,370.41 | 04/25/2024 | |
| Novasors (Centrinex LLC) | 5,922.24 | 05/10/2024 | |
| Lease Direct | 3,609.14 | 05/16/2024 | |
| | **102,075.08** | | |
| | | | |
| **Inventory** | | | |
| Hi Tech Pharm | 163,391.47 | 12/20/2023 | *(b)* |
| Hi Tech Pharm | 184,591.36 | 02/14/2024 | *(b)* |
| NutraSimple Products | 57,375.00 | 03/26/2024 | *(b)* |
| Yellow Emperor | 93,750.00 | 12/13/2023 | *(b)* |
| | **499,107.83** | | |
| | | | |
| **Legal / Consulting Fees** | | | |
| Melissa Haselden | 5,219.00 | 01/31/2024 | |
| Melissa Haselden | 13,211.00 | 01/31/2024 | |
| Melissa Haselden | 21,186.00 | 02/29/2024 | *(c)* |
| Melissa Haselden | 56,980.00 | 03/31/2024 | *(c)* |
| Melissa Haselden | 45,000.00 | 04/30/2024 | |
| | **141,596.00** | | |
| | | | |
| **Total Accounts Payable** | **742,778.91** | | |

*(a)*   Disputed

*(b)*   Not due till product is ready to ship and has been manufactured

*(c)*   Did not receive invoice till April of 2024



**FORM 425C Exhibit F**
**Total Receivables**

*Free Speech Systems LLC does not have traditional receivables from our customers.  Virtually all our transactions happen via our on-line store and aggregated by our third party credit card processor.  There is a lag between the transaction on the on-line store and the funding from our processor.  Therefore, we don't have traditional customer receivables but have included our daily processor deposits that are unpaid as of the end of the month as receivables*

*As of April , 2024*

| From | Amount | Due Date |
|------|--------|----------|
| Processor T | 120,947.44 | 4/18/2024 |
| Processor T | 94,770.20 | 4/19/2024 |
| Processor T | 56,543.19 | 4/20/2024 |
| Processor T | 73,741.88 | 4/21/2024 |
| Processor T | 103,253.63 | 4/22/2024 |
| Processor T | 70,001.57 | 4/23/2024 |
| Processor T | 82,562.70 | 4/24/2024 |
| Processor T | 62,999.63 | 4/25/2024 |
| Processor T | 79,358.66 | 4/26/2024 |
| Processor T | 53,537.44 | 4/27/2024 |
| Processor T | 59,714.76 | 4/28/2024 |
| Processor T | 66,606.32 | 4/29/2024 |
| Processor T | 64,598.82 | 4/30/2024 |
| | **988,636.24** | |

*FSS switched credit card processors in October in order to reduce our bankcard rate from 7.0% to 5.5%.  The settlement period in the new contract is listed as 5-10 business days and it has been averaging 12 days.  This is why this Exhibit reflects 13 separate receivables.  As of the date of this MOR filing, $272,260.83 of the above AR has been collected by FSS.*

# FREE SPEECH SYSTEMS

| | AXOS Deposits # 78877 | AXOS Operating # 78919 | AXOS Donations # 78885 | AXOS Payroll # 78927 | AXOS Infowars # 78893 # 77838 | AXOS Legal # 78901 | CADE Deposits # 8-099-2 | CADE Operating # 8-100-8 | CADE Donations # 8-101-6 | CADE Payroll # 8-102-4 | CADE Escrow # 8-103-2 | TOTAL All Accounts |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **April 1 to April 30** | | | | | | | | | | | | |
| **Opening Balance** | - | 409.58 | - | - | 85,772.78 | - | 1,898,599.02 | 60,103.08 | 114,363.49 | 5,000.00 | 565,887.38 | **2,730,135.33** |
| Cash Receipts | - | - | - | - | - | - | 3,165,981.51 | 40.00 | - | - | - | **3,166,021.51** |
| Cash Disbursements | - | - | - | - | - | - | - | (1,302,723.28) | - | (599,929.96) | - | **(1,902,653.24)** |
| **Net Cash Flow** | - | - | - | - | - | - | 3,165,981.51 | (1,302,683.28) | - | (599,929.96) | - | **1,263,368.27** |
| Transfers In | - | - | - | - | - | - | - | 1,266,554.05 | - | 599,929.96 | 59,798.76 | *1,926,282.77* |
| Transfers Out | - | - | - | - | - | - | (1,926,282.77) | - | - | - | - | *(1,926,282.77)* |
| **Cash on Hand** | - | 409.58 *(a)* | - | - | 85,772.78 *(a)* | - | 3,138,297.76 | 23,973.85 | 114,363.49 | 5,000.00 | 625,686.14 | **3,993,503.60** |

*(a)* On 10/26 AXOS bank closed our accounts for the second time in 30 days, despite assurances that they would work with FSS to provide an orderly transition.  There was some confusion with the InfoWars account #78893 and the InfoW Account #77838 with the multiple account closures and cashiers checks that were sent to the Austin office.  The InfoW address on file with AXOS was to a different office and as of 4/30 we have filed a turn-over motion against AXOS bank to get the closing balance to the correct account.  We are not getting cooperation with AXOS Bank and counsel has reached out to AXOS Bank to get it resolved.

# EXHIBIT B

000213

06/21/2024 04:57:09 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-18-001835

## D-1-GN-18-001835

| | | |
|---|---|---|
| NEIL HESLIN and SCARLETT LEWIS | § | IN DISTRICT COURT OF |
| | § | |
| VS. | § | TRAVIS COUNTY, TEXAS |
| | § | |
| ALEX E. JONES and FREE SPEECH SYSTEMS, LLC | § | 261st DISTRICT COURT |
| | § | |

---

## TURNOVER ORDER

---

The Court has considered Plaintiffs' Application for Turnover Order and any response and arguments by the parties' counsel. Having done so, the Court hereby orders that the Application should be GRANTED.

It is therefore ORDERED that Defendant and Judgment Debtor Free Speech Systems, LLC turn over all its nonexempt property to the Travis County Sheriff's Office for execution as required by Tex. Civ. Prac. & Rem. Code 31.002(b)(1). This includes (but is not limited to) the property identified in Exhibit 4 of Plaintiff's Application as well as all other real property, personal property, or intellectual property not listed in Exhibit 4. This order likewise applies to all money of Free Speech Systems, including money held in any bank accounts or being held or controlled by any other third parties at the direction of Free Speech Systems.

It is further ORDERED that Free Speech Systems is further enjoined from transferring, assigning, or in any way conveying any of its property to any insiders or affiliates within the meaning of the Texas Uniform Fraudulent Transfer Act[1] without a prior order from this Court.

\    This ORDER may be enforced through contempt proceedings if Free Speech Systems refuses to comply with or otherwise disobeys this ORDER.

This ORDER was entered on June 24, 2024.

_____
Travis County District Judge

---

[1] *See* Tex. Bus. & Comm. Code § 24.001–12.

000214

# EXHIBIT C

000215

D-1-GN-18-001835A

| | | |
|---|---|---|
| NEIL HESLIN and SCARLETT LEWIS<br>*Plaintiffs/Garnishors* | §<br>§<br>§ | IN DISTRICT COURT OF |
| | § | TRAVIS COUNTY, TEXAS |
| v. | § | |
| CADENCE BANK<br>*Garnishee* | §<br>§ | 261st DISTRICT COURT |
| | §<br>§ | |
| and | §<br>§ | |
| | § | |
| ALEX E. JONES and FREE SPEECH<br>SYSTEMS, LLC<br>*Defendants/Judgment Debtors* | §<br>§<br>§<br>§ | |

---

## PLAINTIFFS' APPLICATION FOR POST-JUDGMENT WRIT OF GARNISHMENT

---

Garnishors (and judgment creditors in this case) Neil Heslin and Scarlett Lewis make this application for the issuance of a post-judgment writ of garnishment against Cadence Bank ("Cadence Bank" or "Garnishee) and as grounds for the Writ would show as follows:

**I.**

1.      Garnishors Neil Heslin and Scarlett Lewis are individuals who may contacted through their undersigned counsel or record: Mark Bankston, 1117 Herkimer, Houston, Texas, 77008.

2.      Judgment Debtor, Free Speech Systems, LLC is a limited liability company located in Travis County in the State of Texas. It may be served with notice of garnishment at its counsel of record: F. Andino Reynal,   17 Franklin, Suite 600, Houston, Texas, 77002.[1]

---

[1] Notice will also be served on Free Speech Systems, LLC's registered agent: John C. Carsey, 1100 Guadalupe Street, Austin, Texas 78701.

3.      Garnishee Cadence Bank is a Mississippi company located and may be served through its registered agent in Texas: CT Corporation System, 1      Bryan St. Ste.   00, Dallas, Texas 75201.

II.

4.      A writ of garnishment is available when Plaintiffs have a valid, subsisting judgment and makes a declaration stating that, within the plaintiff's knowledge, the defendant does not possess property in Texas subject to execution sufficient to satisfy the judgment. *See* TEX. CIV. PRAC. & REM. CODE § 63.001(3).

5.      As the Court will recall, Plaintiffs Heslin and Lewis obtained a judgment in this case for over $50 million plus interest against Free Speech Systems. *See* Ex. 2 (Final Judgment).

6.      While that judgment was rendered in January 2023, neither Heslin nor Lewis have collected anything on that judgment because collections were stayed while Free Speech Systems was in bankruptcy. *See* Ex. 1 (Decl. of Avi Moshenberg). Thus, Heslin's and Lewis's judgment is just, due, and unpaid. *See id.*

7.      The bankruptcy court, however, has just dismissed the bankruptcy—meaning that Heslin and Lewis are now permitted to collect on their judgments.[2] *See* Ex. 3 (Order dismissing FSS's bankruptcy).

8.      As Free Speech Systems has paid nothing toward the Final Judgment, the judgment remains unsatisfied in its entirety. *See* Ex. 1 (Decl. of Avi Moshenberg). Based on its reporting in its bankruptcy, Free Speech Systems, it has far less than $50 million in assets

---

[2] Free Speech Systems has not submitted an appeal bond to halt collections. *See* Exhibit 1.

and therefore does not possess property in Texas subject to execution sufficient to satisfy the judgment *See* Ex. 4 (FSS's liquidation analysis).

.    In its bankruptcy case, Free Speech Systems has also reported to the bankruptcy that it maintains bank accounts with Cadence Bank. *See, e.g..* Ex. 5, at 5 (FSS's monthly operating report for April 2024). Specifically, Free Speech Systems has deposits accounts, an operation accounts, and a donations account. *See id.*  Garnishors therefore seek to garnish any amounts under these accounts or any other account, in this name, or any other name belonging to Free Speech Systems.

10.    Garnishor's Application for Post-Judgment Writ of Garnishment is not brought to injure Judgment Debtor or Garnishee.

For these reasons, Garnishors Neil Heslin and Scarlett Lewis respectfully requests that a Writ of Garnishment be issued, and that Garnishors have judgment against Garnishee Cadence Bank to satisfy the Final Judgment against Judgment Debtor Free Speech Systems, as provided by law, together with post-judgment interest, and all other relief to which Garnishors may be justly entitled.

Dated: June 21, 2024                    Respectfully submitted,

**KASTER LYNCH FARRAR & BALL, LLP**

MARK D. BANKSTON
State Bar No. 24071066
WILLIAM R. OGDEN
State Bar No. 24073531
1117 Herkimer
Houston, Texas 77008
713.221.8300 Telephone
713.221.8301 Fax

**LAWSON & MOSHENBERG PLLC**

\_\_/s/ *Avi Moshenberg*_____
Avi Moshenberg (TX Bar No. 24083532)
801 Travis Street
Suite 2101 #838
Houston, TX 77002
Telephone: (832) 280-5670
Email:
avi.moshenberg@lmbubsinesslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2024, the forgoing document was served upon all counsel of record via electronic service.

_____
MARK D. BANKSTON

000219

# Exhibit
# 1

000220

## D-1-GN-18-001835A

| | | |
|---|---|---|
| NEIL HESLIN and SCARLETT LEWIS | § | IN DISTRICT COURT OF |
| *Plaintiffs/Garnishors* | §<br>§<br>§ | TRAVIS COUNTY, TEXAS |
| v. | §<br>§ | 261st DISTRICT COURT |
| CADENCE BANK | §<br>§ | |
| *Garnishee* | §<br>§ | |
| and | §<br>§ | |
| ALEX E. JONES and FREE SPEECH SYSTEMS, LLC | §<br>§<br>§ | |
| *Defendants/Judgment Debtors* | §<br>§ | |

---

## DECLARATION AVI MOSHENBERG

---

1.  My name is Avi Moshenberg. My address is 1042 Rosepoint Street, Houston, Texas 77018. I'm over 18 years old and am competent to make this declaration. I have personal knowledge of all the facts stated in this declaration and they are true and correct.

2.  I am one of the attorneys of record for Garnishors in this case and in the case where they obtained the final judgment against Free Speech Systems, LLC. I have reviewed Plaintiffs' Application for Post-Judgment Writ of Garnishment along with its accompanying exhibits. Given my personal knowledge as counsel, Exhibit 2 to the Application is a true and correct copy of the final judgment rendered for Plaintiffs against Free Speech Systems, LLC.

3.  I am also one of the attorneys of record in Defendant Free Speech Systems' bankruptcy case and the bankruptcy case of Defendant Alex Jones. Given my involvement in the FSS bankruptcy case, I can confirm that Exhibit 4 is a true and correct copy of Free Speech Systems' analysis of what it would cost to liquidate its assets. As Exhibit 4 shows, Free Speech Systems has nowhere near enough assets to cover the over $50-million judgment against it. I can also confirm that Exhibit 5 is a true and correct copy of Free Speech Systems' monthly operating report for April 2024, which shows that the company has bank accounts with Garnishee, Cadence Bank. And I can confirm that

Exhibit 3 is a true and correct copy of the order dismissing the FSS bankruptcy case. Unlike the FSS bankruptcy case, the Alex Jones bankruptcy case has not been dismissed. Because of the FSS and Jones bankruptcy cases, Plaintiffs to date have not recovered any money or other sort of remuneration in payment toward the judgment they obtained against Free Speech Systems. Nor has Free Speech Systems submitted any sort of appeal bond to stay collections.

4. Garnishors are not seeking to injure or harass Garnishee or Judgment Debtor by seeking a writ of garnishment. Instead Garnishors are merely seeking to protect their interests.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Harris County, Texas, on June 21, 2024.

/s/ *Avi Moshenberg*
Avi Moshenberg

# Exhibit
# 2

# D-1-GN-18-001835

| | | |
|---|---|---|
| NEIL HESLIN and SCARLETT LEWIS | § | IN DISTRICT COURT OF |
| | § | |
| VS. | § | TRAVIS COUNTY, TEXAS |
| | § | |
| ALEX E. JONES and FREE SPEECH | § | 261st DISTRICT COURT |
| SYSTEMS, LLC | § | |

## FINAL JUDGMENT

On July 25, 2022, this case came before the Court for trial by jury.[1] Plaintiffs Neil Heslin and Scarlett Lewis appeared personally and through their attorney of record and announced ready for trial. Defendants Alex E. Jones and Free Speech Systems, LLC appeared personally and through their attorney of record and announced ready for trial. After a jury of twelve qualified jurors was duly selected, impaneled, and sworn to try the case, the jury heard the evidence and arguments of counsel. After the evidence was closed, the Court submitted this case to the jury. In response to the jury charge, the jury made findings that the Court received, filed, and entered of record.

Based on the evidence presented during trial, the jury returned a verdict in favor of Plaintiffs and against Defendants. The questions submitted to the jury and

---

[1] Initially, this case was filed as three separate lawsuits by Plaintiffs, which were then consolidated. *See* Cause No.: D-1-GN-18-001835; *Neil Heslin v Alex E. Jones, Infowars, LLC, Free Speech Systems, LLC and Owen Shroyer*; In the 261st Judicial District Court of Travis County, Texas; Cause No.: D-1-GN-19-004651; *Neil Heslin v Alex E. Jones, Infowars, LLC and Free Speech Systems, LLC*; In the 261st Judicial District Court of Travis County, Texas; Cause No.: D-1-GN-18-006623; *Scarlett Lewis v Alex E. Jones, Infowars, LLC and Free Speech Systems, LLC*; In the 98th Judicial District Court of Travis County, Texas.

Filed on 1/12/2023 3:11:06 PM Travis County District Clerk, Velva L. Price

the jury's findings are attached as Exhibits 1 and 2 and are incorporated by reference into this final judgment. The jury's findings, along with the Court's default judgment and resulting admissions, entitle Plaintiffs Neil Heslin and Scarlett Lewis to a judgment against Defendants Alex E. Jones and Free Speech Systems, LLC as set forth in their Fifth Amended Petition. Alternatively, to the extent that a necessary element of their recovery has been omitted, the Court implies a finding to support it.

It is therefore **ORDERED** that Plaintiffs Neil Heslin and Scarlett Lewis shall have and recover of, from, and against Defendants Alex E. Jones and Free Speech Systems, LLC the following:

1. the amounts of $26,810,000 to Plaintiff Neil Heslin and $22,500,000 to Plaintiff Scarlett Lewis; plus

2. Prejudgment interest at the annual rate of 5% from the day this case was filed by Plaintiffs until the day before the date of the judgment in the amounts of $323,150 to Plaintiff Neil Heslin and $284,250 to Plaintiff Scarlett Lewis; plus

3. Costs of court previously assessed by the Court in the amount of $126,523.80; plus

4. All other court costs shall be taxed against Defendants Alex E. Jones and Free Speech Systems, LLC.

It is further **ORDERED** that postjudgment interest shall accrue on the amount of $50,043,923.80 at the rate of 5%, compounded annually, from the date the judgment is signed until all amounts are paid in full.

It is further **ORDERED** that all writs and processes as may be necessary in the enforcement and collection of this judgment or the costs of court shall issue as necessary.

Of importance to the Court is that no party sought a judgment addressing the constitutionality, either in general or as specifically applied in this case, of the limitation on the amount of recovery prescribed by Tex. Civ. Prac. & Rem. Code 41.008(b). Instead, Plaintiff's Fifth Amended Petition includes a cause of action referenced in Tex. Civ. Prac. & Rem. Code 41.008(c), which exempts this judgment from the exemplary damages limitation. Upon taking office a Judge swears to uphold both the Constitution of Texas and the Constitution of the United States. I am withholding my own judgment on the question at this time, confident that should the Plaintiffs' Fifth Amended Petition be struck for some reason the constitutionality of Tex. Civ. Prac. & Rem. Code 41.008(b) at least in this case will be raised at that time.

This judgment finally disposes of all claims and all parties and is appealable.

Signed on January 12, 2023.

JUDGE PRESIDING
MAYA GUERRA GAMBLE

-3-

000226

# Exhibit 3

000227

United States Bankruptcy Court
Southern District of Texas

**ENTERED**
June 21, 2024
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 22-60043 |
| FREE SPEECH SYSTEMS LLC, | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | CHAPTER 11 |

## ORDER DISMISSING CASE

For the reasons stated on the record at the hearing held on June 14, 2024, this case is dismissed. It is further ORDERED:

1.      The employment of all professionals retained in these chapter 11 cases and the Subchapter V Trustee's service is terminated. Except as otherwise set forth below, the Debtor's CRO shall have no further responsibilities with respect to the Debtor's operations.

2.      The CRO is authorized to transfer control and signing authority with respect to the Debtor's bank accounts to Christopher R. Murray in his capacity as the Chapter 7 Trustee for the bankruptcy estate of Alexander Jones, Case No. 22-33553.

3.      Final applications for compensation shall be filed no later than 14 days after entry of this Order.

4.      This Court shall retain exclusive jurisdiction over the following matters:

   a. Adversary Proceeding No. 24-3038, *Elevated Solutions Group, LLC v. Free Speech Systems LLC, et al.*;

   b. Adversary Proceeding No. 23-3127, *Free Speech Systems LLC v. PQPR, Limited Holdings LLC, et al.*;

   c. Adversary Proceeding No. 22-3331, *Neil Heslin, et al. v. Alex E. Jones, et al.*; and

   d. Applications for approval of professional fees and expenses.

5.      The Court retains jurisdiction to interpret and enforce this Order.

Signed:  June 21, 2024

_____
Christopher Lopez
United States Bankruptcy Judge

000228

# Exhibit
# 4

# Exhibit E

# Liquidation Analysis

000230



FREE SPEECH SYSTEMS LLC
Southern District of Texas
Case #22-60043
*Hypothetical Liquidation Analysis - Exhibit E*
*as of 11/15/2023*

| Notes | | Est. Cost / Book Value | Estimated Recovery % Low | Estimated Recovery % High | Estimated Proceeds $ Low | Estimated Proceeds $ High |
|---|---|---|---|---|---|---|
| | **ASSETS** | | | | | |
| (a) | Cash | 1,918,283.00 | 100.0% | 100.0% | 1,918,283.00 | 1,918,283.00 |
| (a) | Accounts Receivable | 551,181.00 | 100.0% | 100.0% | 551,181.00 | 551,181.00 |
| (b) | Inventory | 2,128,805.00 | 35.0% | 55.0% | 745,081.75 | 1,170,842.75 |
| (c) | Prepaids / Deposits | 500,000.00 | 100.0% | 100.0% | 500,000.00 | 500,000.00 |
| (d) | Intangible Assets | 150,000.00 | 35.0% | 50.0% | 52,500.00 | 75,000.00 |
| (e) | Fixed Assets | | | | | |
| | Computer Equipment | 403,800.00 | 15.0% | 30.0% | 60,570.00 | 121,140.00 |
| | Facilities Equipment | 180,690.00 | 25.0% | 45.0% | 45,172.50 | 81,310.50 |
| | Office Furniture | 138,300.00 | 25.0% | 45.0% | 34,575.00 | 62,235.00 |
| | Production Equipment | 969,019.00 | 15.0% | 30.0% | 145,352.85 | 290,705.70 |
| (e) | Vehicles | 400,000.00 | 35.0% | 55.0% | 140,000.00 | 220,000.00 |
| | **Total Proceeds Available for Distribution** | **7,340,078.00** | | | **4,192,716.10** | **4,990,697.95** |
| | | | | | | |
| | **LIQUIDATION EXPENSES** | | | | | |
| (f) | Trustee Fees | | | | 115,299.69 | 137,244.19 |
| (g) | Trustee Council | | | | 92,239.75 | 109,795.35 |
| (h) | LLC Wind Down Costs | | | | 733,725.32 | 873,372.14 |
| (i) | Liquidation Expenses | | | | 209,635.81 | 374,302.35 |
| (j) | Contingency | | | | 62,890.74 | 74,860.47 |
| | **Total Liquidation Expenses** | | | | **1,213,791.31** | **1,569,574.51** |
| | | | | | | |
| | **NET PROCEEDS AVAILABLE FOR CREDITORS** | | | | **2,978,924.79** | **3,421,123.44** |
| | | | | | | |
| | **ALLOCATION OF PROCEEDS** | | | | | |
| (k) | Secured Creditors | | | | 80,161.04 | 80,161.04 |
| (l) | Estimated Priority Claims | | | | 465,000.00 | 465,000.00 |
| (m) | Legal and Professional Fees | | | | 265,000.00 | 265,000.00 |
| (n) | Unsecured Creditors | | | | 760,626.83 | 760,626.83 |
| | **Total Secured and Unsecured Claims** | | | | **1,570,787.87** | **1,570,787.87** |
| | | | | | | |
| | **NET PROCEEDS AVAILABLE TO SETTLE PLAINTIFF JUDGEMENTS** | | | | **1,408,136.92** | **1,850,335.57** |

**NOTES**

(a) Amount per the 9/30/2023 Monthly Operating Report filed with the Court on 10/20/2023. Accounts receivable is assumed 100% collectible since it is exclusively credit card receivables and are settled in just a few days after the transaction is processed.

(b) Inventory consists of finished products delivered to our fulfillment partner's warehouse and available on the InfoWars website for sale. Recovery percentages take into account the fact that the supplement products are labeled for InfoWars and are often specifically chosen to appeal to our specific audience. Any third party buyer would have the costs and effort to relabel the supplement products. Non-supplement inventory has little to no value as it is very specific to InfoWars. The high and low recovery percentages are the best estimates of management.

(c) Deposit on Credit Card Processing account with Sweetwater Holding Group Inc. Amount assumes there are no material deposits with supplement manufacturers for orders that have not been delivered to our fulfillment partner. Recovery estimates assume that the deposit will be returned to Free Speech Systems in a timely manner.

(d) There are numerous internet domain names owned and registered with Free Speech Systems LLC, the most valuable of which is InfoWars.com Liquidation values are the best estimate of management of the value that these domain names could be sold in a liquidation

(e) Vehicles consist of an 40' RV and a highly modified / armored Ford F450. Neither vehicle is easily marketable and price quotes for comparable sales is not readily available. The realization amounts are managements best estimate of the amounts that would be recovered at auction.

(f) Trustee fees are assumed to be limited to 2.75% of the Total Proceeds Available for Distribution.

(g) Compensation for Trustee's counsel is assumed to be 80% of estimated trustee fees.

(h) Estimates for wind-down costs include operating expenses and other costs considered likely to be incurred during the liquidation period. The liquidation period is assumed to be 8-10 months. Assumes 6 months to conclude the sale of all assets and an additional 2-4 months for administrator and staff to conclude the operations of the company, including resolution of all employee related issues and filing all required tax returns. It contemplates the majority of corporate and all production staff will be terminated immediately and an administrative team of accounting, HR and legal staff will guide the wind-down. The costs associated with the wind-down are estiamted to be 17.5% of Total Proceeds Available for Distribution.

(i) Liquidation expenses include the costs of professional brokers and liquidators to sell all the inventory, vehicles and fixed assets. It is estimated to between 5% and 7.5% of Total Proceeds Available for Distribution.

(j) There is a 1.5% contingency for expenses that are not known or knowable as of the preparation of this liquidation analysis

(k) As of September 30, 2023 the balance on a note to SEC Bank of Crawford secured by the RV is approximately $80,161.04

(l) Estimated claim amounts from state taxing authorities, lease rejection damages and other known and unknown and disputed priority claims

(m) There are accounts payable to legal, tax and accounting professionals estimated to be $265,000

(n) See attached analysis of Unsecured Claims



**FREE SPEECH SYSTEMS LLC**
Southern District of Texas
Case #22-60043
*Analysis of Potential Unsecured Claims - Exhibit E*
*as of 11/15/2023*

| Vendor | Balance | Disputed |
|---|---|---|
| American Express | 199,678.58 | |
| Randazza Law Firm | 153,826.91 | X |
| One Party America LLC | 82,619.55 | X |
| Jacquelyn Blott, Attorney at Law | 58,280.00 | X |
| DeLage Landen Fiancial Services | 50,537.28 | X |
| Reeves Law Firm | 36,436.00 | X |
| Joel Skousen | 35,035.00 | X |
| Wisconsin Dept of Revenue | 17,567.78 | X |
| Greenaire, Inc | 12,240.00 | |
| MRJR Holdings, LLC | 12,000.00 | |
| Konica Minlota Premier Finance | 1,761.27 | X |
| American Media / Reality Zone | 404.76 | |
| Stetson Deese | 239.70 | |
| | 660,626.83 | |
| *(a)* Other | 100,000.00 | |
| *(b)* **Total Estimated Unsecured Claims** | **760,626.83** | |

(a)  *Represents a contingency for potential unidentified claims*

(b)  *Total estimated Unsecured Claims is management's best  estimate of the*
     *outstanding claims through an analysis of the SFOA schedules filed at 7/29/22,*
     *the critical vendor schedules, payments made post bankruptcy filing and the*
     *proof of claims summary as of 10/7/23.  There are several disputed claims*
     *that total $436,063.79.  In an abundance of caution we have  disclosed them*
     *as claims that will be paid even though we expect the actual amount to*
     *be significantly lower.*



**FREE SPEECH SYSTEMS LLC**
**Southern District of Texas**
**Case #22-60043**
*Fixed Asset & Vehicle Schedule - Exhibit E*

| Asset Tag _(a)_ | Description | Item | Category | Location | Est. Cost _(b)_ |
|---|---|---|---|---|---|
| 269 | Desktop Generic | Desktop | Computer Equipment | Black box | 1,500.00 |
| 270 | Desktop Generic | Desktop | Computer Equipment | Black box | 2,500.00 |
| 2676 | Desktop Generic | Desktop | Computer Equipment | Black box | 5,000.00 |
| 178 | LG Curved Monitor | Monitor | Computer Equipment | Black box | 500.00 |
| 271 | LG Curved Monitor | Monitor | Computer Equipment | Black box | 1,200.00 |
| 29 | iMac | Desktop | Computer Equipment | E-Commerce office | 500.00 |
| 30 | New iMac | Desktop | Computer Equipment | E-Commerce office | 1,200.00 |
| 256 | iMac | Desktop | Computer Equipment | Production Office | 500.00 |
| 252 | LG Curved Monitor | Monitor | Computer Equipment | Production Office | 600.00 |
| 15 | iMac | Desktop | Computer Equipment | CS Conference room | 500.00 |
| 653 | Server rack | Rack | Computer Equipment | CS server room | 1,200.00 |
| 657 | ProCurve Switch 4208vl | Switch | Computer Equipment | CS server room | 550.00 |
| 7 | Lenovo ThinkCentre | All in One pc | Computer Equipment | Customer Service | 750.00 |
| 241 | Apple Mac Pro | Desktop | Computer Equipment | Production Office | 8,000.00 |
| 242 | LG Curved Monitor | Monitor | Computer Equipment | Production Office | 600.00 |
| 243 | LG Curved Monitor | Monitor | Computer Equipment | Production Office | 600.00 |
| 1 | iMac | Desktop | Computer Equipment | E-Commerce | 500.00 |
| 53 | iMac | Desktop | Computer Equipment | E-Commerce | 500.00 |
| 2 | iMac | Desktop | Computer Equipment | E-Commerce | 1,000.00 |
| 27 | Canon Printer | Large Printer | Computer Equipment | E-Commerce | 1,200.00 |
| 14 | HP DesignJet | Large Printer | Computer Equipment | E-Commerce | 2,600.00 |
| 40 | LG Curved Monitor | Monitor | Computer Equipment | E-Commerce | 1,300.00 |
| 141 | New iMac | Desktop | Computer Equipment | Empty office | 1,500.00 |
| 142 | UniFi switch 48 | Switch | Computer Equipment | Empty office | 950.00 |
| 18 | Lenovo ThinkCentre | All in One pc | Computer Equipment | Facility manager room | 750.00 |
| 19 | Lenovo ThinkCentre | All in One pc | Computer Equipment | Facility manager room | 750.00 |
| 20 | Lenovo ThinkCentre | All in One pc | Computer Equipment | Facility manager room | 750.00 |
| 21 | Lenovo ThinkCentre | All in One pc | Computer Equipment | Facility manager room | 750.00 |
| 26 | Desktop Generic | Desktop | Computer Equipment | Facility manager room | 800.00 |
| 148 | LG Curved Monitor | Monitor | Computer Equipment | Front waiting room / office | 600.00 |
| 152 | LG Curved Monitor | Monitor | Computer Equipment | Front waiting room / office | 600.00 |
| 112 | iPad | Tablet | Computer Equipment | Gym | 600.00 |
| 74 | PN-V601A LCD Monitor | Monitor | Computer Equipment | Gym / storage | 5,400.00 |
| 75 | PN-V601A LCD Monitor | Monitor | Computer Equipment | Gym / storage | 5,400.00 |
| 76 | PN-V601A LCD Monitor | Monitor | Computer Equipment | Gym / storage | 5,400.00 |
| 77 | PN-V601A LCD Monitor | Monitor | Computer Equipment | Gym / storage | 5,400.00 |

000233



**FREE SPEECH SYSTEMS LLC**
**Southern District of Texas**
**Case #22-60043**
*Fixed Asset & Vehicle Schedule - Exhibit E*

| Asset Tag *(a)* | Description | Item | Category | Location | Est. Cost *(b)* |
|---|---|---|---|---|---|
| 78 | PN-V601A LCD Monitor | Monitor | Computer Equipment | Gym / storage | 5,400.00 |
| 71 | Server rack | Rack | Computer Equipment | Gym / storage | 1,600.00 |
| 50 | Lenovo ThinkCentre | All in One pc | Computer Equipment | IT | 750.00 |
| 52 | Lenovo ThinkCentre | All in One pc | Computer Equipment | IT | 750.00 |
| 55 | Lenovo ThinkCentre | All in One pc | Computer Equipment | IT | 750.00 |
| 58 | Lenovo ThinkCentre | All in One pc | Computer Equipment | IT | 750.00 |
| 59 | Lenovo ThinkCentre | All in One pc | Computer Equipment | IT | 750.00 |
| 41 | iMac | Desktop | Computer Equipment | IT | 500.00 |
| 47 | iMac | Desktop | Computer Equipment | IT | 500.00 |
| 48 | iMac | Desktop | Computer Equipment | IT | 500.00 |
| 56 | iMac | Desktop | Computer Equipment | IT | 500.00 |
| 57 | iMac | Desktop | Computer Equipment | IT | 500.00 |
| 51 | MacBook Pro | Laptop | Computer Equipment | IT | 600.00 |
| 46 | LG Curved Monitor | Monitor | Computer Equipment | IT | 600.00 |
| 10 | Dell Desktop | Desktop | Computer Equipment | Customer Service Office | 750.00 |
| 61 | LG Curved Monitor | Monitor | Computer Equipment | Customer Service Office | 600.00 |
| 153 | Thinksmart hub | Video conference | Computer Equipment | Small conference room | 2,400.00 |
| 309 | iMac | Desktop | Computer Equipment | Producers room | 600.00 |
| 308 | Mac Mini | Desktop | Computer Equipment | Production Break Room | 600.00 |
| 237 | LG Curved Monitor | Monitor | Computer Equipment | Security entrance | 600.00 |
| 238 | LG Curved Monitor | Monitor | Computer Equipment | Security entrance | 600.00 |
| 8 | Dell Desktop | Desktop | Computer Equipment | Customer Service Office | 750.00 |
| 202 | Desktop Generic | Desktop | Computer Equipment | Studio B | 1,200.00 |
| 203 | Desktop Generic | Desktop | Computer Equipment | Studio B | 1,200.00 |
| 161 | Desktop Generic | Desktop | Computer Equipment | Studio B | 1,500.00 |
| 206 | Desktop Generic | Desktop | Computer Equipment | Studio B | 2,500.00 |
| 214 | iMac | Desktop | Computer Equipment | Studio B | 600.00 |
| 204 | iMac | Desktop | Computer Equipment | Studio B | 800.00 |
| 205 | iMac | Desktop | Computer Equipment | Studio B | 1,200.00 |
| 220 | PN-V601A LCD Monitor | Monitor | Computer Equipment | Studio B | 5,400.00 |
| 221 | PN-V601A LCD Monitor | Monitor | Computer Equipment | Studio B | 5,400.00 |
| 222 | PN-V601A LCD Monitor | Monitor | Computer Equipment | Studio B | 5,400.00 |
| 223 | PN-V601A LCD Monitor | Monitor | Computer Equipment | Studio B | 5,400.00 |
| 224 | PN-V601A LCD Monitor | Monitor | Computer Equipment | Studio B | 5,400.00 |
| 325 | Desktop Generic | Desktop | Computer Equipment | Studio C | 1,200.00 |
| 315 | Desktop Generic | Desktop | Computer Equipment | Studio C | 1,500.00 |

000234



**FREE SPEECH SYSTEMS LLC**
**Southern District of Texas**
**Case #22-60043**
*Fixed Asset & Vehicle Schedule - Exhibit E*

| Asset Tag *(a)* | Description | Item | Category | Location | Est. Cost *(b)* |
|---|---|---|---|---|---|
| 332 | Desktop Generic | Desktop | Computer Equipment | Studio C | 1,500.00 |
| | PN-V601A LCD Monitor | Monitor | Computer Equipment | Studio C | 97,000.00 |
| 801 | Dell Precision T3600 | AUTOCAD | Computer Equipment | Studio C Server Room | 500.00 |
| 814 | Dell Precision T3600 | AUTOCAD | Computer Equipment | Studio C Server Room | 500.00 |
| 812 | Mac Mini | Desktop | Computer Equipment | Studio C Server Room | 500.00 |
| 813 | Mac Mini | Desktop | Computer Equipment | Studio C Server Room | 500.00 |
| 807 | Supermicro SuperServer 1029P-MT SYS-1029P-MT | Rack | Computer Equipment | Studio C Server Room | 1,000.00 |
| 284 | Desktop Generic | Desktop | Computer Equipment | Studio J | 800.00 |
| 285 | Desktop Generic | Desktop | Computer Equipment | Studio J | 800.00 |
| 277 | Desktop Generic | Desktop | Computer Equipment | Studio J | 3,500.00 |
| 278 | Desktop Generic | Desktop | Computer Equipment | Studio J | 3,500.00 |
| 280 | iMac | Desktop | Computer Equipment | Studio J | 600.00 |
| 191 | Pixel Plex | Monitor | Computer Equipment | Studio J | 40,000.00 |
| | PN-V601A LCD Monitor | Monitor | Computer Equipment | Studio J | 130,000.00 |
| 297 | iMac | Desktop | Computer Equipment | Writers Room | 600.00 |
| | | | **Total Computer Equipment Cost** | | **403,800.00** |
| 37 | Fridge | Break Room | Facilities | Accounting office | 600.00 |
| 39 | Large TV | TV | Facilities | Accounting office | 500.00 |
| 38 | Vacuum | Vacuum | Facilities | Accounting office | 600.00 |
| 33 | TV | TV | Facilities | E-Commerce office | 600.00 |
| 6 | Fridge | Break Room | Facilities | CS breakroom | 900.00 |
| 4 | Coffee Grinder | Coffee grinder | Facilities | CS breakroom | 900.00 |
| 5 | Coffee Maker | Coffee maker | Facilities | CS breakroom | 1,100.00 |
| 13 | TV | TV | Facilities | CS Conference room | 800.00 |
| 244 | Large TV | TV | Facilities | Producer's Office | 1,200.00 |
| 22 | Zebra RF Gun | RF Gun | Facilities | Facility manager room | 1,300.00 |
| 23 | Zebra RF Gun | RF Gun | Facilities | Facility manager room | 1,300.00 |
| 24 | Zebra RF Gun | RF Gun | Facilities | Facility manager room | 1,300.00 |
| 25 | Zebra RF Gun | RF Gun | Facilities | Facility manager room | 1,300.00 |
| 113 | Air compressor | Air compressor | Facilities | Gym | 5,000.00 |
| 95 | Hoist Bench | Gym equipment | Facilities | Gym | 550.00 |
| 96 | Hoist Bench | Gym equipment | Facilities | Gym | 550.00 |
| 97 | Hoist Bench | Gym equipment | Facilities | Gym | 550.00 |
| 98 | Hoist HD-3700 | Gym equipment | Facilities | Gym | 5,000.00 |



FREE SPEECH SYSTEMS LLC
Southern District of Texas
Case #22-60043
*Fixed Asset & Vehicle Schedule - Exhibit E*

| Asset Tag *(a)* | Description | Item | Category | Location | Est. Cost *(b)* |
|---|---|---|---|---|---|
| 103 | Keiser Biaxial Chest press | Gym equipment | Facilities | Gym | 5,000.00 |
| 101 | Keiser Infinity series | Gym equipment | Facilities | Gym | 5,000.00 |
| 104 | Keiser Leg press | Gym equipment | Facilities | Gym | 5,000.00 |
| 105 | Keiser seated leg curl | Gym equipment | Facilities | Gym | 5,000.00 |
| 102 | Keiser Upper Back | Gym equipment | Facilities | Gym | 5,000.00 |
| 106 | Massage table | Gym equipment | Facilities | Gym | 670.00 |
| | Massage table | Gym equipment | Facilities | Gym | 670.00 |
| | Punching bag | Gym equipment | Facilities | Gym | 200.00 |
| | Punching bag | Gym equipment | Facilities | Gym | 200.00 |
| 100 | Rouge Echo Bike | Gym equipment | Facilities | Gym | 900.00 |
| 107 | RowERG | Gym equipment | Facilities | Gym | 1,200.00 |
| 93 | Squat Rack | Gym equipment | Facilities | Gym | 1,200.00 |
| 94 | Squat Rack | Gym equipment | Facilities | Gym | 1,200.00 |
| 99 | Teeter | Gym equipment | Facilities | Gym | 500.00 |
| 122 | Teeter | Gym equipment | Facilities | Gym | 500.00 |
| 92 | TF Leg Press | Gym equipment | Facilities | Gym | 1,500.00 |
| 108 | Weight rack with weights 10-60 lbs | Gym equipment | Facilities | Gym | 1,700.00 |
| 109 | Weight rack with weights 65-100lbs | Gym equipment | Facilities | Gym | 3,000.00 |
| 111 | PA System | Speaker | Facilities | Gym | 900.00 |
| 110 | TV | TV | Facilities | Gym | 300.00 |
| 70 | Ac Unit | AC Unit | Facilities | Gym / storage | 9,500.00 |
| 82 | BBQ Pit | BBQ Pit | Facilities | Gym / storage | 3,000.00 |
| 84 | Philips Selecon Studio light | Lights | Facilities | Gym / storage | 1,800.00 |
| 85 | Philips Selecon Studio light | Lights | Facilities | Gym / storage | 1,800.00 |
| 86 | Philips Selecon Studio light | Lights | Facilities | Gym / storage | 1,800.00 |
| 87 | Philips Selecon Studio light | Lights | Facilities | Gym / storage | 1,800.00 |
| 88 | Philips Selecon Studio light | Lights | Facilities | Gym / storage | 1,800.00 |
| 89 | Philips Selecon Studio light | Lights | Facilities | Gym / storage | 1,800.00 |
| 90 | Philips Selecon Studio light | Lights | Facilities | Gym / storage | 1,800.00 |
| 91 | Philips Selecon Studio light | Lights | Facilities | Gym / storage | 1,800.00 |
| 73 | Electric pallet jack | Pallet jack | Facilities | Gym / storage | 4,000.00 |
| 72 | Pallet jack | Pallet jack | Facilities | Gym / storage | 500.00 |
| 64 | Safe | Safe | Facilities | Gym / storage | 500.00 |
| 67 | Safe | Safe | Facilities | Gym / storage | 500.00 |
| 65 | Safe | Safe | Facilities | Gym / storage | 3,300.00 |
| 66 | Safe | Safe | Facilities | Gym / storage | 3,300.00 |

000236



**FREE SPEECH SYSTEMS**

FREE SPEECH SYSTEMS LLC
Southern District of Texas
Case #22-60043
Fixed Asset & Vehicle Schedule - Exhibit E

| Asset Tag (a) | Description | Item | Category | Location | Est. Cost (b) |
|---|---|---|---|---|---|
| 69 | Shipping container | Safe | Facilities | Gym / storage | 6,000.00 |
| 79 | Drone storage case | Storage case | Facilities | Gym / storage | 900.00 |
| 144 | Fridge | Break Room | Facilities | Gym Break room | 1,200.00 |
| 145 | Fridge | Break Room | Facilities | Gym Break room | 1,200.00 |
| 146 | Fridge | Break Room | Facilities | Gym Break room | 1,200.00 |
| 147 | Fridge | Break Room | Facilities | Gym Break room | 1,200.00 |
| 143 | Euhomy Ice box | Kitchen | Facilities | Gym Break room | 500.00 |
| 121 | Air tower elite | Gym equipment | Facilities | Gym Cold Room | 1,300.00 |
| 126 | Elliptical | Gym equipment | Facilities | Gym Cold Room | 1,200.00 |
| 118 | Resistance Fitness Bike | Gym equipment | Facilities | Gym Cold Room | 800.00 |
| 119 | Resistance Fitness Bike | Gym equipment | Facilities | Gym Cold Room | 800.00 |
| 120 | Resistance Fitness Bike | Gym equipment | Facilities | Gym Cold Room | 800.00 |
| 125 | Treadmill | Gym equipment | Facilities | Gym Cold Room | 600.00 |
| 123 | Trueform trainer | Gym equipment | Facilities | Gym Cold Room | 7,000.00 |
| 124 | Trueform trainer | Gym equipment | Facilities | Gym Cold Room | 7,000.00 |
| 114 | Joovv red light | Lights | Facilities | Gym Cold Room | 1,300.00 |
| 116 | Joovv red light | Lights | Facilities | Gym Cold Room | 1,300.00 |
| 117 | Joovv red light | Lights | Facilities | Gym Cold Room | 18,000.00 |
| 115 | TV | TV | Facilities | Gym Cold Room | 600.00 |
| 140 | Large TV | TV | Facilities | Morning Host office | 600.00 |
| 42 | Large TV | TV | Facilities | IT | 500.00 |
| 49 | Large TV | TV | Facilities | IT | 500.00 |
| 43 | Large TV | TV | Facilities | IT | 600.00 |
| 60 | TV | TV | Facilities | IT | 800.00 |
| 138 | Large TV | TV | Facilities | Sales office | 600.00 |
| 11 | TV | Coffee maker | Facilities | Customer Service Office | 300.00 |
| 62 | TV | TV | Facilities | Customer Service Office | 200.00 |
| 136 | Large TV | TV | Facilities | Afternoon Host office | 600.00 |
| 137 | Large TV | TV | Facilities | Afternoon Host office | 800.00 |
| 157 | Fridge | Break Room | Facilities | Small conference room | 1,200.00 |
| 154 | TV | TV | Facilities | Small conference room | 1,200.00 |
| 303 | Coffee Maker | Coffee maker | Facilities | Podcast studio | 1,200.00 |
| 311 | TV | TV | Facilities | Producers room | 500.00 |
| 307 | Fridge | Break Room | Facilities | Production Break Room | 2,500.00 |
| 305 | Coffee Grinder | Coffee grinder | Facilities | Production Break Room | 1,000.00 |
| 306 | Coffee Maker | Coffee maker | Facilities | Production Break Room | 1,200.00 |

**FREE SPEECH SYSTEMS LLC**
**Southern District of Texas**
**Case #22-60043**
*Fixed Asset & Vehicle Schedule - Exhibit E*

| Asset Tag (a) | Description | Item | Category | Location | Est. Cost (b) |
|---|---|---|---|---|---|
| 304 | Large TV | TV | Facilities | Production Break Room | 800.00 |
| 232 | Large TV | TV | Facilities | Production Conference room | 2,300.00 |
| 236 | Safe | Safe | Facilities | Security entrance | 1,600.00 |
| 9 | Large TV | TV | Facilities | Customer Service Office | 500.00 |
| 266 | Safe | Safe | Facilities | Studio J | 5,000.00 |
| 298 | TV | TV | Facilities | Writers Room | 600.00 |
| | | | | **Total Facilities Cost** | **180,690.00** |
| | | | | | |
| 17 | Cabinet | Cabinet | Office Furniture | Customer Service | 500.00 |
| 28 | Cabinet | Cabinet | Office Furniture | Facility manager room | 600.00 |
| 32 | Cabinet | Cabinet | Office Furniture | Purchasing office | 600.00 |
| 35 | Cabinet | Cabinet | Office Furniture | Accounting office | 500.00 |
| 44 | Cabinet | Cabinet | Office Furniture | IT | 600.00 |
| 45 | Cabinet | Cabinet | Office Furniture | IT | 500.00 |
| 134 | Cabinet | Cabinet | Office Furniture | Green screen room | 800.00 |
| 12 | Whiteboard | Whiteboard | Office Furniture | CS Conference room | 600.00 |
| 139 | Whiteboard | Whiteboard | Office Furniture | Sales office | 500.00 |
| 155 | Whiteboard | Whiteboard | Office Furniture | Small conference room | 600.00 |
| 233 | Whiteboard | Whiteboard | Office Furniture | Production Conference room | 600.00 |
| 234 | Whiteboard | Whiteboard | Office Furniture | Production Conference room | 500.00 |
| 3 | Table | Table | Office Furniture | E-Commerce | 500.00 |
| 16 | Conference Table | Table | Office Furniture | CS Conference room | 1,200.00 |
| 83 | Conference Table | Table | Office Furniture | Gym / storage | 1,200.00 |
| 156 | Conference Table | Table | Office Furniture | Small conference room | 2,000.00 |
| 231 | Conference Table | Table | Office Furniture | Production Conference room | 3,000.00 |
| 135 | Cabinet | Cabinet | Office Furniture | Bull pen | 500.00 |
| 208 | Cabinet | Cabinet | Office Furniture | Studio B | 800.00 |
| 209 | Cabinet | Cabinet | Office Furniture | Studio B | 800.00 |
| 239 | Cabinet | Cabinet | Office Furniture | Production Office | 500.00 |
| 312 | Cabinet | Cabinet | Office Furniture | Studio C | 600.00 |
| 636 | Cabinet | Cabinet | Office Furniture | Studio C | 500.00 |
| 31 | Couch | Couch | Office Furniture | E-Commerce office | 500.00 |
| 36 | Couch | Couch | Office Furniture | Accounting office | 500.00 |
| 63 | Couch | Couch | Office Furniture | Customer Service Office | 500.00 |
| 151 | Couch | Couch | Office Furniture | Front waiting room / office | 800.00 |

000238

**FREE SPEECH SYSTEMS**

**FREE SPEECH SYSTEMS LLC**
**Southern District of Texas**
**Case #22-60043**
*Fixed Asset & Vehicle Schedule - Exhibit E*

| Asset Tag *(a)* | Description | Item | Category | Location | Est. Cost *(b)* |
|---|---|---|---|---|---|
| 299 | Couch | Couch | Office Furniture | Writers Room | 600.00 |
| 34 | Desk | Desk | Office Furniture | Accounting office | 2,000.00 |
| 54 | Big White Desk | Desk | Office Furniture | IT | 500.00 |
| 149 | Big White Desk | Desk | Office Furniture | Front waiting room / office | 600.00 |
| 150 | Big White Desk | Desk | Office Furniture | Front waiting room / office | 600.00 |
| 172 | Studio B Desk | Desk | Office Furniture | Studio B | 10,000.00 |
| 253 | Big White Desk | Desk | Office Furniture | Production Office | 600.00 |
| 254 | Big White Desk | Desk | Office Furniture | Production Office | 600.00 |
| 255 | Big White Desk | Desk | Office Furniture | Production Office | 600.00 |
| 257 | Big White Desk | Desk | Office Furniture | Production Office | 600.00 |
| 258 | Big White Desk | Desk | Office Furniture | Production Office | 600.00 |
| 259 | Big White Desk | Desk | Office Furniture | Production Office | 600.00 |
| 261 | Desk | Desk | Office Furniture | Studio J | 45,000.00 |
| 265 | Desk | Desk | Office Furniture | Studio J | 15,000.00 |
| 286 | Desk | Desk | Office Furniture | Studio J | 5,000.00 |
| 287 | Desk | Desk | Office Furniture | Studio J | 5,000.00 |
| 302 | Desk | Desk | Office Furniture | Podcast studio | 5,000.00 |
| 310 | Desk | Desk | Office Furniture | Producers room | 600.00 |
| 317 | Desk | Desk | Office Furniture | Studio C | 3,000.00 |
| 329 | Desk | Desk | Office Furniture | Studio C | 2,500.00 |
| 334 | Desk | Desk | Office Furniture | Studio C | 2,500.00 |
| 349 | Desk | Desk | Office Furniture | Studio C | 15,000.00 |
| 651 | Big White Desk | Desk | Office Furniture | IT | 500.00 |
| 652 | Big White Desk | Desk | Office Furniture | IT | 500.00 |
| | | | | | 138,300.00 |
| | | | | | |
| 313 | Avcom portable spectrum analyzer | Analyzer | Production Equipment | Studio C | 1,200.00 |
| 185 | Distribution Amplifier Pro Plus | Audio Amplifier | Production Equipment | Studio J | 200.00 |
| 159 | AD 22S Audio Delay | Audio Delay | Production Equipment | Studio B | 579.00 |
| 182 | AD 22S Audio Delay | Audio Delay | Production Equipment | Studio J | 580.00 |
| 291 | AD 22S Audio Delay | Audio Delay | Production Equipment | Studio C | 600.00 |
| 184 | Scarlett 18i20 | Audio Interface | Production Equipment | Studio J | 600.00 |
| 791 | BD600 | Broadcast Delay | Production Equipment | Studio C | 4,000.00 |
| 321 | Airtools 6100 | BroadcastDelay | Production Equipment | Studio C | 900.00 |
| 322 | Airtools 6100 | BroadcastDelay | Production Equipment | Studio C | 900.00 |

000239



**FREE SPEECH SYSTEMS**

**FREE SPEECH SYSTEMS LLC**
**Southern District of Texas**
**Case #22-60043**
*Fixed Asset & Vehicle Schedule - Exhibit E*

| Asset Tag (a) | Description | Item | Category | Location | Est. Cost (b) |
|---|---|---|---|---|---|
| 170 | Camera with Tripod | Camera | Production Equipment | Studio B | 6,000.00 |
| 171 | Camera with Tripod | Camera | Production Equipment | Studio B | 7,200.00 |
| 173 | Camera with Tripod and MD-HX | Camera | Production Equipment | Studio J | 8,000.00 |
| 174 | Camera with Tripod and MD-HX | Camera | Production Equipment | Studio J | 8,000.00 |
| 175 | Camera with Tripod and MD-HX | Camera | Production Equipment | Studio J | 8,000.00 |
| 176 | Camera with Tripod and MD-HX | Camera | Production Equipment | Studio J | 8,000.00 |
| 177 | Camera with Tripod and MD-HX | Camera | Production Equipment | Studio J | 8,000.00 |
| 210 | Sony Carl Zeiss | Camera | Production Equipment | Studio J | 700.00 |
| 211 | Panasonic Camera | Camera | Production Equipment | Studio B | 5,000.00 |
| 225 | Camera with Tripod | Camera | Production Equipment | Studio B | 6,000.00 |
| 226 | Camera with Tripod | Camera | Production Equipment | Studio B | 6,500.00 |
| 228 | Sony Carl Zeiss | Camera | Production Equipment | Studio B | 700.00 |
| 283 | Sony Carl Zeiss | Camera | Production Equipment | Studio J | 700.00 |
| 288 | Camera crane with Camera | Camera | Production Equipment | Studio J | 15,000.00 |
| 335 | Sony Carl Zeiss | Camera | Production Equipment | Studio C | 700.00 |
| 351 | Camera with Tripod and MD-HX | Camera | Production Equipment | Studio C | 8,000.00 |
| 355 | Camera with Tripod and MD-HX | Camera | Production Equipment | Studio C | 8,000.00 |
| 356 | Camera with Tripod and MD-HX | Camera | Production Equipment | Studio C | 8,000.00 |
| 357 | Sony camera with tripod | Camera | Production Equipment | Studio C | 1,700.00 |
| 361 | Camera with Tripod and MD-HX | Camera | Production Equipment | Studio C | 8,000.00 |
|  | Sony Carl Zeiss | Camera | Production Equipment | Studio C | 600.00 |
|  | Canon Camera | Camera | Production Equipment | E-Commerce | 2,500.00 |
|  | Sony Carl Zeiss | Camera | Production Equipment | Studio J | 700.00 |
|  | Sony Carl Zeiss | Camera | Production Equipment | Studio J | 700.00 |
| 196 | Sony remote control unit | Camera controller | Production Equipment | Studio B | 1,500.00 |
| 207 | DJI Ronin M | Camera controller | Production Equipment | Studio B | 1,400.00 |
| 260 | Sony remote control unit | Camera controller | Production Equipment | Studio J | 800.00 |
| 276 | NovaStar LED digital video display | Camera controller | Production Equipment | Studio J | 4,500.00 |
| 331 | Sony remote control unit | Camera controller | Production Equipment | Studio C | 1,500.00 |
| 183 | 6200 DAB | Digital Audio Broadcast Processor | Production Equipment | Studio J | 1,700.00 |
| 320 | 6200 DAB | Digital Audio Broadcast Processor | Production Equipment | Studio C | 1,700.00 |
| 811 | Optimod 6200 DAB | Digital Audio Broadcast Processor | Production Equipment | Studio C Server Room | 2,000.00 |
| 68 | Drone | Drone | Production Equipment | Gym / storage | 3,000.00 |
| 187 | NC1 I/O | Input Output Module | Production Equipment | Studio J | 5,400.00 |
| 188 | NC1 I/O | Input Output Module | Production Equipment | Studio J | 5,400.00 |
| 314 | NC1 I/O | Input Output Module | Production Equipment | Studio C | 1,200.00 |



**FREE SPEECH SYSTEMS LLC**
**Southern District of Texas**
**Case #22-60043**
*Fixed Asset & Vehicle Schedule - Exhibit E*

| Asset Tag *(a)* | Description | Item | Category | Location | Est. Cost *(b)* |
|---|---|---|---|---|---|
| 127 | Socanland Light | Lights | Production Equipment | Green screen room | 1,000.00 |
| 128 | Socanland Light | Lights | Production Equipment | Green screen room | 1,000.00 |
| 131 | Socanland Light | Lights | Production Equipment | Green screen room | 1,000.00 |
| 132 | Socanland Light | Lights | Production Equipment | Green screen room | 1,000.00 |
| 133 | Socanland Light | Lights | Production Equipment | Green screen room | 1,000.00 |
| 212 | Socanland Light | Lights | Production Equipment | Studio B | 500.00 |
| 213 | Socanland Light | Lights | Production Equipment | Studio B | 500.00 |
| 215 | Socanland Light | Lights | Production Equipment | Studio B | 600.00 |
| 229 | Socanland Light | Lights | Production Equipment | Studio B | 600.00 |
| 230 | Socanland Light | Lights | Production Equipment | Studio B | 1,200.00 |
| 235 | Socanland Light | Lights | Production Equipment | Security entrance | 600.00 |
| 240 | Socanland Light | Lights | Production Equipment | Studio B | 500.00 |
| 336 | Socanland Light | Lights | Production Equipment | Studio C | 1,200.00 |
| 337 | Socanland Light | Lights | Production Equipment | Studio C | 1,200.00 |
| | Socanland Light | Lights | Production Equipment | Studio B | 600.00 |
| | Socanland Light | Lights | Production Equipment | Studio J | 1,200.00 |
| | Socanland Light | Lights | Production Equipment | Studio J | 1,200.00 |
| | Socanland Light | Lights | Production Equipment | Studio J | 1,200.00 |
| | Socanland Light | Lights | Production Equipment | Studio J | 1,200.00 |
| | Socanland Light | Lights | Production Equipment | Studio J | 1,200.00 |
| | Socanland Light | Lights | Production Equipment | Studio J | 1,200.00 |
| | Socanland Light | Lights | Production Equipment | Studio C | 1,200.00 |
| | Light | Lights | Production Equipment | Studio J | 2,000.00 |
| | Socanland Light | Lights | Production Equipment | Studio C | 600.00 |
| | Socanland Light | Lights | Production Equipment | Studio B | 1,200.00 |
| | Socanland Light | Lights | Production Equipment | Studio C | 600.00 |
| | Socanland Light | Lights | Production Equipment | Studio C | 800.00 |
| | Socanland Light | Lights | Production Equipment | Studio C | 800.00 |
| | Socanland Light | Lights | Production Equipment | Studio C | 800.00 |
| | Socanland Light | Lights | Production Equipment | Studio C | 800.00 |
| | Socanland Light | Lights | Production Equipment | Studio B | 600.00 |
| | Socanland Light | Lights | Production Equipment | Studio B | 1,200.00 |
| 169 | The Garnet Microphone | Microphone | Production Equipment | Sound Booth | 3,075.00 |
| 167 | Blade-3 | Microphone I/O Network Blade | Production Equipment | Studio B | 5,555.00 |
| 168 | Blade-3 | Microphone I/O Network Blade | Production Equipment | Studio B | 5,555.00 |
| 326 | Blade-3 | Microphone I/O Network Blade | Production Equipment | Studio C | 5,555.00 |

Case 4:25-cv-05553   Document 2-4   Filed 01/26/26 in TXSD   Page 241 of 285

000241



**FREE SPEECH SYSTEMS LLC**
Southern District of Texas
Case #22-60043
*Fixed Asset & Vehicle Schedule - Exhibit E*

| Asset Tag (a) | Description | Item | Category | Location | Est. Cost (b) |
|---|---|---|---|---|---|
| 350 | Blade-3 | Microphone I/O Network Blade | Production Equipment | Studio C | 5,000.00 |
| 784 | Blade-3 | Microphone I/O Network Blade | Production Equipment | Studio C | 4,200.00 |
| 785 | Blade-3 | Microphone I/O Network Blade | Production Equipment | Studio C | 4,200.00 |
| 797 | Blade-3 | Microphone I/O Network Blade | Production Equipment | Studio C | 4,200.00 |
| 786 | Gibraltar Network | Network Rack | Production Equipment | Studio C | 650.00 |
| 323 | Clear-com MS-702 | Rack | Production Equipment | Studio C | 1,600.00 |
| 324 | Clear-com HME DX210 | Rack | Production Equipment | Studio C | 3,000.00 |
| 338 | Evo SNS 16B64TB-2X10C | Rack | Production Equipment | Studio C Server Room | 35,000.00 |
| 339 | Dell 3930 Rack | Rack | Production Equipment | Studio C Server Room | 2,000.00 |
| 340 | HP ProLiant DL360e Gen 8 | Rack | Production Equipment | Studio C Server Room | 1,100.00 |
| 341 | Haivision Encoders | Rack | Production Equipment | Studio C Server Room | 50,000.00 |
| 342 | Evo Server Rack | Rack | Production Equipment | Studio C Server Room | 50,000.00 |
| 343 | Supermicro SuperServer 1029P-MT SYS-1029P-MT | Rack | Production Equipment | Studio C Server Room | 2,100.00 |
| 344 | UC-IRD Receiver Decoder | Rack | Production Equipment | Studio C Server Room | 2,100.00 |
| 345 | Wave Stream Redundancy Controller | Rack | Production Equipment | Studio C Server Room | 15,000.00 |
| 346 | Tanberg E5770 | Rack | Production Equipment | Studio C Server Room | 600.00 |
| 347 | Tandberg EN5990 Digital Encoder | Rack | Production Equipment | Studio C Server Room | 2,500.00 |
| 362 | Creston AV3 | Rack | Production Equipment | Studio C | 2,500.00 |
| 808 | Supermicro SuperServer 1029P-MT SYS-1029P-MT | Rack | Production Equipment | Studio C Server Room | 1,000.00 |
| 274 | Digital radio control | Radio control | Production Equipment | Studio J | 5,100.00 |
| 792 | EW G4 | Radio control | Production Equipment | Studio C | 1,100.00 |
| 794 | True Diversity Receiver 500 | Receiver | Production Equipment | Studio C | 600.00 |
| 795 | True Diversity Receiver 500 | Receiver | Production Equipment | Studio C | 600.00 |
| 796 | True Diversity Receiver 500 | Receiver | Production Equipment | Studio C | 600.00 |
| 166 | Teranex Mini - SDI Distribution 12G | SDI Distribution | Production Equipment | Studio B | 545.00 |
| 181 | Teranex Mini - SDI Distribution 12G | SDI Distribution | Production Equipment | Studio J | 525.00 |
| 289 | Teranex Mini - SDI Distribution 12G | SDI Distribution | Production Equipment | Studio C | 1,200.00 |
| 290 | Teranex Mini - SDI Distribution 12G | SDI Distribution | Production Equipment | Studio C | 700.00 |
| 247 | Tricaster Server | Server | Production Equipment | Studio B | 7,500.00 |
| 248 | Tricaster Server | Server | Production Equipment | Studio B | 7,500.00 |
| 292 | Behringer x32 Rack | Server | Production Equipment | Studio C | 1,600.00 |
| 294 | Tricaster Server | Server | Production Equipment | Studio C | 2,000.00 |
| 295 | Tricaster Server | Server | Production Equipment | Studio C | 10,000.00 |
| 296 | BlackMagic Atem production switcher | Server | Production Equipment | Studio C | 1,000.00 |
| 654 | Server | Server | Production Equipment | CS server room | 600.00 |
| 655 | Server | Server | Production Equipment | CS server room | 700.00 |

000242



| Asset Tag *(a)* | Description | Item | Category | Location | Est. Cost *(b)* |
|---|---|---|---|---|---|
| 656 | Server | Server | Production Equipment | CS server room | 1,200.00 |
| 781 | IOT/Embedded System | Server | Production Equipment | Studio C | 1,000.00 |
| 798 | Rockford R331 | Server | Production Equipment | Studio C | 11,000.00 |
| 799 | Rockford R331 | Server | Production Equipment | Studio C | 11,000.00 |
|  | Server | Server | Production Equipment | CS server room | 2,000.00 |
| 158 | Wheatstone Strata 32 | Soundboard | Production Equipment | Studio B | 75,000.00 |
| 160 | ETC | Soundboard | Production Equipment | Studio B | 4,500.00 |
| 197 | Newtek | Soundboard | Production Equipment | Studio B | 20,000.00 |
| 249 | Newtek | Soundboard | Production Equipment | Studio B | 20,000.00 |
| 273 | Newtek | Soundboard | Production Equipment | Studio J | 20,000.00 |
| 275 | ETC | Soundboard | Production Equipment | Studio J | 3,000.00 |
| 279 | Wheatstone Strata 32 | Soundboard | Production Equipment | Studio J | 75,000.00 |
| 319 | Wheatstone Strata 32 | Soundboard | Production Equipment | Studio C | 75,000.00 |
| 330 | Newtek | Soundboard | Production Equipment | Studio C | 20,000.00 |
| 787 | Access Rack | Stereo | Production Equipment | Studio C | 1,800.00 |
| 788 | Access Rack | Stereo | Production Equipment | Studio C | 1,800.00 |
| 162 | ProSafe GS728TP | Switch | Production Equipment | Studio B | 500.00 |
| 190 | Switch 48 | Switch | Production Equipment | Studio J | 1,200.00 |
| 783 | Catalyst 3650 24 4X1G | Switch | Production Equipment | Studio C | 2,500.00 |
| 800 | Smart Videohub | Switch | Production Equipment | Studio C Server Room | 3,000.00 |
| 809 | ProCurve Switch 4208vl | Switch | Production Equipment | Studio C Server Room | 1,000.00 |
| 810 | DXS-1210-12SC | Switch | Production Equipment | Studio C Server Room | 1,500.00 |
| 129 | Large TV | TV | Production Equipment | Green screen room | 800.00 |
| 130 | Large TV | TV | Production Equipment | Green screen room | 800.00 |
| 198 | Large TV | TV | Production Equipment | Studio B | 2,000.00 |
| 199 | Large TV | TV | Production Equipment | Studio B | 3,000.00 |
| 200 | Large TV | TV | Production Equipment | Studio B | 1,500.00 |
| 201 | TV | TV | Production Equipment | Studio B | 800.00 |
| 216 | TV | TV | Production Equipment | Studio B | 500.00 |
| 217 | Large TV | TV | Production Equipment | Studio B | 500.00 |
| 218 | Large TV | TV | Production Equipment | Studio B | 1,500.00 |
| 219 | Large TV | TV | Production Equipment | Studio B | 1,500.00 |
| 227 | Large TV | TV | Production Equipment | Studio B | 600.00 |
| 250 | Large TV | TV | Production Equipment | Studio C | 600.00 |
| 251 | Large TV | TV | Production Equipment | Studio C | 800.00 |
| 262 | Large TV | TV | Production Equipment | Studio J | 5,500.00 |

000243



**FREE SPEECH SYSTEMS LLC**
**Southern District of Texas**
**Case #22-60043**
*Fixed Asset & Vehicle Schedule - Exhibit E*

| Asset Tag *(a)* | Description | Item | Category | Location | Est. Cost *(b)* |
|---|---|---|---|---|---|
| 263 | Large TV | TV | Production Equipment | Studio J | 4,500.00 |
| 264 | Large TV | TV | Production Equipment | Studio J | 1,500.00 |
| 267 | TV | TV | Production Equipment | Studio J | 5,400.00 |
| 268 | Large TV | TV | Production Equipment | Studio J | 1,500.00 |
| 272 | Large TV | TV | Production Equipment | Black box | 1,500.00 |
| 281 | Large TV | TV | Production Equipment | Studio J | 2,500.00 |
| 282 | Large TV | TV | Production Equipment | Studio J | 2,000.00 |
| 300 | TV | TV | Production Equipment | Podcast studio | 1,200.00 |
| 301 | TV | TV | Production Equipment | Podcast studio | 2,800.00 |
| 352 | Large TV | TV | Production Equipment | Studio C | 800.00 |
| 353 | Large TV | TV | Production Equipment | Studio C | 600.00 |
| 354 | Large TV | TV | Production Equipment | Studio C | 3,000.00 |
| 358 | TV | TV | Production Equipment | Studio C | 600.00 |
| 359 | TV | TV | Production Equipment | Studio C | 600.00 |
| 360 | TV | TV | Production Equipment | Studio C | 600.00 |
|  | Large TV | TV | Production Equipment | Studio J | 1,200.00 |
|  | Large TV | TV | Production Equipment | Studio J | 1,200.00 |
|  | Large TV | TV | Production Equipment | Studio J | 1,200.00 |
|  | Large TV | TV | Production Equipment | Studio J | 1,200.00 |
|  | Large TV | TV | Production Equipment | Studio J | 1,200.00 |
|  | Large TV | TV | Production Equipment | Studio J | 1,200.00 |
| 348 | SmartOnline UPS | UPS | Production Equipment | Studio C Server Room | 2,000.00 |
| 802 | GXT4 UPS | UPS | Production Equipment | Studio C Server Room | 7,500.00 |
| 803 | GXT4 UPS | UPS | Production Equipment | Studio C Server Room | 7,500.00 |
| 804 | GXT4 UPS | UPS | Production Equipment | Studio C Server Room | 10,500.00 |
| 805 | GXT4 UPS | UPS | Production Equipment | Studio C Server Room | 10,500.00 |
| 806 | SmartOnline UPS | UPS | Production Equipment | Studio C | 2,000.00 |
| 163 | TalkShow VS-100 | Video Broadcaster | Production Equipment | Studio B | 1,500.00 |
| 164 | TalkShow VS-100 | Video Broadcaster | Production Equipment | Studio B | 1,500.00 |
| 165 | Smart Videohub 40x40 | Video Broadcaster | Production Equipment | Studio B | 3,000.00 |
| 179 | ATEM 1 M/E Production Studio 4k | Video Broadcaster | Production Equipment | Studio J | 2,700.00 |
| 180 | Design Video Assist | Video Broadcaster | Production Equipment | Studio J | 1,000.00 |
| 186 | LU2000 | Video Broadcaster | Production Equipment | Studio J | 5,500.00 |
| 189 | TriCaster TC1 | Video Broadcaster | Production Equipment | Studio J | 16,000.00 |
| 192 | Ultimatte 12 4k | Video Broadcaster | Production Equipment | Studio C | 2,500.00 |
| 193 | HyperDeck Studio Pro | Video Broadcaster | Production Equipment | Studio C | 1,000.00 |

000244



Case 4:25-cv-05553    Document 2-4    Filed 01/26/26 in TXSD    Page 245 of 285

**FREE SPEECH SYSTEMS LLC**
**Southern District of Texas**
**Case #22-60043**
*Fixed Asset & Vehicle Schedule - Exhibit E*

| Asset Tag *(a)* | Description | Item | Category | Location | Est. Cost *(b)* |
|---|---|---|---|---|---|
| 194 | HyperDeck Studio Pro | Video Broadcaster | Production Equipment | Studio C | 1,000.00 |
| 195 | HyperDeck Studio Pro | Video Broadcaster | Production Equipment | Studio C | 1,000.00 |
| 245 | TalkShow VS-100 | Video Broadcaster | Production Equipment | Studio B | 600.00 |
| 246 | TalkShow VS-100 | Video Broadcaster | Production Equipment | Studio B | 1,500.00 |
| 293 | TriCaster TC1 | Video Broadcaster | Production Equipment | Studio C | 16,000.00 |
| 316 | TriCaster TC1 | Video Broadcaster | Production Equipment | Studio C | 5,000.00 |
| 318 | TriCaster TC1 | Video Broadcaster | Production Equipment | Studio B | 5,000.00 |
| 327 | TalkShow VS-100 | Video Broadcaster | Production Equipment | Studio C | 1,500.00 |
| 328 | TalkShow VS-100 | Video Broadcaster | Production Equipment | Studio C | 1,500.00 |
| 333 | Ultimatte 12 4k | Video Broadcaster | Production Equipment | Studio C | 2,500.00 |
| 782 | KiPro Rack | Video Broadcaster | Production Equipment | Studio C | 3,000.00 |
| 789 | HyperDeck Studio Pro | Video Broadcaster | Production Equipment | Studio J | 1,000.00 |
| 790 | HyperDeck Studio Pro | Video Broadcaster | Production Equipment | Studio C | 1,000.00 |
| | | | **Total Production Equipment Cost** | | **969,019.00** |
| | | | **TOTAL FIXED ASSETS** | | **1,691,809.00** |
| | 2021 Winnenago RV | Vehicle | Vehicles | Alvin Devane Office | 140,000.00 |
| | 2006 Acura MX | Vehicle | Vehicles | Alvin Devane Office | 10,000.00 |
| | 2015 Ford F450 Teradyne Truck | Vehicle | Vehicles | Gym / storage | 250,000.00 |
| | | | **TOTAL VEHICLE COST** | | **400,000.00** |

(a)  List is the result of a physical count of items located at the FSS Offices and Studios and does not include anything of nominal value such as small office suplies or personal items.  The threshhold of value to be counted and assigned an Asset ID was $500 and higher.  Management does not believe there is a material amount of liquidation value in the small items that have under $500 of cost when purchased.

(b)  Historical asset values for Free Speech Systems are not complete or reliable.  We researched our records to estimate the costs and management believes the amounts are materially correct and consistent with prior tax returns and disclosures in this

# Exhibit 5

000246

**Fill in this information to identify the case:**

Debtor Name __Free Speech Systems LLC__

United States Bankruptcy Court for the: Southern District of Texas

Case number: __22-60043__

☐ Check if this is an
amended filing

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month:          __April 2024__

Date report filed: __05/28/2024__
MM / DD / YYYY

Line of business: __Dietary Supplement Sales__

NAISC code: __325411__

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:          J Patrick Magill

Original signature of responsible party          *J. Patrick Magill*
J. Patrick Magill (May 30, 2024 08:45 CDT)

Printed name of responsible party          J Patrick Magill

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? *(Note: Subject to the Constraints of the Cash Collateral Budget)* | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way?*** NOTE 1 *** | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Official Form 425C          **Monthly Operating Report for Small Business Under Chapter 11**          page 1

000247

Debtor Name  Free Speech Systems LLC                          Case number 22-60043

17. Have you paid any bills you owed before you filed bankruptcy?          ❑   ☑   ❑

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?          ❑   ☑   ❑

       *** NOTE 1 *** We provide consignment sales services to PQPR and ESG

---

## 2. Summary of Cash Activity for All Accounts

**19. Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 2,730,136.0

**20. Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.          $ 3,166,022.0

**21. Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.          – $ 1,902,653.0

**22. Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.          + $ 1,263,369.0

**23. Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.          = $ 3,993,505.0

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

---

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

**24. Total payables**          $ 742,778.91

    *(Exhibit E)*

---

Debtor Name Free Speech Systems LLC                                    Case number 22-60043

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                     $ 988,636.24

(Exhibit F)    *Note - In the interest of clarity, this does not include approximately $1,200,000 that debtors processor is withholding as a reserve, which funds would have otherwise been collected in 4/2024.*

## 5. Employees

26. What was the number of employees when the case was filed?                                       54
27. What is the number of employees as of the date of this monthly report?                          44

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?    $ 126,841.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ 2,298,944.0
30. How much have you paid this month in other professional fees?                              $ 7,263.00
31. How much have you paid in total other professional fees since filing the case?            $ 833,949.00

*Note:  Line 28. and 29.includes Fess for Sub V Trustee, Trustee Counsel and FSS Bankruptcy Counsel, while Line 30. and 31. includes Attorneys Fees, Accounting Fees and Tax Preparation Fees*

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 2,780,958.0 | − | $ 3,166,022.0 | = | $ 385,064.00 |
| 33. **Cash disbursements** | $ 2,771,666.0 | − | $ 1,902,653.0 | = | $ 869,013.00 |
| 34. **Net cash flow** | $ 9,292.00 | − | $ 1,263,369.0 | = | $ 1,254,077.0 |

35. Total projected cash receipts for the next month:          *Note: The difference between projected and actual*          $ 2,518,215.0
*cash receipts is the return of a credit card processing*
36. Total projected cash disbursements for the next month:     *reserve of $500,000*                                        − $ 2,350,055.0
37. Total projected net cash flow for the next month:                                                                     = $ 168,160.00

---

Debtor Name  Free Speech Systems LLC                                    Case number 22-60043

<img style="background:#000" /> **8. Additional Information**

If available, check the box to the left and attach copies of the following documents.

☑    38.   Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑    39.   Bank reconciliation reports for each account.

☐    40.   Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐    41.   Budget, projection, or forecast reports.

☐    42.   Project, job costing, or work-in-progress reports.

000250



**FORM 425C Exhibit C**
**Cash Receipts - April 2024**

### *Cadence Bank Deposits Account*

| Description | Total Amount |
|---|---|
| Credit Card Receipts - InfoWars Store | 2,269,782.20 |
| Cash / Check Receipts - InfoWars Store | 125.09 |
| Sweetwater - Return of Merchant Deposit | 500,000.00 |
| AD Revenue - Twitter | 418.82 |
| Promotional Payments - My Pillow | 3,816.39 |
| Promotional Payments - Rehoboth Medical | 2,951.01 |
| Promotional Payments - Legacy Partners | 388,888.00 |
| | **3,165,981.51** |

### *Cadence Bank Operations Account*

| Description | Total Amount |
|---|---|
| Cash Back / Rebate | 40.00 |
| | **40.00** |

### *Cadence Bank Donations Account*

| Description | Total Amount |
|---|---|
| Unsolicited Donations - Cash/Check | - |
| | - |

| | |
|---|---|
| **TOTAL CASH RECEIPTS** | **3,166,021.51** |

000251



## FORM 425C Exhibit D
## Cash Disbursements - April 2024

| Date | Payee | Description | Amount |
|------|-------|-------------|--------|
| **Cadence Bank Operations Account** | | | |
| 04/01/2024 | Envato | ENVATO    61383766284  UT | 42.22 |
| 04/01/2024 | Uhaul | U-HAUL MOVING & PFLUGERVILL U-HAUL MOVING & PFLUGERVILL | 47.85 |
| 04/01/2024 | Twitter | Twitter Online A San Francisco C Twitter Online A San Francisco CA | 73.45 |
| 04/01/2024 | MURF | MURF.AI    SALT LAKE CIT UT | 78.00 |
| 04/01/2024 | Amazon | AMZN Mktp US*Y48 Amzn.com bill W AMZN Mktp US*Y48 Amzn.co | 82.24 |
| 04/01/2024 | Uhaul | U-HAUL MOVING & ROUND ROCK U-HAUL MOVING & ROUND ROCK | 88.00 |
| 04/01/2024 | Name.com | Name.com, Inc  7202492374  CO | 169.52 |
| 04/01/2024 | HEB | H-E-B #091    AUSTIN   TX | 190.85 |
| 04/01/2024 | HEB | H-E-B #373    ROUND ROCK  TX | 208.09 |
| 04/01/2024 | DirecTV | DIRECTV    PAYMENT 083741384 DIRECTV    PAYMENT 083741384 | 221.00 |
| 04/01/2024 | Specialized AC | SPECIALIZED AC MECHA AUSTIN    T SPECIALIZED AC MECHA AUSTIN | 289.25 |
| 04/01/2024 | Travelers | TRAVELERS    BUS INSUR BPITBI159 TRAVELERS    BUS INSUR BPITBI15 | 4,178.92 |
| 04/02/2024 | Gateway | AUTHNET GATEWAY BILLING 13503660 AUTHNET GATEWAY BILLING | 15.48 |
| 04/02/2024 | Amazon | AMZN Mktp US*RA6 Amzn.com bill W AMZN Mktp US*RA6 Amzn.co | 21.22 |
| 04/02/2024 | Amazon | Amazon.com*RA85D Amzn.com bill W Amazon.com*RA85D Amzn.cc | 21.64 |
| 04/02/2024 | Amazon | AMZN Mktp US*1W0 Amzn.com bill W AMZN Mktp US*1W0 Amzn.c | 32.43 |
| 04/02/2024 | Restream | RESTREAM, INC.  AUSTIN   TX | 49.00 |
| 04/02/2024 | Vulture Holdings LLC | VULTR BY CONSTAN VULTR.COM   NJ VULTR BY CONSTAN VULTR.CON | 255.84 |
| 04/02/2024 | Amazon | AMZN Mktp US*R24 Amzn.com bill W AMZN Mktp US*R24 Amzn.co | 267.01 |
| 04/02/2024 | Zoom | ZOOM.US 888-799- SAN JOSE   CA ZOOM.US 888-799- SAN JOSE   CA | 540.07 |
| 04/02/2024 | City of Austin | CITY OF AUSTIN T PAYMENT 5424584 CITY OF AUSTIN T PAYMENT 54 | 689.76 |
| 04/02/2024 | City of Austin | CITY OF AUSTIN T PAYMENT 5422227 CITY OF AUSTIN T PAYMENT 54 | 1,286.24 |
| 04/02/2024 | Addshoppers | ADDSHOPPERS   HUNTERSVILLE NC | 2,989.00 |
| 04/02/2024 | City of Austin | CITY OF AUSTIN T PAYMENT 5376658 CITY OF AUSTIN T PAYMENT 53 | 3,543.80 |
| 04/02/2024 | Mongodbcloud | MONGODBCLOUD ITS PALO ALTO   CA | 3,896.93 |
| 04/03/2024 | Epik | WWW.EPIK.COM   SHERIDAN   WY | 7.00 |
| 04/03/2024 | Amazon | AMZN Mktp US*C77 Amzn.com bill W AMZN Mktp US*C77 Amzn.co | 9.19 |
| 04/03/2024 | Amazon | AMZN Mktp US*5I6 Amzn.com bill W AMZN Mktp US*5I6 Amzn.com | 25.95 |

000252

FREE SPEECH SYSTEMS

| Date | Payee | Description | Amount |
|---|---|---|---|
| 04/03/2024 | Amazon | Amazon web servi aws.amazon.co W Amazon web servi aws.amazon | 87.41 |
| 04/03/2024 | Time Corp | LATHEM TIME CORP PAYMENT 1439874 LATHEM TIME CORP PAYMEI | 134.32 |
| 04/03/2024 | Felix Media | IN FELIX MEDIA SOLU AUSTIN   TX | 313.93 |
| 04/03/2024 | Addshoppers | ADDSHOPPERS   HUNTERSVILLE NC | 2,989.00 |
| 04/04/2024 | Amazon | AMAZON.COM*U331A9A13 SEATTLE AMAZON.COM*U331A9A13 SE/ | 43.25 |
| 04/04/2024 | Amazon | AMZN Mktp US*HR2 Amzn.com bill W AMZN Mktp US*HR2 Amzn.co | 190.35 |
| 04/04/2024 | SQ Autin | SQ *AUSTINS GRE Marble Falls TX | 1,047.31 |
| 04/04/2024 | B&H Photo | B&H PHOTO 800-60 NEW YORK B&H PHOTO 800-60 NEW YORK   NY | 1,292.99 |
| 04/04/2024 | The Hartford | THE HARTFORD   INS PMT CL 126495 THE HARTFORD   INS PMT CL 12( | 2,814.00 |
| 04/04/2024 | Alex E Jones | ALEXANDER JONES #22-33553 DIP 04 ALEXANDER JONES #22-33553 [ | 3,103.23 |
| 04/04/2024 | Weekly Sales Settlements | FREE SPEECH OPS DEP PAY -SETT-CC FREE SPEECH OPS DEP PAY -SETT | 15,413.27 |
| 04/04/2025 | O'Conner Wechshler | OCONNERWECHSHLER | 75,000.00 |
| 04/04/2024 | Weekly Sales Settlements | FREE SPEECH OPS DEP PAY -SETT-CC FREE SPEECH OPS DEP PAY -SETT | 248,715.35 |
| 04/05/2024 | The Hartford | THE HARTFORD   INS PMT CL 126495 THE HARTFORD   INS PMT CL 12( | -2,814.00 |
| 04/05/2024 | FDC Servers | FDCSERVERSN   3124236675  FL FDCSERVERSN   3124236675  FL | 10.00 |
| 04/05/2024 | Lathem Time Corp | ADT      PAYMENT 953169174 ADT      PAYMENT 953169174      PAYM | 22.29 |
| 04/05/2024 | Lathem Time Corp | ADT      PAYMENT 953169174 ADT      PAYMENT 953169174      PAYM | 75.42 |
| 04/05/2024 | Lathem Time Corp | ADT      PAYMENT 953169174 ADT      PAYMENT 953169174      PAYM | 111.24 |
| 04/05/2024 | Lathem Time Corp | ADT      PAYMENT 953169174 ADT      PAYMENT 953169174      PAYM | 138.15 |
| 04/05/2024 | New Relic | NRI*NEW RELIC  888-643-8776 CA NRI*NEW RELIC  888-643-8776 CA | 410.41 |
| 04/05/2024 | Amazon | B2B Prime*6829N5 Amzn.com bill W B2B Prime*6829N5 Amzn.com I | 540.17 |
| 04/05/2024 | Flokinet | PAYPAL *FLOKINET 35314369001  DE PAYPAL *FLOKINET 3531436900 | 646.67 |
| 04/05/2024 | Lathem Time Corp | ADT      PAYMENT 953169174 ADT      PAYMENT 953169174      PAYM | 904.81 |
| 04/05/2024 | Lathem Time Corp | ADT      PAYMENT 953169174 ADT      PAYMENT 953169174      PAYM | 1,538.22 |
| 04/05/2024 | Best Buy | BESTBUYCOM806929 888BESTBUY  MN | 2,706.24 |
| 04/08/2024 | Google | GOOGLE *Google Stora Mountain Vi GOOGLE *Google Stora Mounta | 0.52 |
| 04/08/2024 | Amazon | Amazon.com*3S2ZL Amzn.com bill W Amazon.com*3S2ZL Amzn.com | 11.36 |
| 04/08/2024 | Amazon | Amazon.com*GN432 Amzn.com bill W Amazon.com*GN432 Amzn.cc | 145.12 |
| 04/09/2024 | Amazon | Amazon.com*TD96A Amzn.com bill W Amazon.com*TD96A Amzn.co | 40.62 |
| 04/09/2024 | Amazon | AMZN Mktp US*IG7 Amzn.com bill W AMZN Mktp US*IG7 Amzn.com | 73.78 |
| 04/09/2024 | Atlassian | ATLASSIAN   SAN FRANCISCO CA | 85.28 |
| 04/09/2024 | Sams Club | SAMSCLUB #4720  AUSTIN   TX | 91.95 |
| 04/09/2024 | Amazon | AMZN Mktp US*W60 Amzn.com bill W AMZN Mktp US*W60 Amzn.cc | 108.24 |
| 04/09/2024 | HEB | HEB ONLINE #108 855-803-0611 TX | 316.12 |
| 04/09/2024 | Astound | ASTOUND PWRD BY 844-357-0942 TX | 1,300.00 |

FREE SPEECH SYSTEMS

| Date | Payee | Description | Amount |
|---|---|---|---|
| 04/09/2024 | Specialized AC | SPECIALIZED AC MECHA AUSTIN    T SPECIALIZED AC MECHA AUSTIN | 1,695.88 |
| 04/10/2024 | Amazon | AMAZON.COM*EM2HH6F53 SEATTLE AMAZON.COM*EM2HH6F53 SE | 12.97 |
| 04/10/2024 | Godaddy.com | DNH*GODADDY.COM TEMPE    AZ | 127.79 |
| 04/10/2024 | Amazon | Amazon.com*5Y6HK Amzn.com bill W Amazon.com*5Y6HK Amzn.co | 131.94 |
| 04/10/2024 | Intuit | INTUIT 18004INTUIT MOUNTAIN VIEW INTUIT 18004INTUIT MOUNTA | 213.20 |
| 04/10/2024 | One Horn Transportation | ONE HORN TRANSPO BRADENTON   FL | 964.93 |
| 04/11/2024 | Host Gator | WEB*HOSTGATOR.CO BURLINGTON  MA | 27.94 |
| 04/11/2024 | Name.com | Name.com, Inc  7202492374  CO | 85.85 |
| 04/11/2024 | Precision Camera | PRECISION CAMERA AUSTIN    TX | 116.75 |
| 04/11/2024 | Power Stop | POWER STOP # 1   AUSTIN   TX | 125.00 |
| 04/11/2024 | Verizon Wireless | VERIZON WIRELESS 6223344794 0721 VERIZON WIRELESS 62233447S | 496.73 |
| 04/11/2024 | Verizon Wireless | VERIZON WIRELESS 6223344794 0721 VERIZON WIRELESS 62233447S | 571.59 |
| 04/11/2024 | Alex E Jones | ALEXANDER JONES #22-33553 DIP 04 ALEXANDER JONES #22-33553 D | 1,142.62 |
| 04/11/2024 | The Range at Austin | THE RANGE AT AUS AUSTIN    TX THE RANGE AT AUS AUSTIN    TX | 1,185.25 |
| 04/11/2024 | One Horn Transportation | ONE HORN TRANSPO BRADENTON   FL | 2,003.06 |
| 04/11/2024 | Weekly Sales Settlements | FREE SPEECH OPS 1261510005 -SETT FREE SPEECH OPS 1261510005 - | 2,053.27 |
| 04/11/2024 | The Hartford | THE HARTFORD   9942902727 126495 THE HARTFORD   9942902727 1 | 2,814.00 |
| 04/11/2024 | Alex E Jones | ALEXANDER JONES #22-33553 DIP 04 ALEXANDER JONES #22-33553 D | 3,000.00 |
| 04/11/2024 | Weekly Sales Settlements | FREE SPEECH OPS 1261510005 -SETT FREE SPEECH OPS 1261510005 - | 50,000.00 |
| 04/11/2024 | Reynal Law Firm | REYNAL LAW FIRM 113025723 STELLA REYNAL LAW FIRM 113025723 | 61,253.76 |
| 04/11/2024 | Weekly Sales Settlements | FREE SPEECH OPS 1261510005 -SETT FREE SPEECH OPS 1261510005 - | 160,494.13 |
| 04/12/2024 | The Hartford | THE HARTFORD   9942902727 126495 THE HARTFORD   9942902727 1 | -2,814.00 |
| 04/12/2024 | Verizon Wireless | VERIZON WIRELESS 6223344794 0721 VERIZON WIRELESS 62233447S | -571.59 |
| 04/12/2024 | Verizon Wireless | VERIZON WIRELESS 6223344794 0721 VERIZON WIRELESS 62233447S | -496.73 |
| 04/12/2024 | Cadence Bank | ANALYSIS CHRG | 5.80 |
| 04/12/2024 | Amazon | AMAZON.COM*FS5Y77W53 SEATTLE AMAZON.COM*FS5Y77W53 SE/ | 123.40 |
| 04/12/2024 | Amazon | AMZN Mktp US*433 Amzn.com bill W AMZN Mktp US*433 Amzn.cor | 201.52 |
| 04/15/2024 | Amazon | AMZN Mktp US*XJ1 Amzn.com bill W AMZN Mktp US*XJ1 Amzn.com | 16.23 |
| 04/15/2024 | Amazon | AMZN Mktp US*2M5 Amzn.com bill W AMZN Mktp US*2M5 Amzn.cc | 17.98 |
| 04/15/2024 | Chat GPT | CHATGPT SUBSCRIP SAN FRANCISCO C CHATGPT SUBSCRIP SAN FRAN | 21.28 |
| 04/15/2024 | Amazon | AMZN Mktp US*L52 Amzn.com bill W AMZN Mktp US*L52 Amzn.com | 23.78 |
| 04/15/2024 | Amazon | AMZN Mktp US*IX4 Amzn.com bill W AMZN Mktp US*IX4 Amzn.com | 38.65 |
| 04/15/2024 | Amazon | AMZN Mktp US*YT8 Amzn.com bill W AMZN Mktp US*YT8 Amzn.con | 43.29 |
| 04/15/2024 | Amazon | AMZN Mktp US*7S9 Amzn.com bill W AMZN Mktp US*7S9 Amzn.con | 48.69 |
| 04/15/2024 | Best Buy | BESTBUYCOM806930 888BESTBUY  MN | 49.78 |

000254

| Date | Payee | Description | Amount |
|---|---|---|---|
| 04/15/2024 | Amazon | AMZN Mktp US*K79 Amzn.com bill W AMZN Mktp US*K79 Amzn.cor | 57.26 |
| 04/15/2024 | FDC Servers | FDCSERVERSN   3124236675  FL FDCSERVERSN   3124236675  FL | 60.00 |
| 04/15/2024 | Amazon | AMZN Mktp US*WO5 Amzn.com bill W AMZN Mktp US*WO5 Amzn.c | 104.91 |
| 04/15/2024 | Amazon | AMZN Mktp US*UL1 Amzn.com bill W AMZN Mktp US*UL1 Amzn.cor | 108.22 |
| 04/15/2024 | Spectrum | SPECTRUM     0000358635 7858579 SPECTRUM     0000358635 78585 | 131.68 |
| 04/15/2024 | Metal Supermarket | METAL SUPERMARKE ETOBICOKE   ON | 136.54 |
| 04/15/2024 | HEB | H-E-B #611     DRIPPING SPRI TX | 155.64 |
| 04/15/2024 | Back Blaze | BACKBLAZE INC  SAN MATEO   CA | 164.51 |
| 04/15/2024 | Amazon | AMZN Mktp US*KY2 Amzn.com bill W AMZN Mktp US*KY2 Amzn.cor | 206.95 |
| 04/15/2024 | Amazon | AMZN Mktp US*ZX5 Amzn.com bill W AMZN Mktp US*ZX5 Amzn.con | 206.95 |
| 04/15/2024 | Amazon | AMZN Mktp US*SP2 Amzn.com bill W AMZN Mktp US*SP2 Amzn.con | 218.67 |
| 04/15/2024 | Home Depot | NST THE HOME DEPOT 0 DRIPPING SP NST THE HOME DEPOT 0 DRIPF | 234.56 |
| 04/15/2024 | Sams Club | SAMS CLUB #4720   AUSTIN   TX | 270.28 |
| 04/15/2024 | Google | GOOGLE *FIBER zw2J2x Mountain Vi GOOGLE *FIBER zw2J2x Mounta | 288.40 |
| 04/15/2024 | Sams Club | SAMSCLUB.COM   888-746-7726 AR | 384.43 |
| 04/15/2024 | Primo Water | PRIMO WATER   TAMPA    FL | 513.71 |
| 04/15/2024 | Smart Air | SMART AIR    AUSTIN   TX | 626.61 |
| 04/15/2024 | Amazon Web Servi | 0099812814 DDA CHECK | 11,860.53 |
| 04/15/2024 | Amazon Web Servi | 0099814618 DDA CHECK | 69,650.81 |
| 04/16/2024 | Host Gator | WEB*HOSTGATOR.CO BURLINGTON  MA | 17.31 |
| 04/16/2024 | Grokability, Inc. | GROKABILITY: SNI SAN DIEGO   CA | 39.99 |
| 04/16/2024 | Amazon | AMAZON.COM*KZ6Y63DZ3 SEATTLE AMAZON.COM*KZ6Y63DZ3 SEA | 47.93 |
| 04/16/2024 | Amazon | AMAZON.COM*K951F06O3 SEATTLE AMAZON.COM*K951F06O3 SEA | 68.31 |
| 04/16/2024 | Amazon | AMAZON.COM*O19TJ6ST3 SEATTLE AMAZON.COM*O19TJ6ST3 SEAT | 68.38 |
| 04/16/2024 | Amazon | AMAZON.COM*0Q27A7D73 SEATTLE AMAZON.COM*0Q27A7D73 SE. | 97.37 |
| 04/16/2024 | Amazon | AMZN Mktp US*QU3 Amzn.com bill W AMZN Mktp US*QU3 Amzn.cc | 105.06 |
| 04/16/2024 | Amazon | AMZN Mktp US*RW8 Amzn.com bill W AMZN Mktp US*RW8 Amzn.c | 173.16 |
| 04/17/2024 | HEB | H-E-B #373     ROUND ROCK  TX | 10.56 |
| 04/17/2024 | Amazon | AMZN Mktp US*XM6 Amzn.com bill W AMZN Mktp US*XM6 Amzn.c | 32.14 |
| 04/17/2024 | Amazon | Amazon.com*E695D Amzn.com bill W Amazon.com*E695D Amzn.co | 61.25 |
| 04/17/2024 | HEB | H-E-B #091     AUSTIN   TX | 69.31 |
| 04/17/2024 | Microsoft Advertising | Microsoft     Redmond   WA | 149.24 |
| 04/17/2024 | Amazon | AMZN Mktp US*T92 Amzn.com bill W AMZN Mktp US*T92 Amzn.con | 177.61 |
| 04/17/2024 | Verizon Wireless | VZWRLSS*MY VZ VB 800-922-0204 FL | 571.59 |
| 04/17/2024 | RV Land | RV LAND    KYLE    TX | 1,006.25 |

| Date | Payee | Description | Amount |
|---|---|---|---|
| 04/17/2024 | Weekly Sales Settlements | FREE SPEECH OPS 1261510005 -SETT FREE SPEECH OPS 1261510005 - | 5,326.58 |
| 04/17/2024 | Alex E Jones | ALEXANDER JONES #22-33553 DIP 04 ALEXANDER JONES #22-33553 D | 14,336.86 |
| 04/17/2024 | Weekly Sales Settlements | FREE SPEECH OPS 1261510005 -SETT FREE SPEECH OPS 1261510005 - | 15,716.53 |
| 04/17/2024 | Weekly Sales Settlements | FREE SPEECH OPS 1261510005 -SETT FREE SPEECH OPS 1261510005 - | 112,019.93 |
| 04/18/2024 | Ionos | IONOS INC.   CHESTERBROOK PA | 31.99 |
| 04/18/2024 | Amazon | AMZN Mktp US*4B8 Amzn.com bill W AMZN Mktp US*4B8 Amzn.cor | 43.28 |
| 04/18/2024 | Amazon | AMZN Mktp US*Z36 Amzn.com bill W AMZN Mktp US*Z36 Amzn.con | 69.45 |
| 04/18/2024 | Amazon | AMZN Mktp US*NX6 Amzn.com bill W AMZN Mktp US*NX6 Amzn.co | 75.76 |
| 04/18/2024 | Hartford Insurance | HARTFORD INS. PR HARTFORD   CT | 5,665.00 |
| 04/19/2024 | Riata Ford | RIATAFORD.COM  MANOR    TX | 7.00 |
| 04/19/2024 | Cloudflare Inc | CLOUDFLARE   SAN FRANCISCO CA CLOUDFLARE   SAN FRANCISCO C | 25.00 |
| 04/19/2024 | Amazon | AMZN Mktp US*VH1 Amzn.com bill W AMZN Mktp US*VH1 Amzn.co | 49.78 |
| 04/19/2024 | Amazon | Amazon.com*R38ZJ Amzn.com bill W Amazon.com*R38ZJ Amzn.com | 119.02 |
| 04/19/2024 | Amazon | AMAZON.COM*I006C2ET3 SEATTLE AMAZON.COM*I006C2ET3 SEATT | 313.93 |
| 04/19/2024 | Amazon | AMZN Mktp US*RZ2 Amzn.com bill W AMZN Mktp US*RZ2 Amzn.cor | 356.57 |
| 04/19/2024 | Smart Air | SMART AIR    AUSTIN   TX | 1,253.23 |
| 04/19/2024 | Apple | APPLE.COM US  800-676-2775 CA | 3,029.92 |
| 04/22/2024 | Cloudflare Inc | CLOUDFLARE   SAN FRANCISCO CA CLOUDFLARE   SAN FRANCISCO C | 25.00 |
| 04/22/2024 | Amazon | AMZN Mktp US*BB8 Amzn.com bill W AMZN Mktp US*BB8 Amzn.cor | 29.22 |
| 04/22/2024 | Vercel Pro | VERCEL PRO   COVINA   CA | 40.00 |
| 04/22/2024 | HEB | HEB ONLINE #108 855-803-0611 TX | 89.43 |
| 04/22/2024 | Amazon | AMZN Mktp US*687 Amzn.com bill W AMZN Mktp US*687 Amzn.cor | 105.95 |
| 04/22/2024 | Amazon | AMZN Mktp US*LY3 Amzn.com bill W AMZN Mktp US*LY3 Amzn.com | 206.95 |
| 04/22/2024 | Amazon | AMZN Mktp US*RL8 Amzn.com bill W AMZN Mktp US*RL8 Amzn.con | 206.95 |
| 04/22/2024 | NewTech | ONLINE STORE SAL 361-816-4113 TX | 215.43 |
| 04/22/2024 | NewTech | ONLINE STORE SAL 361-816-4113 TX | 215.43 |
| 04/22/2024 | NewTech | ONLINE STORE SAL 361-816-4113 TX | 215.43 |
| 04/22/2024 | Orkin | ORKIN     0000427522 9851468 ORKIN     0000427522 9851468     OI | 306.34 |
| 04/22/2024 | HEB | HEB ONLINE #108 855-803-0611 TX | 322.51 |
| 04/22/2024 | Sams Club | SAMSCLUB.COM  888-746-7726 AR | 331.55 |
| 04/22/2024 | 1 Password | 1PASSWORD   TORONTO   ON | 357.28 |
| 04/22/2024 | Amazon | AMZN Mktp US*3I6 Amzn.com bill W AMZN Mktp US*3I6 Amzn.com | 413.90 |
| 04/22/2024 | FDC Servers | FDCSERVERSN  3124236675  FL FDCSERVERSN  3124236675  FL | 545.34 |
| 04/22/2024 | Awio Web Services LLC | AWIO WEB SERVICE CARY    NC | 899.00 |
| 04/22/2024 | Cloudflare Inc | CLOUDFLARE   SAN FRANCISCO CA CLOUDFLARE   SAN FRANCISCO C | 1,199.25 |

000256

FREE SPEECH SYSTEMS

| 04/22/2024 | Addshoppers | ADOBE *ADOBE  4085366000  CA | 4,289.35 |
| 04/23/2024 | Orkin | ORKIN      0000427522 9851468 ORKIN      0000427522 9851468       OI | -306.34 |
| 04/23/2024 | Pritunl Premium | PRITUNL PREMIUM SEATTLE    WA | 10.00 |
| 04/23/2024 | GitHub | GITHUB, INC.   SAN FRANCISCO CA | 24.00 |
| 04/23/2024 | Amazon | AMZN Mktp US*RR5 Amzn.com bill W AMZN Mktp US*RR5 Amzn.cor | 211.90 |
| 04/23/2024 | Dropbox | DROPBOX*CQZ32GHQ DROPBOX.COM  CA | 212.13 |
| 04/23/2024 | AT&T | ATT      9864031004 038027002EP ATT      9864031004 038027002EP. | 649.80 |
| 04/24/2024 | AT&T | ATT      9864031004 038027002EP ATT      9864031004 038027002EP. | -649.80 |
| 04/24/2024 | PepperTech | SP PEPPERTECH.IO SAVAGE    MN | 68.98 |
| 04/24/2024 | Rumble | RUMBLEVIDEO   TORONTO    ON | 100.00 |
| 04/24/2024 | Name.com | Name.com, Inc  7202492374  CO | 191.87 |
| 04/24/2024 | Iron Mountain | IRON MOUNTAIN  BOSTON    MA | 317.87 |
| 04/25/2024 | Epik | WWW.EPIK.COM   SHERIDAN   WY | 138.99 |
| 04/25/2024 | Weekly Sales Settlements | FREE SPEECH OPS 1261510005 -SETT FREE SPEECH OPS 1261510005 - | 1,795.77 |
| 04/25/2024 | Apple | APPLE.COM US   800-676-2775 CA | 1,839.17 |
| 04/25/2024 | Security Bank of Crawford | SECURITY BANK OF CRAWFORD 111010 SECURITY BANK OF CRAWFOI | 2,196.25 |
| 04/25/2024 | One Horn Transportation | ONE HORN TRANSPO BRADENTON   FL | 3,000.00 |
| 04/25/2024 | Alex E Jones | ALEXANDER JONES #22-33553 DIP 04 ALEXANDER JONES #22-33553 [ | 22,559.77 |
| 04/25/2024 | Weekly Sales Settlements | FREE SPEECH OPS 1261510005 -SETT FREE SPEECH OPS 1261510005 - | 350,426.73 |
| 04/29/2024 | RSS | RSS.APP     MIAMI    FL | 19.99 |
| 04/29/2024 | Chat GPT | CHATGPT SUBSCRIP SAN FRANCISCO C CHATGPT SUBSCRIP SAN FRAN | 21.28 |
| 04/29/2024 | Amazon | Amazon.com*I4785 Amzn.com bill W Amazon.com*I4785 Amzn.com | 300.00 |
| 04/29/2024 | Amazon | AMZN Mktp US*6P8 Amzn.com bill W AMZN Mktp US*6P8 Amzn.cor | 413.90 |
| 04/29/2024 | Amazon | AMZN Mktp US*GE2 Amzn.com bill W AMZN Mktp US*GE2 Amzn.cor | 413.90 |
| 04/30/2024 | Amazon | AMZN Mktp US*7G7 Amzn.com bill W AMZN Mktp US*7G7 Amzn.cor | 85.15 |
| | | | **1,302,723.28** |

**Cadence Bank Payroll Account**

| 4/2/2024 | PAYROLL EXPENSE | Payroll Expense | 203,134.39 |
| 4/16/2024 | PAYROLL EXPENSE | Payroll Expense | 198,995.43 |
| 4/30/2024 | PAYROLL EXPENSE | Payroll Expense | 197,800.14 |
| | | | **599,929.96** |



TOTAL CASH DISBURSEMENTS                    1,902,653.24



**FORM 425C Exhibit E**
**Total Payables**

*As of April 30, 2024*

| From | Amount | Due Date | |
|---|---|---|---|
| **Trade AP** | | | |
| Jonathon Wolfe | 10,500.00 | 11/07/2023 | *(a)* |
| Encompass | 35,302.88 | 04/10/2024 | |
| Encompass | 23,370.41 | 04/10/2024 | |
| Encompass | 23,370.41 | 04/25/2024 | |
| Novasors (Centrinex LLC) | 5,922.24 | 05/10/2024 | |
| Lease Direct | 3,609.14 | 05/16/2024 | |
| | **102,075.08** | | |
| | | | |
| **Inventory** | | | |
| Hi Tech Pharm | 163,391.47 | 12/20/2023 | *(b)* |
| Hi Tech Pharm | 184,591.36 | 02/14/2024 | *(b)* |
| NutraSimple Products | 57,375.00 | 03/26/2024 | *(b)* |
| Yellow Emperor | 93,750.00 | 12/13/2023 | *(b)* |
| | **499,107.83** | | |
| | | | |
| **Legal / Consulting Fees** | | | |
| Melissa Haselden | 5,219.00 | 01/31/2024 | |
| Melissa Haselden | 13,211.00 | 01/31/2024 | |
| Melissa Haselden | 21,186.00 | 02/29/2024 | *(c)* |
| Melissa Haselden | 56,980.00 | 03/31/2024 | *(c)* |
| Melissa Haselden | 45,000.00 | 04/30/2024 | |
| | **141,596.00** | | |
| | | | |
| **Total Accounts Payable** | **742,778.91** | | |

(a)   Disputed

(b)   Not due till product is ready to ship and has been manufactured

(c)   Did not receive invoice till April of 2024



**FORM 425C Exhibit F**
**Total Receivables**

*Free Speech Systems LLC does not have traditional receivables from our customers.  Virtually all our transactions happen via our on-line store and aggregated by our third party credit card processor.  There is a lag between the transaction on the on-line store and the funding from our processor.  Therefore, we don't have traditional customer receivables but have included our daily processor deposits that are unpaid as of the end of the month as receivables*

*As of April , 2024*

| From | Amount | Due Date |
|------|--------|----------|
| Processor T | 120,947.44 | 4/18/2024 |
| Processor T | 94,770.20 | 4/19/2024 |
| Processor T | 56,543.19 | 4/20/2024 |
| Processor T | 73,741.88 | 4/21/2024 |
| Processor T | 103,253.63 | 4/22/2024 |
| Processor T | 70,001.57 | 4/23/2024 |
| Processor T | 82,562.70 | 4/24/2024 |
| Processor T | 62,999.63 | 4/25/2024 |
| Processor T | 79,358.66 | 4/26/2024 |
| Processor T | 53,537.44 | 4/27/2024 |
| Processor T | 59,714.76 | 4/28/2024 |
| Processor T | 66,606.32 | 4/29/2024 |
| Processor T | 64,598.82 | 4/30/2024 |
| | **988,636.24** | |

*FSS switched credit card processors in October in order to reduce our bankcard rate from 7.0% to 5.5%.  The settlement period in the new contract is listed as 5-10 business days and it has been averaging 12 days.  This is why this Exhibit reflects 13 separate receivables.  As of the date of this MOR filing, $272,260.83 of the above AR has been collected by FSS.*

# FREE SPEECH SYSTEMS

| | AXOS Deposits # 78877 | AXOS Operating # 78919 | AXOS Donations # 78885 | AXOS Payroll # 78927 | AXOS Infowars # 78893 # 77838 | AXOS Legal # 78901 | CADE Deposits # 8-099-2 | CADE Operating # 8-100-8 | CADE Donations # 8-101-6 | CADE Payroll # 8-102-4 | CADE Escrow # 8-103-2 | TOTAL All Accounts |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **April 1 to April 30** | | | | | | | | | | | | |
| **Opening Balance** | - | 409.58 | - | - | 85,772.78 | - | 1,898,599.02 | 60,103.08 | 114,363.49 | 5,000.00 | 565,887.38 | **2,730,135.33** |
| Cash Receipts | - | - | - | - | - | - | 3,165,981.51 | 40.00 | - | - | - | **3,166,021.51** |
| Cash Disbursements | - | - | - | - | - | - | - | (1,302,723.28) | - | (599,929.96) | - | **(1,902,653.24)** |
| **Net Cash Flow** | - | - | - | - | - | - | 3,165,981.51 | (1,302,683.28) | - | (599,929.96) | - | **1,263,368.27** |
| Transfers In | - | - | - | - | - | - | - | 1,266,554.05 | - | 599,929.96 | 59,798.76 | *1,926,282.77* |
| Transfers Out | - | - | - | - | - | - | (1,926,282.77) | - | - | - | - | *(1,926,282.77)* |
| **Cash on Hand** | - | 409.58 *(a)* | - | - | 85,772.78 *(a)* | - | 3,138,297.76 | 23,973.85 | 114,363.49 | 5,000.00 | 625,686.14 | **3,993,503.60** |

*(a)* On 10/26 AXOS bank closed our accounts for the second time in 30 days, despite assurances that they would work with FSS to provide an orderly transition. There was some confusion with the InfoWars account #78893 and the InfoW Account #77838 with the multiple account closures and cashiers checks that were sent to the Austin office. The InfoW address on file with AXOS was to a different office and as of 4/30 we have filed a turn-over motion against AXOS bank to get the closing balance to the correct account. We are not getting cooperation with AXOS Bank and counsel has reached out to AXOS Bank to get it resolved.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | **Chapter 7** |
| **ALEX JONES,** | § | |
| | § | **Case No. 22-33553** |
| Debtor. | § | |
| | § | |
| | § | |
| In re: | § | **Chapter 11** |
| | § | |
| **FREE SPEECH SYSTEMS LLC,** | § | **Case No. 22-60043** |
| | § | |
| Debtor. | § | |
| | § | |

**TRUSTEE'S EMERGENCY MOTION TO (1) CLARIFY TRANSFER OF CONTROL
AND SIGNING AUTHORITY WITH RESPECT TO DEBTOR'S BANK ACCOUNTS, (2)
FOR AN ORDER EXTENDING AUTOMATIC STAY IN THE ALEX JONES CASE TO
FREE SPEECH SYSTEMS LLC, AND (3) RELATED RELIEF**
(Relates to Doc. Nos. 956 and ___)

Upon consideration of the Trustee's Emergency Motion to (1) Clarify the Transfer of Control and Signing Authority with Respect to the Debtor's Bank Accounts, (2) for an Order Extending the Chapter 7 Automatic Stay in the Alex Jones Case to Free Speech Systems LLC ("**FSS**," the "**Debtor**"), and (3) Related Relief (the "**Motion**"), the Court finds that notice of the Motion was adequate. It is therefore:

**ORDERED** that, the Trustee is authorized to take all reasonable steps to wind-down the business of FSS and, in that connection, to take control over and use FSS's assets and cash for that purpose or payment of any other amounts allowed to be paid by further order; and it is further

**ORDERED** that the chapter 7 automatic stay in the Alex Jones case is extended to FSS for 90 days (without prejudice to the Trustee seeking an extension, if needed) to allow the Trustee to conduct an orderly wind-down of FSS operations and liquidate its inventory; and it is further

1

15439712

2

**ORDERED** that any orders of any other court entered in furtherance of collections efforts against FSS by any party, including any other violations of the extended stay, are void and without force and effect; and it is further

**ORDERED** that this Order shall be effective and enforceable immediately upon entry; and it is further

**ORDERED** that this Court will hold a status conference on June ___, 2024, at __:00 a.m./p.m. and the Judgment Creditors and their attorneys and the Trustee's counsel shall personally appear at this status conference.

SIGNED this ____th day of June 2024.

_____
**HONORABLE CHRISTOPHER LOPEZ**
**UNITED STATES BANKRUPTCY JUDGE**

15439712

000263

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) <br> ) <br> ) Chapter 11 (Subchapter V) <br> ) <br> ) Case No. 22-60043 (CML) <br> ) <br> ) <br> ) |
| FREE SPEECH SYSTEMS, LLC, | |
| Debtor. | |
| In re: | ) <br> ) Chapter 7 <br> ) <br> ) Case No. 22-33553 (CML) <br> ) <br> ) |
| ALEXANDER E. JONES, | |
| Debtor. | |

**CONNECTICUT FAMILIES'**
**STATEMENT IN SUPPORT OF TRUSTEE'S EMERGENCY MOTION**

The Connecticut Families,[1] as creditors and parties in interest in the above-captioned cases (the "FSS Case" and the "Jones Case"), file this statement (this "Statement") in support of the *Trustee's Emergency Motion to (1) Clarify Transfer of Control and Signing Authority With Respect to Debtor's Bank Accounts, (2) for an Order Extending Automatic Stay in the Alex Jones Case to Free Speech Systems LLC, and (3) Related Relief* (the "Motion") [Case No. 22-33553 (the "Jones Docket"), No. 720]. In support of the Motion, the Connecticut Families respectfully state as follows:

---

[1]    The "Connecticut Families" are Mark Barden, Jacqueline Barden, Francine Wheeler, David Wheeler, Ian Hockley, Nicole Hockley, Jennifer Hensel, William Aldenberg, William Sherlach, Carlos M. Soto, Donna Soto, Jillian Soto-Marino, Carlee Soto Parisi, Robert Parker, and Erica Ash.

**Statement**

1.      The Connecticut Families support the Motion and the Chapter 7 Trustee's[2] efforts to secure an orderly liquidation of Free Speech Systems, LLC ("FSS") and an equal distribution of its assets among all of the Sandy Hook Families.[3]

2.      At the hearing before this Court[4] on June 14, 2024, the Connecticut Families raised the concern that dismissal of the FSS Case would precipitate a "race to the courthouse" and risked a "winner take all" outcome that was inconsistent with the Bankruptcy Code's preference for equitable distributions among creditors.  Counsel for the Texas Families[5] expressed significant "surprise" that the Connecticut Families had these concerns,[6] asserted that they had worked cooperatively with the Connecticut Families in the past, and represented that any concern over a race to the courthouse was overblown because the Texas Families "invited" the Connecticut Families to continue to work collaboratively together.[7]  Counsel for the Texas Families also represented that the Texas Families supported dismissal, rather than an orderly liquidation of FSS's assets in chapter 7, so that FSS could continue operating and generate additional cashflow.[8]

---

[2]     The "Chapter 7 Trustee" refers to the chapter 7 trustee appointed in the Jones Case.

[3]     The "Sandy Hook Families" refers to the Connecticut Families and the Texas Families (as defined herein).

[4]     This "Court" refers to the United States Bankruptcy Court for the Southern District of Texas.

[5]     The "Texas Families" are Neil Heslin, Scarlett Lewis, Leonard Pozner, Veronique De La Rosa, and the Estate of Marcel Fontaine.

[6]     *See* June 14, 2024 Hr'g Tr. at 178:15–17 ("Now, I have to admit, I'm very surprised about all this race to the courthouse stuff that we've been hearing today, Judge. It's the first I've ever heard of it."); *id.* at 185:3–5 ("[S]hocked to hear about the race to the courthouse talk from Connecticut.").

[7]     *See, e.g.*, June 14, 2024 Hr'g Tr. 179:9–13 ("We invite Connecticut to be part of [the collections] process."); *id.* at 179:14–15 ("We're open to working together with Connecticut. I invite them to do so."); *id.* at 181:17–19 ("And we're going to collect, hopefully in tandem with Connecticut, in a sustainable way, in a way that maximizes the value."); *id.* at 186:21–24 ("[W]e're asking for the ability to put our destiny in our own hands, work with Connecticut and pursue some sort of collections in a dismissal.").

[8]     *See, e.g.*, June 14, 2024 Hr'g Tr. 178:12–14 (stating that it is in creditors' best interests that "FSS continue as a going concern, so that the Creditors can collect"); *id.*at 182:18-21 ("What matters is, are you going to get more money for these creditors selling FSS for scraps?  Or are you going to get more collecting from an ongoing business, Judge?"); *id.* at 181:17-19 (going to collect "in a sustainable way, in a way that maximizes the value.").

2

3.       Unfortunately, these representations quickly proved false.  Only a couple ***hours after*** this Court's entry of an order dismissing the FSS Case, the Texas Families, without ***any notice*** to the Connecticut Families, ***immediately*** sought the turnover of ***all*** of FSS's property to the Texas Families for their sole benefit—a result that would leave the Connecticut Families with no recovery at all from FSS.  Even worse, two hours after the Texas Families filed their motion, the Texas state court, without the benefit of context or apparent knowledge of substance of this Court's orders, purported to grant such relief, without affording FSS, its owner, the Chapter 7 Trustee, or the Connecticut Families the opportunity to be heard.  Contemporaneously, the Texas Families also sought a writ of garnishment in Texas state court to attempt to seize FSS's cash and other assets.  The Texas Families' actions were precisely what they had told the Court and the Connecticut Families they would not do just days earlier.

4.       To be clear, the Connecticut Families support an orderly liquidation of FSS's assets and *pro rata* distributions among FSS's creditors that hold valid claims.  The Texas Families, quite clearly, do not have the same goals.  Rather, they seek preferential treatment and outsized recoveries by attempting to win the very race to the courthouse that they claimed to eschew on June 14.  Indeed, by their filings in Texas state court, it is the stated preference of the Texas Plaintiffs that ***all assets of FSS*** be turned over for their exclusive benefit—and that the Connecticut Families receive no recovery at all from FSS.  This Court found that dismissal was in the best interest of FSS's creditors ***as a whole*** and thus should not condone the Texas Families' disruptive efforts to force the overwhelming majority of FSS's creditors to face the prospect of having ***no recovery at all***.

5.       These actions, if allowed to continue, would have substantial—if not disastrous—impacts beyond the unequal distribution of FSS's assets to creditors.  This Court has converted the

3

Jones Case to a case proceeding under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code"), and the Chapter 7 Trustee has been appointed in the Jones Case. *See Order Converting Debtor's Chapter 11 Case to a Case Under Chapter 7 of the Bankruptcy Code* [Jones Docket No. 708]; *Notice of Appointment of Chapter 7 Trustee* [Jones Docket No. 709]. As the Motion makes clear, if the Texas Families' actions are not stopped, they will significantly impede the Chapter 7 Trustee's ability to effectuate an orderly, equitable, and value-maximizing winddown of the estate of Alexander E. Jones ("Jones"). Because this "value-destructive money grab" should be stopped immediately, the Connecticut Families support the relief requested by the Motion. *See* Mot. ¶ 5.

6.    Conversion of the Jones Case immediately vested in the Chapter 7 Trustee all non-exempt property of the Jones estate. Accordingly, the Chapter 7 Trustee now holds 100% of the equity interests in FSS, and, as owner and soon to be manager of FSS, "has a fiduciary duty to the creditors of FSS in addition to his fiduciary duties as the chapter 7 trustee of the Alex Jones creditors." Mot. ¶ 15 n.7. For one subset of FSS's creditors to simply remove *all* of the assets of FSS and "garnish" its bank accounts would, necessarily, gut the responsibilities of the Chapter 7 Trustee and forestall other creditors' ability to recover *any* distributions from the most valuable asset of the Jones estate. The Connecticut Families submit that this would undermine the very protections that converting the Jones Case and appointing the Chapter 7 Trustee were intended to provide to Jones's creditors, and would prevent the Chapter 7 Trustee from effectuating his mandate. The Texas Plaintiffs seek an outcome where creditors holding less than 5% of the liquidated claims against FSS and Jones would be entitled to recover 100% of the value of FSS, which is Jones's most valuable asset. That would be the most disastrous end possible to a

4

bankruptcy that lasted *two years*, and was certainly not what the Texas Families represented would happen upon dismissal at the June 14th hearing.

7. Further, as described in the Motion, the Texas Families' actions directly contravene this Court's *Order Dismissing Case* (the "Dismissal Order") [Case No. 22-60043 (the "FSS Docket") No. 956], granting a remedy that the Texas Families supported. The Dismissal Order authorizes FSS's chief restructuring officer to "transfer control and signing authority with respect to the Debtor's bank accounts to Christopher R. Murray in his capacity as the Chapter 7 Trustee for the bankruptcy estate of Alexander Jones." Dismissal Order ¶ 2. Accordingly, the Dismissal Order contemplates that *the Chapter 7 Trustee* will be responsible for FSS's assets—including the very same bank accounts that the Texas Families are attempting to assert control over through their application for a writ of garnishment. The Texas Families' attempts to usurp this Court's Dismissal Order, purely for their own economic self-interest, should be stopped.

8. Moreover, the Texas Families' actions directly contradict their express representations to this Court at the June 14 hearing. At that hearing, and in their Texas Families' Statement Supporting Dismissal, the Texas Families based their support of dismissal of the FSS Case on their purported belief that FSS's continued operation as a going concern would be value maximizing for all creditors. *See e.g.*, Texas Families' Statement Supporting Dismissal ¶ 12 ("[D]ismissing FSS provides more value for the estate and its creditors. Creditors' recoveries in a chapter 7 conversion will amount to crumbs compared with potential recovery the creditors stand to gain from FSS post-dismissal."); *see also* June 14, 2024, Hr'g Tr. at 181:16–19 ("And we're going to collect, hopefully in tandem with Connecticut, in a sustainable way, in a way that maximizes the value."). Instead, their actions now "threaten the ongoing business of FSS," and would "throw the business into chaos." Mot. ¶¶ 4, 6.

5

6

9.      Accordingly, the Connecticut Families, like the Chapter 7 Trustee, believe it is critical that the automatic stay in the Jones Case be extended to protect FSS's assets, and to prevent further gamesmanship.  Unfortunately, the Texas Families' self-serving actions threaten to destroy remaining value, prevent the Chapter 7 Trustee from pursuing an orderly winddown for the benefit of *all creditors*, and turn the legacy of this case into fundamental unfairness.  The Connecticut Families request that the Court enforce the letter and the spirit of its prior rulings in the manner requested by the Chapter 7 Trustee.

6

Dated: June 24, 2024

Respectfully submitted,

*/s/ Ryan E. Chapple*
**CAIN & SKARNULIS PLLC**
Ryan E. Chapple
State Bar No. 24036354
303 Colorado Street, Suite 2850
Austin, TX 78701
Telephone:  (512) 477-5000
Fax:  (512) 477-5011
E-mail:  rchapple@cstrial.com

**KOSKOFF KOSKOFF & BIEDER, PC**
Alinor C. Sterling (admitted *pro hac vice*)
350 Fairfield Avenue
Bridgeport, CT 06604
Telephone:  (203) 336-4421
E-mail:  asterling@koskoff.com

**PAUL, WEISS, RIFKIND,**
**WHARTON & GARRISON LLP**
Kyle J. Kimpler (admitted *pro hac vice*)
Paul Paterson (admitted *pro hac vice*)
Leslie Liberman (admitted *pro hac vice*)
Vida Robinson (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone:  (212) 373-3000
Fax:  (212) 757-3990
E-mail:  kkimpler@paulweiss.com
          ppaterson@paulweiss.com
          lliberman@paulweiss.com
          virobinson@paulweiss.com

***Co-Counsel to the Connecticut Families***

7

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion has been served on counsel for the Debtor, the Debtor, and all parties receiving or entitled to notice through CM/ECF on this 24th day of June, 2024.

*/s/ Ryan E. Chapple*
Ryan E. Chapple

8

000271

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |
|---|---|
| In re<br><br>Alexander E. Jones,<br><br>     Debtor, | Bankruptcy<br>Case No. 22-33553(CML)<br><br>Chapter 7 |
| In re<br><br>Free Speech Systems LLC,<br><br>     Debtor, | Bankruptcy<br>Case No. 22-60043 (CML)<br><br>Chapter 11 |

## THE TEXAS PLAINTIFFS' RESPONSE TO THE
## JONES CHAPTER 7 TRUSTEE'S EMERGENCY MOTION

The Texas Plaintiffs respond to the *Trustee's Emergency Motion to (1) Clarify Transfer of Control and Signing Authority With Respect to Debtor's Bank Accounts, (2) For an Order Extending Automatic Stay in the Alex Jones Case to Free Speech Systems LLC, and Related Relief*[1] (the "Motion") and request that the Court deny the Motion and confirm that the Jones Chapter 7 Trustee must comply with lawful orders concerning FSS's property.

### INTRODUCTION

At the June 14th hearing, the Court was asked to decide whether to convert the Free Speech bankruptcy to a Chapter 7 or dismiss the case to let the parties pursue their state-court remedies. The Texas Plaintiffs urged the Court to dismiss the case so that creditors could pursue those remedies in state court, avoiding the expense and delay of a liquidating bankruptcy. The Court

---

[1] *In re Alexander E. Jones*, Case No. 22-33553 ("Jones Docket") [Docket No. 720]; *In re Free Speech Systems, LLC* "FSS Docket"), Case No. 22-60043 [Docket No. 957].

000272

agreed and dismissed the FSS Case.[2]  At the hearing, the Court explained: "I think creditors are better served by pursuing their state court rights.  They all have them, nothing is being discharged.  Nothing is being affected by the case."[3]  The same day, with the support of all parties, the Court converted Alex Jones's personal bankruptcy to Chapter 7.  Together, the cases were set on a path forward: FSS would be out of bankruptcy so creditors could exercise their rights in state court; Jones would convert to a Chapter 7 liquidation.

Now, the Chapter 7 Trustee of *Jones's* personal bankruptcy asks the Court to permit *him* to "conduct an orderly wind-down" and liquidation *of FSS*.  But the Court already declined to order such a bankruptcy-court-supervised liquidation.  The relief the Jones Chapter 7 Trustee seeks in the Motion contradicts the Court's dismissal of FSS and the reasons for it.

In its dismissal order, the Court assuaged the parties' concerns that Jones might pilfer FSS's bank accounts by transferring "control and signing authority with respect to the Debtor's bank accounts to Christopher R. Murray in his capacity as the Chapter 7 Trustee for the bankruptcy estate of Alexander Jones, Case No. 22-33553."[4]  While this solution stops Jones from stealing from FSS, it doesn't anoint the Jones Chapter 7 Trustee as FSS's manager or grant him the powers of a Chapter 7 trustee *of FSS*.  Nor does it empower the Jones Chapter 7 Trustee to avoid an order from a state court requiring FSS to turn over its property.  The Texas Plaintiffs obtained such an order after the FSS bankruptcy was dismissed.[5]  And now the Jones Chapter 7 Trustee seeks a stay over FSS and that the state court's order be ignored.  This relief undermines this Court's Dismissal Order and the state court's order enforcing its final judgment.  The Motion should be denied.

---

[2] *See* FSS Docket, *Order Dismissing Case* [Docket No. 956] (the "Dismissal Order").

[3] *See* June 14, 2024 Hrg Tr. at 202:24-203:2.

[4] Dismissal Order, ¶ 2.

[5] *See* Ex. A, Executed Turnover Order.

## BACKGROUND

1. On July 29, 2022, FSS filed a voluntary petition for relief under chapter 11, subchapter V, of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas. The Subchapter V Trustee was appointed on August 2, 2022, and on September 20, 2022 the Court expanded the Subchapter V Trustee's duties under section 1183(b)(2).

2. On December 2, 2022, Jones filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. Then, on June 14, 2024, Jones's Chapter 11 case was converted to a case under Chapter 7 of the Bankruptcy Code.[6]

3. That same day, the Court decided to dismiss the FSS case instead of converting it. On June 21, 2024, this Court entered the Dismissal Order dismissing FSS's case. The Dismissal Order provided that "[t]he CRO is authorized to transfer control and signing authority with respect to [FSS's] bank accounts to Christopher R. Murray in his capacity as the Chapter 7 Trustee for the bankruptcy estate of Alexander Jones, Case No. 22-33553." The Dismissal Order did not give the Jones Chapter 7 Trustee "control and signing authority" with respect to anything other than FSS's "bank accounts." It merely authorized, but did not direct, the CRO to transfer control of FSS's "bank accounts." It did not, for example, vest the Jones Chapter 7 Trustee with control over FSS's equity, other assets, or operations. Nor did it require or even permit the Jones Chapter 7 Trustee to take control of FSS itself. Rather, to ensure that Alex Jones did not take control of the FSS bank accounts, the parties agreed the CRO could give the Jones Chapter 7 Trustee temporary control over those bank accounts until creditors could enforce their rights under state law.

---

[6] *See* Jones Docket, *Order Converting Debtor's Chapter 11 Case to a Case Under Chapter 7 of the Bankruptcy Code* [Docket 708].

- 3 -

4.      Shortly after the Court dismissed the FSS bankruptcy, Texas Plaintiffs Heslin and Lewis sought to enforce their rights under Texas state law as judgment creditors by filing an Application for Turnover Order (the "Turnover Application") and an Application for Post-Judgment Garnishment (the "Garnishment Application") in the 261st District Court for Travis County, Texas. That same day, the Texas state court granted the relief sought in the Turnover Application and issued the Turnover Order. The Turnover Order provides that FSS must "turn over all its nonexempt property to the Travis County Sheriff's Office for execution as required by Tex. Civ. Prac. & Rem. Code 31.002(b)(1)," which "applies to all money of Free Speech Systems, including money held in any bank accounts or being held or controlled by any other third parties at the direction of Free Speech Systems."[7]

5.      The Jones Chapter 7 Trustee now asks this Court to effectively reverse both its dismissal of FSS and the Texas state court's Turnover Order, and instead provide that FSS (which is no longer in bankruptcy) be liquidated by the Jones Chapter 7 Trustee and this Court.[8]

## ARGUMENT

6.      The relief the Jones Chapter 7 Trustee seeks is contrary to this Court's dismissal of FSS and contrary to law. The dismissal of the FSS Case permitted the Texas Plaintiffs to do exactly what they said they'd do: pursue their state-law remedies to enforce their judgment against FSS. The Bankruptcy Code confirms this. In fact, 11 U.S.C. § 349(b)(3) provides that upon dismissal, property of the estate revests with the Debtor unless the court orders otherwise "for cause." Dismissal in a Chapter 11 case thus "typically revests the property of the estate in the

---

[7] *See* Ex. A.

[8] On June 24, the morning after the Jones Chapter 7 Trustee filed the Motion, he filed an untimely and procedurally improper Notice of Removal seeking to remove Heslin and Lewis's case against Jones and FSS to federal court. The Jones Chapter 7 Trustee further indicated that he would seek to transfer that case—which has been tried to judgment in state court—to this Court. Heslin and Lewis will move to remand.

000275

entity in which such property was vested immediately before commencement of the case—in other words it aims to return to the prepetition financial status quo."[9]

7.    In dismissing the FSS Case, the Court ordered FSS to return to the prepetition financial status quo with one caveat: the Court provided the Jones Chapter 7 Trustee with control and signing authority over FSS's bank accounts.  The parties agreed the CRO could give the Jones Chapter 7 Trustee control and signing authority over FSS's bank accounts to ensure that *Alex Jones* would not take control of FSS's corporate bank accounts.  The Court didn't direct the transfer of control and signing authority to the Jones Chapter 7 Trustee; rather, it merely authorized the CRO to complete the transfer at his discretion.  The discretionary nature of the transfer is further evidence of the limited scope of the Jones Chapter 7 Trustee's powers with respect to FSS's assets.  Other than this limited authorization, the Dismissal Order returns FSS to its prepetition financial status as provided in 11 U.S.C. § 349(b)(3).

8.    In other words, nothing about the Court's Dismissal Order imbued the Jones Chapter 7 Trustee with the powers of a chapter 7 trustee *in the FSS Case* or management authority *over FSS*.  Holding otherwise would contradict Texas law.  While some bankruptcy courts have held that a trustee can exercise managerial authority for an individual debtor's membership interest in a single member LLC, Texas state courts have explicitly declined to follow that line of cases.[10]

---

[9] *In re SlideBelts, Inc.*, Case No. 2019-25064-A-11 BMR-31, 2020 Bankr. LEXIS 1777, at *4 (Bankr. E.D. Cal. July 6, 2020) (quoting *Czyewski v. Jevic Holding Corp.*, 580 U.S. 451, 456 (2017)); *see also* H.R. Rep. No. 95-595, p. 338 (1977) (dismissal's "basic purpose … is to undo the bankruptcy case, as far as practicable, and to restore all property rights to the position in which they were found at the commencement of the case.").

[10] *See In re Albright*, 291 B.R. 538, 541 (D. Colo. 2003) (rights of a trustee include "all governance of that entity, including decisions regarding liquidation of the entity's assets"); *Olmstead v. F.T.C.*, 44 So. 3d 76, 78 (Fla. 2010) (holding that in spite of statute providing for charging order as remedy, "Florida law permits a court to order a judgment debtor to surrender all right, title, and interest in the debtor's single-member limited liability company to satisfy an outstanding judgment."); *but see Pajooh v. Royal W. Invs. LLC, Series E*, 518 S.W.3d 557, 563 (Tex. App. 2017) ("We decline to follow *Albright* or *Olmstead*.  As opinions from foreign jurisdictions, they are not binding on this court. More importantly, they are distinguishable because their holdings rely on statutes that are unlike the one enacted in Texas.").

000276

Indeed, Texas law on limited liability companies provides that "a charging order is the *exclusive* remedy by which a judgment creditor of a member or of any other owner of a membership interest may satisfy a judgment out of the judgment debtor's membership interest."[11] That FSS is a single-member LLC doesn't change the analysis. Section 101.112 "applies to both single-member limited liability companies and multiple-member limited liability companies."[12] So under Texas law, the Trustee does *not* have the authority to take managerial control over FSS.

9.      The Jones Chapter 7 Trustee relies on the Court's powers under 11 U.S.C. § 105(a) to request the extraordinary remedy he seeks with respect to extending the automatic stay to the FSS Case. That the Trustee resorts to § 105(a) is itself a concession that he has no actual authority for his actions under the Bankruptcy Code. In any event, the Trustee fails to meet his burden to prove that the use of the Court's equitable powers under 11 U.S.C. § 105(a) is warranted here. The powers of § 105(a) are not limitless and "must be exercised in a manner that is consistent with the Bankruptcy Code."[13] The party invoking an extension of the automatic stay bears the burden to prove that "unusual circumstances" exist to warrant that relief.[14] Extensions of the automatic stay to non-debtors under certain exceptions have been limited in the Fifth Circuit "due to the stringent

---

[11] Tex. Bus. Orgs. Code Ann. § 101.112; *see also WC 4th & Rio Grande, LP v. La Zona Rio, LLC*, No. 08-22-00073-CV, 2024 WL 1138568, at *8 (Tex. App.—El Paso Mar. 15, 2024) (receiver does not have managerial rights in Texas LLC because charging order is exclusive remedy for judgment creditor to satisfy judgment debt against member's interest); *Klinek v. LuxeYard, Inc.*, 672 S.W.3d 830 (Tex. App.—Houston 2023) (holding charging order is exclusive remedy for judgment creditor to enforce judgment against member's interest in LLC and recognizing that charging order "provides only the right to receive any distribution from the limited liability company to which the judgment debtor would be entitled[,]" not to compel an LLC "to make a distribution, take possession of the judgment debtor's membership interest, or exercise any other legal or equitable remedies with respect to company property.").

[12] Tex. Bus. Orgs. Code Ann. § 101.112(g) (emphasis added).

[13] *In re Oxford Mgmt.*, 4 F.3d 1329, 1334 (5th Cir. 1993); *see also In re Henry*, Case No. 17-36854, 2019 WL 623873, at * 2 (Bankr. S.D. Tex. Feb. 12, 2019) ("While it is true that § 105(a) confers considerable discretion on a bankruptcy judge in order to carry out the provisions of the Bankruptcy Code, it is also true that § 105 is not 'a roving commission to do equity.'") (quoting *United States v. Sutton*, 786 F.2d 1305, 1308 (5th Cir. 1986)).

[14] *In re Divine Ripe LLC*, 538 B.R. 300, 308 (Bankr. S.D. Tex. 2015).

- 6 -

factual requirements necessary to warrant extension of the stay."[15]  In considering whether to extend the automatic stay to a non-debtor, courts utilize their discretionary powers to look for an identity of interest between the debtor and non-debtor and weigh "competing interests and maintain an even balance."[16]  Where there is no actual identity of interest between the parties, the automatic stay will not be extended to a non-debtor.[17]  Courts will also consider "the actual economic effect" that the actions sought to be enjoined have on the estate and, absent such an effect, will not invoke their § 105(a) powers.[18]

10.    The Jones Chapter 7 Trustee has not met his burden to show that the circumstances here are so unusual as "to warrant exercising the extraordinary powers of 11 U.S.C. § 105 for extending the automatic stay to a non-debtor."[19]  In assessing the interests of the Texas Plaintiffs and the Chapter 7 Jones Trustee, the balance favors the Texas Plaintiffs.  The Chapter 7 Jones Trustee does not have a significant economic interest at stake.  Although Jones may technically hold equity in FSS, that equity doesn't have real value or benefit to the Jones estate because FSS is hopelessly insolvent.  In addition, there's no reorganization of the Jones estate which the equity interest could advance, as the Jones estate is liquidating.  The Chapter 7 Jones Trustee attempts to sidestep the Court's dismissal by effectively seeking to liquidate the FSS estate.  If the Chapter 7 Jones Trustee is permitted to extend the stay and wind down FSS's assets, the FSS Case will essentially result in a liquidation, rather than the dismissal ordered by this Court. Instead, this Court

---

[15] *Id.* (citing *Reliant Energy Servs., Inc. v. Enron Can. Corp.*, 349 F.3d 816, 825 (5th Cir. 2003)).

[16] *Id.* at 309 (citing *Wedgeworth v. Fibreboard Corp.*, 706 F.2d 541, 544 (5th Cir. 1983)).

[17] *Id.* at 310-13 (denying the extension of the automatic stay to the sole member of an LLC due to lack of actual identity of interest and despite debtor's contention that extension of the stay was necessary to avoid an "adverse, and likely irreconcilable, economic effect on the Debtor's estate.").

[18] *In re Aero Techs. LLC, et al.*, 642 B.R. 891, 911-12 (Bankr. S.D. Ind. 2022); *see also In re Edwards¸* No. 13-54582-BEM, 2013 WL 2317589, at *2 (Bankr. N.D. Ga. May 9, 2013) (noting that in Chapter 7 cases, courts consider "if property has equity and whether it is necessary for reorganization" to evaluate any benefits to the estate).

[19] *In re Divine Ripe, LLC*, 538 B.R. at 311.

should deny the Motion and return the parties to pursuing their state-court remedies, as contemplated by the Dismissal Order.

11.     But in many ways, whether the Trustee or Alex Jones has management rights over FSS is a red herring.  Even if this Court holds that the Chapter 7 Trustee controls FSS, that doesn't allow FSS to flout a state-court order to turn over its property.  FSS is no longer in bankruptcy. The automatic stay has been lifted.  The parties are allowed to pursue available state-court remedies.  And the Texas Plaintiffs are doing just that.  And they've been open that they would— urging for dismissal so they could exercise their state-court remedies to enforce their judgment against FSS.

12.     One of those remedies is a turnover order.  The Texas "Turnover" Statute, § 31.002 of the Texas Civil Practice and Remedies Code, "is the procedural device through which judgment creditors may reach assets of a debtor that are otherwise difficult to attach or levy on by ordinary legal process."[20]  The statute provides that the court may "order the judgment debtor to turn over nonexempt property that is in the debtor's possession or is subject to the debtor's control, together with all documents or records related to the property" or "otherwise apply the property to the satisfaction of the judgment;" or "appoint a receiver with the authority to take possession of the nonexempt property, sell it, and pay the proceeds to the judgment creditor to the extent required to satisfy the judgment."[21]  Courts enjoy "broad discretion in issuing turnover orders" to execute the rights of judgment creditors.[22]  Here, the Texas state court used that broad discretion to order

---

[20] *Ettorre v. Russo's Westheimer, Inc.*, 677 F.Supp.3d 644, 647 (S.D. Tex. 2023) (quoting *Santibanez v. Wier McMahon & Co.*, 105 F.3d 234, 239 (5th Cir. 1997)).

[21] Tex. Civ. Prac. & Rem. Code § 31.002(b).

[22] *Ettorre*, 677 F.Supp.3d at 647 (citing *Santibanez*, 105 F.3d at 239).

000279

- 9 -

FSS to turn over its property to help satisfy the judgment. How a state-law turnover order can be ignored just because a chapter 7 Trustee supposedly runs FSS remains an unanswered question.

## CONCLUSION

13. With the dismissal of the FSS Case, the fate of FSS and the judgments against it fell to state law. Now a state court has ordered that FSS turn over its property as payment toward satisfying one of those judgments. For the reasons set out in this response and for those urged by the Texas Plaintiffs at the dismissal hearing, the Texas Plaintiffs respectfully request that the Court deny the Trustee's requested relief and clarify that the Jones Chapter 7 Trustee must comply with lawful state orders concerning FSS's property.

000280

Dated:  June 24, 2024

*/s/ Jennifer J. Hardy*
**WILLKIE FARR & GALLAGHER LLP**
Jennifer J. Hardy
State Bar No. 24096068
600 Travis Street
Houston, TX 77002
Telephone:  (713) 510-1766
Fax:  (713) 510-1799
E-mail:  jhardy2@willkie.com

**WILLKIE FARR & GALLAGHER LLP**
Rachel C. Strickland (admitted *pro hac vice*)
Stuart R. Lombardi (admitted *pro hac vice*)
Ciara A. Sisco (admitted *pro hac vice*)
787 Seventh Avenue
New York, NY 10019
Telephone:  (212) 728-8000
Fax:  (212) 728-8111
E-mail:  rstrickland@willkie.com
E-mail:  slombardi@willkie.com
E-mail:  csisco@willkie.com

**LAWSON & MOSHENBERG PLLC**
Avi Moshenberg
State Bar No. 24083532
801 Travis Street, Suite 2101, #838
Houston, TX 77002
Telephone:  (713) 449-9644
E-mail:  avi.moshenberg@lmbusinesslaw.com

**CHAMBERLAIN, HRDLICKA,
WHITE, WILLIAMS & AUGHTRY, PC**
Jarrod B. Martin
State Bar No. 24070221
1200 Smith Street, Suite 1400
Houston, TX 77002
Telephone:  (713) 356-1280
Fax:  (713) 658-2553
E-mail: jarrod.martin@chamberlainlaw.com

***Co-Counsel to the Texas Plaintiffs***

- 10 -

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Response has been served on counsel for all parties entitled to receive notice through CM/ECF on this June 24, 2024.

*/s/ Jennifer J. Hardy*

000282

# Exhibit A

# D-1-GN-18-001835

| | | |
|---|---|---|
| NEIL HESLIN and SCARLETT LEWIS | § | IN DISTRICT COURT OF |
| | § | |
| VS. | § | TRAVIS COUNTY, TEXAS |
| | § | |
| ALEX E. JONES and FREE SPEECH SYSTEMS, LLC | § § | 261st DISTRICT COURT |

---

## TURNOVER ORDER

---

The Court has considered Plaintiffs' Application for Turnover Order and any response and arguments by the parties' counsel. Having done so, the Court hereby orders that the Application should be GRANTED.

It is therefore ORDERED that Defendant and Judgment Debtor Free Speech Systems, LLC turn over all its nonexempt property to the Travis County Sheriff's Office for execution as required by Tex. Civ. Prac. & Rem. Code 31.002(b)(1). This includes (but is not limited to) the property identified in Exhibit 4 of Plaintiff's Application as well as all other real property, personal property, or intellectual property not listed in Exhibit 4. This order likewise applies to all money of Free Speech Systems, including money held in any bank accounts or being held or controlled by any other third parties at the direction of Free Speech Systems.

It is further ORDERED that Free Speech Systems is further enjoined from transferring, assigning, or in any way conveying any of its property to any insiders or affiliates within the meaning of the Texas Uniform Fraudulent Transfer Act[1] without a prior order from this Court.
\       This ORDER may be enforced through contempt proceedings if Free Speech Systems refuses to comply with or otherwise disobeys this ORDER.

This ORDER was entered on June _24_, 2024.

_____
Travis County District Judge

---

[1] *See* Tex. Bus. & Comm. Code § 24.001–12.

United States Bankruptcy Court
Southern District of Texas

**ENTERED**

September 25, 2024

Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| **In re:** | § § § | **Chapter 11** |
| **FREE SPEECH SYSTEMS, LLC,** | § § | **Case No. 22-60043 (CML)** |
| **Debtor.** | § § § § | |

**ORDER SUPPLEMENTING ORDER DISMISSING CASE**
[Related to Docket No. 956]

1.      Effective as of the entry of the Order Dismissing Case [Docket No. 956] (the "Dismissal Order"), pursuant to Section 349(b), all property of the estate of Debtor Free Speech Systems, LLC ("FSS") shall be deemed to have vested in the bankruptcy estate of Alexander E. Jones, Case No. 22-33553, as property of that estate pursuant to Section 541 and shall be under the control of the trustee of such estate ("Chapter 7 Trustee").

2.      The Chapter 7 Trustee is authorized to operate the business of FSS pursuant to Section 721 for a period not to exceed one year, absent further order of this Court.

Signed: September 25, 2024

_____
Christopher Lopez
United States Bankruptcy Judge

15564076

000285