**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  | x |  |
|---|---|---|
|  | : | Case No. 4:21-cv-02473 |
|  | : |  |
| IN RE CONCHO RESOURCES INC., | : |  |
| SECURITIES LITIGATION | : |  |
|  | : |  |
|  | : |  |
|  | x |  |

**NOTICE OF RESUBMISSION OF THE DECLARATION OF KEVEN CATLETT IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL**

Lead Plaintiff Utah Retirement Systems ("URS") respectfully resubmits the Declaration of Keven Catlett in Support of Lead Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel ("Catlett Declaration"), which was appended as Exhibit C to the Declaration of Alfred L. Fatale III in Support of Lead Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel. *See* ECF No. 54 *et seq*. It has recently come to the attention of URS's counsel that, immediately prior to filing the Catlett Declaration, a technical error while preparing the .pdf for filing removed the electronic signature and date that was affixed thereto. Accordingly, URS hereby resubmits the Catlett Declaration to cure this error.

DATED: February 27, 2024                    Respectfully submitted,

*/s/ Alfred L. Fatale III*
**LABATON KELLER SUCHAROW LLP**
Alfred L. Fatale III (*pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
afatale@labaton.com

*-and-*

Mark S. Willis
1050 Connecticut Ave., NW
Suite 500
Washington, DC 20036
Telephone: (571) 332-2189
Facsimile: (212)-818-0477
mwillis@labaton.com

*Lead Counsel for Lead Plaintiffs and the Class*

## **CERTIFICATE OF SERVICE**

I certify that on February 27, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Notice of Electronic Filing.

*/s/ Alfred L. Fatale III*
Alfred L. Fatale III