1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS
- - -
THE HONORABLE ANDREW S. HANEN, JUDGE PRESIDING
------------------------------------------------------------
CITY OF WARWICK RETIREMENT    )   No. 4:21-cv-02473
SYSTEM,                       )
                              )
                Plaintiff,    )
                              )
vs.                           )
                              )
CONCHO RESOURCES, INC.,       )
et al.,                       )
                Defendants.   )
------------------------------------------------------------

**MOTION HEARING**

**OFFICIAL COURT REPORTER'S CERTIFIED TRANSCRIPT**

**Houston, Texas**

**April 25, 2024**

------------------------------------------------------------

APPEARANCES:

  For the Plaintiff:     Charles Wood, Esq.
                         Alfred Fatale, Esq.
                         Robin O'Neil, Esq.


  For the Defendants:    Amy Hefley, Esq.
                         Anthony Lucisano, Esq.
                         Katherine DeBeer, Esq.


Reported By:   Nichole Forrest, RDR, CRR, CRC
               Certified Realtime Reporter
               United States District Court
               Southern District of Texas

Proceedings recorded by mechanical stenography.
Transcript produced by Reporter on computer.

2

**PROCEEDINGS**

_____

(The following proceedings held in open court.)

*   *   *

THE COURT:  Be seated.  We're here in City of Warwick Retirement System versus Concho, 21-CV-2473.  Who do I have here for the plaintiffs?

MR. WOOD:  For plaintiffs this is Charles Wood, Labaton Keller Sucharow, joined by my colleague, Alfred Fatale, also from Labaton; and Robin O'Neil from Fogler Brar.

THE COURT:  Great.  For the defendant?

MS. HEFLEY:  Good morning.  Amy Hefley and Tony Lucisano from Baker Botts.  We're joined by Katherine DeBeer from Vinson & Elkins.

THE COURT:  All right. Baker Botts needs help from V&E?  That's a new one.

MS. HEFLEY:  We have a joint client.

THE COURT:  This whole thing got kicked off, at least in my mind, by a letter from Mr. Fatale, and, of course, I want to resolve the topics raised there, but I also want to get a real sense for where we are in this case.  I know we have pending motions for class certification that are going to have to be

ruled upon, and I kind of need a sense of order.

So this is almost for me, to borrow a term from our patent brethren, a *Markman* hearing for me. I want to know where we are, where we need to go, what we need to do, both before and then after I rule on certification.

For instance, these discovery issues, do we need to resolve these before I look at these motions for certification? I mean, is anything I'm going to do impact that? Or is -- are the facts for me to judge to use to rule on the certification, are they, you know, in stone so I can go ahead and do that? They're not going to change?

And so having said that, Mr. Wood, you or Mr. Fatale, whoever wants to lead off, I know the basic facts of the case, but I want to hear it from your standpoint. And then I'm going to let Ms. Hefley tell me the basic facts from their standpoint, and then let's talk about the issues raised in the letter.

MR. LUCISANO: Thank you, Your Honor. I'm going to let my associate Charles Wood address the Court.

MR. WOOD: May I approach the podium?

THE COURT: Yes. I will tell you this, even though I'm not big on formality, that this

4

courtroom has kind of bad acoustics.  You need to be near a microphone.

MR. WOOD:  Thank you very much, Your Honor.  I can say, as to the status of the case, I believe the parties have worked together.  We have a schedule.  We have met and conferred several times about the issues in your letter.

As for class certification, I believe it is proceeding on a separate track than these discovery issues.  This is more to open the flood gates of documents to begin document production so we can prepare for depositions.  Class certification is a separate track.

So I would say you're not finding a case that is in substantial arrears on the schedule.  You are not finding squabbling counsel on the verge of going postal on one another.  That said, when we jointly determined the schedule, we set a date to submit lingering disputes, what would prevent the production of documents, on agreeing to a search portfolio.  Luckily, we did because there are several intertwined issues which we are definitely at odds on, which at this point we both believe need Your Honor's referee.

But just to step back, this is obviously a

5

federal securities class action proceeding under Section 10(b) of the Exchange Act.  Again, Concho Resources, an oil and gas company, what we allege is during the class period, Concho told the market that they had successfully transitioned to something they called large-scale development, or manufacturing mode style development that we know now was the simultaneous completion of tightly spaced well.

At the time, they said it had been the product of gradual learning.  It was verified inflection points.  They were at a later stage of the innings.  Basically, they were on the precipice of greatness.

In reality, as we allege, this was a shot in the dark.  This was an unverified combination of experimental techniques, which even if they believed it was going to work, carried significant, significant risk, which was not accurately informed to shareholders, so they could make an informed decision.

As part of this, one of the four, sort of, main avenues of allegation is during the class period defendants touted certain projects such as the flagship Dominator Project as their more aggressive tests, their more aberrational figurehead projects, and they would speak, quite frequent, the market on

the Dominator specifically.  But as we've alleged --

THE COURT:  A great name, incidentally.

MR. WOOD:  It is.  It paints a picture. But as we have alleged, which has been upheld in Judge Sheldon's report and recommendation and Your Honor's adoption thereof, is the Dominator wasn't the test. It was more of the same.  It may have been the largest, but the techniques were the same.  The well spacing was the same.

This is based off of allegations of former employees and even defendants' own post-class period admissions.  Companywide reversionary measures, 16 percent reduction improved reserves.  So one of our main allegations has been, you didn't just mislead the market about the validity of manufacturing mode style development.  You told the market that these projects were dispersed in your asset base, so you were still managing risk versus you put all of your proverbial eggs in one basket.

Unsurprisingly, therefore, our document requests contained numerous discrete requests for information from Concho's wells on a companywide basis during the class period, be it internal modeling or other data which we have alleged they never did, you know, key metrics such as estimated ultimate recovery,

just baseline pieces of information that we would need to prove, reverse engineer all of their wells, and show to you ultimately these were all the same. The spacing is the same. The techniques are the same.

Now, defendants, they have agreed to produce on a companywide basis for some -- a series of broader requests, but the more granular data they have said we will only give you Dominator data. In essence, saying this case is much more so about the Dominator. Defendants talked about the Dominator. Therefore, this is a higher tier of relevance.

THE COURT: Well, isn't that basically the misrepresentations you've sued over, is the Dominator was going to be the industry standard and it turned out to be kind of a flop?

MR. WOOD: These statements are not just on the Dominator. They are in large-scale development. Broadly, the Dominator was, again, pitched as a test which is -- in some part pitched as a test, which we say is false and misleading in its own right. And we also allege a series of omissions that they were not being forthcoming to the market regarding the total companywide portfolio exposure.

So in which case, in my mind, we need to look at all of their multi-well pads and see where

were the problems, where were the problems to start, where were the problems at the end, to get a full picture of what happened.  Maybe we have the wrong of it.  Maybe it was just the Dominator, but that's for discovery to prove.

So in that sense, we've been butting heads about are we entitled to companywide well data for a series of 20-odd granular requests, which I believe to be reasonable.  But that is the kind of -- the main rub of our scope dispute, which has sort of -- and, trust me, we've been arguing about this since 2023. So it is not without papering and --

THE COURT:  Actually, I've been very happy with the fact that you've been arguing with each other and not with me.  So...

MR. WOOD:  Voluminous email chains.

As for the other disputes, Your Honor, they're a little bit more intertwined.  I will be pleased to say we have continued to negotiate since submitting the letter, but the main issue for us at this time is transparency and clarity into the universe of documents.

We have asked not how discovery is being undertaken, not telling them how to undertake discovery, we just want to know what sources of

non-email documents there are.

And we've asked those basic questions. And this is also -- there are some potential widespread deletion issues in this case. The custodian emails have been deleted. We don't know whether other documents have been deleted. So at this point we want to know what is out there, what still exists, what existed.

And when we're negotiating search terms, the hit reports we're getting, it is just custodial email data. There is no non-email data provided in those hit reports. The hit reports are prior to deduplication.

We don't know whether we are getting other centrally located files, and we're essentially looking at a number which could be artificially inflated, filled with duplicates. We don't know whether we're getting more than that, and it's kind of like being asked to purchase a home without having the inspector come and, you know, look at the electrical.

So we feel like we're in a bit of stalemate, is we need to be armed with more information to go in and agree it a final set of search terms. And according to defendants, those types of requests are discovery on discovery.

So we seek guidance there, and I'm sure once we have adequate information, the ability to agree to search terms would become -- would go from impossible to we could do it in a week.

But going back to the scope dispute, there is also a disagreement as to proportionality. The numbers -- the universe that they are kicking around for a total reviewable universe of documents prior to deduplication is around the 250,000 range which -- now this is sight unseen, but in our experience, a case with a relevant time period of two-and-a-half years, a company the size of Concho's, damages over a billion dollars, allegations companywide, is at this stage the total reviewable universe of documents being at 250,000 is insufficient. If we got 10 percent of that, I cannot imagine how we would be able to prove this case at summary judgment and beyond with 15,000 documents or so.

So as you can see, it becomes a bit of a thicket here in so far as scope has weighed down on negotiations, as well as our inability to know what type of documents there are, what documents have been deleted. I'm sure they will have a parallel to that story as well, but I'm just thankful that we have this in the schedule so Your Honor could referee this, so

11

we could hopefully resolve the issue and get documents rolling as soon as possible.

THE COURT:  All right.  Thank you, Mr. Wood.

Ms. Hefley, you want to reply?

MS. HEFLEY:  Your Honor, Mr. Wood covered a lot of ground there.  Let me start at the beginning. This is obviously, as he said, a securities fraud class action.  What that means is there are specific statements that are challenged, the challenged statements in the complaint.  It's not just anything and everything the company said on a variety of topics.

There are specific statements.  Each one of those under the case law is an independent claim. And so the relevance in this case, the relevance decisions and the scope are going to be dictated by the specific statements, and the issue is whether the statements were false or misleading when made and whether the defendants knew and intended to deceive, you know, the investing public.  So that is what frames the relevance discussion in this case.

What this case is not about, what those challenge statements are not about, are things like the actual well results that the company had, or the

actual revenues the company got.  So the plaintiffs aren't saying, you said you produced X barrels when the reality is you produced Y; or you got X revenues when the reality is -- you said you got X revenues when the reality is you got Y.

So that is not the kind of statements we're talking about.  They are much more focused on the transition to large-scale development and the progress updates that the company gave on that, as well as the Dominator.  And the Dominator really is the focus.

So there were 81 requests for production here.  They were really broad, things like give me all the relevant documents, give me all minutes of every meeting at the company, give me all reports put out by employees, extremely broad.

We were able to narrow our disputes to the 27 that we're talking about today.  Those, I would say, fall into two broad categories.  One, requests that are literally for every document about Concho's business, and I'll explain what I mean by that.  And then, two, documents that are granular well data, technical data, or granular financial data for every one of the 1100 wells that Concho had during the discovery period we've agreed on in this case.

THE COURT:  Tell me what -- both you and Mr. Wood used the term "granular."  Define that for me.

MS. HEFLEY:  I'll give some examples from the requests for production that are in dispute. Those would be things like all documents and communications concerning every daily, weekly, monthly production report for every well in the portfolio, all internal modelling, seismic for every well at the company, all financials related to every well, all operations, costs, you know, everything you can imagine for a well at the company.

And that is in the context of two of the really broad requests which are for things like all documents and communications concerning the drilling and completion of wells; all documents and communications concerning Concho's oil and gas assets. Concho was an oil and gas, you know, exploration and production company.  They complete and drill wells. That is their business.

So those are what Mr. Wood is calling granular requests that we simply do not agree are granular, and do not shed any light on the relevant issues of the truthfulness of the statements they're challenging, and what the defendants knew when with

respect to the subject of those statements.

THE COURT:  How many wells does Concho have?

MS. HEFLEY:  During that relevant period, it's approximately 1100 wells.

THE COURT:  Where were they?

MS. HEFLEY:  Across the Permian basin, the Delaware.  The Dominator project itself was in New Mexico, the Northern Delaware, where that is the crux of the dispute.

THE COURT:  Okay.  So Midland, Odessa up into New Mexico?

MS. HEFLEY:  That's right.  Yes, that's right.

So I want to correct something Mr. Wood said, which is that we're only agreeing to produce Dominator-related well data.  That's not correct.  There are a series of requests that call for general categories of information about the density, the spacing of the wells, which he talked about, which is the crux of the dispute over the transition to large-scale development.

On those we have said, we'll give you those documents.  We're not going to limit them to just the Dominator wells.  There are a whole series of

15

those requests where we're giving more than the Dominator.

What we are taking issue with is the request that we give this granular data, you know, the well logs, all the specifics about wells, which you might care about if you're claiming X well was drilled and you said it produced a million barrels and it produced five. That's not the dispute, though, that we have about the challenged statements.

We've agreed to use really broad search terms, which I think Your Honor can see in the search term exhibit that we've attached to the letter. And what we're going to do is look at the documents responsive to the search terms, and if they're about Dominator and they fall in these disputed 27 categories, we'll produce them.

I expect that you will have documents that are about both Dominator and other wells. So, for example, if there is a list of the testing that was done, and you list all the well spacing tests, and Dominator is on the list, but so are some other wells, we're not going to withhold that. We're going to produce that document, even though it's about other wells.

So this notion that they won't have

16

information about other wells based on what we're willing to do is incorrect.  They will have both.

But we don't think that it makes sense to have to go and produce well files and the detailed information about every well in this case.  So one example, the search terms that Mr. Wood talked about, those are deduplicated numbers; meaning, the numbers that are in the letter he sent you, which say they wanted 400,000 or 700,000 and we want to look at 200,000 of the emails.  Those are deduplicated.  Those are not duplicative, number one.  So that is one source of information.

Another thing we're doing is pulling well files because they've requested those for the Dominator wells.  What we found is we are going to have, separate from the emails, approximately 18,000 documents that we have to look at just from those well files, just for the Dominator wells, to see if they're responsive to the requests and there may be even more than that in the well files we have to look at because some of the documents were scanned.  So we don't know the time frame they're from.

So it is an enormous undertaking just to look at well files for the Dominator wells.  If you extrapolate that 18,000 out, over the 1100 wells,

we're talking about upwards of a million documents we would have to look at.  And we don't think that makes sense when you actually look at what the allegations are in the case which, again, are not about those wells.

In terms of other categories of information we're looking for, we've told the plaintiffs we're going to be transparent about where we're looking and what we're doing.  What we should not have to do, though, under the precedent from judges in this court, as well as the Sedona Principles, which every judge in this court that I've been in front of accepts as guiding the discovery, we don't have to give the plaintiffs the results of our document custodian interviews where we find out from custodians, where did you keep this?  Where did you keep that?  What relevance sources of information might you have?  Do you have emails?  Do you have other sources of information?

That is not something the plaintiffs are entitled to, and that is what they are asking for in the request of information they want us to provide in their Exhibit C to your letter.

In a recent decision, Judge Edison said, I'm not going to require the defendants in a

securities fraud class action like this one to produce a report to you of all the potential sources of or repositories of information.  That is not necessary.

What we have proposed is if and when we get to the point where the plaintiffs can actually identify something that they think is missing from the document production we make, from all this extensive material we'll be looking at, they can raise that with us and we'll, of course, address reasonable requests in consultation with them.

But at this front end, where critically we have a September 15 substantial production deadline on the calendar that we have to meet, we have got to be able to get started.  We have to be able to get started using the custodians and search terms that we've agreed to so far.  We think that covers the gamut plus more of potentially relevant people, and they don't agree with that.  But we can deal with that down the road if they think there is some actual gap in the production.

And just lastly, to touch on this document deletion issue, we've been very transparent about that non-issue.  There was a document retention policy at Concho, a default six-month deletion policy.  You have to remember that what we are fighting about here are

statements and a discovery period that go from 2017 to the very beginning of 2020.

There was the acquisition of Concho by ConocoPhillips in January of 2021, and this lawsuit wasn't filed until July.  So what we are talking about are, you know, custodians, many of whom we don't think are relevant custodians at all, who didn't have email at Concho anymore at the time of the merger or the time this suit was filed because of the natural deletion policy.  So there is really not an issue there.

We do have a series of 23 custodians we've agreed to in a case where we've agreed to ten depositions.  So many more custodians than depositions.  We think that will get plaintiffs the relevant documents that they need.  We should move on and get going on that and we can address later, if we need to, any perceived gaps in the production.

THE COURT:  Well, tell me, and let's get more into the specifics of Mr. Fatale's letter.  Let me start with the custodian issue because that is easier for me to get my arms around.

How were the original people, the custodians you've identified to them, how were they identified?

MS. HEFLEY:  So on our end, the ten custodians -- and Mr. Lucisano has been in the weeds and works very closely on the custodians, so I may defer to him to give you the details.  We selected the ten that we thought were relevant people, including the current individual defendants as well as the dismissed defendants, and other SVPs, vice presidents, and folks we thought would have relevant data.

So we did that.  We sent that list over and told the plaintiffs, if you think we're missing anyone, because of the investigation you conducted that you claim you did, and the confidential witnesses you claim you talked to, and the documents you claim you saw, if you think there is somebody in there that we need to add, let us know.

They gave us a list back and we agreed to add 13 of those individuals, giving us a broad swath of custodians that we think cover all the relevant topic areas.  Then the plaintiffs came back and they seemed to have kind of an arbitrary number in mind, or a number of documents in mind that they think in a securities fraud case you should be looking at.  We just don't agree with that.  So that was the back-and-forth on custodians.

Now, some of the custodians they asked us

to add, we don't have custodial data for because of the auto deletion that I discussed in the Concho days. That said, we may have emails with those folks on them, because if somebody else whose emails were not deleted under the retention policy, because they had an exception to the default six-month rule, or were on a legacy legal hold, or something else, those custodians' emails may well show up in other people's emails.  But what we're kind of fighting about are the custodians of the emails.

Does that answer your question?

THE COURT:  Well, it does.  But what -- and I guess I --

And, Mr. Wood, this may be a question I should address to you.  What is it you're looking for?

Let's say we want -- we think we should be able to talk to Mr. Smith.  I mean, what is it you want from Mr. Smith?

MR. WOOD:  Of course, Your Honor.  I can tell you when we were reviewing the organizational charts, we were not only looking for people who would work with some of the named individual defendants, we also looked at how Concho operated.

Its assets are separated into several divisions.  We wanted an even spread of asset manager

and there's -- the boots-on-the-ground people who would nexus between the C-suite and the engineers who were doing dirt samples.  We wanted that across all of Concho's divisions.  We wanted investment relations personnel who would have been looking at the statements of the market.

THE COURT:  What did you want them for? Tell me, did you want to depose them?  Do you want their documents?  Do you want -- tell me what it is we're going to deal with the custodian.

MR. WOOD:  Certainly, given their ten depositions, we want more custodians than that.  We are not seeking to depose all of them, not by any means.  The majority of these, we are seeking their documents.

Obviously, we intend to depose the individual defendants and other persons of interest, but it is not a one custodian to one deposition desire on our part.  It is to get documents from people at what we believe to be important layers of the company.

THE COURT:  And when you say that -- I mean, and, again, I'm just trying to get my arms around the entirety of the discovery fight.  So you say, Ms. Hefley, we want Mr. Smith's what?  All his documents that say anything about any well?  I mean,

that would be every document they have.  They're a drilling company.

MR. WOOD:  It would be all the documents -- say, an asset manager, someone who designs multi-well pads and is involved in the planning, construction, and operation for that multi-well pad.  We would want the documents related to that pad to, again, see what techniques were applied, what the well density was, what they were using to model financial forecasts, and how the well ultimately performed.

THE COURT:  For 1100 pads?

MR. WOOD:  I will say that plaintiffs have tried to compromise.  We are not seeking every receipt for every screw that went into these wells.  We have said, if that seems too much, what if we do this by multi-well pad or on a project-by-project basis?  So instead of give us everything for Well 936, what about for the -- you know, the John Lennon multi-well pad in the Midland, give us everything for that.  So instead of looking at this on a per-well basis, we have proposed do this on a project-by-project basis.

THE COURT:  How many multi-well projects are there?

MR. WOOD:  We do not have that number

specifically.  Looking through investment materials, I believe Concho had around 15 to 20 large-scale-development projects that were advertised to investors in the materials accompanying their quarterly earnings calls.

We do not know that number off the top of my head.  We've asked defendants to provide that number, but that was certainly a compromise we tried to explore down the line early on in the dispute about well data.

THE COURT:  Aren't those identifiable?  I mean, wouldn't you guys know exactly how many large-scale well -- you know, that fit into the -- I'll use Dominator because it's one I can remember, but Dominator-type drilling pattern?

MR. LUCISANO:  So I think the disconnect is, as the company publicly disclosed, and it's mentioned in the complaint but not actually challenged as false, is that 80 percent of its capital was going to large-scale development.  Now, that's a broad term.  You know, a two-well pad, a three-well pad, two pads next to each other.

It is not synonymous with the type of dense spacing that is challenged in the complaint.  Of course, it's inclusive of that.  And so what they

propose was not a specific project, you know, consider this alongside Dominator; but defendants, you come back with some list of projects.  And if we're talking about purely multi-well pads, that's not meaningful limitation at all.  And what we're afraid is that if we come back with --

THE COURT:  How do you define dense spacing?

MR. LUCISANO:  It was defined as --

THE COURT:  How did Concho define it?

MR. LUCISANO:  It was all relative to a benchmark of, kind of, resource spacing based on past practices and competitors.  So it varies by basin, and there is not some sort of one-size-fits-all answer to it.

The problem with the compromise that they proposed was it was going to result in arbitrary line drawing and it was again --

THE COURT:  Almost everyone eventually ends up with someone, somebody, maybe me, drawing an arbitrary line.

But tell me practically what the problem is.

MR. LUCISANO:  What we've proposed, in response to that compromise is, as Ms. Hefley said,

let us produce the Dominator well file, this sort of massive amount that we need to go through, the emails hitting on search terms relevant to well spacing, whether the Dominator or not, and then if you can identify and articulate a good-faith basis for some particular type of data for a named project, we'll continue that on a -- on a good-faith basis.

And so that was the proposal that we -- we had in response.

THE COURT:  Other than the timing issue, which we can fix, Mr. Wood, what is wrong with that? And I'm not saying limiting it to that, but what is wrong with, okay, as a first step, they produce everything that has to do with Dominator.  You guys look at it.

Okay.  Now we look at what kind of records you keep, and now we want this information on the following wells.

MR. WOOD:  I mean, Your Honor, you would need to forgive me as a dyed-in-the-wool plaintiff's counsel, that there is a bit of issue of tiger bite once, my fault; tiger bite twice, tiger's fault, is -- there is an infinite time here.  And to me this can also a lot of times be a false compromise, is what happens down the road?  They produced it.  We're like,

okay, now we want this, and we need nine more months in the discovery window.  And then they make this -- they make the same objection.  This isn't relevant.

So I could very well be spinning my wheels reviewing these documents, making more requests, and we're just in the same position.

THE COURT:  Well, I guess I'm looking at it from -- my standpoint is if you looked at it, you could come back and say, okay, now we know what they have.  And I don't think it's an illogical assumption to say, okay, if they have this on this well, they have it on all their wells, or something close to it.

You know, you've given me A through Z on Dominator.  We now know what you have.  We now want A through F on the rest of your wells.  And I'm not -- don't panic.  I haven't said the rest of your wells, and I use that term loosely.

But I guess what -- I'm not asking you to take a baby step, but I'm asking you to take a large foot -- because, I mean, we all know that the Dominator, at least if you read your complaint, is the main driving engine here, or Dominator-type wells are the main thing that is pulling the train here.

So what would be wrong with that?

MR. WOOD:  As I've said, Your Honor, my

concerns would be timing and being at the same position down the road.  I can certainly see the logic in a wait-and-see approach.  There could also be a middle ground where we are able to identify a series of Dominator X multi-well pads and split the baby that way.  Then if we think there are other multi-well pads that need to get looped in, we can do that.  Perhaps a Solomonistic approach would make everyone happy.

I do want to add, though, is when they're talking about reviewing all this data, they're going to be reviewing it anyway.  So at a certain point, if they're pulling this Dominator data and other wells are there, at what point can it be -- if you are already reviewing it, let us have it.  I mean, maybe that is a juvenile thought but --

MS. HEFLEY:  Your Honor, may I react to that?

We're not going to be reviewing it anyway.  So when we talk about the well files, for example, as I said, those are well files related to the Dominator of 23 wells.  That's the 18,000 minimum that we know we have to look at related to that.

What I don't want to do right now is pull 18,000-plus records related to many other series of wells for the reasons Mr. Lucisano has articulated,

which is that what they're really claiming is portfolio wide, you should have to do this, not just for specific wells.

But, also, I genuinely believe that when they look at what we've produced related to the Dominator and the well spacing more broadly and the large-scale development more broadly, they will see and be able to articulate what they really think they need about these other wells.

I don't think they're going to need the seismic for every other well, even if it's large-scale development. I don't think they're going to need well logs for every other well, even if it's involved in large-scale multi-well pad. I think they will be able hone in on more specifically on why something is relevant to well spacing and, therefore, they need it from some other project.

So I agree and believe we should wait and do the wait-and-see approach where they can specifically point out, hey, you gave us this kind of report about Dominator. That's relevant to some other multi-well pad.

THE COURT: Well, I don't want to necessarily speak for Mr. Wood, but if I were in Mr. Wood's shoes, I wouldn't necessarily be against

that if I was sure it wasn't going to be later on used against me.  But we gave you-all this, but, yeah, we all agreed this was the first step, not the final step.  And I'm sure that's their hesitancy.

Let me talk just to you about this and let's see if we can come up with a logical way to do this.

I mean, I can order it, but I would rather have y'all's input because, you know, sooner or later we're going to get to the fact where I'll know enough about the case, but right now I don't.

It seems to me that you need to produce all the Dominator information to them, and that we need to do that first, but fairly quickly.  I would imagine you've been gathering it anyway, that you're sitting on it, I would guess.

Next -- and y'all need to review that.  Then I would imagine you're going to come back to them or maybe to me and say, Judge, now that we've reviewed these documents, we know, as I use my bad analogy, A through Z exist.  We need the back end of this.  Q through Z is not relevant.  We don't need that.  But we do need A through P on the other densely spaced wells.

And then I would imagine there's one more

step, and this is the step I know Ms. Hefley probably has greater concern about, and this is, but we also want A through C on all the other wells, which leads me, I guess, Ms. Hefley, or Mr. Lucisano, to tell me -- you probably have daily reports on all your wells.  You probably have weekly reports on all the wells.  But there has got to be -- the well is not involved in this lawsuit.

There has got to be some annual report or some book somewhere on each well that says, here's what they produced, which is what they want as a comparison, or at least what I would think they need as a comparison to say, densely spaced wells produce ten barrels a day.  These other wells are producing 100 barrels a day.  Therefore, Dominator was not only a bad idea, you shouldn't have gone around telling everybody it was a great idea.

MS. HEFLEY:  Your Honor, a few issues with that.  They aren't just asking what -- for information that shows what the well produced.

THE COURT:  I'm not necessarily referring to what they're asking for.  I'm saying there's bound to be some report somewhere where the head of drilling looks -- can pick up his -- or can get on his computer and say, how is the well out in Pecos doing?

MS. HEFLEY:  Mr. Lucisano may have more details on this case.  I can't speak to whether such a report exists for every well at the company during the three-year, two-and-a-half year period we're talking about on an annualized basis.

From my experience in other cases with oil and gas operators, they typically have things like the ARIES database, the software that they use where they have information about all their wells that they can access in realtime.  So I'm not sure it exists the way Your Honor is envisioning.  We can definitely look into that for the future discussion about what we produce.

THE COURT:  I'm just saying down the road I'm not likely to order you to produce all your data on every well.  That is not going to happen.

But I do understand why they need a comparative look at what the other wells are doing because that's what they basically pled, that you basically had -- this is my words, not theirs, so I'm not putting words in their mouth.  But you had a good business plan and instead of following that business plan that built your business, you jumped into this dense spacing and told everybody everything was going to be better when it wasn't.  It was going to be

worse.

And that's why they bought the stock.

MS. HEFLEY: Except I think their theory is you were always doing the dense spacing, and this 23-well densely spaced test that you described as jumping to the end of the line and trying to test the limits of what was possible with dense well spacing is what they're complaining about, that that's the Dominator.

So I think it's a slightly different spin. I understand Your Honor's view that we should assess kind of what is available on the production side for other wells for a future discussion.

THE COURT: Right. Because I'm not likely to say, no, they can't have that.

MR. WOOD: Just if I could add, we haven't asked for every -- again, we haven't asked for every receipt for every single screw, nail and hammer. These are around 27-odd requests that I went to colleagues who have done similar cases.

These are requests that were crafted that I could then take data and feed to an expert because, Lord knows, I'm not an engineer. So I just want the record to show that we're not asking for literally every scrap of paper of.

Again, plaintiff's counsel -- these are all opening offers that are meant for negotiation which, unfortunately, has not happened with these handful of requests.

THE COURT: Okay. So here's my first order if you want to take it this way, is I want the defendants to produce virtually everything you have on Dominator to the plaintiffs.

Now, obviously, there may be some categorizations that are -- I can't remember the wording of your protective order, but I'm sure there is some confidential stuff in there and, you know, all of this is subject to however it fits in the confidential order.

I mean, if there is well information, I'm sure Concho considers that proprietary, or seismic information they don't want competitors out there reading. But produce it subject to that.

And I don't mean you can withhold it but, I mean, if it's confidential, label it "confidential," or however the protective order reads.

Mr. Wood, you and your team look at it, and then go back to Ms. Hefley and say, Ms. Hefley, we now know what exists. We want this same information for wells 15 through 25, which are the densely spaced

wells.

And I'm telling the defendants now, if there is a dispute, I'm more than likely going to order you to produce it for the densely spaced wells. I don't know if that is a term of art, or it's my term.

But for the remaining 900 wells, or however many there are, in the meantime I want the defendants to tell me -- or you don't have to tell me, but be ready to tell me because the issue is going to arise, what kind of summary documents are out there for the less densely spaced wells.

I'm sure these are not terms of art.  But for the regularly spaced wells, because that's the heart of their case, at least as I read your complaint.  The heart of your case is, you know, you were rocking and rolling and doing fine until some guy came up with this new idea, which turned out to be a horrible idea; and you either knew or should have known it was a horrible idea, and you told everybody it was a great idea.

MR. WOOD:  That's about it.

MS. HEFLEY:  Your Honor, two clarifications, if I may, on that.  When you say once we produce the Dominator data, they will come back and

36

say they want "it," or they want that information for the other wells, will you also ask that they articulate for us what is the "it" among all the things --

THE COURT:  I know.  But they're -- I mean, if you ask for every scrap of paper and, you know, I used to be in your position, and somebody, you know, rolls up their box car, what you've done is you've called down artillery on your own position.

MS. HEFLEY:  That's how it feels sometimes.

THE COURT:  I don't think they want to look at 100,000 documents that are irrelevant any more than you do.

MR. FATALE:  Especially when we're paying an expert to look at it because we don't know what it means.

THE COURT:  So, I mean, by giving them, I think they will be and I hope they will be more incisive about here is what we want.  We don't want the chaff.  We want the wheat.  And this is the wheat, and we want it on these wells that are densely spaced.

MS. HEFLEY:  Thank you.  That is a very helpful clarification.  And then the second clarification is you said, produce everything you have

on Dominator.

THE COURT: Well, everything they've asked for.

MS. HEFLEY: Everything they have asked for, but also the way we've agreed to locate those documents is by using document custodians. So pulling all of the available data for the agreed-upon custodians and running search terms, including Dominator because that is an obvious one, you know, to run.

So that is the way we said we will find the Dominator documents that we'll produce, in addition to producing the well files which are outside of email and other sources. But I just want to be clear, you're not saying go beyond what we've agreed with custodians and search terms?

THE COURT: Follow the procedures you set up, but let's get Dominator produced.

MS. HEFLEY: Great.

THE COURT: Plaintiffs are going to look at it, and I'm not holding you just to this, so don't panic.

MR. FATALE: That's not why I stood up, Your Honor.

THE COURT: Usually when someone stands

up, it's closely followed with "all due respect," which means there is no respect whatsoever.

MR. FATALE:  No.  The reason I stood up was I like how this is going to work, and the one piece of information that I think to make that conversation after we get the Dominator work -- Dominator information, is what are the other closely spaced wells?

They talk about 1100 wells.  That's all the wells.  But at the end of the class period, we're having 80 percent reduction, or in these closely spaced wells throughout our portfolio, but they don't identify to investors and to us directly what those other wells were.  So we need some information, some just high-level information on what the universe of that is.

THE COURT:  Well, and that may require a deposition or it may require your expert to come in and say, look, if there is one well every 40 acres that ain't densely spaced; but if there are 40 wells in 40 acres, that might be densely spaced.

So, I mean, it may be your expert or, you know, it may be in the documents, or it may be, you know, a deposition.  You may have to take one of their guys and say, okay, whose idea was this?  And what was

the genesis of the idea, and what is the difference between your regular wells over here and the Dominator here?  And, you know, why did you think this was going to be better?

Eventually, that is going to have to happen anyway and you -- and I'm not necessarily ordering you to do this or, you know, take it at your own -- you know, however you want to do your own discovery.  But at some point, you may really have a deposition that is purely discovery as opposed to pinning him down or trying to do something.

You may be -- you need to find out, you know, their basic thinking, their basic terminology, you know, you know, so you may have to really do a deposition for discovery purposes.  But I think it's going to be a matter of experts because the experts going to have to come in.

MR. FATALE:  A 30(b)(6) makes sense.

THE COURT:  Yeah.  But that's what I think needs to happen.

Now, what else can we get resolved today, if anything?

MR. WOOD:  I know custodians and search terms.  I will say, although both sides don't want to give much, there was a list of 33 custodians that was

circulated that, I think, theoretically, either side could agree to assuming all of the other demands are met, so it's a bit of a stalemate there.

But I would say I think if we could come to some closer universe of documents on search terms, we could then agree to those 33 custodians and wrap up search term negotiations and the Dominator production can begin.  But I think that would take a little more work on our part to then report back to you.  But I, obviously, don't want to speak for defense counsel.

MR. LUCISANO:  Sure.  So, as the letter points out, we received a final counter from them the day before we filed on custodians, and terms that had followed multiple negotiations leading up to the set of 23.

We have a demonstrative just listing those 23 custodians.

THE COURT:  Hand it up.

MR. LUCISANO:  Just to give you a sense of the kind of breadth of personnel we initially included.  So their additional proposal the day before the letter was 14 individuals.  We thought, largely, those were either duplicative or underneath folks who were already included, but on the condition that we had a reasonable universe of search terms, that's

where the final compromise of ten additional custodians came from.

The problem is you're dealing with sort of two variables here, and so when you're manipulating custodians and search terms, you can kind of have a double effect on the universe.

And so we also have a demonstrative for the Court, similar to the one that was attached or emailed to chambers. But this updates it for our response to their final -- or their most recent proposal on search terms. We've got 51 agreed terms, and then we accepted and modified several of the disputed terms.

As Ms. Hefley said, the numbers at the top of that chart, the sort of totals, are deduplicated, and so that is not a duplicated total. We, through course of these negotiations, have agreed to add over 100,000 unique document hits which amounts to over 200,000, 280,000 in total -- total documents in the group.

And so we think that the disagreement on terms is one of sort of an arbitrary number that they have put forth. And in order to get there, if you look at the terms that we've not agreed to at the latter half of the chart, it's sort of combining, you

know, 10, 15, broad terms with 10, 15 other broad terms that could be capturing any document in an oil and gas company, so it's unsurprising that those hit on sometimes over 100,000 each hit.

And so we don't think that's -- the terms that they've proposed in order to get to their number are reasonable or tailored to the case.  And so the 33 custodians, we think it's, frankly, probably more than what's proportional to the needs of the case.  But if the terms that we've proposed are used, the agreed terms and the accepted terms of theirs, and the modified terms resulting in that 280,000 total hit count, we'd be prepared to accept that.  But when you -- yeah, and so to give you --

THE COURT:  What is wrong with that?

MR. WOOD:  What is wrong with that is, you know, I've said there has been a lot of give and take from both sides.  Our initial custodian counter was around 50.  Our initial search term counter was around 700,000.

I think the parties have continually -- continuously tried to get closer and closer, but the word "arbitrary" is easy to throw out against us when we don't want a term limited by within three words versus within ten, while same could be said against

defendants.

And as I've also said --

THE COURT:  No.  I realize everything is arbitrary at some point in time when you do discovery like this.  It's not the old days when I was in your shoes where your file was 100 documents.  Here, here's everything I've got on this, you know, you could get your entire case in a Redwell.  It doesn't exist anymore.  I realize that.

Here's what I want to do.  I want to add the ten additional custodians, and I want you to go with the search terms that you're using right now.  And, again, I'm not cutting you off.  Let's see what you get.  And if you find, all of a sudden, that, you know, John Smith in the home office is the guy with all the information, you know, come back and I'll say give him everything John Smith has.

You know, I'm not limiting you guys to this, but I'm trying to get a reasonable first bite.

Again, let me -- even though they haven't asked for it yet, or maybe they have asked for it if you think their requests are that broad, but eventually I'm going to make you produce some form of comparative well information.  So I need y'all to go back and figure out what there is because I'm just --

I mean, I've represented oil and gas companies, and I know somewhere somebody has got -- in the old days, a book on these things, but nowadays a computer file somewhere that says these are how well these wells are doing because eventually if they start doing really poorly, they shut them down.

So figure out what there is on the less densely spaced wells because I'm already warning you, sooner or later they're going to ask for it, and I'm going to -- I may not make you produce everything because I don't think everything is relevant. But as far as the numbers go, I think those are relevant. And what numbers exist, I need to know, and I'm eventually going to order you to produce them because I mean, that's their case.

MR. FATALE: Thank you, Your Honor. You addressed my concern that I was scribbling down to my colleague, was that, you know, in the beginning we're going for perfection. This is final set of search terms. This is the final set of individuals. But if we're going to do this step thing, I agree, we can agree to going forward.

THE COURT: Well, and I think you'll find out, hopefully, if you get all the Dominator documents -- first of all, you'll have thousands of

45

documents to look at.  But you're also figure out -- you're going to have your expert help you.  And he goes, you don't need this.  You don't need this.  This is what you need.  This is the goal.

Now, let's get the information -- this information from all the densely spaced wells.  And then we can show that, you know, we put millions of dollars into this and the well is producing $50 a day. Whereas, the regularly spaced wells are producing, you know, 10,000 barrels a day, and there is your case, maybe.

MR. FATALE:  We hope.

THE COURT:  All right.  What else can we resolve?  Let's try to get everything.  And I really appreciate y'all doing this because it helps me know what the case is about.

MR. WOOD:  I would say scope, custodians, search terms, then it is just the issue of, are we entitled to information?  Just identifying the sources of responsive documents, especially considering -- and now, I'm not crying spoliation or anything such as that.  These deletions could have been, you know, par for the course completely.  That is a very heavy allegation.

I'm just saying is we've been tipped off

there is some deletion. We don't know how deep that river runs. But our position is because of that, we are even more entitled to be, so to speak, emboldened to ask about what documents exist.

THE COURT: It almost seems to me the opposite.

MR. WOOD: What documents don't exist?

THE COURT: Yeah. Well, or whose documents don't exist.

MS. HEFLEY: We've disclosed that. When they asked for custodian, we don't have data for that custodian, we told them we don't have data of the custodian. They know of the custodians they've requested, which ones we do not have data for.

THE COURT: Okay. You've told them that, Ms. Hefley?

MS. HEFLEY: Yes.

THE COURT: All right.

MR. WOOD: It's kind of a game of Wac-A-Mole, though, is we will bring up a custodian, and then do they have documents or not? If we ask for something, does it exist or not?

THE COURT: I'm going to hold off on that. Let's wait and see if these custodians are even relevant. I mean, you know, if it was some assistant

accountant down there, when you've got the documents from the head accountant, it won't matter.  But if it's somebody that does matter, then we'll come back and we will try to find out what happened to the documents.

But, I mean, at some point, remind me, when this was going on, wasn't there a merger or a --

MS. HEFLEY:  That's kind of the timeline I was walking through earlier.  So the relevant documents -- the period we've agreed to is October 1st, 2017 through February 19, 2020.

So 2020, February is the end.  The merger wasn't announced until later in 2020, in October, I believe, and wasn't closed until January.  So the documents didn't get moved over, the servers didn't get moved over until after that.  But the point is, this lawsuit wasn't filed until seven months later in July.

THE COURT:  But, I mean, usually when a merger happens somebody's IT system takes over and somebody's goes the way of the mule.

All right.  Thank y'all.  I'll try to do -- incidentally, for y'all's benefit, I mean, they just have to walk across the street.  The more I know about the case, the more likely I am to just do this

on the phone.  And so if there is a -- something minor that comes up that you can't reach resolution, you know, send me the letter like you did last time and, you know, I will do it on the phone to save y'all the trip.

MR. WOOD:  I always welcome a trip to Houston, Your Honor.

THE COURT:  Pardon me?

MR. WOOD:  I always welcome a trip to Houston, Your Honor.

MS. HEFLEY:  As he says in April.

MR. FATALE:  It's still winter coats in New York.  We're very happy to be here.

THE COURT:  You won't be so happy in August.

MR. FATALE:  Your Honor, just one other thing.  I talked to defendants about this earlier.  We were going to put in a stipulation and we hoped it could get ordered soon.

There was just a little data communication between experts and stuff on our replies, and our expert being able to understand their experts.  So we were going to ask for one more week to put in our reply.  It's currently due Wednesday, next week.

MS. HEFLEY:  That's class certification.

MR. FATALE:  Class certification reply. That's from our expert, not us.

THE COURT:  That's fine.

MS. HEFLEY:  And the only thing I wanted to add, since Your Honor brought up the class certification discovery and briefing schedule earlier, once they put in that reply, we will request a surreply because, as Your Honor notes for these class certification matters in a case like this, typically the plaintiffs will open on whether the market was efficient for the stock --

THE COURT:  You have leave to file a surreply.

MS. HEFLEY:  Thank you.

THE COURT:  But no more.

MS. HEFLEY:  Understood.

THE COURT:  All right.  Thank y'all.  Have a good trip back.

THE ATTORNEYS IN UNISON:  Thank you, Your Honor.

(Court in recess.)

50

**CERTIFICATE**

_____

        I hereby certify that pursuant to Title 28, Section 753 United States Code, the foregoing is a true and correct transcript of the stenographically reported proceedings in the above matter.


                Certified on May 5, 2024.


                /s/ Nichole Forrest_____
                Nichole Forrest, RDR, CRR, CRC

51

## $

**$50** [1] - 45:8

## /

**/s** [1] - 50:14

## 1

**10** [3] - 10:15, 42:1
**10(b** [1] - 5:2
**10,000** [1] - 45:10
**100** [2] - 31:15, 43:6
**100,000** [3] - 36:13, 41:18, 42:4
**1100** [5] - 12:24, 14:5, 16:25, 23:12, 38:9
**13** [1] - 20:17
**14** [1] - 40:22
**15** [5] - 18:12, 24:2, 34:25, 42:1
**15,000** [1] - 10:17
**16** [1] - 6:12
**18,000** [3] - 16:16, 16:25, 28:21
**18,000-plus** [1] - 28:24
**19** [1] - 47:11
**1st** [1] - 47:11

## 2

**20** [1] - 24:2
**20-odd** [1] - 8:8
**200,000** [2] - 16:10, 41:19
**2017** [2] - 19:1, 47:11
**2020** [4] - 19:2, 47:11, 47:12, 47:13
**2021** [1] - 19:4
**2023** [1] - 8:11
**2024** [2] - 1:13, 50:12
**21-CV-2473** [1] - 2:8
**23** [4] - 19:12, 28:21, 40:15, 40:17
**23-well** [1] - 33:5
**25** [2] - 1:13, 34:25
**250,000** [2] - 10:9, 10:15
**27** [2] - 12:18, 15:15
**27-odd** [1] - 33:19
**28** [1] - 50:7
**280,000** [2] - 41:19, 42:12

## 3

**30(b)(6** [1] - 39:18
**33** [3] - 39:25, 40:6, 42:7

## 4

**40** [3] - 38:19, 38:20, 38:21
**400,000** [1] - 16:9
**4:21-cv-02473** [1] - 1:4

## 5

**5** [1] - 50:12
**50** [1] - 42:19
**51** [1] - 41:11

## 7

**700,000** [2] - 16:9, 42:20
**753** [1] - 50:7

## 8

**80** [2] - 24:19, 38:11
**81** [1] - 12:12

## 9

**900** [1] - 35:7
**936** [1] - 23:18

## A

**A** [6] - 27:13, 27:14, 30:20, 30:23, 31:3, 46:20
**a** [159] - 2:18, 2:19, 2:21, 2:23, 3:1, 3:2, 3:3, 4:2, 4:5, 4:9, 4:12, 4:14, 4:18, 4:20, 4:25, 5:11, 5:14, 6:2, 6:3, 6:22, 7:6, 7:11, 7:15, 7:19, 7:20, 7:21, 8:2, 8:7, 8:18, 9:16, 9:19, 9:21, 9:23, 10:4, 10:6, 10:8, 10:10, 10:11, 10:12, 10:19, 10:23, 11:7, 11:8, 11:12, 13:12, 14:18, 14:25, 15:7, 15:19, 17:1, 17:24, 17:25, 18:2, 18:12, 18:23, 18:24, 19:1, 19:12, 19:13, 20:16, 20:17, 20:21, 21:7, 21:14, 22:18, 23:1, 23:17, 23:21, 23:22, 24:8, 24:20, 24:21, 25:1, 25:11, 26:5, 26:6, 26:7, 26:13, 26:20, 26:21, 26:24, 27:19, 28:3, 28:4, 28:7, 28:11, 28:15, 30:6, 31:11, 31:13, 31:14, 31:15, 31:16, 31:17, 31:18, 32:2, 32:4, 32:17, 32:21, 33:10, 33:13, 35:3, 35:5, 35:18, 35:20, 35:21, 36:23, 38:17, 38:24, 39:9, 39:14, 39:16, 39:18, 39:25, 40:3, 40:8, 40:12, 40:16, 40:19, 40:25, 41:5, 41:7, 41:16, 42:17, 42:24, 43:8, 43:14, 43:19, 44:2, 44:3, 45:8, 45:10, 45:23, 46:19, 46:20, 47:7, 47:19, 48:1, 48:6, 48:9, 48:18, 48:20, 49:7, 49:9, 49:12, 49:18, 50:7
**aberrational** [1] - 5:24
**ability** [1] - 10:2
**able** [9] - 10:16, 12:17, 18:14, 21:17, 28:4, 29:8, 29:14, 48:22
**about** [52] - 3:19, 4:7, 6:15, 7:9, 7:10, 8:7, 8:11, 11:23, 11:24, 12:7, 12:18, 12:20, 14:19, 14:20, 15:5, 15:6, 15:9, 15:14, 15:18, 15:23, 16:1, 16:5, 16:6, 17:1, 17:4, 17:8, 18:22, 18:25, 19:5, 21:9, 22:25, 23:18, 24:9, 25:4, 28:10, 28:19, 29:9, 29:21, 30:5, 30:11, 31:2, 32:5, 32:9, 32:12, 33:8, 35:22, 36:20, 38:9, 45:16, 46:4, 47:25, 48:17
**above** [1] - 50:9
**accept** [1] - 42:13
**accepted** [2] - 41:12, 42:11
**accepts** [1] - 17:13
**access** [1] - 32:10
**accompanying** [1] - 24:4
**according** [1] - 9:24
**accountant** [2] - 47:1, 47:2
**accurately** [1] - 5:18
**acoustics** [1] - 4:1
**acquisition** [1] - 19:3
**acres** [2] - 38:19, 38:21
**across** [3] - 14:7, 22:3, 47:24
**Act** [1] - 5:2
**action** [3] - 5:1, 11:9, 18:1
**actual** [3] - 11:25, 12:1, 18:19
**actually** [4] - 8:13, 17:3, 18:5, 24:18
**add** [8] - 20:15, 20:17, 21:1, 28:9, 33:16, 41:17, 43:10, 49:5
**addition** [1] - 37:13
**additional** [3] - 40:21, 41:1, 43:11
**address** [4] - 3:21, 18:9, 19:17, 21:15
**addressed** [1] - 44:17
**adequate** [1] - 10:2
**admissions** [1] - 6:12
**adoption** [1] - 6:6
**advertised** [1] - 24:3
**afraid** [1] - 25:5
**after** [3] - 3:5, 38:6, 47:16
**again** [10] - 5:2, 7:18, 17:4, 22:22, 23:8, 25:18, 33:17, 34:1, 43:13, 43:20
**against** [4] - 29:25, 30:2, 42:23, 42:25
**aggressive** [1] - 5:23
**agree** [10] - 9:23, 10:3, 13:22,

18:18, 20:23, 29:18, 40:2, 40:6, 44:21, 44:22

**agreed** [16] - 7:5, 12:25, 15:10, 18:16, 19:13, 20:16, 30:3, 37:5, 37:7, 37:15, 41:11, 41:17, 41:24, 42:10, 47:10

**agreed-upon** [1] - 37:7

**agreeing** [2] - 4:20, 14:16

**ahead** [1] - 3:12

**ain't** [1] - 38:20

**al** [1] - 1:8

**Alfred** [2] - 1:16, 2:11

**all** [55] - 2:17, 6:18, 7:2, 7:3, 7:25, 11:3, 12:13, 12:14, 12:15, 13:6, 13:8, 13:10, 13:14, 13:16, 15:5, 15:20, 18:2, 18:7, 19:7, 20:18, 22:3, 22:13, 22:24, 23:3, 25:5, 25:11, 25:14, 27:12, 27:20, 28:10, 30:2, 30:3, 30:13, 31:3, 31:5, 31:6, 32:9, 32:15, 34:2, 34:12, 36:3, 37:7, 38:1, 38:9, 40:2, 43:14, 43:16, 44:24, 44:25, 45:6, 45:13, 46:18, 47:22, 49:17

**allegation** [2] - 5:21, 45:24

**allegations** [4] - 6:10, 6:14, 10:13, 17:3

**allege** [3] - 5:3, 5:14, 7:21

**alleged** [3] - 6:1, 6:4, 6:24

**almost** [3] - 3:2, 25:19, 46:5

**alongside** [1] - 25:2

**already** [3] - 28:14, 40:24, 44:8

**also** [15] - 2:11, 2:23, 7:21, 9:3, 10:6, 21:23, 26:24, 28:3, 29:4, 31:2, 36:2, 37:5, 41:7, 43:2, 45:1

**although** [1] - 39:24

**always** [3] - 33:4, 48:6, 48:9

**am** [1] - 47:25

**among** [1] - 36:3

**amount** [1] - 26:2

**amounts** [1] - 41:18

**Amy** [2] - 1:19, 2:14

**an** [21] - 5:3, 5:15, 5:19, 11:15, 13:18, 16:23, 19:10, 20:20, 21:6, 21:25, 23:4, 25:20, 26:23, 27:10, 32:5, 33:22, 33:23, 36:16, 37:9, 41:22, 42:2

**analogy** [1] - 30:20

**and** [235] - 2:11, 2:14, 2:22, 3:1, 3:5, 3:12, 3:14, 3:17, 3:18, 4:6, 5:3, 5:25, 6:5, 6:11, 7:2, 7:14, 7:20, 7:21, 7:25, 8:10, 8:12, 8:15, 8:21, 9:2, 9:3, 9:9, 9:15, 9:18, 9:20, 9:23, 9:24, 10:1, 10:11, 10:17, 11:1, 11:12, 11:16, 11:17, 11:18, 11:19, 11:20, 12:8, 12:10, 12:21, 13:1, 13:6, 13:13, 13:15, 13:16, 13:17, 13:18, 13:19, 13:23,

13:25, 15:7, 15:12, 15:14, 15:15, 15:18, 15:20, 16:4, 16:9, 16:19, 17:2, 17:9, 17:21, 18:4, 18:9, 18:15, 18:17, 18:21, 19:1, 19:4, 19:17, 19:19, 20:2, 20:3, 20:7, 20:8, 20:10, 20:12, 20:13, 20:16, 20:19, 20:24, 21:13, 21:14, 22:1, 22:2, 22:17, 22:21, 22:22, 23:5, 23:6, 23:10, 24:17, 24:25, 25:3, 25:5, 25:13, 25:18, 26:4, 26:5, 26:8, 26:12, 26:17, 26:23, 27:1, 27:2, 27:5, 27:9, 27:10, 27:15, 27:17, 28:1, 28:3, 28:5, 28:12, 29:6, 29:8, 29:16, 29:18, 29:19, 30:4, 30:5, 30:13, 30:17, 30:19, 30:25, 31:1, 31:2, 31:25, 32:4, 32:7, 32:22, 32:24, 33:2, 33:4, 33:6, 33:18, 33:22, 34:12, 34:19, 34:22, 34:23, 35:2, 35:17, 35:19, 35:20, 35:25, 36:6, 36:7, 36:19, 36:21, 36:22, 36:24, 37:8, 37:14, 37:16, 37:21, 38:4, 38:13, 38:17, 38:19, 38:25, 39:1, 39:2, 39:3, 39:6, 39:23, 40:6, 40:7, 40:13, 41:4, 41:5, 41:7, 41:12, 41:16, 41:21, 41:23, 42:3, 42:5, 42:7, 42:11, 42:14, 42:17, 42:22, 43:2, 43:11, 43:13, 43:14, 43:16, 43:25, 44:1, 44:9, 44:13, 44:23, 45:2, 45:6, 45:8, 45:10, 45:14, 45:20, 46:21, 46:24, 47:4, 47:14, 47:20, 48:1, 48:3, 48:18, 48:21, 49:4, 49:6, 50:8

**ANDREW** [1] - 1:3

**announced** [1] - 47:13

**annual** [1] - 31:9

**annualized** [1] - 32:5

**another** [2] - 4:17, 16:13

**answer** [2] - 21:11, 25:14

**Anthony** [1] - 1:19

**any** [6] - 13:23, 19:18, 22:13, 22:25, 36:13, 42:2

**anymore** [2] - 19:8, 43:9

**anyone** [1] - 20:11

**anything** [5] - 3:9, 11:11, 22:25, 39:22, 45:21

**anyway** [4] - 28:11, 28:18, 30:15, 39:6

**APPEARANCES** [1] - 1:15

**applied** [1] - 23:9

**appreciate** [1] - 45:15

**approach** [4] - 3:23, 28:3, 28:8, 29:19

**approximately** [2] - 14:5, 16:16

**April** [2] - 1:13, 48:11

**arbitrary** [6] - 20:20, 25:17, 25:21, 41:22, 42:23, 43:4

**are** [92] - 2:24, 2:25, 3:4, 3:10,

3:11, 4:16, 4:21, 4:22, 7:4, 7:16, 7:17, 8:7, 9:1, 9:3, 9:12, 9:14, 9:25, 10:7, 10:22, 11:9, 11:10, 11:14, 11:17, 11:24, 12:7, 12:20, 12:22, 13:5, 13:14, 13:21, 13:22, 14:18, 14:25, 15:3, 15:18, 15:21, 16:7, 16:8, 16:10, 16:11, 16:15, 17:4, 17:20, 17:21, 18:25, 19:5, 19:6, 19:7, 21:9, 21:24, 22:13, 22:14, 23:14, 23:24, 27:22, 28:4, 28:6, 28:13, 28:20, 31:14, 32:18, 33:19, 33:21, 34:1, 34:2, 34:10, 34:25, 35:8, 35:11, 35:13, 36:13, 36:22, 37:13, 37:20, 38:7, 38:20, 40:2, 41:15, 42:7, 42:10, 43:22, 44:4, 44:12, 45:9, 45:18, 46:3, 46:24

**areas** [1] - 20:19

**aren't** [3] - 12:2, 24:11, 31:19

**arguing** [2] - 8:11, 8:14

**ARIES** [1] - 32:8

**arise** [1] - 35:11

**armed** [1] - 9:22

**arms** [2] - 19:22, 22:22

**around** [9] - 10:7, 10:9, 19:22, 22:23, 24:2, 31:16, 33:19, 42:19

**arrears** [1] - 4:15

**art** [2] - 35:5, 35:13

**articulate** [3] - 26:5, 29:8, 36:3

**articulated** [1] - 28:25

**artificially** [1] - 9:16

**artillery** [1] - 36:9

**as** [49] - 4:4, 4:8, 5:14, 5:20, 5:22, 5:23, 6:1, 6:4, 6:25, 7:19, 8:17, 10:6, 10:19, 10:20, 10:21, 10:24, 11:2, 11:8, 12:9, 12:10, 17:11, 17:13, 20:6, 24:17, 24:19, 25:9, 25:25, 26:13, 26:20, 27:25, 28:19, 30:20, 31:11, 31:13, 33:5, 35:15, 39:10, 40:11, 41:14, 43:2, 44:11, 44:12, 45:21, 49:8

**As** [1] - 48:11

**ask** [6] - 36:2, 36:6, 44:9, 46:4, 46:21, 48:23

**asked** [12] - 8:23, 9:2, 9:19, 20:25, 24:7, 33:17, 37:2, 37:4, 43:21, 46:11

**asking** [6] - 17:21, 27:18, 27:19, 31:19, 31:22, 33:24

**assess** [1] - 33:11

**asset** [3] - 6:17, 21:25, 23:4

**assets** [2] - 13:17, 21:24

**assistant** [1] - 46:25

**associate** [1] - 3:21

**assuming** [1] - 40:2

**assumption** [1] - 27:10

**at** [65] - 2:21, 3:8, 4:22, 4:23,

53

5:9, 5:11, 7:25, 8:2, 8:20, 9:6, 9:16, 9:20, 10:13, 10:14, 10:17, 11:7, 12:15, 13:9, 13:12, 15:13, 16:9, 16:17, 16:20, 16:24, 17:2, 17:3, 18:8, 18:11, 18:23, 19:7, 19:8, 20:22, 21:23, 22:5, 22:19, 23:21, 25:5, 26:15, 26:16, 27:7, 27:8, 27:21, 28:1, 28:11, 28:13, 28:22, 29:5, 31:12, 32:3, 32:18, 34:22, 35:15, 36:13, 36:16, 37:21, 38:10, 39:7, 39:9, 41:14, 41:24, 43:4, 45:1, 47:6
**attached** [2] - 15:12, 41:8
**ATTORNEYS** [1] - 49:19
**August** [1] - 48:15
**auto** [1] - 21:2
**available** [2] - 33:12, 37:7
**avenues** [1] - 5:21

## B

**baby** [2] - 27:19, 28:5
**back** [17] - 4:25, 10:5, 20:16, 20:19, 20:24, 25:3, 25:6, 27:9, 30:18, 30:21, 34:23, 35:25, 40:9, 43:16, 43:25, 47:3, 49:18
**back-and-forth** [1] - 20:24
**bad** [3] - 4:1, 30:20, 31:16
**Baker** [2] - 2:15, 2:17
**barrels** [5] - 12:2, 15:7, 31:14, 31:15, 45:10
**base** [1] - 6:17
**based** [3] - 6:10, 16:1, 25:12
**baseline** [1] - 7:1
**basic** [5] - 3:16, 3:18, 9:2, 39:13
**basically** [4] - 5:12, 7:12, 32:19, 32:20
**basin** [2] - 14:7, 25:13
**basis** [8] - 6:22, 7:6, 23:17, 23:21, 23:22, 26:5, 26:7, 32:5
**basket** [1] - 6:19
**be** [61] - 2:6, 2:25, 4:1, 6:23, 7:14, 7:15, 8:9, 8:18, 9:16, 9:22, 10:16, 11:17, 13:6, 16:19, 17:8, 18:8, 18:13, 18:14, 20:22, 21:14, 21:16, 22:20, 23:1, 23:3, 26:24, 27:4, 27:24, 28:1, 28:3, 28:11, 28:13, 28:18, 29:8, 29:14, 29:25, 30:1, 31:7, 31:9, 31:23, 32:25, 34:9, 35:10, 35:18, 36:7, 36:19, 37:14, 38:21, 38:22, 38:23, 39:4, 39:12, 39:16, 42:2, 42:13, 42:25, 46:3, 48:13, 48:14
**because** [28] - 4:21, 16:14, 16:20, 19:9, 19:21, 20:11, 21:1, 21:4, 21:5, 24:14, 27:20, 30:9, 32:19, 33:14, 33:22, 35:10, 35:14, 36:16, 37:9, 39:16,

43:25, 44:5, 44:8, 44:11, 44:14, 45:15, 46:2, 49:8
**become** [1] - 10:3
**becomes** [1] - 10:19
**been** [19] - 5:9, 6:4, 6:7, 6:14, 8:6, 8:11, 8:13, 8:14, 9:5, 9:6, 10:22, 17:13, 18:22, 20:2, 22:5, 30:15, 42:17, 45:22, 45:25
**before** [4] - 3:5, 3:8, 40:13, 40:21
**begin** [2] - 4:11, 40:8
**beginning** [3] - 11:7, 19:2, 44:18
**being** [6] - 7:22, 8:23, 9:18, 10:14, 28:1, 48:22
**believe** [9] - 4:5, 4:8, 4:23, 8:8, 22:20, 24:2, 29:4, 29:18, 47:14
**believed** [1] - 5:16
**benchmark** [1] - 25:12
**benefit** [1] - 47:23
**better** [2] - 32:25, 39:4
**between** [3] - 22:2, 39:2, 48:21
**beyond** [2] - 10:17, 37:15
**big** [1] - 3:25
**billion** [1] - 10:12
**bit** [5] - 8:18, 9:21, 10:19, 26:21, 40:3
**bite** [3] - 26:21, 26:22, 43:19
**book** [2] - 31:10, 44:3
**boots** [1] - 22:1
**boots-on-the-ground** [1] - 22:1
**borrow** [1] - 3:2
**both** [7] - 3:5, 4:23, 13:1, 15:18, 16:2, 39:24, 42:18
**Botts** [2] - 2:15, 2:17
**bought** [1] - 33:2
**bound** [1] - 31:22
**box** [1] - 36:8
**Brar** [1] - 2:12
**breadth** [1] - 40:20
**brethren** [1] - 3:3
**briefing** [1] - 49:6
**bring** [1] - 46:20
**broad** [10] - 12:13, 12:16, 12:19, 13:14, 15:10, 20:17, 24:20, 42:1, 43:22
**broader** [1] - 7:7
**broadly** [3] - 7:18, 29:6, 29:7
**brought** [1] - 49:5
**built** [1] - 32:23
**business** [5] - 12:21, 13:20, 32:22, 32:23
**but** [77] - 2:23, 3:16, 4:25, 6:1, 6:4, 6:8, 7:7, 8:4, 8:9, 8:20, 10:5, 10:10, 10:24, 15:21, 16:3, 18:11, 18:18, 21:9, 21:12, 22:18, 24:8, 24:15, 24:18, 25:2, 25:22, 26:12, 27:18, 27:19, 28:15, 29:4, 29:24, 30:2, 30:8, 30:11, 30:14, 30:22, 31:2, 31:7,

32:17, 32:21, 34:11, 34:18, 34:19, 35:7, 35:10, 35:13, 36:5, 37:5, 37:14, 37:18, 38:10, 38:12, 38:20, 39:9, 39:15, 39:19, 40:4, 40:8, 40:9, 40:24, 41:9, 42:9, 42:13, 42:22, 43:19, 43:22, 44:3, 44:11, 44:20, 45:1, 46:2, 47:2, 47:6, 47:16, 47:19, 49:15
**butting** [1] - 8:6
**By** [1] - 1:22
**by** [17] - 1:24, 1:25, 2:10, 2:15, 2:21, 11:17, 12:15, 12:21, 19:3, 22:13, 23:16, 23:17, 23:22, 25:13, 36:18, 37:6, 42:24

## C

**C** [3] - 17:23, 22:2, 31:3
**C-suite** [1] - 22:2
**calendar** [1] - 18:13
**call** [1] - 14:18
**called** [2] - 5:6, 36:9
**calling** [1] - 13:21
**calls** [1] - 24:5
**came** [3] - 20:19, 35:18, 41:2
**can** [32] - 3:12, 4:4, 4:11, 10:19, 13:11, 15:11, 18:5, 18:8, 18:18, 19:17, 21:19, 24:14, 26:4, 26:11, 26:23, 28:2, 28:7, 28:13, 29:19, 30:6, 30:8, 31:24, 32:9, 32:11, 34:19, 39:21, 40:8, 41:5, 44:21, 45:7, 45:13
**can't** [4] - 32:2, 33:15, 34:10, 48:2
**cannot** [1] - 10:16
**capital** [1] - 24:19
**capturing** [1] - 42:2
**car** [1] - 36:8
**care** [1] - 15:6
**carried** [1] - 5:17
**case** [30] - 2:24, 3:16, 4:4, 4:14, 7:9, 7:24, 9:4, 10:10, 10:17, 11:15, 11:16, 11:22, 11:23, 12:25, 16:5, 17:4, 19:13, 20:22, 30:11, 32:2, 35:15, 35:16, 42:7, 42:9, 43:8, 44:15, 45:10, 45:16, 47:25, 49:9
**cases** [2] - 32:6, 33:20
**categories** [4] - 12:19, 14:19, 15:16, 17:6
**categorizations** [1] - 34:10
**centrally** [1] - 9:15
**certain** [2] - 5:22, 28:11
**certainly** [3] - 22:11, 24:8, 28:2
**CERTIFICATE** [1] - 50:1
**certification** [10] - 2:25, 3:6, 3:9, 3:11, 4:8, 4:12, 48:25, 49:1, 49:6, 49:9

54

**CERTIFIED** [1] - 1:11
**Certified** [2] - 1:22, 50:12
**certify** [1] - 50:6
**chaff** [1] - 36:21
**chains** [1] - 8:16
**challenge** [1] - 11:24
**challenged** [5] - 11:10, 15:9, 24:18, 24:24
**challenging** [1] - 13:25
**chambers** [1] - 41:9
**change** [1] - 3:13
**Charles** [3] - 1:16, 2:9, 3:21
**chart** [2] - 41:15, 41:25
**charts** [1] - 21:21
**circulated** [1] - 40:1
**CITY** [1] - 1:4
**City** [1] - 2:6
**claim** [4] - 11:15, 20:12, 20:13
**claiming** [2] - 15:6, 29:1
**clarification** [2] - 36:24, 36:25
**clarifications** [1] - 35:24
**clarity** [1] - 8:21
**Class** [1] - 49:1
**class** [14] - 2:25, 4:8, 4:12, 5:1, 5:4, 5:21, 6:11, 6:23, 11:9, 18:1, 38:10, 48:25, 49:5, 49:8
**clear** [1] - 37:15
**client** [1] - 2:19
**close** [1] - 27:12
**closed** [1] - 47:14
**closely** [4] - 20:3, 38:1, 38:7, 38:11
**closer** [3] - 40:5, 42:22
**coats** [1] - 48:12
**Code** [1] - 50:7
**colleague** [2] - 2:10, 44:18
**colleagues** [1] - 33:20
**combination** [1] - 5:15
**combining** [1] - 41:25
**come** [12] - 9:20, 25:2, 25:6, 27:9, 30:6, 30:18, 35:25, 38:18, 39:17, 40:4, 43:16, 47:3
**comes** [1] - 48:2
**communication** [1] - 48:20
**communications** [3] - 13:7, 13:15, 13:17
**companies** [1] - 44:1
**company** [15] - 5:3, 10:12, 11:12, 11:25, 12:1, 12:9, 12:15, 13:10, 13:12, 13:19, 22:20, 23:2, 24:17, 32:3, 42:3
**companywide** [6] - 6:12, 6:22, 7:6, 7:23, 8:7, 10:13
**comparative** [2] - 32:18, 43:24
**comparison** [2] - 31:12, 31:13
**competitors** [2] - 25:13, 34:17
**complaining** [1] - 33:8
**complaint** [5] - 11:11, 24:18, 24:24, 27:21, 35:16

**complete** [1] - 13:19
**completely** [1] - 45:23
**completion** [2] - 5:8, 13:16
**compromise** [6] - 23:14, 24:8, 25:16, 25:25, 26:24, 41:1
**computer** [3] - 1:25, 31:24, 44:3
**concern** [2] - 31:2, 44:17
**concerning** [3] - 13:7, 13:15, 13:17
**concerns** [1] - 28:1
**Concho** [14] - 2:7, 5:2, 5:4, 12:24, 13:18, 14:2, 18:24, 19:3, 19:8, 21:2, 21:23, 24:2, 25:10, 34:16
**CONCHO** [1] - 1:7
**Concho's** [5] - 6:22, 10:12, 12:20, 13:17, 22:4
**condition** [1] - 40:24
**conducted** [1] - 20:11
**conferred** [1] - 4:6
**confidential** [5] - 20:12, 34:12, 34:14, 34:20
**ConocoPhillips** [1] - 19:4
**consider** [1] - 25:1
**considering** [1] - 45:20
**considers** [1] - 34:16
**construction** [1] - 23:6
**consultation** [1] - 18:10
**contained** [1] - 6:21
**context** [1] - 13:13
**continually** [1] - 42:21
**continue** [1] - 26:7
**continued** [1] - 8:19
**continuously** [1] - 42:22
**conversation** [1] - 38:6
**correct** [3] - 14:15, 14:17, 50:8
**costs** [1] - 13:11
**could** [18] - 5:19, 9:16, 10:4, 10:25, 11:1, 27:4, 27:9, 28:3, 33:16, 33:22, 40:2, 40:4, 40:6, 42:2, 42:25, 43:7, 45:22, 48:19
**counsel** [4] - 4:16, 26:21, 34:1, 40:10
**count** [1] - 42:13
**counter** [3] - 40:12, 42:18, 42:19
**course** [6] - 2:22, 18:9, 21:19, 24:25, 41:17, 45:23
**COURT** [58] - 1:1, 1:11, 2:6, 2:13, 2:17, 2:20, 3:24, 6:2, 7:12, 8:13, 11:3, 13:1, 14:2, 14:6, 14:11, 19:19, 21:12, 22:7, 22:21, 23:12, 23:23, 24:11, 25:7, 25:10, 25:19, 26:10, 27:7, 29:23, 31:21, 32:14, 33:14, 34:5, 36:5, 36:12, 36:18, 37:2, 37:17, 37:20, 37:25, 38:17, 39:19, 40:18, 42:15, 43:3, 44:23, 45:13, 46:5, 46:8, 46:15, 46:18, 46:23, 47:19, 48:8,

48:14, 49:3, 49:12, 49:15, 49:17
**Court** [4] - 1:23, 3:22, 41:8, 49:22
**court** [3] - 2:3, 17:11, 17:12
**courtroom** [1] - 4:1
**cover** [1] - 20:18
**covered** [1] - 11:6
**covers** [1] - 18:16
**crafted** [1] - 33:21
**CRC** [2] - 1:22, 50:15
**critically** [1] - 18:11
**CRR** [2] - 1:22, 50:15
**crux** [2] - 14:9, 14:21
**crying** [1] - 45:21
**current** [1] - 20:6
**currently** [1] - 48:24
**custodial** [2] - 9:10, 21:1
**custodian** [10] - 9:5, 17:15, 19:21, 22:10, 22:18, 42:18, 46:11, 46:12, 46:13, 46:20
**custodians** [29] - 17:16, 18:15, 19:6, 19:7, 19:12, 19:14, 19:24, 20:2, 20:3, 20:18, 20:24, 20:25, 21:10, 22:12, 37:6, 37:8, 37:16, 39:23, 39:25, 40:6, 40:13, 40:17, 41:2, 41:5, 42:8, 43:11, 45:17, 46:13, 46:24
**custodians'** [1] - 21:8
**cutting** [1] - 43:13

**D**

**daily** [2] - 13:7, 31:5
**damages** [1] - 10:12
**dark** [1] - 5:15
**data** [25] - 6:24, 7:7, 7:8, 8:7, 9:11, 12:22, 12:23, 14:17, 15:4, 20:8, 21:1, 24:10, 26:6, 28:10, 28:12, 32:15, 33:22, 35:25, 37:7, 46:11, 46:12, 46:14, 48:20
**database** [1] - 32:8
**date** [1] - 4:18
**day** [6] - 31:14, 31:15, 40:13, 40:21, 45:8, 45:10
**days** [3] - 21:2, 43:5, 44:2
**deadline** [1] - 18:12
**deal** [2] - 18:18, 22:10
**dealing** [1] - 41:3
**DeBeer** [2] - 1:20, 2:16
**deceive** [1] - 11:20
**decision** [2] - 5:19, 17:24
**decisions** [1] - 11:17
**deduplicated** [3] - 16:7, 16:10, 41:15
**deduplication** [2] - 9:13, 10:9
**deep** [1] - 46:1
**default** [2] - 18:24, 21:6

55

**defendant** [1] - 2:13
**Defendants** [2] - 1:8, 1:19
**defendants** [18] - 5:22, 7:5, 7:10, 9:24, 11:20, 13:25, 17:25, 20:6, 20:7, 21:22, 22:17, 24:7, 25:2, 34:7, 35:2, 35:9, 43:1, 48:17
**defendants'** [1] - 6:11
**defense** [1] - 40:10
**defer** [1] - 20:4
**define** [3] - 13:2, 25:7, 25:10
**defined** [1] - 25:9
**definitely** [2] - 4:22, 32:11
**Delaware** [2] - 14:8, 14:9
**deleted** [4] - 9:5, 9:6, 10:23, 21:5
**deletion** [6] - 9:4, 18:22, 18:24, 19:10, 21:2, 46:1
**deletions** [1] - 45:22
**demands** [1] - 40:2
**demonstrative** [2] - 40:16, 41:7
**dense** [5] - 24:24, 25:7, 32:24, 33:4, 33:7
**densely** [11] - 30:23, 31:13, 33:5, 34:25, 35:4, 35:12, 36:22, 38:20, 38:21, 44:8, 45:6
**density** [2] - 14:19, 23:9
**depose** [3] - 22:8, 22:13, 22:16
**deposition** [5] - 22:18, 38:18, 38:24, 39:10, 39:15
**depositions** [4] - 4:12, 19:14, 19:15, 22:12
**described** [1] - 33:5
**designs** [1] - 23:5
**desire** [1] - 22:18
**detailed** [1] - 16:4
**details** [2] - 20:4, 32:2
**determined** [1] - 4:18
**development** [10] - 5:6, 5:7, 6:16, 7:18, 12:8, 14:22, 24:3, 24:20, 29:7, 29:12
**dictated** [1] - 11:17
**did** [11] - 4:21, 6:24, 17:16, 20:9, 20:12, 22:7, 22:8, 25:10, 39:3, 48:3
**didn't** [4] - 6:14, 19:7, 47:15
**difference** [1] - 39:1
**different** [1] - 33:10
**directly** [1] - 38:13
**dirt** [1] - 22:3
**disagreement** [2] - 10:6, 41:21
**disclosed** [2] - 24:17, 46:10
**disconnect** [1] - 24:16
**discovery** [17] - 3:7, 4:9, 8:5, 8:23, 8:25, 9:25, 12:25, 17:13, 19:1, 22:23, 27:2, 39:9, 39:10, 39:15, 43:4, 49:6
**discrete** [1] - 6:21
**discussed** [1] - 21:2

**discussion** [3] - 11:22, 32:12, 33:13
**dismissed** [1] - 20:7
**dispersed** [1] - 6:17
**dispute** [8] - 8:10, 10:5, 13:5, 14:10, 14:21, 15:8, 24:9, 35:3
**disputed** [2] - 15:15, 41:13
**disputes** [3] - 4:19, 8:17, 12:17
**DISTRICT** [2] - 1:1, 1:2
**District** [2] - 1:23, 1:23
**divisions** [2] - 21:25, 22:4
**do** [44] - 2:8, 3:5, 3:7, 3:10, 3:12, 10:4, 13:22, 13:23, 15:13, 16:2, 17:10, 17:18, 19:12, 22:8, 22:9, 23:16, 23:22, 23:25, 24:6, 25:7, 26:14, 28:7, 28:9, 28:23, 29:2, 29:19, 30:6, 30:14, 30:23, 32:17, 36:14, 39:7, 39:8, 39:11, 39:14, 43:4, 43:10, 44:21, 46:14, 46:21, 47:23, 47:25, 48:4
**document** [12] - 4:11, 6:20, 12:20, 15:23, 17:15, 18:7, 18:21, 18:23, 23:1, 37:6, 41:18, 42:2
**documents** [52] - 4:11, 4:20, 8:22, 9:1, 9:6, 10:8, 10:14, 10:18, 10:22, 11:1, 12:14, 12:22, 13:6, 13:15, 13:16, 14:24, 15:13, 15:17, 16:17, 16:21, 17:1, 19:16, 20:13, 20:21, 22:9, 22:15, 22:19, 22:25, 23:4, 23:7, 27:5, 30:20, 35:11, 36:13, 37:6, 37:12, 38:23, 40:5, 41:19, 43:6, 44:25, 45:1, 45:20, 46:4, 46:7, 46:9, 46:21, 47:1, 47:5, 47:10, 47:15
**does** [5] - 14:2, 21:11, 21:12, 46:22, 47:3
**doesn't** [1] - 43:8
**doing** [10] - 16:13, 17:9, 22:3, 31:25, 32:18, 33:4, 35:17, 44:5, 45:15
**dollars** [2] - 10:13, 45:8
**Dominator** [50] - 5:23, 6:1, 6:6, 7:8, 7:10, 7:13, 7:17, 7:18, 8:4, 12:10, 14:8, 14:17, 14:25, 15:2, 15:15, 15:18, 15:21, 16:15, 16:18, 16:24, 24:14, 24:15, 25:2, 26:1, 26:4, 26:14, 27:14, 27:21, 27:22, 28:5, 28:12, 28:20, 29:6, 29:21, 30:13, 31:15, 33:9, 34:8, 35:25, 37:1, 37:9, 37:12, 37:18, 38:6, 38:7, 39:2, 40:7, 44:24
**Dominator-related** [1] - 14:17
**Dominator-type** [2] - 24:15, 27:22
**don't** [40] - 9:5, 9:14, 9:17, 16:3, 16:21, 17:2, 17:14, 18:18, 19:6,

20:23, 21:1, 27:10, 27:16, 28:23, 29:10, 29:12, 29:23, 30:11, 30:22, 34:17, 34:19, 35:5, 35:9, 36:12, 36:16, 36:20, 37:21, 38:12, 39:24, 40:10, 42:5, 42:24, 44:11, 45:3, 46:1, 46:7, 46:9, 46:11, 46:12
**done** [3] - 15:20, 33:20, 36:8
**double** [1] - 41:6
**down** [11] - 10:20, 18:19, 24:9, 26:25, 28:2, 32:14, 36:9, 39:11, 44:6, 44:17, 47:1
**drawing** [2] - 25:18, 25:20
**drill** [1] - 13:19
**drilled** [1] - 15:6
**drilling** [4] - 13:15, 23:2, 24:15, 31:23
**driving** [1] - 27:22
**due** [2] - 38:1, 48:24
**duplicated** [1] - 41:16
**duplicates** [1] - 9:17
**duplicative** [2] - 16:11, 40:23
**during** [6] - 5:4, 5:21, 6:23, 12:24, 14:4, 32:3
**dyed** [1] - 26:20
**dyed-in-the-wool** [1] - 26:20

## E

**each** [5] - 8:14, 11:14, 24:22, 31:10, 42:4
**earlier** [3] - 47:9, 48:17, 49:6
**early** [1] - 24:9
**earnings** [1] - 24:5
**easier** [1] - 19:22
**easy** [1] - 42:23
**Edison** [1] - 17:24
**effect** [1] - 41:6
**efficient** [1] - 49:11
**eggs** [1] - 6:19
**either** [3] - 35:19, 40:1, 40:23
**electrical** [1] - 9:20
**Elkins** [1] - 2:16
**else** [4] - 21:4, 21:7, 39:21, 45:13
**email** [6] - 8:16, 9:1, 9:11, 19:7, 37:14
**emailed** [1] - 41:9
**emails** [10] - 9:5, 16:10, 16:16, 17:18, 21:3, 21:4, 21:8, 21:9, 21:10, 26:2
**emboldened** [1] - 46:3
**employees** [2] - 6:11, 12:16
**end** [7] - 8:2, 18:11, 20:1, 30:21, 33:6, 38:10, 47:12
**ends** [1] - 25:20
**engine** [1] - 27:22
**engineer** [2] - 7:2, 33:23
**engineers** [1] - 22:2

56

**enormous** [1] - 16:23
**enough** [1] - 30:10
**entire** [1] - 43:8
**entirety** [1] - 22:23
**entitled** [4] - 8:7, 17:21, 45:19, 46:3
**envisioning** [1] - 32:11
**especially** [2] - 36:15, 45:20
**Esq** [6] - 1:16, 1:16, 1:17, 1:19, 1:19, 1:20
**essence** [1] - 7:9
**essentially** [1] - 9:15
**estimated** [1] - 6:25
**et** [1] - 1:8
**even** [11] - 3:25, 5:16, 6:11, 15:23, 16:19, 21:25, 29:11, 29:13, 43:20, 46:3, 46:24
**eventually** [5] - 25:19, 39:5, 43:23, 44:5, 44:14
**every** [22] - 12:14, 12:20, 12:23, 13:7, 13:8, 13:9, 13:10, 16:5, 17:12, 23:1, 23:14, 23:15, 29:11, 29:13, 32:3, 32:16, 33:17, 33:18, 33:25, 36:6, 38:19
**everybody** [3] - 31:17, 32:24, 35:20
**everyone** [2] - 25:19, 28:8
**everything** [16] - 11:12, 13:11, 23:18, 23:20, 26:14, 32:24, 34:7, 36:25, 37:2, 37:4, 43:3, 43:7, 43:17, 44:10, 44:11, 45:14
**exactly** [1] - 24:12
**example** [3] - 15:19, 16:6, 28:19
**examples** [1] - 13:4
**except** [1] - 33:3
**exception** [1] - 21:6
**Exchange** [1] - 5:2
**Exhibit** [1] - 17:23
**exhibit** [1] - 15:12
**exist** [7] - 30:21, 43:8, 44:13, 46:4, 46:7, 46:9, 46:22
**existed** [1] - 9:8
**exists** [4] - 9:8, 32:3, 32:10, 34:24
**expect** [1] - 15:17
**experience** [2] - 10:10, 32:6
**experimental** [1] - 5:16
**expert** [7] - 33:22, 36:16, 38:18, 38:22, 45:2, 48:22, 49:2
**experts** [4] - 39:16, 48:21, 48:22
**explain** [1] - 12:21
**exploration** [1] - 13:18
**explore** [1] - 24:9
**exposure** [1] - 7:23
**extensive** [1] - 18:7
**extrapolate** [1] - 16:25

**extremely** [1] - 12:16

### F

**F** [1] - 27:15
**fact** [2] - 8:14, 30:10
**facts** [3] - 3:10, 3:16, 3:18
**fairly** [1] - 30:14
**faith** [2] - 26:5, 26:7
**fall** [2] - 12:19, 15:15
**false** [4] - 7:20, 11:19, 24:19, 26:24
**far** [3] - 10:20, 18:16, 44:12
**Fatale** [4] - 1:16, 2:11, 2:21, 3:15
**FATALE** [9] - 36:15, 37:23, 38:3, 39:18, 44:16, 45:12, 48:12, 48:16, 49:1
**Fatale's** [1] - 19:20
**fault** [2] - 26:22
**February** [2] - 47:11, 47:12
**federal** [1] - 5:1
**feed** [1] - 33:22
**feel** [1] - 9:21
**feels** [1] - 36:10
**few** [1] - 31:18
**fight** [1] - 22:23
**fighting** [2] - 18:25, 21:9
**figure** [3] - 43:25, 44:7, 45:1
**figurehead** [1] - 5:24
**file** [4] - 26:1, 43:6, 44:3, 49:12
**filed** [4] - 19:5, 19:9, 40:13, 47:17
**files** [9] - 9:15, 16:4, 16:14, 16:18, 16:20, 16:24, 28:19, 28:20, 37:13
**filled** [1] - 9:17
**final** [7] - 9:23, 30:3, 40:12, 41:1, 41:10, 44:19, 44:20
**financial** [2] - 12:23, 23:10
**financials** [1] - 13:10
**find** [6] - 17:15, 37:11, 39:12, 43:14, 44:23, 47:4
**finding** [2] - 4:14, 4:16
**fine** [2] - 35:17, 49:3
**first** [6] - 26:13, 30:3, 30:14, 34:5, 43:19, 44:25
**fit** [1] - 24:13
**fits** [2] - 25:14, 34:13
**five** [1] - 15:8
**fix** [1] - 26:11
**flagship** [1] - 5:23
**flood** [1] - 4:10
**flop** [1] - 7:15
**focus** [1] - 12:11
**focused** [1] - 12:7
**Fogler** [1] - 2:12
**folks** [3] - 20:8, 21:3, 40:23
**follow** [1] - 37:17

**followed** [2] - 38:1, 40:14
**following** [3] - 2:3, 26:18, 32:22
**foot** [1] - 27:20
**for** [93] - 2:8, 2:9, 2:13, 2:23, 2:25, 3:2, 3:3, 3:7, 3:9, 3:10, 4:8, 4:12, 6:21, 7:6, 8:4, 8:7, 8:17, 8:20, 10:8, 12:12, 12:20, 12:23, 13:2, 13:5, 13:8, 13:9, 13:12, 13:14, 14:18, 15:18, 16:14, 16:18, 16:24, 17:7, 17:21, 19:22, 21:1, 21:15, 21:21, 22:7, 23:6, 23:12, 23:15, 23:18, 23:19, 23:20, 26:5, 26:6, 28:19, 28:25, 29:3, 29:11, 29:13, 29:24, 31:19, 31:22, 32:3, 32:12, 33:12, 33:13, 33:17, 33:18, 33:24, 34:2, 34:25, 35:4, 35:7, 35:12, 35:14, 36:1, 36:3, 36:6, 37:3, 37:5, 37:7, 39:15, 40:10, 41:7, 41:9, 43:21, 44:9, 44:19, 45:23, 46:11, 46:14, 46:21, 47:23, 48:23, 49:8, 49:11
**For** [2] - 1:16, 1:19
**forecasts** [1] - 23:10
**foregoing** [1] - 50:7
**forgive** [1] - 26:20
**form** [1] - 43:23
**formality** [1] - 3:25
**former** [1] - 6:10
**Forrest** [3] - 1:22, 50:14, 50:15
**forth** [2] - 20:24, 41:23
**forthcoming** [1] - 7:22
**forward** [1] - 44:22
**found** [1] - 16:15
**four** [1] - 5:20
**frame** [1] - 16:22
**frames** [1] - 11:22
**frankly** [1] - 42:8
**fraud** [3] - 11:8, 18:1, 20:22
**frequent** [1] - 5:25
**from** [31] - 2:11, 2:12, 2:15, 2:16, 2:18, 2:21, 3:3, 3:16, 3:18, 6:22, 10:3, 13:4, 16:16, 16:17, 16:22, 17:10, 17:15, 18:6, 18:7, 19:1, 21:18, 22:19, 27:8, 29:17, 32:6, 40:12, 41:2, 42:18, 45:6, 47:2, 49:2
**front** [2] - 17:13, 18:11
**full** [1] - 8:2
**future** [2] - 32:12, 33:13

### G

**game** [1] - 46:19
**gamut** [1] - 18:17
**gap** [1] - 18:19
**gaps** [1] - 19:18
**gas** [6] - 5:3, 13:17, 13:18, 32:7,

57

42:3, 44:1
**gates** [1] - 4:10
**gathering** [1] - 30:15
**gave** [4] - 12:9, 20:16, 29:20, 30:2
**general** [1] - 14:18
**genesis** [1] - 39:1
**genuinely** [1] - 29:4
**get** [30] - 2:23, 8:2, 11:1, 18:5, 18:14, 19:15, 19:17, 19:19, 19:22, 22:19, 22:22, 28:7, 30:10, 31:24, 37:18, 38:6, 39:21, 41:23, 42:6, 42:22, 43:7, 43:14, 43:19, 44:24, 45:5, 45:14, 47:15, 47:16, 48:19
**getting** [3] - 9:10, 9:14, 9:18
**give** [16] - 7:8, 12:13, 12:14, 12:15, 13:4, 14:23, 15:4, 17:14, 20:4, 23:18, 23:20, 39:25, 40:19, 42:14, 42:17, 43:17
**given** [2] - 22:11, 27:13
**giving** [3] - 15:1, 20:17, 36:18
**go** [12] - 3:4, 3:12, 9:23, 10:3, 16:4, 19:1, 26:2, 34:23, 37:15, 43:11, 43:24, 44:12
**goal** [1] - 45:4
**goes** [2] - 45:3, 47:21
**going** [51] - 2:25, 3:10, 3:13, 3:17, 3:21, 4:17, 5:17, 7:14, 10:5, 11:17, 14:24, 15:13, 15:22, 16:15, 17:8, 17:25, 19:17, 22:10, 24:19, 25:17, 28:10, 28:18, 29:10, 29:12, 30:1, 30:10, 30:18, 32:16, 32:24, 32:25, 35:3, 35:10, 37:20, 38:4, 39:3, 39:5, 39:16, 39:17, 43:23, 44:9, 44:10, 44:14, 44:19, 44:21, 44:22, 45:2, 46:23, 47:7, 48:18, 48:23
**gone** [1] - 31:16
**good** [5] - 2:14, 26:5, 26:7, 32:21, 49:18
**good-faith** [2] - 26:5, 26:7
**got** [13] - 2:20, 10:15, 12:1, 12:3, 12:4, 12:5, 18:13, 31:7, 31:9, 41:11, 43:7, 44:2, 47:1
**gradual** [1] - 5:10
**granular** [8] - 7:7, 8:8, 12:22, 12:23, 13:2, 13:22, 13:23, 15:4
**great** [5] - 2:13, 6:2, 31:17, 35:21, 37:19
**greater** [1] - 31:2
**greatness** [1] - 5:13
**ground** [3] - 11:7, 22:1, 28:4
**group** [1] - 41:20
**guess** [5] - 21:13, 27:7, 27:18, 30:16, 31:4
**guidance** [1] - 10:1
**guiding** [1] - 17:13
**guy** [2] - 35:17, 43:15

**guys** [4] - 24:12, 26:14, 38:25, 43:18

# H

**had** [11] - 5:5, 5:9, 11:25, 12:24, 21:5, 24:2, 26:9, 32:20, 32:21, 40:13, 40:25
**half** [3] - 10:11, 32:4, 41:25
**hammer** [1] - 33:18
**hand** [1] - 40:18
**handful** [1] - 34:4
**HANEN** [1] - 1:3
**happen** [3] - 32:16, 39:6, 39:20
**happened** [3] - 8:3, 34:3, 47:4
**happens** [2] - 26:25, 47:20
**happy** [4] - 8:13, 28:8, 48:13, 48:14
**has** [15] - 4:1, 6:4, 6:14, 8:10, 10:20, 20:2, 26:14, 28:25, 31:2, 31:7, 31:9, 34:3, 42:17, 43:17, 44:2
**have** [98] - 2:8, 2:19, 2:24, 2:25, 4:5, 4:6, 6:4, 6:7, 6:24, 7:5, 7:7, 8:3, 8:19, 8:23, 9:5, 9:6, 10:2, 10:22, 10:23, 10:24, 14:3, 14:23, 15:9, 15:17, 15:25, 16:2, 16:4, 16:16, 16:17, 16:20, 17:2, 17:10, 17:14, 17:18, 18:4, 18:12, 18:13, 18:14, 18:24, 19:7, 19:12, 20:8, 20:20, 21:1, 21:3, 22:5, 23:1, 23:13, 23:15, 23:21, 23:25, 27:10, 27:11, 27:12, 27:14, 28:14, 28:22, 29:2, 30:9, 31:5, 31:6, 31:16, 32:1, 32:7, 32:9, 33:15, 33:20, 34:7, 35:9, 35:19, 36:25, 37:4, 38:24, 39:5, 39:9, 39:14, 39:17, 40:16, 41:5, 41:7, 41:17, 41:23, 42:21, 43:21, 44:25, 45:2, 45:22, 46:11, 46:12, 46:14, 46:21, 47:24, 49:12, 49:17
**haven't** [4] - 27:16, 33:16, 33:17, 43:20
**having** [3] - 3:14, 9:19, 38:11
**he** [5] - 11:8, 14:20, 16:8, 45:2, 48:11
**head** [3] - 24:7, 31:23, 47:2
**heads** [1] - 8:6
**hear** [1] - 3:16
**hearing** [1] - 3:3
**HEARING** [1] - 1:10
**heart** [2] - 35:15, 35:16
**heavy** [1] - 45:23
**Hefley** [12] - 1:19, 2:14, 3:17, 11:5, 22:24, 25:25, 31:1, 31:4, 34:23, 41:14, 46:16
**HEFLEY** [25] - 2:14, 2:19, 11:6, 13:4, 14:4, 14:7, 14:13, 20:1,

28:16, 31:18, 32:1, 33:3, 35:23, 36:10, 36:23, 37:4, 37:19, 46:10, 46:17, 47:8, 48:11, 48:25, 49:4, 49:14, 49:16
**held** [1] - 2:3
**help** [2] - 2:18, 45:2
**helpful** [1] - 36:24
**helps** [1] - 45:15
**here** [14] - 2:6, 2:8, 10:20, 12:13, 18:25, 26:23, 27:22, 27:23, 36:20, 39:2, 39:3, 41:4, 43:6, 48:13
**here's** [4] - 31:10, 34:5, 43:6, 43:10
**hereby** [1] - 50:6
**hesitancy** [1] - 30:4
**hey** [1] - 29:20
**high** [1] - 38:15
**high-level** [1] - 38:15
**higher** [1] - 7:11
**him** [3] - 20:4, 39:11, 43:17
**his** [3] - 22:24, 31:24
**hit** [6] - 9:10, 9:12, 42:3, 42:4, 42:12
**hits** [1] - 41:18
**hitting** [1] - 26:3
**hold** [2] - 21:7, 46:23
**holding** [1] - 37:21
**home** [2] - 9:19, 43:15
**hone** [1] - 29:15
**Honor** [21] - 3:20, 4:4, 8:17, 10:25, 11:6, 15:11, 21:19, 26:19, 27:25, 28:16, 31:18, 32:11, 35:23, 37:24, 44:16, 48:7, 48:10, 48:16, 49:5, 49:8, 49:20
**Honor's** [3] - 4:23, 6:5, 33:11
**HONORABLE** [1] - 1:3
**hope** [2] - 36:19, 45:12
**hoped** [1] - 48:18
**hopefully** [2] - 11:1, 44:24
**horrible** [2] - 35:19, 35:20
**Houston** [3] - 1:12, 48:7, 48:10
**How** [1] - 25:10
**how** [16] - 8:23, 8:24, 10:16, 14:2, 19:23, 19:24, 21:23, 23:10, 23:23, 24:12, 25:7, 31:25, 36:10, 38:4, 44:4, 46:1
**however** [4] - 34:13, 34:21, 35:8, 39:8

# I

**I** [149] - 2:8, 2:22, 2:23, 2:24, 3:1, 3:3, 3:5, 3:8, 3:9, 3:12, 3:15, 3:16, 3:23, 3:24, 4:4, 4:5, 4:8, 4:14, 8:8, 8:18, 10:16, 12:18, 12:21, 14:15, 15:11, 15:17, 20:3, 21:2, 21:13, 21:14,

58

21:17, 21:19, 22:21, 22:25, 23:13, 24:1, 24:11, 24:14, 24:16, 26:19, 27:4, 27:7, 27:10, 27:16, 27:17, 27:18, 27:20, 28:2, 28:9, 28:14, 28:16, 28:20, 28:23, 29:4, 29:10, 29:12, 29:14, 29:18, 29:23, 29:24, 29:25, 30:1, 30:8, 30:11, 30:14, 30:16, 30:18, 30:20, 30:25, 31:1, 31:4, 31:12, 32:2, 32:17, 33:3, 33:10, 33:11, 33:16, 33:19, 33:22, 33:23, 34:6, 34:10, 34:15, 34:19, 34:20, 35:5, 35:8, 35:15, 35:24, 36:5, 36:7, 36:12, 36:18, 36:19, 37:14, 37:23, 38:3, 38:4, 38:5, 38:22, 39:15, 39:19, 39:23, 39:24, 40:1, 40:4, 40:8, 40:9, 42:21, 43:3, 43:5, 43:9, 43:10, 43:11, 43:24, 44:1, 44:10, 44:11, 44:12, 44:13, 44:15, 44:17, 44:21, 44:23, 45:14, 45:17, 46:25, 47:6, 47:8, 47:13, 47:19, 47:23, 47:24, 47:25, 48:4, 48:6, 48:9, 48:17, 49:4, 50:6

**I'll** [6] - 12:21, 13:4, 24:14, 30:10, 43:16, 47:22

**I'm** [41] - 3:9, 3:17, 3:20, 3:25, 10:1, 10:23, 10:24, 17:25, 22:22, 26:12, 27:7, 27:15, 27:18, 27:19, 30:4, 31:21, 31:22, 32:10, 32:14, 32:15, 32:20, 33:14, 33:23, 34:11, 34:15, 35:2, 35:3, 35:13, 37:21, 39:6, 43:13, 43:18, 43:19, 43:23, 43:25, 44:8, 44:9, 44:13, 45:21, 45:25, 46:23

**I've** [7] - 8:13, 17:12, 27:25, 42:17, 43:2, 43:7, 44:1

**idea** [8] - 31:16, 31:17, 35:18, 35:19, 35:20, 35:21, 38:25, 39:1

**identifiable** [1] - 24:11

**identified** [2] - 19:24, 19:25

**identify** [4] - 18:6, 26:5, 28:4, 38:13

**identifying** [1] - 45:19

**if** [53] - 5:16, 10:15, 15:6, 15:14, 15:19, 16:18, 16:24, 18:4, 18:19, 19:17, 20:10, 20:14, 21:4, 23:16, 25:3, 25:5, 26:4, 27:8, 27:11, 27:21, 28:6, 28:11, 28:13, 29:11, 29:13, 29:24, 30:1, 30:6, 33:16, 34:6, 34:15, 34:20, 35:2, 35:5, 35:24, 36:6, 38:19, 38:20, 39:22, 40:4, 41:23, 42:9, 43:14, 43:21, 44:5, 44:20, 44:24, 46:21, 46:24, 46:25, 47:2, 48:1

**illogical** [1] - 27:10

**imagine** [5] - 10:16, 13:12, 30:15, 30:18, 30:25

**impact** [1] - 3:10

**important** [1] - 22:20

**impossible** [1] - 10:4

**improved** [1] - 6:13

**in** [118] - 2:3, 2:6, 2:21, 2:24, 3:12, 3:19, 4:7, 4:15, 5:14, 5:15, 6:4, 6:17, 6:19, 7:8, 7:17, 7:19, 7:20, 7:24, 8:6, 9:4, 9:11, 9:21, 9:23, 10:4, 10:10, 10:20, 10:25, 11:11, 11:16, 11:22, 12:25, 13:5, 13:8, 13:13, 14:8, 15:11, 15:15, 16:5, 16:8, 16:20, 17:4, 17:6, 17:11, 17:12, 17:13, 17:21, 17:22, 17:24, 17:25, 18:10, 18:20, 19:4, 19:13, 19:18, 20:2, 20:14, 20:20, 20:21, 21:2, 21:8, 23:5, 23:19, 24:4, 24:9, 24:18, 24:24, 25:17, 25:24, 26:9, 26:20, 27:2, 27:6, 28:3, 28:7, 29:13, 29:15, 29:24, 31:8, 31:25, 32:6, 32:10, 32:21, 34:12, 34:13, 35:8, 36:7, 37:12, 38:11, 38:18, 38:21, 38:23, 39:17, 41:19, 41:23, 42:2, 42:6, 42:12, 43:4, 43:5, 43:8, 43:15, 44:2, 44:18, 47:13, 47:17, 48:11, 48:12, 48:14, 48:18, 48:23, 49:7, 49:9, 49:22, 50:9

**IN** [1] - 49:19

**inability** [1] - 10:21

**INC** [1] - 1:7

**incidentally** [2] - 6:2, 47:23

**incisive** [1] - 36:20

**included** [2] - 40:21, 40:24

**including** [2] - 20:5, 37:8

**inclusive** [1] - 24:25

**incorrect** [1] - 16:2

**independent** [1] - 11:15

**individual** [3] - 20:6, 21:22, 22:17

**individuals** [3] - 20:17, 40:22, 44:20

**industry** [1] - 7:14

**infinite** [1] - 26:23

**inflated** [1] - 9:16

**inflection** [1] - 5:11

**information** [30] - 6:22, 7:1, 9:23, 10:2, 14:19, 16:1, 16:5, 16:12, 17:7, 17:17, 17:19, 17:22, 18:3, 26:17, 30:13, 31:19, 32:9, 34:15, 34:17, 34:24, 36:1, 38:5, 38:7, 38:14, 38:15, 43:16, 43:24, 45:5, 45:6, 45:19

**informed** [2] - 5:18, 5:19

**initial** [2] - 42:18, 42:19

**initially** [1] - 40:20

**innings** [1] - 5:12

**input** [1] - 30:9

**inspector** [1] - 9:19

**instance** [1] - 3:7

**instead** [3] - 23:18, 23:20, 32:22

**insufficient** [1] - 10:15

**intend** [1] - 22:16

**intended** [1] - 11:20

**interest** [1] - 22:17

**internal** [2] - 6:23, 13:9

**intertwined** [2] - 4:22, 8:18

**interviews** [1] - 17:15

**into** [10] - 8:21, 12:19, 14:12, 19:20, 21:24, 23:15, 24:13, 32:12, 32:23, 45:8

**investigation** [1] - 20:11

**investing** [1] - 11:21

**investment** [2] - 22:4, 24:1

**investors** [2] - 24:4, 38:13

**involved** [3] - 23:5, 29:13, 31:8

**irrelevant** [1] - 36:13

**is** [165] - 2:9, 3:2, 3:9, 3:10, 4:9, 4:10, 4:12, 4:15, 4:25, 5:3, 5:21, 6:3, 6:6, 6:10, 7:4, 7:9, 7:11, 7:13, 7:19, 7:20, 8:9, 8:12, 8:21, 8:23, 9:3, 9:7, 9:10, 9:11, 9:22, 10:6, 10:9, 10:10, 10:13, 10:15, 11:8, 11:9, 11:15, 11:18, 11:21, 11:23, 12:3, 12:4, 12:5, 12:6, 12:10, 13:13, 13:20, 13:21, 14:9, 14:16, 14:20, 15:3, 15:13, 15:19, 15:21, 16:2, 16:11, 16:13, 16:15, 16:23, 17:20, 17:21, 18:3, 18:4, 18:6, 18:19, 19:10, 19:21, 20:14, 21:15, 21:17, 22:9, 22:18, 22:19, 23:5, 24:17, 24:19, 24:23, 24:24, 25:5, 25:14, 25:23, 25:25, 26:11, 26:12, 26:21, 26:22, 26:23, 26:24, 27:8, 27:21, 27:23, 28:9, 28:15, 28:23, 29:1, 29:15, 30:22, 31:1, 31:2, 31:7, 31:11, 31:25, 32:11, 32:16, 32:20, 33:4, 33:7, 33:12, 34:6, 34:12, 34:13, 34:15, 35:3, 35:5, 35:10, 35:16, 36:3, 36:8, 36:20, 36:21, 36:23, 36:25, 37:6, 37:9, 37:11, 38:2, 38:4, 38:7, 38:16, 38:19, 39:1, 39:5, 39:10, 41:3, 41:16, 41:22, 42:15, 42:16, 42:23, 43:3, 43:15, 43:25, 44:7, 44:11, 44:19, 44:20, 45:4, 45:8, 45:10, 45:16, 45:18, 45:23, 45:25, 46:1, 46:2, 46:20, 47:10, 47:12, 47:16, 48:1, 50:7

**isn't** [2] - 7:12, 27:3

**issue** [12] - 8:20, 11:1, 11:18, 15:3, 18:22, 18:23, 19:10, 19:21, 26:10, 26:21, 35:10,

59

45:18

**issues** [8] - 3:7, 3:19, 4:7, 4:10, 4:22, 9:4, 13:24, 31:18

**IT** [1] - 47:20

**it** [95] - 3:16, 4:8, 5:9, 5:10, 5:17, 6:3, 6:7, 6:23, 7:14, 8:4, 8:12, 9:10, 9:23, 10:4, 10:19, 15:7, 16:3, 16:23, 21:12, 21:15, 21:17, 22:9, 22:18, 22:19, 23:3, 24:23, 25:9, 25:10, 25:11, 25:13, 25:15, 25:17, 25:18, 26:12, 26:15, 26:25, 27:8, 27:12, 28:11, 28:13, 28:14, 28:18, 29:16, 30:1, 30:8, 30:12, 30:15, 30:16, 31:17, 32:10, 32:25, 34:6, 34:13, 34:18, 34:19, 34:20, 34:22, 35:4, 35:20, 35:21, 35:22, 36:1, 36:3, 36:10, 36:16, 36:22, 37:21, 38:18, 38:22, 38:23, 39:7, 40:18, 41:9, 43:8, 43:21, 44:9, 45:15, 45:18, 46:5, 46:22, 46:25, 47:2, 48:4, 48:18

**it's** [24] - 9:18, 11:11, 14:5, 15:23, 24:14, 24:17, 24:25, 27:10, 29:11, 29:13, 33:10, 34:20, 35:5, 38:1, 39:15, 40:3, 41:25, 42:3, 42:8, 43:5, 46:19, 47:3, 48:12, 48:24

**its** [3] - 7:20, 21:24, 24:19

**itself** [1] - 14:8

# J

**January** [2] - 19:4, 47:14

**John** [3] - 23:19, 43:15, 43:17

**joined** [2] - 2:10, 2:15

**joint** [1] - 2:19

**jointly** [1] - 4:18

**judge** [2] - 3:11, 17:12

**Judge** [3] - 6:4, 17:24, 30:19

**JUDGE** [1] - 1:3

**judges** [1] - 17:11

**judgment** [1] - 10:17

**July** [2] - 19:5, 47:18

**jumped** [1] - 32:23

**jumping** [1] - 33:6

**just** [36] - 4:25, 6:14, 7:1, 7:16, 8:4, 8:25, 9:10, 10:24, 11:11, 14:25, 16:17, 16:18, 16:23, 18:21, 20:23, 22:22, 27:6, 29:2, 30:5, 31:19, 32:14, 33:16, 33:23, 37:14, 37:21, 38:15, 40:16, 40:19, 43:25, 45:18, 45:19, 45:25, 47:24, 47:25, 48:16, 48:20

**juvenile** [1] - 28:15

# K

**Katherine** [2] - 1:20, 2:16

**keep** [3] - 17:16, 17:17, 26:17

**Keller** [1] - 2:10

**key** [1] - 6:25

**kicked** [1] - 2:20

**kicking** [1] - 10:7

**kind** [17] - 3:1, 4:1, 7:15, 8:9, 9:18, 12:6, 20:20, 21:9, 25:12, 26:16, 29:20, 33:12, 35:11, 40:20, 41:5, 46:19, 47:8

**knew** [3] - 11:20, 13:25, 35:19

**know** [72] - 2:24, 3:4, 3:12, 3:15, 5:7, 6:25, 8:25, 9:5, 9:7, 9:14, 9:17, 9:20, 10:21, 11:21, 13:11, 13:18, 15:4, 16:21, 19:6, 20:15, 23:19, 24:6, 24:12, 24:13, 24:21, 25:1, 27:9, 27:13, 27:14, 27:20, 28:21, 30:9, 30:10, 30:20, 31:1, 34:12, 34:24, 35:5, 35:16, 36:5, 36:7, 36:8, 36:16, 37:9, 38:23, 38:24, 39:3, 39:7, 39:8, 39:13, 39:14, 39:23, 42:1, 42:17, 43:7, 43:15, 43:16, 43:18, 44:2, 44:13, 44:18, 45:7, 45:10, 45:15, 45:22, 46:1, 46:13, 46:25, 47:24, 48:3, 48:4

**known** [1] - 35:20

**knows** [1] - 33:23

# L

**Labaton** [2] - 2:10, 2:11

**label** [1] - 34:20

**large** [11] - 5:6, 7:17, 12:8, 14:22, 24:3, 24:13, 24:20, 27:19, 29:7, 29:11, 29:14

**large-scale** [9] - 5:6, 7:17, 12:8, 14:22, 24:13, 24:20, 29:7, 29:11, 29:14

**large-scale-development** [1] - 24:3

**largely** [1] - 40:22

**largest** [1] - 6:8

**last** [1] - 48:3

**lastly** [1] - 18:21

**later** [7] - 5:11, 19:17, 30:1, 30:9, 44:9, 47:13, 47:17

**latter** [1] - 41:25

**law** [1] - 11:15

**lawsuit** [3] - 19:4, 31:8, 47:17

**layers** [1] - 22:20

**lead** [1] - 3:15

**leading** [1] - 40:14

**leads** [1] - 31:3

**learning** [1] - 5:10

**least** [4] - 2:21, 27:21, 31:12, 35:15

**leave** [1] - 49:12

**legacy** [1] - 21:7

**legal** [1] - 21:7

**Lennon** [1] - 23:19

**less** [2] - 35:12, 44:7

**let** [9] - 3:17, 3:21, 11:7, 19:20, 20:15, 26:1, 28:14, 30:5, 43:20

**let's** [9] - 3:19, 19:19, 21:16, 30:6, 37:18, 43:13, 45:5, 45:14, 46:24

**letter** [11] - 2:21, 3:19, 4:7, 8:20, 15:12, 16:8, 17:23, 19:20, 40:11, 40:22, 48:3

**level** [1] - 38:15

**light** [1] - 13:23

**like** [13] - 9:18, 9:21, 11:24, 12:13, 13:6, 13:14, 18:1, 26:25, 32:7, 38:4, 43:5, 48:3, 49:9

**likely** [4] - 32:15, 33:14, 35:3, 47:25

**limit** [1] - 14:24

**limitation** [1] - 25:5

**limited** [1] - 42:24

**limiting** [2] - 26:12, 43:18

**limits** [1] - 33:7

**line** [4] - 24:9, 25:17, 25:21, 33:6

**lingering** [1] - 4:19

**list** [7] - 15:19, 15:20, 15:21, 20:9, 20:16, 25:3, 39:25

**listing** [1] - 40:16

**literally** [2] - 12:20, 33:24

**little** [3] - 8:18, 40:8, 48:20

**locate** [1] - 37:5

**located** [1] - 9:15

**logic** [1] - 28:2

**logical** [1] - 30:6

**logs** [2] - 15:5, 29:13

**look** [23] - 3:8, 7:25, 9:20, 15:13, 16:9, 16:17, 16:20, 16:24, 17:2, 17:3, 26:15, 26:16, 28:22, 29:5, 32:11, 32:18, 34:22, 36:13, 36:16, 37:20, 38:19, 41:24, 45:1

**looked** [2] - 21:23, 27:8

**looking** [11] - 9:15, 17:7, 17:9, 18:8, 20:22, 21:15, 21:21, 22:5, 23:21, 24:1, 27:7

**looks** [1] - 31:24

**looped** [1] - 28:7

**loosely** [1] - 27:17

**Lord** [1] - 33:23

**lot** [3] - 11:7, 26:24, 42:17

**Lucisano** [6] - 1:19, 2:15, 20:2, 28:25, 31:4, 32:1

**LUCISANO** [7] - 3:20, 24:16, 25:9, 25:11, 25:24, 40:11, 40:19

60

**luckily** [1] - 4:21

## M

**made** [1] - 11:19
**main** [6] - 5:21, 6:14, 8:9, 8:20, 27:22, 27:23
**majority** [1] - 22:14
**make** [8] - 5:19, 18:7, 27:2, 27:3, 28:8, 38:5, 43:23, 44:10
**makes** [3] - 16:3, 17:2, 39:18
**making** [1] - 27:5
**manager** [2] - 21:25, 23:4
**managing** [1] - 6:18
**manipulating** [1] - 41:4
**manufacturing** [2] - 5:6, 6:15
**many** [7] - 14:2, 19:6, 19:14, 23:23, 24:12, 28:24, 35:8
**market** [7] - 5:4, 5:25, 6:15, 6:16, 7:22, 22:6, 49:10
**Markman** [1] - 3:3
**massive** [1] - 26:2
**material** [1] - 18:8
**materials** [2] - 24:1, 24:4
**matter** [4] - 39:16, 47:2, 47:3, 50:9
**matters** [1] - 49:9
**may** [21] - 3:23, 6:7, 16:19, 20:3, 21:3, 21:8, 21:14, 28:16, 32:1, 34:9, 35:24, 38:17, 38:18, 38:22, 38:23, 38:24, 39:9, 39:12, 39:14, 44:10
**May** [1] - 50:12
**Maybe** [1] - 8:3
**maybe** [6] - 8:4, 25:20, 28:14, 30:19, 43:21, 45:11
**me** [37] - 3:2, 3:3, 3:11, 3:18, 8:11, 8:15, 11:7, 12:13, 12:14, 12:15, 13:1, 13:3, 19:19, 19:21, 19:22, 22:8, 22:9, 25:20, 25:22, 26:20, 26:23, 27:13, 30:2, 30:5, 30:12, 30:19, 31:4, 31:5, 35:9, 35:10, 43:20, 45:15, 46:5, 47:6, 48:3, 48:8
**mean** [22] - 3:9, 12:21, 21:17, 22:22, 22:25, 24:12, 26:19, 27:20, 28:14, 30:8, 34:15, 34:19, 34:20, 36:6, 36:18, 38:22, 44:1, 44:15, 46:25, 47:6, 47:19, 47:23
**meaning** [1] - 16:7
**meaningful** [1] - 25:4
**means** [4] - 11:9, 22:14, 36:17, 38:2
**meant** [1] - 34:2
**meantime** [1] - 35:8
**measures** [1] - 6:12
**mechanical** [1] - 1:24
**meet** [1] - 18:13

**meeting** [1] - 12:15
**mentioned** [1] - 24:18
**merger** [4] - 19:8, 47:7, 47:12, 47:20
**met** [2] - 4:6, 40:3
**metrics** [1] - 6:25
**Mexico** [2] - 14:9, 14:12
**microphone** [1] - 4:2
**middle** [1] - 28:4
**Midland** [2] - 14:11, 23:20
**might** [3] - 15:6, 17:18, 38:21
**million** [2] - 15:7, 17:1
**millions** [1] - 45:7
**mind** [4] - 2:21, 7:24, 20:20, 20:21
**minimum** [1] - 28:21
**minor** [1] - 48:1
**minutes** [1] - 12:14
**mislead** [1] - 6:14
**misleading** [2] - 7:20, 11:19
**misrepresentations** [1] - 7:13
**missing** [2] - 18:6, 20:10
**mode** [2] - 5:6, 6:15
**model** [1] - 23:10
**modeling** [1] - 6:23
**modelling** [1] - 13:9
**modified** [2] - 41:12, 42:12
**Mole** [1] - 46:20
**month** [2] - 18:24, 21:6
**monthly** [1] - 13:7
**months** [2] - 27:1, 47:17
**more** [33] - 4:10, 5:23, 5:24, 6:7, 7:7, 7:9, 8:18, 9:18, 9:22, 12:7, 15:1, 16:19, 18:17, 19:14, 19:20, 22:12, 27:1, 27:5, 29:6, 29:7, 29:15, 30:25, 32:1, 35:3, 36:13, 36:19, 40:8, 42:8, 46:3, 47:24, 47:25, 48:23, 49:15
**morning** [1] - 2:14
**most** [1] - 41:10
**MOTION** [1] - 1:10
**motions** [2] - 2:24, 3:9
**mouth** [1] - 32:21
**move** [1] - 19:16
**moved** [2] - 47:15, 47:16
**MR** [38] - 2:9, 3:20, 3:23, 4:3, 6:3, 7:16, 8:16, 21:19, 22:11, 23:3, 23:13, 23:25, 24:16, 25:9, 25:11, 25:24, 26:19, 27:25, 33:16, 35:22, 36:15, 37:23, 38:3, 39:18, 39:23, 40:11, 40:19, 42:16, 44:16, 45:12, 45:17, 46:7, 46:19, 48:6, 48:9, 48:12, 48:16, 49:1
**Mr** [22] - 2:21, 3:14, 3:15, 11:4, 11:6, 13:2, 13:21, 14:15, 16:6, 19:20, 20:2, 21:14, 21:17, 21:18, 22:24, 26:11, 28:25, 29:24, 29:25, 31:4, 32:1, 34:22
**Ms** [10] - 3:17, 11:5, 22:24,

25:25, 31:1, 31:4, 34:23, 41:14, 46:16
**MS** [25] - 2:14, 2:19, 11:6, 13:4, 14:4, 14:7, 14:13, 20:1, 28:16, 31:18, 32:1, 33:3, 35:23, 36:10, 36:23, 37:4, 37:19, 46:10, 46:17, 47:8, 48:11, 48:25, 49:4, 49:14, 49:16
**much** [5] - 4:3, 7:9, 12:7, 23:16, 39:25
**mule** [1] - 47:21
**multi** [11] - 7:25, 23:5, 23:7, 23:17, 23:19, 23:23, 25:4, 28:5, 28:6, 29:14, 29:22
**multi-well** [11] - 7:25, 23:5, 23:7, 23:17, 23:19, 23:23, 25:4, 28:5, 28:6, 29:14, 29:22
**multiple** [1] - 40:14
**my** [18] - 2:10, 2:21, 3:21, 7:24, 19:22, 22:22, 24:7, 26:22, 27:4, 27:8, 27:25, 30:20, 32:6, 32:20, 34:5, 35:5, 44:17

## N

**nail** [1] - 33:18
**name** [1] - 6:2
**named** [2] - 21:22, 26:6
**narrow** [1] - 12:17
**natural** [1] - 19:9
**near** [1] - 4:2
**necessarily** [4] - 29:24, 29:25, 31:21, 39:6
**necessary** [1] - 18:3
**need** [35] - 3:1, 3:4, 3:5, 3:8, 4:1, 4:23, 7:1, 7:24, 9:22, 19:16, 19:18, 20:15, 26:2, 26:20, 27:1, 28:7, 29:9, 29:10, 29:12, 29:16, 30:12, 30:14, 30:17, 30:21, 30:22, 30:23, 31:12, 32:17, 38:14, 39:12, 43:24, 44:13, 45:3, 45:4
**needs** [3] - 2:17, 39:20, 42:9
**negotiate** [1] - 8:19
**negotiating** [1] - 9:9
**negotiation** [1] - 34:2
**negotiations** [4] - 10:21, 40:7, 40:14, 41:17
**never** [1] - 6:24
**New** [3] - 14:8, 14:12, 48:13
**new** [2] - 2:18, 35:18
**next** [3] - 24:22, 30:17, 48:24
**nexus** [1] - 22:2
**Nichole** [3] - 1:22, 50:14, 50:15
**nine** [1] - 27:1
**no** [6] - 9:11, 33:15, 38:2, 38:3, 43:3, 49:15
**No** [1] - 1:4
**non** [3] - 9:1, 9:11, 18:23

**non-email** [2] - 9:1, 9:11
**non-issue** [1] - 18:23
**Northern** [1] - 14:9
**not** [77] - 3:13, 3:25, 4:14, 4:16, 5:18, 7:16, 7:22, 8:12, 8:15, 8:23, 8:24, 11:11, 11:23, 11:24, 12:6, 13:22, 13:23, 14:17, 14:24, 15:8, 15:22, 16:11, 17:4, 17:10, 17:20, 17:25, 18:3, 19:10, 21:4, 21:21, 22:13, 22:18, 23:14, 23:25, 24:6, 24:18, 24:23, 25:1, 25:4, 25:14, 26:4, 26:12, 27:15, 27:18, 28:18, 29:2, 30:3, 30:22, 31:7, 31:15, 31:21, 32:10, 32:15, 32:16, 32:20, 32:21, 33:14, 33:23, 33:24, 34:3, 35:13, 37:15, 37:21, 37:23, 39:6, 41:16, 41:24, 43:5, 43:13, 43:18, 44:10, 45:21, 46:14, 46:21, 46:22, 49:2
**notes** [1] - 49:8
**notion** [1] - 15:25
**now** [21] - 5:7, 7:5, 10:9, 20:25, 24:20, 26:16, 26:17, 27:1, 27:9, 27:14, 28:23, 30:11, 30:19, 34:9, 34:24, 35:2, 39:21, 43:12, 45:5, 45:21
**nowadays** [1] - 44:3
**number** [9] - 9:16, 16:11, 20:20, 20:21, 23:25, 24:6, 24:8, 41:22, 42:6
**numbers** [6] - 10:7, 16:7, 41:14, 44:12, 44:13
**numerous** [1] - 6:21

## O

**O'Neil** [2] - 1:17, 2:11
**objection** [1] - 27:3
**obvious** [1] - 37:9
**obviously** [5] - 4:25, 11:8, 22:16, 34:9, 40:10
**October** [2] - 47:10, 47:13
**odds** [1] - 4:22
**Odessa** [1] - 14:11
**of** [203] - 1:23, 2:7, 2:22, 3:1, 3:16, 4:1, 4:4, 4:10, 4:16, 4:20, 5:2, 5:8, 5:10, 5:11, 5:12, 5:15, 5:20, 5:21, 6:7, 6:10, 6:13, 6:15, 6:18, 7:1, 7:2, 7:6, 7:11, 7:15, 7:21, 7:25, 8:3, 8:8, 8:9, 8:10, 8:22, 8:25, 9:18, 9:21, 9:23, 9:25, 10:8, 10:11, 10:12, 10:14, 10:15, 10:19, 10:22, 11:7, 11:12, 11:15, 12:6, 12:14, 12:24, 13:13, 13:16, 13:24, 14:1, 14:10, 14:18, 14:19, 14:20, 14:21, 14:25, 15:19,

16:10, 16:12, 16:21, 17:1, 17:6, 17:13, 17:14, 17:17, 17:19, 17:22, 18:2, 18:3, 18:9, 18:17, 19:2, 19:3, 19:4, 19:6, 19:8, 19:9, 19:12, 19:20, 20:11, 20:17, 20:18, 20:20, 20:21, 20:25, 21:1, 21:9, 21:10, 21:19, 21:22, 21:25, 22:3, 22:6, 22:13, 22:14, 22:17, 22:20, 22:23, 23:18, 23:21, 24:6, 24:19, 24:23, 24:24, 24:25, 25:3, 25:12, 25:14, 26:1, 26:6, 26:16, 26:21, 26:24, 27:15, 27:16, 28:5, 28:21, 28:24, 29:20, 30:21, 31:23, 32:22, 33:6, 33:7, 33:12, 33:25, 34:4, 34:11, 34:13, 35:5, 35:11, 35:13, 35:15, 35:16, 36:6, 37:7, 37:14, 38:5, 38:10, 38:15, 38:24, 39:1, 39:16, 39:25, 40:2, 40:3, 40:5, 40:15, 40:19, 40:20, 40:25, 41:1, 41:3, 41:5, 41:12, 41:15, 41:17, 41:22, 41:25, 42:9, 42:11, 42:17, 43:14, 43:23, 44:19, 44:20, 44:25, 45:7, 45:18, 45:20, 46:2, 46:12, 46:13, 46:19, 47:8, 47:21, 50:8
**OF** [2] - 1:2, 1:4
**off** [7] - 2:21, 3:15, 6:10, 24:6, 43:13, 45:25, 46:23
**offers** [1] - 34:2
**office** [1] - 43:15
**OFFICIAL** [1] - 1:11
**oil** [6] - 5:3, 13:17, 13:18, 32:6, 42:2, 44:1
**okay** [9] - 14:11, 26:13, 26:16, 27:1, 27:9, 27:11, 34:5, 38:25, 46:15
**old** [2] - 43:5, 44:2
**omissions** [1] - 7:21
**on** [87] - 1:25, 3:5, 3:11, 3:25, 4:9, 4:15, 4:16, 4:17, 4:20, 4:22, 5:12, 5:25, 6:22, 7:6, 7:17, 9:25, 10:20, 11:12, 12:7, 12:9, 12:25, 13:23, 14:23, 15:21, 16:1, 18:12, 18:21, 19:16, 19:17, 20:1, 20:3, 20:24, 21:3, 21:6, 22:1, 22:19, 23:17, 23:21, 23:22, 24:9, 25:12, 26:3, 26:7, 26:17, 27:11, 27:12, 27:13, 27:15, 29:15, 30:1, 30:16, 30:23, 31:3, 31:5, 31:6, 31:10, 31:24, 32:2, 32:5, 32:16, 33:12, 34:7, 35:24, 36:9, 36:22, 37:1, 38:15, 40:5, 40:9, 40:13, 40:24, 41:6, 41:11, 41:21, 42:4, 43:7, 44:3, 44:7, 46:23, 47:7, 48:1, 48:4, 48:21, 49:10, 50:12
**once** [4] - 10:2, 26:22, 35:24, 49:7

**one** [25] - 2:18, 4:17, 5:20, 6:13, 6:19, 11:14, 12:19, 12:24, 16:5, 16:11, 18:1, 22:18, 24:14, 25:14, 30:25, 37:9, 38:4, 38:19, 38:24, 41:8, 41:22, 48:16, 48:23
**one-size-fits-all** [1] - 25:14
**ones** [1] - 46:14
**only** [5] - 7:8, 14:16, 21:21, 31:15, 49:4
**open** [3] - 2:3, 4:10, 49:10
**opening** [1] - 34:2
**operated** [1] - 21:23
**operation** [1] - 23:6
**operations** [1] - 13:11
**operators** [1] - 32:7
**opposed** [1] - 39:10
**opposite** [1] - 46:6
**or** [49] - 3:10, 3:14, 5:6, 6:23, 10:18, 11:19, 11:25, 12:3, 12:23, 16:9, 18:2, 19:8, 20:20, 21:6, 21:7, 23:17, 26:4, 27:12, 27:22, 30:9, 30:19, 31:4, 31:9, 31:12, 31:24, 34:16, 34:21, 35:5, 35:7, 35:9, 35:19, 36:1, 38:11, 38:18, 38:22, 38:23, 39:7, 39:11, 40:23, 41:8, 41:10, 42:7, 43:21, 44:9, 45:21, 46:8, 46:21, 46:22, 47:7
**order** [11] - 3:1, 30:8, 32:15, 34:6, 34:11, 34:14, 34:21, 35:4, 41:23, 42:6, 44:14
**ordered** [1] - 48:19
**ordering** [1] - 39:7
**organizational** [1] - 21:20
**original** [1] - 19:23
**other** [37] - 6:24, 8:14, 8:17, 9:6, 9:14, 15:18, 15:21, 15:23, 16:1, 17:6, 17:19, 20:7, 21:8, 22:17, 24:22, 26:10, 28:6, 28:12, 28:24, 29:9, 29:11, 29:13, 29:17, 29:21, 30:23, 31:3, 31:14, 32:6, 32:18, 33:13, 36:2, 37:14, 38:7, 38:14, 40:2, 42:1, 48:16
**our** [20] - 3:3, 6:13, 6:20, 8:10, 10:10, 10:21, 12:17, 17:14, 20:1, 22:19, 38:12, 40:9, 41:9, 42:18, 42:19, 46:2, 48:21, 48:23, 49:2
**out** [18] - 7:15, 9:7, 12:15, 16:25, 17:15, 29:20, 31:25, 34:17, 35:11, 35:18, 39:12, 40:12, 42:23, 43:25, 44:7, 44:24, 45:1, 47:4
**outside** [1] - 37:13
**over** [12] - 7:13, 10:12, 14:21, 16:25, 20:9, 39:2, 41:17, 41:18, 42:4, 47:15, 47:16, 47:20
**own** [5] - 6:11, 7:21, 36:9, 39:8

62

## P

**P** [1] - 30:23
**pad** [8] - 23:7, 23:8, 23:17, 23:19, 24:21, 29:14, 29:22
**pads** [7] - 7:25, 23:5, 23:12, 24:21, 25:4, 28:5, 28:6
**paints** [1] - 6:3
**panic** [2] - 27:16, 37:22
**paper** [2] - 33:25, 36:6
**papering** [1] - 8:12
**par** [1] - 45:22
**parallel** [1] - 10:23
**Pardon** [1] - 48:8
**part** [4] - 5:20, 7:19, 22:19, 40:9
**particular** [1] - 26:6
**parties** [2] - 4:5, 42:21
**past** [1] - 25:12
**patent** [1] - 3:3
**pattern** [1] - 24:15
**paying** [1] - 36:15
**Pecos** [1] - 31:25
**pending** [1] - 2:24
**people** [6] - 18:17, 19:23, 20:5, 21:21, 22:1, 22:19
**people's** [1] - 21:8
**per** [1] - 23:21
**per-well** [1] - 23:21
**perceived** [1] - 19:18
**percent** [4] - 6:13, 10:15, 24:19, 38:11
**perfection** [1] - 44:19
**performed** [1] - 23:11
**perhaps** [1] - 28:7
**period** [11] - 5:4, 5:21, 6:11, 6:23, 10:11, 12:25, 14:4, 19:1, 32:4, 38:10, 47:10
**Permian** [1] - 14:7
**personnel** [2] - 22:5, 40:20
**persons** [1] - 22:17
**phone** [2] - 48:1, 48:4
**pick** [1] - 31:24
**picture** [2] - 6:3, 8:3
**piece** [1] - 38:5
**pieces** [1] - 7:1
**pinning** [1] - 39:11
**pitched** [2] - 7:19
**Plaintiff** [2] - 1:5, 1:16
**plaintiff's** [2] - 26:20, 34:1
**plaintiffs** [14] - 2:8, 2:9, 12:1, 17:8, 17:14, 17:20, 18:5, 19:15, 20:10, 20:19, 23:13, 34:8, 37:20, 49:10
**plan** [2] - 32:22, 32:23
**planning** [1] - 23:6
**pleased** [1] - 8:19
**pled** [1] - 32:19
**plus** [1] - 18:17

**podium** [1] - 3:23
**point** [10] - 4:23, 9:7, 18:5, 28:11, 28:13, 29:20, 39:9, 43:4, 47:6, 47:16
**points** [2] - 5:11, 40:12
**policy** [4] - 18:23, 18:24, 19:10, 21:5
**poorly** [1] - 44:6
**portfolio** [5] - 4:21, 7:23, 13:8, 29:2, 38:12
**position** [5] - 27:6, 28:2, 36:7, 36:9, 46:2
**possible** [2] - 11:2, 33:7
**post** [1] - 6:11
**post-class** [1] - 6:11
**postal** [1] - 4:17
**potential** [2] - 9:3, 18:2
**potentially** [1] - 18:17
**practically** [1] - 25:22
**practices** [1] - 25:13
**precedent** [1] - 17:10
**precipice** [1] - 5:12
**prepare** [1] - 4:12
**prepared** [1] - 42:13
**presidents** [1] - 20:7
**PRESIDING** [1] - 1:3
**prevent** [1] - 4:19
**Principles** [1] - 17:12
**prior** [2] - 9:12, 10:8
**probably** [4] - 31:1, 31:5, 31:6, 42:8
**problem** [3] - 25:16, 25:22, 41:3
**problems** [3] - 8:1, 8:2
**procedures** [1] - 37:17
**proceeding** [2] - 4:9, 5:1
**Proceedings** [1] - 1:24
**PROCEEDINGS** [1] - 2:1
**proceedings** [2] - 2:3, 50:9
**produce** [21] - 7:6, 14:16, 15:16, 15:23, 16:4, 18:1, 26:1, 26:13, 30:12, 31:13, 32:13, 32:15, 34:7, 34:18, 35:4, 35:25, 36:25, 37:12, 43:23, 44:10, 44:14
**produced** [10] - 1:25, 12:2, 12:3, 15:7, 15:8, 26:25, 29:5, 31:11, 31:20, 37:18
**producing** [4] - 31:14, 37:13, 45:8, 45:9
**product** [1] - 5:10
**production** [12] - 4:11, 4:20, 12:12, 13:5, 13:8, 13:19, 18:7, 18:12, 18:20, 19:18, 33:12, 40:7
**progress** [1] - 12:9
**Project** [1] - 5:23
**project** [8] - 14:8, 23:17, 23:22, 25:1, 26:6, 29:17
**project-by-project** [2] - 23:17,

23:22
**projects** [6] - 5:22, 5:24, 6:16, 23:23, 24:3, 25:3
**proportional** [1] - 42:9
**proportionality** [1] - 10:6
**proposal** [3] - 26:8, 40:21, 41:11
**propose** [1] - 25:1
**proposed** [6] - 18:4, 23:22, 25:17, 25:24, 42:6, 42:10
**proprietary** [1] - 34:16
**protective** [2] - 34:11, 34:21
**prove** [3] - 7:2, 8:5, 10:16
**proverbial** [1] - 6:18
**provide** [2] - 17:22, 24:7
**provided** [1] - 9:11
**public** [1] - 11:21
**publicly** [1] - 24:17
**pull** [1] - 28:23
**pulling** [4] - 16:13, 27:23, 28:12, 37:6
**purchase** [1] - 9:19
**purely** [2] - 25:4, 39:10
**purposes** [1] - 39:15
**pursuant** [1] - 50:6
**put** [7] - 6:18, 12:15, 41:23, 45:7, 48:18, 48:23, 49:7
**putting** [1] - 32:21

## Q

**Q** [1] - 30:21
**quarterly** [1] - 24:5
**question** [2] - 21:11, 21:14
**questions** [1] - 9:2
**quickly** [1] - 30:14
**quite** [1] - 5:25

## R

**raise** [1] - 18:8
**raised** [2] - 2:22, 3:19
**range** [1] - 10:9
**rather** [1] - 30:8
**RDR** [2] - 1:22, 50:15
**reach** [1] - 48:2
**react** [1] - 28:16
**read** [2] - 27:21, 35:15
**reading** [1] - 34:18
**reads** [1] - 34:21
**ready** [1] - 35:10
**real** [1] - 2:23
**reality** [4] - 5:14, 12:3, 12:4, 12:5
**realize** [2] - 43:3, 43:9
**really** [11] - 12:10, 12:13, 13:14, 15:10, 19:10, 29:1, 29:8, 39:9, 39:14, 44:5, 45:14

**realtime** [1] - 32:10
**Realtime** [1] - 1:22
**reason** [1] - 38:3
**reasonable** [5] - 8:9, 18:9, 40:25, 42:7, 43:19
**reasons** [1] - 28:25
**receipt** [2] - 23:14, 33:18
**received** [1] - 40:12
**recent** [2] - 17:24, 41:10
**recess** [1] - 49:22
**recommendation** [1] - 6:5
**record** [1] - 33:24
**recorded** [1] - 1:24
**records** [2] - 26:16, 28:24
**recovery** [1] - 6:25
**reduction** [2] - 6:13, 38:11
**Redwell** [1] - 43:8
**referee** [2] - 4:24, 10:25
**referring** [1] - 31:21
**regarding** [1] - 7:23
**regular** [1] - 39:2
**regularly** [2] - 35:14, 45:9
**related** [7] - 13:10, 14:17, 23:7, 28:20, 28:22, 28:24, 29:5
**relations** [1] - 22:4
**relative** [1] - 25:11
**relevance** [5] - 7:11, 11:16, 11:22, 17:17
**relevant** [19] - 10:11, 12:14, 13:23, 14:4, 18:17, 19:7, 19:16, 20:5, 20:8, 20:18, 26:3, 27:3, 29:16, 29:21, 30:22, 44:11, 44:12, 46:25, 47:9
**remaining** [1] - 35:7
**remember** [3] - 18:25, 24:14, 34:10
**remind** [1] - 47:6
**replies** [1] - 48:21
**reply** [4] - 11:5, 48:24, 49:1, 49:7
**report** [8] - 6:5, 13:8, 18:2, 29:21, 31:9, 31:23, 32:3, 40:9
**reported** [1] - 50:9
**Reported** [1] - 1:22
**Reporter** [2] - 1:22, 1:25
**REPORTER'S** [1] - 1:11
**reports** [6] - 9:10, 9:12, 12:15, 31:5, 31:6
**repositories** [1] - 18:3
**represented** [1] - 44:1
**request** [3] - 15:4, 17:22, 49:7
**requested** [2] - 16:14, 46:14
**requests** [19] - 6:21, 7:7, 8:8, 9:25, 12:12, 12:19, 13:5, 13:14, 13:22, 14:18, 15:1, 16:19, 18:9, 27:5, 33:19, 33:21, 34:4, 43:22
**require** [3] - 17:25, 38:17, 38:18
**reserves** [1] - 6:13
**resolution** [1] - 48:2

**resolve** [4] - 2:22, 3:8, 11:1, 45:14
**resolved** [1] - 39:21
**resource** [1] - 25:12
**Resources** [1] - 5:3
**RESOURCES** [1] - 1:7
**respect** [3] - 14:1, 38:1, 38:2
**response** [3] - 25:25, 26:9, 41:10
**responsive** [3] - 15:14, 16:19, 45:20
**rest** [2] - 27:15, 27:16
**result** [1] - 25:17
**resulting** [1] - 42:12
**results** [2] - 11:25, 17:14
**retention** [2] - 18:23, 21:5
**Retirement** [1] - 2:7
**RETIREMENT** [1] - 1:4
**revenues** [3] - 12:1, 12:3, 12:4
**reverse** [1] - 7:2
**reversionary** [1] - 6:12
**review** [1] - 30:17
**reviewable** [2] - 10:8, 10:14
**reviewed** [1] - 30:19
**reviewing** [6] - 21:20, 27:5, 28:10, 28:11, 28:14, 28:18
**right** [13] - 2:17, 7:21, 11:3, 14:13, 14:14, 28:23, 30:11, 33:14, 43:12, 45:13, 46:18, 47:22, 49:17
**risk** [2] - 5:18, 6:18
**river** [1] - 46:2
**road** [4] - 18:19, 26:25, 28:2, 32:14
**Robin** [2] - 1:17, 2:11
**rocking** [1] - 35:17
**rolling** [2] - 11:2, 35:17
**rolls** [1] - 36:8
**rub** [1] - 8:10
**rule** [3] - 3:5, 3:11, 21:6
**ruled** [1] - 3:1
**run** [1] - 37:10
**running** [1] - 37:8
**runs** [1] - 46:2

## S

**S** [1] - 1:3
**said** [24] - 3:14, 4:17, 5:9, 7:8, 11:8, 11:12, 12:2, 12:4, 14:16, 14:23, 15:7, 17:24, 21:3, 23:16, 25:25, 27:16, 27:25, 28:20, 36:25, 37:11, 41:14, 42:17, 42:25, 43:2
**same** [11] - 6:7, 6:8, 6:9, 7:3, 7:4, 27:3, 27:6, 28:1, 34:24, 42:25
**samples** [1] - 22:3
**save** [1] - 48:4

**saw** [1] - 20:14
**say** [27] - 4:4, 4:14, 7:20, 8:19, 12:19, 16:8, 21:16, 22:21, 22:24, 22:25, 23:4, 23:13, 27:9, 27:11, 30:19, 31:13, 31:25, 33:15, 34:23, 35:24, 36:1, 38:19, 38:25, 39:24, 40:4, 43:16, 45:17
**saying** [7] - 7:9, 12:2, 26:12, 31:22, 32:14, 37:15, 45:25
**says** [3] - 31:10, 44:4, 48:11
**scale** [10] - 5:6, 7:17, 12:8, 14:22, 24:3, 24:13, 24:20, 29:7, 29:11, 29:14
**scanned** [1] - 16:21
**schedule** [5] - 4:6, 4:15, 4:18, 10:25, 49:6
**scope** [5] - 8:10, 10:5, 10:20, 11:17, 45:17
**scrap** [2] - 33:25, 36:6
**screw** [2] - 23:15, 33:18
**scribbling** [1] - 44:17
**search** [22] - 4:20, 9:9, 9:24, 10:3, 15:10, 15:11, 15:14, 16:6, 18:15, 26:3, 37:8, 37:16, 39:23, 40:5, 40:7, 40:25, 41:5, 41:11, 42:19, 43:12, 44:19, 45:18
**seated** [1] - 2:6
**second** [1] - 36:24
**Section** [2] - 5:2, 50:7
**securities** [4] - 5:1, 11:8, 18:1, 20:22
**Sedona** [1] - 17:11
**see** [12] - 7:25, 10:19, 15:11, 16:18, 23:8, 28:2, 28:3, 29:7, 29:19, 30:6, 43:13, 46:24
**seek** [1] - 10:1
**seeking** [3] - 22:13, 22:14, 23:14
**seemed** [1] - 20:20
**seems** [3] - 23:16, 30:12, 46:5
**seismic** [3] - 13:9, 29:11, 34:16
**selected** [1] - 20:4
**send** [1] - 48:3
**sense** [7] - 2:23, 3:1, 8:6, 16:3, 17:3, 39:18, 40:19
**sent** [2] - 16:8, 20:9
**separate** [3] - 4:9, 4:13, 16:16
**separated** [1] - 21:24
**September** [1] - 18:12
**series** [8] - 7:6, 7:21, 8:8, 14:18, 14:25, 19:12, 28:4, 28:24
**servers** [1] - 47:15
**set** [6] - 4:18, 9:23, 37:17, 40:14, 44:19, 44:20
**seven** [1] - 47:17
**several** [4] - 4:6, 4:21, 21:24, 41:12
**shareholders** [1] - 5:19
**shed** [1] - 13:23

**Sheldon's** [1] - 6:5
**shoes** [2] - 29:25, 43:6
**shot** [1] - 5:14
**should** [9] - 17:9, 19:16, 20:22, 21:15, 21:16, 29:2, 29:18, 33:11, 35:19
**shouldn't** [1] - 31:16
**show** [4] - 7:3, 21:8, 33:24, 45:7
**shows** [1] - 31:20
**shut** [1] - 44:6
**side** [2] - 33:12, 40:1
**sides** [2] - 39:24, 42:18
**sight** [1] - 10:10
**significant** [2] - 5:17
**similar** [2] - 33:20, 41:8
**simply** [1] - 13:22
**simultaneous** [1] - 5:8
**since** [3] - 8:11, 8:19, 49:5
**single** [1] - 33:18
**sitting** [1] - 30:16
**six** [2] - 18:24, 21:6
**six-month** [2] - 18:24, 21:6
**size** [2] - 10:12, 25:14
**slightly** [1] - 33:10
**Smith** [4] - 21:17, 21:18, 43:15, 43:17
**Smith's** [1] - 22:24
**so** [87] - 3:2, 3:12, 3:14, 4:11, 4:14, 5:19, 6:13, 6:17, 7:9, 7:24, 8:6, 8:12, 9:6, 9:21, 10:1, 10:18, 10:19, 10:20, 10:25, 11:16, 11:21, 12:1, 12:6, 12:12, 13:21, 14:11, 14:15, 15:18, 15:21, 15:25, 16:5, 16:11, 16:21, 16:23, 18:16, 19:5, 19:10, 19:14, 20:1, 20:3, 20:9, 20:23, 22:23, 23:17, 23:20, 24:16, 24:25, 25:13, 26:8, 27:4, 27:24, 28:11, 28:19, 29:18, 32:10, 32:20, 33:10, 33:23, 34:5, 36:18, 37:6, 37:11, 37:21, 38:14, 38:22, 39:14, 40:3, 40:11, 40:21, 41:4, 41:7, 41:16, 41:21, 42:3, 42:5, 42:7, 42:14, 43:24, 44:7, 46:3, 47:9, 47:12, 47:14, 48:1, 48:14, 48:22
**so..** [1] - 8:15
**software** [1] - 32:8
**Solomonistic** [1] - 28:8
**some** [29] - 7:6, 7:19, 9:3, 13:4, 15:21, 16:21, 18:19, 20:25, 21:22, 25:3, 25:14, 26:5, 29:17, 29:21, 31:9, 31:10, 31:23, 34:9, 34:12, 35:17, 38:14, 39:9, 40:5, 43:4, 43:23, 46:1, 46:25, 47:6
**somebody** [6] - 20:14, 21:4, 25:20, 36:7, 44:2, 47:3
**somebody's** [2] - 47:20, 47:21
**someone** [3] - 23:4, 25:20, 37:25

**something** [10] - 5:5, 14:15, 17:20, 18:6, 21:7, 27:12, 29:15, 39:11, 46:22, 48:1
**sometimes** [2] - 36:11, 42:4
**somewhere** [4] - 31:10, 31:23, 44:2, 44:4
**soon** [2] - 11:2, 48:19
**sooner** [2] - 30:9, 44:9
**sort** [8] - 5:20, 8:10, 25:14, 26:1, 41:3, 41:15, 41:22, 41:25
**source** [1] - 16:12
**sources** [6] - 8:25, 17:17, 17:19, 18:2, 37:14, 45:19
**SOUTHERN** [1] - 1:2
**Southern** [1] - 1:23
**spaced** [16] - 5:8, 30:23, 31:13, 33:5, 34:25, 35:4, 35:12, 35:14, 36:22, 38:8, 38:12, 38:20, 38:21, 44:8, 45:6, 45:9
**spacing** [13] - 6:9, 7:4, 14:20, 15:20, 24:24, 25:8, 25:12, 26:3, 29:6, 29:16, 32:24, 33:4, 33:7
**speak** [5] - 5:25, 29:24, 32:2, 40:10, 46:3
**specific** [5] - 11:9, 11:14, 11:18, 25:1, 29:3
**specifically** [4] - 6:1, 24:1, 29:15, 29:20
**specifics** [2] - 15:5, 19:20
**spin** [1] - 33:10
**spinning** [1] - 27:4
**split** [1] - 28:5
**spoliation** [1] - 45:21
**spread** [1] - 21:25
**squabbling** [1] - 4:16
**stage** [2] - 5:11, 10:13
**stalemate** [2] - 9:22, 40:3
**standard** [1] - 7:14
**standpoint** [3] - 3:17, 3:18, 27:8
**stands** [1] - 37:25
**start** [4] - 8:1, 11:7, 19:21, 44:5
**started** [2] - 18:14, 18:15
**statements** [13] - 7:16, 11:10, 11:11, 11:14, 11:18, 11:19, 11:24, 12:6, 13:24, 14:1, 15:9, 19:1, 22:6
**States** [2] - 1:23, 50:7
**STATES** [1] - 1:1
**status** [1] - 4:4
**stenographically** [1] - 50:8
**stenography** [1] - 1:24
**step** [8] - 4:25, 26:13, 27:19, 30:3, 30:4, 31:1, 44:21
**still** [3] - 6:17, 9:7, 48:12
**stipulation** [1] - 48:18
**stock** [2] - 33:2, 49:11
**stone** [1] - 3:12
**stood** [2] - 37:23, 38:3
**story** [1] - 10:24

**street** [1] - 47:24
**stuff** [2] - 34:12, 48:21
**style** [2] - 5:7, 6:15
**subject** [3] - 14:1, 34:13, 34:18
**submit** [1] - 4:19
**submitting** [1] - 8:20
**substantial** [2] - 4:15, 18:12
**successfully** [1] - 5:5
**such** [4] - 5:22, 6:25, 32:2, 45:21
**Sucharow** [1] - 2:10
**sudden** [1] - 43:14
**sued** [1] - 7:13
**suit** [1] - 19:9
**suite** [1] - 22:2
**summary** [2] - 10:17, 35:11
**sure** [9] - 10:1, 10:23, 30:1, 30:4, 32:10, 34:11, 34:16, 35:13, 40:11
**surreply** [2] - 49:8, 49:13
**SVPs** [1] - 20:7
**swath** [1] - 20:17
**synonymous** [1] - 24:23
**system** [1] - 47:20
**SYSTEM** [1] - 1:4
**System** [1] - 2:7

## T

**tailored** [1] - 42:7
**take** [8] - 27:19, 33:22, 34:6, 38:24, 39:7, 40:8, 42:17
**takes** [1] - 47:20
**taking** [1] - 15:3
**talk** [5] - 3:19, 21:17, 28:19, 30:5, 38:9
**talked** [5] - 7:10, 14:20, 16:6, 20:13, 48:17
**talking** [7] - 12:7, 12:18, 17:1, 19:5, 25:3, 28:10, 32:4
**team** [1] - 34:22
**technical** [1] - 12:23
**techniques** [4] - 5:16, 6:8, 7:4, 23:8
**tell** [12] - 3:18, 3:24, 13:1, 19:19, 21:20, 22:8, 22:9, 25:22, 31:4, 35:9, 35:10
**telling** [3] - 8:24, 31:16, 35:2
**ten** [8] - 19:13, 20:1, 20:5, 22:11, 31:14, 41:1, 42:25, 43:11
**term** [10] - 3:2, 13:2, 15:12, 24:20, 27:17, 35:5, 35:6, 40:7, 42:19, 42:24
**terminology** [1] - 39:13
**terms** [32] - 9:9, 9:24, 10:3, 15:11, 15:14, 16:6, 17:6, 18:15, 26:3, 35:13, 37:8, 37:16, 39:24, 40:5, 40:13, 40:25, 41:5, 41:11,

65

41:13, 41:22, 41:24, 42:1, 42:2, 42:5, 42:10, 42:11, 42:12, 43:12, 44:20, 45:18

**test** [5] - 6:6, 7:19, 7:20, 33:5, 33:6

**testing** [1] - 15:19

**tests** [2] - 5:24, 15:20

**TEXAS** [1] - 1:2

**Texas** [2] - 1:12, 1:23

**than** [10] - 4:9, 9:18, 15:1, 16:20, 19:14, 22:12, 26:10, 35:3, 36:14, 42:8

**Thank** [1] - 3:20

**thank** [8] - 4:3, 11:3, 36:23, 44:16, 47:22, 49:14, 49:17, 49:19

**thankful** [1] - 10:24

**that** [223] - 2:25, 3:10, 3:13, 3:14, 3:25, 4:15, 4:17, 5:4, 5:7, 6:16, 7:1, 7:12, 7:22, 8:6, 8:9, 8:14, 9:18, 10:7, 10:16, 10:23, 10:24, 11:9, 11:10, 11:21, 11:25, 12:6, 12:9, 12:18, 12:20, 12:21, 12:22, 12:24, 13:2, 13:5, 13:13, 13:20, 13:22, 14:4, 14:9, 14:16, 14:18, 15:4, 15:8, 15:12, 15:17, 15:19, 15:22, 15:23, 15:25, 16:3, 16:6, 16:8, 16:11, 16:17, 16:20, 16:25, 17:2, 17:12, 17:17, 17:20, 17:21, 18:3, 18:6, 18:8, 18:13, 18:15, 18:16, 18:18, 18:22, 18:25, 19:1, 19:15, 19:16, 19:17, 19:21, 20:5, 20:9, 20:12, 20:14, 20:18, 20:21, 20:23, 21:2, 21:3, 21:11, 22:3, 22:12, 22:21, 22:25, 23:1, 23:6, 23:8, 23:13, 23:15, 23:16, 23:20, 23:25, 24:3, 24:6, 24:7, 24:8, 24:13, 24:19, 24:24, 24:25, 25:5, 25:16, 25:25, 26:2, 26:7, 26:8, 26:11, 26:12, 26:14, 26:21, 27:17, 27:20, 27:23, 27:24, 28:5, 28:7, 28:15, 28:17, 28:21, 28:22, 29:1, 29:4, 30:1, 30:12, 30:13, 30:14, 30:15, 30:17, 30:19, 30:22, 31:10, 31:19, 31:20, 32:8, 32:9, 32:12, 32:16, 32:19, 32:22, 32:23, 33:5, 33:8, 33:11, 33:15, 33:19, 33:21, 33:24, 34:2, 34:10, 34:16, 34:18, 35:5, 35:24, 36:1, 36:2, 36:13, 36:22, 36:23, 37:9, 37:11, 37:12, 38:5, 38:16, 38:17, 38:20, 38:21, 39:5, 39:10, 39:25, 40:1, 40:8, 40:13, 40:24, 41:8, 41:15, 41:16, 41:21, 41:22, 41:24, 42:2, 42:3, 42:6, 42:10, 42:12, 42:13, 42:15, 42:16, 43:9, 43:12,

43:14, 43:22, 44:4, 44:17, 44:18, 45:7, 45:22, 45:23, 46:1, 46:2, 46:10, 46:11, 46:15, 46:23, 47:3, 47:16, 48:2, 49:7, 50:6

**that's** [27] - 2:18, 8:4, 14:13, 14:17, 15:8, 24:20, 25:4, 28:21, 29:21, 30:4, 32:19, 33:2, 33:8, 35:14, 35:22, 36:10, 37:23, 38:9, 39:19, 40:25, 42:5, 44:15, 47:8, 48:25, 49:2, 49:3

**The** [1] - 2:3

**THE** [58] - 1:3, 2:6, 2:13, 2:17, 2:20, 3:24, 6:2, 7:12, 8:13, 11:3, 13:1, 14:2, 14:6, 14:11, 19:19, 21:12, 22:7, 22:21, 23:12, 23:23, 24:11, 25:7, 25:10, 25:19, 26:10, 27:7, 29:23, 31:21, 32:14, 33:14, 34:5, 36:5, 36:12, 36:18, 37:2, 37:17, 37:20, 37:25, 38:17, 39:19, 40:18, 42:15, 43:3, 44:23, 45:13, 46:5, 46:8, 46:15, 46:18, 46:23, 47:19, 48:8, 48:14, 49:3, 49:12, 49:15, 49:17, 49:19

**the** [458] - 1:16, 1:19, 2:8, 2:13, 2:22, 3:10, 3:11, 3:15, 3:16, 3:18, 3:19, 3:21, 3:23, 4:4, 4:5, 4:7, 4:10, 4:15, 4:16, 4:18, 4:19, 5:2, 5:4, 5:7, 5:9, 5:11, 5:12, 5:15, 5:20, 5:21, 5:22, 5:25, 6:1, 6:6, 6:7, 6:8, 6:9, 6:14, 6:15, 6:16, 6:23, 7:3, 7:4, 7:7, 7:9, 7:10, 7:12, 7:13, 7:14, 7:17, 7:18, 7:22, 7:23, 8:1, 8:2, 8:3, 8:4, 8:9, 8:14, 8:17, 8:20, 8:21, 9:4, 9:10, 9:12, 9:19, 9:20, 10:2, 10:5, 10:6, 10:7, 10:9, 10:12, 10:13, 10:25, 11:1, 11:7, 11:10, 11:11, 11:12, 11:15, 11:16, 11:17, 11:18, 11:20, 11:21, 11:22, 11:25, 12:1, 12:3, 12:4, 12:5, 12:6, 12:8, 12:9, 12:10, 12:11, 12:14, 12:15, 12:17, 12:24, 13:2, 13:5, 13:8, 13:9, 13:12, 13:13, 13:15, 13:23, 13:24, 13:25, 14:1, 14:7, 14:8, 14:9, 14:10, 14:19, 14:20, 14:21, 14:25, 15:1, 15:3, 15:4, 15:5, 15:8, 15:9, 15:11, 15:12, 15:13, 15:14, 15:19, 15:20, 15:21, 16:4, 16:6, 16:7, 16:8, 16:10, 16:14, 16:16, 16:18, 16:19, 16:20, 16:21, 16:22, 16:24, 16:25, 17:3, 17:4, 17:7, 17:10, 17:11, 17:13, 17:14, 17:20, 17:22, 17:25, 18:2, 18:5, 18:6, 18:13, 18:15, 18:16, 18:19, 18:20, 19:2, 19:3, 19:8, 19:9, 19:15, 19:18, 19:20,

19:21, 19:23, 20:1, 20:2, 20:3, 20:4, 20:6, 20:10, 20:11, 20:12, 20:13, 20:18, 20:19, 20:23, 20:25, 21:2, 21:5, 21:6, 21:9, 21:10, 21:20, 21:22, 22:1, 22:2, 22:5, 22:6, 22:10, 22:14, 22:16, 22:20, 22:23, 23:3, 23:5, 23:7, 23:9, 23:10, 23:19, 23:20, 24:4, 24:6, 24:9, 24:13, 24:16, 24:17, 24:18, 24:23, 24:24, 25:16, 25:22, 26:1, 26:2, 26:4, 26:8, 26:10, 26:17, 26:20, 26:25, 27:2, 27:3, 27:6, 27:15, 27:16, 27:20, 27:21, 27:23, 28:1, 28:2, 28:5, 28:19, 28:20, 28:21, 28:25, 29:5, 29:6, 29:10, 29:19, 30:3, 30:10, 30:11, 30:13, 30:21, 30:23, 31:1, 31:3, 31:6, 31:7, 31:20, 31:23, 31:25, 32:3, 32:7, 32:8, 32:10, 32:12, 32:14, 32:18, 33:2, 33:4, 33:6, 33:8, 33:12, 33:23, 34:6, 34:8, 34:10, 34:13, 34:21, 34:25, 35:2, 35:4, 35:7, 35:8, 35:10, 35:12, 35:14, 35:16, 35:25, 36:2, 36:3, 36:21, 36:24, 37:5, 37:7, 37:11, 37:12, 37:13, 37:17, 38:3, 38:4, 38:6, 38:7, 38:10, 38:15, 38:23, 39:1, 39:2, 39:16, 40:2, 40:7, 40:11, 40:12, 40:14, 40:20, 40:21, 40:22, 40:24, 41:1, 41:3, 41:6, 41:8, 41:12, 41:14, 41:15, 41:19, 41:21, 41:24, 41:25, 42:5, 42:7, 42:9, 42:10, 42:11, 42:21, 42:22, 43:5, 43:11, 43:12, 43:15, 43:16, 44:2, 44:7, 44:12, 44:18, 44:20, 44:24, 45:4, 45:5, 45:6, 45:8, 45:9, 45:16, 45:18, 45:19, 45:23, 46:5, 46:12, 46:13, 47:1, 47:2, 47:4, 47:8, 47:9, 47:10, 47:12, 47:14, 47:15, 47:16, 47:21, 47:24, 47:25, 48:1, 48:3, 48:4, 49:4, 49:5, 49:10, 49:11, 50:7, 50:8, 50:9

**their** [28] - 3:18, 5:23, 5:24, 7:2, 7:25, 13:20, 17:23, 22:9, 22:11, 22:14, 24:4, 27:12, 30:4, 32:9, 32:21, 33:3, 35:15, 36:8, 38:24, 39:13, 40:21, 41:10, 42:6, 43:22, 44:15, 48:22

**theirs** [2] - 32:20, 42:11

**them** [17] - 8:24, 14:24, 15:16, 18:10, 19:24, 21:4, 22:7, 22:8, 22:13, 30:13, 30:18, 36:18, 40:12, 44:6, 44:14, 46:12, 46:15

**then** [20] - 3:5, 3:17, 3:19, 12:22, 20:19, 26:4, 27:2, 28:6, 30:18, 30:25, 33:22, 34:23, 36:24, 40:6, 40:9, 41:12, 45:7,

45:18, 46:21, 47:3

**theoretically** [1] - 40:1

**theory** [1] - 33:3

**there** [55] - 2:23, 4:21, 9:1, 9:3, 9:7, 9:11, 10:1, 10:5, 10:22, 11:7, 11:9, 12:12, 14:18, 14:25, 15:19, 16:19, 18:19, 18:23, 19:3, 19:10, 19:11, 20:14, 23:24, 25:14, 26:21, 26:23, 28:3, 28:6, 28:13, 31:7, 31:9, 34:9, 34:11, 34:12, 34:15, 34:17, 35:3, 35:8, 35:11, 38:2, 38:19, 38:20, 39:25, 40:3, 41:23, 42:17, 43:25, 44:7, 45:10, 46:1, 47:1, 47:7, 48:1, 48:20

**There** [1] - 11:14

**there's** [3] - 22:1, 30:25, 31:22

**therefore** [4] - 6:20, 7:11, 29:16, 31:15

**thereof** [1] - 6:6

**these** [28] - 3:7, 3:8, 4:9, 6:16, 7:3, 7:16, 15:15, 22:14, 23:15, 27:5, 29:9, 30:20, 31:14, 33:19, 33:21, 34:1, 34:3, 35:13, 36:22, 38:11, 41:17, 44:3, 44:4, 45:22, 46:24, 49:8

**they** [88] - 3:12, 5:5, 5:9, 5:11, 5:12, 5:16, 5:19, 5:25, 6:24, 7:5, 7:7, 7:17, 7:22, 10:7, 10:23, 12:7, 12:13, 13:19, 14:6, 15:15, 15:25, 16:2, 16:8, 17:21, 17:22, 18:6, 18:8, 18:18, 18:19, 19:16, 19:24, 20:16, 20:19, 20:21, 20:25, 21:5, 23:1, 23:9, 24:25, 25:16, 26:13, 26:25, 27:2, 27:3, 27:9, 27:11, 29:5, 29:7, 29:8, 29:14, 29:16, 29:19, 31:11, 31:12, 31:19, 32:7, 32:8, 32:9, 32:17, 32:19, 33:2, 33:15, 34:17, 35:25, 36:1, 36:2, 36:12, 36:19, 37:4, 38:9, 38:12, 41:22, 43:20, 43:21, 44:5, 44:6, 46:11, 46:13, 46:21, 47:23, 49:7

**they're** [17] - 3:13, 8:18, 13:24, 15:14, 16:18, 16:22, 23:1, 28:9, 28:10, 28:12, 29:1, 29:10, 29:12, 31:22, 33:8, 36:5, 44:9

**they've** [4] - 16:14, 37:2, 42:6, 46:13

**thicket** [1] - 10:20

**thing** [6] - 2:20, 16:13, 27:23, 44:21, 48:17, 49:4

**things** [7] - 11:24, 12:13, 13:6, 13:14, 32:7, 36:4, 44:3

**think** [40] - 15:11, 16:3, 17:2, 18:6, 18:16, 18:19, 19:6, 19:15, 20:10, 20:14, 20:18, 20:21, 21:16, 24:16, 27:10, 28:6, 29:8, 29:10, 29:12, 29:14, 31:12,

33:3, 33:10, 36:12, 36:19, 38:5, 39:3, 39:15, 39:19, 40:1, 40:4, 40:8, 41:21, 42:5, 42:8, 42:21, 43:22, 44:11, 44:12, 44:23

**thinking** [1] - 39:13

**this** [100] - 2:9, 2:20, 2:24, 3:2, 3:24, 3:25, 4:10, 4:23, 4:25, 5:14, 5:15, 5:20, 6:10, 7:9, 7:11, 8:11, 8:21, 9:3, 9:4, 9:6, 10:10, 10:13, 10:17, 10:24, 10:25, 11:8, 11:16, 11:22, 11:23, 12:25, 15:4, 15:25, 16:5, 17:11, 17:12, 17:16, 18:1, 18:7, 18:11, 18:21, 19:4, 19:9, 21:14, 23:16, 23:21, 23:22, 25:2, 26:1, 26:17, 26:23, 27:1, 27:2, 27:3, 27:11, 28:10, 28:12, 29:2, 29:20, 30:2, 30:3, 30:5, 30:7, 30:21, 31:1, 31:2, 31:8, 32:2, 32:20, 32:23, 33:4, 34:6, 34:13, 34:24, 35:18, 36:21, 37:21, 38:4, 38:25, 39:3, 39:7, 43:5, 43:7, 43:19, 44:19, 44:20, 44:21, 45:3, 45:4, 45:5, 45:8, 45:15, 47:7, 47:17, 47:25, 48:17, 49:9

**those** [30] - 9:2, 9:12, 9:24, 11:15, 11:23, 12:18, 13:6, 13:21, 14:1, 14:23, 14:24, 15:1, 16:7, 16:10, 16:14, 16:17, 17:4, 20:17, 21:3, 21:7, 24:11, 28:20, 37:5, 38:13, 40:6, 40:16, 40:23, 42:3, 44:12

**though** [7] - 3:25, 15:8, 15:23, 17:10, 28:9, 43:20, 46:20

**thought** [4] - 20:5, 20:8, 28:15, 40:22

**thousands** [1] - 44:25

**three** [3] - 24:21, 32:4, 42:24

**three-well** [1] - 24:21

**three-year** [1] - 32:4

**through** [12] - 24:1, 26:2, 27:13, 27:15, 30:21, 30:22, 30:23, 31:3, 34:25, 41:16, 47:9, 47:11

**throughout** [1] - 38:12

**throw** [1] - 42:23

**tier** [1] - 7:11

**tiger** [2] - 26:21, 26:22

**tiger's** [1] - 26:22

**tightly** [1] - 5:8

**time** [9] - 5:9, 8:21, 10:11, 16:22, 19:8, 19:9, 26:23, 43:4, 48:3

**timeline** [1] - 47:8

**times** [2] - 4:6, 26:24

**timing** [2] - 26:10, 28:1

**tipped** [1] - 45:25

**Title** [1] - 50:6

**to** [313] - 2:22, 2:23, 2:25, 3:2, 3:4, 3:5, 3:8, 3:10, 3:11, 3:13,

3:15, 3:16, 3:17, 3:21, 4:1, 4:4, 4:10, 4:11, 4:18, 4:20, 4:25, 5:5, 5:17, 5:18, 7:2, 7:3, 7:5, 7:14, 7:15, 7:22, 7:24, 8:1, 8:2, 8:5, 8:7, 8:8, 8:19, 8:24, 8:25, 9:7, 9:12, 9:19, 9:22, 9:23, 9:24, 10:2, 10:3, 10:4, 10:5, 10:6, 10:8, 10:16, 10:21, 10:23, 11:5, 11:17, 11:20, 12:8, 12:17, 13:10, 14:1, 14:15, 14:16, 14:21, 14:24, 15:10, 15:12, 15:13, 15:14, 15:22, 16:2, 16:3, 16:4, 16:9, 16:15, 16:17, 16:18, 16:19, 16:20, 16:23, 17:2, 17:8, 17:10, 17:14, 17:21, 17:22, 17:23, 17:25, 18:1, 18:2, 18:5, 18:13, 18:14, 18:16, 18:21, 18:25, 19:1, 19:13, 19:18, 19:22, 19:24, 20:4, 20:13, 20:15, 20:16, 20:20, 21:1, 21:6, 21:15, 21:17, 22:8, 22:10, 22:13, 22:16, 22:18, 22:19, 22:20, 22:22, 23:8, 23:10, 23:14, 24:2, 24:4, 24:7, 24:9, 24:20, 24:22, 25:11, 25:14, 25:17, 25:25, 26:2, 26:3, 26:12, 26:14, 26:20, 26:23, 27:11, 27:12, 27:18, 27:19, 28:4, 28:7, 28:9, 28:11, 28:16, 28:18, 28:20, 28:22, 28:23, 28:24, 29:2, 29:5, 29:8, 29:10, 29:12, 29:16, 29:21, 29:23, 30:1, 30:5, 30:6, 30:10, 30:12, 30:13, 30:14, 30:17, 30:18, 30:19, 31:4, 31:7, 31:9, 31:13, 31:22, 31:23, 32:2, 32:15, 32:16, 32:25, 33:6, 33:15, 33:19, 33:22, 33:24, 34:6, 34:7, 34:8, 34:13, 34:18, 34:23, 35:3, 35:4, 35:9, 35:10, 35:18, 36:7, 36:12, 36:16, 37:5, 37:9, 37:13, 37:14, 37:20, 37:21, 38:4, 38:5, 38:13, 38:18, 38:24, 39:4, 39:5, 39:7, 39:8, 39:10, 39:11, 39:12, 39:14, 39:16, 39:17, 39:20, 39:24, 40:2, 40:5, 40:6, 40:9, 40:10, 40:14, 40:19, 41:8, 41:9, 41:10, 41:17, 41:18, 41:23, 41:24, 42:6, 42:7, 42:9, 42:13, 42:14, 42:22, 42:23, 43:10, 43:11, 43:18, 43:19, 43:23, 43:24, 44:9, 44:10, 44:13, 44:14, 44:17, 44:21, 44:22, 45:1, 45:2, 45:14, 45:19, 46:3, 46:4, 46:5, 46:23, 47:4, 47:10, 47:22, 47:24, 47:25, 48:4, 48:6, 48:9, 48:13, 48:17, 48:18, 48:22, 48:23, 49:5, 49:12, 50:6

**today** [2] - 12:18, 39:21

**together** [1] - 4:5

**told** [8] - 5:4, 6:16, 17:7, 20:10,

32:24, 35:20, 46:12, 46:15
**Tony** [1] - 2:15
**too** [1] - 23:16
**top** [2] - 24:6, 41:14
**topic** [1] - 20:19
**topics** [2] - 2:22, 11:13
**total** [7] - 7:23, 10:8, 10:14, 41:16, 41:19, 42:12
**totals** [1] - 41:15
**touch** [1] - 18:21
**touted** [1] - 5:22
**track** [2] - 4:9, 4:13
**train** [1] - 27:23
**TRANSCRIPT** [1] - 1:11
**transcript** [2] - 1:25, 50:8
**transition** [2] - 12:8, 14:21
**transitioned** [1] - 5:5
**transparency** [1] - 8:21
**transparent** [2] - 17:8, 18:22
**tried** [3] - 23:14, 24:8, 42:22
**trip** [4] - 48:5, 48:6, 48:9, 49:18
**true** [1] - 50:8
**trust** [1] - 8:11
**truthfulness** [1] - 13:24
**try** [3] - 45:14, 47:4, 47:22
**trying** [4] - 22:22, 33:6, 39:11, 43:19
**turned** [2] - 7:14, 35:18
**twice** [1] - 26:22
**two** [9] - 10:11, 12:19, 12:22, 13:13, 24:21, 32:4, 35:23, 41:4
**two-and-a-half** [2] - 10:11, 32:4
**two-well** [1] - 24:21
**type** [5] - 10:22, 24:15, 24:23, 26:6, 27:22
**types** [1] - 9:25
**typically** [2] - 32:7, 49:9

## U

**ultimate** [1] - 6:25
**ultimately** [2] - 7:3, 23:11
**under** [4] - 5:1, 11:15, 17:10, 21:5
**underneath** [1] - 40:23
**understand** [3] - 32:17, 33:11, 48:22
**understood** [1] - 49:16
**undertake** [1] - 8:24
**undertaken** [1] - 8:24
**undertaking** [1] - 16:23
**unfortunately** [1] - 34:3
**unique** [1] - 41:18
**UNISON** [1] - 49:19
**UNITED** [1] - 1:1
**United** [2] - 1:23, 50:7
**universe** [8] - 8:22, 10:7, 10:8, 10:14, 38:15, 40:5, 40:25, 41:6
**unseen** [1] - 10:10

**unsurprising** [1] - 42:3
**unsurprisingly** [1] - 6:20
**until** [6] - 19:5, 35:17, 47:13, 47:14, 47:16, 47:17
**unverified** [1] - 5:15
**up** [17] - 14:11, 21:8, 25:20, 30:6, 31:24, 35:18, 36:8, 37:18, 37:23, 38:1, 38:3, 40:6, 40:14, 40:18, 46:20, 48:2, 49:5
**updates** [2] - 12:9, 41:9
**upheld** [1] - 6:4
**upon** [2] - 3:1, 37:7
**upwards** [1] - 17:1
**us** [16] - 8:20, 17:22, 18:9, 20:15, 20:16, 20:17, 20:25, 23:18, 23:20, 26:1, 28:14, 29:20, 36:3, 38:13, 42:23, 49:2
**use** [6] - 3:11, 15:10, 24:14, 27:17, 30:20, 32:8
**used** [4] - 13:2, 30:1, 36:7, 42:10
**using** [4] - 18:15, 23:10, 37:6, 43:12
**usually** [2] - 37:25, 47:19

## V

**V&E** [1] - 2:18
**validity** [1] - 6:15
**variables** [1] - 41:4
**varies** [1] - 25:13
**variety** [1] - 11:12
**verge** [1] - 4:16
**verified** [1] - 5:10
**versus** [3] - 2:7, 6:18, 42:25
**very** [9] - 4:3, 8:13, 18:22, 19:2, 20:3, 27:4, 36:23, 45:23, 48:13
**vice** [1] - 20:7
**view** [1] - 33:11
**Vinson** [1] - 2:16
**virtually** [1] - 34:7
**voluminous** [1] - 8:16
**vs** [1] - 1:6

## W

**Wac** [1] - 46:20
**Wac-A-Mole** [1] - 46:20
**wait** [4] - 28:3, 29:18, 29:19, 46:24
**wait-and-see** [2] - 28:3, 29:19
**walk** [1] - 47:24
**walking** [1] - 47:9
**want** [48] - 2:22, 2:23, 3:4, 3:16, 8:25, 9:7, 11:5, 14:15, 16:9, 17:22, 21:16, 21:18, 22:7, 22:8, 22:9, 22:12, 22:24, 23:7, 26:17, 27:1, 27:14, 28:9, 28:23, 29:23,

31:3, 31:11, 33:23, 34:6, 34:17, 34:24, 35:8, 36:1, 36:12, 36:20, 36:21, 36:22, 37:14, 39:8, 39:24, 40:10, 42:24, 43:10, 43:11
**wanted** [5] - 16:9, 21:25, 22:3, 22:4, 49:4
**wants** [1] - 3:15
**warning** [1] - 44:8
**WARWICK** [1] - 1:4
**Warwick** [1] - 2:7
**was** [57] - 5:7, 5:10, 5:14, 5:15, 5:17, 5:18, 6:7, 6:9, 7:14, 7:18, 8:4, 13:18, 14:8, 15:6, 15:19, 18:23, 19:3, 19:9, 20:23, 23:9, 24:8, 24:19, 25:1, 25:9, 25:11, 25:17, 25:18, 26:8, 30:1, 30:3, 31:15, 31:17, 32:24, 32:25, 33:7, 35:20, 35:21, 38:4, 38:25, 39:3, 39:25, 40:22, 41:8, 42:18, 42:19, 43:5, 43:6, 44:17, 44:18, 46:25, 47:7, 47:9, 48:20, 49:10
**wasn't** [8] - 6:6, 19:5, 30:1, 32:25, 47:7, 47:13, 47:14, 47:17
**way** [7] - 28:6, 30:6, 32:10, 34:6, 37:5, 37:11, 47:21
**we** [194] - 2:19, 2:24, 3:4, 3:5, 3:8, 4:5, 4:6, 4:11, 4:17, 4:18, 4:21, 4:22, 4:23, 5:3, 5:7, 5:14, 6:4, 6:24, 7:1, 7:8, 7:20, 7:21, 7:24, 8:3, 8:7, 8:19, 8:23, 8:25, 9:5, 9:7, 9:14, 9:17, 9:21, 9:22, 10:1, 10:2, 10:4, 10:15, 10:16, 10:24, 11:1, 12:17, 13:22, 14:23, 15:3, 15:4, 15:9, 16:3, 16:9, 16:15, 16:17, 16:20, 16:21, 17:1, 17:2, 17:9, 17:13, 17:15, 18:4, 18:7, 18:11, 18:13, 18:14, 18:16, 18:18, 18:25, 19:5, 19:6, 19:12, 19:15, 19:16, 19:17, 20:4, 20:5, 20:8, 20:9, 20:15, 20:16, 20:18, 20:22, 21:1, 21:3, 21:16, 21:20, 21:21, 21:22, 21:25, 22:3, 22:4, 22:12, 22:14, 22:16, 22:20, 22:24, 23:7, 23:14, 23:15, 23:16, 23:21, 23:25, 24:6, 24:8, 25:6, 26:2, 26:8, 26:11, 26:16, 26:17, 27:1, 27:9, 27:14, 27:20, 28:4, 28:6, 28:7, 28:19, 28:21, 28:22, 29:18, 30:2, 30:6, 30:13, 30:20, 30:21, 30:22, 30:23, 31:2, 32:11, 32:12, 33:11, 33:16, 33:17, 34:23, 34:24, 35:25, 36:16, 36:20, 36:21, 36:22, 37:11, 38:6, 38:14, 39:21, 40:4, 40:6, 40:12, 40:13, 40:16, 40:20, 40:22, 40:24, 41:7, 41:12, 41:16, 41:21, 42:5, 42:8,

42:24, 44:21, 45:7, 45:12, 45:13, 45:18, 46:1, 46:2, 46:11, 46:12, 46:14, 46:20, 46:21, 47:4, 48:17, 48:18, 48:22, 49:7

**we'd** [1] - 42:13

**we'll** [7] - 14:23, 15:16, 18:8, 18:9, 26:6, 37:12, 47:3

**we're** [38] - 2:6, 2:15, 9:9, 9:10, 9:15, 9:17, 9:21, 12:7, 12:18, 14:16, 14:24, 15:1, 15:13, 15:22, 16:1, 16:13, 17:1, 17:7, 17:8, 17:9, 20:10, 21:9, 22:10, 25:3, 25:5, 26:25, 27:6, 28:18, 30:10, 32:4, 33:24, 36:15, 38:10, 44:18, 44:21, 48:13

**we've** [24] - 6:1, 8:6, 8:11, 9:2, 12:25, 15:10, 15:12, 17:7, 18:16, 18:22, 19:12, 19:13, 24:7, 25:24, 29:5, 30:19, 37:5, 37:15, 41:11, 41:24, 42:10, 45:25, 46:10, 47:10

**Wednesday** [1] - 48:24

**weeds** [1] - 20:2

**week** [3] - 10:4, 48:23, 48:24

**weekly** [2] - 13:7, 31:6

**weighed** [1] - 10:20

**welcome** [2] - 48:6, 48:9

**Well** [2] - 23:18, 44:23

**well** [76] - 5:8, 6:8, 7:12, 7:25, 8:7, 10:21, 10:24, 11:25, 12:10, 12:22, 13:8, 13:9, 13:10, 13:12, 14:17, 15:5, 15:6, 15:20, 16:4, 16:5, 16:13, 16:17, 16:20, 16:24, 17:11, 19:19, 20:6, 21:8, 21:12, 22:25, 23:5, 23:7, 23:9, 23:10, 23:17, 23:19, 23:21, 23:23, 24:10, 24:13, 24:21, 25:4, 26:1, 26:3, 27:4, 27:7, 27:11, 28:5, 28:6, 28:19, 28:20, 29:6, 29:11, 29:12, 29:13, 29:14, 29:16, 29:22, 29:23, 31:7, 31:10, 31:20, 31:25, 32:3, 32:16, 33:7, 34:15, 37:2, 37:13, 38:17, 38:19, 43:24, 44:4, 45:8, 46:8

**wells** [58] - 6:22, 7:2, 12:24, 13:16, 13:19, 14:2, 14:5, 14:20, 14:25, 15:5, 15:18, 15:21, 15:24, 16:1, 16:15, 16:18, 16:24, 16:25, 17:5, 23:15, 26:18, 27:12, 27:15, 27:16, 27:22, 28:12, 28:21, 28:25, 29:3, 29:9, 30:24, 31:3, 31:6, 31:7, 31:13, 31:14, 32:9, 32:18, 33:13, 34:25, 35:1, 35:4, 35:7, 35:12, 35:14, 36:2, 36:22, 38:8, 38:9, 38:10, 38:12, 38:14, 38:20, 39:2, 44:4, 44:8, 45:6, 45:9

**went** [2] - 23:15, 33:19

**were** [36] - 5:11, 5:12, 6:8, 6:17, 7:3, 7:22, 8:1, 8:2, 11:19, 12:12, 12:13, 12:17, 14:6, 16:21, 19:23, 19:24, 20:5, 21:4, 21:6, 21:20, 21:21, 22:3, 23:8, 23:9, 24:3, 29:24, 33:4, 33:21, 35:17, 38:14, 40:23, 40:24, 48:18, 48:23

**what** [99] - 3:4, 4:19, 5:3, 8:3, 8:25, 9:7, 9:8, 10:21, 10:22, 11:9, 11:21, 11:23, 12:21, 13:1, 13:21, 13:25, 15:3, 15:13, 16:1, 16:15, 17:3, 17:9, 17:17, 17:21, 18:4, 18:25, 19:5, 21:9, 21:12, 21:15, 21:17, 22:7, 22:9, 22:20, 22:24, 23:8, 23:9, 23:16, 23:18, 24:25, 25:5, 25:22, 25:24, 26:11, 26:12, 26:16, 26:24, 27:9, 27:14, 27:18, 27:24, 28:13, 28:23, 29:1, 29:5, 29:8, 31:11, 31:12, 31:19, 31:20, 31:22, 32:12, 32:18, 32:19, 33:7, 33:8, 33:12, 34:24, 35:11, 36:3, 36:8, 36:16, 36:20, 37:15, 38:7, 38:13, 38:15, 38:25, 39:1, 39:19, 39:21, 42:15, 42:16, 43:10, 43:13, 43:25, 44:7, 44:13, 45:4, 45:13, 45:16, 46:4, 46:7, 47:4

**what's** [1] - 42:9

**whatsoever** [1] - 38:2

**wheat** [2] - 36:21

**wheels** [1] - 27:4

**when** [27] - 4:17, 9:9, 11:19, 12:2, 12:4, 12:5, 13:25, 17:3, 18:4, 21:20, 22:21, 28:9, 28:19, 29:4, 32:25, 35:24, 36:15, 37:25, 41:4, 42:13, 42:23, 43:4, 43:5, 46:10, 47:1, 47:7, 47:19

**where** [23] - 2:23, 3:4, 7:25, 8:1, 8:2, 14:6, 14:9, 15:1, 17:8, 17:15, 17:16, 18:5, 18:11, 19:13, 28:4, 29:19, 30:10, 31:23, 32:8, 41:1, 43:6

**whereas** [1] - 45:9

**whether** [8] - 9:6, 9:14, 9:17, 11:18, 11:20, 26:4, 32:2, 49:10

**which** [33] - 4:22, 4:23, 5:16, 5:18, 6:4, 6:24, 7:19, 7:20, 7:24, 8:8, 8:10, 9:16, 10:9, 13:14, 14:16, 14:20, 15:5, 15:11, 16:8, 17:4, 17:12, 26:11, 29:1, 31:3, 31:11, 34:3, 34:25, 35:18, 37:13, 38:2, 41:18, 46:14

**while** [1] - 42:25

**who** [9] - 2:8, 19:7, 21:21, 22:1, 22:2, 22:5, 23:4, 33:20, 40:23

**whoever** [1] - 3:15

**whole** [2] - 2:20, 14:25

**whom** [1] - 19:6

**whose** [3] - 21:4, 38:25, 46:8

**why** [5] - 29:15, 32:17, 33:2, 37:23, 39:3

**wide** [1] - 29:2

**widespread** [1] - 9:4

**will** [21] - 3:24, 7:8, 8:18, 10:23, 15:17, 16:2, 19:15, 23:13, 29:7, 29:14, 35:25, 36:2, 36:19, 37:11, 39:24, 46:20, 47:4, 48:4, 49:7, 49:10

**willing** [1] - 16:2

**window** [1] - 27:2

**winter** [1] - 48:12

**with** [41] - 8:14, 8:15, 9:17, 9:22, 10:11, 10:17, 13:25, 15:3, 18:8, 18:10, 18:18, 19:21, 20:23, 21:3, 21:22, 22:10, 24:23, 25:3, 25:6, 25:16, 25:20, 26:11, 26:13, 26:14, 27:24, 30:6, 31:18, 32:6, 33:7, 34:3, 35:18, 37:16, 38:1, 41:3, 42:1, 42:15, 42:16, 43:12, 43:15

**withhold** [2] - 15:22, 34:19

**within** [2] - 42:24, 42:25

**without** [2] - 8:12, 9:19

**witnesses** [1] - 20:12

**won't** [3] - 15:25, 47:2, 48:14

**WOOD** [22] - 2:9, 3:23, 4:3, 6:3, 7:16, 8:16, 21:19, 22:11, 23:3, 23:13, 23:25, 26:19, 27:25, 33:16, 35:22, 39:23, 42:16, 45:17, 46:7, 46:19, 48:6, 48:9

**Wood** [14] - 1:16, 2:10, 3:14, 3:21, 11:4, 11:6, 13:2, 13:21, 14:15, 16:6, 21:14, 26:11, 29:24, 34:22

**Wood's** [1] - 29:25

**wool** [1] - 26:20

**word** [1] - 42:23

**wording** [1] - 34:11

**words** [3] - 32:20, 32:21, 42:24

**work** [5] - 5:17, 21:22, 38:4, 38:6, 40:9

**worked** [1] - 4:5

**works** [1] - 20:3

**worse** [1] - 33:1

**would** [30] - 4:14, 4:19, 5:25, 7:1, 10:3, 10:16, 12:18, 13:6, 17:2, 20:8, 21:21, 22:2, 22:5, 23:1, 23:3, 23:7, 26:19, 27:24, 28:1, 28:8, 30:8, 30:14, 30:16, 30:18, 30:25, 31:12, 40:4, 40:8, 45:17

**wouldn't** [2] - 24:12, 29:25

**wrap** [1] - 40:6

**wrong** [6] - 8:3, 26:11, 26:13, 27:24, 42:15, 42:16

| **X** |
| --- |
| **X** [5] - 12:2, 12:3, 12:4, 15:6, 28:5 |

| **Y** |
| --- |
| **Y** [2] - 12:3, 12:5<br>**y'all** [6] - 30:17, 43:24, 45:15, 47:22, 48:4, 49:17<br>**y'all's** [2] - 30:9, 47:23<br>**yeah** [4] - 30:2, 39:19, 42:14, 46:8<br>**year** [2] - 32:4<br>**years** [1] - 10:11<br>**yes** [2] - 3:24, 46:17<br>**Yes** [1] - 14:13<br>**yet** [1] - 43:21<br>**York** [1] - 48:13<br>**you** [185] - 3:12, 3:14, 3:20, 3:24, 4:1, 4:3, 4:15, 6:14, 6:16, 6:17, 6:18, 6:24, 7:3, 7:8, 9:20, 10:19, 11:3, 11:5, 11:21, 12:2, 12:3, 12:4, 12:5, 13:1, 13:11, 13:18, 14:23, 15:4, 15:5, 15:7, 15:17, 15:20, 16:8, 16:24, 17:3, 17:16, 17:18, 18:2, 18:24, 19:6, 20:4, 20:10, 20:11, 20:12, 20:13, 20:14, 20:22, 21:15, 21:17, 21:20, 22:7, 22:8, 22:9, 22:21, 22:23, 23:19, 24:12, 24:13, 24:21, 25:1, 25:2, 25:7, 26:4, 26:14, 26:17, 26:19, 27:8, 27:13, 27:14, 27:18, 27:19, 27:21, 28:13, 29:2, 29:20, 30:2, 30:5, 30:9, 30:12, 31:5, 31:6, 31:16, 32:15, 32:19, 32:21, 32:23, 33:4, 33:5, 34:6, 34:7, 34:12, 34:19, 34:22, 35:4, 35:9, 35:16, 35:19, 35:20, 35:24, 36:2, 36:6, 36:7, 36:14, 36:23, 36:25, 37:9, 37:17, 37:21, 38:22, 38:23, 38:24, 39:3, 39:6, 39:7, 39:8, 39:9, 39:12, 39:14, 40:9, 40:19, 41:5, 41:23, 41:25, 42:14, 42:16, 43:4, 43:7, 43:11, 43:13, 43:14, 43:16, 43:18, 43:22, 43:23, 44:8, 44:10, 44:14, 44:16, 44:18, 44:24, 45:2, 45:3, 45:4, 45:7, 45:9, 45:22, 46:25, 48:2, 48:3, 48:4, 48:14, 49:12, 49:14, 49:19<br>**you'll** [2] - 44:23, 44:25<br>**you're** [11] - 4:14, 15:6, 21:15, 30:15, 30:18, 37:15, 41:3, 41:4, 43:12, 45:1, 45:2<br>**you've** [9] - 7:13, 8:14, 19:24, 27:13, 30:15, 36:8, 36:9, 46:15, 47:1 |

| **you-all** [1] - 30:2 |
| --- |
| **your** [28] - 3:17, 4:7, 6:17, 6:18, 17:23, 21:11, 27:15, 27:16, 27:21, 31:5, 32:15, 32:23, 34:11, 34:22, 35:15, 35:16, 36:7, 36:9, 38:18, 38:22, 39:2, 39:7, 39:8, 43:5, 43:6, 43:8, 45:2, 45:10<br>**Your** [24] - 3:20, 4:4, 4:23, 6:5, 8:17, 10:25, 11:6, 15:11, 21:19, 26:19, 27:25, 28:16, 31:18, 32:11, 33:11, 35:23, 37:24, 44:16, 48:7, 48:10, 48:16, 49:5, 49:8, 49:19 |

| **Z** |
| --- |
| **Z** [3] - 27:13, 30:21, 30:22 |