**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  | x |  |
| --- | --- | --- |
|  | : |  |
| IN RE CONCHO RESOURCES INC., | : |  |
| SECURITIES LITIGATION | : | Case No. 4:21-cv-02473 |
|  | : |  |
|  | : |  |
|  | x |  |

### LEAD PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

Lead Plaintiffs submit the ruling in *Forsythe v. Teva Pharm. Indus. Ltd*, 2024 WL 2197950 (3d Cir. May 16, 2024) (attached as Exhibit A), as supplemental authority in support of their May 8, 2024 Reply Memorandum of Law in Further Support of Lead Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel (ECF No. 80, "Reply"). In *Teva*, the U.S. Court of Appeals for the Third Circuit affirmed the district court's decision to certify a class in a securities class action proceeding under Section 10(b) of the Exchange Act of 1934. *See* 2024 WL 2197950 at *4-5. As part of its decision, the Third Circuit denied the defendants' *Comcast* argument and found that "the proposed damages model — an event study — is consistent with this theory, and noted that any questions of 'loss causation' or the 'disaggregati[on of] confounding factors to prove economic loss' need not be determined at the class certification stage." *Teva*, 2024 WL 2197950 at *5 (alteration in original). This directly comports with arguments made in the Reply against analogous arguments by Defendants under *Comcast*. *See* Reply at 20.

2

Dated: June 4, 2024

Respectfully submitted,

*/s/ Alfred L. Fatale III*
**LABATON KELLER SUCHAROW LLP**
Alfred L. Fatale III (admitted *pro hac vice*)
Joseph N. Cotilletta (admitted *pro hac vice*)
Charles Wood (admitted *pro hac vice*)
Charles J. Stiene (admitted *pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
afatale@labaton.com
jcotilletta@labaton.com
cwood@labaton.com
cstiene@labaton.com

*Lead Counsel for Lead Plaintiffs and the Class*

2

## CERTIFICATE OF SERVICE

I hereby certify that, on June 4, 2024, a true and correct copy of this notice was served by CM/ECF on all counsel of record. In addition, (1) this filing is available for viewing and downloading via the CM/ECF system, and (2) the CM/ECF system will send notification of this filing to all attorneys of record who have registered for CM/ECF updates.

/s/ *Alfred L. Fatale III*
Alfred L. Fatale III