# APPENDIX I

## LEAD PLAINTIFFS' EXHIBIT LIST

### LEAD PLAINTIFFS' MOTION TO EXCLUDE OPINIONS AND TESTIMONY OF EXPERT LUCY P. ALLEN

| Exhibit | Date | Exhibit Description |
|---|---|---|
| A | March 15, 2024 | Expert Report of Lucy P. Allen |
| B | July 11, 2024 | Deposition Transcript of Lucy P. Allen |
| C | June 19, 2024 | Surreply Report of Lucy P. Allen |
| D | December 7, 2023 | Expert Report of Chad Coffman |
| E | March 15, 2024 | Defendants' Opposition to Plaintiffs' Motion for Class Certification |
| F | May 8, 2024 | Reply in Further Support of Lead Plaintiffs' Motion for Class Certification |
| G | March 20, 2024 June 20, 2024 | Lead Plaintiffs' Requests for Production |
| H | | Gaétan Breton & Richard J. Taffler, *Accounting information and analyst stock recommendation decisions: a content analysis approach*, 31 Acc. & Bus. Rsch. (2001) |
| I | | Robert W. Holthausen & Ross L. Watts, *The relevance of the value-relevance literature for financial accounting standard setting*, 31 J. of Acc. & Econ. (2001). |
| J | | Michael J. Jones & Paul A. Shoemaker, *Accounting narratives: A review of empirical studies of content and readability*, 13 J. of Acc. Lit. 142 (1994) |
| K | | John G. Previts, *A Content Analysis of Sell-Side Financial Analyst Company Reports*, 8 Acc. Horizons (1994). |
| L | | Malcom Smith & Richard J. Taffler, *The chairman's statement A content analysis of discretionary narrative disclosures*, 13 Acc. Auditing & Accountability J. (2000). |
| M | | David Tabak, *Making Assessments About Materiality Less Subjective Through The Use of Content Analysis*, NERA Econ. Consulting. |
| N | May 8, 2024 | Rebuttal Report of Chad Coffman |