**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE CONCHO RESOURCES INC., SECURITIES LITIGATION | Civil Action No. 4:21-cv-02473 <br><br> CLASS ACTION |

**DECLARATION OF ANTHONY J. LUCISANO**

I, Anthony J. Lucisano, declare the following pursuant to 28 U.S.C. § 1746:

1.    I am an attorney with the law firm of Baker Botts L.L.P, which is counsel of record for Defendants Concho Resources Inc. ("Concho"), ConocoPhillips (as successor in interest to Concho), Timothy Leach, Jack F. Harper, C. William Giraud, E. Joseph Wright, and Brenda R. Schroer (Leach, Harper, Giraud, Wright, and Schroer, collectively, "Individual Defendants") in the above-styled case.

2.    I am legally competent to make this declaration.  I have personal knowledge and am familiar with the matters stated in this declaration, and all of the facts and statements contained herein are true and correct.

3.    Attached as **Exhibit 1** is a true and correct copy of the Report of Laura T. Starks, Ph.D., filed in *In re Goldman Sachs Group, Inc. Sec. Litig.*, No. 1:10-cv-03461-PAC, Dkt. 193-10 (S.D.N.Y.), dated July 2, 2015.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 6, 2024.

_____
        Anthony J. Lucisano