## APPENDIX

### DEFENDANTS' UNPUBLISHED AUTHORITIES FOR
### RESPONSE TO LEAD PLAINTIFFS'
### MOTION TO EXCLUDE OPINIONS AND TESTIMONY OF EXPERT LUCY P. ALLEN

| CASE NO. | CASE NAME |
|---|---|
| 1. | *Butler v. BNSF Ry. Co.*, 2024 WL 2735020, (E.D. Tex. Mar. 26, 2024) |
| 2. | *Chen-Oster v. Goldman, Sachs & Co.*, 2022 WL 814074 (S.D.N.Y. Mar. 17, 2022) |
| 3. | *Delaware County Retirement System v. Cabot Oil,* 2023 WL 6300569 (S.D. Tex. Sept. 27, 2023) |
| 4. | *Disney Enters. v. VidAngel Inc.*, 2019 WL 4544428, (C.D. Cal. May 29, 2019) |
| 5. | *Estech Sys. IP, LLC v. Carvana LLC*, 2023 WL 2934920 (E.D. Tex. Apr. 13, 2023) |
| 6. | *Exeltis USA Inc. v. First Databank, Inc.*, 2020 WL 7025089 (N.D. Cal. Nov. 30, 2020) |
| 7. | *In re Apache Corp. Sec. Litig.*, 2024 WL 532315 (S.D. Tex. Feb. 9, 2024) |
| 8. | *In re BP p.l.c. Sec. Litig.*, 2014 WL 2112823 (S.D. Tex. May 20, 2014) |
| 9. | *In re Chicago Bridge & Iron Co. N.V. Sec. Litig.*, 2020 WL 1329354 (S.D.N.Y. Mar. 23, 2020) |
| 10. | *In re Derivative Litig., Herley Indus. Inc.*, 2010 WL 1375195 (E.D. Pa. Feb. 5, 2010) |
| 11. | *In re DVI, Inc. Sec. Litig.*, 2014 WL 4634301 (E.D. Pa. Sept. 16, 2014) |
| 12. | *In re EpiPen (Epinephrine Injection, USP) Mktg., Sales Pracs. & Antitrust Litig.*, 2021 WL 2577490 (D. Kan. June 23, 2021) |
| 13. | *In re Kirkland Lake Gold Ltd. Sec. Litig.*, 2024 WL 1342800 (S.D.N.Y. Mar. 29, 2024) |
| 14. | *KB Partners I, L.P. v. Barbier*, 2013 WL 2443217 (W.D. Tex. June 4, 2013) |
| 15. | *LG Elecs. U.S.A., Inc. v. Whirlpool Corp.*, 2010 WL 3397358 (N.D. Ill. Aug. 24, 2010) |
| 16. | *MGM Well Servs., Inc. v. Mega Lift Sys., LLC*, 2007 WL 150606 (S.D. Tex. Jan. 16, 2007) |

| CASE NO. | CASE NAME |
|---|---|
| 17. | *Ramirez v. Exxon Mobil Corp.*, 2023 WL 5415315 (N.D. Tex. Aug. 21, 2023) |
| 18. | *Schechner v. Whirlpool Corp.*, 2018 WL 6843305 (E.D. Mich. Oct. 30, 2018) |
| 19. | *Seitz v. Envirotech Sys. Worldwide Inc.*, 2008 WL 656513 (S.D. Tex. Mar. 6, 2008) |
| 20. | *Smith v. City of Bastrop*, 2021 WL 148061 (W.D. Tex. Jan. 15, 2021) |
| 21. | *Sonerra Res. Corp. v. Thomas Energy Servs., Inc.*, 2003 WL 25685208 (E.D. Tex. July 16, 2003) |
| 22. | *YETI Coolers, LLC v. RTIC Coolers, LLC*, 2017 WL 11679718 (W.D. Tex. Jan. 27, 2017) |

121660143