**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE CONCHO RESOURCES INC., SECURITIES LITIGATION | Civil Action No. 4:21-cv-02473 |
| | CLASS ACTION |

**[PROPOSED] ORDER DENYING LEAD PLAINTIFFS' MOTION TO EXCLUDE OPINIONS AND TESTIMONY OF LUCY P. ALLEN**

Having considered Lead Plaintiffs' Motion to Exclude Opinions and Testimony of Lucy P. Allen ("Motion"), as well as all responses and replies thereto, this Court is of the opinion that the Motion should be DENIED.

Accordingly, IT IS HEREBY ORDERED that Lead Plaintiffs' Motion to Exclude Opinions and Testimony of Lucy P. Allen is DENIED in all respects.

SIGNED this _____ day of _____, 2024.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE