**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE CONCHO RESOURCES INC., SECURITIES LITIGATION | Case No. 4:21-cv-02473 |

**NOTICE OF LEAD PLAINTIFFS' SUBMISSION OF WRITTEN DIRECT TESTIMONY OF CHAD COFFMAN, CFA AND EXHIBITS FOR CLASS CERTIFICATION HEARING**

Pursuant to the Court's instruction at the October 10, 2024 motion hearing (Transcript of October 10, 2024 Motion Hearing 13:1-15), Lead Plaintiffs Utah Retirement Systems and Construction Laborers Pension Trust for Southern California ("Lead Plaintiffs") hereby submit the proposed direct examination of Lead Plaintiffs' expert, Chad Coffman, CPA, for the January 21, 2025 class certification hearing. Mr. Coffman's proposed direct examination and accompanying exhibits are attached hereto.

1

Dated: January 16, 2025

Respectfully submitted,

*/s/ Alfred L. Fatale III*
**LABATON KELLER SUCHAROW LLP**
Alfred L. Fatale III (admitted *pro hac vice*)
Joseph N. Cotilletta (admitted *pro hac vice*)
Charles Wood (admitted *pro hac vice*)
Rachel A. Berger (admitted *pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
afatale@labaton.com
jcotilletta@labaton.com
cwood@labaton.com
rberger@labaton.com

*Lead Counsel for Lead Plaintiffs and the Class*


**Fogler, Brar, O'Neil & Gray, LLP**
Murray J. Fogler
Robin Finney O'Neil
909 Fannin St., Suite 1640
Houston, TX 77010
Telephone: 713-481-1010
Facsimile: 713-574-3224
mfogler@foglerbrar.com
roneil@foglerbrar.com

*Local Counsel for the Class*

2

## **CERTIFICATE OF SERVICE**

I certify that on January 16, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Notice of Electronic Filing.

*/s/ Alfred L. Fatale III*
Alfred L. Fatale III