UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

*****************************************************************

CITY OF WARWICK RETIREMENT          4:21-CV-02473
SYSTEM.

*Individually and on Behalf
of All Others Similarly
Situated,*                          HOUSTON, TEXAS

VS.

CONCHO RESOURCES INC., ET AL.  JANUARY 30, 2025

*****************************************************************

TRANSCRIPT OF CLASS CERTIFICATION HEARING
HEARD BEFORE THE HONORABLE ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE

*****************************************************************

APPEARANCES:

FOR THE PLAINTIFFS:          MR. ALFRED L. FATALE, III
                             MR. JOSEPH COTILLETTA
                             MS. RACHEL BERGER
                             Labaton Keller Sucharow LLP
                             140 Broadway
                             34th Floor
                             New York, New York 10005

                             MR. MURRAY J. FOGLER
                             Fogler, Brar, O'Neil & Gray LLP
                             909 Fannin Street
                             Suite 1640
                             Two Houston Center
                             Houston, Texas 77002

     Proceedings recorded by mechanical stenography,
transcript produced via computer.

```
FOR THE DEFENDANTS              MR. DAVID D. STERLING
CONCHO RESOURCES INC.,          MS. AMY PHARR HEFLEY
ET AL.:                         MR. ANTHONY JOSEPH LUCISANO
                                Baker Botts LLP
                                910 Louisiana
                                Suite 3601
                                Houston, Texas 77002-4995


                                MR. MICHAEL C. HOLMES
                                Vinson & Elkins
                                2001 Ross Avenue
                                Suite 3900
                                Dallas, Texas 75201



FOR THE DEFENDANT               MS. KATHERINE BURKE DEBEER
TIMOTHY A. LEACH, ET AL.:       MR. ROBERT POWER RITCHIE
                                Vinson & Elkins LLP
                                2001 Ross Avenue
                                Suite 3900
                                Dallas, Texas 75201



Official Court Reporter:        Lanie M. Smith, CSR, RMR, CRR
                                Official Court Reporter
                                United States District Court
                                Southern District of Texas
                                515 Rusk
                                Room 8004
                                Houston, Texas 77002
```

EXAMINATION INDEX

PAGE NO.

**Conference**........................................   4

**Opening Statements**

        By Mr. Cotilletta..........................    8
        By Holmes..................................   11

**Chad Coffman**

        Cross-Examination by Mr. Sterling...........   32
        Redirect Examination by Mr. Cotilletta......  112

**Lucy Allen**

        Direct Examination by Ms. Hefley............  127
        Cross-Examination by Mr. Mr. Cotilletta.....  198
        Redirect Examination by Ms. Hefley..........  249

**Argument**

        By Mr. Fatale...............................  253
        By Mr. Holmes...............................  280
        By Mr. Lucisano.............................  288
        By Mr. Cotilletta...........................  292

**P R O C E E D I N G S**

(Call to order of the court.)

THE COURT:  Thank y'all.  Be seated.

First of all, let me semi-apologize for having to reschedule this, but we actually did get snow, which for you guys from New York is no big deal; but the last thing you want to do is be in Houston and be on the roads with a bunch of Houstonians trying to drive in snow.  So I ask your forbearance on that.

We're here for the class certification hearing in 21-cv-2473 *in re* Concho Resources.

Who do I have for the movants?

MR. FATALE:  Your Honor, Al Fatale from Labaton Keller Sucharow.  I'm joined at counsel table by my colleague Joseph Cotilletta and Rachel Berger, also from Labaton; Murray Fogler, our local counsel; and our IT specialist, Dennis, down at the end.

THE COURT:  Okay.  And for the respondents?

MR. STERLING:  David Sterling at Baker Botts for defendants.

MR. LUCISANO:  Tony Lucisano from Baker Botts for defendants.

MS. HEFLEY:  Amy Hefley with Baker Botts for defendants.

MR. HOLMES:  Good morning, Your Honor.  Michael Holmes,

Vinson & Elkins, for Mr. Leach and Mr. Giraud, two of the defendants.

MR. RICHEY:  And Robert Richey from Vinson & Elkins, also for Mr. Leach and Mr. Giraud.

MS. DEBEER:  Virginia DeBeer of Vinson & Elkins for Mr. Leach and Mr. Giraud.

MR. OSOWSKI:  Brandon Osowski from Vinson & Elkins.

THE COURT:  Mr. Fatale, you can maybe treat this like the college football playoffs and let V&E and Baker Botts fight it out and you guys take on the winner.

MR. FATALE:  That's my plan.

THE COURT:  All right.  Have y'all talked about how you want to handle this?  I mean, normally -- you know, it's their motion -- I would start with them and let them make whatever presentation they want and then switch to y'all.

Do y'all have a preference?

MR. FATALE:  So, Your Honor, we have a little unique circumstance because we want to put on live testimony today. We've submitted the direct of our expert.

THE COURT:  I've read it.

MR. FATALE:  I understand defendants want to direct their expert.  There's going to be crosses.  We talked.  We thought it made sense maybe for each side to get up for ten minutes or so right in the beginning, give an outline of what the evidence is going to be, we submit the written direct.  We

can put Mr. Coffman up on the stand to be crossed.  They can put their witness up and we'll cross them and then at the end of the day kind of wrap up with more typical "this is the law argument."

THE COURT:  Does that work for y'all?

MR. HOLMES:  With two, I think, adjustments.

One, we may have a little longer than ten minutes on the opening.  I think we'll have plenty of time to get through the evidence.

And then, also, we will be directing Ms. Allen, just to be clear.

MR. FATALE:  Yeah.

THE COURT:  No, I assumed that.

MR. HOLMES:  Okay.

MR. FATALE:  One other point, Your Honor.  We didn't come to an agreement on this but we did discuss it and we just said, well, we'll raise it with the judge.

Plaintiffs' position would be that during the opening arguments and during each others' expert testimony, that the other expert be excluded from the room so as to not hear what evidence we think we're going to come in.  You know, we're going to get up and say we think this evidence is going to come in and for the witness to be sitting there listening to it.

THE COURT:  I mean, I don't care one way or the other.

I would assume that she has read your guy's expert testimony and he's read hers because we have rebuttal reports out the kazoo.

MR. STERLING:  Yeah.  I think they're intimately familiar with each other's work, Your Honor.  I don't see the point of excluding them at this stage.

THE COURT:  Yeah.  I'm going to let them stay.

MR. FATALE:  Very well, Your Honor.

THE COURT:  I don't think either side is going to be surprised.

All right.  You want to lead off then, Mr. Fatale?

MR. FATALE:  Yes.  My colleague Joseph Cotilletta is going to be doing the testimony today.  So I'm going to let him start to talk about what the evidence is going to show.

THE COURT:  All right.  Mr. Cotilletta.

Let me, for the purposes -- I mean, you know, this is going to take awhile.  So if people need to get up and walk out, you don't have to ask permission or anything.  This courtroom, though, has pretty bad acoustics.  So if you're going to question somebody, I would rather you do it from up here.

MR. FATALE:  I remember that from last time as well, Your Honor.

THE COURT:  Yeah.

MR. FATALE:  And we'll talk slower.

THE COURT:  Thanks.

MR. FATALE:  I can see her face.

THE COURT:  Go ahead.

MR. COTILLETTA:  Thank you, Your Honor.

I'll be brief because, as Mr. Fatale mentioned, we've already submitted the direct testimony of Mr. Coffman.

So, you know, obviously they're going to get up and cross him and you've seen from Ms. Allen's rebuttal reports or sur-reply report what we expect those examinations to be.

But, you know, Mr. Coffman, first, has provided testimony on market efficiency which at this point has not been conceded -- which has been essentially conceded by defendants. They have not opposed market efficiency in any way.

His second opinion on his opening report dealt with class-wide damages and using a common methodology under *Comcast*; and as Your Honor knows from Ms. Allen's report and Mr. Coffman's rebuttal report, Mr. Coffman has testified, as already submitted in the record, that there is nothing that Ms. Allen has said in any of her opinions that would dispute Mr. Coffman's market efficiency opinion or his common damages methodology opinion.

He will -- as he's put forth, he's put compelling evidence of price impact, a hundred percent -- virtually a hundred percent drop after the corrective disclosure; he has

provided evidence through analyst reports; and as his direct testimony has shown, he does talk at length about the misstatements.

Ms. Allen's content analysis is another part of Mr. Coffman's rebuttal opinions, and Mr. Coffman will tell -- will explain, if crossed on it, that Ms. Allen's content analysis does not establish a back-end price impact and that it's a novel methodology, that he's never seen it before, that the questions that she uses are questions that do not prove a negative, do not prove the lack of something.

He will also talk about how her front-end price impact analysis is relevant given that plaintiffs are proceeding with a price inflation maintenance theory. And he will also opine and talk about how his out-of-pocket damages methodology is standard and used in virtually every single 10(b) case and that nothing that Ms. Allen has said disturbs that opinion. It can handle alleged materialization of the risk concerns, it can handle changes in information over time, and it can address any arguments that Ms. Allen has made with respect to the RSP shareholders from the pre-Concho merger.

And then, of course, he will finish off, as he did on his direct -- again, if they cross him on it -- that the calculations that Ms. Allen has regarding the RSP shareholders is essentially baseless, it's no support for it in the economic literature.

THE COURT:  Can I ask you a question?

MR. COTILLETTA:  Sure.

THE COURT:  And I understand as a general proposition that the defendants are not questioning the basic presumption, but I have a question about whether the RSP stockholders qualify under the basic presumption.

MR. COTILLETTA:  Well, I think what Mr. Coffman will tell you is that essentially the arguments that Ms. Allen has put forward about netting essentially a premium that the RSP shareholders would have received by virtue of the merger consideration is not something that has ever been done in securities litigation, particularly when the plaintiffs are not alleging that the transaction was fraudulent in any way, and which is not what our allegation is today.

So her arguments that the RSP shareholders don't fit plaintiffs' theory is incorrect because her assumption of what plaintiffs' theory is is incorrect.

And, you know, I defer to the experts like Mr. Coffman who will explain how the inflation is adjusted but he has provided, you know, substantial, I think, evidence in the record about how he can make a calculation and adjustment for those who had --

THE COURT:  No, I understood what he said about how he can calculate damages.  I just -- my question is do they -- under the two different -- whether they necessarily qualify as

having purchased stock on an open market.

MR. COTILLETTA: Well, I mean, I think some of the issue is that they received shares during the class period and so that's why they're here and the question becomes are they -- you know, those who received during the class period, are they entitled to the same inflationary damages that the rest of the class receives?

THE COURT: Okay. I just want to give you a heads-up that that's an issue that bothers me.

MR. COTILLETTA: And we will be sure to address that today with the Court.

So that is the evidence for Mr. Coffman as laid out in his direct; and, again, it will be dictated by how much they go into it, certain aspects on cross-examination. If the circumstances permit, we would like to have an opportunity to redirect Mr. Coffman to the extent necessary.

And then, of course, you know, Ms. Allen is going to come up. I'll just say that the cross-examination will mostly track what has been seen in the *Daubert* motion. There will be a few surprises in there, but I do think that the record will show on cross-examination that what we put forth in our *Daubert* papers is substantiated.

Thank you.

MR. HOLMES: Good morning, Your Honor. I'm waiting for a book to get up to you.

Believe it or not, that was my second snow day last week in Houston federal court.  The first one was five or six years ago when it did the same thing.

All right.  We thought it made sense to -- I know there's a lot of briefing in front of Your Honor.  I know you've read it and the attachments but we thought it would be helpful to put into context some of the evidence today with some of the guidelines from the cases and in particular because the expert testimony today, in our view, is going to corroborate what you can glean in the evidence that's in the actual -- you know, the alleged corrective disclosure, the disclosures that were made by Concho, which on the first element -- and we can go, Tony, to the first -- or the second page.  There are two issues.

The first issue is the price impact issue.  I don't know if it's up yet.

THE COURT:  It was working last night.

THE CASE MANAGER:  And it was working earlier this morning.

THE COURT:  Okay.  Well, I'm looking at the second page.  So we can --

MR. HOLMES:  Okay.  So there are two issues here today. The first is price impact.  We have the burden of proof on that.

The second is on this does the theory of

liability match their damages methodology that they've put forth or that they say they're going to put forth later.  They have the burden on that issue.  I don't think this is really a burden case, however.  As the Supreme Court recognized in the *Goldman* case, that evidence is rarely in a tie.

But on both of these issues, the evidence that's in the record does a lot of work.  The expert testimony is going to corroborate the evidence that's in the record.  Let me talk about that for a minute.

If we go to the next page, Tony.

THE COURT:  Would you call IT.

MR. HOLMES:  And the basic issue in this lawsuit, like a lot of securities fraud lawsuits, is the one thing that is common in all securities fraud lawsuits is you have a stock drop.  These lawsuits don't get filed when the stock price goes up or stays flat.  And the question is not whether you have a stock drop or anything like that.

The question is, okay, as the Court says, what you don't want to have happen is plaintiffs take the stock drop, go all the way back, and say, okay, well, that statement, that corrects that statement, it corrects that statement, it corrects that statement.  And so there has to be a rigorous analysis by the Court on price impact to say -- and particularly in an inflation maintenance case, which is what they're bringing here.  None of the statements or the alleged

misstatements caused the price to go up.  So it's inflation maintenance.  So what they have to show is a correlation between the corrective disclosure and the statements they allege were misstatements.

So if I can go through a few things on *Goldman*, which is on the next page.  And I'll skip over the first few boxes which talk about fraud on the market.  And I will address Your Honor's question when we get to the second element on the RSP transaction.  But it says at the end:  In assessing price impact at class certification, courts should be open to all probative evidence on that question, qualitative as well as quantitative, aided by a good dose of common sense.

And I think that last phrase "aided by a good dose of common sense" really applies in this case, and let me tell you what I mean by that.

If we turn to the next page.  That's just the plaintiffs' alleged corrective disclosures that we pulled from the letter that they sent to the Court last week in response to the question.  And what the plaintiffs say about the corrective disclosures is that July 31, 2019, Concho is announcing results for the second quarter of 2019, April, May, and June; and the results -- they are announcing how the -- what's called the "Dominator Project" is going, which is a large-scale development project, 23 wells in a 1-mile strip.  It was a groundbreaking, novel project.  I'll talk a little bit more

about that in a second.  And they're announcing the results from that project, and they're announcing also that their rig count is down from what it was the prior year, so forth and so on, for the second quarter of 2019.

Plaintiffs' case is that, well, Concho -- and what this corrected was that Concho had told the market that the Dominator program was almost a guarantee, that it was -- that it had been overstated, that it was optimistic, that there were all these optimistic statements about it.  And I think in thinking about price impact and this holistic dose of common sense, what's the context in which all of the alleged misstatements were being made, we have to go back and see what did the defendants actually say about Dominator; and that's on the next slide.  And these statements are from October 2018 through May 2019.

THE COURT:  Just so you know, we now have computers.

MR. HOLMES:  Thank God.  It's easier for me to read on it.

It says, Number 1, "Dominator Project" -- and these are the defendants speaking at these different conferences on the earnings call -- well, one conference and three earnings calls.

"Dominator Project was an experiment at kind of moving two steps down the line to try and understand where you do actually lose efficiencies as these projects get bigger and

bigger, but large-scale development remained in the early stages."  I should have started with the one below that, which is the first one; but it's about the same time period.

The defendant said in the third quarter 2018 earnings calls, "There's still a lot of learning to be done with respect to large-scale development; and in particular, one of the things we're learning is what's the optimal project size."

In February of 2019, they say, "Concho is still trying to see how far we can push the efficiencies as you make these projects larger and larger."

Large-scale development was something that was coming -- that was just sort of starting not at this time but before as opposed to the smaller-scale development.  And so the plaintiffs say as late -- or the defendants say as late as May 1st, 2019, "I think there is maybe a misconception" -- this is May 1st, 2019, a few months before the alleged corrective disclosure.  "I think there is maybe a misconception that you've reached development stage and so you know the answer and that's definitely not the case.  We continue to learn from all these projects.  There is a lot.  There is still a lot to learn."

So that's what the defendants are saying about this Dominator Project which was front and center in the alleged corrective disclosure about how Dominator had turned

out in the first half of the year.

Okay.  If we can go back to slide -- it will be Slide 8 -- or Slide 7.  Excuse me.

So we just saw what the defendants were saying about Dominator and their large-scale development projects. Now this is showing what the market -- these are from analysts -- what the market was saying.  You will see JPM view and -- and these are two reports from May and June 2019.  And what's interesting about these reports and the timing of them is this is after all of the alleged misrepresentations.  There are no alleged misrepresentations after this date.  And what these analysts are saying is Dominator was designed to be an aggressive spacing test.

The bottom says, "The company acknowledged that Dominator was an aggressive spacing test and in general sees projects in the 8- to 10-well range as being the optimal package size from capital efficiency and planning standpoint."

We go to the next slide.  This is another analyst, Mizuho, and this is also -- I believe -- yeah, the June time frame; and it says, "Dominator was always meant to go two to four steps ahead on spacing, vertical and horizontal and geometrical configurations; and the learnings from the project have been significant."

I should also point out the first part which says, "There has been some concern given initial test rates

filled, but there is going to be variability with initial rates."

So the market also realized Dominator was an aggressive project.  Large-scale development -- they're still learning from the large-scale development.  It's in its early stages, as they were saying.  Dominator added to that by testing spacing limits on the multiple wells that were drilled in this 1-mile area.

Go to the next slide, please.

The last thing I want to mention before we're going to jump in to the specific price impact arguments at a high level for right now; but on the day of the alleged corrective disclosure, at the same time, same earnings call, this notion that what had been misrepresented was the company's belief in large-scale developments and consistent with everything we've just seen about what they told the market and what analysts were saying, the individual defendants say, "One thing that is consistent is our belief that large-scale project developments only have -- there are very clear benefits both in terms of the capital efficiency you get from concentrating that much activity at one spot at one time.  There is also benefits around resource recovery from developing all of that resource at the same time versus coming back a year or two later to do it in different chunks.  So our conviction around that is certainly the same."

And then the bottom is more of the same.  They still believe in the large-scale development.

That is all consistent with the statements that were made back in October of 2018, November 2018, February 2019, May 2019; and by the analysts that we showed, May and June 2019.

So in looking at price impact and whether or not, as the Supreme Court requires in *Goldman*, the corrective disclosures actually corrected something in the past, that's important context to consider.

So let me turn now to the next slide.  We talk a lot about in this in the briefs.  So I'll go through this slide pretty quickly.

*Goldman* was a case that -- I think there were multiple appeals to the Second Circuit.  It had survived dismissal.  You know, that's another point I would make is that something in the briefs is, hey, this case has survived dismissal twice so we really shouldn't be talking about this. Every securities fraud case that gets to class certification has generally survived a motion to dismiss.

So in *Goldman* it's -- it is very similar in terms of the generic statements.  And in price impact, I think there's two sort of flavors of it.  There is this generic statement issue where you have these "our clients' interests always come first" or "we feel good about this" or "we believe

in that," those kind of statements.  That's the generic mismatch.  *Goldman* also requires an actual correction.

So the second flavor is substantive mismatch, and in the briefs we divide the statements into three categories. There's a fourth -- or the alleged misstatements in the three categories.

That's a fourth category of alleged misstatements which we did not -- we're not making an argument about price impact on.  We tried to be very conservative and judicious in what we argued and didn't argue.  Those Category D statements, they have a raft of other problems with them from the plaintiffs' side, but we were just looking at the three categories.

So the last point about *Goldman* on this slide is in *Goldman*, the Court specifically called out -- and it was kind of the first time -- this generic issue, this mismatch between having a generic front-end statement and a specific back-end statement.

And on the next page, what the Court says is you have to have more.  And this will be an issue.  It's been raised.  It has to be more than just topical, a topical match. You have to have more than that.  If the Court said -- and the plaintiffs cite some cases that say, look, if it's on the same topic, that's all you need.  The reason we know that's not true is if you look at *Goldman*, the generic statements at issue all

talked about client interests.  The specific -- or putting their clients' interests first.  The specific statements talked about transactions and when they -- which they had not done that.  So it's a similar topic but not specific enough match.

All right.  Let's get into -- so let's go over to Page 12, please.

So, again, here are the three categories of which we have argued there's not -- that we think we have satisfied our burden to sever the link on price impact between these three categories and the alleged corrective disclosures.

First category is generic statements.  That's kind of the *Goldman* issue, particularly on remand.

The second category being results and observations from 2017 to 2018 and the Category C pre-'19 projections.  These are category -- I mean, between B and C, which category the statement should be in, because there is some overlap in some of them, is sort of irrelevant.  The point on B and C is there's not an actual correction.  There is not a substantive overlap.  And you can tell that on the face. All -- there's a lot of this you can tell from the face of the document that's also corroborated by Lucy Allen's testimony.

So if we can go to the next page on Category A. These 33 statements in Category A.

Your Honor, plaintiffs also make the point in their papers that, well, if you don't challenge price impact in

total, like all of the alleged misstatements, then none of your price impact challenges should be accepted.  That's not true. This analysis is supposed to be done on an alleged misstatement-by-misstatement basis.  That's Number 1.

Number 2, including these alleged misstatements in the class would extend the class period by an additional eight months and make it a bigger class period; and it also would result in there being a great many more alleged misrepresentations in the case that have no business being in the case on a class-wide basis.

So just to give an example here about the -- you know, on the left side are a few examples of the 33 statements in Category A, generic statements; and I'll take the middle one.  "Our wells are continuing to get better and the costs continue to become more efficient and we manage the cost side of the equation as well.

There is nothing about what was said in July of 2019 that is contrary to that.

In looking at whether a statement is generic or not, the Supreme Court -- the Second Circuit Court of Appeals in *Goldman* said courts should look at materiality law.  And we point out some of those cases in the brief.

And when you look at materiality law, especially from the Fifth Circuit -- and we point out a couple in the briefs.  One is the *Rosenzweig* case, and the other is the *Whole*

*Foods Market* case.  But the test is statements untethered from anything measurable are the paradigmatic generic statements. Mere expressions of optimism from company spokesmen are examples of generic statements.

So when you look at the Category A statements, they fit squarely into those two categories of being untethered from anything measurable and expressions of optimism from company spokesmen.

So the alleged misstatements, in our view, are highly generic compared to the alleged corrective disclosure relates to what the company saw during the second quarter of 2019.

All right.  Now, what you will hear in part from Ms. Allen is that she reviewed all of the market commentary and analyst reports and none of them made any link between the alleged corrective disclosure and the alleged misrepresentations.

That evidence was credited by the Second Circuit in *Goldman*; and then we submitted supplemental authority, the *Shupe* case, where the Court said that evidence is fatal, that nobody in the market was saying, oh, my gosh, they announced this on one day but they said something else three months ago or six months ago or seven months ago.

And thinking about the statement of a good dose of common sense from the Supreme Court, the reason for that is,

as we saw when we started out, the market understood this was an aggressive test, that they were going two to four steps beyond.

So I think on -- let me go to Category B -- oh, let me say one other thing about Category A.  Their own class representative -- now, the plaintiffs in their brief say that, you know, their named plaintiffs are sophisticated investors. And when we took their deposition on these topics, we asked them "Did the July 2019 corrective disclosure actually correct any of the statements in -- alleged misstatements in Category A?"

And as on Slide 16 -- it's kind of hard to put all the questions on one slide.  So we have one summary question -- this is in the record.  But we have one summary question at the end that says, "And so you would have the same answer with respect to those" -- which is all of them -- "that the July disclosure did not reach back and correct them?"

Answer, "Yes."

So next slide.

I just would quickly mention one other thing about *Shupe*.  It's sort of exactly the same case as this in the sense that on the Category A where the alleged misstatement was "We're seeing strong consumer demand, especially in the housing market.  I'll draw your attention to the fact that overall we were able to grow volume twice as fast as the industry in

2020."

The alleged corrective disclosure were disappointing results.

The Court said the first "seeing strong demand," "we were able to grow," these positive general statements that mismatch in terms of generic versus specific was too much.

That was further corroborated by the testimony that the analyst reports did not reference any of the generic statements, what I said earlier.  It was not like, oh, my gosh, they're telling us this today; but they had told us this six months ago.  And the Court said this is, quote/unquote, fatal for plaintiffs.  That's the same as here.

Category B, those are the results and observations from 2017 to 2018.  Again, this is not a generic issue on B or C.  It's a substantive mismatch issue.  There's nothing about saying what happened in the second quarter of 2019 that could be corrective about what Concho management was seeing in 2017 or 2018.  They are -- what was said -- the financial results in 2019 are postdated 6 to 18 months later.

And so as an example, on B-5, "Concho had been building up to this kind of larger-scale development mode and we're excited about what we're seeing as of May 2018."

That statement was made in 2018.  Actual results for the second quarter of 2019 are not inconsistent with being excited about what they were seeing in May of 2018.

At B-11 is the same thing.  These are fourth quarter financial results.  Which, by the way, there's no challenge that those results were in any way incorrect.  And Concho management noted that it was seeing the results it expects on this large-scale projects.

You will hear from Ms. Allen similarly that looking at the analyst reports, there's no link between -- in any of the analyst reports between the corrective disclosure and an analyst saying, oh, my gosh, well, what about what you told us about second quarter of 2018 or fourth quarter 2018?

Category C is the last category on price impact.  These are pre-2019 projects.  Which, by the way, the company hit every single one of them.  They were not incorrect.  And I really will only talk about C-1 because in their reply brief that's the only one of these statements that plaintiff mentioned.

But C-1 says, "Let me say you should expect more of the same in 2018 as you saw in previous years from Concho."  That was in 2018.  The alleged corrective disclosure relates to the second quarter of 2019.  So, again, you have just two factually unrelated statements.  And, again, you're going to hear from Ms. Allen that on Category C there were no analyst reports that put any link between the corrective disclosure and the alleged misstatements in Category C.

Let me turn quickly to the second issue, which is

have the plaintiffs carried their burden to show that they have a damages methodology that matches their theory of liability.

And there's going to be a lot of testimony on this.  So I'll reserve some of this for later.  But to answer Your Honor's question, we are not -- the RSP transaction presents a significant issue in their damages methodology, and you're going to hear testimony about that today.  We are not making a market efficiency challenge on that because if -- I can go through that, but we're not making a market efficiency challenge on that because of -- we're not making a market efficiency challenge to Concho on that stock.  So -- but it does -- that being said, it presents a significant issue in the damages analysis.

And yes, plaintiffs can say it's novel, it hasn't come up.  Every one of these cases is based on its own unique facts and circumstances.  It all depends on what's pled, what the situation is; and the damages methodology has to match the theory of liability.

So there's no doubt that -- and I'll just briefly summarize before we get into the evidence, there's no doubt that *Comcast* presented a significant shift in class certification.  Like I -- you know, before *Comcast*, plaintiffs at class certification stage could say, yeah, we'll figure out damages later.  You know, we'll come up with it later.  *Comcast* said, look, as a gatekeeping function, we don't want cases

certified where you can't later have a damages methodology that matches your theory of liability. You can't -- that's dangerous. You get into situations where the class shouldn't have been certified in the first place.

So as a gatekeeping function in class certification hearings, under the federal rules, plaintiffs must satisfy their burden of showing that damages can be measured on a class-wide basis consistent with their theories of liability.

Following *Comcast* -- this is from the *BP* -- I'm quoting from Judge Ellison's opinion in the *BP1* case, "Following *Comcast*, circuit and district courts have rigorously examined proposed damages methodologies in putative class action cases for disconnects between damages and liability."

*Comcast* was an antitrust case. It's not limited to antitrust. Courts in securities fraud cases, just like in *BP1*, have applied *Comcast* in making a determination at the class certification stage whether plaintiffs have met this burden.

So there are really two issues here. We can -- let me -- in *BP1* Judge Ellison denied certification finding that the case was a risk materialization case and also that the expert there, Mr. Coffman, who is plaintiffs' expert in this case, had offered that he could come up with an event study and would provide the jury options to disaggregate inflation by the

type of misrepresentation.

And the court said you just can't come in and say, hey, I can figure this out later, like don't worry, I can figure this out later.  You have to have a more complete explanation to actually show in a convincing way, yeah, I can put together a risk materialization damage model.

And the reason why that's different -- and I'll keep this very short -- different from a non-risk-materialization case is the example that Judge Ellison gives of the marbles and the full loss versus a 10 percent, the difference between risk.  So plaintiffs' -- 90 percent of plaintiffs' argument is this isn't a risk materialization case.

If we can, go to Slide 24, please.

The problem with that is that's not how they play.  That's not what they've said.  That is not their theory of liability today.  It's sort of reminiscent of the old Yogi Berra saying, "When you come to the fork in the road, you've got to take it."

They took the fork in the road a long time ago that this is a risk manifestation case.  Following every set of statements they allege to be misleading is the statement "Risk that would and did manifest during the class period eventually forcing the company to scale back production."

They say that the defendants have requisite scienter, because they should have known that, quote/unquote,

The above-mentioned risk would and did manifest during the class period."

The word "risk" appears throughout their complaint 480 times.

Go to the next Slide.

Let me point out a couple of things here.

One, in pitching and surviving and their papers opposing dismissal, they presented this to the Court and the Court relied upon it and looking at the order, plaintiffs' theory is that the defendants oversold the probable success of the drilling program while underselling the risk involved. Plaintiffs' own representatives said the same thing.

"You are alleging that defendants concealed risk or the true risk?"

"Yes."

"And that when that risk materialized, that's when the stock price fell?"

"Yes."

We're not trying to play a game of gotcha or trying to recast what plaintiffs have alleged.  Plaintiffs have pled this case from the beginning as a risk manifestation case and frankly when you look at the statements going back to where we started about what the defendants were saying with Dominator and their large-scale development in the market, what the market was saying and what the defendants came to say, that's

the proper way to think about this; and they have not presented a damages methodology that matches up with that and their assurances without any further explanation of how to do that.

And I did look at Mr. Coffman's -- read Mr. Coffman's testimony and it will be interesting to hear today; but they have not presented anything that aligns with how they've pled their case.

And unless Your Honor has any questions, that's all I have.

THE COURT:  I don't.

MR. HOLMES:  Thank you.

THE COURT:  Mr. Fatale, do you want to lead off? Incidentally, Mr. Fatale, I want to appreciate the other day when I sent out a notice that I really wanted something filed immediately, I'm sure I could have found it in the thousands of pages y'all gave me; but the only copies I could find were where I had like Page 1, Page 4, Page 8.

MR. FATALE:  My desk looks similar.  I understand.

THE COURT:  And so I appreciate you responding to that quickly.

MR. FATALE:  So I think, Your Honor, like I said, we have submitted Mr. Coffman's testimony written.  If defendants would like to cross Mr. Coffman now, we're happy to put him on the stand and go through testimony and then --

THE COURT:  Let's do that.

MR. FATALE:  All right.

THE CASE MANAGER:  Would you raise your right hand, please.

(The oath was administered.)

MR. STERLING:  May I proceed, Your Honor?

THE COURT:  You may.

**CHAD COFFMAN**,

having been first duly sworn, testified as follows:

**DIRECT EXAMINATION**

**BY MR. STERLING:**

Q.   Good morning, Mr. Coffman.

A.   Good morning.

Q.   Good to see you again.

Why don't we start with a few fraud-on-the-market basics, because while you and I traffic in this stuff every day, most judges and normal lawyers and people don't.  So let's get some vocabulary terms down.

Would you agree with me that the Supreme Court in the *Basic versus Levinson* case recited a rebuttable presumption of reliance?

A.   That's my understanding of it.  I'm not a lawyer, but that's my general understanding of it.

Q.   And that rebuttal presumption of reliance, when satisfied, allows a securities class action to go forward because it satisfies the reliance element of the 10b-5 claim, correct?

A.    Again, I'm not lawyer; but that's my general understanding, yes.

Q.    Because absent the rebuttal presumption of reliance, then each individual class member would have to prove that they individually subjectively saw the alleged misrepresentation and relied upon it; and that's just not appropriate for class treatment, correct?

A.    I don't know.  That sounds like a legal question.

Q.    You're not familiar with that?

A.    I mean I'm generally familiar with the logic of it; but what would need to be done in the absence of the basic presumption, I'm not a lawyer, so I don't want to speculate about that.

Q.    But you know that the foundation of the basic presumption is what you economists call the efficient capital markets hypothesis, correct?

A.    Certain version of that, yes.

Q.    And we can talk about strong, semi-strong and weak versions; but the whole notion is all public information about a company will be -- if the market for that stock is efficient, all public information about it would be rapidly embedded or reflected in the stock price, correct?

A.    That's correct.  A lot of times I'll say that it's widely disseminated information, not necessarily all information; but, yes, I generally agree with you.

Q.   So the foundations are the information has to be public or widely disseminated, the market for the stock has to be efficient and the plaintiff has to have traded in the stock after the time the alleged fraud statement was disclosed/revealed and prior to and after the time that the alleged fraud was revealed to the market?

A.   Well, my understanding is they have to -- I agree with the first part of what you said.  And my understanding to have damages, they have to purchase while there's false information in the market as a result of misstatements and omissions and at least hold through what are one or more corrective disclosures.  Whether they need to sell after that, I don't think is necessary.

Q.   And on the fundamental question or foundational question of market efficiency, courts have developed various factors, the *Cammer* factors and the *Krogman* factors, that experts like you and Ms. Allen are very, very conversant in, correct?

A.   Yes.  Yes.

Q.   And you do event studies that control for market conditions and industry conditions to determine whether particular news about a company had a statistically significant reaction on the stock price?

A.   That's part of one of the -- that's one analysis we do as part of one of the factors, yes.

Q.   And in this case you determined that the market for Concho

stock during the class period was efficient?

A.   Yes.

Q.   And we're not contesting that.  You understand that, right?

A.   That's my understanding.

Q.   Market efficiency is not on the table here.

A.   Right.

Q.   Right.  But the basic presumption of class-wide reliance is rebuttable, correct?

A.   Again, that's my general understanding.  I'm not a lawyer, but that's my general understanding.

Q.   And courts have identified various ways by which defendants can rebut this class-wide presumption of reliance, correct?

A.   I have not surveyed what all courts have said about that.  That's not my expertise.

Q.   I'm not asking you to give a catalog, but you're aware that there are various ways that the law allows defendants to rebut the assumption.  One such way is by showing that the alleged misrepresentation or one of the alleged misrepresentations did not have what's called price impact?

A.   That's my general understanding, yes.

Q.   And by price impact, we mean that the alleged misrepresentation did not have an effect on the stock price?

A.   That would be the lack of price impact, yes.  That's my

general understanding.

Q.   Right.  Because if the alleged misrepresentation did not have an effect on the stock price, then the whole presumption that an investor relies on the misrepresentation that he or she didn't see because it wasn't reflected in the stock price, that then vanishes, right?

A.   Yes.  Again, as long as we're talking about that it need not necessarily impact the price at the time it was made but that statement could conceal artificial inflation that is then revealed at a later point in time through a corrective disclosure.  As long as we're talking about both of those, yes.

Q.   Yeah.  That's where I'm going right now.

One way that price impact can be demonstrated is through what's called sometimes front-end price impact, right?

A.   That's one way, yes.

Q.   And by front-end price impact, what we mean is the alleged misrepresentation, the challenged statement, when it was made, it caused the stock price to go up?

A.   If the allegation is artificial inflation, yes, I agree with that.

Q.   Right.  And the way you determine that, experts like you and Ms. Allen, is you do an event study and you control for market conditions and industry conditions to determine if the company's specific news had, in the technical language, a statistically significant impact on the stock price?

A.    That's correct.

Q.    Okay.  Now, to be fair, you don't have to have front-end price impact because you can also demonstrate price impact through what's called back-end price impact, correct?

A.    Correct.

Q.    And courts have recognized that back-end price impact is a backwards-looking indirect evidence that the alleged misrepresentation had an impact on the stock price?

A.    I don't know what all courts have held or how they've phrased it, but my general understanding is that the corrective disclosure can reveal the relevant truth that had been concealed and that therefore shows that the price was impacted by the alleged misinformation.

Q.    Okay.  Now, stepping up for a second, in this case plaintiffs are not claiming -- well, let me back up.

We've counted -- the way we count, there are 72 different alleged misstatements that were made on 13 different days during the class period.  I don't know if you've counted them or if you agree with those numbers or disagree or have a view on them.

A.    I don't recall having counted the exact number or how many days.  I don't dispute what you're saying.  That sounds about right.

Q.    Okay.  Are we in agreement, Mr. Coffman, that plaintiffs and the defendants agree that none of the alleged misstatements

had what we just called front-end price impact?

A.   That's my understanding, is that that's not part of the allegation.

Q.   So nobody is claiming front-end price impact in this case?

A.   That's my understanding, correct.

Q.   Okay.  Okay.  So let's talk for a minute about back-end price impact.  For a back-end price impact, you look at what the law calls a corrective disclosure; and you start with the notion of did the corrective disclosure have a statistically significant price impact once you control for, again, market conditions, industry factors, that sort of thing, correct?

A.   Correct.  That's part of the test, yes.

Q.   And if that corrective disclosure corrected a challenged statement, that then is evidence of back-end price impact which is indirect backwards-looking evidence of price impact at the time of purchase?

A.   Again, I've never characterized it at as backward-looking evidence; but it's evidence that the price reacted to what's alleged to be the relevant truth.

Q.   Yeah.  And in fairness to you, the backwards -- I'm quoting the Second Circuit in *Goldman Sachs* when the Second Circuit said, "Back-end price impact is at most backwards-looking indirect evidence that the challenged statement had price impact at the time of purchase."

In fairness to you, I was reading from a case.

And there are various ways that you can rebut back-end price impact, correct?

A.   Again, I'm not necessarily familiar with all the ways under the law that that can be done.

Q.   I'm not asking you to catalog them.  But, for example, if the corrective disclosure doesn't actually correct a prior alleged challenged statements, that rebuts back-end price impact, correct?

A.   Again, I'm not sure what the legal standard is; but my understanding as an economist is that the rationale for that being evidence of price impact is that there is the revelation of relevant truth on the corrective disclosure.

Q.   That corrects the prior misrepresentation.

A.   Yes.

Q.   Right.  Another way you can rebut it is by showing that the corrective disclosure was not new news.  It was old news because in an efficient market only new news can have an impact on the stock price, correct?

A.   That would be one logical way to say that the market reaction must have been due to something else, if there wasn't really anything new.

Q.   Another way to rebut it is by showing that the stock price -- the stock price reaction on the corrective disclosure was not due to the revelation of the truth but was due to other bad company news, what we sometimes called confounding

information, correct?

A.    Again, if you could show that it was all due to confounding information in some way, I would agree.  My understanding is there's not a need to -- if it's due to both, there's not necessarily a need to disaggregate at this point in time prior to the merits phase.  That's my general understanding.  But if you could show that all of it was due to confounding news, then I would agree with that logic.

Q.    Okay.  And another way you can show this is, as the Supreme Court established in the *Goldman* case, when the mismatch is too great between the genericness of the challenged statement and the specificity of the corrective disclosure.  That's another way that the defendants can show -- can rebut the back-end price impact?

A.    Again, that's a legal standard that I'm not going to speculate on how exactly that should or would be applied.

Q.    Okay.  The Second Circuit also recognized in *Goldman*, did it not, that market commentary is indirect evidence of price impact?

A.    I don't recall that specific language.  I'm not intimately familiar with the language in that opinion so I don't know.

Q.    Okay.  Have you read the *Goldman* opinion?

A.    Yes.  It's been awhile, but yes.

Q.    Okay.  And would you agree that two of the big takeaways from it, Number 1, that courts are required to consider all

evidence, qualitative and quantitative, that bears upon price impact?

A.   I didn't read it with an eye towards what it's requiring the courts to do.  That's not my area of expertise.

Q.   Okay.  You're not familiar with that.

Are you familiar with the Supreme Court saying that courts are admonishing courts to apply, quote, a good dose of common sense, end quote, in assessing price impact?

A.   I remember some language to that effect, but I'm not here to testify about what the Court must do or not do.

Q.   Okay.  And you agree with me that the question isn't whether the corrective disclosure had price impact, it's about whether the alleged misrepresentations had price impact, correct?

A.   Well, no, I think a critical part of the evidence is whether or not there was evidence of price impact from the revelation of the relevant truth.  I think that's part of the important evidence of price impact.

Q.   It's part of the important evidence; but showing that a corrective disclosure had a statistically significant price impact tells you nothing about whether an alleged misrepresentation had price impact absent linkage between the two, absent showing that the corrective disclosure actually corrects the alleged misstatement?

A.   Well, there would -- by definition there has to be some

relevant truth being disclosed for --

Q.    Right.

A.    -- it to be a correct disclosure.  I think that's what we're agreeing on.

Q.    And do you agree with me, Mr. Coffman, that price impact is not all for one and one for all, that courts are required to look at it on an alleged challenged statement by challenged statement basis?

A.    I have no opinion on that.

Q.    You have no opinion on that.  Okay.  Fair enough.

Now, you are aware, I take it, that in this case, and for the purposes of class certification, we, the defendants, have broken down the 72 challenged statements in the consolidated -- in the complaint into four buckets -- A, B, C, and D?

A.    I'm aware --

Q.    Or categories.

A.    Yeah, I'm aware that those categories were created.

Q.    And you are aware that as to the 18 challenged statements in Category D, for the purposes of class certification, we are not contesting price impact.  You appreciate that, don't you?

A.    I mean, again, that's my reading as an economist of the briefings; but I'm not here to testify about that.  But that's my general understanding, yes.

Q.    Okay.  I'm going to switch gears with you now, Mr. Coffman; and let's talk about Concho.

Now, Concho was very candid and open about its transition to what it called "manufacturing mode" or sometimes used "large-scale development," was it not?

A.    I haven't reached that opinion.  I haven't evaluated that question.

Q.    Are you familiar with the term "large-scale development"?

A.    Generally within the context of this case, yes.

Q.    And "manufacturing mode," as Concho used that term?

A.    Again, I have a general understanding of what that meant in the context of this case.

Q.    And what's your general understanding?

A.    "Manufacturing mode" is that they had proceeded to full-scale manufacturing when striking oil using the procedures that they had set up in setting up the well or the series of wells.  I don't have a detailed understanding of exactly all the things that "manufacturing mode" means.

Q.    Okay.  How about "large-scale development"?

A.    Well, that I understand is the attempt to put more assets on a single piece of land that's being used for oil extraction. So using a larger footprint of land and with more assets densely packed on that land to try to extract oil in a more efficient way.

Q.    And what do you mean by "more assets"?

A.    Wells, supports, drilling capability, all the infrastructure that's necessary for extracting oil.

Q.   Okay.  Would you agree with me that even before the class period Concho was very open with the public that it was engaging in the manufacturing mode and testing numerous variables including sizing and spacing?

A.   I mean, I'm generally aware of some statements that they were making about that; but the role -- my role in this case was not to evaluate the degree to which they were open and what they were describing during the class period.  That's not what my focus was.

Q.   Sure.  But in order to put the alleged corrective disclosures in context, I want to run through with you some of the things Concho said before the class period and during the class period.  Okay?

A.   Okay.

     MR. STERLING:  Tony, can you pull up Tab 1, please?

BY MR. STERLING:

Q.   Now, Concho, like many other companies, would put investor presentations up on the company's website, correct?

A.   Correct, yes.

Q.   And that's about as public as you can get in terms of information, right?

     Anybody in the world has access to it, correct?

A.   Anyone with a computer would have access to it.  That's my understanding.

Q.   Right.  Right.

Tab 1, which is the first quarter 2017, May 3rd, 2017, quarterly update, so this is almost a full year before the class period begins, correct?

A.   Roughly, yes.

Q.   But this -- now, to be fair, getting back to the event study that you did, you looked at what you called the "analysis period," correct?

A.   When I was looking for evidence of market efficiency and whether or not the company's price was reacting to earnings announcements, yes.

Q.   And your analysis period went back a year before the class period began, correct?

A.   Yes.

Q.   So it was before May 3rd, 2017.  It went back to February of 2017, correct?

A.   That sounds right, yes.

Q.   Okay.

     MR. STERLING:  Tony, if you will turn to the page that talks about "manufacturing growth."

BY MR. STERLING:

Q.   Do you see this page from the presentation that says: Manufacturing mode is transforming our business.  Large-scale projects, multitarget access.  Do you see that?

A.   Yes.

Q.   What does "multitarget access" mean to you?

A.   I'm not sure of a precise definition of what that is.

Q.   Okay.  If you look to the right, Mr. Coffman, it says: Manufacturing Across the Portfolio:  Key projects.

Northern Delaware Basin, the 8-well Windward project with 2-mile laterals.

Midland Basin, the 13-well Mabee Ranch project with 2-mile laterals.

And Southern Delaware Basin, 8-well Brass Monkey project with 2 and 2.5 laterals?

Do you see that?

A.   Yes.

Q.   Those were all large-scale projects, were they not?

A.   That's my understanding.

Q.   And if you look at the bottom of that page, it says, "Shifting to manufacturing mode represents an inflection in our business and enhances Concho's platform to develop long-term value," correct?

A.   That's what it says, yes.

MR. STERLING:  Tony, if you'll turn to the next page that talks about the Northern Delaware Basin.

Not that one.

There we go.

BY MR. STERLING:

Q.   This is one of the areas where Concho was engaged in exploration of production activities, correct?

A.   That's my understanding, yes.

Q.   And do you see it posts the first quarter results, talking about adding horizontal wells, and it shows the results from those wells, correct?  The record performance?

A.   That's what it's representing, yes.

MR. STERLING:  Tony, if you'll go to next page on Midland Basin.

Not that page.  The Midland Basin page.

There we go.

**BY MR. STERLING:**

Q.   Do you see in the middle it talks about a multi-interval spacing project at Mabee Ranch?  What's a multi-interval spacing project?

A.   I don't know an exact definition of that.

MR. STERLING:  Tony, if you'll go to Tab 2, please.

**BY MR. STERLING:**

Q.   And, Mr. Coffman, this is a September 20, 2017, investor presentation.  So now we're about five months before the class period starts, correct?

A.   Yes.

MR. STERLING:  Tony, if we go to page "manufacturing growth."

**BY MR. STERLING:**

Q.   Do you see on the bottom left it talks about the Windward, the 8-well Avalon; Columbus, 4-well Wolfcamp; Vast, 7-well

Wolfcamp; Brass Monkey, 8-well multi-zone; Mabee Ranch, 13-well multi-zone?

Those were all large-scale projects, too, were they not?

A.   That's my understanding, yes.

MR. STERLING:  Go to the next page on the Northern Delaware Basin, please, Tony.

BY MR. STERLING:

Q.   See here it talks about the 2Q17 results, adding 12 horizontal wells; it talks about the peak rates, average 30-day, 24-hour peak rates?  Do you see that?

A.   Yes.

Q.   And it talks about the multi-interval spacing projects at Windward, Columbus, and Vast, correct?

A.   It talks about that, yes.

MR. STERLING:  If you go to the next page, Tony, on Midland Basin.

BY MR. STERLING:

Q.   We have again 2Q17 results talking about peak rates and another discussion about the multi-interval spacing projects at Mabee Ranch.  Do you see that?

A.   I see that.

MR. STERLING:  Tony, if you'll turn to Tab 3.

BY MR. STERLING:

Q.   Tab 3, this is the -- Concho's February 20, 2018, earnings release.  This is the day before the class period starts,

correct?

A.   Yes, that's correct.

Q.   Okay.

MR. STERLING:  And, Tony, if you go to the first page of this, the first bullet.  I'm sorry.  The fifth bullet on the first page.

Can you blow that up?

There we go.

**BY MR. STERLING:**

Q.   It says, "Delivered outstanding results from the company's large-scale development projects in the Northern and Southern Delaware Basin and the Midland Basin."

Do you see that?

A.   Yes.

Q.   Now, these statements that we're talking about, they were never later corrected or disabused or disavowed by Concho, were they?

A.   If you're asking if they later came out and said these were not true, I don't recall a specific statement of that effect.

Q.   No.  Of course not.

MR. STERLING:  If you go to Page 13.  I'm sorry.  Page 8 of 13, Tony.

That's good.  We'll go on to the next one.

Go to Tab 4, please, Tony.

BY MR. STERLING:

Q.   This is a March 1st, 2018, investor presentation.  So shortly after the class period began, correct?

A.   Yes.

MR. STERLING:  Tony, the page "manufacturing mode."

BY MR. STERLING:

Q.   If you look in the top left, we see a reference to "Dominator."  Do you see that?

A.   Yes.

Q.   It says:  Key projects 2018, 2019.  Dominator 20-plus well multi-zone project.

Do you see that?

A.   Yes.

Q.   And was this the first public disclosure about the Dominator Project?

A.   I don't know.  That's not something I've evaluated.

Q.   Okay.  But at this point in time, Concho hadn't settled on how many wells.  They just said it was going to be more than 23, correct?

A.   It says 20-plus.

Q.   More than 20.  I'm sorry.

A.   I don't know.

Q.   And Dominator is discussed in the same context as Eider, Little Bear, Mabee 240A, Windham, and Whatcha Want, correct?

A.   It's all part of that section, yes.

Q.    Yeah.  Okay.

        MR. STERLING:  If you will go to Tab 5, please, Tony.

**BY MR. STERLING:**

Q.    This is the transcript from the Citi Global Energy Conference on May 15, 2018.  And Concho, like many other companies, will periodically make presentations at conferences sponsored by investment banks or whoever and post the transcript on their website, right?

A.    I've seen examples of that, yes.

Q.    It's a common practice in corporate America, correct?

A.    For some companies it is; for some it isn't.

Q.    Okay.  Common for Concho.  And the whole world could see this transcript, right?

A.    I don't know how widely distributed these are.  If they're posted on a website, then they would be.  I just haven't investigated the extent to which that's true.

Q.    Okay.

        MR. STERLING:  Tony, if you go to the first page of this presentation where it says:  The big thing for us -- but for us -- where we're talking about Dominator.  There it is.

            But for us, it means getting to what we think is the optimal development plan, recognizing that you're learning all the time, but trying to decide what the right spacing is, which is generally 8 across in the different zones and really getting in, and both big multi-well pads and stringing together

multi-well pads into even bigger projects -- larger projects, simultaneously developing a square mile.

Do you see that?

A. Yes.

Q. And this is Concho talking about what they were doing with large-scale developments, right?

A. That seems to be what they're talking about.

Q. And if you go down to the bottom where it says: "And I think we're fortunate to have kind of learned along the way and evolved from first drilling a 2-well pad and then a 3-well pad and then two 2-well pads together. So we've been building up to this kind of larger-scale development mode and we're very excited about what we're seeing."

Do you see that?

A. Yes.

Q. And again, Concho being very open that it was engaging in this transition to large-scale development across its portfolio, correct?

A. Again, without reading this entire thing in context, it's hard to know whether this statement applies to the whole portfolio; and I'm not going to try to characterize whether it was open or not. That's not what I evaluated.

Q. Okay.

MR. STERLING: Tony, if we go to Tab 6, please.

BY MR. STERLING:

Q.    6 is a transcript from a June 6th, 2018, Bank of America/Merrill Lynch 2018 Energy Conference.

MR. STERLING:  If we go to the next-to-last paragraph on Page 3 please.

BY MR. STERLING:

Q.    And here you have Jack Harper of Concho saying --

MR. STERLING:  You can highlight that whole paragraph, Tony.

BY MR. STERLING:

Q.    -- "What this slide highlights is what I've talked about in terms of this large-scale project development that we have transitioned to over the last couple of years.  And it really highlights two things.  On the left side is the diversity of these projects amongst our assets.  So in other words we're doing them in all the places where we operate; and the size of the project is increasing pretty significantly including the first project listed there called the 'Dominator' which is a 20-plus well project that we start this year, but won't see any production benefit until next year.  So increasing not only in number but size."

Do you see that?

A.    I see that.

MR. STERLING:  Tony, if we go to Tab 7 which is an earnings presentation from August 2.

If you go to Page 2Q18 Northern Delaware Basin,

please, Tony.

BY MR. STERLING:

Q.   Do you see where it says "quickly advancing large-scale development" at the top and then it talks about Columbus 4-well project -- development project and then Dominator.

Do you see that?

A.   Yes.

Q.   "Commence drilling operations on the planned 23-well Dominator in 2Q18.  Currently running 6 rigs.  Peak rig count will be 7 and so on."

Do you see that?

A.   I see that.

MR. STERLING:  And, Tony, if you go to the page "jump-starting large-scale development on RSP assets."

BY MR. STERLING:

Q.   By this point in time, Concho had acquired RSP, had it not?

A.   I forget the exact date of that; but I think by this time they had, yes.

Q.   So to be clear -- and in response to Judge Hanen's question -- the RSP acquisition came after the start of the class period but prior to this earnings presentation; is that right?

A.   That's consistent with my recollection.  As I sit here right now, again, I don't remember the exact date that the RSP

acquisition was.  I would have to look at my report.

Q.   Okay.  I'm just trying to peg it in that interval, nothing further.

A.   Okay.

Q.   So when we look at this page, it has a listing of what they call "key large-scale projects across the entire portfolio."

Do you see that?

With Delaware Basin having Dominator, Eider, Jack, Gettysburg, Tiger Cat, Taylor; and then Midland Basin, Windham, Pegasus, Ted Johnson, Calverley, and Spanish Trail.

A.   I see that.

Q.   So the whole world knew that Concho was engaging in large-scale development across its entire portfolio, did it not?

A.   It seems to suggest they have large-scale projects across the entire portfolio.  That's the words that are used, yes.

MR. STERLING:  Tony, if you will go to Tab 8, please.

**BY MR. STERLING:**

Q.   This is the transcript of the earnings call.  And, again, just so everybody is familiar, public companies typically announce earnings and then have an earnings call with analysts, correct?

A.   Most do, yes.

Q.   And then the transcript of that call is rapidly posted on

the company's website?

A.   Or somewhere, yes.

Q.   Fair enough.

And what we're looking at in Tab 8 is the August 2, 2018, earnings call transcript for the second quarter of 2018.  Okay?

A.   Okay.

MR. STERLING:  And, Tony, if you will go to the first Q and A on Page 2 of that, where the analyst says, "Perfect" -- there we go.

**BY MR. STERLING:**

Q.   Do you see the question from John Freeman of Raymond James & Associates --

A.   I see the question.

Q.   -- where it says, "Perfect.  And then, when I'm looking at the various kind of sizes of the projects, anywhere from kind of 5-well pads to 20-well pads," da, da, da.

And then he says, "And then, kind of longer term, if we should sort of think that these projects are likely going to kind of" -- "going to kind of gravitate toward the larger end of that range over time?"

You see that.

And then if we look at Mr. Giraud's response to that question, he says in the middle, "And that's been a steady evolution over the last couple of years as we've tested different spacing between -- within a zone and between zones.

And so, these bigger and bigger projects I think are just the further evolution of that trend."

Do you see that?

A.   Yeah.  Let me read this in context.

Q.   Sure, sure, sure.

A.   Okay.

Q.   And below that he says at the very end, "However, we're still learning as we go."

Do you see that?

A.   Yes.

Q.   Concho was never saying, "Hey, we've got it all figured out.  We've got the secret sauce," were they?

A.   I don't know whether that's a -- based on all the statements they made, whether that's a fair characterization or not.

MR. STERLING:  If you will go to Tab 9, please, Tony.

This is a transcript from a September 5th, 2018, Barclays Energy-Power Conference.

If you go to the first Q and A.  If you can blow this up.

BY MR. STERLING:

Q.   They're talking about the Dominator Project.

A.   Okay.  I'm sorry.  I just lost my train of thought for one second.  Can you show me the date again?

Q.   Yeah.  Thank you.

MR. STERLING:  If you go back, Tony.

A.    Okay.  Got it.

**BY MR. STERLING:**

Q.    Now we're September 5, 2018.  Got that?

A.    Yeah.  Thank you.

Q.    Yes.

MR. STERLING:  See the first Q and A.  And it says, "We are right now."

Toward the bottom right.  There we go.  "We are right now."

**BY MR. STERLING:**

Q.    "This is probably the extreme example, but the Dominator Project in Lee County, New Mexico, is 23 wells being drilled by 7 rigs all at the same time on one section of land.  That's probably going to be the most aggressive multi-well pad that we drill.  Probably going forward a normal development will be 8 to 12 wells per pad.  So that kind of capital efficiency would generate free cash flow for us.  And your question on the balance between" -- blah, blah, blah.

Do you see that?

A.    I see it.

Q.    So Concho was telling the market that while we're doing a lot of large-scale development, we're testing the edge of the envelope with the Dominator.

A.    They seem to suggest the Dominator was the largest project

and characterizing here as an extreme example.

Q.   And the most aggressive, correct?

A.   Yeah, they use that language.

Q.   There we go.

     MR. STERLING:  Tony, if you'd go to the -- I don't know what tab it is.  It's the October 15, 2018, Global Energy Conference.

**BY MR. STERLING:**

Q.   Here we have another Concho presentation shortly thereafter.  Now we're up to November 15, 2018.

     MR. STERLING:  And on Page 5 of that, Tony, you will see they're talking about Dominator again.  If you go down there.

**BY MR. STERLING:**

Q.   "If you've watched our company, there's been a steady progression going from 2-well pads -- 2, 3-well pads in a project, so that your total project size is 6, 8, 10, 12. We've even got some projects, the largest one we've talked about is the Dominator, which is 23 wells.  That's kind of moving two steps down the line to try and understand where do you actually lose efficiencies as these projects get bigger and bigger and there are things you can do to kind of attack those efficiency losses.  But this is the real area -- people ask all the time, 'What inning are we in?  What inning are we in in the development phase of the completion design?'  And every time we

answer, we -- I think we're probably -- earlier than we think we are.  I think this is an area where we know we're in the early stages.

Do you see that?

A.   I see that.

Q.   So again Concho is telling the whole world the Dominator is an extreme example and we're testing things and there's a lot of things we don't know.

A.   I think it's -- I don't know about there's lots of things we don't know, but they're saying they're -- I mean, they use the term "early."

MR. STERLING:  And if you go to Tab 10, please, Tony, an earnings call transcript for the third quarter of 2018.

On the bottom -- there's a question on the bottom of Page 2 and an answer on the top of Page 3, Tony.

There you go.

The question:  Got it.  And perhaps for Will. With the understanding that you guys are still in the relatively early stages of large-scale development, are there any generalizations you can make regarding efficiencies, gain or challenges experienced?  I know that you guys recently talked about sequencing and timing in your Barclays presentation.

And Mr. Giraud says:  Sure, I mean we continue to experiment with different completion designs, timings and

spacings.  There's still a lot of learning to be done; but, I mean, early benefits, I think you see it in 2019 and 2020 program and you see it in the confidence of making these average project sizes bigger over time.  We like what we're seeing.  We like the benefits we get of efficiency with our vendors of concentrating that much activity in one spot and we like the results we're getting out of them.  So more to come.

Again, Concho expressly saying we continue to experiment, right?

A.   Yes.  I mean, they're also saying they're seeing benefits from it; but yes, they're saying experiment.

Q.   Yeah.

MR. STERLING:  Tony, Tab 11, November 2018 investor presentation.

If you go to the Slide 3Q2018 operational highlights.

BY MR. STERLING:

Q.   Bottom, recent large-scale projects, do you see that, where it talks about White Falcon with 7 wells, Iceman/Hollywood -- who comes up with these names -- 8 wells and Windham, 10 wells?

Do you see that?

A.   Yes.

Q.   And all of these large-scale projects, it talks about the peak rates and the lateral lengths, correct?

A.   Yes.

Q.   And Concho never came back and said, "Oh, we were wrong about these peak rates.  We were wrong about these lateral lengths."

These results were out there; and they were never changed, corrected, modified at all, were they?

A.   I'm not aware of the company coming out and literally correcting these in any way, no.

MR. STERLING:  Tony, if you go to the page "large-scale project update."

There we go.

BY MR. STERLING:

Q.   Large-scale project update, Concho is telling the world about what's going on with all of these large-scale projects, including Tiger Cat, Gettysburg, Dominator, Eider, Jack, Taylor, Calverley, Windham, Pegasus, Spanish Trail, Ted Johnson.

Do you see that?

A.   Yes.

Q.   It says Dominator has been drilled.  Progress is in completion and production the first half of 2019, correct?

A.   That seems to be what it's indicating, yes.

Q.   Okay.

MR. STERLING:  And now if you go, Tony, to Tab 13, which is the April 30, 2019, earnings release.

Go to the first page, "highlights."

Is that the first page?  I think -- right there.

No.  Very first page, Tony.  Right there.  Can you blow that up?

BY MR. STERLING:

Q.   For the first quarter 2019, they achieved record oil production.  They delivered total production which exceeded the high end of the company's quarterly guidance range.

Do you see that?

A.   I see that.

Q.   They raised the full year 2019 production growth outlook.

That was a fantastic quarter, wasn't it?

A.   I would have to look at what the market expectations were at the time to see, but these are certainly positive statements about their production.

Q.   Yeah.  And if you look at -- right there, Tim Leach, chairman and chief executive officer commented, "We are delivering exceptional performance across our portfolio."

And then he goes on, "Results for the first quarter of 2019 reflect our focus on large-scale development, controlling costs, and generating solid returns on strategic investments, as demonstrated by the Oryx sale."

Do you see that?

A.   I see the sentence you're referring to, yes.

Q.   "During the quarter we completed several important

projects ahead of schedule, driving increased production that exceeded the high end of our guidance range."

Do you see that?

A.   I see that.

MR. STERLING:   Tony, if you go to the "operations update" page, the last paragraph of that.

Yeah.   Scroll down to the bottom paragraph.

**BY MR. STERLING:**

Q.   It says, "Concho continues to advance large-scale development across its high-quality asset base."

Do you see that?

A.   Yes.

Q.   And the company successfully started production on nine projects during first quarter of 2019, including the Dominator, Eider, and Jack projects as well as Mabee.

Do you see that?

A.   Yes.

Q.   Okay.   And then if you'll look -- now let's change gears and let's talk about the corrective disclosures.

A.   Okay.

Q.   And just in terms of nomenclature, do you think of there being one corrective disclosure or two in this case?   Because it was done on July 31, earnings release related -- earnings call.   Do you think of them together or separately?   I don't care.

A.   I think of it as one corrective disclosure because I'm measuring the price impact on one day, but I agree there are two separate disclosures.

Q.   Okay.   Let's call it one because it's the same thing. Right?   Because it was announced in the earnings release and it was discussed on the companion earnings call, correct?

A.   And those were on the same day, yes.

Q.   Yeah.   So let's look at Tab 15, which is the actual earnings release.   Okay?

A.   Okay.

MR. STERLING:   If you go to the next page, Tony, so we can all see.

BY MR. STERLING:

Q.   And you recognize this as the earnings release that contains the corrective disclosure, right?

A.   Or at least the part of it that's in this document, yes.

Q.   Yeah.

MR. STERLING:   Okay.   So, Tony, if you will go to the first substantive page that says, "Concho Resources reports second quarter 2019 results."

Bingo.

BY MR. STERLING:

Q.   It says:   Second quarter 2019 highlights.   Exceeded second quarter guidance, delivered strong execution, reported net loss, generated 717 million of adjusted EBITDAX.

So what in this earnings release do you claim is a corrective disclosure?

A.    Well, what I understand plaintiffs are alleging is corrective is -- part of it is the net loss, so the third bullet point there.  So the worse-than-expected earnings performance.

If you go down the page some, I think the paragraph that starts "Net loss for second quarter 2019" --

Q.    Uh-huh.

A.    -- and then continues on for a couple of sentences there. My understanding is that that poor performance relative to expectations is part of what they're alleging is corrective.

Q.    What else?

I'm going to come back to this.  Don't worry.

A.    Okay.  If you go to the next page -- or the next section. Sorry.

Q.    Yep.

A.    The paragraph that starts "costs incurred" that describes their costs during the quarter as well as the rig count that they're currently running.  So my understanding is that's part of what plaintiffs are alleging is corrective.

The discussion of the large-scale projects and the well spacing being too tight and incorporating learnings from that project into its second-half program in future Delaware Basin. My understanding is they're alleging that as part of what's

corrective.

The outlook statements below that.  I understand they're alleging the reduced outlook and reduced capital spending is part of what's corrective.

And if you go to the next page.

Okay.  I think that covers it.

Q.   Okay.  Let's break these down.

First you mentioned the earnings loss.  The only reason why Concho had a loss in the second quarter of 2019 was because they took a very large noncash impairment on some unrelated assets, correct?

A.   That may have contributed, yes.

Q.   Didn't just contribute.  That caused it, right?

A.   Without that charge, there would probably be a net profit, yes.

Q.   A big net profit.

MR. STERLING:  Tony, if we go to the page that -- the consolidated statement of operations.

Gone too far.

Gone too far.

Further back.

There we go.

It's the first page -- nope.  Go back farther.

Farther.

Yeah, right there.  Kind of hard to see.

BY MR. STERLING:

Q.   Do you see the 868 million-dollar charge for the impairment of long-lived assets?

A.   Yes.

Q.   That's a noncash charge, right?

A.   That's my understanding, yes.

Q.   And the market doesn't really care about noncash charges, right?  The stock price is the discounted present value of future cash flows, right?

A.   I mean, what you're saying about what the market cares about is right.  Whether or not this noncash charge was a signal of something that mattered to the market I haven't evaluated specifically.

Q.   No.  You read all the analyst commentary following this announcement, right?

A.   Correct.

Q.   Nobody cared about this, right?

A.   That did not seem to be the focus, no.

Q.   Can you name a single analyst who gave the slightest care in the world about this noncash impairment?

A.   Again, I don't recall the onus focusing on this, no.

Q.   It was a nothing burger, right?

A.   I don't know if I could characterize it as a nothing burger.  It's obviously affecting their accounting.  But in terms of what caused the stock price decline, I didn't see any

evidence that this is what was driving the stock price decline.

Q.    And if you add back that 868 million, you see that the profit for the income from operations would have been not negative 405 million but it would have been more like positive 463 million, right?

A.    I think that math is right, yes.

Q.    Which would have been way better than the three months ended June 30, 2018, right?

A.    Yes.  I don't know how that exactly compares against market expectations; but it would be higher than 2018, yes.

Q.    And you said that the announcement of an earnings loss was a corrective disclosure.  What alleged misrepresentation did it correct?

A.    Well, my understanding is that the alleged misstatements under omissions failed to provide the market information about the success of moving the large-scale manufacturing.

If I could have a copy of my report, I mean, I can -- there's language in my report that deals directly with this question about what the worst-than-expected performance and the worst-than-expected outlook and how it relates back to what plaintiffs are alleging was concealed.

Q.    Can you explain to us what the concealed information was?

A.    Sure.  I mean, I want to use the exact language that's in my report; but I'll try to do it from memory.

So Number 1 was that the movement to large-scale

development was successful and moving forward --

Q.   I'm just talking about the earnings.  You said the announcement of a loss that quarter was a corrective disclosure.  That's all I'm talking about right now.

A.   Well, I'm saying that the announcement of worse-than-expected earnings.  Not necessarily the net loss itself but worse-than-expected earnings that was focused on by the analyst is part of what drove the stock price down on that day and my understanding is plaintiffs are alleging that that lower-than-expected earnings reflected the poor performance of the large-scale development projects, which was inconsistent with how they described the large-scale development projects, that they had moved to manufacturing mode through learning rather than still experimenting, that they had not risk-adjusted their forecasts appropriately, and that they had made statements -- and that the problems with large-scale developments were impacting their entire portfolio not just parts of their portfolio.  So that's my understanding.

Q.   Whoa, whoa, whoa.  Where did they say that?

A.   Well, that's my understanding --

Q.   I --

A.   -- of what plaintiffs are alleging the --

Q.   I'm not asking what plaintiffs are alleging.  Plaintiffs spin till the cows come home.  Where did Concho say that the -- Concho clearly said we spaced it too tightly at Dominator,

right?

A.   Can we go back to that language?

Q.   Yeah.  "While the Dominator Project accelerated the company's understanding across the project lifestyle -- logistics, lateral placement, well spacing, facilities design -- performance from the project indicates the well spacing was too tight," right?

A.   I'm sorry.  I'd like to look at the actual language.

     MR. STERLING:  Can you highlight it right there, Tony?

**BY MR. STERLING:**

Q.   Now, Mr. Coffman, I'm not asking you about how the plaintiffs spun, exaggerated, twisted, distorted what Concho said.  I'm asking you what Concho said.

     Where did Concho ever say we had a problem with spacing development anywhere other than Dominator?

A.   Well, I think it says the company has already incorporated learnings from this project into its second half 2019 program and future Delaware Basin projects.

Q.   Right.

A.   So I -- that --

Q.   That's not my question.

A.   No, I -- but I'm trying to answer your question because my understanding is that's referring to a much broader set of projects than just Dominator.

Q.   Wait a second.  It says, "The company has already

incorporated learnings from this project."  And it's talking about Dominator, right?

A.    Right.  It's talking about what they learned from that project but applying it to the second half of 2019 program --

Q.    Sure.

A.    -- which I understand is broader than just Dominator.

Q.    Right.  Concho was really clear:  We're big on large-scale development.  We've done 2 wells, 4-well pads, 6-well pads, 8 wells.  We think 10 to 12 is going to be the norm.  And here is Dominator, which is 23; and we're being super aggressive on spacing, everything else.

     Now that you have -- we have this corrective disclosure which says, oops, now we know spacing at Dominator was too tight.  We've incorporated the learning.

     Where did Concho ever say we had a problem at any other large-scale development anywhere?

A.    Well, I believe it's suggesting that this is causing them to make changes to their overall program, not just the Dominator.  That's my understanding of this statement.

Q.    Let me ask the question a third time.  Where did Concho ever say we had a problem with spacing, development, anything else of any other large-scale project other than Dominator which we told the whole world is an extreme test?

A.    Well, if you're going to ask me that question, I'd like to read this in total again just to make -- and also the

conference call.

Q.   Okay.  We'll go to the conference call right now -- well, hang on.

Before we do that you also mentioned that the outlook where they gave guidance for the upcoming quarter is a corrective disclosure?  "The company expects to produce between 316 MBOEPD to 322 in third quarter 2019," you said that's a corrective disclosure?

A.   Yes, that the reduced expectation of oil production was part of what is alleged to be corrected, yes.

Q.   Okay.  So what Concho is doing here is they're giving guidance for the production of the next quarter, correct?

A.   Yes.

Q.   And you're saying that's a corrective disclosure?

A.   I'm saying that's part of what plaintiffs are alleging is corrective because it reflects the lower ability to produce oil going forward than what was expected.

Q.   Here is my question for you:  Had Concho prior to this ever provided guidance for the third quarter of 2019?

A.   I would have to go back and study that.  I don't recall them having produced --

Q.   Concho only gave production guidance one quarter out, correct?

A.   I don't know if that was always true.  That was my understanding for much of the period.

Q.   If this is the first time Concho has ever given production guidance for the third quarter of 2019, it can't be a corrective disclosure, can it?

A.   I don't know that it -- I disagree with that.  I mean, to the extent the market -- they had made statements in the market that inferred how things were going that suggested that they were going to grow in a certain way over the long-term and gave statements about how their projects were going, then the market would create expectations based on that.  So to the extent this was not meeting those expectations, that could provide the relevant truth that the market was being misled about it.

Q.   But if the market is creating its own expectations, does the company have an obligation to say, "Whoa.  Wait.  No, we disagree"?  That doesn't make any sense.

A.   Well, if the qualitative -- my understanding is plaintiffs are alleging that qualitatively they were giving -- and in certain cases quantitatively -- giving the market a misperception of how well the projects were going.

Q.   Okay.  Did Concho ever say -- with respect to any of these other dozens of large-scale projects that we've looked at, did Concho ever say, "Whoops, we had problems there, too.  We spaced it too tight.  We packed it too densely.  We didn't drill deep enough" or anything else?

Did Concho ever say we had a problem at any project other than Dominator which the whole world knew was an extreme test?

A.   Well, again, I think they're drawing a link here between what they're learning on Dominator and what they're planning for their whole program and --

Q.   My question is:  Did Concho -- not what the plaintiffs alleged or what the plaintiffs link.  The plaintiffs are going to spin everything.

Did Concho ever say to the market, "Oops.  In addition to Dominator, we've got a problem with Eider, Jack," any of these other dozens of large-scale projects?

A.   Before I answer that question, I'd like to review the conference call transcript from this day as well.

Q.   Okay.  We'll go there right now.

     MR. STERLING:  Tony, Tab 16.

**BY MR. STERLING:**

Q.   This is the transcript of the earnings call, right?

A.   It appears to be, yes.

Q.   Okay.  Oh, by the way, one other thing that was talked about in the earnings release was how gas prices plummeted in the second quarter of 2019, right?

A.   I seem to recall that being mentioned, yes.

     MR. STERLING:  Tony, if I can get you to put Tab 15 back, the first page again, where it says "Concho Resources reports second quarter of 2019 results."

          Yeah, right there.  Blow that up.

          There you go.

BY MR. STERLING:

Q.   Concho's average realized price for oil and natural gas was second quarter 2019, excluding derivatives 56.02 per barrel and 1.16 per MCF.

I mean, compare the gas price to the second quarter of 2018.  Second quarter of 2018 gas prices were $3.19 per MCF.  Now it's a buck 16.  Gas prices plummeted, right?

A.   Yes.  That would be publicly available information, what gas prices were, but yes.

Q.   Okay.  Now let's go to the earnings call.

MR. STERLING:  And if you'd go over to the next page, please, Tony.

BY MR. STERLING:

Q.   I don't know what you want to focus on here.

A.   Yeah, let me just read for a minute.

Okay.  Can you continue down?

Thank you.

Q.   Maybe we can go page by page and just pause on a couple of things.  Okay?

Is that all right with you, Mr. Coffman?

A.   Yeah, that's fine.

Q.   Okay.  Let's look at the paragraph "operationally."  "The team is making the transition to full-field development across our assets."

Do you see that?

A.   Yes.

Q.   So Concho is not retreating from large-scale development. They're reaffirming their commitment to it, right?

A.   If "full-field development" is a synonym for "large-scale development."  I don't see where in this paragraph it's saying that they're fully committed to it but -- as you're suggesting in your question.

Q.   Well, it says, "The team is making transition to full-field development across our assets."  That's not signaling a retreat, is it?

A.   No.

Q.   Okay.  Let's go to the next paragraph where they talk about Dominator.  It says, "In the Delaware Basin the 23-well Dominator Project was designed to test logistical capabilities in well spacing that was approximately 50 percent tighter than our current resource assessments.  While initial rates were solid, current performance data indicates that we developed the upper Wolfcamp too densely.  We are incorporating the data into our development model to adjust spacing on future projects." Right?

     If you go on IN that same paragraph, it says, "Initial performance for the Marion Benge is strong.  And the project highlights..."

     Marion Benge was another one of the multi-well large-scale development projects going on, right?

A.    I don't recall that name specifically, but it's certainly possible.

Q.    Okay.  And, again, getting back to my question, did Concho ever say -- in addition to, "Oops, we spaced at Dominator too tight.  That was aggressive.  We'll learn from it," did Concho ever say, We had a problem -- whether it was spacing, sizing, development, anything else -- at any of its other multitude of large-scale development projects?

A.    Can we continue down this page and continue reading?

Q.    Sure.

A.    Okay.  Can we go to the question and answer, please?

Q.    Yeah, sure.

      And you see Jack Harper, the president, saying, the bottom of this page, "Yes, John, I think the average project size will remain about the same."

      Do you see that?

A.    Yes.  Give me just a second.

      Okay.  Can you continue on?

Q.    Yep.

A.    Okay.

Q.    Ready for the next page?

A.    Yep.

Q.    Okay.  Great.

      Here we go.  You have Mr. Giraud saying at the bottom, "So I would say that in the number of projects we have this year,

including a couple more coming in the back half of this year, you're going to see them developed at a modestly more dense than our resource spacing but nothing anywhere close to Dominator."

Do you see that?

A.   Yeah.  Can you go back up for just a second?

Q.   Sure.

A.   All right.  So the prior question above that is "And my followup on Page 6 of your PowerPoint, you noted that Concho tested the upper limits of well spacing during the second half of '18 and first half of '19.  How many wells and projects probably pertain to that statement?"

And then he says, "I don't know the number off the top of my head."

So that seems to indicate more than just Dominator.

Q.   Okay.

A.   And he's talking about characterizing '19 as the year that we were advancing our understanding of optimal length, placement design, and well spacing being one of the critical variables; and then he's saying Dominator is the most extreme example of that.

Q.   Uh-huh.

A.   But he also appears to be talking about others where they were testing the upper limits of well spacing.

Q.   Yeah.  And I'm still looking to see if there's any

reference anywhere to a problem with any well or any project, any of the multitudes of projects other than Dominator.  So let's keep looking to see if we can find one.

A.    Okay.  Can we continue down?

Keep going.

Okay.  Next page.

All right.  So in -- I'm sorry.  If you will go back up a little bit.

So in this answer, about a third of the way through, there's a sentence that starts "And we."  "And we -- on almost every project we do, we have some level of experimentation and so we have to fit that experimentation within the projects and the capital that we're deploying so -- and as we'll describe, '19 was heavily weighted towards density testing.  And as we've described in the past, you can't test all the variables at once."

So, again, I think this is clearly talking about how they were doing experimentation throughout the portfolio not just Dominator.

Q.    Sure.

A.    That's clear.

Q.    But my question is:  Did they ever report a problem, an oopsie like Dominator spacing?  Did they ever report a problem anywhere else?

A.    Can we continue on, please?

Q.   Sure.

A.   Okay.  Keep going.

Okay.  Next page, please.

Okay.  Keep going.

Okay.  So this question from Susquehanna:  "Tim, you mentioned you are adjusting spacing on the wells that you're spudding now based on the results from some of the recent pilots.  So just wondering how should I think about the spacing and productivity on the wells that you're totaling between now and in the well -- when the wells that are spudding now come online?"

And then the answer was, "Sure.  I mean, like I could mention, 2019 was the year of testing a number of different things, one of the primary variables being well spacing.  So there are still projects that come on in the back half of the year that have, as I stated, modestly down-spaced tests incorporated in them.  I think going forward you'd expect us to revert back to that resource spacing, which I think you can generally characterize as across in a section.  And then I also would expect us, as we move forward into 2020, to also test what densities less than our resource spacing looks like as well."

So, again, this is them suggesting that the spacing is likely coming down from even what they were testing before on a lot of the projects.  That's the way I read this.

Q.   That's how you read that, really?

A.   Yes.

Q.   Okay.  Think back to what the Second Circuit called a "good dose of common sense" but go ahead.  Keep reading.

A.   Can you move on to the next page?

Q.   Still looking for any statements that we had a problem with another project spacing too tight, didn't space it tightly enough, it was too big, too small, the results were not as good as we said they were before.  Any project other than Dominator, with the most aggressive spacing?

A.   Give me just a second to finish reading that sentence above there.  Thank you.

Q.   Uh-huh.

A.   Okay.  Can we continue on?

So halfway through this question it says, "If I could just elaborate, what I'm really trying to get out is you obviously committed a lot of capital here, which has kind of set the future for the second half of the year.  So some of them are really what you do, I guess, second half is now in place with that momentum.  But does that need you to rethink that maybe the right-size of these large developments needs to be somewhat smaller?  I'm just thinking philosophically how you're going to develop the portfolio going forward?"

And he says, "Yes.  So I mean, in terms of the project spacing..."

Q.    Yeah, that's the question.  And then Mr. Giraud goes on to say, "So I do think, as we talked about in previous calls, the optimal project size for us is probably in the 8 to 10 to 12 depending on where you're in the Permian."

Do you see that?

A.    Yes.

Q.    And we've seen lots of projects over the prior couple of years that were 8 to 10 to 12, right?

A.    Yes.

Q.    Dominator was the extreme.  The whole world knew Dominator was a very aggressive test in terms of sizing and spacing. Concho says, "Whoops, we spaced it too tight; and we learned from it."

Where did Concho ever say we had a screw-up, a problem, a glitch, a hiccup in any other project?

A.    Can we go to the next page, please?

Can you go back up to the -- that's being answered here? I think we might have to go to the end of the prior page.

Okay.  Go ahead back down.

Again this answer is making reference to generally project size being smaller going forward.

Q.    Right, incorporating the learnings from Dominator.

A.    Okay.  Can you continue on, please?

Okay.  Continue on.

Okay.  Continue.

Okay.  Next page.

Again, at the bottom of what you have up there now, Mr. Harper is saying at the end, "So in general I would say 2020 versus 2019 would have less densely spaced wells."

I don't think that's specific to Dominator.

Continue on.

Q.   Well, they expressly said we spaced the wells at Dominator too tightly, right?

A.   Yeah.  I just think some of these statements about them moving to less densely spaced wells are broader than just talking about at Dominator.

Q.   And still looking for any statement suggesting they had a problem, a glitch, a hiccup at any project other than Dominator.

A.   Can you continue down, please?

Q.   We're reaching the end.

A.   Okay.  Keep going.

Next page.

Okay.  Continue.

Okay.  Can I see the answer to the next question?

Okay.  Continue.

Okay.  Continue.

Okay.  Continue.

Okay.  Continue.  Next page.

Okay.  Continue.

Okay.  Can I see the answer on the next page?

All right.  Can you go back, please, to the prior page?

All right.  So KeyBanc question at the top here, it says, "I guess with respect to obviously some of the issues you had here on Dominator, I think you guys have said that, there may be some lingering effects into the second half and maybe a couple of other pads that also tested spacing that was too dense.  I just wanted to get your kind of high-level thought.  Do you think that by saying in the fourth quarter you guys are no longer bringing on pads that are likely to show some underperformance, just want to get a sense of when some of the deleterious impacts are kind of removed from the numbers here?"

That's certainly making reference to other pads beyond Dominator.

And then there's a follow-up question at the bottom here, "So just to be clear, so would you basically anticipate that the impact of some of the pads that were spaced too tight will sort of be gone by the end of the year and allow you to see pads that are tied in next year that are just spaced correctly?"

And then the answer to that is on the next page where it says, "Sure.  I'd say that, yes, I think that's the short answer to your question."

So that question and answer seems to relate to more than just pads for the Dominator.

portfolio, right?

A.   Yes.

Q.   Okay.   Now let's talk about the alleged misrepresentations.   Okay?

A.   Okay.

Q.   And now that we've flogged the earnings release and the earnings call to death, I want to talk about --

THE COURT:   Mr. Sterling, why don't we take a ten-minute break.

MR. STERLING:   Sure.

THE COURT:   We've been going for a couple hours.   And Mr. Coffman can stretch and come back and talk about that.

MR. STERLING:   Sure.

(Court is in recess.)

THE COURT:   All right.   Be seated.

Go ahead, Mr. Sterling.

MR. STERLING:   Thank you, Your Honor.

**BY MR. STERLING:**

Q.   Now, Mr. Coffman, as we talked about a little while ago, we, defendants, have categorized the 72 alleged challenged statements into four buckets, right?   And Category D we're not challenging.   So I'm not going to ask you about Category D statements because we're not -- for the purposes of class certification, we're not contesting class certification as to those.   You understand that?

A.   That's my general understanding, yes.

Q.   Okay.  So I want to start with the Category C ones which are statements -- challenged statements by the plaintiffs that relate to projections prior to 2019.  Okay?

MR. STERLING:  Tony, if you will put up Tab 17.  Let's look at C-1.  You have A-1 up.  Let's put C-1.

Boom, got it.

**BY MR. STERLING:**

Q.   Okay.  So this is from March 5, 2018, okay?  So we're now a full year before Dominator starts coming online, correct?

A.   It is about a year.  That's my understanding, yes.

Q.   And we're about 16 months before Concho says, "Oops.  We spaced Dominator too tightly," correct?  Right?

A.   That calculation seems roughly right, yes.

Q.   Okay.  And the challenged statement says here "Let's talk about the 2018 budget for just a moment.  And I'd like to start with the doughnut-looking charts on the left side.

"Well, first of all, before we go there, let me say you should expect more of the same in '18 as you saw in previous years from Concho.  It's going to be a budget focused on reinvesting our cash flow and an increasing percentage of capital going towards these larger-scale projects that we've been describing to you."

Okay, Mr. Coffman.  Applying what the Supreme Court says is a good dose of common sense, tell us how the corrective

disclosures that we looked at on August 1st of 2019 -- how it corrects this statement about the 2018 budget.

A.    Well, I don't think -- it's obviously not an explicit correction.  My understanding is plaintiffs are alleging that there was a substantial amount of information omitted from a lot of the company's statements that would have, in their view, not rendered the statement misleading.  That's my understanding of their claim so --

Q.    Let's go back to my question.

What in the corrective disclosures that we exhaustively went through, in your mind, suggests that anything in C-1 was false at the time it was said?  Anything.

A.    I don't think there's anything in the corrective disclosure that explicitly suggests this was --

Q.    Don't add the word "explicitly."  Suggests.  Hints.

A.    I figured it the same way.

Q.    It doesn't correct it, does it?

A.    Certainly not directly, no.

Q.    Or indirectly?

A.    Again, my understanding of plaintiffs' claim is that --

Q.    I'm asking you as an expert, not what the plaintiffs claim.  The plaintiffs claim all sorts of nonsense.  What do you think?

A.    Well, my role in this case was to start from plaintiffs' allegations --

Q.   Right.

A.   -- and assume they were correct and assume that these statements were misleading in the way it alleged and then answer the question of whether if that's true do I see evidence of price impact.  That's what I took my task to be.  I was not evaluating each one of the statements for whether there was an explicit correction of them.

Q.   I'm not asking for an explicit correction.  It doesn't have to be explicit, right?

Is there any in the exhaustive corrective disclosure that we looked at that in your mind -- you're under oath -- corrects anything in C-1, suggests it was false at the time it was said?

A.   There's nothing that suggests that statement was false --

Q.   Okay.

A.   -- just reading the text of the corrective disclosure.  I acknowledge that.

Q.   Okay.  Fair enough.

Now, I don't want you to think I'm cherry-picking.  We've got nine statements of Category C.  Pick a number between 2 and 9 since we looked at 1.  Pick a number.

A.   4.

Q.   Okay.  Let's look at C-4.  C-4.  Now its February 20th, 2018, so we're now 17 months before the corrective disclosure.

It says:  "The company provided a new three-year production growth outlook.  Concho expects to grow total

production at a compound annual growth rate of 20 percent from 2017 to 2020.  The outlook reflects the company's high-quality production base and strong operating momentum.  Additionally, the company expects to deliver this growth within cash flows and operations at an average crude oil price (WTI) in the low to mid $50 per barrel range over the duration of the outlook.

"As with the company's 2018 outlook, growth over the three-year period from 2017 to 2020 is the output of reinvesting high-margin cash flow into its drilling program," right?

A.    Yes.

Q.    Is there anything in the corrective disclosure that to you suggests that this statement was false at the time it was made?

A.    Again, not explicitly.  Again, my understanding of plaintiffs' allegation is that --

Q.    I'm not asking for explicitly, and I'm not asking about the allegation.

Tell us what you think.

A.    Again, I don't think there's an explicit correction of this statement.

Q.    How about implicit correction?

A.    To the extent plaintiffs would be able to prove that telling the market that they expected to grow at a compound annual growth rate of 20 percent, given the alleged negative information the company had about how large-scale development

was progressing, I can see a logical economic connection between saying that this misled the market about the company's ability to grow if what they are claiming is true.

Q.   Well, two things.  Concho learned about spacing Dominator too tightly in the end of the second quarter of 2019, correct?

A.   I don't know when they learned underlying -- the underlying facts of that it was not performing well.

Q.   It was not -- they certainly didn't know it in February of 2018, did they?

A.   I don't know.

Q.   They didn't even start drilling until late in 2018, correct?

A.   That may be true.  Again, I don't know all the things the company knew and have not investigated all the things the company knew.  Again, my analysis starts from assuming the plaintiffs' allegations are correct.

Q.   Okay.  And this statement made on February 20th of 2018, this was before the RSP acquisition, correct?

A.   Yes.

Q.   And the RSP was a significant acquisition for Concho, was it not?

A.   Yes.

Q.   It significantly increased the asset base, right?

A.   Yes.

Q.   It rendered these projections from 2017 to 2020 moot

because they took on a whole slug of new assets, right?

A.    I don't know that it's moot.  I mean, you could still figure out how much of -- if the Concho assets continued to grow at this rate, you could figure out what that meant for the company as a whole even though it might be somewhat diluted.

Q.    Let's look at the Category B statements.  These are the resulted and observations from 2017 and 2018.

        MR. STERLING:  And, Tony, if you will pull up B-1, please.

BY MR. STERLING:

Q.    February 20, 2018 -- so again we're 17, 18 months before the corrective disclosure -- Concho delivered outstanding results from the company's large-scale development projects in the Northern and Southern Delaware Basin and in the Midland Basin.

    How, Mr. Coffman, does the corrective disclosures on August 1, 2019, correct this statement?

A.    Well, my understanding of plaintiffs' claim is that this statement --

Q.    I'm not asking about the plaintiffs' claim.  What do you think?  Does it correct it at all?

A.    I think there's a logical economic connection if plaintiffs' claims are correct, which is that they were given a positive view of what was happening with large-scale development projects and how that was going to grow the

company.  And my understanding of plaintiffs' claim is that there was contrary information that was not being given at the time; and so when the results of large-scale development projects were disappointing, that is, from an economic perspective, logically tied to this if plaintiffs' allegations are correct.

Q.   I'm not asking about the plaintiffs' allegations.  I'm asking you as an expert, do you believe that anything we read in the corrective disclosures on July 31st and August 1st of 2019 correct this statement made on February 20, 2018?

A.   Not explicitly in saying that at the time we said that, that --

Q.   You keep adding --

A.   -- statement was wrong.

Q.   -- the word "explicitly."  Leave "explicitly" -- implicitly.  Suggests.  Yes or no?

A.   It doesn't directly suggest.  But, again, to the extent that the relevant truth here that plaintiffs are alleging was concealed is that the company had overstated the expected success of its drilling program and failed to disclose negative information about the large-scale development that they're claiming the company should have disclosed, then the question is when did that relevant truth come out.

And my understanding is the allegation is the relevant truth came out on the corrective disclosure and clearly the

market, based on analysts' commentary, saw that this -- said that the production and benefit of the large-scale development was worse than expected.

Q.   Whoa, whoa, whoa.  Are you saying that some analyst said at any point in time:  Wow.  So Concho said on February 20, 2018, that it delivered outstanding results from the company's large-scale development projects in the Northern and Southern Delaware Basin and in the Midland Basin.  I don't think that's true or they didn't.

That never happened, did it?

A.   No, the analyst didn't tie it directly back to this statement, no.

Q.   Because you can't tie it back to that statement because they're talking about the results in 2017, right?

A.   Again, I think I've described my understanding of plaintiffs' claim for why that is -- was false and misleading and how the two could be logically economically connected.

Q.   And they can't be.

A.   I disagree.

Q.   Okay.  Fine.  Pick another number.  We've got 12 statements.  Pick a number between 1 and 12.

A.   6.

Q.   Okay.

MR. STERLING:  Let's go to B-6, Tony.

BY MR. STERLING:

Q.    August 2nd, 2018.  So now we're exactly a year -- almost exactly a year before the corrective disclosure.  It says, "I think we've been one of the leaders in moving to these larger-scale development projects and that's been a steady evolution over the last couple of years as we've tested different spacing between -- within a zone and between zones and so these bigger and bigger projects, I think are just the further evolution of that trend.  Where you see some of the smaller projects, that's us continuing to test tighter spacing or different spacing within a zone or between zones again.  And I think you're right.  Longer term you'll see an evolution to the bigger and bigger projects.  However, we're still learning as we go; and so I think you'll see a blend of different sizes."

So how does anything we looked at that Concho said exactly one year later correct anything that's in this statement?

A.    It doesn't explicitly correct that statement.

Q.    It doesn't implicitly correct the statement either, does it?

A.    Again, to the extent plaintiffs are alleging that this statement failed to convey the negative information that they were required to convey as well, the underperformance at that time would reflect the relevant truth that plaintiffs are alleging was concealed by this whole series of statements, including this one.

Q.   And the negative news was that they spaced Dominator too tightly?

A.   No.  I think the way it's characterized in --

Q.   I'm not asking --

A.   In my report --

Q.   I'm not asking about the characterization.

A.   No, but that's --

Q.   Anything that Concho said.  Did anything that Concho say ever suggest that anything in B-6 was false at the time they said it on August 2nd, 2018?

A.   And I'm saying not directly, no.  I agree with you, not directly.

Q.   Okay.  Let's turn now to Category A, the generic statements.  Let's look at Category A-1.

"Fourth quarter of 2017" -- obviously -- "was an excellent end to a great year for Concho.  Our operational and financial performance demonstrated our ability to consistently execute, control costs, and capitalize on opportunities that strengthen our competitive position."

Do you see that?

A.   Yes.

Q.   That's a pretty darn generic statement, isn't it?

A.   I don't know exactly what you mean by "generic."

Q.   That's the type of thing all kinds of companies say, right?  Probably using pretty much those exact same words.

A.    There's not a lot of specificity in that statement; but whether it qualifies as "generic" under the law, that's not something I'm here to opine on.

Q.    Fair enough.  I didn't ask you that question.

And is it your view as an expert that something that Concho said on July 31st, 2019, or August 1st, 2019, some nearly a year and a half later corrected this statement?

A.    If the question is similar to what you asked me before, does it directly contradict this statement in some way or say that this statement was --

Q.    That wasn't my question.  I didn't ask you did it directly contradict it.  Does it suggest it was false?

A.    Again, not directly, no.  My understanding is plaintiffs are alleging to be not misleading this would have had to present much more information about how well the large-scale development projects were going.

Q.    Okay.  We've got 33 statements.  Pick a number between 2 and 33.

A.    8.

MR. STERLING:  Let's go to A-8.  There we go.

BY MR. STERLING:

Q.    February 21, 2018, again about 17 months before the corrective disclosures, "Our accomplishments last year paved the way for continued operational and financial performance for the next decade.  Our development activities validated well

spacing, lateral placement, and completion design; and our strategic acquisitions and asset exchanges added complementary leasehold for long lateral development.  The result is more high-quality reinvestment opportunities to fuel our growth."

You see that?

That's pretty generic, too, isn't it?

A.   I think the statement "our development activities validated well spacing, lateral placement, and completion design" are not generic in my mind.

Q.   Okay.  And by this point in time, as we saw, Concho had done a whole lot of testing and development with well spacing and well sizing, right?

A.   That's what they claimed, yes.

Q.   And those statements were never retracted, corrected, modified, or anything else, were they?

A.   They did not explicitly retract those statements, no.

Q.   Okay.  So is there anything in the corrective disclosures that in your mind corrects anything in A-8?

A.   Well, again, if plaintiffs' claims are accurate that this was an overstatement to the extent they had validated well spacing and then in the corrective disclosure they said that well spacing was too tight and that was going to impact their second-half program for their portfolio, then yes, I see a logical economic connection between those.

Q.   And Concho continued to say long after this that they were

testing well spacing, correct, repeatedly?

A.   That's part of what they said.  I think they made other statements as well.

Q.   Okay.  I'm going to change topics now and talk about damages for a little bit.  Okay?

A.   Uh-huh.

Q.   You understand that it is the plaintiffs' burden at class certification to come forward with a damages model that comports or fits with their liability theory, correct?

A.   Again, I'm not going to speak to what their requirements are; but I was asked to describe a class-wide damages methodology that could be used in this case that's consistent with their theory of liability.

Q.   Okay.  And in your report and in your direct testimony, you talk about an out-of-pocket.

A.   That's how I refer to it is the "out-of-pocket methodology," yes.

Q.   But out-of-pocket is not a methodology.  It's a measure of damages, right?

A.   Well, I think that term can be used in different ways.  I think I provided a very specific formula for how damages should be calculated in this case that's entirely consistent with plaintiffs' theory of liability.

Q.   We'll get to that in one second.

     Out-of-pocket just means you paid too much.  An

out-of-pocket measure of damages contrasts with like a benefit of the bargain measure of damages or a restitutionary measure of damages, right?

A.    Well, those are -- you contrast those as well, but it's not just overpayment.  The formula takes into account not just whether you overpaid by paying an inflated price but also whether when you sold, that inflation had been dissipated in some way.  So it's not as simple as you describe.

Q.    Okay.  We'll talk about your methodology in a second; but you were the plaintiffs' expert in the *BP* case that was talked about in the opening statement, right?

A.    Yes.

Q.    Okay.  And just for everyone's benefit, there were two aspects or rather two subclasses to the *BP* case, right?  There was a pre-spill class and a post-spill class.

A.    That's correct, yes.

Q.    And the claim of the pre-spill class was that *BP* misrepresented the -- understated the risks of something terrible like the Macondo happening?

A.    Or just safety generally, yes.

Q.    Whereas the post-spill class had a completely different claim.  Their claim was after the spill *BP* understated how much oil was actually flowing from the well, right?

A.    And other things, but yes.

Q.    And Judge Ellison treated those two subclasses very

differently.  Certified the post-spill class, right?

A.    Yes.

Q.    And refused to certify the pre-spill class, correct?

A.    Correct.

Q.    And you were the expert on that, right?

A.    Correct.

Q.    And the reason why Judge Ellison denied class certification and the Fifth Circuit affirmed Judge Ellison's denial of that class certification was because your methodology or your model did not appropriately take into account the fact that it was a materialization-of-the-risk case and your model did not account for the difference between the market's perception of the risk and the actual risk.

A.    I think that's a summary of it.  Again, the way I would characterize it is for the post-spill class I proposed the out-of-pocket methodology, consistent with what I'm suggesting in this case; and for the pre-spill class, plaintiffs had a legal theory that said you can collect effectively consequential damages such that you can collect more than what the stock price was inflated by at the early stages of the class period because the logic -- I testified very clearly in that case, both in my report and in oral testimony, that the measure of, quote/unquote, inflation in that case was not how much lower the stock price would have been had a correction been made.  So that was different for the pre-spill class.  It

was completely different than the out-of-pocket methodology I'm describing here.

Q.   The post-spill class was not a materialization-of-the-risk theory, right?  The post --

A.   But the difference is more than that, but yes.

Q.   Post-spill class was, wait, *BP* said only 5,000 barrels of oil were leaking a day when it was really 10 times as much. That's not materialization of the risk, right?  That's just a flat-out misrepresentation.

A.   It wasn't exactly that simple, but yes.

Q.   Whereas the pre-spill class was *BP* understated the risks of a catastrophic event -- of the chances of a catastrophic event like this happening, right?  In effect.

A.   That was part of it, yes.

Q.   Now, you appreciate, do you not, that the complaint in this case alleges time and time and time again that Concho misstated -- understated the risks of its large-scale developments and the spacing at Dominator?

A.   Yes.  But I think it's using the term "materialization of risk" in a different way than was being used in the *BP* case.

Q.   The claim in *BP* was you understated the risks.  The risks materialized.  That was the theory behind the fraud, right?

A.   Right, but the damages model in *BP* -- the damages methodology I proposed in *BP*, according to what plaintiffs were advancing as a legal theory, was the damages could go beyond

asking the question how much lower would the price have been had the misstatements been corrected earlier.  And I testified in that case if in -- for the pre-spill class, if there had been a corrective disclosure before the spill, just that the safety wasn't up to speed, the stock price would not have fallen by the amount at the time of the corrective disclosures, not even close.

And, nevertheless, plaintiffs were saying, under what they called a "materialization-of-the-risk theory," they could recover the full amounts of the stock price declines that occurred when the spill occurred.  So that was not the out-of-pocket methodology.  That was something completely different than the out-of-pocket methodology.

I also testified in that case you could use the out-of-pocket methodology but it would result in much lower inflation per share consistent with how the market would have responded had the truth about safety been told.

That's what I'm saying in this case, is whether you characterize it as a materialization of the risk or not, the appropriate method or the method that I'm proposing is the out-of-pocket method where one would have to evaluate how much lower would this stock price have been had a truthful disclosure been made at some earlier point.  So I'm using -- I'm not adopting what plaintiffs in that case in *BP* were alleging is the appropriate damages methodology.

Q.    Well, what Judge Ellison said and what the Fifth Circuit said in *BP* was we are rejecting your methodology under *Comcast* because it doesn't take into account -- well, because there are two variables.  One was what was the real risk of the bad event happening and the other variable is what was the market's perception of that risk on each day during the class period and then you have to look at the difference between the two, right?

A.    Right, and my model -- the model I proposed didn't do that, and that's why it wasn't an out-of-pocket measure.

Q.    And your model here doesn't do that either, does it?

A.    It does.  I'm suggesting that whatever the inflation per share that's measured in this case is to reflect how much lower the price would have been had there have been an earlier corrective disclosure.  That is the out-of-pocket methodology.

Q.    What you have not done in this case is come up with a recognized or reputable method to gauge the market's perception of the risk that later materialized with the Dominator during each day -- during any day of the class period much less every day of the class period, have you?

A.    That would require a detailed loss causation analysis which I have not been asked to perform at this time.

Q.    You haven't even explained how you will do it, have you?

A.    I have not determined exactly what method would be used to evaluate inflation earlier in the class period.

Q.    So what you're telling the Court is under *Comcast*, "Trust

me.  I'll figure it out later"?

A.    No.  I'm describing the precise formula that would need to be used and what the inputs to that formula represent and that it would -- coming up with the inputs to that formula would require a detailed loss causation analysis.

Q.    And you haven't even told us what the inputs are yet. You've just said that --

A.    No.

Q.    -- "I'm going to do an out-of-pocket" --

A.    No.  I'm saying the input is the artificial inflation per share which precisely should be measured as the difference between the stock price observed in the market at the time and what the price would have been had there been an earlier correction of the misstatements.  That's --

Q.    You're not taking into account, though -- aren't you making the exact same mistake you did in *BP*, as recognized by Judge Ellison and the Fifth Circuit, because you're not taking into account, among other things, the market's perception of the likelihood of the realization of the risk?

A.    That might be something that needs to be accounted for in a loss causation analysis.  I'm not disputing that, if that -- if you're fairly characterizing plaintiffs' claim.

Now, my understanding is plaintiffs are claiming there are facts at the time of the alleged misrepresentations that rendered those statements false and misleading and had they --

and that there was corrective information that could be provided to correct those facts.

Q.    Hang on.  You keep talking about loss causation.  Your analysis was thrown out in *BP* not because of loss causation.  Your analysis was thrown out because of *Comcast*, right?

A.    I don't recall if it was *Comcast*.  Again, I -- in that particular case, plaintiffs were advancing a theory that moved away from the out-of-pocket methodology and suggested that the full amounts of the declines after the spill were appropriate to consider for damages under their theory, even though I affirmatively testified that's not how I would have calculated how much lower the price would have been just from a corrective disclosure pre-spill.  So it completely deviated from what I'm describing.

Q.    Well, fundamentally -- let's -- there's no doubt that the plaintiffs in this case are alleging a materialization-of-the-risk theory, right?

A.    Well, again, my understanding is they've disclaimed using the materialization-of-the-risk theory, that they're calling it a corrective disclosure theory.  In my view, my expert view as an economist, as long as you're using the out-of-pocket methodology, that distinction doesn't matter.

Q.    Hang on.

        MR. STERLING:  Tony, can you pull up Paragraph 15 from Mr. Coffman's direct testimony?

BY MR. STERLING:

Q.    And I want to see how you characterize this very case.
Okay?

It's on Page 6, Paragraph 15.  You recognize this is your
written direct testimony, right?

A.    Yes.

Q.    Okay.  "What specific aspects of Concho's operations were
allegedly misrepresented?"

Answer:  "Defendants allegedly misrepresented the success
of and downplayed the risks of its well spacing strategies, the
data supporting these strategies, the risks of aggressive
drilling practices, and the economic performance of key
projects such as the Dominator."

That's how you characterize this case, right?

A.    Yes.

Q.    Okay.  Now, you claim that the plaintiffs have disclaimed
a materialization-of-the-risk theory, right?

A.    That's what they've stated to me in terms of how they
characterized the theory of loss causation in this case.

Q.    Now, Mr. Coffman, I've been defending securities cases for
over 40 years.  I have no clue what it means to disclaim a
materialization-of-the-risk theory.  Do you?

Does that mean the plaintiffs can't mention the word
"risk" to the jury?

Does it mean they have to drop all the -- how many

hundreds of times they allege that we misstated or understated the risks, they have to drop those allegations from the complaint?

A. I don't know legally. This is a legal doctrine that they are, I understand, disclaiming as part of their loss causation theory.

Q. Well, the plaintiffs have to prove loss causation at trial, right?

A. That's my understanding, yes.

Q. They've got the burden of proof on it. So if they're disclaiming materialization of the risk, does that mean they can't use the word "risk" in front of the jury, they can't argue they understated the risks?

A. That's not my understanding, no.

Q. They do get to argue it. They just don't have to -- it just doesn't -- they just have no burden at class certification on it. Is that what you're saying?

A. No, I'm saying that, again, as an economist, from my point of view, looking at damages calculations and applying the out-of-pocket methodology, whether you call it a materialization-of-the-risk theory or a corrective disclosure theory doesn't matter to me. It doesn't mean that there aren't possibly risk elements to their claim. All I'm saying is as an economist my role, if I was doing the loss causation analysis, would be to evaluate how much lower would the stock price have

been had they told the full truth at each point in time; and that full truth at certain points in time for certain elements of their claim -- not all of them, for certain elements of their claim might be a risk rather than a certainty.

Q.   Okay.  So, as you say, the way you summarize the complaint here is that Concho understated the risks of large-scale development.  So according to the Fifth Circuit and Judge Ellison, what you have to do then is look at both what the true risk at the time was and the market's perception.  It could be that the market perceived -- let me back up.

Because once the bad event happens, the market quantifies it as if it was known all along it was going to happen because the bad event happened, right?

A.   Correct.

Q.   Right.

A.   And I --

Q.   And the market may have thought the chances of this were 5 percent, 50 percent, anywhere between 0 and a hundred, right?

A.   That might be true for certain elements of their claim. My understanding is for some elements of their claim there were adverse facts that were already known that didn't depend on any future outcome and so that -- but looking -- during a loss causation analysis, one would have to look at what elements of this were just a risk and how the market may have been interpreting that risk.

Q.    And if Concho believed the risk of something going haywire at Dominator was 10 percent and the market believed the odds of something going haywire were 20 percent, there would be no damages at all, right?

A.    Well, no, because my understanding is there are other elements of the claim that suggest -- or that -- the claim is that there were adverse facts that they could disclose at each point during the class period, not just risks.

Q.    But the ultimate bad event here was that the risk that allegedly was understated throughout the class period, the risk that there would be bad development at Dominator, actually materialized, right?  That was the corrective disclosure.  That was the bad event.

A.    Well, I think there's more than that.  I think there's that and the lowered outlook and the changes to the second-half plan.  So I don't think it's just the bad event at Dominator.

Q.    Okay.  Well, we've beaten that horse to a bloody pulp.

And with respect to your damages model, you have not set forth any methodology by which you would assess the markets -- by which you would determine the market assessment of the likelihood of the Dominator wells being spaced too tightly or some other bad development at Dominator on each day of the class period.  You have not undertaken that or explained how you would do it, have you?

A.    No, because what methodology may or may not be necessary

would be dependent on what facts I'm provided, what assumptions I'm given for a loss causation analysis.  So whether that sort of analysis would even be necessary, I'm not sure yet.

Q.   Okay.

MR. STERLING:  Pass the witness.

THE COURT:  Redirect, counsel?

MR. COTILLETTA:  Your Honor, if I may, may I approach Mr. Coffman with a copy of his direct testimony?

THE COURT:  Yes.

MR. COTILLETTA:  Thank you.

**REDIRECT EXAMINATION**

**BY MR. COTILLETTA:**

Q.   Good afternoon, Mr. Coffman.  How are you?

A.   Good.

Q.   Mr. Coffman, defense counsel started some of the cross-examination this morning going over certain misstatements, correct?

A.   Yes.

Q.   And in your direct testimony in Paragraphs 145 to 147, you cover a whole host of different misstatements that you analyzed in your report, correct?

A.   Yes.

Q.   And defense counsel elected not to go through those with you today, correct?  Or the substantial majority of them, rather.

A.   Correct.  We might have touched on one or two, but correct.

Q.   Okay.  Earlier you were shown portions of the alleged corrective disclosure, correct?

A.   Yes -- or I had it.  I saw the entirety of the corrective disclosure, yes.

MR. COTILLETTA:  One second here as I turn the ELMO on.

BY MR. COTILLETTA:

Q.   And while that's -- so, you were shown a bunch of different slide decks by defense counsel, correct?

A.   Yes.

Q.   And a lot of those slide decks mention something called "Wolfcamp," correct?

A.   At least one of them did, yes.  So yes, several did.

Q.   I wasn't given a copy of any of the exhibits.  So I'll try my best.  But I believe in Slide 1, Tab 20, there was a whole range of different large-scale development projects that were categorized as under Wolfcamp, correct?

A.   I remember that name, yes.

Q.   And then I believe Coffman 104.15 mentioned key projects, large-scale development projects, also at Wolfcamp; is that right?

A.   That's my recollection.

Q.   And then I think in one of their, 107.8, also mentions Wolfcamp, right?

A.    I don't remember it specific -- I mean, I remember seeing the name; but I don't remember which exhibit it was on.

Q.    And then you and defense counsel then went over -- I believe it's in Exhibit 111.17 that also mentions Wolfcamp.

A.    I remember seeing Wolfcamp.  I don't remember the specific exhibit.

Q.    Fair enough.  But suffice it to say you and defense counsel spoke at length about whether or not the allegations in plaintiffs' complaint are specifically related to the Dominator versus other large-scale development projects as well, correct?

A.    There were a bunch of questions about that, yes.

Q.    Okay.  I want to show the corrective disclosure.  This was filed with the Court.  And I want to bring your attention to -- excuse me -- Mr. Giraud here.  It would be Pages 4 and 5 of the conference call on August 1st and -- do you see that there on your screen?

A.    Yes.

Q.    The highlighted portion?

A.    Yes.

Q.    Just for representation purposes, the highlighted portions were what we highlighted when we provided the Court a copy of the corrective disclosures.

      So I want to draw your attention to the bottom of Page 4. Do you see the highlights there?

A.    Yes.

Q. And you'll see the last sentence says "while initial rates were solid."

Do you see that?

A. Yes.

Q. And the sentence continues "Current performance data indicates that we developed upper Wolfcamp too densely."

A. I see that.

Q. Right. They're not saying just the Dominator too densely, correct?

A. Correct.

Q. They're saying upper Wolfcamp too densely, correct?

A. Correct.

Q. Right.

THE COURT: Well, isn't the Dominator in upper Wolfcamp?

MR. COTILLETTA: Yes, Your Honor. The allegation is that there was other key projects there as well.

BY MR. COTILLETTA:

Q. Okay. As a part of your rebuttal report, did you analyze analysts' reports shortly after the corrective disclosure?

A. I did, yes.

Q. Do you have a copy of your rebuttal report in front of you, sir?

A. I do.

Q. I'd like to draw your attention to Page 10 of your

rebuttal report, which is Plaintiffs' Exhibit 34.

A.   Okay.

Q.   Okay.  And part of your analysis of the analysts' reports included an analyst report from Jeffries, correct?

A.   Yes.

Q.   All right.  I want to draw your attention to Page 10 of your rebuttal report.  And do you see the paragraph where it mentions Jeffries?

A.   Yes.

Q.   Okay.  And Jeffries stated that the company blindsided the market with a sharp reduction in second half 2019 oil volume guidance, right?

A.   Yes.

Q.   And then Jeffries mentions here below, "While it turns out much of its 2H18 and 1H19 programs was spaced too densely" --
     "CXO" is Concho, right?

A.   Yes.

Q.   -- "CXO," or Concho, "is reversing course and we expect to see benefits from better asset productivity by year-end '19 and into 2020," correct?
     Do you see that?

A.   Yes.

Q.   All right.  And further below, the next sentence here says, "CXO stated that issues with the Dominator were not representative of the company's development plans."

Did I read that right?

A.   Yes.

Q.   Okay.  And then down below here, it says, "We do spend a lot of time looking at well data, and while we had noticed performance degradation in several areas of the portfolio, including the Midland Spraberry, which is discussed in our Midland Basin deep dive, given the production guidance increase in Q119 and management's strong execution track record historically, this was difficult to see coming."

Do you see that?

A.   Yes.

Q.   Okay.  What was the significance of this particular analyst report?

A.   Well, I think it certainly supports that the new information that was provided in the corrective disclosure event was negative and surprising to this analyst and that the -- it was causing them to reduce their expectations and value for the company.

Q.   And the reference to "given the production guidance increase in Q119," do you see that?

A.   Yes.

Q.   Didn't counsel go over with you positive, I believe, earning results for Q119?

A.   Yes.

Q.   And how does positive statements like that with the

company affect a situation like we see here in Concho where there's an alleged relevant truth in second quarter of 2019?

A.    Well, again, in terms of how it's relevant to the current matter, if plaintiffs' allegations are correct that at the time they were issuing positive Q119 performance and not disclosing the negative aspects of what was going on at the company, that could certainly mislead the market and this would reflect the relevant truth of that failure to disclose that information.

Q.    And earlier defense counsel had asked you questions about certain statements regarding execution ability.  I believe it was statement B-1 or something to that effect.  Do you recall that?

A.    Yes.

Q.    Aren't plaintiffs in this case alleging that by virtue of the corrective disclosure, the company misrepresented its execution ability?

THE COURT:  Its what ability?

MR. COTILLETTA:  Execution abilities.

A.    Well, my understanding is that they were disclosing that they were not able to reach the production that they had expected to execute as part of that disclosure, yes.

BY MR. COTILLETTA:

Q.    One thing I noticed is -- and we just talked about the Jeffries report, but counsel didn't cover with you any of the analyst reports you looked at post corrective disclosure,

correct?

A.   That's correct.

Q.   What's the significance of the analyst reports that you looked at that were post corrective disclosure?

A.   Well, I think these are contemporaneous professionals looking at what information was new in the market and how it was affecting their view of the company and what the major issues were that the company was facing as a result of the new information that had been revealed.

Q.   I want to talk to you a little bit about damages.

Just kind of sum it up at a very high level.  What is the difference between plaintiffs' theory here as you understand it and the plaintiffs' theory in *BP*?

A.   Sure.  So the theory here is that investors in Concho during the class period paid an inflated price and that had their relevant truth been disclosed earlier, the market price of Concho would have been lower and the out-of-pocket method that I'm using or proposing would seek to quantify the degree to which the market price was inflated as a result of the misstatements and how much it would have been lower had there been an earlier corrective disclosure; and that's what I refer to as the out-of-pocket method.

In the pre-spill class for *BP*, there was a legal theory that was stylized during that case -- it was called the "materialization-of-the-risk theory" -- where they were

effectively alleging you could recover beyond that measure.  So it wasn't just the price at the time minus the price for an earlier corrective disclosure of what could have been disclosed at that time; but, rather, you could recover for the ultimate consequences of the materialization of that risk.  So it deviated entirely from what I called the out-of-pocket methodology.

Q.   And is it your understanding here that plaintiffs are alleging consequential damages outside of what you mentioned as the out-of-pocket damages methodology?

A.   No.

Q.   Counsel earlier spoke to you a little bit about front-end price impact; is that right?

A.   Yes.

Q.   Does front-end price impact matter in this case?

A.   My understanding is it doesn't.  That's not what plaintiffs are alleging occurred.  In other words, plaintiffs aren't alleging that the price went up as a result of the alleged misstatements.

Q.   What is your understanding of plaintiffs' theory?

A.   That the alleged misstatements and/or omissions concealed relevant truth about -- and I think it's exactly what my understanding is as described at Paragraph 14 of my rebuttal report -- and that those relevant truths were concealed from the market and ultimately that relevant truth was revealed as

of the corrective disclosure.

Q.    And have you heard of the term "price inflation maintenance theory"?

A.    Yeah, I've heard that referred to a couple of different ways, yeah; but price maintenance theory, yes.

Q.    What's your general understanding of that theory?

A.    That at the time of a misrepresentation or omission, it's not that the stock price went up; it was just had the full truth been told, the price would have gone down.  So the defendants -- the allegation is the defendants effectively created inflation by preventing the market price from falling.

Q.    Okay.  Is it your understanding that plaintiffs are proceeding with a price inflation maintenance theory in this case?

A.    That's consistent with my understanding, yes.

Q.    And under such theory, does analysis of the front-end price impact -- is that analysis relevant?

A.    No.

Q.    And can you explain why that analysis isn't relevant?

A.    Because under that type of theory you wouldn't expect to see a price movement when -- at the time of the alleged misrepresentations or omissions if the market wasn't being surprised by what they were saying.

Q.    Counsel at one point asked you some questions early on about -- talked to you about *Goldman*.  Do you remember that?

A.    Yes.

Q.    And I believe one thing he said is that *Goldman* says that all evidence -- all evidence of price impact should be considered at class certification or something to that effect. Do you recall that?

A.    Yes.

Q.    Okay.  And as an economist, does that include market commentary?

A.    Yes.

Q.    And does market commentary consist solely of analyst reports?

A.    No.

Q.    What else would constitute market commentary?

A.    Well, I think, you know, nowadays there's lots of sources of information and commentary about companies, including news reports, sort of more in-depth magazine reports.  I've found relevant information about companies and discussion of what disclosures meant even on Twitter and Reddit.  I mean, there's lots of different sources of public information now.

Q.    And in this case one of your responsibilities -- or your assignments, rather, was to review and analyze Ms. Allen's opening report, correct?

A.    Yes.

Q.    And in doing so, did Ms. Allen analyze news articles?

A.    I did not see explicit evidence that she did, no.

Q.   Okay.  And just as a matter of common sense, if you're trying to establish the nonexistence of something, does that require you to look at the entire, in this instance, market commentary?  Would that require you to look at the entire market commentary?

A.   If I was being asked that question, I would, yes.

Q.   Earlier we -- for the first time defense counsel has indicated that defendants have conceded market efficiency.  Did you -- in the beginning of your examination.  Do you recall that?

A.   Yes.

Q.   What's the impact of the fact that now market efficiency is not contested?

A.   Well, my general understanding is that that means that one can presume that whatever artificial inflation there was in the market price is a reflection of all public information.  Therefore, anybody purchasing is paying that inflated price.

Q.   And I think earlier there was a concept about in an efficient market only new news can affect the stock price, correct?

A.   Correct.

Q.   And in this case you analyzed the corrective disclosure?

A.   Yes.

Q.   And in analyzing the corrective disclosure, did you conduct an event study?

A.    I did, yes.

Q.    And in conducting that event study, did you reach findings as to whether there was a statistically significant --

THE COURT:    Counsel, I didn't hear what you said.

MR. COTILLETTA:    I'm sorry.

**BY MR. COTILLETTA:**

Q.    -- a statistically significant, abnormal price return?

A.    Yes, there was a very highly statistically significant decline in the market price of Concho on the date of the corrective disclosure.

Q.    Okay.  And when you say "highly" or "very" -- I might have missed you there -- but can you give me a ballpark estimate of what percentage in terms of level of confidence?

A.    It's effectively a hundred percent.  I mean, it's like one in a hundred thousand or more chance that you would observe that large of a price reaction based on just random price movement alone.

Q.    Okay.  And that combined with the analyst reports that you mentioned in your rebuttal report, does that give you any indication of whether the alleged relevant truth, the corrective disclosures in this case, caused the price decline?

A.    Yes.  The information in the earnings announcement and earnings conference call that plaintiffs allege is corrective in my view was the primary cause of the statistically significant stock price decline.

Q.    Okay.  Final point here on damages.  You know, counsel had spent some time with you talking about damages this afternoon. So my question to you is:  Can your out-of-pocket methodology handle all of defendants' concerns that were raised today?

A.    Yes.

Q.    And how can your out-of-pocket methodology do that?

A.    Well, the artificial inflation per share isn't necessarily a constant number.  So all of the things raised by Ms. Allen and defense counsel in terms of, you know, what if there was some just risk of something happening, that could easily be reflected in the artificial inflation per share by using a lower artificial inflation per share earlier in the class period than later.

Or if the circumstances of the company changed and the value of the misinformation changed over time, that just requires evaluating the extent to which that happened and the artificial inflation per share could be lower at different points in time.

The methodology I set out, the out-of-pocket methodology that looks at the artificial inflation per share time of purchase versus the inflation per share time of sale still precisely calculates the appropriate damages on it.

Q.    Mr. Coffman, as part of your rebuttal, you -- again, you analyzed and reviewed Ms. Allen's opening report, correct?

A.    Yes.

Q.    In a part of your rebuttal report, did you offer opinions related to the novelty of Ms. Allen's content analysis approach in this case?

A.    Yes.

Q.    And today on cross-examination did defense counsel ask you any questions about that?

A.    No.

Q.    Did defense counsel ask you any questions about any opinions you had in your rebuttal report that Ms. Allen's content analysis does not establish price impact?

A.    They did not -- he did not ask me about that, no.

Q.    Did counsel ask you any questions about Ms. Allen's opinions about the RSP shareholders?

A.    No.

            MR. COTILLETTA:  Okay, Your Honor.

                  Thank you, Mr. Coffman.

            THE COURT:  Recross-examination?

            MR. STERLING:  Nothing from me, Your Honor.

            THE COURT:  All right.  You may step down, Mr. Coffman.

                  Mr. Fatale, anything else the plaintiffs want to put on at this time?

            MR. FATALE:  That's the only evidence we wanted to put on.  Like I said at the beginning, I'd like to do my presentation at the end after all the evidence is in.

            THE COURT:  Are we going to hear next from Ms. Allen?

MS. HEFLEY:  Yes, Your Honor.

THE COURT:  All right.  Ms. Hefley, you can have her come up.

(The oath was administered.)

THE COURT:  Go ahead and be seated.

MS. HEFLEY:  May I proceed?  Are you ready, Your Honor?

THE COURT:  I am ready.

MS. HEFLEY:  Okay.

**LUCY ALLEN**,

having been first duly sworn, testified as follows:

**DIRECT EXAMINATION**

**BY MS. HEFLEY:**

Q.   Okay.  Could you please introduce yourself to the Court and tell us a little bit about your qualifications?

A.   Sure.  I'm Lucy Allen.  I'm a senior managing director at NERA, which is an economic consulting firm.  I've been there for almost 30 years doing economic consulting, including looking at price reactions, price impacts, securities class actions.

Prior to that I was an economist at the Council of Economic Advisers under the first President Bush and Clinton, and prior to that I was -- I have degrees from -- undergraduate degree from Stanford University and graduate degrees from Yale University.

Q.   All right.  Ms. Allen, what was your assignment in this

case?

A.    To analyze whether there was a causal link between 54 specific alleged misstatements and the stock price of Concho, and then I was also asked to look at plaintiffs' common damages methodology and Mr. Coffman's rebuttal report.

Q.    Okay.  Before we dive into your assignment, I want to talk a little bit about Concho's business generally.  What's your understanding of Concho's business during the class period?

A.    So Concho does oil and gas development and exploration, and they're primarily focused in the Permian Basin which is New Mexico and Texas.

Q.    And the complaint talks a lot about large-scale development.  Can you tell us about what your understanding is of what large-scale development is?

A.    Yeah.  Large-scale development are projects of four or more wells.  And here is a picture.

Q.    I think we have a nice little picture here.

A.    Here is a picture in green where you can see that there are -- I think these are eight wells.

Q.    I think in parentheses is "2 four-well pads," so four wells in each of those two pads, hence the eight?

A.    That's right.

Q.    All right.  And the Dominator Project, we've heard a lot about it just at a high level.  Dominator was what?

A.    So the Dominator Project was a project of Concho's.  It

had 23 wells and it was what they described as the most extreme example of dense spacing that the company had ever tested.  And it's a project that started production in the first quarter of 2019.

Q.    Okay.  And those --

A.    And this is a picture of where -- those little squiggly lines, there's 23 of them.  So there you can see the --

Q.    The purple and yellow lines coming down from the top are the 23 wells if you add them up?

A.    Yes.

Q.    Okay.  Was Dominator Concho's first foray into large-scale development?

A.    No.

Q.    And I think we walked through a bunch of the statements that Concho was making during the alleged class period about large-scale development.  I think you've summarized them in a chart here.  So can you tell us what the green text reflects?

A.    Yes.  So these are statements that Concho is making about large-scale development.  They're making it throughout the class period.  They tell you that it's four or more wells and they're saying that, you know, we get strong results, we're continuing to do it; and they talk about it consistently throughout the class period.

Q.    And then if we look at the blue text on the right, what's different about that text?

A.    It's in blue; and that's what they said after the class period, so at the alleged corrective disclosure; but in terms of how they're describing large-scale development, it's essentially the same.  They're saying, "One thing that's consistent is our belief that large-scale project development is the way to go.  Our conviction is certainly the same."

So the statements about large-scale development that the company is making after the corrective disclosure are very similar to what they had been making throughout the class period.

Q.    All right.  And we also heard during Mr. Coffman's cross-examination a lot of statements about Dominator during the class period.  I think we have another summary slide here where the purple statements are statements the company was making about Dominator during the alleged class period?

A.    That's correct.

Q.    And then what is the blue text here on the right?

A.    It is what they're saying after the corrective disclosure.

Q.    And throughout the class period, what was Concho saying generally about the Dominator?

A.    That it's an aggressive test.  It's their most aggressive test.

Q.    And we've heard a lot about the plaintiffs' allegations in this case.  If we can look at this next slide, what is your understanding of what plaintiffs are alleging?

A.   That they understated the risks of its large-scale development.  I might have a couple of quotes to that effect.

Q.   And these quotes come from the complaint or plaintiffs' briefing in this case?

A.   That's right.

Q.   And is what the plaintiffs claim Concho said even remotely supported by the actual content of the challenged statements or the alleged corrective disclosure?

A.   I don't believe so.  I think that mischaracterizes both the challenged statements as well as the alleged corrective disclosure.

Q.   Okay.  And we've heard that there are roughly 72 challenged statements in the complaint, right?

A.   That's right.

Q.   According to the complaint, what was it that the alleged corrective disclosure revealed about the alleged misrepresentations?

A.   What are they -- I'm sorry.  Could you repeat that?

Q.   Sure.  What was it that the plaintiffs claim was revealed in the corrective disclosure, the alleged truth?

A.   Yeah, I think I might have what they actually say.

Q.   Okay.

A.   They claim there's one corrective disclosure which revealed critical well spacing issues.

Q.   Okay.  And we'll talk more about that.  I want to turn to

your first assignment that you just described for us and get into what it was you were asked to do there.

Can you describe that for us?

A. Yes. So to analyze whether there is a causal link between 54 specific alleged misstatements and the stock price of Concho. So I was asked to focus on those 54 which had been grouped into three categories. One category being A, the generic; Category B, which are statements that are about results that actually happened in 2017 and 2018, so the years before the corrective disclosure; and the third category which are statements about projections, but they're projections for time periods not including 2019. So they do not include the year of the corrective disclosure which is in 2019. So Category C is only projections that are for periods before.

Q. And I think you told us earlier the Dominator didn't start producing until the first quarter of 2019?

A. That's right. I don't know if I told you that, but that is correct.

Q. I think it was on one of your slides.

So these Category B and C statements, all of them pertain to periods before the Dominator was even producing?

A. That's right.

Q. All right. Now, with respect to the three categories, the 54 statements, what did you analyze with respect to those categories?

A.    So I did a content analysis of each of the analysts' reports following the alleged corrective disclosure, and I did a content analysis relative to each one of the 54 alleged misrepresentations.

Q.    And why is it that you analyzed only 54 of the 72 challenged statements?

A.    Because those are the ones that Concho is challenging in terms of price impact and class certification.  They are not challenging the other 18 alleged misstatements at this point.

Q.    We've talked a lot about price impact today.  Can you explain -- in the context of a securities class action and class certification, what is price impact?

A.    Yeah.  So price impact of a misstatement is whether the alleged misstatement or misrepresentation affected the stock price when made.  So it's -- price impact is about an impact when the statement is made.

Now, it doesn't mean that it necessarily made the stock price go up.  It means that without the misstatement, the stock price would have been different and typically lower because we're taking about inflation typically in these cases.

So price impact is whether the stock price would have been different at the time of the misrepresentations because of the misrepresentations so that it affected the stock price when made.

Q.    And what you just explained about price impact from an

economist perspective, how does that compare with what the Supreme Court and other courts have said about price impact?

A.   So that's the same thing.  So what here in *Goldman*, for example, they're saying is that plaintiffs typically try to prove inflation indirectly.  So rather than -- because often these cases, there's a big stock price drop which can generate these kind of cases.

So given that there's a stock price drop, rather than saying that we can tell price impact from the misrepresentation when the misrepresentation is made, one indirect way of trying to measure whether there was impact when the statement was made is to look when that statement later is corrected; and then that can indirectly give you some evidence that had it -- the correct statement been made or the misstatement not been made at the beginning, that that would have had an impact.  So it's an indirect way of measuring it.

Q.   And this indirect way of measuring, we've heard it referred to as "back-end analysis"?

A.   Yeah.  So you could be looking at things when the misrepresentation is made and that can give you information about how the market understood the misrepresentation when made and you can infer or get some indirect evidence of what would have happened at the beginning by if you have a correction of that misstatement later.  That can give you some indirect evidence.

Q.   Now, we've heard about statistically significant stock drops.  If an alleged corrective disclosure had a statistically significant decline when that corrective disclosure was made, does that mean that the alleged misrepresentation had price impact when it was made?

A.   So if plaintiffs allege a corrective disclosure, the fact that a date that they have alleged to be corrective there's a stock price drop, that in itself doesn't tell you that the alleged misrepresentation had impact, right?  Just because plaintiffs can find a date where the stock price drops and they say, okay, we're saying that this is corrective or we're saying this reveals the relevant truth, that doesn't tell you something about it.  It only tells you something about it if it's actually corrective and there's some connection and causal link.  Then you can infer something.

Q.   And we've talked about a statistically significant price drop.  What does that mean?

A.   So statistically significant price drop, the event study, for example, that Mr. Coffman does is he's saying, "I see how the stock price moves and is the movement on this day -- can it be explained by industry or market movements given how it typically moves?"

So what he's finding is it's very statistically significant and it's likely not explained by industry or market movements on that day.  So it tells you that it's likely

something company-specific rather than industry or market.  It doesn't tell you whether the -- what plaintiffs are alleging or that a misstatement caused this.  It just says that it's likely not the industry or the market because he's controlling for that in the event study.

Q.   You've testified on price impact before?

A.   Yes, I have, many times.

Q.   Has your testimony on price impact ever included use of a content analysis?

A.   Yes.  I have used content analysis a number of times.

Q.   Okay.  Has your testimony or expert opinion ever been excluded?

A.   No.

Q.   All right.  We talked about the Category A, B, and C statements in your first assignment.  Who categorized those statements?

A.   Counsel for Concho did.

Q.   And does that categorization matter for your analysis in this case?

A.   No.  I analyzed every single misstatement similarly regardless of how it was categorized at the time of alleged corrective disclosure.  I think it's helpful because it's helpful to group them into things and it's helpful to understand.

For example, the Category C are about forward-looking

guidance but not for periods in 2019.  So they're for periods that aren't even in the corrective disclosure.

Q.    And we've seen the category statements, some of them, discussed with Mr. Coffman on his cross-examination; but at a high level, what are the Category A alleged misstatements?

A.    So those are ones that are -- counsel has, you know, described them as "generic" but what they are is they're very nonspecific general statements and they tend to be positive statements about the company's business.  So, you know, we're doing well, things are going well, and our performance demonstrates our ability to do well.

Q.    All right. Let's look at the Category B statements.  And generally speaking, what are those?

A.    So the Category B are about describing actual results, things that actually happened in 2017 and 2018.  So again in periods before the corrective disclosure.

Q.    So those periods 2017 and 2018 and what actually happened, were those results ever restated by Concho?

A.    No.

Q.    Let's look at the Category C statements briefly.  Can you describe what those nine statements generally are about?

A.    Yeah.  So they're generally forward-looking statements and they're projections for the future, but they're projections for the future of 2018 basically.  They're not for 2019, which is when the corrective disclosure -- the alleged corrective

disclosure is and when the stock price drops.

Q.   And, again, for 2018, were those projections actually met by the company?

A.   Yes, those were.

Q.   And those projections for 2018 were never restated or re-forecasted?

A.   That's correct.

Q.   All right.  The 18 alleged misrepresentations that you were not asked to analyze by counsel for price impact purposes, do those relate to 2019 guidance?

A.   They do.

Q.   Now, you heard Mr. Sterling say those aren't being challenged by defendants for price impact, right?

A.   Correct.

Q.   Later you have testimony about damages.  We'll touch on that.  And the damages -- common damages methodology testimony, that relates to all of the challenged statements?

A.   The issues with the common damages methodology relate to everything, regardless of which of the misstatements.

Q.   Okay.

THE COURT:  Regardless of what?

THE WITNESS:  It's not just the A, B, and C misstatements, yeah.

BY MS. HEFLEY:

Q.   So we're talking about a subset for price impact purposes,

essentially.

A.    That's right.

Q.    All right.  You understand that the plaintiffs recently submitted a letter to the Court where they identified the particular statements within the alleged corrective disclosures that they say corrected the alleged misstatements?

A.    Yes.

Q.    All right.  And I want to briefly walk through some of those specific statements in the letter to the Court.  I know we saw some of them on Mr. Coffman's direct.

So how many kind of statements or paragraphs were pointed out by plaintiffs?

A.    So there were eight.

Q.    And how have you categorized those?

A.    I just put them into groups, where the first two are about earnings results and guidance; the second two are about the rigs, the number of rigs; and the other four are about Dominator results.

Q.    Okay.  And the plaintiffs have claimed that these statements were corrective of the alleged misstatements in Categories A, B, and C and that's what caused the stock price to drop at the corrective disclosure.

What is your reaction to that, or does that make sense to you?

A.    That does not make economic sense, no.

Q.   Okay.  And I want to talk about the different categories. If we can start with the first ones -- Category 1, I think you have a couple of statements there.  And the plaintiffs characterized those statements as the company disclosing a disappointing net loss and claim that disclosure of the disappointing net loss is what caused the stock price to drop.

Does that make sense to you?

A.   No, it does not.  So the reason the company had a net loss is because they took this very large charge -- I think it's like 800 million.  It's a noncash charge.  So it's an accounting charge that had no cash component to it.  And generally in an efficient market, all the market cares about is the stream of future cash flows; and things that are not cash-related they tend not to care about.

And I think as you just heard Mr. Coffman testify, he didn't see any evidence that any of the analysts cared about this; and I didn't see any evidence that any of the analysts cared about this either.  They -- in fact, what they do is they report it without this cash charge and talk about the adjusted earnings because they're not -- they don't care about this.

So the reason it's negative is this very large negative cash charge to a noncore asset.  So it's some asset in New Mexico that is not part of the core part of their business, and it's unrelated to plaintiffs' allegations.

Q.   And the Q2 earnings, how did those relate to the Category

A, B, and C statements?  Was it corrective of those?

A.    No.  None of the Category A, B, C statements are about 2Q earnings in 2019.  None of them are about 2019.

Q.    Okay.  I want to go to the second statement in this category that you have where plaintiffs claim the announcement of Q3 guidance, so for the next quarter in 2019, was corrective of the alleged misrepresentations and that's what caused the stock price to drop.

Does that make sense to you?

A.    No, it does not make sense that it could be corrective of the alleged misrepresentations or that any price drop associated that could tell you anything about price impact from the misrepresentations because you can't tie it to that.

The company only gave quarterly announcement one quarter before, and this is the very first time.  We're not in this third quarter.  We just finished the second quarter.  They're giving their second-quarter results, and for the very first time they're giving third-quarter guidance.  So it was completely a new announcement, and the company is aware that -- the company -- the market is aware that the company had only gave guidance one quarter ahead.

Q.    All right.  Let's move to your second category about rigs, rig count.

The plaintiffs claim that the company's announcement of a reduction in rigs was corrective of the alleged

misrepresentations and that that's what caused the stock price to drop.

Does that make sense to you?

A.    No.    First of all, the company hadn't been giving -- it doesn't relate back to any of the misrepresentations.   They weren't giving guidance on rig count in the Statements A, B, and C for 2019.

Secondly, this reduction in rig count was already known. So that was public information before the alleged corrective disclosure.   And in an efficient market, as we just heard I think Mr. Coffman say, only new news will affect the stock price.   So if it's material news to the market, then it should already be incorporated in the stock price.

Q.    All right.  Let's move to your third category.  I think you said that category contains some of these statements about Dominator results.

The plaintiffs are claiming that the announcement of the Dominator results was corrective of the alleged misstatements in Categories A, B, and C and that's what caused the stock price to drop.

What's your reaction to that?  Does that make sense?

A.    No, that also doesn't make sense.  So the Dominator Project was only beginning production in the first quarter of 2019, and the Statements A, B, and C are not about 2019.  And it was known to be a test before the alleged corrective

disclosure.  I think I just gave you a lot of quotes.  I think we've heard a lot of quotes.  Everyone said that the Dominator was a test, it was the most aggressive test.  And they're similarly describing that after the alleged corrective disclosure.  And the Dominator is in upper Wolfcamp so -- I think you might have asked that question.

Q.    Thank you.  There's another statement in the Dominator results category that I wanted to touch on, and that's the claim that the announcement of optimal well pad size of 8 to 12 was somehow corrective of these Category A, B, and C alleged misstatements and that's what caused the stock price to drop.

Does that make sense?

A.    No, that doesn't make sense.  So it's the opposite of something being corrective.  It's actually reaffirming what they had previously said.

So I have here a couple of quotes.  One is -- one is the actual -- one of the alleged misstatements, B-8.  So the alleged misstatement is saying, "Probably going forward a normal development will be 8 to 12 wells per pad."  And that's what they're actually saying in the corrective disclosure.  So it's the very same thing.  So rather than correcting it, it's just literally reaffirming the same statement.

Q.    All right.  I think --

A.    And then, you know, again I haven't --

Q.    I was going to ask you, you have some highlighted language

in here.  Does that go to the same point?

A.   So I have up here that in the alleged corrective disclosure -- so the very paragraph that plaintiffs are saying is -- is what they're saying is corrective, that very paragraph says, "As we've talked about in previous calls."  So they're saying this is corrective, and the company is saying this is what we previously told you.  So I mean, just the language.  Not only is it what they previously told you -- because that is, in fact, one of the other misrepresentations -- but the company is saying we previously told you this.

Q.   Now, Mr. Coffman -- Mr. Sterling walked through with Mr. Coffman in great detail the alleged corrective disclosure, the earnings release, and the conference call transcript.  Those eight paragraphs that the plaintiffs have focused the Court's attention on in that letter, those are not the sum total of information in the alleged corrective disclosure, are they?

A.   No, they're not.

Q.   What else was announced?

A.   So I have on the a slide a few other things that are announced.  They announced their actual production results for the second quarter of '19; they announced updates to their total production guidance, as well as their oil production guidance for the year of 2019; and they gave updates to their guidance on what they call "gas price realizations."  Gas price

realizations are how the change in gas prices was expected to affect their future results.

Q.    Okay.  I want to pause on the 2019 guidance.  Can you walk us through when the company first issued 2019 guidance and how that guidance changed over the course of the alleged class period?

A.    Yeah.  So here I have a chart; and the blue line is the stock price, just kind of to orient you.  The yellow period is the class period.  I have these purple dots along the way, which is when they make their earnings announcements; and they make earnings announcements at the end of every quarter.  And the red dot at the end is the alleged corrective disclosure and the stock price drop.

So first I have in orange -- got a lot of colors going on here.  I have in orange what their quarterly guidance is.  As I said, they gave quarterly guidance each quarter and one quarter forward.  So in February 2019 when they do their fourth quarter '18 earnings announcement, they issued first quarter 2019 guidance.  That's the orange.

And then going over to the next quarter, they beat that guidance; and then they issued second quarter guidance.  And then at the alleged corrective disclosure, they announce that they beat their second quarter guidance and then they issue the third quarter guidance, which I think is what you're asking about.

Q.   Yeah.  So I want to make sure I understand.  Concho raised its full-year guidance and oil production guidance in Q1 of 2019 but then lowered it the next quarter.  Is that --

A.   Yeah.  So I was just describing the orange, which is the quarterly guidance.

And then the blue is their full-year guidance for total production, and they raised that in the first quarter announcements.

And then the brown, the one below it, is their oil production guidance; so that's a subset of total production and they raised that also in first quarter and then they reduced that in the second quarter.  So they had issued it, then they raise it for the first quarter and then they lower it.  That's the oil production guidance.

Q.   And what about the gas realization, the price realization guidance?

A.   Yeah, they had issued it at the beginning; and then they reduce it at the alleged corrective disclosure at the end of the class period.

Q.   And, again, are any of the 54 alleged misrepresentations that you're analyzing in Categories A, B and C about Concho's production or price realization guidance for 2019?

A.   No, they're not.

Q.   Okay.  We've talked about now all these corrective disclosures that the plaintiffs are specifically complaining

about.  I think you testified as part of your analysis of the alleged corrective disclosures you performed this content analysis, so I'm hoping you can describe for the Court:  What is a content analysis?

A.    Yes.  So content analysis is a way of having something that's systematic, objective, and replicable of a way of analyzing text.  So it can be you're reading the text and counting up the number of times that it says a particular term or it can be that you're reading the text and saying and answering specific questions -- does it, for example, reference the -- you know, give any indication of referencing the prior misrepresentation, which is one of the things that I have done.

Q.    And is content analysis a standard method used by researchers and academics?

A.    Yes.

Q.    Has content analysis of analyst reports been accepted by courts in class actions, securities class actions?

A.    Yes, it has.

Q.    I think we have a couple of examples up here on the slide. The *Bricklayers* case and the *Shupe versus Rocket Companies* case that was discussed both in opening and with Mr. Coffman.

Now, you mentioned earlier in your testimony that content analysis is something you personally have used before in securities class actions.  Can you give us an example of that?

A.    Yes.  So I've used it many times.  I used in the

*Halliburton* case from many years ago, which --

Q.   The *Halliburton* case that went up to the U.S. Supreme Court twice on the issue of class certification?

A.   Yes.  I think I spent -- I don't know -- maybe 15 years working on this case.

Q.   Now, Mr. Coffman, he's also used content analysis of analyst reports in securities class actions, right?

A.   Yes, he has.

Q.   And in the *Halliburton* case?

A.   Yes, he did do it in the *Halliburton* case.

Q.   And we also have a reference to the *SeaWorld* case?

A.   Yes, he used it as well there.

Q.   And then what about the *Shupe versus Rocket Companies* case?  Mr. Coffman was the plaintiffs' expert there?

A.   That's correct.

Q.   And did he use a content analysis in that case?

A.   Well, the Court said that what he had done -- the Court said that plaintiffs were challenging the analysis the defense expert had done, which was a content analysis; and the Court said that Mr. Coffman had employed the very same approach to his review of relevant Rocket analyst reports.

Q.   But Mr. Coffman has now said that you can't do a content analysis to determine a causal link between an alleged misrepresentation and an alleged corrective disclosure.  What's your reaction to that?

A.   Sure, you can do that.  It's my understanding that that's what he's done before, that's what I've done before, and that's what lots of other experts have done; and I think it's what lots of courts have heard testimony about.

Q.   We have an example here, this Figure 10.  Where does that come from?

A.   That is from Mr. Coffman's content analysis in the *Halliburton* case --

Q.   All right.  Let's look at --

A.   -- and he is -- yeah.

Q.   Sorry.

Let's focus on your content analysis in this case.  Why does it make sense to do a content analysis in analyzing whether the Category A, B, and C statements had price impact?

A.   So I'm analyzing it -- I'm here talking about analyzing it at the time of the alleged corrective disclosure.  So the question is whether the alleged misrepresentation had price impact when made.  And what I talked about is that one way you can indirectly look at that is to look at if there is a period -- if there's a time when the alleged misstatement is, in fact, corrected, then that can give evidence that the misstatement had impact when made, that if the misstatement had not been made, the stock price would have been different, would have been lower to begin with.  So you want to look to see at the time that it is potentially corrected, is there a price

movement or is there any indication by the analysts that they are understanding something that gives you any indication that a price movement at that time has any causal link between a misstatement that was made earlier, alleged misstatement that was made earlier.

Q.    Now, in your analysis did you analyze each alleged misrepresentation separately?

A.    Yes, I analyzed.  Because they're separate statements and they're made at different times.  You can't just lump them all together.

Q.    So the content analysis following the alleged corrective disclosure, can you tell us specifically what you looked at there, starting with the analyst reports?

A.    Yeah.  So I analyzed every single analyst report that we could obtain on Concho following the alleged corrective disclosure.  So we went from a period -- July 31st is when the -- the first part of the alleged corrective.  It was on two different dates, July 31st and August 1st, from then through August 5th, and obtained and analyzed every single analyst report that was issued that we could obtain and analyzed it with respect to every single one of the alleged misrepresentations, so separately analyzed each one.

Q.    When you say you analyzed the analyst reports, did you actually review them?

A.    Yeah.  So I did review them myself but the process of

doing the content analysis was a coding process and we used a standard coding process where I had at least two people do independent -- two people from my team, analysts, do an independent analysis of each analyst report with respect to each alleged misrepresentation and then to the extent there were discrepancies among the two coders, that those would be reconciled.  So it was a coding of 8,000 or something different yes/no questions.

Q.   All right.  Why did you focus your content analysis on analyst reports?

A.   Analysts are professionals whose entire job is to value a company or value the stock of a company.  They issue these periodic reports which they issue in a -- they issued them after the corrective disclosures.  So they're contemporaneous reports done at the time by professionals whose entire job is valuing this company or this industry and so what they say is important and what they think is meaningful is very helpful information.

So it's like a -- it's just a fantastic way of understanding what is really going on and you're able to look back at a point in time and what contemporaneously did the market understand at that time and that's what they're doing. They're analyzing, you know, and reporting to their customers, basically, what they think is important and what they see to be important and then they gave price targets and -- of, you know,

whether this is affecting the value of the company.  So it's exactly on point.

Q.    Now, your content analysis, what specific questions did you answer following the alleged corrective disclosure from these analyst reports?

A.    So there are four specific questions, and I have them.  I have them up here.

Q.    Okay.  And did counsel ask you to analyze these questions?

A.    Yes.

Q.    Are they economically relevant to analyzing price impact?

A.    Yes, they are.  They're the same sort of questions that I have analyzed before.

Q.    And did you think there were other questions that you should have been analyzing but didn't?

A.    No.

Q.    You've prepared a table, I think, that summarizes the results of your content analysis.  I know they're all in your report in an appendix, but can you briefly walk us through this table?

A.    Sure.  So just for the first question, the first question: Is there any indication in the report that the analyst learned the prior misstatement was inaccurate or misleading?

So taking the Category A misstatements -- there are 33 of them -- there are 38 analyst reports.  So that leaves you with 1254 codings or yes/no questions.  So each analyst with each

misstatement or alleged misstatement.  And so the answer was -- for all 1254 coded answers, the answer was no.  Every single analyst report regarding every single alleged misstatement, there was no indication in the report that they learned that the prior misstatement was inaccurate or misleading.

And so on for Categories B and C.  There's just different numbers of those and then --

Q.   And that is different because --

A.   -- and then for each of the questions.  So that's how to read this table.

Q.   Okay.  Let's see.  For the fourth question, I think you have 17 yeses there.  What did you find with respect to those?  What does that mean?

A.   Yes.  So it means that for some of the misrepresentations in some of the analysts' report, they actually reference the event, like the earnings release or whatever it was, that the misstatement was made.  So they're not referencing the misstatement itself.  They're not telling you they learned anything new.  They're not referencing the misstatement.  They're saying -- and it's mostly about the prior quarter.  So almost all of these were the, like, first quarter 2019.  So they are referencing that there had been an earnings call, for example, in first quarter of 2019.

Q.   So what did the content analysis of all of these 38 analyst reports after the alleged corrective disclosure tell

you about price impact with respect to the Category A, B, and C statements?

A.    So it showed that there was no causal link between any of the misstatements and the price drop at the end.  I'd said that there -- you know, not one analyst is saying that they learned something new about the prior statement that they considered that the prior statement had been inaccurate or misleading. None of them are even referencing any of the prior alleged misstatements.

So there's no causal link that can be seen from any of the analyst reports to any of the Category A, B, and C statements. So there's price drop at the end that -- there really is a price drop at the end.  I don't disagree it's statistically significant.  But there's nothing that's tying that drop to any one of these 54 statements.  And there's a lot of analysts covering the company and they're -- you know, they're all issuing these reports.  So it's not like the absence of something didn't tell you something.  It's a lot of stuff that we look through; and it does tell you something, that the absence is telling.

Q.    Evidence of no price impact.

A.    Yeah, it's very telling.

Q.    Mr. Coffman obviously wrote a rebuttal report rebutting your content analysis, doing his own price impact analysis; and I think he cited some commentary from analysts after the

alleged corrective disclosure that he says showed there was some kind of economic link or causal link with these Category A, B, and C statements.  I think he covered a few of them or at least one of them in his redirect just now.

So what is your response to that?

A.    So he does cite analyst commentary.  He cited five analyst reports or portions of five analyst reports.  So there are 38 analyst reports.  So there's no mention of the other 33.  And the parts that he cites are only topically related to the alleged misstatements.

So they talk about the Dominator or they talk about, you know, large-scale development, but they don't -- there's nothing that says they're corrective.  There's no causal link between them, and they don't do anything to show price impact.

Q.    I think we have an example that we can walk through with -- is Raymond James first?  Yeah.

So I think one of the ones he cited was this Raymond James analyst report.

A.    Yeah.  So what I have in brown is the part that he cites. What's bold is the part that he bolded, and what's underlined I have added.  So brown is what he cites, bold is his own bolding, and I underlined some things just to make it a little easier to find.  So just so that's sort of -- and then the blue is some comments that I had.

So, first of all, for this Raymond James, it's not

corrective or causally related to any of the 54 alleged misstatements. And I think we heard some testimony from Mr. Coffman that he, I don't think, could articulate a causal link.

This corrective -- after the corrective disclosure they're characterizing the Dominator as a well spacing test. So they're already saying it's a test. So they -- they're not saying, oh, we're surprised that it was a test. They understood that it was a test. And the issue that they're talking about here, the surprise, is referring to an -- it's a surprise given that they just raised the guidance in Q1 and now they're lowering it. So that is a surprise, but that -- that Q1 guidance and results -- I mean, 2019 guidance and results are not part of any of the Category A, B, or C or the 54 alleged misstatements that I'm analyzing. So that's the first.

Q.    Okay. And then, similarly, the second one is the Barclays statement that he points to?

A.    Yes. So that also doesn't correct or causally related to any of the 54. And they mentioned -- and what he's bolded is this old industry albatross of unsuccessful spacing pilots. So that's just saying it's an industrywide known issue of unsuccessful spacing tests. So they're saying, yeah, we were caught off guard that this was happening but it's a known issue. The rig reduction, as we said, is not new information.

And what Mr. Coffman admitted -- omitted, if you see those

little ellipses, they omit where Barclays says, "Rig reduction good or bad news, question mark."

So it's not even clear to them if the rig reduction is good or bad news.

Q.   Okay.  Let's go to the next one.  I think he mentioned this Jeffries one during -- he mentioned this one as well.  Can you point out what the issues are with his claim that this somehow evidences price impact?

A.   Yeah.  Well, he fails to quote from this report that Jeffries said the issues with the Dominator pad have been well understood.  So they seem to be directly saying.  And they're saying that given the production guidance increase, this was difficult to see coming.

So they're saying, look, you just raised the production guidance one quarter before and now you're lowering it.  And that production guidance is not one of the alleged misstatements that I have been asked to analyze.  So it's not one of the Category A, B, and C.  That is D, I guess, is what --

Q.   And then same for Mizuho; that is not one of the Category A, B, or C statements.

A.   Yeah, this is -- the prior day the Mizuho had a report on the alleged corrective disclosure itself.  This one's really an industry report that he's citing.  And he -- they say the Dominator results were largely expected.  And what this Mizuho

is complaining about is, you know, you shouldn't overpromise and under-deliver; and what they're doing is they're referring to they gave first-quarter guidance.  They raise it and then they lower it in second quarter.  So that's what they're talking about, the raising and the lowering.

Q.   And that's not at issue in the Category A, B, and C statements?

A.   Correct.

Q.   So in your opinion is there any basis for Mr. Coffman's claim that these statements and these five analyst reports are evidence that the A, B, and C statements had price impact when made?

A.   No.  And, in fact, I think they really show the opposite.  They show that what they're focused on is something that -- you know, that you've changed your -- you've had something from the prior quarter.  And they're literally reaffirming the statements that, you know, had previously been made; and they're saying, you know, they knew it was a test.

Q.   All right.  Now, Mr. Coffman and the plaintiffs have alleged that re-creating your content analysis is impossible and it can't be tested.  What's your response to that?

A.   It's very boring to re-create the content analysis, but it absolutely can be done.  I have an 87-page appendix.  I list the exact questions.  I list all the responses to 9700 entries.  And so, yes, anyone can, you know, look at this and say does it

do this, yes or no, and re-create each of those 9700 entries.

Q.    And to date have the plaintiffs or Mr. Coffman said they looked at it, they did re-create it, or tried, and they would have answered "yes" to a question when your content analysis found a "no"?

A.    No.

Q.    Okay.  You also testified that you did a content analysis not just after -- of the analyst reports not just after the alleged corrective disclosure but also after the Category A statements themselves; is that right?

A.    That's right.  So in addition to a whole analysis of all of the A, B, and C at the time of the alleged corrective disclosure, I also did analyses at the time of the misstatements.

Q.    Okay.  And what were those analyses?

A.    So it was just an analyses of the Category A generic misstatements.  So only that category.  And I did two things at the time of the alleged misrepresentations.  One was to see whether the -- there was a statistic -- whether the stock price rose as a result of the misstatement.

Q.    And I think you found that it did not?

A.    I did not, and they don't seem to be challenging that.  So that sounds like that's -- but that was not clear, I guess, from the complaint.

And the other thing that I did is a content analysis of

the analyst reports after each of the alleged Category A misstatements.

Q.    And we have a summary slide with those results as well?

A.    That's right.

And so those questions were is there any indication that the alleged misstatement caused the analyst to change its valuation of Concho and/or its stock, any indication that it caused the analyst to change its price target for Concho.  Does the report reference the alleged misstatement, and does the report even reference the event when the alleged misstatement was made.

Q.    Okay.  So similar analysis is what we just looked at. You're just looking at different analyst reports made at different times?

A.    Yeah, and I'm looking at whether -- whether when the statement was made, did it -- does the analyst say the statement changed their valuation of the company or the stock price.  I think the 1 and 2 are directly related.

Q.    And 3 and 4 go to that issue less directly?

A.    Well, I think if you don't even reference the event that the statement was made in, the analyst considers not only was -- not only is there no evidence the statement made a difference to them when made; they're not even bothering to mention the entire event.  So that's I think pretty good evidence that there wasn't anything in the event that they

thought was value relevant or important to the stock price.  So I think that's a -- so like yeah.

Q.    So these 45 Question 4 yeses and 4 Question 3 yeses, what should we make of those?

A.    Well, I think just that they -- obviously if they mention an event, they have an earnings call; and the fact that they mention it doesn't tell you that the statement made anything. It tells you that there might have been something else in their earnings call, which I certainly wouldn't disagree with.  And the couple -- the four where they do reference the misstatement, they don't indicate that it is of any meaning to them.

So for one, for example, they reference a misstatement which was a slide.  It was like a slide deck from Concho; and the slide itself, which kind of said where the wells were, it was like a map or something.  The analyst does include that slide in their analyst report, which I -- we coded as a "yes" because they're mentioning it; but the part of the slide that was the actual misrepresentation, which said these things about large-scale development or said these sort of positive things, they didn't even include that.  So they basically included the slide showing the map and the things and omitted the very part.

So although yes, it's coded as a "yes," I would say that it certainly gives you no indication that that statement was important to the analyst.  It was so unimportant they went to

the trouble to actually exclude it.

Q.   Why did you perform this content analysis after the Category A alleged misstatements but not after the Category B and C ones?

A.   Because the way the complaint is written, these are -- they sound sort of positive, like they're saying good things; and so it appeared the plaintiffs are saying -- and I think Mr. Coffman claims -- that they're economically meaningful.  So if they're positively economic meaningful statements, you would think that they could cause the analysts to raise their price targets or raise their valuation of the company so --

Q.   Or at least talk about them?

A.   Yeah, or at least talk about them.

Q.   Okay.  Now, Mr. Coffman has claimed that all of the Category A, B, and C statements had price impact; but does he actually talk about all 54 of those statements?

A.   No, he never mentions -- he cites, I think, eight in his direct testimony.  He cites to only eight of the 54 alleged misstatements, and he doesn't say anything about the other 46.

Q.   And what was your assessment of whether the market response to those eight statements was consistent with his claim that that was -- that there was price impact?

A.   No, he doesn't -- there's nothing that links them or -- they're not linked or correct at the corrective disclosure and

then when they're made he says they have economic -- you know, important economic impact or something like that.  Yet, not one analyst mentions them or gets any economic impact from the statement.

Q.    And I think we have some examples of those eight statements.  I don't know that we need to walk through all of those, but is there one example that we could look at?

Maybe the Ramond James one I think is the one you just mentioned where a slide was taken out.  I think that might be on the next -- yes.

A.    Okay.

Q.    So A-19, can you tell us what we see here?

A.    Yeah.  So the excerpt that plaintiffs had claimed was important from this misstatement, which was I guess the whole slide, is that manufacturing mode unlocks significant value and optimizes well performance.  And so you can see that's the part I circled in red from the actual slide.

And then what I have on the right is what the Raymond James analyst actually put into their analyst report, which was the map; and they don't -- they completely omit the part that -- so I think they're basically saying like we don't think this has anything; let's just cut it out.

Q.    And what does that tell you about price impact or whether A-19 had price impact?

A.    I mean, it tells you -- it does seem to say that that is a

generic statement that nobody thinks is important.  We're literally going to the trouble to take it out.

Q.   So, in summary, what is your opinion as to whether any of the Category A, B, or C statements have price impact?

A.   That they do not have -- there's no evidence that they have price impact.

Q.   And I think we have a slide that highlights your price impact findings that we've been talking about and that are in your report.

A.   That's correct.

Q.   Okay.  So let's switch gears and move on to your second assignment about the proposed common damages methodology from Mr. Coffman.

     Did you find issues with that?

A.   Yes.

Q.   Can you tell us what those were?

A.   I think I identified three issues.  One is that it's not capable of measuring inflation consistent with the plaintiffs' theory, the second is that it gives unreasonable results for Concho shareholders that bought before the RSP merger, and the third is it gives unreasonable results for the RSP shareholders that just acquired Concho as part of the merger.

Q.   Okay.  We can break those down and walk through them.

     THE COURT:  I tell you what -- we've been going for another two hours -- why don't we take a break.

MS. HEFLEY:  Sure.  Okay.

THE COURT:  You don't think about it when you're a lawyer, but I get -- Lanie starts going "My fingers hurt.  My fingers hurt."

MS. HEFLEY:  Yes.

THE COURT:  She needs a break.  I need a break.  Let's take ten minutes.

MS. HEFLEY:  Thank you.

(Court is in recess.)

THE COURT:  All right.  Be seated.

Before we get started on this, I need some clarification; and maybe the witness is the one to do that. Maybe Mr. Coffman -- I should have asked him.  But I am either confused or I understand it and what we're really arguing is apples and oranges here, but it's -- the risk materialization argument, I guess maybe I need someone to define that for me and how that differs from the corrective disclosure theory. Because to me it makes a big difference of what we're talking about here.

I mean, my question to the witness would have been if she's going to tell me what's wrong with the plaintiffs' theory, tell me what the plaintiffs' theory is.

MS. HEFLEY:  Our understanding of the complaint is this is very much a risk materialization case.  I think we had a paragraph where they talked literally every statement they

claim is false or misleading is corrected by materialization of the Dominator risk.  So we think they cannot possibly -- that was Mr. Sterling's cross-examination.  They cannot possibly walk away from the risk materialization theory without walking away from their whole case.

THE COURT:  All right.  Mr. Fatale?

MR. FATALE:  Yes.  Thank you, Your Honor.

So there are two theories of loss causation: Corrective disclosure and materialization of risk.

Sorry.

MS. HEFLEY:  It's okay.

MR. FATALE:  I can hardly look at my own, but I understand.

Both are distinct methods to prove the casual link between the misrepresentation and the economic loss that plaintiffs are going to suffer.  For corrective disclosure, plaintiffs need to identify a corrective disclosure, which is the release of information into the market that reveals the truth about a prior misrepresentation; and what we're going to measure is how much inflation came out of the stock.

Materialization-of-risk theory, on the other hand --

THE COURT:  Wait.  Wait.  Let me stop you there.

MR. FATALE:  Sure.

THE COURT:  And I know this is simplistic, but I'm -- I

used to be a tort lawyer.  We only have negligence, proximate cause, and damages.

So we've got the price we bought it at that theoretically is based on the misrepresentations.  We got the price we sold it at after the disclosure.

MR. FATALE:  Uh-huh.

THE COURT:  And plaintiffs win the difference.

MR. FATALE:  Yes.

THE COURT:  And maybe adjust it for --

MR. FATALE:  Maybe adjust it for, you know, confounding information or -- you know, other things that go in; and Mr. Coffman's methodology, the out-of-pocket methodology, you just turn the knobs and you can adjust for those things.

THE COURT:  Okay.

MR. FATALE:  Now, materialization of the risk.  Materialization of the risk is something when something other than realization of the truth causes the stock to drop.

THE COURT:  And that's going to be Judge Ellison's example in his opinion.  We've got 100 marbles in the jar, 98 of them are black, two of them are red; there's a risk of me pulling out a red one.

MR. FATALE:  Well, it's *Deepwater Horizon* blowing up and the stock dropping behind because of it, not the company coming out and saying something that corrects something.  And what the difference was, even if in that case, you --

out-of-pocket could have measured it.  What's different is when the plaintiffs in *BP* were putting forward what's called "materialization-of-the-risk theory," a term of art, not the way we use "risk" in the complaint.  I can talk about that.  But what they were looking for is we want all the damages that happened that day, not just because we found out that your safety could have been better or things like that, but whatever negligence happened, whatever the economical cleanup cost is going to be, all the consequential damages of that event happening we're going to try to capture.  Because in that case when plaintiffs looked at the damages between the two competing theories, they were bigger; so, they went for that.

Yes, we allege both in our loss causation section.  *Goldman* was happening at the time.  It was still working through the courts.  Corrective disclosure theory on price maintenance might not have still existed, but it got reaffirmed by the Second Circuit.

So, yes, in the loss causation section of our complaint we say either/or; but our methodology that we're putting forward, how we're going to prove loss causation at trial, is through a corrective disclosure.  It's a merits question at that point, the connective -- the correctiveness of the statements, that's going to be for the jury to decide.

THE COURT:  Okay.  Mr. Holmes, do you want to tweak that?

MR. HOLMES:  I might want to do more than tweak it.

So --

THE COURT:  Ms. Allen, I'm sorry.  We're doing this in the middle of what you're doing.

THE WITNESS:  No problem.

MR. HOLMES:  A corrective disclosure exists in both a materialization-of-the-risk theory case and a case that's just based on what I will call non-materialization of the risk, and Judge Ellison gives -- that case has the perfect example of each.  And there's two -- I need to clear up a *BP* issue, also, separately in a minute.

But in the *BP1* -- there's a *BP2* case that gets thrown in here occasionally.  We're not really talking about that.  I'll explain how that relates.  But in *BP1*, when there was the pre-spill, the pre-spill class was a materialization of the risk.  Just like the case here, the theory was the defendants had understated the risk of a catastrophic event.  The corrective disclosure was the disclosure that the event had happened.  The market saw that that disclosure went to the market; *BP* stock price reacted and went down.

The marble theory comes in where the -- understated the risk, what Judge Ellison was saying is if I have 100 marbles in the bag and there's one that's red and I -- you know, and the risk is 10 percent that I'm going to get red and so people price it accordingly, right?

But now I reach in and that materializes, the market price drops all the way, right?

So if you're going to compensate somebody in the materialization of the risk for taking the back-end loss, the loss on the day that is caused by the corrective disclosure, you're overcompensating them because what -- the delta you should be compensating in material of the risk is if there's a 10 percent risk of something bad happening and the plaintiffs' theory is, well, it was really 20 percent and that's what -- they don't put numbers on it; but that's what they say here, understated the risk.  They say it repeatedly.  The measure of damages is that delta.  It's not the entire stock price drop.

And in Mr. Coffman's cross-examination, he admitted when there is the testimony about what's out of pocket, he put forth the same sort of explanation in *BP1* as he did here.  There he called it "constant dollar," but it's out of pocket.

And what he testified here is the same thing he was going to do in *BP* which he said when that corrective disclosure happens, you push it back in time to when he thinks it should have come out and then you, quote/unquote, decrease the stock price to remove the alleged inflation.  So what's going to happen is July 31st, the stock price drops after that, the model that he's suggesting is I'm going to take that drop and I'm going to push it back in time.  Okay.

In some cases you have more than one corrective disclosure; and so when you push it back in time, it looks more like a stair step.

THE COURT:  Right.

MR. HOLMES:  And so that's exactly what he was proposing in *BP1* and it -- so he says -- this is called "constant dollar" in *BP1* -- and I'm reading at Star 7 -- "The constant dollar amount of inflation is then carried back to the date of the preceding misrepresentation such that any share purchased in the interim is deemed inflated by that amount."

That is exactly what he testified his model is going to do here, and that is exactly what Judge Ellison said on the pre-spill class in *BP1* that doesn't work.  What he also said is you have to --

THE COURT:  Tell me why it doesn't work here.

MR. HOLMES:  Why it doesn't work here is because throughout the complaint -- you remember the slide in opening about stating -- you know, understated the risk.  Understated the risk that there would be a disappointing result on Dominator or they say disappointing results in large-scale development.  It's an understatement of the risk.

So to try to put it in simple terms, you're going to raise money to drill one oil well and your investors, you know, think there's -- you know, I've got five oil wells all around it that are just going gangbusters.  This one is right

in the middle.  You know, there's some risk to it, but whatever.  And then plaintiffs sue and say you overstated -- well, let me add one more fact.  The oil well is a dry hole.  Okay?

So are the plaintiffs' damages in that case the entire amount of the loss if they knew it was risky and their theory is you overstated the risk?  Right?

Now, this gets into *BP2*; and it gets real complicated.  Maybe if the plaintiffs' individual theory is I would have never invested if there was a 20 percent risk.  Some people would have said, yeah, I would have -- you know, but I still should get my damages because you overstated the risk.

In *BP2* the Court said, using that hypothetical, there are some investors -- the reason why common issues don't predominate and a class in the trial of these folks' claims won't resolve everybody else's is because some people may come in and say, "I would have never invested if I had known the risk was going to be more.  My risk tolerance is 10 percent.  Anything more than 10 percent, I don't invest."  That's an individual issue.

Some people may say, "Well, I still would have invested; but my damage -- I knew there was the possibility of a dry hole.  I knew that was a possibility.  That was a risk I took.  So I can't get insurance through damages.  My damages are the difference between -- it's the marble, the difference

between the risk that was represented to me and the risk that was really there. That's why Judge Ellison said the damage methodology that's out of pocket or constant dollar, however you want to refer to it, overcompensates the class.

THE COURT: Okay. Now apply that to this case.

MR. HOLMES: Okay. Same thing as a single oil well. Here they're saying -- you know, the theory of this case is there is this transition to large-scale development. There's -- and in particular, you know, the Dominator, there was lots of large-scale development projects within Concho. Not to -- but, you know, Dominator kind of dominates this story. So the Dominator was the largest -- you know, 23 wells, single mile. They say it's going to be a test, they're going to learn from it, all of that. There was obviously risks involved there in their statements.

The plaintiffs are saying those risks were understated on the Dominator Project. So in July 2019, when the results were made known, at least up to that point in time, the plaintiffs say that the materialization of the risk came to roost then.

So what the market learned is -- so the 4-billion drop in the stock price, what Mr. Coffman is going to do is say, well, you should just forward that all the way back to whatever the first day of the class period is. That's what overstates the risk because the market knew there was risk

inherent in the Dominator Project.

THE COURT:  Okay.

MR. HOLMES:  There's no way it couldn't have when you're saying it's early stages, we're learning, it's aggressive.  So the market -- we're investing.  We know it's aggressive.  We know it's early stages.  So to compensate for the full drop when they knew it was risky, they knew that was possible, that's overcompensating them for something.  You knew that a risk of failure was possible.  That's what materialization of the risk is.

In *BP1* -- think of it this way.  Investors know that a risk of something like Macondo is out there.  Nobody wants to think about it.  We hope it never happens.  But there is a risk of that in the business and that's why BP had the safety protocols and safety programs and that's why they told the public "Here are our safety programs."  The plaintiffs' claim was those safety programs understated the risk of something like Macondo happening.

THE COURT:  So the risk here is the Dominator doesn't work, or is the risk here that it's an oil well and everybody knows you can have a dry hole with an oil well even if it's horizontal, not vertical?  What risk are they not accounting for, is what I'm asking.

MR. HOLMES:  Well, according to plaintiffs, the risk that's not being accounted for is they say that there was, you

know, allegedly this -- even though Dominator didn't come online until February of 2019, the plaintiffs -- so you can't really know anything about Dominator until it comes online. But they say that what wasn't told was this allegedly negative information just about large-scale drilling.

THE COURT: Well, let me paraphrase it. And Mr. Fatale can tell me when I'm wrong or correct me when I'm wrong.

The way I read at least maybe not the complaint, all 200 pages of it, but the way I read the recent briefing is that what they're saying is that what Concho did was underplay or undersell or maybe not disclose at all, depending on it -- I mean, some of that slops over into the merits, and I know we're not here on the merits -- the fact that Dominator was part of an experimental program as opposed to the "We've done our experimental program and this is what it all points to, this is the way we ought to do it."

Now, how badly did I state...

So why can't they use the inflation maintenance theory they want to use?

MR. HOLMES: Well, they can use inflation maintenance theory. That's the price impact separate and apart from the damages question, which is can you use this out of pocket where you're just taking the whole loss and pushing it forward. The risk materialization, the way you paraphrase that to me reads perfect risk materialization -- I think maybe one way to put it

in perspective is -- I said there was a pre-spill and post-spill class in *BP*.  The post-spill class, this is not risk materialization.  It's sort of like an accounting restatement case or sort of like saying "I have a factory that can make 10,000 cars when I know at the time it only makes 8,000 cars."  That's not risk materialization.  That's just a misrepresentation.

So the post-spill class reads more like that.  There BP said -- I can't remember the exact numbers -- but there was only X thousands of barrels of oil leaking per day and it turned out the figure was significantly in excess of that.  That's not risk materialization.  That's just a straight-up misrepresentation of a fact.

Risk materialization --

THE COURT:  That's what they're saying.

MR. HOLMES:  No, what they're saying is we understated the risk, that there was a risk that -- what happened at -- I think they would stipulate to this.  Everybody knew there was a risk that Dominator was not going to turn out as projected.  That's a risk that's sort of inherent in the oil and gas business for any well.  Dominator is sort of that a little bit on steroids because it was, you know, largest multi-well, multi-pad project there had been.  Everybody knew there was risk it may not turn out.  The question was how much risk.

And so if you're going to do a damage model that

accounts -- that uses the entire drop in the stock price -- this goes back to the marble where you just -- the whole loss, that overstates the risk because the only way it understates the risk -- or the only way it -- I'm sorry.

The only way that the full drop measures the damages is if there was a hundred percent chance of failure. If there was a hundred chance of failure, fine, take the whole drop and move it back.  That's not their allegation.  The allegation is the amount of risk was understated.  That's the difference that Judge Ellison was getting to.

THE COURT:  Okay.  Mr. Fatale, you want to --

MR. FATALE:  Yeah, I would like to just clarify the theory of my complaint because since the motion to dismiss I've been being told what the theory of my complaint is and the Court understood it in the motion to dismiss when it already rejected all these arguments.

Defendants want this case to be a guidance case. That's why they don't challenge the statements in 2019.  They want it to be a risk case about oil wells not producing.  We understand that.  Of course oil wells are risky.

Our complaints, what they misrepresented is they touted the company's transition to large-scale development as successful and having benefits when according to the CWs they had zero basis for doing that.  They hadn't done the learning. They stated that the transition to large-scale development was

the product of gradual learning and verified -- we saw the statement, "We verified well spacing."  That wasn't true according to the people inside the company.  That wasn't a true statement.

They issued non-risk -- see, there's words of risk; but it's not a risk theory.  They issued non-risk-adjusted production forecasts because they were doing the forecasts based on wells that just were one or two or traditional one and applying that without adjusting for it on their new big projects.  CW 1 talks about that in the complaint.

And this is the part that Your Honor picked up from our complaint, is that it wasn't just Dominator; it was more.  The analysts understood that.  The market understood that at the time.  What does that mean?

It means that at any time during the class period, they could have disclosed the truth.  We didn't have it verified.  We haven't been adjusting risks correctly.  We haven't verified the techniques.  They didn't need to wait for an event like *Deepwater Horizon* blowing up in *BP*.  This is why every time defendants come in and say, no, you don't have out-of-pocket, you have materialization of the risk.  One or two cases, Your Honor, the courts have gone with that.

In the 90 we have a list in the case after *Comcast* in this.  *Comcast* was 2013.  Two cases where this has

stopped the class getting certified.  The out-of-pocket adjusted inflation is the gold standard as courts after courts recognize.  And that's the theory we're pursuing.  That's the theory of loss causation we're going to pursue at trial, and it's -- at that point it really starts getting into a merits question as to whether we're going to prove loss causation between the two and be able to show the inflation.

THE COURT:  So, it's your position, just to make sure I understand it, that you can take, for lack of a better term, the unadjusted purchase price of the stock, go to July 31st, 2019, and just subtract the difference -- and I know there are other intervening factors but -- and that's the damage?

MR. FATALE:  With things taken out.  Like some of their points that they're making on risk is really a truth-on-the-market defense, which isn't -- which is a merits issue and isn't to be resolved at class certification, that they knew -- they knew Dominator was an experiment.  If that's not new news then when they say it at the end, then, yes, you take that out.  It's going to follow through.  There's all these adjustments you can make.  We're not proving loss causation now.  We're not proving damages now.  We're putting forward a methodology to do both, the gold standard methodology that's been improved in case after case in these cases.

This is the post-spill *BP* class.  We are pointing

to statements that we say were not true by misrepresentation, by omission; and we're saying that a statement later on corrected it.  The jury will find out that -- will agree with us or not.

THE COURT:  All right.  Mr. Holmes, I'll give you the last word; and then we'll hear from the witness.

Ms. Hefley, since I interrupted your examination --

MS. HEFLEY:  It's quite all right.

MR. HOLMES:  Look, I would just say two things really quick.

Number 1, I think the class certification motion is based on the complaint that they have in front of the Court, the live complaint; and it -- it says -- I'm going to quote when it says 38 times "Risks that would and did manifest during the class period eventually forcing the company to scale back production."

The manifest -- the risk that manifested was the scaling -- the alleged scaling back of production at the end of the class period.  That's their complaint.  And they say risks manifested during the class period.

So if those risks manifest during the class period, you -- it's not just taking this end price and pushing it forward with the adjustments -- because you're exactly right, there are adjustments -- but it is what were those risks

during the class period?  How do you account for that?

And the very last question Mr. Sterling asked Mr. Coffman was how is your model going to account for things like that during the class period.

And his answer, "I'm not sure."

So saying something like "I'm not sure right now," that was exactly the problem in *BP* -- no, there were several problems; but one of the problems was the Court did not have a good grasp on how he was going to do it.  And Judge Ellison said *Comcast* requires greater explication than just "I'm going to do it.  I'll figure it out.  You know, don't worry."  There needs to be explanation.

Now, I will say, they came back a second time and that's where you have *BP2* and that's a completely separate -- they tried again, failed again.  Then it went to the Fifth Circuit, still failed on the pre-spill class.

So unless you have any questions.

THE COURT:  Well, I'm just trying to flesh out.  I mean, I'm hearing it both ways, unfortunately.  Do I have a legal problem here as in how we're going to do it, or do I have a pleadings problem that they're pleading one way but going under a theory they didn't plead?

MR. HOLMES:  Well, I think it's that they have a pleading problem.  I think also -- but listen, also, in their class certification papers -- you know, we raise this in the

class certification papers -- their response, you know, says it's a risk.  There are statements in Mr. Coffman's testimony about it being a risk.  There are statements in the class certification papers about the company taking a, quote/unquote, gambit with the large-scale development.  So even after the pleadings, they still are pursuing this risk theory; and they have to.

And it's like Mr. Sterling's question about, well, wait, so now if they're just claiming materialization of the risks for purposes to get through this part of the case, when we get to the jury, do they -- I mean, how do you -- we're not doing risk materialization, but we're going to talk about risk manifesting during the class period to the jury?  That's exactly the problem that *Comcast* was trying to get to so that when you have a theory of liability, your damages theory matches up.

And so, yeah, it is -- I mean, it can hurt the head -- mine anyway.  If I think about it too much, it is complicated to tell sometimes the difference between one or the other.  Here, looking at the complaint and what they've pled and how they've pled this case, saying these risks manifested during the class period, that's how they've pled the case.  That is their theory of liability; and that's what *Comcast* is based on, their theory of liability.

THE COURT:  Wouldn't that apply in any stock fraud

case, then?  Because people buy stock over a period of time and things change.

MR. HOLMES:  Okay.  Think about something where you have -- borrowing from a securities fraud case that really has nothing to do with this.  There was a Tenth Circuit case where you had a company that manufactured fuselages for an airplane manufacturer; and they said they had 70 orders when, in fact, the plaintiffs allege they only had 50.  That's not -- same thing in an accounting restatement case where you say, hey, our revenues last year, you know, were not a billion, they were, you know, a hundred million.  That's not a -- you can go back and say wait a minute, you've got a fact there that you just got wrong.  Does every case maybe have a flavor of one or the other?  I mean, it's not -- I think sometimes you can say, yeah, there are some cases that are sort of treading both.  Here, when you look at this complaint and how they say the risk manifested during the class period, I can't think of a more paradigmatic manifestation-of-the-risk case the way they have pled this, which I don't think was accident.

THE COURT:  Okay.  All right, Ms. Hefley.

MS. HEFLEY:  Thank you, Your Honor.  And since we're on the damages section, we may be able to at least help on some of these issues with Ms. Allen.

BY MS. HEFLEY:

Q.   So before the break we talked about the three issues that

you had with the common damages methodology, with the first one being it was incapable of measuring the alleged inflation consistent with the plaintiffs' theory.  I was going to ask you what you understand the plaintiffs' theory of liability to be and I know we've heard a lot about that now, but can you tell us your understanding based on what they've actually alleged in the complaint?

A.    They allege that there are allegedly understated risks and that something bad happens, which they say is, you know, what -- presumably they would have had a better idea would have happened.  So there's some sort of materialization of a bad thing that happens.

But what they do allege is that they understated the risk and they -- every single misstatement that they pled in the complaint says they said the statement and they said -- and it was a misstatement for the following reasons and each one of those reasons is a risk because they understated the risk.  So every single reason for every single misstatement that they have in the complaint is risk-related, saying that you understated a risk.  That's the plain reading of what the complaint says.

Q.    And the complaint didn't just say "risk" once, did it?

A.    No, it says it 480 times; but it is -- yeah.

Q.    And I know Mr. Coffman and the plaintiffs have said --

A.    Like the reasons -- so they have a misstatement and then

they say the statement made is and it was -- you know, the complaint is supposed to have this specificity, is my understanding.  So they have the misstatement and they say the prior statement was misleading for the following reasons and they have like A, B, C, D, E, F.  Each one of those is about risk.  And then they conclude with the above-mentioned risks.  So they're just saying that each one of those things are risks that they failed to mention.  That's -- when that -- that just isn't.

Q.    I would like to pull up one of the examples.  I think you mentioned Paragraph 244 of the complaint.

MS. HEFLEY:  Can you switch over to that, Tony?

**BY MS. HEFLEY:**

Q.    Okay.  And is this an example of what you're talking about here?

A.    Yes.  So like it --

Q.    Can you walk through what we see?

A.    Yeah.  So it says here, "Defendant Leach's statements were materially false and misleading when made for the following reasons"; and then it goes A, B, C, D, goes on.

"It was unverified and extremely high risk."

B is it was no verifiable basis that they would deliver.

C is it carried an enormous amount of risk.

D is that it lacked a sufficient amount of lower-risk projects to balance out the risk.

E is that it was materially riskier.

And then I think if you go down it should say something about as a result of all of these risks.

Yeah, "While the Dominator" blah, blah, blah, "it was one of many such risky projects.  The above-mentioned risks did manifest, eventually forcing" -- so they're saying the risks manifested, which is a materialization of the risks.  They're saying you understated these risks and then they manifested themselves.

Q.   And they say this over and over in the complaint when they're talking about the reasons the alleged misstatements were false or misleading when made?

A.   Every single one.  This is exactly the same format for all of them.  Some of them have a larger or smaller number of A to K or whatever, but it's exactly the same.

Q.   Okay.

MS. HEFLEY:  If we can go back to the presentation, Tony.

BY MS. HEFLEY:

Q.   All right.  So what you have said is that Mr. Coffman doesn't have a common damages methodology consistent with that pleaded theory of the case.  Why can't we just use the stock drop at the end that we were just talking about after that alleged corrective disclosure as the basis for determining damages in this pleaded scenario?

A.   So the damages are the difference between what the person who bought the stock thought was understood by the alleged misstatement and what was -- what would have been the truth if they had said the right risk.  So it's the difference between the actual risk at the time and the risk that was thought by the market.

Q.   Based on these statements?

A.   Right.  And what materializes at the end is -- the material -- so they're saying they understated the risk but something bad happens and there was a risk that that something bad would happen, but once it happens, it happens with a hundred percent certainty.

So that's like Judge Ellison and the balls.  So the hundred percent is bigger than just the amount that would have happened to begin with if they said what the risk was, right.

So one issue is that the materialization of the risk is a hundred percent of the thing happening and the value of what the understated part is lower than that.  So that's one issue.

The other -- there are a number of issues.

Another issue is that you need to know what the market thought the risk was or what the individual plaintiff thought or would agree to for the risk.  So given the statement, what was actually thought of the risk.

And the other thing, the third thing, that's an issue is that -- and particularly an issue here is that this is changing

over this whole time period, over the whole class period, their understanding of large-scale development is changing over time and -- and as well as what's going on.  So changing in the industry, changing with Concho.

And so what you need your damages methodology to be able to do is every single day of the class period measure the difference between what the misstatement -- what the misstatement made the market think the risk was and what the risk -- what they would have thought the risk was if they had said the proper statements.  So you need the two differences between I told you something was risky and that meant $10 to me but the truth is if I told you this, oh, would have meant, you know, $20 to me.

So you need those two differences and you need that at each point in time and merely looking at the stock price at the end isn't going to tell you the delta between these two risks, what the misstatement was telling and what the market was perceiving.

So there are two complicated things that you need to know and then you have a long class period and it's changing.  And so Mr. Coffman has done nothing to describe how any of that would be accomplished.

Q.    Through his common damages methodology.

A.    Yes.  His common damages methodology -- I could describe that now -- is saying I will somehow figure out the inflation,

which is the amount they overpaid, and that will be the damages.  Well, that's like saying sure -- like in a torts case, if it was, you know, damages for --

Q.    Faulty car or something?

A.    -- a faulty car, it would be like, yes, my damages methodology is I'll figure out what the true price of the car would be given the damages and that's what I'll give you.  It's like, okay, but what's the methodology?  I'm going to give you out of pocket how much you paid too much.  That's my methodology, is out of pocket.  Well, that's not a methodology.  That's just saying I'm going to give you how much you paid too much.  That doesn't tell you how to do it.  So that's completely nonspecific.  That's a --

Q.    So if I understand you --

A.    That's not a method of doing damages.  That's a damage theory.

Q.    So if I understand you correctly, so what he's saying is they overpaid and the inflation is what they should get as damages and I can -- and my method is going to figure out how much they overpaid, but he doesn't say how he's actually going to do that?  Is that --

A.    That's right.  So it doesn't tell you anything.  What he says is he says I have a formula which is called out of pocket, but it's out of pocket in another case, it's just the amount you overpaid.  In a securities case you often buy and sell.  So

you -- it's how much you overpaid to begin with minus how much you overgot when you sold.  But here the only people who would be damaged would have to hold over the end.  There's only one corrective disclosure.  So the only relevant -- there's no inflation after the corrective disclosure.  They're not claiming -- they're claiming the truth came out at the end.

So there's only one thing he's saying.  He's saying my damages are the inflation when they bought, how much they overpaid.  Well, that's not a methodology.  That's just saying my damages are going to be the damages.  Well, that doesn't tell you anything.  That's just tautological.  I mean, that could be different from a whole different damage approach, like benefit of the bargain, which is that you not only get how much you overpaid but you get how much you thought you were getting from something.  So like you could have a benefit of the bargain, like I over -- I not only overpaid for this but my plan was to use this -- I don't know -- car for my business and it was very important to me so the benefit -- I expected this to bring me, you know, a hundred million in something.  So it's not only that I paid too much for the car but I lost out on all this other something, would be like a benefit of the bargain; but in -- and that seems like a legal question of whether the appropriate measure is benefit of the bargain or out of pocket.

In a securities class action, as I understand it, courts have said it should be out of pocket.  That just tells you it

should be how much you overpaid.  But there's nothing that tells you how to calculate how you overpaid.

Q.   And we've all --

A.   And *Comcast* says you have to have some actual methodology. You have to describe with some sort of specificity how you would do it.  And there is literally no specificity.  There is a formula which actually doesn't apply that says inflation at purchase minus inflation at sales.  So how much I overpaid minus how much -- minus at the end, which would be zero because it's a one corrective disclosure case.

Q.   But we would still need to know how to calculate inputs or variables going into that?

A.   You don't know how you would do it at all, no.  You're just saying my damages would be the amount you overpaid, which is what they should be in an out-of-pocket.

Q.   Okay.  So that, I think, captures kind of your first issue with the damages methodology which is that his proposed common damages methodology doesn't actually measure the theory that is being put forth by the plaintiffs at least in the complaint.

I want to move on to your second issue which I think you listed as it yields unreasonable results for the Concho shareholders who bought Concho stock before the RSP merger.  So I think -- can you remind us sort of what was the RSP merger?

A.   Yeah.  So in the middle of a class period or at some point during the class period, Concho merges or buys RSP.  So it's

quite a big transaction for them, and it's a stock-for-stock merger.

Q.    Meaning Concho stock was used to buy RSP.

A.    Correct.

Q.    Why does Mr. Coffman's damages model methodology give unreasonable results for Concho shareholders who bought before the RSP merger?

A.    So what happens at the merger itself is what -- if what plaintiffs are saying is true, then Concho shares are inflated. So they're actually worth less than they are.  So the Concho shareholders who bought before the merger, they are using these inflated shares to buy another company.  So they're buying a company that's not inflated, right, with inflated shares.  So that's a good deal for them, right?  If you can buy something using like counterfeit money, you're getting good money in and that's a benefit.

So if you think of it like, you know, like if you meld something hot with something that's cold, the two combined will be warm and it will be less hot.  So whatever inflation there is before in Concho, before the merger, is going to be less after the merger.  So it's like it's hot.  It's merging with something that's not inflated that's cold.  You put the two together, inflation has to go down.  So that's a benefit to the Concho shareholders who bought before.

They're using this inflated -- they own a company.

They're using these inflated shares to buy another company. There's nothing wrong with that other company, according to plaintiff.  So you're getting something that's more valuable. So whatever inflation was supposedly in Concho before the merger, it would have to be lower just economically.  That has to be the case.  So inflation has to go down from before the merger to after the merger because you're using this good money to -- you know.

But his formula -- the only thing he tells us is his formula is inflation at purchase minus inflation at sale.  So he is actually going to give more damages to the Concho shareholders who bought before the merger than the ones who bought after because the inflation will be higher, which is completely the opposite.  So that's economically completely unreasonable.  It goes the opposite way.  Inflation has to be falling if there's inflation and you buy something good with this inflated stock, right -- so it's spread out; it's a benefit so it has to be going down.  So the people who bought before, the inflation has to be higher.  And he's saying I'm going to look -- someone who bought before, someone who bought after.  They both sell at the end, right?  So they get the full drop.  He's saying inflation at purchase minus inflation at sale.  Inflation at sale is zero.  So he's going to give more damages to the Concho shareholders who bought before.  That's exactly the opposite.  They actually got a benefit.  That's

just wrong.  That's just economically wrong.

So not only has he not told you anything about how he's actually going to calculate the inflation or the damages but the one thing he tells you, which is it's just inflation at purchase, economically makes no sense when they're using the inflated shares to buy another company.  It's backwards.

Q.   Under plaintiffs' theory.

A.   Under plaintiffs' theory.  So it's just economically backward.

Q.   Okay.  And let's go to your third --

THE COURT:  How does the fact that -- didn't the stock drop when they purchased RSP?  Didn't the price of Concho stock --

THE WITNESS:  Concho's shares dropped when they purchased RSP, not -- because they thought they overpaid for them.

MS. HEFLEY:  I think that ties into our third issue.

THE WITNESS:  So that's sort of a different issue.  It does drop when they buy it.  So on top of that, I guess if you've overpaid for something -- I mean, if you're overpaid using inflated dollars, then, you know, which is more?  So that actually goes to the third issue.

BY MS. HEFLEY:

Q.   And that third issue I think is essentially that this common damages methodology, whatever it may be, yields

unreasonable results for former RSP shareholders who were exchangers in the merger.  Can you explain that issue?

A.    Yeah.  So the former RSP -- so what the complaint says is that Concho paid too much for RSP and they paid this very large premium above the market price.  So they paid $11 over -- you know, 29 percent above the market price.  So I think it was $39 and they paid 50.

Q.    The RSP stock price.

A.    Yeah, the RSP stock price.  So what that -- so they're getting -- so the plaintiffs are claiming that the RSP shareholders are part of the class and are damaged because they exchanged their shares for Concho shares.  So they're in the class, according to plaintiffs; and they're damaged.

But if they had actually known the truth, what plaintiffs allege is the truth, and take the full drop at the end, according to Mr. Coffman -- so the full amount, just assume that that's all fraud related.  So that's the maximum it could be, right?  It can't really be more than that.

Q.    The damages can't be more than that?

A.    The damages can't be more than the full drop.  We've just said that they shouldn't be the full drop for a number of reasons, but let's just give them the full drop.  The full drop and the full -- even if it's the highest inflation possible, that's still less than the amount they're getting paid above their market value.

So an RSP shareholder is saying -- you say to them, "Do you want to do this deal?  I'm giving you inflated stock in exchange but I'm going to give you a lot more than it's worth and it's going to fall but it's going to fall by $5 per your share and I'm going to overpay you by $11.  Do you want to do this?"  So they are --

Q.    What would they be incented to do economically?

A.    So they're going to say economically, yeah, this is a good deal for me; this is better than the market price.  It's true that you're giving me something that even -- even if you tell me it's inflated, this is still better for me than what I currently have.

So their out-of-pocket damage -- they're not out of pocket anything, right?  Their out-of-pocket is what did they give them.  They gave them RSP shares that were worth $39 or -- let me not try to say the math.

Q.    Setting aside the math, yes.

A.    But they gave up something and even if they had known the truth, they still get something worth more even including the inflation than what they gave up.  So out of pocket what they gave up is their -- out of pocket says how much are you damaged given how much more than the value of what you turned over, what you gave out of pocket.  That's why it's called out of pocket.

So out of pocket they gave them RSP which had a

then-market-price which was lower than what they're ultimately getting even including the inflation.

Q.    Now, if I understood Mr. Coffman's criticism of your argument, he says that the merger premium is irrelevant because RSP shareholders would have gotten the merger premium anyway or something to that effect.

A.    No, there's no evidence they would have -- it's not irrelevant because it's part of the exact same transaction.  So it isn't out of pocket and there's no evidence they would have gotten the same premium otherwise.

So according to RSP SEC filings, they had no comparable offers.  They had been on the market.  They had been shopping themselves around for a while.  So the market price would already affect -- would already incorporate the market's expectation of is there someone that's going to buy them or will there be some takeover premium.

Concho was known to have an excellent fit with RSP.  So they had great synergies together.  They're saying this was a perfect strategic fit, impeccably complementary acquisition.  So like this marriage, they were like the perfect couple.  There wasn't some other suitor out there that would be willing to pay such a premium.

And then the analysts are saying, you know, that they really overpaid for this.

Q.    Right.  And plaintiffs have claimed that this netting of

the benefit obtained from the merger premium and the alleged damages isn't based on an economic principle.  What's your reaction to that?

A.   It couldn't be a more economic principle.  It's literally an economic principle.  It's are you willing -- even if you knew this, are you willing to turn over and give out of pocket your share if you had known this?  You know, which is better for you?

And economically it's better for them.  I mean, they may feel like it's unfair; but economically it is better for them to take more money than less money.  So it couldn't be a more economic principle.

Q.   All right.  So in sum, what is your opinion as to whether Mr. Coffman has proposed a common damages methodology?

A.   He hasn't proposed a methodology.  He has merely said I will do inflation at purchase; and as we said, it doesn't even make sense.  And then he hasn't said how you'd figure out the inflation.

MS. HEFLEY:  All right.  I'll pass the witness.

CROSS-EXAMINATION

BY MR. COTILLETTA:

Q.   Good afternoon, Ms. Allen.  How are you doing?

A.   Fine.  Thanks.

Q.   Ms. Allen, would you agree with me that news articles can cause price movements?

A.    Yes.

Q.    And you testified in the Southern District of Texas recently at class certification in a case called *Apache*, correct?

A.    I have testified at *Apache*.  I don't recall it being recent but maybe.

Q.    It was about a little over a year ago, November or December of 2023?

A.    Oh, okay.  I guess maybe your idea of recent and mine are not --

Q.    Yeah.

A.    It seems like a long time ago.

Q.    But you do recall testifying in that case?

A.    I recall working on the case.  I can't honestly recall testifying, but I believe you.

Q.    And in that case do you recall submitting direct trial testimony like Mr. Coffman did in this case?

A.    I have submitted direct testimony in a hearing before.  I just don't recall if it was *Apache*.

Q.    Okay.

        MR. COTILLETTA:  Dennis, can you please put up Exhibit 79?

BY MR. COTILLETTA:

Q.    And, you know, what's being presented to you is Plaintiffs' Exhibit 9.  At the top it reads, "Class

Certification Hearing, Direct Testimony of Lucy Allen."

Do you see that?

A.    Yes.

Q.    And I was about right.  It was late November 2023 in the Southern District of Texas?

A.    That's right.

Q.    Okay.  And in that case you analyzed news stories, correct?

A.    I don't recall, but I -- I would believe you if you said that.

MR. COTILLETTA:  Dennis, can we go please go to PDF Page 60, which is Page 60 of the document as well, Paragraph 92?

And I want to, if you can, Dennis, blow up Paragraph 92(a).

**BY MR. COTILLETTA:**

Q.    And there, Ms. Allen, you searched through all news stories on Apache from Factiva and Bloomberg and all analyst reports on Apache that you could find, correct?

A.    Yes.

Q.    And you focused on news stories and analyst reports that were issued on the corrective and one week after and you found no mention of the *Seeking Alpha* article that was at issue in the *Apache* case, correct?

A.    That's right.

Q.   And in searching through news stories, you were trying to see if the stories at the very least mentioned the particular *Seeking Alpha* article, correct?

A.   Yes.

Q.   In your search in *Apache*, you found no news stories mentioned the *Seeking Alpha* article, correct?

A.   (No response.)

     MR. COTILLETTA:   Dennis, if you could --

A.   That sounds correct, but I don't -- I don't think that that says that right here but --

**BY MR. COTILLETTA:**

Q.   No, it doesn't.

     MR. COTILLETTA:   Dennis, can you go to PDF Page 61? Page 61, for the record, Paragraph 93(a)?

**BY MR. COTILLETTA:**

Q.   And as you noticed here, it says here, "One would expect analysts and news stories to at the very least mention the *Seeking Alpha* article.  However, no analysts and no news stories do," correct?

A.   If that were the case.  So it says, "Plaintiffs claim that Apache's stock price" -- "in response to *Seeking Alpha*."

     So if that were the case, one would expect someone to mention it, is what I'm saying.

Q.   Right, but you said, "However, no analysts and no news stories do"?

A.   Yes.

Q.   Okay.  And in that case plaintiffs asserted that Apache's stock traded in an efficient market, correct?

A.   Yes.

Q.   And in *Apache*, did the defendants dispute whether Apache's stock traded in an efficient market?

A.   I don't recall.

Q.   Here in this case you didn't analyze whether Concho's stock traded in an efficient market, correct?

A.   Correct.

Q.   And as you heard today in the opening from the lawyers, the defendants essentially concede market efficiency in this case now, right?

A.   I think that's right.

Q.   And as we talked about earlier, in an efficient market only new news should affect the stock price, correct?

A.   Yes.

Q.   Now, going back to *Apache*, in that matter you found that there was a lack of price impact for the *Seeking Alpha* article, correct?

A.   I don't know.  I think I found that the *Seeking Alpha* -- that may be correct.  I mean, the part that you just showed me, it said that plaintiffs were claiming the stock price was due to *Seeking Alpha* and I'm saying --

Q.   So what --

A.    What I appear to be saying is if that were true, you would expect someone to have, in fact, mentioned this article; and I --

Q.    Right.

A.    -- can't see anyone saying it.  That seems to be --

Q.    And I'll bring it to you right now.

        MR. COTILLETTA:  If you can go, Dennis, to Paragraph 93(c) and zoom in on 93(c), please.

**BY MR. COTILLETTA:**

Q.    Okay.  And then there you say -- and it's underlined -- "The lack of analyst reports and any news stories mentioning the *Seeking Alpha* article after this date is consistent with the lack of price impact and demonstrates that the *Seeking Alpha* article was not important to the market's valuation of Apache," correct?

A.    Yes.

Q.    Now, in Mr. Coffman's --

        MR. COTILLETTA:  You can take that down, Dennis.  Thank you.

**BY MR. COTILLETTA:**

Q.    In Mr. Coffman's opening report, he stated that he searched for news articles related to Concho through Factiva, right?

A.    I don't recall that.

        MR. COTILLETTA:  Dennis, can you please put up

Exhibit 1, PDF Page 18, Page 17, for the record, Paragraph 35?

And if we can zoom in.

**BY MR. COTILLETTA:**

Q.    Mr. Coffman says here, "For example, there was substantial public press regarding Concho.  A search for articles classified as related to Concho by Factiva over the class period resulted in 1,034 unique articles (and 1,930 articles over the analysis period)."

Do you see that?

A.    Yes.

Q.    Now, you generated an opening report in response to Mr. Coffman's report, right?

A.    That's right.  I mean, I don't know if it was entirely in response; but that's correct.

Q.    Well, in that report you were asked to do three things, correct?

A.    I think I would have to --

Q.    That's fine.  We'll pull it up.

A.    I had an opening -- I believe you, if that's correct.

Q.    Yeah, we'll show you.

MR. COTILLETTA:  Dennis, if you would pull up Exhibit 33, PDF Page 5, which is Page 1, Paragraph 1.

**BY MR. COTILLETTA:**

Q.    So that first part is the scope of your assignment, right?

A.    Yes.

Q.    And you were asked to do three things, correct?

A.    Yes.

Q.    And the first was you were asked to conduct a systematic content analysis of all analyst reports on Concho Resources following certain alleged misstatements and the alleged corrective disclosure with respect to specific questions, correct?

A.    Yes.

Q.    And the second thing you were asked to do, you were asked to analyze whether there was a statistically significant price increase in Concho's stock due to the alleged misstatements, correct?

A.    Yes.

Q.    You were also asked to review and comment on plaintiffs' proposed common damages methodology outlined in Mr. Coffman's opening report, correct?

A.    Yes.

Q.    In preparing your report, you included a complete list of the materials you considered in your Appendix B, correct?

A.    I believe so.

        MR. COTILLETTA:  If you can go, Dennis, to PDF Page 6, Page 2, Paragraph 5.

            If you can zoom in on that top paragraph, Dennis, before the little A.

BY MR. COTILLETTA:

Q.   It says, "In preparing this report, I considered the following categories of materials.  A complete list of materials considered is included in Appendix B," right?

A.   Yes.

MR. COTILLETTA:  And if we can go to Appendix B, Exhibit 84, PDF Page 2, Page 1.

It's taking awhile.

If you can go back a page or two, Dennis.

Keep going.

There we go.

BY MR. COTILLETTA:

Q.   This is your materials considered that you issued in connection with your opening report?

A.   Correct.

Q.   And one of the things you looked at were case documents and filings in this matter?

A.   Yes.

Q.   The next thing you looked at was Concho's filings with the SEC between 2017 and 2020?

A.   Yes.

Q.   And the next thing you looked at was Concho's press releases and conference calls transcripts between 2017 and 2020?

A.   Yes.

MR. COTILLETTA:  And if we keep going, Dennis, to PDF

Page 5.

Keep going.  Sorry.

Right there is good.

Back, back.

**BY MR. COTILLETTA:**

Q.   You looked at analyst reports as well?

A.   Yes.

MR. COTILLETTA:  If you go back one page, Dennis, please.

**BY MR. COTILLETTA:**

Q.   You looked at academic literature and textbooks on finance, securities, valuation, and statistics, correct?

A.   Considered, yes.

Q.   And there's data here from Bloomberg and FactSet, correct?

A.   Well, it's listing -- it's literally not the data; but yes, it's --

Q.   But it's listed, correct.

A.   -- it's listing the data.

Q.   Right.  And then on Paragraph 79 it says it's the price, return, market capitalization and trading volume for Concho and RSP from Bloomberg, correct?

A.   Yes.  I don't see that, but that sounds correct.

Q.   You can't see it on the screen?

A.   Not yet.

Q.   Okay.

A.   Okay.  Yeah, now I see it.

Q.   Yeah.

MR. COTILLETTA:  And if we can blow up Paragraph 80, please.

BY MR. COTILLETTA:

Q.   And the next thing you looked at was price, return, and constituent data for market and industry indices from Bloomberg, correct?

A.   That was also materials considered, yes.

Q.   And you also looked at, on Paragraph 81, institutional holdings data for Concho and RSP from FactSet, correct?

A.   Also part of the materials considered, correct.

Q.   Okay.  We talked about analyst reports.

You also considered court decisions in other matters, correct?

A.   Yes.

MR. COTILLETTA:  And then if we can go to PDF Page 21, which is Page 20, of Exhibit 84.

BY MR. COTILLETTA:

Q.   There was a section here called "Miscellaneous."  Do you see that?

A.   Yes.

Q.   In there you have one news article at Paragraph 680, correct?  From *The Wall Street Journal*?

A.   Yes.

Q.   Okay.  And March 3rd, 2019, that was about six months or so from the corrective disclosure?

A.   Yes.  That sounds right.

Q.   Okay.  Now, Mr. Coffman, obviously he generated a rebuttal report after your opening report, correct?

A.   Yes.

Q.   And in that report he was asked to review and evaluate and respond to your opening report?

A.   Yes.

Q.   And in doing so, he stated in his rebuttal report that an event study measures the effect of new information on stock prices, which include new information from news reports, right?

A.   It can, yes.  I mean, I don't know if he said that; but I would agree with that.

Q.   Okay.  And Mr. Coffman also notes -- withdrawn.

MR. COTILLETTA:  Dennis, if you could put up Exhibit 34, please, PDF Page 17.

Sorry.  From New York.  Got to slow down a little bit, Judge.

THE COURT:  You're in the south now.

MR. COTILLETTA:  Worked here for a few years.  You'd think I'd know.

BY MR. COTILLETTA:

Q.   Okay.  In Footnote 37 -- withdrawn.  Sorry.

In his report he references the fact that you didn't look

at news articles, correct?

A.   You want to point me to where he says that?

Q.   Yeah.  Is -- I'm sorry.  Sorry.

     MR. COTILLETTA:  Can we go to the next page, Dennis?

BY MR. COTILLETTA:

Q.   Yes.  In Footnote 37 here on Page 17 --

     MR. COTILLETTA:  If you can zoom in on that, Dennis, please.

A.   Yes, I see the footnote.

BY MR. COTILLETTA:

Q.   You see it?

A.   Yes.

Q.   Okay.  So he says here, "Ms. Allen limits her content analysis just to analyst reports and completely ignores other obvious sources of public information like the financial press and other media outlets," correct?

A.   That's what he says.

Q.   Now, you obviously then filed another report, a sur-reply report, after this one, after Mr. Coffman's, right?

A.   That's correct.

Q.   And as part of that sur-reply, you were asked to review and comment on Mr. Coffman's rebuttal report?

A.   That's correct.

Q.   Okay.  And in preparing your sur-reply, you considered materials you previously considered from your opening report,

right?

A.    Yes.

Q.    And then you also -- withdrawn.

MR. COTILLETTA:  Can we go to Exhibit 47, please, PDF Page 6, Page 1, Paragraph 4?

Okay.  And you can actually back out of that, Dennis.  We're just going to focus on...

**BY MR. COTILLETTA:**

Q.    So aside from the materials you previously considered, you considered the four that's shown here on Page 1 of your sur-reply, correct?

A.    That's right.

Q.    All right.  And part of what you considered was defendants' opposition to the motion for class certification, right?

A.    Yes.

Q.    And you obviously considered Mr. Coffman's rebuttal report, right?

A.    Including the materials considered and turned over.

Q.    Okay.  And you considered legal decisions in class certification and market efficiency, correct?

A.    Yes.

Q.    In this matter you didn't review news stories for your price impact analysis, correct?

A.    But content analysis was based on analyst reports.

Q.   Right.  My question to you is:  You did not review news articles for your price impact analysis in this case, correct?

A.   It didn't go into my content analysis.  I think, as I testified -- you asked me about this in your deposition -- I believe I would have reviewed news articles.  And to the extent that Mr. Coffman had any news articles or that any news articles, in fact, were relevant, they would have presumably been cited in his expert rebuttal report.

So Point B here would include anything that Mr. Coffman cited or turned over or relied upon.  So everything that he relied upon is included in here.

As I recall saying in my deposition, I didn't have -- I would have believed that I had reviewed some news stories, but they did not go into my content analysis.  Nothing in my price impact analysis depended on anything that was in a news article.

Q.   So but my question to you is -- okay.  Mr. Coffman -- if Mr. Coffman did not submit or turn over news articles, you're telling us that you still reviewed news articles independently of that?

A.   I think, as I told you in my deposition, I do believe that I would have reviewed some news articles, that my price impact analysis didn't depend upon that and my content analysis was only of analyst reports.

Q.   But that's not my question, Ms. Allen.  My question to you

is:  Did you, in fact, review news articles informing your opinions in this case?

A.    I believe I may have reviewed news articles.  They did not change my opinion in this case.  They were not --

Q.    That is not my question, Ms. Allen.  My question is -- simple "yes" or "no" -- did you review news articles in forming your opinions in this case?

A.    I believe I did review some news articles.

Q.    And you did not include them in any of your materials considered in connection with either of your reports, correct?

A.    Well, they would be included to the extent that Mr. Coffman had them because, as I said, this is -- they include the following materials and --

Q.    Right.  And I just got done telling you we didn't turn over news articles.

A.    I don't know if you turned --

Q.    So "yes" or "no," did you independently -- you did not independently include news articles in either one of your reports, correct?

      You did not put them in your materials considered, correct?

A.    If they're in his materials considered, then they are in my materials considered because my materials considered says it includes his materials considered.  That's how this works.

Q.    Okay.  All right.  And if he didn't submit -- if there was

no news articles in connection with his turnover materials --

A.   It doesn't just say "turnover"; it says "including his materials considered."  So my materials considered is everything that he considered.  That's what this says.

Q.   You said earlier you have been testifying for about, what, 20, 30 years?

A.   I have been at NERA for about 30 years, and I have testified before.  I don't know -- my first testimony might have been over 20 years ago.

Q.   And you've generated about a hundred or so, if not more, expert reports in federal court?

A.   Yeah, I would say I might have generated a hundred expert reports.

Q.   Right.  And you've testified in open court, like you have today, dozens of times?

A.   A dozen.

Q.   Okay.  And is it your understanding under the federal rules that you are to include an entirety of the materials you considered in your report when you disclose your report?

A.   You are to reference them, which by referencing his materials considered, that does reference them.  It is my understanding that you're supposed to list your materials considered.

Q.   I'm going to move along, but for -- you know, to the extent that you did review articles, it's your testimony,

right, that you don't recall how many you actually reviewed, correct?

A.   I do not, no.

Q.   And for this matter you had staff assist you, right?

A.   I did.

Q.   And the content analysis you generated in this matter was of analyst reports, correct?

A.   It was of analyst reports.  That's correct.

Q.   Now your sur-reply report does not rebut Mr. Coffman's comment that your content analysis was limited to analyst reports, correct?

A.   It doesn't address that comment, no.

Q.   And your sur-reply does not rebut Mr. Coffman's comment that your content analysis ignored obvious sources of public information such as the Financial Press and other media outlets, correct?

A.   I think it does address that.

Q.   Where does it address that?

A.   It addresses that because Mr. Coffman has no comments that any of the press releases or any of those materials make a difference.  So his report does not say that there's anything in any press release, in any news story.  He has come up --

Q.   But, Ms. Allen, it's defendants' burden right now to show lack of price impact, not plaintiffs', correct?

A.   I think that's correct, yes.

Q.   And it's not your opinion that in order for information to cause a price movement, it must be commented on by an analyst, correct?

A.   It doesn't have to be.  That's correct.

Q.   Ms. Allen, in your opening report you were again -- you did it with -- you mentioned it with Ms. Hefley earlier; but you were asked to conduct a content analysis with regard to three categories of alleged misstatements, correct? Categories A, B, and C.

A.   Well, with regard to 54 alleged misstatements --

Q.   Right.

A.   -- that were grouped into three categories.

Q.   Right.  They were grouped into three categories, A, B, and C, correct?

A.   That's correct.

Q.   Okay.  And for Category A you had a total of eight questions, right, two sets of four questions?

A.   I'm sorry.  Can you repeat that again?

Q.   For Category A, you had eight questions, two sets of four questions, right?

A.   For Category A, I had questions at the time of the alleged misrepresentation as well as at the corrective disclosure, yeah.  So --

Q.   Right.

A.   -- I think that's correct.

MR. COTILLETTA:  And if we go to Exhibit 33, PDF Page 9, which is Page 9 of Ms. Allen's opening report, and we go to Paragraph 11, if you can zoom in to that, please.

BY MR. COTILLETTA:

Q.   These are the first four set of questions that you coded answers to for Category A, correct?

A.   Yes.

Q.   And in doing so, you engage what is known as a front-end analysis of price impact, correct?

A.   I think analyzing analyst reports at the time of the alleged misstatement, yes, you could describe as a front-end analysis.

Q.   And at the time of your opening report, from your review of the complaint, you did not understand plaintiffs to be alleging a price inflation increase theory, right?

A.   Can you repeat that?

Q.   Sure.  At the time of the opening -- of your opening report, from a review of the plaintiffs' complaint, you did not understand plaintiffs to be alleging a price inflation increase theory, correct?

     Increase theory.

A.   I'm not sure I know what that means.

Q.   Sure.  You know what?  Let's go to PDF Page 21, which is Page 17 of the report, Paragraph 40.

     MR. COTILLETTA:  If you could zoom in on Paragraph 40,

please.

**BY MR. COTILLETTA:**

Q.    "From my review of the complaint," it says, "I do not understand plaintiffs to be claiming that the alleged misstatements in Category A increased the alleged inflation in the stock price when made."

Do you see that?

A.    Yes.

Q.    And that is the same thing as saying you don't understand the plaintiff to be alleging a price inflation increase theory, correct?

A.    I don't know.  I --

Q.    Well, you're the economist.

A.    I am not familiar with those terms.  I mean, I -- sure, if you want to call it that.

Q.    Well, you were able to answer them at your deposition when I used those terms.

A.    Maybe it was in the context.  I can understand you now if that's what you mean.

MR. COTILLETTA:  Now, we can pull out of that, Dennis.

I am going to speed along, Your Honor, just because I know we're out of time and Mr. Fatale has his PowerPoint that he needs to get through.

**BY MR. COTILLETTA:**

Q.    Ms. Allen, so you conducted this front-end analysis price

impact just to be safe, right?

A.   The part about the statistical increase?  So whether there's a price reaction?

Q.   Right.

A.   I think a content analysis is a little different because I think it tells you something --

Q.   But that's not what you said at your deposition, is it?

I asked you why you were proceeding forward with a front-end price impact analysis when the plaintiffs were proceeding with a price inflation maintenance theory; and you said it was just to be safe, correct?

A.   That sounds correct.

Q.   And you would agree with me that a front-end analysis of price impact does not disprove anything in plaintiffs' claims if plaintiffs are proceeding with an inflation maintenance theory, correct?

A.   I think that's generally correct.

Q.   Well, it's not generally correct.  Those are your words, right?  It is correct.

A.   I think it's generally correct.  I mean, I'm...

MR. COTILLETTA:  Can we play Clip 14 which is from Exhibit 78, Allen transcript, 207:13 to 208:12?

(Video was played as follows:)

Q.   You today -- although I'm not making a representation on the record.  I'm just -- it's a hypothetical.  Plaintiffs are

claiming a price inflation maintenance theory, right?

Under that operation does the analysis of the front-end analysis of price impact for Category A misstatements, does it render that analysis irrelevant now?

A.    So I don't know whether it's irrelevant or not irrelevant, but if it -- if plaintiffs are not claiming that these misstatements caused the stock price to rise, this certainly does not disprove anything about what plaintiffs are saying.

So if plaintiffs are not claiming that it caused the stock price to go up when the misstatements are made, then finding that it doesn't cause it to go up when the misstatements were made is certainly not disproving anything in plaintiffs' claim.

(Video stopped.)

BY MR. COTILLETTA:

Q.    Now, you were involved in a case called *Allstate*, correct?

A.    Yes.

Q.    And that case was around 2020?

A.    That sounds about right.

Q.    One of your opinions in this case was that there was no statistical significant increase in Allstate's stock price following any of the alleged misrepresentations, correct?

A.    I think that's right.

Q.    In that case the plaintiffs did not allege that the misstatements caused Allstate's stock price to increase, correct?

A.   I think that's right.

Q.   In fact, in *Allstate* the plaintiffs were alleging an inflation maintenance theory, correct?

A.   I think that might -- you know, I don't know if that was -- I don't know now if that's what they were claiming all along or this was something I did.  Yeah, I don't know.

Q.   In that case the Court said that your analysis of front-end price impact was irrelevant if the plaintiffs are -- if rely on an inflation maintenance theory, correct?

A.   I think that's correct.

Q.   And you agreed with the Court that you couldn't draw a conclusion from lack of price increase, right?

A.   I agreed with that in that case, yes.

Q.   And the Court in *Allstate* said you conflated a lack of increase with a lack of inflation, correct?

A.   That is what the Court said.  That is not what I said.  I don't agree that that's what I said.  I do --

Q.   You think the Court --

A.   -- agree that's what the Court said.

MS. HEFLEY:  Your Honor, if I may, could Mr. Cotilletta please allow Ms. Allen to finish her answer?

THE COURT:  Don't talk over each other.

MR. COTILLETTA:  Yes, Your Honor.

BY MR. COTILLETTA:

Q.   You think the Court misunderstood you, right?

A.    I agree that that's what the Court said.  I don't agree that that's why -- I don't agree that that was what I said.

Q.    Okay.  So the Court just got it wrong?

A.    I think perhaps my report was not clear, and since then I have tried to be clearer.

Q.    Ultimately the Court in *Allstate* found that your front-end price impact analysis failed to rebut the basic presumption in light of plaintiffs' inflation maintenance theory, correct?

A.    That's correct.

Q.    Now front-end analysis -- withdrawn.

For your front-end analysis of price impact for the Category A misstatements, the first question you asked was whether any indication in the report that the alleged misstatements caused the analyst to change its evaluation of Concho or its stock, right?

A.    Yes.

Q.    Okay.  An analyst doesn't have to change their evaluation in order for there to be a stock price movement, right?

A.    That's right.

Q.    The market can move independent of analysts, correct?

A.    That's right.

Q.    Now, Ms. Allen, earlier you mentioned the Categories A, B, and C in your report were generated by defense counsel, right?

A.    That's right.

Q.    Okay.  And you had to code questions for each of those

categories, correct?  Sorry.  Withdrawn.

You had to code answers to questions for each of those categories, correct?

A.    For each of the misstatements.

Q.    Right.  But there was a set of questions in each category in your report, correct?

A.    The questions were -- at the corrective disclosure were actually the same for each of the categories.

Q.    Right.  Let's make it a little clearer.

MR. COTILLETTA:  If we can go to Exhibit 33 and PDF Page 8, which is Page 4, and Paragraph 9.

And if we can go to the next page, please.

BY MR. COTILLETTA:

Q.    Okay.  So we're back to, you know, Paragraphs 11 and 12, right?  Do you see that there?

A.    Yes, I see Paragraphs 11 and 12.

Q.    On Page 5.

And then Paragraph 13, do you see that?

A.    Yes.

MR. COTILLETTA:  And if you can, Dennis, please, the next page.

BY MR. COTILLETTA:

Q.    And then on the Page 6, do you see Paragraph 14?

A.    Yes.

Q.    So these paragraphs, they show us all the questions that

you had to code answers to, correct?

A.    Yeah, except as I think I mentioned, there was a typo on one of these.  So one of these is just not a question that we coded.  It should just have been the same.

Q.    Okay.  All of these questions were drafted by defense counsel, correct?

A.    I was asked by defense counsel to do this analysis.

Q.    Right.  That's not my question.  My question is --

A.    I know, but I'm just trying to -- I'm in the middle of answering that question.

      I think that my team or people at NERA may have helped in the draft, and since my deposition we've had discussions about --

Q.    Right.

A.    -- who came up with the questions to begin with and I think that -- although I was asked by counsel to do this, I think that my team or someone at NERA may have helped in the questions.  The questions are similar to ones that I would have -- I think they're appropriate.

Q.    That's not my question, Ms. Allen; but I appreciate you volunteering that.

      My question is:  Did defense counsel come up with these questions?

A.    Yeah, I -- I was -- I don't know the --

Q.    Okay.

A.    -- exact answer to that.  I think in my deposition I thought they had come up with the questions.  Since my deposition, I think they think that my team or we had helped in drafting the questions.

Q.    Okay.  I think at your deposition you said you don't specifically recall any attempt to make any changes to the questions.

A.    I don't recall that, correct.

Q.    Right.  But your testimony now is different.  You're saying now that your testimony is different from what you said when you were under oath six months ago, that, in fact, the lawyers aren't the only ones who created the questions.  Is that your testimony?

A.    My testimony is at the time of my deposition I thought that counsel had created the questions.  After my deposition I think that we -- my team, we have helped in crafting the questions.

Q.    Okay.  There's an Appendix C to your report that contains a chart of the statements, right?

A.    I don't recall if it's C, but there is an appendix to my report that contains the misstatements.

Q.    And that those -- the chart of misstatements in Appendix C, those were created by defense counsel?

A.    The misstatements were created by -- they're Concho statements so --

Q.   Right.  The chart --

A.   The list of misstatements that I was asked to analyze -- the misstatements themselves are misstatements that plaintiffs have alleged to be misstatements.  Counsel asked me to analyze a subset of them, which are 54.

Q.   Okay.  Let's move forward.

MR. COTILLETTA:  Let's go to Exhibit 33, Dennis, PDF Page 10, which is Page 6, Paragraph 15.

BY MR. COTILLETTA:

Q.   Okay.  So on Page 6 of your opening report, you have a subtitle here called "Methodology" for your content analysis, right?

A.   Yes.

Q.   Okay.  And in this section, ranging from Paragraphs 15 to 20 --

MR. COTILLETTA:  If you could back out, Dennis.

BY MR. COTILLETTA:

Q.   Paragraphs from 15 to 20, you make no reference whatsoever that you use content analysis in the past, correct?

A.   I don't know.  We would have to look.

MR. COTILLETTA:  If you want to go to the next page, Dennis.

BY MR. COTILLETTA:

Q.   There's absolutely no reference here to using content analysis in the past, correct?

A.    I don't -- I think that's correct.

Q.    Now, again, Mr. Coffman submitted a rebuttal report where he called your content analysis "novel and unnecessary," right?

A.    I think that's correct.

Q.    And in his rebuttal report he also commented on articles you cited in support for your content analysis and said that they're not actually supportive of your specific analysis in this case, correct?

A.    I think that's what he claims.

Q.    And Mr. Coffman, in his rebuttal report, also commented that it was novel for you to attempt to categorize alleged misstatements as generic or not, right?

A.    That sounds right.  It sounds right that he claimed that.

Q.    And Mr. Coffman further commented that you didn't even provide a definition for what "generic" means as an economist, right?

A.    In my report.  I think that's right.

Q.    And Mr. Coffman also said he was not aware of there ever being any technical economic definition of "generic," right?

A.    That sounds correct.  That sounds correct that he claims that.

Q.    Okay.  And I know we talked earlier.  Again, you were -- part of your assignment for your sur-reply was to review and comment on Mr. Coffman's report, correct?

A.    Yes.

Q.   And in doing so, nowhere in your sur-reply do you rebut Mr. Coffman's statement regarding the novelty of your specific content analysis in this case, correct?

A.   I don't believe that's correct.

Q.   You don't believe it's correct.

A.   I don't believe that's correct.

Q.   You believe that you specifically cited -- you specifically rebutted Mr. Coffman's claims that your content analysis was novel?

A.   That's my recollection.

Q.   Ms. Allen, isn't it true that your sur-reply does not rebut Mr. Coffman's statements that the articles you cite to to support your content analysis do not in fact support your content analysis?

A.   That's not my recollection.

Q.   Okay.  Well, the Court has a copy of the report.

Ms. Allen, isn't it true that your sur-supply does not rebut Mr. Coffman's comment that it was novel for you to attempt to categorize the alleged misstatements as generic or not?

A.   I don't think that's correct.

Q.   Ms. Allen, isn't it true that your sur-reply does not rebut Mr. Coffman's comment about your failure to provide a definition -- an economic definition for what "generic" means?

A.   I think that is correct, I did not provide an economic

definition of what the term "generic" means.

Q.   Ms. Allen, this is the first time you've ever conducted a content analysis with formal questions like the ones you used here, correct?

A.   No, I don't think that's correct.

Q.   Do you recall me asking you questions at your deposition about whether this is the first time you conducted a specific content analysis like the one you did here with these specific questions and your response was you don't think you ever did it with formal questions like this?

A.   I don't recall that.  Maybe I'm saying these specific questions.  I do think I have done content analysis with specific questions that are similar to this.

Q.   Right, but my question to you is --

A.   Your question was that are these --

Q.   These specific formal questions, this is your first time doing it?

A.   Oh.  Well, these exact questions, I think that probably was the first time with these exact questions.

Q.   Again, as a part of your content analysis, you were asked to code answers to specific questions, correct?

A.   Yes.

Q.   And you had two analysts on your team that determined and coded answers to specific questions, right?

A.   For every specific question I had at least two analysts

that did that.

Q.    Right.

MR. COTILLETTA:  If we go to Exhibit 33, paragraph -- withdrawn.

Exhibit 33, PDF 11, Page 7, Paragraph 16, and we zoom in -- we just highlight the second-to-last sentence.

**BY MR. COTILLETTA:**

Q.    It says, "Two analysts in my team working independently determined and coded answers to the questions listed above regarding each of the alleged misstatements for each relevant analyst report."

Do you see that?

A.    I do.

Q.    So is it your testimony today that the report is incorrect, there were more than two analysts?

A.    There was more than two analysts.  Maybe this is not very well written.  So for each one, two analysts did do that.  It wasn't only two analysts that did this.  So for every one there were two analysts that did this, but they weren't -- I didn't only have two analysts that did every -- that did all of it.

Q.    The analysts that you had on staff, they compared results and resolved discrepancies, correct?

A.    That's right.

Q.    And you provided instructions for coding, correct?

A.    Yes.

Q.    The only written instructions you gave to the coders for this assignment was the written questions themselves, right?

A.    That's right.  That was written.

Q.    Your employer is NERA --

A.    I -- yeah, except for we do training on coding.  We do a lot of coding at NERA, and we do a lot of --

Q.    Yeah, I'll get to that in a minute.  But my question to you is:  The specific written instructions given to the coders for this report was solely the written questions themselves, correct?

A.    Yes, other than -- that's right.

Q.    Okay.  Your employer is NERA, correct?

A.    That's right.

Q.    And the coders had training at NERA -- on training -- sorry.  Withdrawn.  It's a long day.

       The coders had training at NERA on coding, correct?

A.    That's right.

Q.    But there were no specific written instructions on code -- withdrawn.

       But there was no written instructions on coding specific to this matter, correct?

A.    Other than the questions, that's right.

Q.    And the coders had training at NERA for resolving discrepancies, right?

A.    Yes, I think that's right.

Q.    NERA had training materials for coding, right?

A.    I think they -- I think that's correct.

Q.    Those training materials were not specific to coding in this matter, correct?

A.    That's right.

Q.    NERA training materials were not provided in this matter, correct?

A.    Correct.

Q.    You don't even know if the training materials are even available anymore, right?

A.    That's right.

Q.    In terms of resolving discrepancies, the coders would first talk to each other, right?

A.    That's right.

Q.    If something was unclear between the coders they conducted with you, right?

A.    That's right.

Q.    You were not present for the initial conversations between coders, right?

A.    Correct.

Q.    And you're not sure whether the coders kept notes of when discrepancies arose, correct?

A.    Correct.

Q.    No one kept track of the number of discrepancies, correct?

A.    That's right.

Q.   Prior to the coding process, your team did not run a pre-sample, correct?

A.   I think that's correct.

MR. COTILLETTA:  Let's go to Exhibit 33, PDF 9, which is Page 5.  It's Paragraph 11.

BY MR. COTILLETTA:

Q.   Okay.  And I want to draw your attention to 11-C, and that question says:  Does the report reference the alleged misstatement?

Do you see that?

A.   Yes.

Q.   And we talked about that earlier.  This specific question was used for your front-end analysis of price impact for Category A, correct?

A.   Yes.

Q.   And specific question was also used in 12-C.  Do you see that there?

A.   Yes.

Q.   And that would be the, quote/unquote, back-end analysis of price impact?

A.   That's right.

Q.   And then you used that question again, with some slight modification regarding tables, on 13-C and 14-C, correct?

A.   Yes.

Q.   Okay.  And just focusing on 11-C --

MR. COTILLETTA:  If we can zoom in on that.

BY MR. COTILLETTA:

Q.   So the record "reference," I want to draw your attention to that for a second.  You define the word "reference" in the context of this question to mean that analysts appear to be saying something similar to the alleged misstatement, right?

A.   Yes.

Q.   And by "similar" --

A.   Sounds right.  That sounds right.

Q.   And by "similar" you mean you're looking for actual words that were the same or looking for words with the similar meaning, right?

A.   Or something else that would imply that they were referencing it.  So we tried to be as generous as possible, so if there's anything that appeared to be referencing the alleged misstatement.

Q.   Right.  But your prior testimony was you were looking for actual words that were the same or looking for words with the same meaning, right?

A.   That may be right.  I think you'd have to -- maybe you'd have to show me that.

Q.   Sure.

A.   Because I think I -- I think I was -- tried to be clear that we were very generous in including anything as a reference, if it appeared to reference it at all.

Q.    Okay.

        MR. COTILLETTA:  We can play Clip 34, please, which is Page 138, Lines 5 to 14.

                        (Video was played.)

Q.    When you say "similar," can you be more specific in terms of how you went about determining similarity between the alleged -- the prior alleged misstatements and the reports?

A.    So we tried to be just very generous, again, and say are there similar words, similar -- you know, looking for actual words that were the same or looking for words that had similar meaning.

                        (Video stopped.)

**BY MR. COTILLETTA:**

Q.    And you were looking for whether analysts could be referring to the alleged misstatement, correct?

A.    Referencing it.

Q.    Well, referencing, referring -- referring to the alleged misstatement, correct?

A.    That's right.

Q.    In your mind there's a difference between the words "referring" as in referring to a statement and "relate to" as in relating to a statement, right?

A.    I think the word "relate" is a very general term. Something can relate to something if it's, you know, about the same company, for example.  You can say it related to it

because it's also about Concho.

So the word "relate" I don't think is -- I think I may mistakenly use the word "relate," but I think the word "relate" is too vague a term.  So, for example, just some other statement about Concho you could say that relates to something else because it's about the same company.

Q.   You previously worked on a case called *Cabot Oil*, correct?

A.   That's right.

Q.   That's in the Southern District here as well, just as *Apache* was?

A.   I think so.

Q.   In *Cabot Oil* did you testify at a class certification like you did here?

A.   I'm not sure what you mean by that.

Q.   You're testifying here at a class certification hearing. Did you do that in *Cabot Oil*?

A.   I don't think I did.

Q.   But in *Cabot Oil* the Court decided class certification?

A.   I just don't recall.  I don't recall a hearing like this in *Cabot Oil*.  That's not my recollection.

Q.   Okay.  Do you recall -- you had previously said that you often read the class certification decisions in the cases you were involved in, right?

A.   I do.  I have read them, yes.

Q.   And in *Cabot Oil* the Court discussed analyzing the

contents of the corrective disclosure by comparing them to the -- and comparing them to the misrepresentations and omissions for purposes of the *Goldman* analysis, correct?

A.    I just don't recall.

Q.    You don't recall that?

Do you recall the Court saying that the corrective disclosure need not precisely mirror the misrepresentations?

A.    I have heard that before.  I don't know if I recall it from that case.  That sounds very familiar to me.

Q.    So you wouldn't know if the Court said in that case, just as the Court did in *Apache*, that the two need only be related or relevant to one another?

A.    I don't recall that specific line.

Q.    Do you happen to know whether or not the defendants tried to appeal to the Fifth Circuit in *Cabot Oil*?

A.    I don't.

Q.    So you wouldn't know if they tried to appeal, arguing the related-to standard doesn't follow Second Circuit in *Goldman* and the Fifth Circuit denied that appeal?

A.    I think I would have known at some time.  As I sit here, I don't have that recollection.  I just don't know.

Q.    Okay.  You cited defendants' opposition to the class certification in your sur-reply, right?

A.    I believe you, but I don't recall that.

Q.    Okay.  That's fine.  We'll move along.  It's getting late.

I want to go to another question.

MR. COTILLETTA:  If we can go back to the report that is on PDF Page 9, Exhibit 33; and I want to draw your attention to 12-B.

If we can zoom in on it.  Thank you.

BY MR. COTILLETTA:

Q.    Here the question that your coding answers to is "Is there any indication in the report that the analyst made a connection between the alleged misstatement and the alleged corrective disclosure," correct?

A.    Yes.

Q.    For this question you did not provide -- withdrawn.

With respect to managing your coders, you did not provide a definition for "made a connection," correct?

A.    Correct.

Q.    You don't even know what "made a connection" means, right?

A.    I think I know what that means, and I think they knew what that meant.  The question was is there any indication that they made a connection so -- I don't think any of the coders misunderstood that question or had questions about what that made -- to me it was -- the question is meaningful and I understand it and I didn't think they didn't understand it.  So I think the question makes sense.  I think I understand it.  I think if you see --

Q.    You understand it now?

A.   I think I understand it now, and I think I understood it then.

Q.   You didn't say at your testimony under oath six months ago that you didn't even know what "make a connection" means?

A.   I don't think I said in my deposition that I didn't understand what the question meant.

MR. COTILLETTA:  Can we please play Clip 40, Page 169, Lines 11 to 171:9?

(Video was played.)

Q.   Well, I guess my concern is sometimes the issue of "making a connection" is something that lawyers do and judges interpret and jurors determine; and so I'm trying to understand what kind of connection exactly the coders were trying to make when analyzing the analyst reports.

So having said all of that, do you have --

A.   So it would be that -- at the time of the alleged corrective disclosure, where they make a connection and saying -- going back to an alleged misstatement and saying that, you know, that this is different when they -- what they previously told us.  This -- you know, they told us this previously and now they're saying this.

Q.   Can you give me in the context -- can you give me a hypothetical of that in the context of oil and gas?  You don't have to be specific to Concho but of how a connection would be made.

A.    I don't know if I can do that.  So, for example, in the -- in an accounting misstatement case, "making a connection" would be they, you know, previously told us this and now they're telling us that and it's a change of this so that -- that is clearly making a connection.  You know, making a connection would be that they -- I'm trying to -- in discussing the alleged corrective disclosure, are they connecting that as a prior misstatement in any way.

Q.    So like specific words, for example?

A.    Just if they're making any connection between them.

Q.    Is it possible that an analyst made a connection but didn't explicitly write it in his or her report?

A.    That's possible.  I mean, I don't know what that means, to make a connection, but...

                    (Video stopped.)

        MR. COTILLETTA:  If we can go to -- Dennis, if we can go to Exhibit 33.  And it's PDF 9, Page 5.

                And we'll go to 12-A, please, Paragraph 12-A.

BY MR. COTILLETTA:

Q.    And here the question that you had to code answers to was "Is there any indication in the report that the analyst learned the prior misstatement was inaccurate or misleading," correct?

A.    Yes.

Q.    And that was a question that was posed for all three categories and misstatements in your report, right?

A.    Yes.

Q.    You did not instruct the coders on what the term "learned" meant, correct?

A.    Correct.

Q.    You're not even sure how to define what "learned" meant in the context of these questions, right?

A.    It might be hard to give a definition of what the term "learned" meant, but I think what the question means was can you find any indication that they learned this.  I think the question is clear and I don't think the coders had any misunderstanding of it, but I don't know if I can define the term "learned."

Q.    Right.  I previously asked you to define the term "learned"; and you couldn't give me a definition, correct?

A.    That might be correct.

Q.    Well, it is correct, right?

A.    I don't know.

Q.    You testified under oath that you --

A.    You just -- you --

Q.    I can play another clip.

A.    I don't think the last clip -- I think you mischaracterized the last clip.  So I don't know if I said I couldn't define the term "learned," but perhaps I did.  I don't disbelieve you.

Q.    Ms. Allen, you think it's possible that an analyst's

interpretation of their own report could potentially contradict your interpretation of their report, correct?

A.    Yes.

Q.    And no one from you or your team have spoken with any of the analysts, right?

A.    That's right.

Q.    Okay.  I want to now touch on some of your opinions on RSP.

MR. COTILLETTA:  So if we can go to Exhibit 33, PDF Page 35, which is Page 31.

BY MR. COTILLETTA:

Q.    Okay.  One of your opinions in this case is that the proposed class members that were former RSP shareholders do not fit plaintiffs' theory, correct?

A.    Yes.

Q.    And for your opening report on this issue, it's only two paragraphs, right, 71 and 72?  I think the next page is a signature.

MR. COTILLETTA:  Dennis, if you can go there.

BY MR. COTILLETTA:

Q.    So it's only two paragraphs for that specific opinion, correct?

A.    Yes.

MR. COTILLETTA:  Dennis, if you can go back to the -- yes.  Thank you.

BY MR. COTILLETTA:

Q.    Nowhere in this section of your report do you cite any economic literature, correct?

A.    In this section?

Q.    Correct.

A.    That looks correct.

Q.    Okay.  And nowhere in this section of your report do you cite any case law for support, correct?

A.    That's right.

Q.    Now, Mr. Coffman rebuts your opinion from this section in his report, correct, in his rebuttal report?

A.    He attempts to, I think.

Q.    Right.  But he comments on it, correct?

A.    I believe that's right.

Q.    And he calls your opinion on the former RSP shareholders "pure nonsense," right?

A.    I don't recall he used the term "pure nonsense."

Q.    You don't recall him calling it "pure nonsense"?

A.    I really don't recall that, no.

Q.    Okay.  Well, he did so -- but we'll move on for the sake of time.

      Mr. Coffman said in his rebuttal report that you cite no authority for your approach on the RSP shareholders, right?

A.    That sounds correct.

Q.    Now, again, in your sur-reply, in responding to

Mr. Coffman's rebuttal on your RSP opinion, you do not actually rebut Mr. Coffman's criticism that you have no authority supporting your approach, correct?

A.    I'm not sure.

        MR. COTILLETTA:  If we can go to Exhibit 47, please, 47-B, Dennis.  That's PDF Page 8.

BY MR. COTILLETTA:

Q.    And so here you have the heading, "The Coffman rebuttal fails to rebut that former RSP shareholders in the proposed class do not fit plaintiffs' theory."

      Do you see that?

A.    Yes.

Q.    And that runs from Paragraphs 37 to 41.

        MR. COTILLETTA:  Dennis, if you can go to the next page, please.

BY MR. COTILLETTA:

Q.    Do you see that before your signature?

A.    Yes.

Q.    And in that section you don't cite any economic literature, correct?

A.    That's correct.

Q.    Okay.

A.    Can you go back to the first page?

Q.    Yeah.

        MR. COTILLETTA:  If you can go back, Dennis.  Thank

you.

A.   Your question was any academic literature?

**BY MR. COTILLETTA:**

Q.   Economic literature, correct.

A.   Economic literature.  Yeah, I think that's correct.

Q.   And in this section, having looked now through the footnotes, you also don't cite to any case law for support, correct?

A.   I think that's right.

MR. COTILLETTA:  Just a second, please.  We're almost done.

**BY MR. COTILLETTA:**

Q.   Ms. Allen, again, you've been testifying, as we said earlier, for many years now.  Is it your understanding in federal court that the opinions you have in your report shall be a complete statement of your opinions?

A.   I think they're meant to summarize your opinions.

Q.   Okay.  So in your eyes it's your understanding that in order to comply with federal rules as an expert, you don't need to contain a complete statement of your opinions?

A.   I'm not sure if it has to -- I think it has to -- that sounds right.

Q.   Okay.  And you had testified at your deposition that your report contains all your opinions, correct?

A.   I think that's correct.

Q.   Okay.

A.   "Summarizes all my opinions" is probably what I said.

Q.   Well, did your report summarize your opinions; or does it contain a complete statement of your opinions?

A.   I think I would have said in my deposition that it summarized my opinions.

Q.   Okay.  So your report doesn't contain a complete statement of your opinions?

A.   I'm not sure about the distinction between those two, but I think if you asked me during my deposition I would have said it summarized my opinions.

Q.   In your deposition you said you thought you did a complete job, right?

A.   I'm sorry.  What was the question?

Q.   In your deposition you said you felt like you did a complete job, correct?

A.   That sounds right.

Q.   Okay.  You said you had nothing additional to add from what you had written in your reports, correct?

A.   I think that's right.

Q.   All right.  But here today for the first time under direct you talked about and we've seen evidence of various different things such as *Halliburton*, *Rocket*, and some other materials that were not contained in your report, correct?

A.   I don't know.  I mean, *Halliburton* might be contained --

might be referenced in my report because I was a witness in *Halliburton*.

Q.    What I mean more specifically, references to Mr. Coffman's analysis in *Halliburton*, references to *Shupe v. Rocket Companies*, things of that matter.  These are new materials that you're presenting for the first time that are not contained in your reports, correct?

A.    I think you asked me about them in my deposition and I mentioned *Halliburton* in my deposition.

Q.    Right, but they're not contained within the four corners of your report, correct?

A.    I don't know if *Halliburton* is mentioned in my report or not.

Q.    You have a slide called "Concho's 2019 Guidance versus Actuals."  You didn't conduct that analysis in any of your reports, correct?  It's Slide 26.

A.    It's not an analysis.  It's just saying that there are guidances.  So I think I have information on that in my report.  That's just right from -- it's the -- putting it together on a page, I don't think I did in my report.

Q.    Your analysis of the corrective disclosure themselves aren't actually contained in your reports, correct?

A.    I'm not sure what you mean by that.

Q.    You go through specific line by line of the corrective disclosure for the first time on direct testimony today.  You

didn't go over the corrective disclosure in either of your reports, correct?

A.   That corrective disclosure was just -- the Court just asked for that a couple of days ago.  So this is in response to something that the Court asked for two days ago.  So that's correct.  That was --

Q.   Well, that's material -- this is material that you had since the plaintiffs alleged it years ago, correct?

A.   No.  The Court asked plaintiffs to give a list of their -- of what exactly were the corrective disclosures and plaintiffs responded with -- now I forget whether it was five or eight statements.  So this was the -- my understanding is this was something the Court asked just a few days ago.

Q.   My point is you didn't analyze the corrective disclosures themselves in either of your reports, correct?

A.   I did analyze the corrective disclosures.

Q.   You didn't specifically analyze them like you did here in the PowerPoint?

A.   What I did here is take the exact statements that plaintiffs responded to the Court's question.

          MR. COTILLETTA:  Your Honor, I'm going to pass the witness.

          THE COURT:  I didn't hear you.

          MR. COTILLETTA:  I'm going to pass the witness.  I mean, it's 4:30, if --

MS. HEFLEY:  I have a very brief follow-up, Your Honor.

THE COURT:  Okay.

**REDIRECT EXAMINATION**

**BY MS. HEFLEY:**

Q.   Ms. Allen, Mr. Cotilletta just exhaustively nitpicked your content analysis here today and in your deposition; but let me cut right to the chase.

That content analysis was provided to the plaintiffs in your expert report in March of 2024, correct?

A.   Yes.

Q.   That was about 11 months ago, almost 11 months ago?

A.   Yes.

Q.   And they to this day have not found a single answer to a single question that they claim you miscoded "no" when it should have been "yes," have they?

A.   No.

Q.   Same thing on news stories.  So they talked to you -- and let me back up.

They talked to you about your testimony in the *Apache* case, right, a portion it?

A.   Yes.

Q.   Okay.  And the specific alleged constructive disclosure they talked to you about from *Apache* was a *Seeking Alpha* news story, right?

A.   Yes.

Q.   And there were no analyst reports after that *Seeking Alpha* news story, were there?

A.   No.

Q.   And that's not surprising because *Seeking Alpha* is notoriously not a credible news source -- or some might argue that.

A.   Some might argue that.

Q.   Okay.  So it's not surprising that an analyst wouldn't pick up on a *Seeking Alpha* story and put out an analyst report.

A.   I think that's correct.

Q.   But here we have plenty of analyst reports after each of the alleged is misstatements and each of the, more importantly, the alleged corrective disclosure.  We had 38 analyst reports, right?

A.   That's right.

Q.   That's a lot of reports in three trading days.

A.   Yes.

Q.   So the fact that no analyst in those 38 reports after the alleged corrective disclosure referenced the alleged misstatements is very probative evidence that there was no price impact from those original statements, isn't it?

A.   Yes.

Q.   I want to touch last on this whole notion of front-end price inflation.  And you got a lot of questions about, well, this is an inflation maintenance case so it doesn't matter that

the stock price didn't go up after the alleged misrepresentations.  You generally remember that?

A.    Yes.

Q.    Why does it, nevertheless, make sense for you to analyze, as part of your context analysis, the analyst reports that came out after the Category A alleged misstatements?

A.    Plaintiffs are saying that the statements themselves are positive sounding statements that say that things are going well.  Mr. Coffman has said they had specific economic meaning.

So if they had specific economic meaning and they were positive specific economic meaning, then seeing whether analysts are referencing them and whether it meant anything to analysts and whether the stock price goes up seems relevant to the claim.

Q.    Even if it's a price maintenance case and not a price inflation -- increase inflation case?

A.    I think so, yes.

MS. HEFLEY:  Thank you.  I pass the witness.

THE COURT:  Anything else, Counsel?

MR. COTILLETTA:  Nothing further, Your Honor.  Thank you.

THE COURT:  Okay.  You may step down, ma'am.

Are we done with testimony?

MR. STERLING:  We are, Your Honor.

MR. FATALE:  Yes.

THE COURT:  All right.  I'm going to take another short break, come back.

I know, Mr. Fatale, you have a presentation you want to make; and obviously I'll let the defendants respond to that.

I should have said this at the beginning.  Even though I have been ignoring, I have not totally ignored your *Daubert* motion.  And I understand that, at least in my reading of it, the three main points of it are, one, that there's no methodology to support it, which is kind of a pure *Daubert* argument; two, that it's irrelevant; and, three, that it's invading the province of the Court in making the matching argument.

So I just figured and I still think that it's the kind of thing I can rule on at the same time I rule on this.  So I just wanted y'all to know I'm not totally ignoring it.

MR. FATALE:  Yes.  I'm prepared to rest on my papers on that.

THE COURT:  All right.  Okay.  Let's take ten minutes.

(Court is in recess.)

THE COURT:  Be seated.

If you're wondering if we have any control over the temperature in here, the answer is no.

Mr. Fatale, you want to lead off?

MR. FATALE:  Yes.  I'm going to do a PowerPoint.  I

have a copy.  Should I hand it --

THE COURT:  If you will give it to Rhonda and she will give it to me.

MR. FATALE:  Thank you, Your Honor.

To start with, what I kind of mentioned earlier, I think there is a mischaracterization of what our case is about and what the allegations were.  Defendants put up our litany, the specifics of why each false and misleading statement was false and misleading, that Concho's manufacturing development was unverified and extremely high-risk, combination of developmental methodologies, including aggressively tight well spacing, that the projects required high up- front investment with no verifiable basis, et cetera, et cetera. It's after every statement in the complaint.

And they took issue with one of the last ones that we have, and that's that the risks manifested during the class period, the above-mentioned risks would and did manifest during the class period.  During the class period, not after the class period on July 31st when things were disclosed. Manifesting during the class period, that's the difference between a well exploding.  That would be the risks occurring, manifesting, and everybody knowing.  That's what they're trying to measure in *BP*.  Everybody knows there's nothing from the company.  There's nothing to compare with.  Here we have the corrective disclosure.  So I don't think that that statement

gets very far in that way, but I just wanted to go back to that.

We're here on class certification. With the conceded dates, looking at just the *Goldman* argument, we have a question. When does the class period start? They've conceded October 31st, 2018, by not challenging statements in their Category D. So let's keep that in mind. They've conceded numerosity, commonality, typicality, adequacy. We're here really talking about predominance. Their papers say they're also challenging superiority. I can't find a different argument for superiority in their papers other than the predominance argument. And predominance is met when questions of law and fact common to the class members predominate over questions affecting only individual class members.

It's undisputed in this case that the elements of falsity, materiality, scienter, and loss causation are all common questions that are going to be determined on a class-wide basis. Defendants here are disputing whether questions of reliance and whether questions of damages are going to predominate over all those common issues.

I didn't have a real problem with their definition of "basic." So I won't go through it all again. Suffice it to say that under the fraud-on-the-market theory, when plaintiffs establish that misrepresentations were publicly known, that they were material when stock traded in the

official market and when plaintiffs traded the stock between the time the misrepresentations were made and the truth was revealed, that reliance in the securities class action can be presumed for the class.  Now it's a rebuttal presumption.  But defendants haven't taken any issue with us establishing that "basic" applies in this case.

Now, you did ask me about RSP; and I wanted to make sure this -- I'm trying to figure out what your question was from the beginning of the day.  Is your question that someone who acquired shares in the merger would classify as a plaintiff who traded in the securities enough to have a Section 10 claim or is it really sort of the conflicts damages question that defendants were raising?

THE COURT:  It's kind of a combination why does "basic" comply because they clearly didn't acquire their shares on the open market --

MR. FATALE:  Yes.

THE COURT:  -- and, two, I guess falling into -- in more in nonclass action terms, they didn't rely on anything. They relied on the negotiated deal that their chairmans of the board came up with.

MR. FATALE:  So, Your Honor, while we didn't brief this issue, cases we cited in our briefs do address these issues. *Edwards v. McDermott*, which is cited in the brief, that's 2024 Westlaw 1769325 at Star 9 to 10.  That's a Southern District of

Texas case from April 2021.  In that case, relying on another case that's also cited in -- no, maybe not cited in the brief. But it was relying on a New York case *Vivendi*, 242 F.R.D. 76, 86.

In that case -- in both those cases the Court found there to be no issue with certifying a class on basic grounds with a merger and the *Vivendi* case in particular answers your question because how plaintiffs traded their shares, whether open market or merger, doesn't alter the materiality of the defendants' statement when they decided to approve the merger or, you know, receive the Concho shares.  So the materiality was still there when the merger was approved, and they agreed to the deal to get the shares.  So in both those cases a case with a merger like this where shareholders are in the class were certified.  So if you looked at them, that would, I think, answer your question.

On the conflicts point that defendants raise, you know, they kind of shoehorn it into *Comcast*.  There's no cases or economical literature, as we talked about, really being it. It does come up sometimes that maybe this creates a conflict. That did happen in the *Edwards v. McDermott* case -- so I want to reference that -- and the answer in that case was, well, the conflict hadn't been proven.  You're saying there could be a conflict because of the damages but we'll create a subclass and we can do that here.

One of the lead plaintiffs, Utah Retirement System, received some shares through the merger.  So they would be an adequate class representative for that subclass, and you have a *sua sponte* ability to create a subclass if you felt that necessary.  But I wanted to address that right at the beginning when I was talking about basic because I thought that's what you were getting at.

Look, contrary to the defendants' claims, *Goldman* didn't change the contours of basic.  Rather, *Goldman* classified -- clarified the heavy burden that defendants bear in rebutting the basic presumption.

As the Court in *Goldman* explained, defendants may rebut the basic presumption by showing that an alleged misrepresentation did not actually affect the market price of the stock.  *Goldman* did clarify, however, that it is defendants who bear the burden of production and persuasion to prove a lack of price impact and must carry that burden by a preponderance of the evidence.

In other words -- this is really what it clarified -- merely offering evidence that would support a finding of lack of price impact is not enough.  They have to get to that 51 percent.  As the Court said, the defendants must , in fact, sever the link between the misrepresentation and the price paid by the plaintiff and the defendants' mere production of some evidence relative to price impact would rarely

accomplish that feat.  It's been described as a daunting task and a heavy burden.

Since I'm going to rest on the *Daubert* motion on the papers, I'm not going to go through our very technical cross-examination and all our arguments on why defendants' evidence, the Allen report, does not meet their burden.  I think it's been cleared out.  The analysis is unreliable because it's incomplete.  Shows irrelevant opinions in there about front price impact -- front-end impact.  It's novel for the reasons laid out, and it doesn't meet the heavy burden.

But we'll still look at the corrective disclosures.  And we'll still look at some of the disclosures.  But I don't think -- the burden never comes back to us -- that's just what I want to clarify -- and I don't think they've ever met their burden.

So what was the corrective disclosure?  Right in the complaint, Paragraph 300.  Well spacing at Dominator was too tight.  We say it throughout the complaint.  While the Dominator Project accelerated the company's understanding across the project life cycle, the performance for the project indicates that well spacing was too tight.  We've been through it.  There's that well spacing was too tight across the portfolio.  I'll show you in the statements where that is.  The rig count was reduced.  There were disappointing financial results and reduced production forecasts.

Defendants made scores of misstatements throughout the class period. They declared the transition, the large-scale development, as a success, touting its benefits despite having no basis of knowing it. They falsely stated that manufacturing mode was the project of gradual learning and verified techniques, despite being experimental. They issued non-risk-adjusted production forecasts despite internal understandings that such forecasts were inaccurate and overstated, and they were stating throughout the class period that large-class scale development projects with higher risk exposure were balanced out by projects with lower risk exposure.

These statements and others in the complaint maintain that price inflation -- maintain price inflation until that corrective disclosure when we find out wells are too tight, that we find out that other projects are going to be -- that projects that were in the works -- Dominator is a -- Dominator comes online in 2019, but it's a 2018 project. So the projects aren't just the minute they come on. So the projects that they're working on at the time of their corrective disclosure now need to be modified. They already had the tighter spacing. You don't plan the project the day you turn it on.

The rig numbers were surprising. Financial results, we talked about that.

This is not just a disclosure of poor results in the second quarter of 2019 like defendants claimed to create an illusion of a mismatch between the alleged misrepresentations and the corrective disclosures.  These corrective disclosures go to our theory of the case about how large-scale development had been misrepresented.  Also, defendants -- defendants haven't challenged all the statements.  So there is a class being certified for October 31st, 2018, through the end of the day.  So I don't know how fully they're even contesting that this isn't corrective to some extent if they don't challenge all the statements.

THE COURT:  How do you interpret their Category D?

MR. FATALE:  It fits right in with their mischaracterization of the class.  It's a false compromise on their part going, oh, well, there's some class.  I understand why they do it.

That is the case they wish we brought, that it was the guidance case, that you said -- you know, that you said you were going to get 12 gallons out of this well and a month later you only got 10.  That's not our case.  Our case is about all the reasons you said you were going to get 20 gallons that turn out not to be true.

We've talked about it.  Oil and gas, yes, there's risk.  You know there's an opportunity that you turn on the well and the oil doesn't come out.  But here they

misrepresented the basis for their guidance, the basis for what they've been telling investors throughout the class period.

I'm not alone in this. The market reacted the same way. Barclays was caught off guard by having the old albatross of successful spacing plots with lasting effects being the culprit for these disappointing results in production forecasts. Why were they caught off guard by an old albatross? You'd think they'd always be on guard for that. Because they've been saying throughout the class period we've proven this well spacing that we're using.

JPMorgan notes that the magnitude of the miss raises concerns regarding the legitimacy of the company's manufacturing development strategy that they've been touting for the last two years throughout the class period. These are directly tied.

Mizuho notes -- noted -- let's go to the next one -- that, you know, the company overpromised, under-delivered.

JPMorgan, RBC Capital Management, for example, they all recognized the significance in the changing guidance when there is no change in CapEx. We're going to produce less oil, but we're spending the same amount of money even though during the class period they're talking about how "Our strategy hasn't changed, we've been a historically conservative company, and I'm glad we are up until this point."

JPMorgan, Credit Suisse, MKM Partners, RBC Capital Management, TD Securities likewise commented on surprise of the reduced rig count and what that meant when guidance goes down and you're doing all this scaling back.

Credit Suisse in particular noticed that the unchanged CapEx and reduced rig count reflected significant deterioration in CXO's capital efficiency, another thing that the company is touting throughout the class period when they're saying, "We've proven it, we're conservative, we have great capital efficiency, our large-scale development that we've worked on so hard is going to be very generative and value-adding."

They're talking about their capital efficiency; and here it is, the analysts reacting to the corrective disclosure and tying it right back.

Credit Suisse remarked that it had historically viewed Concho as among the best-run companies in EP universe -- E&P universe -- looking at, you know, what they did before, what they disclosed before -- but this last update with 2Q results left us questioning their capital efficiency.

Jeffries, we talked about -- this was one we showed to Mr. Coffman.  It turns out -- and there was a lot of talk during Mr. Coffman's examination of whether it was just about Dominator.  "Our complaint is not just about Dominator. Defendants made that argument at motion to dismiss.  The Court

looked at it then and said, 'No, this complaint is not just about Dominator,' but they still want this case to be just about Dominator."

Well, here is Jeffries, the day of the corrective disclosure, "It turns out much of Concho's 2H18 and 1H19 program was spaced too densely; and while the company had previously indicated Dominator was not representative of the company's development plans, it turns out operations were not consistent with that message."

The analysts are reading the corrective disclosure the way we read the corrective disclosure and the way we allege it.  Maybe a jury will disagree with us, but that's not the issue here today on whether we're proving causation.

Let's look at some of the -- this was also discussed during the crosses and testimony.

"A corrective disclosure does not need to precisely mirror the earlier misrepresentation.  The two only need to be related or relevant to one another."

The Fifth Circuit law that is followed after -- there's no change after *Goldman* on this.  It's still being followed.  It was followed in *Apache*.  It's followed in *Cabot Oil*.

Cabot Oil filed a 23(f) petition to the Fifth Circuit on this arguing that same point.  *Goldman* is

reading it a little -- *Goldman* and the Second Circuit -- the Second Circuit is reading it a little narrower now.

Fifth Circuit, "Shouldn't we read it a little narrower now?"

23(f) denied.

So there's 13 inflationary dates here.  13 days where we claim statements were made that kept inflation in the stock price.  But defendants -- and in our notes there's 22 sources.  So I would say there's 22 statements.  The earnings release is a statement.  The 10-K is a statement.  But defendants want to go sentence by sentence, not statement by statement.  They want to look -- even in the class period that they've conceded starting on October 31st, 2018, and they want you to go into that period and say take out this theory of plaintiffs' case, take out this theory of plaintiffs' case because they're not going to be able to prove loss causation.  That's a step too far.

The question today that doesn't impermissibly cross over into the merits -- I know there's some blurring, but the question today doesn't impermissibly cross over into the merits is when does the class period start and when does the class period end.

That's how important -- you know, and that's in *Halliburton* 1 by the Supreme Court, proof of loss causation is a merits issue not appropriate at class certification.  Yet,

that's what defendants are attempting to do here when they go through day by day and categorize and say, well, throw out Category B, but maybe that day is still in the class.

THE COURT:  Let me ask you something.

MR. FATALE:  Yeah.

THE COURT:  Let's assume I agree with your Slides 10 and 11.  I haven't got to 12 yet, but if it's the same.  No, 10 and 11.  And there are 13 dates.  Doesn't this prove up or bolster Mr. Holmes' argument that you've got to prove 13 different sets of damages?

MR. FATALE:  No.  No.  Because the methodology that we're talking about is adjusted -- and it's -- we were a little too glib before saying you just carry it back.  It gets adjusted back in time.  Even if let's say a theory gets dismissed, well, then you can do an event study to remove that out.  It's not -- because people are purchasing on every day throughout the class period and it's purchase price that the inflation is being taken out of.

So I don't -- if it was price impact, if we were saying the price went up on those days, maybe.  I don't know.  I'm not arguing that case.  But I don't see if it's just inflation -- and I'm not aware of a case that treats it that way in a corrective disclosure case that says that you then have to have 13 different models.

THE COURT:  I don't necessarily mean models; but, I

mean, aren't you poking holes in your own predominance argument?

MR. FATALE:  It's the same -- it's not like there's 13 different frauds or 13 different theories of the case.  It's the same misrepresentations and omissions throughout the class period.  This is omissions about the progress of their large-scale development.

I think maybe looking at some of the statements maybe would help analyze this and just looking at how they kind of cut things up.

So on October 31st, 2018, this is the day that, you know, some class is going to get certified on starting at least based on their concessions on Schedule D.  It starts with an analyst asking about parent-child well relationships and how that affects large-scale products.

According to Defendant Giraud, Concho's large-scale products were maximizing the resource by minimizing the impact of the parent-child effect.  We're doing this.

The underlying part on here --

THE COURT:  Incidentally, since no one has defined that, I -- we've been assuming that the parent is the first well drilled in an area or in a zone and the children are following wells.

MR. FATALE:  Yes.  The way my expert explained it is you had the parent straw in the milkshake and then you added a

whole bunch of other straws in there.

THE COURT:  Okay.  Well, we assumed that.  I just thought I would make sure we assumed correctly.

MR. FATALE:  I didn't want to come to Texas and explain oil drilling to anybody.

All right.  So the underlying part here defendants concede because it goes to our theories of them misrepresenting the non-risk adjusted natures of the projections and forecasts and the omission of the inaccuracy of their models.

"As it relates to kind of what we're seeing compared to what we're expecting, we have built our type curves and our internal modeling based upon results we have seen here. So I think we've seen -- so I think everything we've seen has been consistent with what we have been expecting and is baked into that outlook that we're talking about for 2019 and 2020."

Okay.  I'll agree with conceding that.

But then the bold part they don't concede.  "Big driver going into these large-scale projects are, we think, maximizing the resources and minimizing the impact of parent-child effect; and that goes to the benefits of the capital side from the efficiencies."

Remember the analyst talking about the capital efficiencies when the corrective comes out.

How is that a generic -- they say it's generic

when it's talking about -- that's the reason they say it shouldn't be in there, because it's generic. When it's talking about the capital efficiencies, that the company is -- that the analysts are particularly picking up on and in the corrective disclosure it's talking about them having minimized the impacts of the parent-child effect, which is the problems that lead to Dominator and the need to space wells wider in the rest of the portfolio.

Again, they concede -- the analysts ask -- because it gets a little weird. The analysts ask --

THE COURT: Let me ask you this: Isn't the efficiency -- and, again, tell me if I'm wrong. If I'm building -- or I'm drilling one well eight times, isn't it more efficient for all my suppliers and all the people bringing mud out and all the oil well service companies to come out once at the same time and drill eight at the same time and don't I get those efficiencies -- capital efficiencies whether my holes are dry holes or not?

MR. FATALE: Well, you're not going to be in business long if you're --

THE COURT: I admit it's probably not their business model.

MR. FATALE: No, but they're saying that they're doing it that way. They're at this point in capital efficiencies we can drill the eight holes at once because we've validated this

already.  We have the data.  And that's what turns out to be false.  It's not that the well is empty.  It's that what they were saying throughout the class period of the basis for we have capital efficiency because we're able to do this.  They're not able to do that.  They don't have the basis.  They're reckless in saying that they were able to do that.  That's the scienter allegation here, is that it's recklessness.

Sorry.  Turn the page.

Again, concede -- so the analysts ask, "And do you have kinds of estimates about how you think about how your programming and the relationship between single well pad development versus multi-well pad development in that parent-child relationship?"

Well, they just refused to concede the statement before about parent-child relationship; but here the answer to that question that we baked it into our plans and forecasts, they'll concede to that.  That's in the case.  That one is not too generic.

Then you go on and the analysts goes, "Can you be more specific?  Is that something you'd like to share with us?"

And they go on and they are more specific and they say, "With our asset base and our big blocky nature and our assets and the way we prosecute our development program, we're in the best position to minimize that effect; and we think we have it estimated very well" in those projections that

turned out to not be truly baked through the way they were based on what we heard about the company.

This they say is too generic when it's explaining the statement that they concede a paragraph before.  And they don't put this in the chart as all one statement, as it clearly is this discussion.  This is what I was saying.  They break it out.  This is four different statements in their chart.  They break this paragraph up into two different statements and have it in two different charts.

Other conceded examples.  So in February of '21, they give projections on MMboe.  Turns out that they don't reach that at the corrective disclosure.

May 1, 2019, production for the first quarter also benefitted from -- so Dominator has been turned on by this point and their touting its success, strong productions, returns look pretty good.  Risk estimates based on purported success which the market finds out two months later is not true.  So that one they conceded.

Let's go back to where we think.  So their statements in the class period that defendants have conceded.  Let's go back to the beginning of the class period that plaintiffs are putting forward.

On February 21st, 2018, Defendant Leach told investors that based on past experiences, Concho's development activities validated well spacing, lateral placement, and

completion design.  Directly contradicted two years later by the corrective disclosure that the company's large-scale development projects are too tight.

Defendant Harper tells the market that same day that the company has transitioned over the last few years, our transition to large scale, The company has transitioned to large scale and it will continue to drive growth and efficiency.

Again, directly contradicted by the corrective disclosure regarding well spacing and their end-of-class-period attempts to claim it was all an experiment and it was just Dominator, even though the problem was portfolio-wide.

We spoke about how analysts saw Concho as a disciplined company up until the moment of the corrective disclosure.  Here is Defendant Leach projecting that misrepresentation onto the market at the start of the class period when he says how the company's strategy remains the same.  Defendants regard each of these misrepresentations put in their chart as generic.  These are specifically tied to our allegations and to the end of class period -- the corrective disclosure at the end of the class period.

Let's look at the statement on -- I'm not going to do every day, but let's look at the statement on March 5th, 2018.  This was a statement by Defendant Harper, the Raymond James conference.  This is one that defendants

categorize as a Category B statement, meaning defendants claim this only deals with 2017 and 2018 operational results and therefore could no way be corrective by the disclosure in 2019.

Where they see that, I can't tell.  The statement is Defendant Harper assuring the market that upcoming large-scale projects are dispersed amongst Concho's asset base. Again, this misrepresentation directly relates to the corrective disclosure that unsustainable tight well spacing was just used -- was not just being used at Dominator, it was dispersed against the asset base.

THE COURT:  Why is that a misrepresentation?  Isn't it right?

MR. FATALE:  That they were dispersed amongst --

THE COURT:  Among their asset base.

MR. FATALE:  No, they were concentrated throughout the entire asset base.

THE COURT:  Well, I mean, there's some in the Delaware and some in the Midland and some -- I mean --

MR. FATALE:  Well, I mean, I'm going have to prove that to the jury that that's what they meant there; but it's our allegation in our complaint --

THE COURT:  Well, at some point don't I get to read what's written and not have to go behind the curtain?

MR. FATALE:  Sure, summary judgment.

March 28th, 2018.  These are two Category C

statements which defendants claim are unrelated to corrective disclosures because they're about synergies with RSP Permian.

In the first statement you have Defendant Leach telling investors that Concho has the ability to move RSP assets into manufacturing mode and minimize parent-child locations.

Our allegation is that this assertion was baseless given what confidential witnesses told us about Concho's true understanding of the time of manufacturing mode, that -- of how to minimize parent-child relationships and Defendant Leach claims is directly related to the corrective disclosure that they couldn't do this and that they were going back to the drawing board on well spacing in 2019.

The second statement is Defendant Harper being asked about $2 billion in synergies that the merger was going to deliver.

Okay.  Synergy word in there, but it's about Concho's purported ability to prevent parent-child relationships with large-scale developments.  It's not just about synergies with RSP Permian.

May 15th.

I think we're coming to the end here.  I'm not doing every day.  A few more here.

On the first slide here, you have Giraud telling investors that they've done the learning.  Our allegation being

that they had not.  That they had built up the large-scale development.  Also that's what's happening in our company is not a dramatic change or some big step change.

Again, our allegation being that it was, that their 2018 plan was completely different than what they had done in the past.  Our allegation is that this was a big change throughout their portfolio.

Moreover, they didn't have the data to back this up, as we allege.  Even the data from the Dominator at the end of the class period, Defendant Giraud tells us -- we saw in the analyst call -- Mr. Coffman read it -- "I don't know if that's taught us anything about optimal" -- he says in the corrective disclosure, "I don't know that this has taught us anything in terms of optimal project size."

So even with Dominator data, they still didn't have the answer; but they're telling class members, investors throughout the class period, that we have reached the answer.

Second slide, more of the same.  Selling.  We've done the discovery.  We've gone through definition.  We're in development mode.  We're there.  We're in the later stages of the inning.  We know spacing needs.

Again, not the truth at the time these statements were made.

August 2nd, 2018, they claim this is a generic statement; but here -- and defendant -- oh, no.  They don't

claim this one is a generic statement. They claim this one is a mismatch because it deals with 2017 and 2018 results.

Again, not so. It's telling the market "We've been testing spacing and now our big projects are the evolution of that."

Again, it's corrective to disclosure about Dominator's failure and Giraud's statement that even now we don't know anything in terms of optimal project size.

Finally, last statement I'll do here, September 5, 2018, additional statements made by Defendant Leach on the company's purported capital efficiency, risk management, balancing risks, and running a stable ship.

The analysts' commentary at the end on these points is you've just disclosed to us that you haven't been doing these things for the last year.

These are examples that are even in the class period they concede but they still challenge saying that they're generic but much like the other ones. Again, it's touting the purported portfolio approach assuring investors that the company's strategy hasn't changed.

As Defendant Harper says on March 4th, 2019, "Historically we've been pretty conservative on the way we've accounted for inventory and well spacing and I'm thankful for that and that's been our view up until now."

This created the impression for investors and the

analysts throughout the class period about our allegations that the corrective disclosures show were false at the end.

Based on that, based on failures of the Allen report -- not my burden to show a connection. It's their burden to completely disprove that connection, to prove the negative; but even looking at the statements when it's not my burden, going through them just as I did, I see -- and I think the Court should see -- related to or relevant to the misstatements and the corrective disclosure at the end as markets understood that, as the analysts understood that, not as defendants have chose to cut them up, mischaracterize them, say they're about something else when they're about something else -- inability to read the allegations and analyst commentary and look at the call and everybody is walking away from that going, "Oh, it's just not Dominator" but are still convinced that this case is just about Dominator.

So I don't think -- I think the whole class is certifiable under *Goldman*. I don't think defendants have met their burden to sever completely, as they must under *Goldman*, their burden by a preponderance of the evidence that there's no relation between the corrective disclosures and the misstatements made throughout the class period.

THE COURT: Do you agree that I have to do it disclosure by disclosure?

MR. FATALE: I think you do have to figure out what day

the class is going to start on.  I think some of our strongest statements are on February 21st, 2018; so, it makes it easy for you.  But I do think that if you go on February 18th and you say, "I'm going to get rid of this one second because I think it's generic" or "I think it's relating to 2017 or 2018," I think that's crossing over into a finding -- a summary judgment finding on summary judgment for that statement.  I think that's a fact question.  The class certification question being how long is the proper class period.  The class can't start and stop.  The class starts with the first misrepresentation and ends with then.

So no, I don't -- I think going sentence by sentence, cutting statements up into two, as defendants have advocated, I think is taking you very far astray into the merits where the Supreme Court repeatedly says, "Although they say it's hard to do, we shouldn't be strained."

If there's any other questions on *Goldman*, I'll talk about -- I mean, we kind of did talk about *Comcast*.  I can give my example again.

THE COURT:  Well, my other question I have is:  What is your interpretation with regard to the representations -- and I'm using the defendants' Class D, Category D, whatever we're going to call it.  Are you assuming they've conceded not only the basic presumptions on that but also predominance and superiority?

MR. FATALE:  I would say that.  I think they'll disagree.  I think they'll say we just didn't say anything.

THE COURT:  I was giving you a chance to fire out.

MR. FATALE:  Yes.  Well, I think my position would be and if I didn't argue something in a reply or a rebuttal or something they'd say they waived it, they had nothing to say and, you know, I could go through all that.  But I think they made a strategic reason to do it, but the result of that strategic reason is the class is getting certified under *Goldman* one way or the other.

THE COURT:  Okay.

MR. FATALE:  More on *Comcast*.  We've talked a lot about this.  It would be -- it's all about could the event, could the corrective defend be disclosed on a day prior; and with a well explosion it can't be.  With our product -- with -- we don't have the data that we said we had.  We haven't verified this.  We're doing our risk models on proven reserves by just taking models for one-well projects and multiplying it by 23 instead of calculating what it would be if it actually had 23 altogether.  That's what the confidential witness says that they were doing.  You know, they could have disclosed that at any time during the class period; and that's what the common damages out-of-pocket method -- that's what the out-of-pocket damages methodology is going to capture.

And, again, as I said before, it's the gold

standard.  Yes -- does the complaint use the word "risk"?  Yes.  This case is about misrepresented risks, sure; but it's not the product of that risk.  It's not the outcome of that risk that we're saying that should have been disclosed earlier.  It's the basis for you saying throughout the class period we've accounted for this risk.  We've minimized child-parent relationship.  We've proven our laterals and our well spacing.  But they haven't.  And that's what they could have disclosed earlier, and that is the paradigm of a corrective disclosure theory, out-of-pocket case.  That's the case that gets certified all the time under a common damages model.

I talked about RSP Permian.  Like I said, you can look at the two cases I cited.  There's no cases cited in defendants' arguments on the economical point where they're trying to force this in the *Comcast*.  And then courts that have seen this and where it's been raised before is is there a conflict between the two groups; and the solution to that, if they've proven a conflict -- I don't think they have -- is a subclass.  That's very easily done here between the two people.  We have a class rep for both.

Thank you, Your Honor.

THE COURT:  All right.  Thank you.

Mr. Sterling, you or Mr. Holmes, I'll give you the last word here.

MR. HOLMES:  I might need more than one.

Let's see.  A couple of things to start off with.

Number 1, we don't concede certification of just any class.  In fact, we did say in our briefs the heading -- this is in our sur-reply -- the motion must be denied in its entirety because plaintiffs have failed to satisfy *Comcast*.  So *Comcast* is in its entirety.  Price impact is for the categories A through C statements.

Second, we're not here on loss causation.  I heard loss causation come up.  We're not making loss causation arguments.  That's not a class certification argument.  This is a price impact argument, Number 1; *Comcast* damages argument, Number 2.

On price impact -- and I'd like to start just -- we've been through this, but there's some statements that were made and I -- there's a couple of issues I think legally we just joined issue on.  But in the presentation I made earlier, it's Page 4; and this is the *Goldman* Supreme Court case.  This is not the *Goldman* Second Circuit case.  And I think in terms of -- there's no question we bear -- according to *Goldman* Supreme Court case, we bear the burden of proof by a preponderance of the evidence.  That doesn't mean that the plaintiffs can present a scintilla of evidence and they win. It's a preponderance of the evidence.

And as the Supreme Court said in the *Goldman* opinion -- I don't have this on this page -- but rarely is the

evidence a tie.  They have a bigger word for that that I don't ever pronounce right, I don't think.  But rarely is the evidence a tie; so, the burden is not really an issue.  But it is the preponderance-of-the-evidence burden.

The question is, when we -- you see the second box there but that final inference that the back-end price drop equals front-end inflation starts to break down when there is a mismatch between the contents of the misrepresentation and the corrective disclosure.

So we've heard from the plaintiffs and cited the *Cabot* case, Number 1, which I'll talk about in a minute, that it just needs to be topical relation.  That's it.  If there's topical relation between the corrective disclosure and the alleged misstatements, we're done.  All right?  I don't think that can possibly be true because if that were true the Supreme Court would not have reversed in *Goldman*.

When you look at the alleged misrepresentations and corrective disclosures in *Goldman* -- and that's on Page 10 of the presentation -- the corrective disclosure in *Goldman* was SEC and DOJ investigations into Goldman's investing in investments opposite of its clients.  That was a conflict of interest.  The statements at issue in *Goldman* addressed conflict of issues.  They addressed putting our clients' interests first.  There's a topical relation between those two statements.

The Second Circuit on remand said -- and this is on the next page, on 11 -- "Requiring only a general front-end and back-end subject matter match does not meaningly account for the Supreme Court's guidance in *Goldman*."  That has to be true from the Supreme Court's opinion when you compare the corrective disclosures in *Goldman* to the alleged misstatements.  It's got to be more than just topical relationship.

And the Second Circuit says it's a searching price impact analysis by the Court.  The Court -- Your Honor asked this question.  Yes, the Court does get to come in and say -- not on a merits basis but for a -- on a price impact basis.  Looking through the lens of price impact, what is the corrective disclosure, what does it say, and what are the alleged misrepresentations and does the corrective disclosure actually correct the alleged misrepresentations.

Mismatch can come up in one of two ways, the generic mismatch that's at issue in *Goldman* and just the substantive mismatch where it just doesn't correct it.  There's nothing that is different, and there is -- well, I'll come back to that point in just a second.

I was going to say but the plaintiffs mentioned *Cabot Oil*.  *Cabot Oil* was a case where the facts there were there was a remediation -- an environmental remediation that was done in Pennsylvania.  The defendants went out and said we've remediated, we're done.  Later they gave guidance,

forward-looking guidance, that was contrary -- that the plaintiffs said was contrary to the fact that they had remediated because according to the plaintiffs if they truly remediated, the guidance would have been more.  They also announced that the Pennsylvania environmental department was conducting another investigation about their assets in Pennsylvania.  The Court said on the guidance piece there's not enough of a match there.  You're talking about specific guidance, specific financial guidance, forward-looking; and the plaintiffs' theory that it's inconsistent with saying, hey, we're done with remediation, that's not enough of a match.  All right?  On the announcement that -- the disclosure that there's another investigation, the defendant said, well, it's not all the same assets and it's kind of different.  The Court said that is enough of a match in my judgment.  And that is what *Goldman* empowers the Court to do and I would submit obligates the Court to do, is to do a searching analysis.

We have the burden by a preponderance of the evidence.  We've cited several cases in the brief, the *Shupe* case I think actually was supplemental authority from Michigan.

There's the *Kirkland* case that's outside the Fifth Circuit as well.  Those cases involve the same process that we've used here, the same content analysis that we've used here.  The Court looked at what the corrective disclosure was, made an assessment about what it meant and what it didn't

mean -- didn't just accept plaintiffs' characterization of it -- and then compared it to the alleged misrepresentations.

So with that as sort of the backdrop, I just want to quickly hit a couple of points from plaintiffs' presentation on this point. And I think, you know, the process is -- and we have laid them out in the different categories, but it's looking at the context of the corrective disclosure comparing it to the alleged misrepresentations.

Also taking into account the content analysis that was done, you know, I think the redirect kind of proved the point that I was going to make which is, yeah, there was a lot of nitpicking at the process and the coding and the -- what'd you look at and what you didn't look at. Not once is there any shred of evidence, not one newspaper article -- they said there -- I think I heard there were over a thousand newspaper articles. You can't put one up that connects the corrective disclosure to any of the alleged misstatements in Categories A through C nor do any of the analyst reports. They have the analyst reports. They have access to the newspaper articles. Surely if one made that connection it would be here in evidence. It's not.

But looking at the corrective disclosure and a point I want to make -- and I think the other point, you know, about the *Goldman* case is -- you know, is the -- I'm not sure how many times I've seen this in the Supreme -- probably never

but the "good dose of common sense," I think that's really important in this case and I think it's when you're looking at what the corrective disclosure is and what it isn't.

The Court will recall the testimony -- the cross-examination of Mr. Coffman about show me another -- anywhere -- anywhere in the earnings transcript call from the corrective disclosure.  Mr. Sterling went through, find me somewhere else where it says there's something other than Dominator, something other than Dominator.

And one of the things that they've tried to do -- and this is in the price -- this is not merits.  It's price impact.  And this is on Page 5 of their presentation.  And they say:  "Well spacing too tight throughout portfolio and we're going to return to capital discipline" -- and they quote this -- "We are incorporating the data into our development model to adjust spacing on future projects including those projects set to spud in the second half of 2019.  We've made the decision to adjust our drilling and completion schedule in the second half of the year to slow down and not chase incremental production at the expense of capital discipline."

They say that statement shows that it was widespread throughout the portfolio because they were going to take what they learned from Dominator and make adjustments.

Thinking about common sense -- can we put up the slide, the March 5th, 2018, slide that David used?

Okay. There were already -- the notion that like these wells that were already drilled and already in the ground, that we're going to move them around, that's not common -- that doesn't make common sense because the -- this statement that we are taking something from Dominator and we're adjusting the wells that are already drilled, I think that's what they're saying.

The fact is -- and, Your Honor was exactly right -- there are significant benefits, from a capital standpoint, of drilling in large-scale development. There is also benefits from a recovery perspective. We talked about what parent-child was and when you have a parent and a child, it can be less efficient from a resource recovery standpoint than sometimes these -- than the wells that are drilled in the large-scale development. And all the statements that I referenced in opening about we're testing, we're seeing where the spacing is, we're seeing where the rights spots are, how can we do this, it's all about the efficiency of the recovery. Get it too close, which is what ended up happening on Dominator, the efficiency of the recovery is not enough to justify the number of wells that was drilled.

But I think it is in the Court's province on this to look at the corrective disclosure and say what does it mean, just as it is in the Court's province to go back and look at the alleged misrepresentations and say are they actually

corrected.

I'm done with price impact unless you have any questions about that.

Okay.  On the damages, I think the most important point is, as *Comcast* held -- where is it?

As *Comcast* held, it's plaintiffs' burden of proof.  It's not enough to come in here -- I mean, now is the time to come in and explain this is the methodology, this is how we're going to measure.  You don't say things like "I'm not sure yet.  I'm not sure how I'm going to account for that yet."  It's what Mr. Coffman testified to.  It's his last answer, "I'm not sure yet."

What *Comcast* says, I think it's -- whether this is risk materialization or otherwise, what *Comcast* says is now is the time for them to do that and they haven't done that.  They don't know how they're going to take into account, oh, yeah, well, there may be some risks that we have to take into account and we may have to do this, we may have to do that.  We'll take care of that later.  Well, you can't do that.

Your Honor's question about the 13 dates and how does that relate, well, think about their -- what they -- their claims about manifestation of risks throughout the period.  That's what they say, these risks manifested throughout the period that Concho and its management allegedly did not disclose.  The issue -- and I think what you were getting at

and it's exactly right -- is on if that's their theory of liability, label it however you want, but what they're saying is on each of those days there was allegedly more risk than what the market was perceiving; and they have no way -- they've not provided us any insight how to account for that.

And so I think just on the burden point alone, I think they haven't met it and it doesn't need to be a lot of heavy lifting on, you know, is it risk materialization or however we want to label it.  There's too many unknowns.

So unless the Court has any questions on that, I don't have anything further.

MR. LUCISANO:  Five minutes on the *Daubert* if --

THE COURT:  Okay.  I'll remind you that they rested on their papers.

MR. LUCISANO:  And I'm sure -- two minutes.  And I'll just briefly hit on the three points Your Honor flagged which is methodology, relevance, and whether the content --

THE COURT:  I'm willing to stay here all night.  My alternative is a homeowners association meeting.  I'd rather be here.

MR. LUCISANO:  So on the methodological points with respect to the content analysis, as I take it, plaintiffs are making sort of two arguments.

One is that it's sort of this unduly subjective black box; and I think you heard from Ms. Allen today precisely

what it entailed, which was reading hundreds of analyst reports, answering enumerated questions with respect to 54 challenge statements, producing 9700 coded answers, and sharing that with the Court and with plaintiffs.

If one of those codes was a true judgment call or one that you could have gone either way, one where it wasn't sure what the answer should have produced, you can rest assured that they would have been able to point that out to Ms. Allen. The reality is all of the empirical findings match up with the analyst reports. And so it was not this sort of black box that you couldn't replicate. They just don't like the results that occur when you do replicate it.

With respect to the novelty, sort of starting at the basics, content analyses, identifying -- or analyzing text, discerning patterns from them, that is well studied, peer-reviewed, including in the context of financial analyst reports.

I think that their issue is that there's not a peer-reviewed journal on post-*Goldman* content analyses asking these specific questions and conducting a mismatch analysis. I think both from a legal perspective, that's not how *Daubert* works. You look at the methodology underlying it and apply it, of course, to brand-new context; and the next time a Supreme Court case comes around, we're not just going to exclude all the expert testimony that comes out of it.

But from a sort of precedential standpoint, you heard from Ms. Allen and Mr. Holmes' cases that he covered this morning that experts have been conducting content analysis in these cases for years, both before *Goldman* and certainly after when the Supreme Court expressly said that qualitative and quantitative expert testimony is permissible and acceptable on the class certification issue.

The reality is plaintiffs and securities plaintiffs don't much like the tools that *Goldman* has given to defendants in defending against these or rebutting the presumption; and so they've taken a tactic of trying to undercut the expert analysis that allows defendants to make these arguments.

And that's not just conjecture. The same institutional investor plaintiff, the same plaintiff securities firm tried to exclude content analyses in that *Rocket Companies* case that Mr. Holmes discussed; and the Court rejected it late last year. We provided that to the Court in a notice of supplemental authority. The Court held that content analyses is not junk science and is generally reliable. It rejected all of these peer-review testability error rates as inapposite to what the content analysis was actually talking about.

So there's a long lineage of courts relying on and in that case explicitly denying a *Daubert* motion based upon this content analysis. And they haven't provided you one case

on a microlevel excluding financial analyst report content analysis or even on a macro level excluding expert testimony on analyst commentary period and discerning patterns from it.

On the relevance, you know, that sort of flows from the courts routinely relying on this and finding it dispositive or highly probative of the questions they're tasked.  You have a track record of courts relying on this type of evidence and deciding class certification based upon it.  And on that point, I think the punch line of their argument is not that analyst reports are nonprobative.  I mean, Mr. Coffman relies on them, too.  It's that you can't have an expert synthesize them and put them in a digestible manner for the Court.  I think the Court has plenty of time on its hands, I'm sure, but not enough to review the hundreds of analyst reports, code the 9700 answers.  That's what expert testimony is made for, to make the evidence digestible for a trier of fact.

And then finally, on the province of the Court, the question that Ms. Allen is opining on is price impact which is a question of fact.  And Mr. Holmes said, you know, the Supreme Court talked about the preponderance of the evidence, it's an evidentiary question.  And so what she is opining on is evidence, what is evidence probative of that question.  You will see in Mr. Coffman's direct testimony he said there's clear -- or I think compelling evidence of price impact.

They're both opining on the factual question that

the Court is being tasked with deciding, and that's not an improper legal question.  The Supreme Court in *Goldman* specifically held that the, quote, generic nature of a statement is powerful evidence negating price impact and then in the Second Circuit held that mismatch again is evidence of this question.

So that's all Ms. Allen was testifying to, and it's what all these experts have done in all these cases.

Happy to answer any questions the Court has.

THE COURT:  Thank you.

MR. LUCISANO:  Thank you.

THE COURT:  All right.

MR. FATALE:  Your Honor, can we just respond to that?

THE COURT:  Go ahead.

MR. FATALE:  I know we promised that we wouldn't, but very briefly.

Joe, go ahead.

MR. COTILLETTA:  Thank you, Your Honor.  Just real quick.

You know, Mr. Holmes said at the top of his opening statement this morning that *Goldman* asked us to look at all the evidence on price impact and I believe Mr. Holmes said that Ms. Allen had reviewed all the market commentary and that's just not true.  Ms. Allen missed an entire body of market commentary.

And we've talked a lot about the second *Goldman* decision from the Second Circuit in 2023.  Footnote 14 of that decision talks about how courts began to follow the Supreme Court decision in 2021 and pointed to a District Court of Nevada case where that court -- and this is the Second Circuit interpreting this -- saying that the evidence that was considered there was the media, the market participants, and the defendants themselves.  So when you look at trying to prove a negative and trying to prove the nonexistence of something, you have to look at all of it; and if you miss a part of it, even if -- preponderance of the -- the preponderance standard, it's 51 percent of what?  They haven't established what the full body of information is.  They haven't looked at those news articles.

Now, I think at her deposition -- and now we saw today for the first time, she's now claiming that she did review them and through Mr. Coffman's report which doesn't have the actual turnover of the news articles, that she somehow reviewed the news articles.  I think what went through her mind during the deposition was do I have a disclosure violation or do I have an incomplete methodology and I have to pick my poison and so I'll say I reviewed them when I didn't.  And it's clear from the evidence that, you know, she set out these reports, spent a lot of time on them, and did not consider any news articles.

So I think the news articles piece, what we talked about in the *Daubert* motion -- we emphasize it a little bit differently today because I think it's more than just a disclosure violation.  It's an important part of the methodology because under *Daubert* incomplete methodology is an excludable methodology.  You have to be able to rule something out.  It's different than the affirmative.

And that brings us to my second point.  I -- you know, the back-end questions.  I think -- we're not -- our position in the *Daubert* motion is very clear.  We're not saying content analysis in and of itself is inappropriate.  What we're saying is this content analysis is inappropriate because what she's done is she's looked at four essential questions and what she's asking the Court to do is essentially bless those four questions to say that those four questions and only those four questions will substantiate or prove a lack of price impact and we know that not to be true.  I mean she has admitted that -- aside from not -- admitting that she doesn't understand some of the own questions that she was asked to code, she knows that it's possible for an analyst to make a connection but not write something in their report.  She understands that the reports can contradict her own interpretation.  She understands that price target or valuations can -- an analyst doesn't have to change a price target or valuation for there to be a movement. She understands the market moves independent of analysts.

So I think -- and Mr. Coffman, by the way, talks about this in his direct in Paragraphs 177 and 178.  So it can't be that simply these four questions and these four questions alone, under economic principles, affirmatively disprove something.  And you can bet if that's what -- you know, if the Court were to agree with that, they're going to waive that around the country and say, "These are the four questions."  Because this is a hot topic right now with *Goldman*.  They're going to say, "These are the four questions.  You don't need to ask any other questions.  It's these four questions.  You don't need to look at anything else other than analyst reports."

And if you get a bunch of nos -- even though Mr. Coffman has explained in depth both in his direct testimony and in his reports, that analysts aren't going to sit there and draw a connection for a misleading statement.  That's not their job.  They're not the arbiters of the truth.  They're looking at information and looking at what's value additive to the market.  They're not investigating like a plaintiff would or, you know, in bringing a lawsuit.  So it's not -- you know, the questions themselves are not the only questions that an economist would look at.

THE COURT:  Let me ask you.  Assume I agree with you a thousand percent and I totally strike her entire report.  Aren't I left with me performing the same exercise one way or

the other?

MR. COTILLETTA:  In some instances, but a lot of their arguments on the preponderance standard rests on Ms. Allen's report because what they say is -- I mean, they do attack -- and they have today -- the corrective disclosure -- the misstatements to the corrective disclosure.

And we see *Cabot Oil* do that and *Apache* do that. They first look at the comparison between the corrective disclosure and the misstatement itself and then they --

THE COURT:  Isn't that what the Court has told us to do?

MR. COTILLETTA:  Correct.  But I think the second step is when they look to the market commentary, they want to be able to say we looked at 400-plus analyst reports and it was all no, no, nos.  But when you actually -- and that was the purpose of the cross today, was if you look at the actual questions themselves, of course you're going to get a "no." You're not going to get a "yes" on that question.

They say -- and we mention this in our reply -- they have no issue with our content analysis; they don't have any problem with the results.  Of course we do.  It failed from the beginning.  It was doomed when counsel wrote those questions.  You know, it was doomed from the beginning.  And those questions cannot disprove anything.  That's the problem.

Now, does it change in valuation or target if you

do get a "yes" and you're trying to find a price impact like affirmatively, like Mr. Coffman might do in loss causation or something like that, yeah, you can say, wow, that's really good but the "no" doesn't mean that it didn't happen still.  You know, that's -- it doesn't work both ways, unfortunately, for defendants.

So it's trying to prove the absence of something. You can't do that if you're missing an entire body that the literature says to look at and then you have four questions where they're structured and designed so they do say "no" every time and then when you dig into the questions, they don't even meet the standard of *Apache* and *Cabot Oil*.  These are two Southern District cases that are both post-*Goldman* that both use the same analysis that plaintiffs are pushing forward of this related to a relevance standard.

And they're still trying to push the Second Circuit case law, and *Cabot* -- the Fifth Circuit in *Cabot* denied the 23(f) appeal on that same argument.

So she uses the wrong standard.  It's just *Daubert* 101.  She thinks "reference" means it has to be the same word or something similar, that "related to" is not proper; but courts in this district in the last year and a half -- both times she was an expert in both of those cases -- have said otherwise.

And those are, by the way, decisions that she

doesn't even consider in her analysis, being that she worked on them and knowing what the standard is.  So it's a -- you know, on its surface, when you read it, it's kind of like, okay, he's just being nitpicky; but there really is depth to that, there really is an importance to this.  And it's more than just here right now in this case.  It's them taking this report and going around the country and saying these are the four questions you need to ask and it's the only ones you need to ask.  And it's just not the literature.  The science does not support it.

We talked about the front-end.  I mean, there's -- we beat that one like a dead horse.  It's -- she didn't get -- her report didn't get struck in *Allstate* because -- and our firm was in that case.  The Fifth Circuit is unique and allows *Daubert* challenges and motions in full hearings.  That opportunity didn't exist there.  So she was at the mercy of the Court at that point, and the Court basically said she got it wrong.

You know, the Court also in *Cabot Oil* made some references in I think one of the footnotes -- I don't have it committed to memory -- about all the things she allegedly did wrong with her event study or something in that case as well, you know; and it's a product -- a product of what happens to her with certain specific content analysis, it's a product of what plaintiff counsel decides to do.  So if they move to -- you know, if they present the issue to the Court, the Court

will consider it, right?

The Court, of course, can *sua sponte* make any consideration it wants; but it's more likely to happen if it's considered affirmatively through the adversary.  So I don't think like pointing to these other cases and saying it's never happened before, it's because it hasn't been presented in that way and it's kind of -- you know, this is -- like they've admitted, like they haven't denied any of the novelty of her -- they didn't deny novelty in their opposition in *Daubert*.  They clearly had a chance to go after Mr. Coffman today.  They let all of those opinions go on his direct testimony in the record, right.

So they're completely avoiding it, and then what they're doing is they're twisting the argument and saying it's -- they're just saying you can't look at analyst reports.  That's not what we're saying.  We're saying these four questions -- and there might be more of them because there's the front-end, too, where they're problematic.  But these structured questions and these questions alone just are not supported by literature as conclusively excluding the presence of a price impact.

And, you know, I think we put up --

THE COURT:  Are there any questions out there that are pertinent to this topic that are supported by the literature?

MR. COTILLETTA:  Well, I do think -- I do think --

THE COURT:  Can I go to a Harvard Business School journal and find --

MR. COTILLETTA:  Well, as Your Honor probably saw from the *Daubert* motion, I reviewed every article she cited and the articles that her articles had cited and I've gone all the way back to the beginning of the content analysis and I can tell you that -- yeah, for example, the adjustment of a change in valuation of -- on price target if affirmatively seen because of something, yes, that is evidence that -- it would be evidence in their economics as something that is driving --

THE COURT:  No, but I meant the questions she used. Because what she's trying to do is match up the disclosure with the statement, with the alleged misrepresentation.

MR. COTILLETTA:  Yeah, I -- so if you're asking -- Your Honor, if you're asking me what we think the appropriate way to look at it is is to look at it in a way that you don't have these formalistic questions, right?  And it's based on what we've seen in *Cabot Oil* and we've seen in *Apache* which is is it related to or relevant.

THE COURT:  Is it related to?

MR. COTILLETTA:  Related to or relevant to, so matching the -- right?

THE COURT:  Well, that goes back to my question is whether I look at her analysis or not, don't I still have that job to do?

MR. COTILLETTA:  That's a fair point, yeah.

THE COURT:  Okay.

MR. COTILLETTA:  Unfortunately, yes, Your Honor.  Yes, Your Honor.

But I think -- I just think it's more of a -- it's so much -- you know, they're understating it; but it's so much bigger than even just this case.  It's very clear what they're trying to do.  Some of these folks were in *Apache,* some of them were in *Cabot Oil*, not all three case.  You know the old saying "Third time is a charm"?  I think they're really trying to do it again, and it's -- for us, it's we have to put a stop to it.

THE COURT:  I'm not out to set precedent.  I'm just out to get this right.

MR. COTILLETTA:  Yeah.  And, Your Honor, we wouldn't make a big deal of it if we didn't think that, you know, there's something here that's just so far afield that we just -- from the economic standpoint from the literature just doesn't make sense.  We spent a lot of time going through those articles and submitting it to the Court.  We do believe we're onto something here, Your Honor; and we respectfully request that you strike her report in its entirety.

Thank you.

THE COURT:  All right.  Thank you.

All right, Counsel.  I will take this under

advisement; and I'll get this out to you as soon as I read the 6,000 pages the plaintiffs sent me.

Anyway, thank y'all.  Have a safe trip back to New York.

(The proceedings were adjourned.)

*  *  *  *

REPORTER'S CERTIFICATE

I, Lanie M. Smith, CSR, RMR, CRR, Official Court Reporter, United States District Court, Southern District of Texas, do hereby certify that the foregoing is a true and correct transcript, to the best of my ability and understanding, from the record of the proceedings in the above-entitled and numbered matter.

_____/s/ Lanie M. Smith_____
Official Court Reporter

## $

**$10** [1] - 188:11
**$11** [2] - 195:5, 196:5
**$20** [1] - 188:13
**$3.19** [1] - 76:6
**$39** [2] - 195:6, 196:15
**$50** [1] - 91:6

## '

**'18** [3] - 79:11, 88:19, 145:18
**'19** [5] - 79:11, 79:17, 80:14, 116:19, 144:22
**'21** [1] - 270:10
**'Dominator'** [1] - 53:17
**'No** [1] - 263:1
**'What** [1] - 59:24

## /

**/s** [1] - 303:6

## 0

**0** [1] - 110:18

## 1

**1** [26] - 15:19, 22:4, 31:17, 40:25, 44:15, 45:1, 69:25, 90:20, 93:17, 95:21, 113:16, 140:2, 160:18, 178:10, 180:12, 204:1, 204:22, 206:6, 211:5, 211:10, 264:24, 270:13, 280:2, 280:11, 281:11
**1,034** [1] - 204:7
**1,930** [1] - 204:7
**1-mile** [2] - 14:24, 18:8
**1.16** [1] - 76:4
**10** [23] - 29:10, 59:17, 60:12, 61:21, 72:9, 83:3, 83:8, 103:7, 111:2, 115:25, 116:6, 149:5, 169:24, 170:8, 172:18, 172:19, 226:8, 255:12, 255:25, 260:20, 265:6, 265:7, 281:18
**10(b** [1] - 9:16
**10,000** [1] - 176:5
**10-K** [1] - 264:10
**10-well** [1] - 17:16
**100** [2] - 167:19, 169:23
**10005** [1] - 1:19
**101** [1] - 297:20
**104.15** [1] - 113:20
**107.8** [1] - 113:24
**10b-5** [1] - 32:25
**11** [13] - 3:5, 61:13, 217:3, 223:14, 223:16, 230:5, 233:5, 239:8, 249:11, 265:7, 265:8, 282:2
**11-C** [2] - 233:7, 233:25
**111.17** [1] - 114:4
**112** [1] - 3:8
**12** [15] - 21:6, 48:8, 58:17, 59:17, 72:9,

83:3, 83:8, 95:20, 95:21, 143:9, 143:19, 223:14, 223:16, 260:19, 265:7
**12-A** [2] - 240:18
**12-B** [1] - 238:4
**12-C** [1] - 233:16
**1254** [2] - 152:25, 153:2
**127** [1] - 3:11
**13** [13] - 37:17, 49:22, 49:23, 62:24, 223:18, 264:6, 265:8, 265:9, 265:24, 266:3, 266:4, 287:20
**13-C** [1] - 233:23
**13-well** [2] - 46:6, 48:1
**138** [1] - 235:3
**14** [5] - 120:23, 219:21, 223:23, 235:3, 293:2
**14-C** [1] - 233:23
**140** [1] - 1:18
**145** [1] - 112:19
**147** [1] - 112:19
**15** [11] - 51:5, 59:6, 59:10, 65:8, 75:21, 107:24, 108:4, 148:4, 226:8, 226:14, 226:18
**15th** [1] - 273:21
**16** [5] - 24:12, 75:13, 76:7, 88:12, 230:5
**1640** [1] - 1:22
**169** [1] - 239:7
**17** [9] - 88:5, 90:23, 93:11, 98:22, 153:12, 204:1, 209:17, 210:6, 217:24
**171:9** [1] - 239:8
**1769325** [1] - 255:25
**177** [1] - 295:2
**178** [1] - 295:2
**18** [6] - 25:19, 42:18, 93:11, 133:9, 138:8, 204:1
**18th** [1] - 277:3
**198** [1] - 3:11
**1H19** [2] - 116:15, 263:5
**1st** [8] - 16:16, 16:17, 50:2, 89:1, 94:9, 98:6, 114:15, 150:18

## 2

**2** [17] - 22:5, 46:9, 47:15, 53:24, 56:4, 56:8, 59:16, 60:15, 72:8, 90:19, 98:17, 128:20, 160:18, 205:22, 206:6, 273:15, 280:12
**2-mile** [2] - 46:5, 46:6
**2-well** [3] - 52:10, 52:11, 59:16
**2.5** [1] - 46:9
**20** [18] - 47:17, 48:24, 50:21, 91:1, 91:24, 93:11, 94:10, 95:6, 111:3, 113:16, 170:9, 172:10, 208:18, 214:6, 214:9, 226:15, 226:18, 260:21
**20-plus** [3] - 50:10, 50:20, 53:18
**20-well** [1] - 56:16
**200** [1] - 175:9
**2001** [2] - 2:6, 2:11
**2013** [1] - 178:25
**2017** [22] - 21:14, 25:14, 25:18, 45:1,

45:14, 45:15, 47:17, 91:2, 91:8, 92:25, 93:7, 95:14, 97:15, 132:9, 137:15, 137:17, 206:19, 206:22, 272:2, 275:2, 277:5
**2018** [69] - 15:14, 16:4, 19:4, 21:14, 25:14, 25:18, 25:22, 25:23, 25:25, 26:10, 26:18, 26:19, 48:24, 50:2, 50:10, 51:5, 53:1, 53:2, 56:4, 56:5, 57:17, 58:4, 59:6, 59:10, 60:13, 61:13, 69:8, 69:10, 76:6, 88:9, 88:16, 89:2, 90:23, 91:7, 92:9, 92:11, 92:17, 93:7, 93:11, 94:10, 95:6, 96:1, 97:10, 98:22, 132:9, 137:15, 137:17, 137:24, 138:2, 138:5, 254:6, 259:18, 260:8, 264:13, 266:11, 270:23, 271:24, 272:2, 272:25, 274:5, 274:24, 275:2, 275:10, 277:2, 277:5, 285:25
**2019** [86] - 14:20, 14:21, 15:4, 15:15, 16:9, 16:16, 16:17, 17:8, 19:5, 19:6, 22:18, 23:12, 24:9, 25:17, 25:19, 25:24, 26:20, 50:10, 61:2, 62:21, 62:25, 63:6, 63:11, 63:20, 64:14, 65:20, 65:23, 66:8, 67:9, 71:17, 72:4, 73:7, 73:19, 74:2, 75:19, 75:23, 76:3, 81:13, 84:4, 88:4, 89:1, 92:5, 93:17, 94:10, 98:6, 116:11, 118:2, 129:4, 132:12, 132:13, 132:16, 137:1, 137:24, 138:10, 141:3, 141:6, 142:7, 142:24, 144:24, 145:3, 145:4, 145:17, 145:18, 146:3, 146:22, 153:21, 153:23, 156:13, 173:17, 175:2, 177:18, 179:11, 209:1, 247:14, 259:18, 260:2, 267:16, 270:13, 272:3, 273:13, 275:21, 285:17
**2020** [12] - 25:1, 61:2, 81:20, 84:4, 91:2, 91:8, 92:25, 116:20, 206:19, 206:23, 220:17, 267:16
**2021** [2] - 256:1, 293:4
**2023** [3] - 199:8, 200:4, 293:2
**2024** [2] - 249:9, 255:24
**2025** [1] - 1:9
**207:13** [1] - 219:22
**208:12** [1] - 219:22
**20th** [2] - 90:22, 92:17
**21** [3] - 98:22, 208:17, 217:23
**21-cv-2473** [1] - 4:11
**21st** [2] - 270:23, 277:2
**22** [2] - 264:8, 264:9
**23** [12] - 14:24, 50:19, 58:13, 59:19, 72:10, 86:1, 129:1, 129:7, 129:9, 173:12, 278:18, 278:19
**23(f** [3] - 263:24, 264:5, 297:18
**23-well** [2] - 54:8, 77:13
**24** [1] - 29:13
**24-hour** [1] - 48:10
**240A** [1] - 50:24
**242** [1] - 256:4
**244** [1] - 185:11
**249** [1] - 3:12
**253** [1] - 3:14
**26** [1] - 247:16

**280** [1] - 3:15
**288** [1] - 3:15
**28th** [1] - 272:25
**29** [1] - 195:6
**292** [1] - 3:16
**2H18** [2] - 116:15, 263:5
**2nd** [3] - 96:1, 97:10, 274:24
**2Q** [2] - 141:2, 262:19
**2Q17** [2] - 48:8, 48:18
**2Q18** [2] - 53:25, 54:9

## 3

**3** [6] - 48:22, 48:24, 53:4, 60:15, 160:19, 161:3
**3-well** [2] - 52:10, 59:16
**30** [6] - 1:9, 62:25, 69:8, 127:17, 214:6, 214:7
**30-day** [1] - 48:10
**300** [1] - 258:17
**31** [3] - 14:20, 64:23, 242:10
**316** [1] - 73:7
**31st** [11] - 94:9, 98:6, 150:16, 150:18, 170:23, 179:11, 253:19, 254:6, 260:8, 264:13, 266:11
**32** [1] - 3:8
**322** [1] - 73:7
**33** [16] - 21:23, 22:12, 98:17, 98:18, 152:23, 155:8, 204:22, 217:1, 223:10, 226:7, 230:3, 230:5, 233:4, 238:3, 240:17, 242:9
**34** [3] - 116:1, 209:17, 235:2
**34th** [1] - 1:19
**35** [2] - 204:1, 242:10
**3601** [1] - 2:3
**37** [3] - 209:24, 210:6, 244:13
**38** [6] - 152:24, 153:24, 155:7, 180:15, 250:13, 250:18
**3900** [2] - 2:7, 2:11
**3Q2018** [1] - 61:15
**3rd** [3] - 45:1, 45:14, 209:1

## 4

**4** [12] - 3:2, 31:17, 49:25, 90:21, 114:14, 114:23, 160:19, 161:3, 211:5, 223:11, 280:17
**4-billion** [1] - 173:21
**4-well** [3] - 47:25, 54:4, 72:8
**40** [4] - 108:21, 217:24, 217:25, 239:7
**400-plus** [1] - 296:14
**405** [1] - 69:4
**41** [1] - 244:13
**45** [1] - 161:3
**46** [1] - 162:20
**463** [1] - 69:5
**47** [2] - 211:4, 244:5
**47-B** [1] - 244:6
**480** [2] - 30:4, 184:23
**4:21-CV-02473** [1] - 1:4

**4:30** [1] - 248:25
**4th** [1] - 275:21

## 5

**5** [16] - 51:2, 58:4, 59:11, 88:9, 110:18, 114:14, 196:4, 204:22, 205:22, 207:1, 223:17, 233:5, 235:3, 240:17, 275:10, 285:12
**5,000** [1] - 103:6
**5-well** [1] - 56:16
**50** [4] - 77:15, 110:18, 183:8, 195:7
**51** [2] - 257:22, 293:12
**515** [1] - 2:16
**54** [16] - 128:2, 132:5, 132:6, 132:24, 133:3, 133:5, 146:20, 154:15, 156:1, 156:14, 156:19, 162:17, 162:19, 216:10, 226:5, 289:2
**56.02** [1] - 76:3
**5th** [4] - 57:17, 150:19, 271:24, 285:25

## 6

**6** [13] - 25:19, 52:24, 53:1, 54:9, 59:17, 79:9, 95:22, 108:4, 205:21, 211:5, 223:23, 226:8, 226:10
**6,000** [1] - 302:2
**6-well** [1] - 72:8
**60** [2] - 200:12
**61** [2] - 201:13, 201:14
**680** [1] - 208:23
**6th** [1] - 53:1

## 7

**7** [7] - 17:3, 53:23, 54:10, 58:14, 61:19, 171:7, 230:5
**7-well** [1] - 47:25
**70** [1] - 183:7
**71** [1] - 242:17
**717** [1] - 65:25
**72** [6] - 37:16, 42:13, 87:20, 131:12, 133:5, 242:17
**75201** [2] - 2:7, 2:12
**76** [1] - 256:4
**77002** [2] - 1:23, 2:17
**77002-4995** [1] - 2:4
**78** [1] - 219:22
**79** [2] - 199:22, 207:19

## 8

**8** [19] - 3:5, 17:3, 17:16, 31:17, 49:23, 51:24, 55:18, 56:4, 58:16, 59:17, 61:20, 72:8, 83:3, 83:8, 98:19, 143:9, 143:19, 223:11, 244:6
**8,000** [2] - 151:7, 176:5
**8-well** [4] - 46:4, 46:8, 47:25, 48:1
**80** [1] - 208:3
**800** [1] - 140:10

**8004** [1] - 2:17
**81** [1] - 208:10
**84** [2] - 206:6, 208:18
**86** [1] - 256:4
**868** [2] - 68:2, 69:2
**87-page** [1] - 158:23

## 9

**9** [10] - 57:16, 90:20, 199:25, 217:2, 223:11, 233:4, 238:3, 240:17, 255:25
**90** [2] - 29:11, 178:24
**909** [1] - 1:22
**910** [1] - 2:3
**92** [1] - 200:13
**92(a)** [1] - 200:15
**93(a** [1] - 201:14
**93(c** [2] - 203:8
**9700** [4] - 158:24, 159:1, 289:3, 291:15
**98** [1] - 167:19

## A

**A** [60] - 2:10, 21:22, 21:23, 22:13, 23:5, 24:5, 24:11, 24:22, 42:14, 56:8, 57:19, 58:7, 97:13, 132:7, 136:14, 137:5, 138:22, 139:21, 141:1, 141:2, 142:6, 142:19, 142:24, 143:10, 146:21, 149:14, 152:23, 154:1, 154:11, 155:3, 156:14, 157:18, 157:21, 158:6, 158:11, 159:9, 159:12, 159:16, 160:1, 162:3, 162:16, 164:4, 185:5, 185:20, 186:14, 205:24, 216:9, 216:13, 216:16, 216:19, 216:21, 217:6, 218:5, 220:3, 222:12, 222:22, 233:14, 251:6, 280:7, 284:18
**a** [916] - 4:7, 5:16, 5:17, 6:7, 8:16, 8:24, 9:7, 9:8, 9:10, 9:13, 10:1, 10:3, 10:5, 10:9, 10:21, 11:8, 11:20, 11:25, 12:5, 13:3, 13:5, 13:7, 13:9, 13:13, 13:14, 13:16, 13:22, 14:2, 14:5, 14:12, 14:13, 14:23, 14:24, 14:25, 15:1, 15:7, 16:5, 16:16, 16:17, 16:18, 16:21, 16:22, 18:11, 18:23, 19:11, 19:14, 19:20, 20:5, 20:7, 20:11, 20:17, 20:21, 21:4, 21:18, 21:20, 22:7, 22:8, 22:10, 22:12, 22:19, 22:24, 23:24, 25:14, 25:15, 27:2, 27:3, 27:6, 27:8, 27:9, 27:10, 27:12, 27:21, 27:25, 28:1, 28:5, 28:8, 28:17, 28:22, 29:4, 29:5, 29:6, 29:8, 29:10, 29:12, 29:19, 29:20, 30:6, 30:19, 30:21, 31:2, 31:14, 32:14, 32:19, 32:21, 32:24, 33:8, 33:12, 33:20, 33:23, 34:10, 34:21, 35:10, 35:17, 36:10, 36:24, 37:6, 37:14, 37:19, 38:6, 38:7, 38:8, 38:9, 38:13, 38:25, 39:6, 40:4, 40:5, 40:15, 41:7, 41:15, 41:19, 41:20, 42:3, 43:9, 43:15, 43:19, 43:20, 43:21, 44:23, 45:2, 45:11, 46:1, 47:11, 47:12, 47:17, 49:19, 50:2, 50:7, 51:10, 51:15, 52:2, 52:10, 53:1, 53:17, 55:5, 56:23, 56:25, 57:13, 57:14,

57:17, 58:16, 58:22, 59:15, 59:16, 60:7, 60:14, 61:1, 63:12, 66:1, 66:10, 67:9, 67:10, 67:14, 67:16, 68:5, 68:11, 68:19, 68:22, 68:23, 69:12, 69:17, 70:3, 71:14, 71:23, 71:25, 72:15, 72:20, 72:21, 73:5, 73:7, 73:14, 74:2, 74:7, 74:17, 74:24, 75:1, 75:8, 76:7, 76:15, 76:18, 77:4, 77:10, 78:6, 78:17, 79:1, 79:2, 79:6, 80:1, 80:7, 80:9, 80:10, 80:22, 80:23, 81:13, 81:19, 81:24, 82:3, 82:6, 82:11, 82:17, 83:11, 83:14, 83:15, 84:12, 84:13, 85:6, 85:11, 85:15, 87:8, 87:11, 87:19, 88:10, 88:11, 88:16, 88:20, 88:25, 89:5, 90:19, 90:20, 90:24, 91:1, 91:23, 92:1, 92:20, 93:1, 93:5, 93:22, 93:23, 95:21, 96:1, 96:2, 96:4, 96:6, 96:10, 96:13, 97:16, 97:22, 98:1, 98:7, 98:17, 99:11, 99:23, 100:5, 100:8, 100:11, 100:18, 100:21, 101:1, 101:2, 101:9, 101:15, 101:21, 102:11, 102:14, 102:17, 102:24, 103:3, 103:7, 103:8, 103:12, 103:20, 103:25, 104:4, 104:9, 104:19, 104:22, 105:15, 105:20, 106:5, 106:21, 107:7, 107:12, 107:16, 107:20, 108:17, 108:21, 109:4, 109:20, 109:21, 110:4, 110:18, 110:22, 110:24, 111:17, 112:2, 112:8, 112:20, 113:9, 113:12, 113:15, 113:16, 114:11, 114:21, 115:19, 115:22, 116:11, 117:3, 118:1, 119:8, 119:10, 119:11, 119:19, 119:23, 120:12, 120:18, 121:4, 121:7, 121:13, 121:21, 123:1, 123:16, 123:18, 124:3, 124:7, 124:8, 124:12, 124:14, 124:15, 124:16, 125:8, 125:11, 126:1, 127:14, 127:15, 128:2, 128:7, 128:12, 128:16, 128:17, 128:18, 128:23, 128:24, 128:25, 129:3, 129:6, 129:14, 129:16, 130:12, 130:23, 131:2, 132:4, 133:1, 133:3, 133:10, 133:11, 133:13, 134:6, 134:8, 134:23, 135:2, 135:6, 135:7, 135:10, 135:16, 136:3, 136:8, 136:10, 137:4, 138:25, 139:4, 140:3, 140:4, 140:8, 140:10, 140:22, 141:19, 141:24, 142:25, 143:1, 143:2, 143:3, 143:16, 143:18, 144:20, 145:7, 145:14, 146:10, 147:4, 147:5, 147:6, 147:8, 147:13, 147:19, 148:11, 148:16, 148:19, 148:22, 148:23, 149:13, 149:19, 149:20, 149:25, 150:3, 150:16, 151:1, 151:7, 151:11, 151:12, 151:13, 151:19, 151:21, 152:16, 154:12, 154:15, 154:18, 154:23, 155:3, 155:22, 156:3, 156:6, 156:7, 156:8, 156:9, 156:10, 156:12, 156:23, 157:22, 158:18, 159:4, 159:5, 159:7, 159:11, 159:19, 159:20, 159:25, 160:3, 160:22, 161:2, 161:13, 161:14, 161:16, 161:17, 161:23, 163:9, 163:25, 164:7, 164:25, 165:2, 165:6, 165:18, 165:24, 166:17, 166:19, 167:1, 167:20, 167:21, 168:3, 168:21, 169:6, 169:7, 169:10, 169:11, 169:12, 169:15,

169:17, 170:7, 171:3, 171:19, 172:4, 172:10, 172:15, 172:23, 173:6, 173:13, 174:9, 174:12, 174:14, 174:21, 176:1, 176:4, 176:6, 176:12, 176:13, 176:17, 176:18, 176:20, 176:21, 176:25, 177:6, 177:7, 177:17, 177:19, 178:3, 178:6, 178:24, 179:5, 179:9, 179:15, 179:16, 179:23, 180:2, 181:9, 181:13, 181:14, 181:19, 181:21, 181:22, 181:23, 182:2, 182:3, 182:4, 182:15, 183:1, 183:4, 183:5, 183:6, 183:10, 183:11, 183:12, 183:13, 183:17, 184:5, 184:10, 184:11, 184:16, 184:17, 184:20, 184:25, 185:24, 186:3, 186:7, 186:14, 186:21, 187:10, 187:11, 187:16, 187:19, 188:20, 189:2, 189:5, 189:10, 189:13, 189:15, 189:23, 189:25, 190:9, 190:12, 190:15, 190:19, 190:21, 190:22, 190:24, 191:7, 191:10, 191:24, 192:1, 192:12, 192:14, 192:16, 192:23, 192:25, 193:17, 193:25, 194:18, 195:21, 196:3, 196:8, 196:25, 197:13, 197:18, 197:22, 198:4, 198:11, 198:14, 198:15, 199:3, 199:7, 199:12, 199:18, 202:19, 204:5, 205:3, 205:10, 205:18, 206:2, 206:8, 208:20, 209:4, 209:18, 209:21, 210:18, 212:15, 214:10, 214:12, 214:16, 215:20, 216:2, 216:7, 216:16, 217:8, 217:11, 217:15, 217:18, 217:19, 218:10, 219:3, 219:5, 219:8, 219:10, 219:13, 219:24, 219:25, 220:1, 220:15, 221:11, 221:14, 221:15, 222:18, 223:5, 223:9, 224:2, 224:3, 225:19, 226:5, 226:10, 227:2, 227:15, 228:16, 228:23, 229:2, 229:7, 229:20, 231:5, 231:6, 231:7, 231:15, 233:1, 234:4, 234:24, 235:20, 235:21, 235:22, 235:23, 236:4, 236:7, 236:12, 236:15, 236:19, 238:8, 238:14, 238:16, 238:19, 239:4, 239:11, 239:17, 239:22, 239:24, 240:2, 240:4, 240:5, 240:6, 240:8, 240:11, 240:14, 240:24, 241:7, 241:14, 242:17, 245:10, 245:16, 245:20, 246:4, 246:7, 246:12, 246:15, 247:1, 247:14, 247:19, 248:4, 248:9, 248:13, 249:1, 249:13, 249:20, 249:23, 250:5, 250:9, 250:16, 250:24, 251:15, 252:3, 252:10, 252:25, 253:1, 253:6, 253:21, 254:4, 254:10, 254:17, 254:21, 255:4, 255:10, 255:11, 255:14, 255:25, 256:3, 256:6, 256:7, 256:14, 256:20, 256:23, 256:24, 257:4, 257:16, 257:17, 257:20, 258:1, 258:2, 259:3, 259:17, 259:18, 260:1, 260:3, 260:7, 260:14, 260:19, 261:24, 262:22, 263:12, 263:17, 263:24, 264:1, 264:2, 264:3, 264:10, 264:17, 264:25, 265:12, 265:14, 265:22, 265:23, 266:22, 266:25, 267:25, 268:10, 270:4, 271:13, 271:24, 272:1, 272:11, 273:23, 274:3, 274:6, 274:24, 275:1, 275:2, 275:12, 276:4, 276:20, 277:6, 277:8,

278:3, 278:5, 278:8, 278:12, 278:14, 279:9, 279:11, 279:16, 279:18, 279:20, 280:1, 280:10, 280:11, 280:15, 280:20, 280:22, 280:23, 281:1, 281:3, 281:7, 281:11, 281:21, 281:24, 282:2, 282:8, 282:11, 282:20, 282:22, 282:23, 283:8, 283:11, 283:15, 283:17, 283:18, 284:4, 284:11, 284:15, 284:22, 286:9, 286:11, 286:12, 286:13, 288:7, 288:19, 289:5, 289:18, 289:20, 289:21, 289:23, 290:1, 290:11, 290:18, 290:23, 290:24, 291:1, 291:2, 291:7, 291:12, 291:16, 291:19, 292:3, 293:1, 293:4, 293:9, 293:10, 293:20, 293:24, 294:2, 294:3, 294:16, 294:20, 294:24, 295:8, 295:13, 295:16, 295:19, 295:20, 295:23, 296:2, 296:17, 296:18, 297:1, 297:15, 297:22, 298:2, 298:11, 298:22, 298:23, 299:10, 299:21, 300:1, 300:7, 300:16, 301:1, 301:6, 301:10, 301:12, 301:16, 301:19, 302:3, 303:3

**A-1** [2] - 88:6, 97:14
**A-19** [2] - 163:12, 163:24
**A-8** [2] - 98:20, 99:18
**abilities** [1] - 118:18
**ability** [11] - 73:16, 92:3, 97:17, 118:10, 118:16, 118:17, 137:11, 257:4, 273:4, 273:18, 303:3
**able** [16] - 24:25, 25:5, 91:22, 118:20, 151:20, 179:7, 183:22, 188:5, 218:16, 264:16, 269:4, 269:5, 269:6, 289:8, 294:6, 296:14
**abnormal** [1] - 124:7
**about** [367] - 5:12, 7:15, 9:2, 9:11, 9:14, 10:5, 10:9, 10:21, 10:23, 13:9, 14:7, 14:19, 15:1, 15:9, 15:10, 15:13, 16:3, 16:23, 16:25, 17:5, 17:9, 18:16, 19:12, 19:18, 19:25, 20:8, 20:14, 21:1, 21:3, 22:11, 22:17, 23:24, 24:5, 24:21, 25:16, 25:17, 25:22, 25:25, 26:9, 26:10, 26:14, 27:7, 30:23, 31:1, 33:13, 33:18, 33:19, 33:21, 34:21, 35:15, 36:7, 36:11, 37:22, 38:6, 41:10, 41:12, 41:21, 42:22, 42:25, 43:1, 43:17, 44:6, 44:20, 45:19, 46:20, 47:3, 47:11, 47:18, 47:24, 48:8, 48:9, 48:12, 48:14, 48:18, 48:19, 49:15, 50:14, 51:20, 52:5, 52:7, 52:13, 53:10, 54:4, 57:22, 59:12, 59:19, 60:9, 60:22, 61:19, 61:24, 62:3, 62:14, 63:15, 64:19, 68:7, 68:10, 68:11, 68:17, 68:20, 69:15, 69:19, 70:2, 70:4, 71:11, 72:2, 72:3, 74:8, 74:11, 75:18, 77:13, 78:15, 79:17, 79:23, 80:9, 80:17, 81:8, 83:2, 84:9, 84:11, 86:7, 87:3, 87:7, 87:12, 87:19, 87:22, 88:11, 88:12, 88:16, 89:2, 91:16, 91:21, 91:25, 92:2, 92:4, 93:20, 94:7, 94:21, 95:14, 97:6, 98:15, 98:22, 100:4, 100:15, 101:9, 101:11, 104:17, 107:3, 114:8, 114:11, 118:9, 118:23, 119:10, 120:12, 120:22, 121:25, 122:15,

122:17, 123:18, 125:2, 126:6, 126:8, 126:11, 126:12, 126:13, 127:14, 128:7, 128:12, 128:13, 128:24, 129:15, 129:18, 129:22, 129:25, 130:7, 130:12, 130:15, 130:20, 130:23, 131:16, 131:25, 132:8, 132:11, 133:10, 133:15, 133:20, 133:25, 134:2, 134:21, 135:1, 135:13, 135:16, 136:14, 136:25, 137:9, 137:14, 137:21, 138:15, 138:25, 139:15, 139:16, 139:17, 140:1, 140:12, 140:14, 140:16, 140:18, 140:19, 140:20, 141:2, 141:3, 141:12, 141:22, 142:15, 142:24, 144:5, 145:25, 146:15, 146:21, 146:24, 147:1, 148:13, 149:4, 149:15, 149:18, 153:20, 154:1, 154:6, 155:11, 156:10, 158:1, 158:5, 161:19, 162:13, 162:14, 162:17, 162:20, 163:23, 164:8, 164:12, 165:2, 165:19, 166:19, 168:4, 169:13, 170:14, 171:18, 174:13, 175:3, 175:5, 177:19, 178:10, 182:3, 182:4, 182:8, 182:12, 182:18, 183:3, 183:25, 184:5, 185:5, 185:14, 186:3, 186:11, 186:23, 194:2, 199:7, 200:4, 202:15, 208:13, 209:1, 212:4, 214:5, 214:7, 214:10, 219:2, 220:8, 220:18, 224:13, 228:23, 229:7, 233:12, 235:6, 235:24, 236:1, 236:5, 236:6, 238:20, 246:9, 246:22, 247:8, 249:11, 249:19, 249:23, 250:24, 253:7, 254:9, 255:7, 256:19, 257:6, 258:9, 259:25, 260:5, 260:20, 260:23, 261:23, 262:13, 262:21, 262:24, 263:2, 263:3, 265:12, 266:6, 266:14, 267:16, 267:23, 268:1, 268:3, 268:5, 269:10, 269:15, 270:2, 271:13, 273:2, 273:8, 273:15, 273:17, 273:20, 274:12, 275:6, 276:1, 276:12, 276:16, 277:18, 278:12, 278:13, 279:2, 279:12, 281:11, 283:6, 283:8, 283:25, 284:24, 285:5, 285:24, 286:11, 286:16, 286:18, 287:3, 287:20, 287:21, 287:22, 290:22, 291:20, 293:1, 293:3, 294:2, 295:2, 298:10, 298:20

**above** [11] - 30:1, 79:8, 82:12, 185:6, 186:5, 195:5, 195:6, 195:24, 230:9, 253:17, 303:4
**above-entitled** [1] - 303:4
**above-mentioned** [4] - 30:1, 185:6, 186:5, 253:17
**absence** [4] - 33:11, 154:17, 154:20, 297:7
**absent** [3] - 33:3, 41:22, 41:23
**absolutely** [2] - 158:23, 226:24
**academic** [2] - 207:11, 245:2
**academics** [1] - 147:14
**accelerated** [2] - 71:3, 258:19
**accept** [1] - 284:1
**acceptable** [1] - 290:6
**accepted** [2] - 22:2, 147:16
**access** [5] - 44:22, 44:23, 45:23, 45:25, 284:19

**accident** [1] - 183:19
**accomplish** [1] - 258:1
**accomplished** [1] - 188:22
**accomplishments** [1] - 98:23
**according** [13] - 103:24, 110:7, 131:15, 174:24, 177:23, 178:3, 193:2, 195:13, 195:16, 197:11, 266:16, 280:19, 283:3
**accordingly** [1] - 169:25
**account** [14] - 101:5, 102:10, 102:12, 105:3, 106:15, 106:18, 181:1, 181:3, 282:3, 284:9, 287:10, 287:16, 287:18, 288:5
**accounted** [4] - 106:20, 174:25, 275:23, 279:6
**accounting** [6] - 68:24, 140:11, 174:22, 176:3, 183:9, 240:2
**accounts** [1] - 177:1
**accurate** [1] - 99:19
**achieved** [1] - 63:6
**acknowledge** [1] - 90:16
**acknowledged** [1] - 17:14
**acoustics** [1] - 7:20
**acquire** [1] - 255:15
**acquired** [3] - 54:16, 164:22, 255:10
**acquisition** [5] - 54:21, 55:1, 92:18, 92:20, 197:19
**acquisitions** [1] - 99:2
**across** [14] - 51:24, 52:17, 55:6, 55:14, 55:16, 63:18, 64:10, 71:4, 76:23, 77:9, 81:19, 86:25, 258:20, 258:22
**Across** [1] - 46:3
**action** [6] - 28:14, 32:24, 133:11, 190:24, 255:3, 255:19
**actions** [5] - 127:19, 147:17, 147:24, 148:7
**activities** [4] - 46:25, 98:25, 99:7, 270:25
**activity** [2] - 18:21, 61:6
**actual** [20] - 12:11, 20:2, 21:18, 25:23, 65:8, 71:8, 102:13, 131:7, 137:14, 143:17, 144:21, 161:19, 163:17, 187:5, 191:4, 234:10, 234:18, 235:9, 293:18, 296:16
**actually** [48] - 4:5, 15:13, 15:25, 19:9, 24:9, 29:5, 39:6, 41:23, 59:21, 101:23, 111:11, 131:21, 132:9, 135:14, 137:15, 137:17, 138:2, 143:14, 143:20, 150:24, 153:15, 162:1, 162:17, 163:19, 184:6, 187:23, 189:20, 191:7, 191:18, 192:10, 193:11, 193:25, 194:3, 194:22, 195:14, 211:6, 215:1, 223:8, 227:7, 244:1, 247:22, 257:14, 278:19, 282:15, 283:20, 286:25, 290:22, 296:15
**Actuals** [1] - 247:15
**add** [5] - 69:2, 89:15, 129:9, 172:3, 246:18
**added** [4] - 18:6, 99:2, 155:21, 266:25
**adding** [4] - 47:3, 48:8, 94:13, 262:12
**addition** [3] - 75:7, 78:4, 159:11

**additional** [3] - 22:6, 246:18, 275:10
**additionally** [1] - 91:3
**additive** [1] - 295:18
**address** [8] - 9:19, 11:10, 14:7, 215:12, 215:17, 215:18, 255:23, 257:5
**addressed** [2] - 281:22, 281:23
**addresses** [1] - 215:19
**adequacy** [1] - 254:8
**adequate** [1] - 257:3
**adjourned** [1] - 302:5
**adjust** [6] - 77:19, 167:9, 167:10, 167:13, 285:16, 285:18
**adjusted** [10] - 10:19, 65:25, 70:15, 140:19, 178:7, 179:2, 259:7, 265:12, 265:14, 267:8
**adjusting** [4] - 81:6, 178:9, 178:18, 286:6
**adjustment** [2] - 10:21, 300:7
**adjustments** [5] - 6:6, 179:21, 180:24, 180:25, 285:23
**administered** [2] - 32:4, 127:4
**admit** [1] - 268:21
**admitted** [4] - 156:25, 170:14, 294:17, 299:8
**admitting** [1] - 294:18
**admonishing** [1] - 41:7
**adopting** [1] - 104:24
**advance** [1] - 64:9
**advancing** [4] - 54:3, 79:18, 103:25, 107:7
**adversary** [1] - 299:4
**adverse** [2] - 110:21, 111:7
**advisement** [1] - 302:1
**Advisers** [1] - 127:21
**advocated** [1] - 277:14
**affect** [9] - 86:22, 86:23, 118:1, 123:19, 142:11, 145:2, 197:14, 202:16, 257:14
**affected** [2] - 133:14, 133:23
**affecting** [4] - 68:24, 119:7, 152:1, 254:14
**affects** [1] - 266:15
**affirmative** [1] - 294:7
**affirmatively** [5] - 107:11, 295:4, 297:2, 299:4, 300:8
**affirmed** [1] - 102:8
**afield** [1] - 301:17
**after** [56] - 8:25, 17:10, 17:11, 34:4, 34:5, 34:12, 50:3, 54:21, 99:25, 101:22, 107:9, 115:20, 126:24, 130:1, 130:8, 130:18, 143:4, 151:14, 153:25, 154:25, 156:5, 159:8, 159:9, 160:1, 162:2, 162:3, 167:5, 170:23, 178:24, 179:2, 179:24, 182:5, 186:23, 190:5, 192:21, 193:7, 193:13, 193:21, 200:22, 203:12, 209:5, 210:19, 225:15, 250:1, 250:11, 250:18, 251:1, 251:6, 253:14, 253:18, 263:21, 290:4, 299:10
**afternoon** [3] - 112:13, 125:2, 198:22
**again** [88] - 9:22, 11:13, 21:7, 25:14,

26:20, 26:21, 32:13, 33:1, 35:10, 36:7, 38:10, 38:17, 39:3, 39:9, 40:2, 40:15, 42:21, 43:9, 48:18, 52:16, 52:19, 54:25, 55:20, 57:24, 59:12, 60:6, 61:8, 68:21, 72:25, 75:1, 75:22, 78:3, 80:17, 81:23, 83:20, 84:2, 89:20, 91:14, 91:19, 92:13, 92:15, 93:11, 94:17, 95:15, 96:10, 96:20, 98:13, 98:22, 99:19, 100:10, 102:14, 103:16, 107:6, 107:18, 109:18, 118:3, 125:23, 137:15, 138:2, 143:24, 146:20, 181:15, 216:5, 216:18, 227:2, 227:22, 229:20, 233:22, 235:8, 243:25, 245:13, 254:22, 268:9, 268:12, 269:9, 271:9, 272:7, 274:4, 274:22, 275:3, 275:6, 275:18, 277:19, 278:25, 292:5, 301:11

**against** [3] - 69:9, 272:10, 290:10

**aggressive** [16] - 17:13, 17:15, 18:4, 24:2, 58:15, 59:2, 72:10, 78:5, 82:10, 83:11, 108:11, 130:21, 143:3, 174:5, 174:6

**aggressively** [1] - 253:11

**ago** [19] - 12:3, 23:22, 23:23, 25:11, 29:19, 87:19, 148:1, 199:7, 199:12, 214:9, 225:11, 239:3, 248:4, 248:5, 248:8, 248:13, 249:11

**agree** [29] - 32:18, 33:25, 34:7, 36:19, 37:19, 37:25, 40:3, 40:8, 40:24, 41:11, 42:5, 44:1, 65:2, 97:11, 180:3, 187:22, 198:24, 209:14, 219:13, 221:17, 221:19, 222:1, 222:2, 265:6, 267:17, 276:23, 295:6, 295:23

**agreed** [3] - 221:11, 221:13, 256:13

**agreeing** [1] - 42:4

**agreement** [2] - 6:16, 37:24

**ahead** [10] - 8:4, 17:21, 64:1, 82:4, 83:19, 87:16, 127:5, 141:21, 292:14, 292:17

**aided** [2] - 14:12, 14:13

**airplane** [1] - 183:6

**AI** [1] - 4:13

**AL** [3] - 1:9, 2:2, 2:10

**albatross** [3] - 156:20, 261:5, 261:7

**ALFRED** [1] - 1:16

**aligns** [1] - 31:6

**All** [1] - 1:6

**all** [198] - 4:4, 5:12, 7:11, 7:16, 12:4, 13:14, 13:20, 14:10, 15:9, 15:11, 16:21, 17:10, 18:22, 19:3, 20:24, 20:25, 21:5, 21:20, 22:1, 23:13, 23:14, 24:13, 24:16, 27:16, 31:9, 32:1, 33:19, 33:21, 33:24, 35:15, 37:9, 39:3, 40:2, 40:7, 40:25, 42:6, 43:15, 43:24, 46:12, 48:3, 50:25, 51:23, 53:15, 57:11, 57:13, 58:14, 59:23, 61:24, 62:6, 62:14, 65:12, 68:14, 70:4, 76:20, 79:8, 80:7, 80:15, 85:2, 85:3, 87:15, 88:18, 89:22, 92:13, 92:14, 93:21, 97:24, 108:25, 109:23, 110:3, 110:12, 111:4, 116:6, 116:23, 122:3, 123:16, 125:4, 125:8, 126:19, 126:24,

127:2, 127:25, 128:23, 130:11, 132:20, 132:23, 136:14, 137:12, 138:8, 138:17, 139:3, 139:8, 140:12, 141:22, 142:4, 142:14, 143:23, 146:24, 149:9, 150:9, 151:9, 152:17, 153:2, 153:21, 153:24, 154:16, 155:25, 158:19, 158:24, 159:11, 162:15, 162:17, 163:6, 165:10, 166:6, 168:5, 168:9, 170:2, 171:24, 173:14, 173:23, 175:9, 175:11, 175:15, 177:16, 179:20, 180:5, 180:9, 183:20, 186:3, 186:13, 186:20, 190:20, 191:3, 191:13, 195:17, 198:13, 198:19, 200:17, 200:18, 205:4, 211:13, 213:25, 221:5, 223:25, 224:5, 230:20, 234:25, 239:15, 240:24, 245:24, 246:2, 246:21, 252:1, 252:19, 254:16, 254:20, 254:22, 258:5, 260:7, 260:11, 260:21, 261:20, 262:4, 267:6, 268:14, 268:15, 270:5, 271:11, 278:7, 278:13, 279:11, 279:22, 281:14, 283:11, 283:13, 286:15, 286:18, 288:18, 289:9, 289:24, 290:20, 292:7, 292:8, 292:12, 292:22, 292:23, 293:10, 296:15, 298:20, 299:11, 300:5, 301:9, 301:24, 301:25

**allegation** [16] - 10:14, 36:19, 38:3, 91:15, 91:17, 94:24, 115:16, 121:10, 177:8, 177:9, 269:7, 272:21, 273:7, 273:25, 274:4, 274:6

**allegations** [13] - 89:25, 92:16, 94:5, 94:7, 109:2, 114:8, 118:4, 130:23, 140:24, 253:7, 271:20, 276:1, 276:13

**allege** [13] - 14:4, 29:21, 109:1, 124:23, 135:6, 168:13, 183:8, 184:8, 184:13, 195:15, 220:23, 263:12, 274:9

**alleged** [193] - 9:17, 12:11, 13:25, 14:17, 15:11, 16:17, 16:25, 17:10, 17:11, 18:12, 20:5, 20:7, 21:10, 22:1, 22:3, 22:5, 22:8, 23:9, 23:10, 23:16, 24:10, 24:22, 25:2, 26:19, 26:24, 30:20, 33:5, 34:4, 34:6, 35:20, 35:23, 36:2, 36:16, 37:7, 37:13, 37:17, 37:25, 38:19, 39:7, 41:13, 41:21, 41:24, 42:7, 44:10, 69:12, 69:14, 73:10, 75:5, 87:3, 87:20, 90:3, 91:24, 106:24, 113:3, 118:2, 120:19, 120:21, 121:21, 124:20, 128:3, 129:15, 130:2, 130:15, 131:8, 131:10, 131:15, 131:16, 131:20, 132:5, 133:2, 133:3, 133:9, 133:14, 135:2, 135:4, 135:7, 135:9, 136:21, 137:5, 137:25, 138:8, 139:5, 139:6, 139:20, 141:7, 141:11, 141:25, 142:9, 142:18, 142:25, 143:4, 143:10, 143:17, 143:18, 144:2, 144:12, 144:16, 145:5, 145:12, 145:22, 146:18, 146:20, 147:2, 148:23, 148:24, 149:16, 149:17, 149:20, 150:4, 150:6, 150:11, 150:15, 150:17, 150:21, 151:5, 152:4, 153:1, 153:3, 153:25, 154:8, 155:1, 155:10, 156:1, 156:15, 157:16, 157:23, 158:20, 159:9, 159:12, 159:18, 160:1, 160:6, 160:9, 160:10, 162:3, 162:19, 170:22, 180:19, 184:2, 184:6,

186:11, 186:24, 187:2, 198:1, 205:5, 205:11, 216:8, 216:10, 216:21, 217:11, 218:4, 218:5, 220:21, 222:13, 226:4, 227:11, 228:19, 230:10, 233:8, 234:6, 234:15, 235:7, 235:15, 235:17, 238:9, 239:16, 239:18, 240:7, 248:8, 249:22, 250:12, 250:13, 250:19, 251:1, 251:6, 257:13, 260:3, 281:14, 281:17, 282:6, 282:14, 282:15, 284:2, 284:8, 284:17, 286:25, 300:13

**allegedly** [9] - 108:8, 108:9, 111:10, 175:1, 175:4, 184:8, 287:24, 288:3, 298:20

**alleges** [1] - 103:16

**alleging** [31] - 10:13, 30:13, 66:3, 66:12, 66:21, 66:25, 67:3, 69:21, 70:9, 70:22, 70:23, 73:15, 74:16, 89:4, 94:18, 96:20, 96:24, 98:14, 104:25, 107:16, 118:14, 120:1, 120:9, 120:17, 120:18, 130:25, 136:2, 217:15, 217:19, 218:10, 221:2

**ALLEN** [1] - 127:9

**Allen** [50] - 3:10, 6:10, 8:20, 9:16, 9:19, 9:23, 10:8, 11:17, 23:14, 26:6, 26:22, 34:17, 36:22, 122:24, 125:8, 126:25, 127:15, 127:25, 169:3, 183:23, 198:22, 198:24, 200:1, 200:17, 210:13, 212:25, 213:5, 215:23, 216:5, 218:25, 219:22, 221:21, 222:22, 224:20, 228:11, 228:17, 228:22, 229:2, 241:25, 245:13, 249:5, 258:6, 276:3, 288:25, 289:8, 290:2, 291:18, 292:7, 292:23, 292:24

**Allen's** [12] - 8:9, 8:17, 9:4, 9:6, 21:21, 122:21, 125:24, 126:2, 126:9, 126:12, 217:2, 296:3

**allow** [2] - 85:18, 221:21

**allows** [4] - 32:24, 35:18, 290:12, 298:14

**Allstate** [5] - 220:15, 221:2, 221:14, 222:6, 298:12

**Allstate's** [2] - 220:20, 220:24

**almost** [8] - 15:7, 45:2, 80:10, 96:1, 127:17, 153:21, 245:10, 249:11

**alone** [5] - 124:17, 261:3, 288:6, 295:4, 299:19

**along** [7] - 52:9, 110:12, 145:9, 214:24, 218:21, 221:6, 237:25

**Alpha** [14] - 200:23, 201:3, 201:6, 201:18, 201:21, 202:19, 202:22, 202:24, 203:12, 203:14, 249:23, 250:1, 250:4, 250:9

**already** [17] - 8:7, 8:19, 71:16, 71:25, 110:21, 142:8, 142:13, 156:7, 177:15, 197:14, 259:21, 269:1, 286:1, 286:2, 286:6

**also** [67] - 4:15, 5:4, 6:10, 9:11, 9:14, 15:2, 17:19, 17:24, 18:3, 18:21, 20:2, 21:21, 21:24, 22:7, 28:22, 37:3, 40:17, 61:10, 72:25, 73:4, 79:23, 81:19, 81:20, 85:7, 101:6, 104:14, 113:21, 113:24,

114:4, 128:4, 130:11, 142:22, 146:11, 148:6, 148:11, 156:18, 159:7, 159:9, 159:13, 169:10, 171:13, 181:24, 205:14, 208:9, 208:10, 208:12, 208:14, 209:15, 211:3, 227:5, 227:10, 227:18, 233:16, 236:1, 245:7, 254:10, 256:2, 260:6, 263:15, 270:14, 274:2, 277:24, 283:4, 284:9, 286:11, 298:18

**alter** [1] - 256:9

**alternative** [1] - 288:19

**although** [3] - 161:23, 219:24, 224:16

**Although** [1] - 277:15

**altogether** [1] - 278:20

**always** [4] - 17:20, 19:25, 73:24, 261:8

**am** [4] - 127:7, 165:13, 218:14, 218:21

**America** [1] - 51:10

**America/Merrill** [1] - 53:2

**among** [4] - 106:18, 151:6, 262:17, 272:14

**amongst** [3] - 53:14, 272:6, 272:13

**amount** [15] - 89:5, 104:6, 171:8, 171:10, 172:6, 177:9, 185:23, 185:24, 187:14, 189:1, 189:24, 191:14, 195:16, 195:24, 261:22

**amounts** [2] - 104:10, 107:9

**AMY** [1] - 2:1

**Amy** [1] - 4:23

**an** [176] - 5:24, 6:16, 11:1, 11:9, 11:15, 13:24, 15:23, 17:12, 17:15, 18:3, 20:2, 20:8, 20:20, 21:18, 22:3, 22:6, 22:11, 24:2, 25:20, 26:9, 28:15, 28:24, 35:24, 36:3, 36:4, 36:22, 37:8, 39:10, 39:17, 41:3, 41:21, 42:7, 42:21, 46:15, 47:14, 53:23, 55:22, 59:1, 60:2, 60:7, 60:13, 60:15, 69:11, 72:23, 74:13, 74:25, 80:22, 88:21, 89:3, 89:21, 90:6, 90:8, 91:5, 91:19, 94:4, 94:8, 96:11, 97:15, 98:5, 99:20, 100:15, 100:25, 101:6, 105:9, 105:13, 106:9, 106:13, 107:21, 109:18, 109:23, 116:4, 118:2, 119:15, 119:21, 120:2, 122:7, 123:18, 123:25, 127:16, 127:20, 130:21, 133:15, 133:25, 134:15, 134:16, 135:2, 140:10, 140:12, 142:10, 147:24, 148:23, 148:24, 149:5, 151:3, 152:18, 153:22, 155:15, 156:10, 156:21, 157:23, 158:23, 159:16, 161:6, 171:21, 172:19, 174:20, 174:21, 175:14, 176:3, 178:20, 179:18, 183:6, 183:9, 185:14, 185:23, 187:24, 187:25, 191:15, 196:1, 197:17, 198:2, 198:5, 202:3, 202:6, 202:9, 202:15, 204:11, 204:19, 209:10, 214:18, 216:2, 219:15, 221:2, 221:9, 222:17, 225:18, 225:20, 227:15, 228:24, 228:25, 239:18, 240:2, 240:11, 241:25, 245:19, 247:17, 250:8, 250:9, 250:25, 257:3, 257:13, 260:2, 260:24, 261:7, 265:15, 266:14, 266:22, 271:11, 281:3, 282:23, 283:25, 291:11, 291:21, 292:1, 292:24, 293:21, 294:4, 294:5,

294:20, 294:23, 295:21, 297:8, 297:23, 298:5

**analyses** [7] - 159:13, 159:15, 159:16, 289:14, 289:19, 290:16, 290:19

**analysis** [137] - 9:4, 9:7, 9:12, 13:23, 22:3, 27:13, 34:23, 45:6, 45:11, 92:15, 105:20, 106:5, 106:21, 107:4, 107:5, 109:24, 110:23, 112:2, 112:3, 116:3, 121:16, 121:17, 121:19, 126:2, 126:10, 133:1, 133:3, 134:18, 136:9, 136:10, 136:18, 147:1, 147:3, 147:4, 147:5, 147:13, 147:16, 147:23, 148:6, 148:16, 148:18, 148:19, 148:23, 149:7, 149:12, 149:13, 150:6, 150:11, 151:1, 151:4, 151:9, 152:3, 152:17, 153:24, 154:24, 158:20, 158:22, 159:4, 159:7, 159:11, 159:25, 160:12, 162:2, 204:8, 205:4, 210:14, 211:24, 211:25, 212:2, 212:3, 212:14, 212:15, 212:23, 215:6, 215:10, 215:14, 216:7, 217:9, 217:12, 218:25, 219:5, 219:9, 219:13, 220:2, 220:3, 220:4, 221:7, 222:7, 222:10, 222:11, 224:7, 226:11, 226:19, 226:25, 227:3, 227:6, 227:7, 228:3, 228:9, 228:13, 228:14, 229:3, 229:8, 229:12, 229:20, 233:13, 233:19, 237:3, 247:4, 247:15, 247:17, 247:21, 249:6, 249:8, 251:5, 258:7, 282:9, 283:17, 283:23, 284:9, 288:22, 289:20, 290:3, 290:12, 290:22, 290:25, 291:2, 294:11, 294:12, 296:20, 297:14, 298:1, 298:23, 300:6, 300:24

**analyst** [103] - 9:1, 17:19, 23:15, 25:8, 26:7, 26:8, 26:9, 26:22, 56:8, 68:14, 68:19, 70:8, 95:4, 95:11, 116:4, 117:13, 117:16, 118:25, 119:3, 122:10, 124:18, 147:16, 148:7, 148:21, 150:13, 150:14, 150:19, 150:23, 151:4, 151:10, 152:5, 152:21, 152:24, 152:25, 153:3, 153:25, 154:5, 154:11, 155:6, 155:7, 155:8, 155:18, 158:10, 159:8, 160:1, 160:6, 160:8, 160:13, 160:16, 160:21, 161:16, 161:17, 161:25, 163:3, 163:19, 200:18, 200:21, 203:11, 205:4, 207:6, 208:13, 210:14, 211:25, 212:24, 215:7, 215:8, 215:10, 216:2, 217:10, 222:14, 222:17, 230:11, 238:8, 239:14, 240:11, 240:21, 250:1, 250:8, 250:9, 250:11, 250:13, 250:18, 251:5, 266:14, 267:23, 274:11, 276:13, 284:18, 284:19, 289:1, 289:10, 289:16, 291:1, 291:3, 291:10, 291:14, 294:20, 294:23, 295:12, 296:14, 299:15

**analyst's** [1] - 241:25

**analysts** [46] - 17:7, 17:12, 18:17, 19:5, 55:22, 140:16, 140:17, 150:1, 151:3, 151:11, 154:15, 154:25, 162:10, 178:14, 197:23, 201:17, 201:18, 201:24, 222:20, 229:23, 229:25, 230:8, 230:15, 230:16, 230:17, 230:18, 230:19, 230:20, 230:21, 234:5, 235:14, 242:5, 251:12, 251:13, 262:14, 263:10,

268:4, 268:9, 268:10, 269:9, 269:19, 271:13, 276:1, 276:10, 294:25, 295:15

**analysts'** [6] - 95:1, 115:20, 116:3, 133:1, 153:15, 275:13

**analyze** [19] - 115:19, 122:21, 122:24, 128:2, 132:4, 132:24, 138:9, 150:6, 152:8, 157:17, 202:8, 205:10, 226:2, 226:4, 248:14, 248:16, 248:17, 251:4, 266:9

**analyzed** [13] - 112:20, 123:22, 125:24, 133:5, 136:20, 150:8, 150:14, 150:19, 150:20, 150:22, 150:23, 152:12, 200:7

**analyzing** [14] - 123:24, 146:21, 147:7, 149:13, 149:15, 151:23, 152:10, 152:14, 156:15, 217:10, 236:25, 239:14, 289:14

**And** [8] - 24:15, 34:19, 52:8, 56:17, 56:23, 79:8, 80:10, 269:9

**and** [1554] - 1:5, 4:7, 4:15, 4:16, 4:18, 5:1, 5:3, 5:4, 5:6, 5:9, 5:10, 5:14, 5:15, 6:2, 6:10, 6:16, 6:19, 6:22, 6:23, 7:2, 7:18, 8:1, 8:9, 8:16, 8:17, 9:1, 9:5, 9:7, 9:13, 9:14, 9:15, 9:16, 9:19, 9:21, 10:3, 10:13, 10:18, 10:21, 11:3, 11:4, 11:10, 11:13, 11:17, 12:6, 12:8, 12:13, 12:18, 13:12, 13:16, 13:20, 13:22, 13:23, 14:3, 14:6, 14:7, 14:13, 14:14, 14:19, 14:21, 15:1, 15:2, 15:3, 15:5, 15:9, 15:10, 15:12, 15:13, 15:14, 15:19, 15:21, 15:24, 15:25, 16:6, 16:11, 16:14, 16:19, 16:20, 16:24, 17:5, 17:8, 17:9, 17:11, 17:15, 17:17, 17:19, 17:20, 17:21, 17:22, 18:15, 18:16, 19:1, 19:5, 19:6, 19:7, 19:22, 20:3, 20:9, 20:10, 20:15, 20:17, 20:19, 20:20, 20:22, 21:3, 21:10, 21:13, 21:14, 21:15, 21:18, 21:19, 22:7, 22:13, 22:14, 22:15, 22:21, 22:23, 22:24, 22:25, 23:7, 23:14, 23:15, 23:16, 23:19, 23:24, 24:8, 24:12, 24:17, 25:11, 25:13, 25:20, 25:21, 26:3, 26:9, 26:13, 26:21, 26:23, 27:3, 27:6, 27:14, 27:16, 27:17, 27:19, 28:12, 28:14, 28:22, 28:24, 29:2, 29:7, 29:10, 29:22, 30:1, 30:7, 30:8, 30:9, 30:16, 30:22, 30:24, 30:25, 31:1, 31:2, 31:4, 31:5, 31:8, 31:19, 31:24, 32:15, 32:16, 32:23, 33:5, 33:6, 33:18, 34:3, 34:5, 34:8, 34:10, 34:14, 34:16, 34:17, 34:20, 34:25, 35:3, 35:12, 35:23, 36:16, 36:21, 36:22, 36:23, 37:6, 37:12, 37:25, 38:8, 38:13, 38:20, 39:1, 40:9, 40:12, 40:24, 41:1, 41:11, 42:5, 42:6, 42:11, 42:14, 42:18, 42:25, 43:1, 43:8, 43:11, 43:20, 43:23, 44:3, 44:4, 44:7, 44:12, 44:20, 45:8, 45:11, 46:8, 46:9, 46:14, 46:16, 47:2, 47:3, 47:17, 48:12, 48:13, 48:18, 49:4, 49:11, 49:12, 49:18, 50:14, 50:23, 50:24, 51:5, 51:7, 51:12, 51:24, 51:25, 52:5, 52:8, 52:9, 52:10, 52:11, 52:12,

52:16, 52:21, 53:6, 53:12, 53:15, 54:4, 54:5, 54:10, 54:13, 54:20, 55:10, 55:11, 55:20, 55:22, 55:25, 56:4, 56:7, 56:8, 56:14, 56:17, 56:22, 56:25, 57:1, 57:7, 57:19, 58:7, 58:18, 59:1, 59:2, 59:11, 59:20, 59:21, 59:22, 59:25, 60:7, 60:12, 60:15, 60:17, 60:22, 60:24, 60:25, 61:2, 61:3, 61:6, 61:21, 61:24, 61:25, 62:2, 62:5, 62:7, 62:21, 62:24, 63:16, 63:17, 63:19, 63:21, 64:13, 64:15, 64:18, 64:19, 64:21, 65:5, 65:7, 65:14, 66:10, 66:22, 66:23, 67:3, 67:5, 68:7, 69:2, 69:11, 69:19, 69:20, 70:1, 70:9, 70:15, 70:16, 71:18, 72:1, 72:9, 72:10, 72:25, 73:14, 73:20, 74:7, 74:16, 75:2, 75:3, 76:2, 76:4, 76:11, 76:18, 77:22, 78:3, 78:9, 78:11, 78:13, 79:11, 79:13, 79:17, 79:19, 79:20, 79:25, 80:10, 80:11, 80:12, 80:13, 80:14, 81:9, 81:10, 81:12, 81:19, 82:24, 83:1, 83:7, 83:11, 83:12, 84:12, 85:6, 85:15, 85:18, 85:21, 85:24, 86:5, 86:25, 87:6, 87:11, 87:12, 87:21, 88:12, 88:15, 88:16, 88:21, 90:2, 90:3, 90:19, 91:3, 91:5, 91:16, 92:14, 92:17, 92:20, 93:7, 93:8, 93:14, 93:25, 94:1, 94:3, 94:9, 94:20, 94:24, 94:25, 95:2, 95:8, 95:16, 95:17, 95:18, 95:21, 96:4, 96:6, 96:7, 96:10, 96:12, 96:13, 97:1, 97:11, 97:16, 97:18, 98:5, 98:7, 98:18, 98:24, 99:1, 99:2, 99:8, 99:10, 99:11, 99:12, 99:14, 99:21, 99:22, 99:25, 100:4, 100:14, 101:13, 101:15, 101:17, 101:24, 101:25, 102:3, 102:5, 102:7, 102:8, 102:11, 102:13, 102:17, 102:22, 103:16, 103:18, 104:2, 104:8, 105:1, 105:5, 105:6, 105:8, 105:9, 105:10, 106:3, 106:6, 106:12, 106:17, 106:25, 107:1, 107:8, 108:2, 108:10, 108:12, 109:19, 110:1, 110:7, 110:9, 110:16, 110:17, 110:18, 110:22, 110:24, 111:1, 111:2, 111:15, 111:18, 112:19, 112:23, 113:9, 113:12, 113:20, 113:24, 114:3, 114:7, 114:13, 114:14, 114:15, 115:1, 115:5, 116:3, 116:7, 116:10, 116:14, 116:15, 116:18, 116:19, 116:23, 117:3, 117:4, 117:8, 117:16, 117:17, 117:19, 117:25, 118:5, 118:7, 118:9, 118:23, 119:6, 119:7, 119:13, 119:15, 119:17, 119:20, 119:21, 120:8, 120:22, 120:24, 120:25, 121:2, 121:16, 121:19, 122:2, 122:7, 122:10, 122:15, 122:17, 122:18, 122:20, 122:21, 122:24, 123:1, 123:18, 123:22, 123:24, 124:2, 124:11, 124:18, 124:22, 125:6, 125:9, 125:14, 125:16, 125:24, 126:5, 127:5, 127:14, 127:21, 127:22, 127:23, 128:3, 128:4, 128:5, 128:9, 128:10, 128:11, 128:12, 128:16, 128:23, 129:1, 129:2, 129:5, 129:6, 129:8, 129:14, 129:20, 129:22, 129:24, 130:1, 130:11, 130:17, 130:19, 130:23, 131:3, 131:6, 131:12, 131:25, 132:1,

132:5, 132:9, 132:10, 132:15, 132:20, 133:2, 133:5, 133:8, 133:11, 133:19, 133:25, 134:2, 134:12, 134:17, 134:20, 134:22, 135:10, 135:14, 135:16, 135:20, 135:24, 136:14, 136:18, 136:23, 137:3, 137:8, 137:10, 137:12, 137:15, 137:17, 137:22, 138:1, 138:2, 138:5, 138:16, 138:22, 139:8, 139:14, 139:16, 139:17, 139:19, 139:21, 140:1, 140:3, 140:5, 140:11, 140:13, 140:15, 140:17, 140:19, 140:24, 140:25, 141:1, 141:7, 141:15, 141:17, 141:19, 142:1, 142:7, 142:10, 142:19, 142:24, 143:3, 143:5, 143:8, 143:10, 143:11, 143:19, 143:24, 144:6, 144:13, 144:24, 145:4, 145:7, 145:10, 145:11, 145:12, 145:16, 145:20, 145:21, 145:23, 146:2, 146:6, 146:7, 146:9, 146:10, 146:11, 146:13, 146:15, 146:17, 146:20, 146:21, 147:6, 147:7, 147:9, 147:13, 147:14, 147:20, 147:21, 148:9, 148:11, 148:13, 148:16, 148:19, 148:24, 149:2, 149:3, 149:10, 149:14, 149:18, 150:8, 150:18, 150:19, 150:20, 151:1, 151:5, 151:16, 151:17, 151:20, 151:21, 151:22, 151:23, 151:24, 151:25, 152:6, 152:8, 152:13, 153:1, 153:6, 153:7, 153:8, 153:9, 153:20, 154:1, 154:4, 154:11, 154:15, 154:16, 154:19, 154:24, 155:3, 155:8, 155:14, 155:20, 155:22, 155:23, 156:2, 156:9, 156:11, 156:13, 156:16, 156:19, 156:25, 157:11, 157:15, 157:18, 157:20, 157:24, 157:25, 158:2, 158:3, 158:5, 158:6, 158:10, 158:11, 158:13, 158:16, 158:17, 158:19, 158:21, 158:25, 159:1, 159:2, 159:3, 159:12, 159:15, 159:17, 159:21, 159:22, 159:25, 160:3, 160:5, 160:9, 160:15, 160:18, 160:19, 161:3, 161:6, 161:9, 161:14, 161:22, 162:4, 162:7, 162:16, 162:20, 162:21, 162:25, 163:5, 163:15, 163:16, 163:18, 163:20, 163:23, 164:7, 164:8, 164:11, 164:20, 164:23, 165:12, 165:14, 165:15, 165:17, 166:9, 166:15, 166:19, 166:25, 167:2, 167:7, 167:9, 167:11, 167:13, 167:18, 167:23, 167:24, 169:7, 169:8, 169:10, 169:20, 169:23, 169:24, 169:25, 170:1, 170:8, 170:9, 170:13, 170:18, 170:21, 170:25, 171:2, 171:5, 171:6, 171:7, 171:12, 171:23, 172:2, 172:6, 172:8, 172:15, 172:17, 173:1, 173:9, 174:14, 174:15, 174:20, 175:6, 175:12, 175:15, 175:21, 175:23, 176:1, 176:11, 176:20, 176:25, 177:8, 177:14, 177:23, 178:1, 178:9, 178:12, 178:21, 179:3, 179:4, 179:7, 179:11, 179:12, 179:17, 180:2, 180:6, 180:14, 180:15, 180:20, 180:23, 181:2, 181:5, 181:9, 181:13, 181:14, 182:6, 182:8, 182:17, 182:20, 182:21, 182:23, 183:1, 183:7, 183:12, 183:16, 183:21,

184:5, 184:8, 184:14, 184:15, 184:16, 184:22, 184:24, 184:25, 185:1, 185:3, 185:4, 185:6, 185:14, 185:19, 185:20, 185:21, 186:2, 186:8, 186:10, 187:3, 187:5, 187:8, 187:10, 187:13, 187:17, 187:24, 187:25, 188:3, 188:5, 188:8, 188:11, 188:14, 188:15, 188:17, 188:20, 189:1, 189:7, 189:18, 189:19, 189:25, 190:17, 190:22, 191:3, 191:4, 191:6, 192:1, 192:15, 192:19, 193:16, 193:19, 194:10, 194:24, 195:4, 195:7, 195:11, 195:13, 195:15, 195:23, 196:4, 196:5, 196:18, 197:9, 197:23, 197:25, 198:1, 198:6, 198:9, 198:16, 198:17, 199:2, 199:9, 199:16, 199:24, 200:4, 200:7, 200:14, 200:17, 200:18, 200:21, 200:22, 201:1, 201:16, 201:17, 201:18, 201:24, 202:2, 202:5, 202:11, 202:15, 202:24, 203:2, 203:6, 203:8, 203:10, 203:11, 203:13, 204:2, 204:7, 205:1, 205:3, 205:5, 205:9, 205:14, 206:5, 206:15, 206:16, 206:19, 206:21, 206:22, 206:25, 207:11, 207:12, 207:14, 207:19, 207:20, 208:3, 208:6, 208:7, 208:10, 208:11, 208:17, 209:1, 209:7, 209:10, 209:15, 210:14, 210:16, 210:21, 210:22, 210:24, 211:3, 211:6, 211:13, 211:17, 211:19, 211:20, 211:21, 212:5, 212:23, 213:9, 213:13, 213:14, 213:25, 214:7, 214:10, 214:14, 214:17, 215:4, 215:6, 215:13, 215:15, 216:1, 216:9, 216:13, 216:16, 217:1, 217:2, 217:8, 217:13, 218:9, 218:22, 219:10, 219:13, 220:17, 221:11, 221:14, 222:4, 222:23, 222:25, 223:10, 223:11, 223:12, 223:14, 223:16, 223:18, 223:20, 223:23, 224:12, 224:15, 225:22, 226:14, 227:3, 227:5, 227:6, 227:10, 227:14, 227:18, 227:22, 227:23, 228:1, 229:9, 229:23, 230:5, 230:9, 230:22, 230:24, 231:6, 231:14, 231:23, 232:21, 233:7, 233:12, 233:16, 233:19, 233:22, 233:23, 233:25, 234:8, 234:10, 235:7, 235:8, 235:14, 235:21, 236:25, 237:2, 237:19, 238:3, 238:9, 238:17, 238:21, 238:22, 239:1, 239:11, 239:12, 239:17, 239:18, 239:21, 239:23, 240:4, 240:17, 240:18, 240:20, 240:24, 240:25, 241:10, 241:14, 242:4, 242:16, 242:17, 243:7, 243:15, 244:8, 244:13, 244:19, 245:6, 245:23, 246:22, 246:23, 247:8, 248:10, 249:6, 249:13, 249:17, 249:22, 250:1, 250:4, 250:9, 250:12, 250:24, 251:10, 251:12, 251:13, 251:15, 252:4, 252:8, 252:11, 252:14, 253:2, 253:7, 253:8, 253:9, 253:10, 253:15, 253:16, 253:17, 253:22, 254:12, 254:13, 254:16, 254:19, 255:1, 255:2, 255:7, 255:18, 256:7, 256:13, 256:22, 256:24, 257:3, 257:16, 257:17, 257:23, 257:24, 258:2,

258:5, 258:10, 258:12, 258:14, 258:25, 259:5, 259:8, 259:9, 259:13, 260:4, 260:19, 260:23, 260:25, 261:25, 262:3, 262:4, 262:6, 262:11, 262:14, 262:15, 262:22, 263:1, 263:5, 263:6, 263:11, 263:16, 264:1, 264:8, 264:13, 264:14, 264:21, 264:23, 265:2, 265:7, 265:8, 265:12, 265:17, 265:22, 266:5, 266:9, 266:14, 266:22, 266:25, 267:4, 267:9, 267:13, 267:15, 267:16, 267:20, 267:21, 268:4, 268:7, 268:12, 268:14, 268:15, 268:16, 269:1, 269:11, 269:16, 269:19, 269:21, 269:22, 269:23, 269:24, 270:4, 270:8, 270:15, 270:25, 271:7, 271:10, 271:11, 271:20, 272:2, 272:18, 272:23, 273:5, 273:10, 273:12, 274:25, 275:2, 275:4, 275:7, 275:12, 275:23, 275:24, 275:25, 276:7, 276:9, 276:13, 276:14, 276:21, 277:3, 277:9, 277:10, 277:21, 277:24, 278:5, 278:7, 278:14, 278:18, 278:22, 278:25, 279:7, 279:8, 279:9, 279:15, 279:16, 279:17, 280:13, 280:15, 280:17, 280:18, 280:22, 280:24, 281:8, 281:10, 281:13, 281:18, 281:20, 282:1, 282:3, 282:8, 282:10, 282:13, 282:14, 282:17, 282:19, 282:24, 283:9, 283:14, 283:15, 283:16, 283:25, 284:2, 284:5, 284:12, 284:13, 284:22, 284:23, 285:2, 285:3, 285:10, 285:11, 285:12, 285:13, 285:14, 285:18, 285:19, 285:23, 286:2, 286:5, 286:8, 286:12, 286:15, 286:23, 286:24, 286:25, 287:8, 287:15, 287:18, 287:20, 287:24, 287:25, 288:1, 288:4, 288:6, 288:7, 288:15, 288:17, 288:25, 289:3, 289:4, 289:10, 289:20, 289:22, 289:23, 290:2, 290:4, 290:5, 290:6, 290:8, 290:11, 290:14, 290:17, 290:20, 290:24, 290:25, 291:3, 291:5, 291:8, 291:9, 291:12, 291:17, 291:19, 291:21, 292:1, 292:4, 292:7, 292:22, 292:23, 293:1, 293:4, 293:5, 293:7, 293:9, 293:10, 293:15, 293:17, 293:21, 293:22, 293:24, 294:8, 294:11, 294:13, 294:15, 294:16, 295:1, 295:2, 295:3, 295:5, 295:7, 295:13, 295:15, 295:18, 295:24, 296:5, 296:7, 296:9, 296:14, 296:15, 296:19, 296:23, 297:1, 297:9, 297:10, 297:11, 297:12, 297:16, 297:17, 297:22, 297:25, 298:2, 298:5, 298:6, 298:7, 298:8, 298:13, 298:14, 298:16, 298:22, 299:5, 299:7, 299:13, 299:14, 299:17, 299:19, 299:22, 300:2, 300:4, 300:5, 300:6, 300:17, 300:18, 301:11, 301:15, 301:20, 301:21, 302:1, 303:3, 303:3, 303:4

**and/or** [2] - 120:21, 160:7

**ANDREW** [1] - 1:12

**announce** [2] - 55:22, 145:22

**announced** [8] - 23:21, 65:5, 86:20, 144:19, 144:21, 144:22, 283:5

**announcement** [13] - 68:15, 69:11, 70:3, 70:5, 124:22, 141:5, 141:14, 141:19, 141:24, 142:17, 143:9, 145:18, 283:12

**announcements** [4] - 45:10, 145:10, 145:11, 146:8

**announcing** [4] - 14:20, 14:22, 15:1, 15:2

**annual** [2] - 91:1, 91:24

**another** [31] - 9:4, 17:18, 19:16, 39:15, 39:22, 40:9, 40:13, 48:19, 59:9, 77:24, 82:7, 95:20, 130:13, 143:7, 164:25, 187:20, 189:24, 192:12, 193:1, 194:6, 210:18, 237:12, 238:1, 241:20, 252:1, 256:1, 262:7, 263:19, 283:6, 283:13, 285:6

**answer** [37] - 16:20, 24:16, 24:18, 27:4, 60:1, 60:15, 71:22, 75:10, 78:11, 80:9, 81:12, 83:20, 84:20, 85:1, 85:21, 85:23, 85:24, 86:19, 90:4, 108:9, 152:4, 153:1, 153:2, 181:5, 218:16, 221:21, 225:1, 249:13, 252:23, 256:16, 256:22, 269:15, 274:16, 274:17, 287:11, 289:7, 292:9

**answered** [2] - 83:17, 159:4

**answering** [3] - 147:10, 224:10, 289:2

**answers** [12] - 153:2, 217:6, 223:2, 224:1, 229:21, 229:24, 230:9, 238:7, 240:20, 256:8, 289:3, 291:15

**ANTHONY** [1] - 2:2

**anticipate** [1] - 85:16

**antitrust** [2] - 28:15, 28:16

**any** [124] - 8:14, 8:20, 9:19, 10:13, 23:15, 24:10, 25:8, 26:3, 26:8, 26:23, 31:3, 31:8, 53:18, 60:20, 62:8, 68:25, 72:15, 72:22, 74:14, 74:19, 74:24, 75:8, 78:7, 79:25, 80:1, 80:2, 82:6, 82:9, 83:15, 84:12, 84:13, 86:20, 90:10, 95:5, 105:18, 110:21, 111:19, 113:15, 118:24, 124:19, 126:6, 126:8, 126:12, 140:16, 140:17, 141:11, 142:5, 146:20, 147:11, 150:1, 150:2, 150:3, 152:21, 154:3, 154:8, 154:10, 154:11, 154:14, 156:1, 156:14, 156:19, 158:9, 160:5, 160:7, 161:11, 163:3, 164:3, 171:9, 176:21, 178:16, 181:17, 182:25, 188:21, 203:11, 212:6, 213:9, 215:20, 215:22, 220:21, 222:13, 225:6, 227:19, 238:8, 238:18, 238:19, 240:8, 240:10, 240:21, 241:9, 241:10, 242:4, 243:2, 243:8, 244:19, 245:2, 245:7, 247:15, 252:22, 255:5, 277:17, 278:22, 280:3, 284:14, 284:17, 284:18, 287:2, 288:5, 288:10, 292:9, 293:24, 295:10, 296:21, 299:2, 299:8, 299:23

**anybody** [3] - 44:22, 123:17, 267:5

**anymore** [1] - 232:10

**anyone** [3] - 44:23, 158:25, 203:5

**anything** [55] - 7:19, 13:17, 23:2, 23:7, 31:6, 39:21, 72:21, 74:23, 78:7, 89:11,

89:12, 89:13, 90:12, 91:12, 94:8, 96:15, 96:16, 97:8, 97:9, 99:15, 99:17, 99:18, 126:20, 141:12, 153:19, 155:14, 160:25, 161:7, 162:20, 163:22, 172:19, 175:3, 189:22, 190:11, 194:2, 196:14, 212:9, 212:15, 215:21, 219:14, 220:8, 220:12, 234:15, 234:24, 251:12, 251:19, 255:19, 274:12, 274:13, 275:8, 278:2, 288:11, 295:11, 296:24

**anyway** [3] - 182:18, 197:5, 302:3

**anywhere** [9] - 56:15, 71:15, 72:16, 79:3, 80:1, 80:24, 110:18, 285:6

**Apache** [19] - 199:3, 199:5, 199:19, 200:18, 200:19, 200:24, 201:5, 202:5, 202:18, 203:15, 236:10, 237:11, 249:19, 249:23, 263:22, 296:7, 297:12, 300:18, 301:8

**Apache's** [3] - 201:21, 202:2, 202:5

**apart** [1] - 175:21

**apologize** [1] - 4:4

**appeal** [4] - 237:15, 237:17, 237:19, 297:18

**Appeals** [1] - 22:20

**appeals** [1] - 19:15

**appear** [2] - 203:1, 234:5

**APPEARANCES** [1] - 1:15

**appeared** [3] - 162:7, 234:15, 234:25

**appears** [3] - 30:3, 75:16, 79:23

**Appendix** [5] - 205:19, 206:3, 206:5, 225:18, 225:23

**appendix** [3] - 152:18, 158:23, 225:20

**apples** [1] - 165:15

**applied** [2] - 28:17, 40:16

**applies** [3] - 14:14, 52:20, 255:6

**apply** [5] - 41:7, 173:5, 182:25, 191:7, 289:22

**applying** [4] - 72:4, 88:24, 109:19, 178:9

**appreciate** [5] - 31:13, 31:19, 42:20, 103:15, 224:20

**approach** [7] - 112:7, 126:2, 148:20, 190:12, 243:23, 244:3, 275:19

**appropriate** [9] - 33:6, 104:20, 104:25, 107:9, 125:22, 190:23, 224:19, 264:25, 300:15

**appropriately** [2] - 70:15, 102:10

**approve** [1] - 256:11

**approved** [1] - 256:12

**approximately** [1] - 77:15

**April** [3] - 14:21, 62:25, 256:1

**arbiters** [1] - 295:17

**are** [303] - 9:9, 9:12, 10:4, 10:12, 11:4, 11:5, 12:14, 12:22, 14:22, 15:14, 15:20, 16:23, 17:6, 17:8, 17:11, 17:12, 18:19, 21:7, 21:15, 22:12, 22:14, 23:2, 23:3, 23:9, 24:7, 25:13, 25:18, 25:19, 25:24, 26:1, 26:12, 27:5, 27:7, 28:20, 30:13, 34:1, 34:11, 34:17, 35:18, 37:15, 37:16, 37:24, 39:1, 40:25, 41:6, 41:7, 42:6, 42:11, 42:18, 42:19, 43:6, 51:14, 55:17,

56:18, 57:1, 58:8, 58:9, 59:22, 59:24, 60:2, 60:18, 60:19, 63:14, 63:17, 65:2, 66:3, 66:21, 69:21, 70:9, 70:22, 70:23, 73:15, 74:16, 75:5, 77:18, 81:6, 81:10, 81:15, 82:18, 84:10, 85:9, 85:10, 85:12, 85:19, 88:3, 89:4, 92:3, 92:16, 93:6, 93:23, 94:6, 94:18, 95:4, 96:7, 96:20, 96:23, 98:14, 99:9, 99:19, 100:11, 101:4, 105:2, 105:3, 106:6, 106:23, 107:16, 109:5, 111:5, 112:13, 114:9, 118:4, 119:5, 120:8, 120:17, 121:12, 126:25, 127:6, 128:15, 128:19, 129:8, 129:18, 130:8, 130:14, 130:25, 131:12, 131:18, 132:8, 132:11, 132:14, 133:7, 133:8, 136:2, 136:25, 137:5, 137:6, 137:7, 137:10, 137:13, 137:14, 137:21, 139:15, 139:16, 139:17, 140:13, 141:2, 141:3, 142:17, 142:24, 144:3, 144:15, 144:16, 144:20, 145:1, 146:20, 146:25, 150:2, 151:11, 152:6, 152:10, 152:11, 152:23, 152:24, 153:22, 154:8, 155:7, 155:9, 156:14, 157:7, 158:10, 160:18, 162:6, 162:7, 164:8, 166:8, 166:14, 166:16, 167:20, 171:25, 172:5, 172:14, 172:25, 173:16, 174:16, 174:22, 177:20, 179:12, 179:25, 180:25, 182:2, 182:3, 182:6, 183:15, 184:8, 185:7, 187:1, 187:19, 188:19, 190:8, 190:10, 192:9, 192:10, 192:11, 195:10, 195:11, 196:6, 196:21, 197:23, 198:5, 198:6, 198:22, 199:9, 213:22, 214:18, 214:20, 217:5, 219:15, 219:18, 219:25, 220:6, 220:8, 220:9, 220:10, 221:8, 224:18, 226:3, 226:5, 229:13, 229:15, 232:9, 235:8, 240:7, 247:5, 247:6, 247:17, 251:7, 251:8, 251:12, 251:23, 251:24, 252:9, 254:16, 254:17, 254:18, 254:19, 256:15, 259:15, 259:16, 261:14, 261:25, 263:10, 265:1, 265:8, 265:16, 266:22, 267:19, 268:4, 268:17, 269:21, 270:22, 271:3, 271:19, 272:6, 272:25, 273:1, 275:4, 275:16, 276:15, 277:2, 277:23, 282:13, 285:15, 286:5, 286:6, 286:9, 286:14, 286:17, 286:25, 288:22, 291:10, 295:7, 295:9, 295:21, 297:12, 297:13, 297:14, 297:25, 298:7, 299:19, 299:23, 299:24

**area** [5] - 18:8, 41:4, 59:23, 60:2, 266:22

**areas** [2] - 46:24, 117:5

**aren't** [12] - 106:15, 109:22, 118:14, 120:18, 137:2, 138:12, 225:12, 247:22, 259:19, 266:1, 295:15, 295:25

**argue** [6] - 20:10, 109:13, 109:15, 250:5, 250:7, 278:5

**argued** [2] - 20:10, 21:8

**arguing** [4] - 165:14, 237:17, 263:25, 265:21

**argument** [19] - 6:4, 20:8, 29:12, 165:16, 197:4, 252:11, 252:13, 254:4,

254:11, 254:12, 262:25, 265:9, 266:2, 280:10, 280:11, 291:9, 297:18, 299:14

**Argument** [1] - 3:13

**arguments** [12] - 6:19, 9:19, 10:8, 10:15, 18:11, 177:16, 258:5, 279:14, 280:10, 288:23, 290:13, 296:3

**arose** [1] - 232:22

**around** [9] - 18:22, 18:24, 171:25, 197:13, 220:17, 286:3, 289:24, 295:7, 298:7

**art** [1] - 168:3

**article** [12] - 200:23, 201:3, 201:6, 201:18, 202:19, 203:2, 203:12, 203:14, 208:23, 212:16, 284:14, 300:4

**articles** [34] - 122:24, 198:24, 203:22, 204:5, 204:7, 210:1, 212:2, 212:5, 212:6, 212:7, 212:18, 212:19, 212:22, 213:1, 213:3, 213:6, 213:8, 213:15, 213:18, 214:1, 214:25, 227:5, 228:12, 284:16, 284:20, 293:14, 293:18, 293:19, 293:25, 294:1, 300:5, 301:20

**articulate** [1] - 156:3

**artificial** [9] - 36:9, 36:19, 106:10, 123:15, 125:7, 125:11, 125:12, 125:17, 125:20

**As** [1] - 144:5

**as** [241] - 6:20, 7:23, 8:6, 8:17, 8:18, 8:23, 9:1, 9:21, 10:3, 10:25, 11:12, 13:4, 13:18, 14:11, 15:25, 16:10, 16:14, 16:15, 17:16, 18:6, 19:8, 22:16, 24:1, 24:12, 24:21, 24:25, 25:12, 25:20, 25:22, 26:18, 27:25, 28:5, 30:21, 32:8, 34:10, 34:23, 36:7, 36:11, 38:17, 39:10, 40:9, 42:18, 42:21, 43:8, 44:20, 50:23, 54:24, 56:24, 57:8, 59:1, 59:21, 63:22, 64:15, 65:1, 65:14, 66:19, 66:25, 68:23, 75:11, 77:6, 79:17, 80:13, 80:14, 81:16, 81:19, 81:20, 81:21, 82:8, 82:9, 83:2, 87:19, 87:24, 88:19, 89:21, 91:7, 93:5, 94:8, 96:5, 96:13, 96:22, 98:2, 98:5, 99:10, 100:3, 101:4, 101:8, 103:7, 103:25, 104:19, 106:11, 106:16, 107:20, 107:21, 108:13, 109:5, 109:18, 109:23, 110:5, 110:12, 113:7, 113:18, 114:10, 115:17, 115:19, 118:21, 119:8, 119:12, 119:19, 119:22, 120:9, 120:18, 120:23, 120:25, 122:7, 123:1, 124:3, 125:23, 127:10, 129:1, 131:10, 134:18, 137:7, 140:4, 140:15, 142:10, 144:23, 145:15, 147:1, 148:12, 156:6, 156:24, 157:6, 159:20, 160:3, 161:17, 161:23, 164:3, 164:22, 170:15, 173:6, 175:14, 176:19, 177:22, 179:2, 179:6, 181:20, 186:3, 186:24, 188:3, 189:18, 190:24, 191:21, 198:13, 198:16, 200:12, 201:16, 202:11, 202:15, 204:6, 207:6, 210:21, 212:3, 212:12, 212:21, 213:12, 215:15, 216:22, 217:8, 217:11, 218:9, 219:23, 224:2, 227:12, 227:15, 228:19, 229:20, 234:14, 234:24, 235:21, 236:9,

237:11, 237:20, 240:8, 245:13, 245:19, 246:23, 251:5, 255:10, 256:19, 257:12, 257:22, 258:1, 259:3, 262:17, 267:11, 270:5, 271:13, 271:19, 272:1, 274:9, 275:21, 276:7, 276:9, 276:10, 276:11, 276:19, 277:13, 278:25, 280:24, 283:22, 284:3, 286:24, 287:5, 287:6, 288:22, 290:21, 298:21, 299:20, 300:3, 300:10, 302:1

**aside** [3] - 196:17, 211:9, 294:18

**ask** [26] - 4:8, 7:19, 10:1, 59:23, 72:20, 72:24, 87:22, 98:4, 98:11, 126:5, 126:8, 126:11, 126:12, 143:25, 152:8, 184:3, 255:7, 265:4, 268:9, 268:10, 268:11, 269:9, 295:10, 295:23, 298:8

**asked** [43] - 24:8, 98:8, 100:11, 105:21, 118:9, 121:24, 123:6, 128:4, 132:2, 132:6, 138:9, 143:6, 157:17, 165:13, 181:2, 204:15, 205:1, 205:3, 205:9, 205:14, 209:7, 210:21, 212:4, 216:7, 219:8, 222:12, 224:7, 224:16, 226:2, 226:4, 229:20, 241:13, 246:10, 247:8, 248:4, 248:5, 248:9, 248:13, 273:15, 282:10, 292:21, 294:19

**asking** [24] - 35:17, 39:5, 49:18, 70:23, 71:11, 71:13, 89:21, 90:8, 91:16, 93:20, 94:7, 94:8, 97:4, 97:6, 104:1, 145:24, 174:23, 229:6, 266:14, 289:19, 294:14, 300:14, 300:15

**aspects** [4] - 11:14, 101:14, 108:7, 118:6

**asserted** [1] - 202:2

**assertion** [1] - 273:7

**assess** [1] - 111:19

**assessing** [2] - 14:9, 41:8

**assessment** [3] - 111:20, 162:21, 283:25

**assessments** [1] - 77:16

**asset** [11] - 64:10, 92:23, 99:2, 116:19, 140:22, 269:22, 272:6, 272:10, 272:14, 272:16

**assets** [15] - 43:18, 43:20, 43:23, 53:14, 54:14, 67:11, 68:3, 76:24, 77:9, 93:1, 93:3, 269:23, 273:5, 283:6, 283:14

**assignment** [8] - 127:25, 128:6, 132:1, 136:15, 164:12, 204:24, 227:23, 231:2

**assignments** [1] - 122:21

**assist** [1] - 215:4

**associated** [1] - 141:12

**Associates** [1] - 56:12

**association** [1] - 288:19

**assume** [6] - 7:1, 90:2, 195:16, 265:6, 295:23

**assumed** [3] - 6:13, 267:2, 267:3

**assuming** [3] - 92:15, 266:21, 277:23

**assumption** [2] - 10:16, 35:19

**assumptions** [1] - 112:1

**assurances** [1] - 31:3

**assured** [1] - 289:7

**assuring** [2] - 272:5, 275:19
**astray** [1] - 277:14
**at** [373] - 4:14, 4:17, 4:19, 6:2, 7:6, 8:12, 9:2, 12:20, 14:9, 14:10, 15:20, 15:23, 16:13, 18:11, 18:13, 18:21, 18:23, 19:7, 20:12, 20:25, 22:19, 22:21, 22:23, 23:5, 24:15, 26:1, 26:7, 27:23, 28:17, 30:9, 30:22, 31:4, 34:10, 36:8, 36:10, 38:7, 38:15, 38:17, 38:22, 38:24, 40:5, 42:7, 45:6, 46:14, 47:12, 48:12, 48:19, 50:17, 51:6, 54:4, 55:1, 55:5, 56:4, 56:14, 56:22, 57:7, 58:14, 62:6, 63:13, 63:14, 63:16, 65:8, 65:16, 70:25, 71:8, 72:13, 72:15, 74:20, 74:24, 76:22, 78:4, 78:7, 78:24, 79:2, 80:15, 84:2, 84:3, 84:7, 84:11, 84:13, 85:3, 85:15, 86:5, 86:8, 86:20, 88:6, 89:1, 89:12, 90:11, 90:12, 90:20, 90:22, 91:1, 91:5, 91:13, 91:23, 93:4, 93:6, 93:21, 94:2, 94:11, 95:5, 96:15, 96:22, 97:9, 97:14, 100:7, 102:20, 103:18, 104:6, 104:23, 105:7, 105:21, 106:12, 106:24, 109:7, 109:16, 109:19, 110:1, 110:2, 110:8, 110:9, 110:23, 111:2, 111:4, 111:7, 111:11, 111:16, 111:22, 113:14, 113:21, 114:8, 117:4, 118:4, 118:6, 118:25, 119:4, 119:6, 119:11, 120:2, 120:4, 120:23, 121:7, 121:21, 121:24, 122:4, 123:3, 123:4, 125:17, 125:20, 126:21, 126:23, 126:24, 127:15, 127:18, 127:20, 128:4, 128:24, 129:24, 130:2, 130:24, 133:9, 133:22, 134:15, 134:19, 134:23, 136:21, 137:4, 137:12, 137:20, 139:22, 145:11, 145:12, 145:22, 146:17, 146:18, 149:9, 149:16, 149:19, 149:24, 150:3, 150:9, 150:12, 151:2, 151:15, 151:21, 151:22, 154:4, 154:12, 154:13, 155:3, 158:6, 158:25, 159:3, 159:12, 159:13, 159:17, 160:12, 160:13, 160:15, 162:13, 162:14, 162:25, 163:7, 166:12, 167:3, 167:5, 168:11, 168:14, 168:20, 168:22, 171:7, 173:18, 175:8, 175:11, 176:5, 176:17, 178:15, 178:16, 179:4, 179:5, 179:17, 179:19, 180:19, 182:20, 183:16, 183:22, 186:23, 187:5, 187:8, 188:14, 188:15, 190:6, 191:7, 191:8, 191:9, 191:13, 191:19, 191:24, 192:8, 193:10, 193:21, 193:22, 193:23, 194:4, 195:15, 198:16, 199:3, 199:5, 199:25, 200:23, 201:2, 201:17, 206:15, 206:18, 206:21, 207:6, 207:11, 208:6, 208:10, 208:23, 210:1, 214:7, 216:21, 216:22, 217:10, 217:13, 217:17, 218:16, 219:7, 223:7, 224:11, 224:17, 225:5, 225:14, 229:6, 229:25, 231:6, 231:14, 231:16, 231:23, 234:25, 236:12, 236:15, 237:20, 239:3, 239:16, 245:23, 252:6, 252:8, 252:15, 254:4, 255:25, 256:15, 257:5, 257:7, 258:11, 258:12, 258:17, 259:20, 262:18, 262:25, 263:1, 263:15, 264:25,

266:8, 266:9, 266:12, 268:15, 268:16, 268:24, 268:25, 270:12, 271:16, 271:21, 271:22, 271:23, 272:9, 272:22, 274:9, 274:22, 275:13, 276:2, 276:6, 276:9, 276:14, 278:21, 279:13, 281:17, 281:22, 282:17, 283:24, 284:7, 284:12, 284:13, 284:22, 285:2, 285:20, 286:23, 286:24, 287:25, 289:13, 289:22, 292:20, 292:21, 293:8, 293:10, 293:13, 293:15, 294:13, 295:11, 295:18, 295:22, 296:8, 296:14, 296:16, 297:9, 298:15, 298:16, 299:15, 300:16, 300:24
**attachments** [1] - 12:6
**attack** [2] - 59:22, 296:4
**attempt** [4] - 43:18, 225:6, 227:11, 228:19
**attempting** [1] - 265:1
**attempts** [2] - 243:12, 271:11
**attention** [9] - 24:24, 114:13, 114:23, 115:25, 116:6, 144:15, 233:7, 234:3, 238:3
**August** [12] - 53:24, 56:4, 89:1, 93:17, 94:9, 96:1, 97:10, 98:6, 114:15, 150:18, 150:19, 274:24
**authority** [5] - 23:19, 243:23, 244:2, 283:20, 290:19
**available** [2] - 76:8, 232:10
**Avalon** [1] - 47:25
**Avenue** [2] - 2:6, 2:11
**average** [5] - 48:9, 61:4, 76:2, 78:14, 91:5
**avoiding** [1] - 299:13
**aware** [11] - 35:17, 42:11, 42:15, 42:17, 42:18, 44:5, 62:7, 141:19, 141:20, 227:18, 265:22
**away** [4] - 107:8, 166:4, 166:5, 276:14
**awhile** [3] - 7:18, 40:23, 206:7

# B

**B** [47] - 21:15, 21:18, 24:4, 25:13, 25:15, 42:14, 93:6, 132:8, 132:20, 136:14, 137:12, 137:14, 138:22, 139:21, 141:1, 141:2, 142:6, 142:19, 142:24, 143:10, 146:21, 149:14, 153:6, 154:1, 154:11, 155:3, 156:14, 157:18, 157:21, 158:6, 158:11, 159:12, 162:3, 162:16, 164:4, 185:5, 185:20, 185:22, 205:19, 206:3, 206:5, 212:9, 216:9, 216:13, 222:22, 265:3, 272:1
**B-1** [2] - 93:8, 118:11
**B-11** [1] - 26:1
**B-5** [1] - 25:20
**B-6** [2] - 95:24, 97:9
**B-8** [1] - 143:17
**Back** [1] - 38:22
**back** [97] - 9:7, 13:20, 15:12, 17:2, 18:23, 19:4, 20:18, 24:17, 29:23, 30:22, 37:4, 37:6, 37:15, 38:6, 38:7, 38:14, 39:1, 39:7, 40:14, 45:5, 45:11, 45:14,

58:1, 62:2, 66:14, 67:21, 67:23, 69:2, 69:20, 71:2, 73:20, 75:22, 78:3, 79:1, 79:6, 80:7, 81:15, 81:18, 82:3, 83:17, 83:19, 85:2, 87:12, 89:9, 95:11, 95:13, 110:10, 134:18, 142:5, 151:21, 170:4, 170:20, 170:25, 171:2, 171:8, 173:23, 177:2, 177:8, 180:16, 180:19, 181:13, 183:11, 186:17, 202:18, 206:8, 207:4, 207:8, 211:6, 223:14, 226:16, 233:19, 238:2, 239:18, 242:24, 244:23, 244:25, 249:18, 252:2, 254:1, 258:13, 262:4, 262:15, 265:13, 265:14, 270:19, 270:21, 273:13, 274:8, 281:6, 282:3, 282:19, 286:24, 294:9, 300:6, 300:23, 302:3
**Back-end** [1] - 38:22
**back-end** [16] - 9:7, 20:18, 37:4, 37:6, 38:6, 38:7, 38:14, 39:1, 39:7, 40:14, 134:18, 170:4, 233:19, 281:6, 282:3, 294:9
**backdrop** [1] - 284:3
**backward** [2] - 38:17, 194:9
**backward-looking** [1] - 38:17
**backwards** [5] - 37:7, 38:15, 38:20, 38:23, 194:6
**backwards-looking** [3] - 37:7, 38:15, 38:23
**bad** [17] - 7:20, 39:25, 105:4, 110:11, 110:13, 111:9, 111:11, 111:13, 111:16, 111:22, 157:2, 157:4, 170:8, 184:9, 184:11, 187:10, 187:11
**badly** [1] - 175:17
**bag** [1] - 169:23
**baked** [3] - 267:15, 269:16, 270:1
**Baker** [5] - 2:2, 4:19, 4:21, 4:23, 5:9
**balance** [2] - 58:19, 185:25
**balanced** [1] - 259:11
**balancing** [1] - 275:12
**ballpark** [1] - 124:12
**balls** [1] - 187:13
**Bank** [1] - 53:1
**banks** [1] - 51:7
**Barclays** [5] - 57:18, 60:22, 156:16, 157:1, 261:4
**bargain** [5] - 101:2, 190:13, 190:16, 190:21, 190:23
**barrel** [2] - 76:3, 91:6
**barrels** [2] - 103:6, 176:10
**base** [8] - 64:10, 91:3, 92:23, 269:22, 272:6, 272:10, 272:14, 272:16
**based** [25] - 27:15, 57:13, 74:9, 81:7, 95:1, 124:16, 167:4, 169:8, 178:8, 180:13, 182:24, 184:6, 187:7, 198:2, 211:25, 266:13, 267:13, 270:2, 270:16, 270:24, 276:3, 290:24, 291:8, 300:17
**baseless** [2] - 9:24, 273:8
**Basic** [1] - 32:19
**basic** [16] - 10:4, 10:6, 13:12, 33:11, 33:14, 35:8, 222:7, 254:22, 255:6, 255:14, 256:6, 257:6, 257:9, 257:11,

257:13, 277:24

**basically** [6] - 85:16, 137:24, 151:24, 161:21, 163:21, 298:16

**basics** [2] - 32:14, 289:14

**Basin** [22] - 46:4, 46:6, 46:8, 46:20, 47:7, 47:8, 48:6, 48:16, 49:12, 53:25, 55:9, 55:10, 66:24, 71:18, 77:13, 93:14, 93:15, 95:8, 117:7, 128:10

**basis** [18] - 22:4, 22:10, 28:8, 42:8, 158:9, 177:24, 185:22, 186:24, 253:13, 254:18, 259:4, 261:1, 269:3, 269:5, 279:5, 282:11, 282:12

**be** [258] - 4:3, 4:7, 5:22, 5:25, 6:1, 6:10, 6:11, 6:18, 6:20, 6:23, 7:9, 7:14, 8:6, 8:10, 11:10, 11:13, 11:20, 12:6, 13:22, 14:10, 16:5, 17:2, 17:12, 18:1, 19:18, 20:9, 20:20, 20:21, 21:16, 22:2, 22:3, 25:17, 27:3, 28:7, 29:21, 31:5, 33:11, 33:20, 33:21, 34:1, 34:2, 35:25, 36:13, 37:2, 38:19, 39:4, 39:19, 40:16, 41:25, 42:3, 45:5, 50:18, 51:15, 52:7, 54:10, 54:20, 58:15, 58:16, 61:1, 62:22, 67:14, 68:18, 69:10, 72:9, 73:10, 74:2, 75:16, 76:8, 79:23, 82:21, 85:6, 85:16, 85:18, 86:9, 86:11, 86:13, 87:15, 88:20, 90:5, 90:9, 91:22, 92:13, 93:5, 95:17, 95:18, 98:14, 100:12, 100:20, 100:22, 105:23, 106:3, 106:11, 106:20, 107:1, 109:25, 110:4, 110:10, 110:19, 111:3, 111:11, 111:25, 112:1, 112:3, 114:14, 122:3, 125:10, 125:17, 127:5, 134:19, 135:7, 135:21, 137:8, 141:10, 142:13, 142:25, 143:19, 147:7, 147:9, 151:6, 151:24, 154:10, 157:11, 158:21, 158:23, 159:22, 163:9, 165:10, 167:1, 167:18, 168:9, 168:23, 170:7, 171:19, 172:18, 173:13, 177:17, 177:19, 179:7, 179:17, 181:12, 183:22, 184:4, 188:5, 188:22, 189:1, 189:5, 189:7, 190:3, 190:10, 190:12, 190:21, 190:25, 191:1, 191:9, 191:14, 191:15, 192:19, 192:20, 193:5, 193:6, 193:13, 193:15, 193:18, 193:19, 194:25, 195:18, 195:19, 195:20, 195:21, 196:7, 197:16, 197:21, 198:4, 198:11, 202:22, 203:1, 203:5, 213:11, 216:2, 216:4, 217:14, 217:19, 218:4, 218:10, 219:1, 219:11, 222:5, 222:18, 226:4, 233:19, 234:5, 234:14, 234:15, 234:20, 234:23, 235:5, 235:8, 235:14, 237:11, 239:16, 239:24, 240:3, 240:6, 241:7, 241:15, 245:16, 246:25, 247:1, 252:21, 253:21, 254:17, 255:3, 256:6, 256:23, 257:3, 259:16, 259:21, 260:22, 261:8, 262:11, 263:2, 263:19, 264:16, 268:2, 268:19, 269:1, 269:19, 270:1, 272:3, 277:16, 278:4, 278:13, 278:14, 278:15, 278:19, 280:4, 281:12, 281:15, 282:4, 282:7, 284:20, 286:13, 287:17, 288:7, 288:19, 294:6, 294:17, 294:24, 295:3, 296:13, 297:20, 299:17, 300:9

**Bear** [1] - 50:24

**bear** [4] - 257:10, 257:16, 280:19, 280:20

**bears** [1] - 41:1

**beat** [3] - 145:20, 145:23, 298:11

**beaten** [1] - 111:17

**because** [120] - 5:18, 7:2, 8:6, 10:16, 12:8, 21:16, 26:14, 27:8, 27:10, 29:25, 32:15, 32:24, 33:3, 36:2, 36:5, 37:3, 39:17, 64:22, 65:1, 65:4, 65:5, 67:9, 71:22, 73:16, 87:23, 93:1, 95:13, 102:9, 102:21, 105:3, 106:17, 107:4, 107:5, 110:11, 110:12, 111:5, 111:25, 121:20, 133:7, 133:19, 133:22, 134:5, 135:9, 136:4, 136:22, 140:9, 140:20, 141:13, 144:8, 150:8, 153:8, 161:18, 162:5, 165:18, 167:23, 168:6, 168:10, 170:6, 171:16, 172:12, 172:16, 173:25, 176:22, 177:3, 177:13, 178:7, 180:24, 183:1, 184:17, 191:9, 193:7, 193:13, 194:15, 195:11, 197:4, 197:8, 213:12, 213:23, 215:19, 218:22, 219:5, 234:23, 236:1, 236:6, 247:1, 250:4, 255:15, 256:8, 256:24, 257:6, 258:8, 261:8, 264:16, 265:11, 265:16, 267:7, 268:2, 268:10, 268:25, 269:4, 273:2, 275:2, 277:4, 280:5, 281:15, 283:3, 285:22, 286:4, 294:3, 294:5, 294:12, 295:8, 296:4, 298:13, 299:6, 299:17, 300:8, 300:12

**become** [1] - 22:15

**becomes** [1] - 11:4

**been** [115] - 8:12, 8:13, 10:11, 11:19, 15:8, 17:23, 17:25, 18:14, 20:20, 25:20, 28:4, 32:8, 37:11, 39:20, 40:23, 52:11, 56:23, 59:15, 62:20, 69:3, 69:4, 69:7, 87:11, 88:23, 96:3, 96:4, 101:7, 102:24, 102:25, 104:1, 104:2, 104:4, 104:17, 104:22, 104:23, 105:13, 105:21, 106:13, 107:12, 108:20, 110:1, 110:24, 119:9, 119:16, 119:17, 119:20, 119:21, 120:3, 121:9, 127:10, 127:16, 130:9, 132:6, 133:19, 133:21, 134:14, 136:11, 142:4, 147:16, 149:23, 149:24, 152:14, 153:22, 154:7, 157:10, 157:17, 158:17, 161:8, 164:8, 164:24, 165:21, 168:7, 176:23, 177:14, 178:18, 179:24, 187:3, 197:12, 212:8, 214:5, 214:7, 214:9, 224:4, 245:13, 249:15, 252:7, 256:23, 258:1, 258:7, 258:21, 260:6, 261:2, 261:9, 261:13, 261:24, 266:21, 267:15, 270:14, 275:4, 275:14, 275:22, 275:24, 279:4, 279:16, 280:14, 283:4, 289:8, 290:3, 299:6

**before** [70] - 9:8, 16:14, 16:17, 18:10, 27:20, 27:22, 44:1, 44:12, 45:2, 45:11, 45:14, 47:18, 48:25, 73:4, 75:10, 81:24, 82:9, 88:10, 88:12, 88:18, 90:23, 92:18, 93:11, 96:2, 98:8, 98:22, 104:4, 128:6, 132:10, 132:14, 132:21, 136:6, 137:16, 141:15, 142:9, 142:25, 147:23, 149:2, 152:12, 157:15, 164:20, 165:11, 183:25, 191:22, 192:6, 192:11, 192:20, 192:24, 193:4, 193:6, 193:12, 193:19, 193:20, 193:24, 199:18, 205:24, 214:8, 237:8, 244:17, 262:18, 262:19, 265:13, 269:15, 270:4, 278:25, 279:16, 290:4, 299:6

**BEFORE** [1] - 1:12

**began** [3] - 45:12, 50:3, 293:3

**begin** [4] - 149:24, 187:15, 190:1, 224:15

**beginning** [15] - 5:24, 30:21, 123:9, 126:23, 134:15, 134:23, 142:23, 146:17, 252:6, 255:9, 257:5, 270:21, 296:22, 296:23, 300:6

**begins** [1] - 45:3

**Behalf** [1] - 1:5

**behind** [3] - 103:22, 167:23, 272:23

**being** [52] - 15:12, 17:16, 21:13, 22:8, 22:9, 23:6, 25:24, 27:12, 39:11, 42:1, 43:19, 52:16, 58:13, 64:22, 66:23, 72:10, 74:11, 75:20, 79:19, 81:14, 83:17, 83:21, 94:2, 103:20, 111:21, 121:22, 123:6, 132:7, 138:12, 143:14, 174:25, 177:14, 182:3, 184:2, 191:19, 199:5, 199:24, 227:19, 256:19, 259:6, 260:8, 261:6, 263:22, 265:18, 272:9, 273:14, 273:25, 274:4, 277:8, 292:1, 298:1, 298:4

**belief** [3] - 18:15, 18:18, 130:5

**believe** [30] - 12:1, 17:19, 19:2, 19:25, 72:17, 86:21, 94:8, 113:16, 113:20, 114:4, 117:22, 118:10, 122:2, 131:9, 199:15, 200:9, 204:19, 205:20, 212:5, 212:21, 213:3, 213:8, 228:4, 228:5, 228:6, 228:7, 237:24, 243:14, 292:22, 301:20

**believed** [3] - 111:1, 111:2, 212:13

**below** [7] - 16:2, 57:7, 67:2, 116:14, 116:23, 117:3, 146:9

**benefit** [14] - 53:19, 95:2, 101:1, 101:13, 190:13, 190:15, 190:18, 190:21, 190:23, 192:16, 192:23, 193:18, 193:25, 198:1

**benefits** [11] - 18:19, 18:21, 61:2, 61:5, 61:10, 116:19, 177:23, 259:3, 267:21, 286:9, 286:11

**benefitted** [1] - 270:14

**Benge** [2] - 77:22, 77:24

**BERGER** [1] - 1:17

**Berger** [1] - 4:15

**Berra** [1] - 29:17

**best** [4] - 113:16, 262:17, 269:24, 303:3

**best-run** [1] - 262:17

**bet** [1] - 295:5

**better** [11] - 22:14, 69:7, 116:19, 168:7, 179:9, 184:10, 196:9, 196:11, 198:7, 198:9, 198:10

**between** [69] - 14:3, 20:17, 21:9, 21:15, 23:15, 26:7, 26:8, 26:23, 28:14, 29:11, 40:11, 41:22, 56:25, 58:19, 73:6, 75:1, 81:9, 90:19, 92:2, 95:21, 96:6, 96:10, 98:17, 99:24, 102:12, 105:7, 106:12, 110:18, 119:12, 128:2, 132:4, 148:23, 150:3, 154:3, 155:14, 166:15, 168:11, 172:25, 173:1, 179:7, 182:19, 187:1, 187:4, 188:7, 188:11, 188:16, 206:19, 206:22, 232:15, 232:18, 235:6, 235:20, 238:9, 240:10, 246:9, 253:21, 255:1, 257:23, 260:3, 269:11, 276:21, 279:17, 279:19, 281:8, 281:13, 281:24, 296:8

**beyond** [6] - 24:3, 85:13, 86:9, 86:14, 103:25, 120:1

**big** [17] - 4:6, 40:24, 51:19, 51:25, 67:16, 72:7, 82:8, 134:6, 165:18, 178:10, 192:1, 267:18, 269:22, 274:3, 274:6, 275:4, 301:16

**bigger** [17] - 15:25, 16:1, 22:7, 52:1, 57:1, 59:21, 59:22, 61:4, 96:7, 96:12, 168:12, 187:14, 281:1, 301:7

**biggest** [1] - 86:3

**billion** [2] - 183:10, 273:15

**bingo** [1] - 65:21

**bit** [10] - 14:25, 80:8, 100:5, 119:10, 120:12, 127:14, 128:7, 176:21, 209:19, 294:3

**black** [3] - 167:20, 288:25, 289:10

**blah** [6] - 58:19, 186:4

**blend** [1] - 96:13

**bless** [1] - 294:14

**blindsided** [1] - 116:10

**blocky** [1] - 269:22

**bloody** [1] - 111:17

**Bloomberg** [4] - 200:18, 207:14, 207:21, 208:8

**blow** [6] - 49:7, 57:19, 63:4, 75:24, 200:14, 208:3

**blowing** [2] - 167:22, 178:20

**blue** [6] - 129:24, 130:1, 130:17, 145:7, 146:6, 155:23

**blurring** [1] - 264:19

**board** [2] - 255:21, 273:13

**body** [3] - 292:24, 293:13, 297:8

**bold** [3] - 155:20, 155:21, 267:18

**bolded** [2] - 155:20, 156:19

**bolding** [1] - 155:22

**bolster** [1] - 265:9

**book** [1] - 11:25

**boom** [1] - 88:7

**boring** [1] - 158:22

**borrowing** [1] - 183:4

**both** [28] - 13:6, 18:19, 36:11, 40:4, 51:25, 102:22, 110:8, 131:9, 147:21, 166:14, 168:13, 169:6, 179:23, 181:19, 183:15, 193:21, 256:5, 256:13, 279:20, 289:21, 290:4, 291:25, 295:14, 297:5, 297:13, 297:23

**bothering** [1] - 160:23

**bothers** [1] - 11:9

**bottom** [15] - 17:14, 19:1, 46:14, 47:24, 52:8, 58:9, 60:14, 61:18, 64:7, 78:13, 78:24, 84:2, 85:15, 114:23

**Botts** [5] - 2:2, 4:19, 4:21, 4:23, 5:9

**bought** [14] - 164:20, 167:3, 187:2, 190:8, 191:22, 192:6, 192:11, 192:24, 193:12, 193:13, 193:18, 193:20, 193:24

**box** [3] - 281:6, 288:25, 289:10

**boxes** [1] - 14:7

**BP** [28] - 28:10, 101:10, 101:14, 101:17, 101:22, 103:6, 103:11, 103:20, 103:21, 103:23, 103:24, 104:24, 105:2, 106:16, 107:4, 119:13, 119:23, 168:2, 169:10, 169:20, 170:19, 174:14, 176:2, 176:9, 178:20, 179:25, 181:7, 253:23

**BP1** [10] - 28:11, 28:17, 28:21, 169:12, 169:14, 170:15, 171:6, 171:7, 171:13, 174:11

**BP2** [4] - 169:12, 172:8, 172:13, 181:14

**brand** [1] - 289:23

**brand-new** [1] - 289:23

**Brandon** [1] - 5:7

**Brar** [1] - 1:21

**Brass** [2] - 46:8, 48:1

**break** [11] - 67:7, 87:9, 164:23, 164:25, 165:6, 183:25, 252:2, 270:6, 270:8, 281:7

**Bricklayers** [1] - 147:20

**brief** [9] - 8:6, 22:22, 24:6, 26:14, 249:1, 255:22, 255:24, 256:2, 283:19

**briefing** [3] - 12:5, 131:4, 175:9

**briefings** [1] - 42:22

**briefly** [6] - 27:19, 137:20, 139:8, 152:18, 288:16, 292:16

**briefs** [6] - 19:12, 19:17, 20:4, 22:25, 255:23, 280:3

**bring** [3] - 114:13, 190:19, 203:6

**bringing** [4] - 13:25, 85:10, 268:14, 295:20

**brings** [1] - 294:8

**broader** [3] - 71:23, 72:6, 84:10

**Broadway** [1] - 1:18

**broken** [1] - 42:13

**brought** [1] - 260:17

**brown** [3] - 146:9, 155:19, 155:21

**buck** [1] - 76:7

**buckets** [2] - 42:14, 87:21

**budget** [3] - 88:16, 88:20, 89:2

**building** [3] - 25:21, 52:11, 268:13

**built** [2] - 267:12, 274:1

**bullet** [3] - 49:5, 66:5

**bunch** [6] - 4:7, 113:9, 114:11, 129:14, 267:1, 295:13

**burden** [30] - 12:23, 13:3, 13:4, 21:9, 27:1, 28:7, 28:19, 100:7, 109:10, 109:16, 215:23, 257:10, 257:16, 257:17, 258:2, 258:6, 258:10, 258:13,

258:15, 276:4, 276:5, 276:7, 276:19, 276:20, 280:20, 281:3, 281:4, 283:18, 287:6, 288:6

**burger** [2] - 68:22, 68:24

**BURKE** [1] - 2:9

**Bush** [1] - 127:21

**business** [12] - 22:9, 45:22, 46:16, 128:7, 128:8, 137:9, 140:23, 174:14, 176:21, 190:17, 268:19, 268:21

**Business** [1] - 300:1

**but** [299] - 4:5, 4:6, 6:16, 8:11, 10:5, 10:19, 11:20, 12:6, 13:6, 14:9, 16:1, 16:3, 16:13, 18:1, 18:12, 20:12, 21:4, 23:1, 23:22, 24:14, 25:10, 26:17, 27:4, 27:9, 27:11, 31:6, 31:16, 32:21, 33:1, 33:10, 33:14, 33:19, 33:24, 35:8, 35:11, 35:17, 36:8, 37:10, 38:18, 39:5, 39:9, 39:24, 40:7, 40:23, 41:9, 41:19, 42:22, 44:6, 44:10, 45:5, 50:17, 51:19, 51:21, 51:23, 53:18, 53:20, 54:18, 54:22, 58:12, 59:23, 60:10, 61:1, 61:11, 63:14, 65:2, 68:24, 69:4, 69:10, 69:24, 70:7, 71:22, 72:4, 74:12, 76:9, 77:6, 78:1, 79:3, 79:23, 80:22, 82:4, 82:20, 86:21, 94:17, 97:7, 98:1, 100:11, 100:18, 101:4, 101:6, 101:9, 101:24, 103:5, 103:10, 103:19, 103:23, 104:15, 110:22, 111:9, 113:1, 113:16, 114:2, 114:7, 118:24, 120:4, 121:5, 124:12, 130:2, 132:11, 132:17, 137:1, 137:4, 137:7, 137:23, 144:9, 146:3, 148:22, 150:25, 152:14, 152:18, 154:14, 155:12, 156:12, 156:23, 158:22, 159:9, 159:23, 161:18, 162:3, 162:16, 163:7, 165:3, 165:13, 165:15, 166:12, 166:25, 168:5, 168:7, 168:16, 168:19, 169:12, 169:14, 170:1, 170:10, 170:16, 172:1, 172:11, 172:22, 173:11, 174:13, 175:4, 175:9, 176:9, 178:6, 179:12, 180:25, 181:8, 181:21, 181:24, 182:12, 184:5, 184:13, 184:23, 186:15, 187:9, 187:11, 188:12, 189:8, 189:20, 189:24, 190:2, 190:14, 190:16, 190:20, 190:22, 191:1, 191:11, 193:9, 194:3, 195:14, 195:22, 196:3, 196:4, 196:18, 198:10, 199:6, 199:13, 199:15, 200:9, 201:9, 201:10, 201:24, 204:14, 207:15, 207:17, 207:22, 209:13, 211:25, 212:13, 212:17, 212:25, 214:24, 215:23, 216:6, 219:7, 220:6, 223:5, 224:9, 224:20, 225:9, 225:20, 229:14, 230:19, 231:7, 231:18, 231:20, 234:17, 236:3, 236:18, 237:24, 239:24, 240:11, 241:8, 241:11, 241:23, 243:13, 243:20, 246:9, 246:21, 247:10, 249:6, 250:11, 254:1, 255:4, 256:3, 256:24, 257:5, 258:11, 258:13, 259:18, 260:25, 261:22, 262:19, 263:2, 263:12, 264:8, 264:10, 264:19, 265:3, 265:7, 265:21, 265:25, 267:18, 268:23, 269:15, 271:23, 272:20, 273:17,

274:16, 274:25, 275:17, 275:18, 276:6, 276:15, 277:3, 277:24, 278:7, 278:8, 279:2, 279:8, 280:14, 280:16, 280:25, 281:2, 281:3, 281:6, 282:11, 282:21, 284:6, 284:22, 285:1, 286:22, 288:2, 290:1, 291:14, 292:15, 294:20, 296:2, 296:12, 296:15, 297:4, 297:22, 298:4, 299:3, 299:18, 300:11, 301:5, 301:6

**but..** [1] - 240:14

**buy** [10] - 183:1, 189:25, 192:3, 192:12, 192:14, 193:1, 193:16, 194:6, 194:19, 197:15

**buying** [1] - 192:12

**buys** [1] - 191:25

**BY** [97] - 32:10, 44:16, 45:20, 46:23, 47:10, 47:16, 47:23, 48:7, 48:17, 48:23, 49:9, 50:1, 50:6, 51:3, 52:25, 53:5, 53:9, 54:2, 54:15, 55:19, 56:10, 57:21, 58:3, 58:11, 59:8, 59:14, 61:17, 62:12, 63:5, 64:8, 65:13, 65:22, 68:1, 71:10, 75:14, 76:1, 76:13, 87:18, 88:8, 93:10, 95:25, 98:21, 108:1, 112:12, 113:8, 115:18, 118:22, 124:6, 127:12, 138:24, 183:24, 185:13, 186:19, 194:23, 198:21, 199:23, 200:16, 201:11, 201:15, 203:9, 203:20, 204:3, 204:23, 205:25, 206:11, 207:5, 207:10, 208:5, 208:19, 209:23, 210:5, 210:10, 211:8, 217:4, 218:2, 218:24, 220:14, 221:24, 223:13, 223:22, 226:9, 226:17, 226:23, 230:7, 233:6, 234:2, 235:13, 238:6, 240:19, 242:11, 242:20, 243:1, 244:7, 244:16, 245:3, 245:12, 249:4

**by** [138] - 1:24, 3:5, 3:5, 3:8, 3:8, 3:11, 3:11, 3:12, 3:14, 3:15, 3:15, 3:16, 4:14, 8:13, 10:10, 11:13, 12:12, 13:23, 14:12, 14:13, 14:15, 18:6, 19:5, 21:21, 22:4, 22:6, 23:18, 25:7, 26:2, 26:12, 28:25, 35:12, 35:19, 35:23, 36:16, 37:13, 39:15, 39:22, 41:25, 42:7, 43:23, 49:16, 51:7, 54:16, 54:18, 58:13, 63:22, 70:7, 75:17, 76:18, 85:9, 85:18, 88:3, 96:24, 97:23, 99:10, 101:6, 102:20, 104:6, 106:16, 111:19, 111:20, 113:10, 116:19, 118:14, 121:11, 121:23, 125:8, 125:11, 131:7, 134:23, 135:21, 135:24, 137:18, 138:3, 138:9, 138:13, 139:12, 147:13, 147:16, 150:1, 151:15, 166:1, 168:17, 170:5, 171:10, 180:1, 180:2, 187:2, 187:5, 191:19, 196:4, 196:5, 204:6, 214:20, 216:2, 222:23, 224:5, 224:7, 224:16, 225:23, 225:24, 234:8, 234:10, 236:14, 237:1, 247:23, 247:24, 254:6, 257:13, 257:17, 257:24, 259:11, 261:4, 261:7, 264:11, 264:24, 265:2, 266:17, 270:14, 271:1, 271:9, 271:24, 272:3, 275:10, 276:20, 276:24, 277:12, 278:17, 278:18, 280:20, 282:9, 283:18, 295:1, 297:25, 299:20, 299:24

## C

**C** [52] - 2:5, 4:1, 21:14, 21:15, 21:18, 25:15, 26:11, 26:22, 26:24, 42:14, 88:2, 90:19, 132:14, 132:20, 136:14, 136:25, 137:20, 138:22, 139:21, 141:1, 141:2, 142:7, 142:19, 142:24, 143:10, 146:21, 149:14, 153:6, 154:1, 154:11, 155:3, 156:14, 157:18, 157:21, 158:6, 158:11, 159:12, 162:4, 162:16, 164:4, 185:5, 185:20, 185:23, 216:9, 216:14, 222:23, 225:18, 225:20, 225:23, 272:25, 280:7, 284:18

**C-1** [6] - 26:14, 26:17, 88:6, 89:11, 90:12

**C-4** [2] - 90:22

**Cabot** [19] - 236:7, 236:12, 236:16, 236:18, 236:20, 236:25, 237:15, 263:23, 263:24, 281:11, 282:22, 296:7, 297:12, 297:17, 298:18, 300:18, 301:9

**calculate** [4] - 10:24, 191:2, 191:11, 194:3

**calculated** [2] - 100:22, 107:11

**calculates** [1] - 125:22

**calculating** [1] - 278:19

**calculation** [2] - 10:21, 88:14

**calculations** [2] - 9:23, 109:19

**call** [34] - 13:11, 15:21, 18:13, 33:15, 55:6, 55:20, 55:22, 55:25, 56:5, 60:13, 64:24, 65:4, 65:6, 73:1, 73:2, 75:11, 75:15, 76:10, 87:7, 109:20, 114:15, 124:23, 144:13, 144:25, 153:22, 161:6, 161:9, 169:8, 218:15, 274:11, 276:14, 277:23, 285:6, 289:5

**Call** [1] - 4:2

**called** [27] - 14:22, 20:15, 35:21, 36:14, 37:4, 38:1, 39:25, 43:2, 45:6, 53:17, 82:3, 104:9, 113:12, 119:24, 120:6, 168:2, 170:16, 171:6, 189:23, 196:23, 199:3, 208:20, 220:15, 226:11, 227:3, 236:7, 247:14

**calling** [2] - 107:19, 243:18

**calls** [7] - 15:22, 16:5, 38:8, 83:2, 144:5, 206:22, 243:15

**Calverley** [2] - 55:11, 62:16

**came** [12] - 30:25, 49:18, 54:21, 62:2, 94:25, 166:20, 173:19, 181:13, 190:6, 224:15, 251:5, 255:21

**Cammer** [1] - 34:16

**can** [221] - 5:8, 6:1, 8:3, 9:17, 9:18, 9:19, 10:1, 10:21, 10:24, 12:10, 12:13, 12:21, 14:5, 16:10, 17:2, 21:19, 21:20, 21:22, 27:9, 27:14, 28:7, 28:20, 29:3, 29:5, 29:13, 33:18, 35:13, 36:13, 37:3, 37:11, 39:1, 39:4, 39:15, 39:17, 40:9, 40:13, 44:15, 44:20, 49:7, 53:7, 57:19, 57:24, 59:22, 60:20, 63:3, 65:12, 68:19, 69:17, 69:22, 71:2, 71:9, 74:3, 75:21, 76:16, 76:18, 78:9, 78:11, 78:18, 79:6, 80:3, 80:4, 80:25, 81:18, 82:5, 82:14,

83:16, 83:17, 83:23, 84:15, 84:20, 85:1, 85:2, 87:12, 92:1, 100:20, 102:18, 102:19, 107:24, 121:19, 123:15, 123:19, 124:12, 125:3, 125:6, 127:2, 128:13, 128:18, 129:7, 129:17, 130:24, 132:3, 133:10, 134:6, 134:9, 134:13, 134:20, 134:22, 134:24, 135:10, 135:15, 135:20, 137:20, 140:2, 145:3, 147:3, 147:7, 147:9, 147:24, 149:1, 149:19, 149:21, 150:12, 152:18, 154:10, 155:15, 157:6, 158:23, 158:25, 163:12, 163:16, 164:16, 164:23, 166:12, 167:13, 168:4, 174:21, 175:7, 175:20, 175:22, 176:4, 179:9, 179:21, 182:17, 183:11, 183:14, 184:5, 185:12, 185:17, 186:17, 189:19, 191:23, 192:14, 195:2, 198:24, 199:21, 200:11, 200:14, 201:13, 203:7, 203:18, 203:25, 204:2, 205:21, 205:23, 206:5, 206:8, 208:3, 208:17, 209:13, 210:4, 210:7, 211:4, 211:6, 216:18, 217:3, 217:16, 218:18, 218:20, 219:21, 222:20, 223:10, 223:12, 223:20, 234:1, 235:2, 235:5, 235:24, 235:25, 238:2, 238:5, 239:7, 239:22, 240:1, 240:16, 241:8, 241:11, 241:20, 242:9, 242:19, 242:24, 244:5, 244:14, 244:23, 244:25, 252:15, 255:3, 256:25, 265:15, 268:25, 277:18, 279:12, 280:22, 281:15, 282:16, 285:24, 286:13, 286:18, 289:7, 292:13, 294:22, 294:23, 295:5, 297:3, 299:2, 300:1, 300:6

**Can** [1] - 269:19

**can't** [36] - 28:1, 28:2, 29:2, 74:2, 80:15, 95:13, 95:18, 108:23, 109:12, 141:13, 148:22, 150:9, 158:21, 172:24, 175:2, 175:18, 176:9, 183:17, 186:22, 195:18, 195:19, 195:20, 199:14, 203:5, 207:23, 254:10, 272:4, 277:9, 278:15, 284:16, 287:19, 291:11, 295:3, 297:8, 299:15

**candid** [1] - 43:1

**cannot** [3] - 166:2, 166:3, 296:24

**capabilities** [1] - 77:14

**capability** [1] - 43:24

**capable** [1] - 164:18

**CapEx** [2] - 261:21, 262:6

**capital** [22] - 17:17, 18:20, 33:15, 58:17, 67:3, 80:13, 82:17, 88:22, 262:7, 262:10, 262:13, 262:20, 267:22, 267:23, 268:3, 268:17, 268:24, 269:4, 275:11, 285:14, 285:20, 286:9

**Capital** [2] - 261:19, 262:2

**capitalization** [1] - 207:20

**capitalize** [1] - 97:18

**capture** [2] - 168:10, 278:24

**captures** [1] - 191:16

**car** [5] - 189:4, 189:5, 189:6, 190:17, 190:20

**care** [7] - 6:25, 64:25, 68:7, 68:19,

140:14, 140:20, 287:19

**cared** [3] - 68:17, 140:16, 140:18

**cares** [2] - 68:10, 140:12

**carried** [3] - 27:1, 171:8, 185:23

**carry** [2] - 257:17, 265:13

**cars** [2] - 176:5

**CASE** [2] - 12:18, 32:2

**case** [203] - 9:16, 13:4, 13:5, 13:24, 14:14, 15:5, 16:20, 19:14, 19:17, 19:19, 22:9, 22:10, 22:25, 23:1, 23:20, 24:21, 28:11, 28:15, 28:22, 28:24, 29:9, 29:12, 29:20, 30:21, 31:7, 32:19, 34:25, 37:14, 38:4, 38:25, 40:10, 42:11, 43:7, 43:10, 44:6, 64:22, 89:24, 100:12, 100:22, 101:10, 101:14, 102:11, 102:17, 102:22, 102:23, 103:16, 103:20, 104:3, 104:14, 104:18, 104:24, 105:12, 105:15, 107:7, 107:16, 108:2, 108:14, 108:19, 118:14, 119:24, 120:15, 121:14, 122:20, 123:22, 124:21, 126:3, 128:1, 130:24, 131:4, 136:19, 147:20, 148:1, 148:2, 148:5, 148:9, 148:10, 148:11, 148:14, 148:16, 149:8, 149:12, 165:24, 166:5, 167:25, 168:10, 169:7, 169:9, 169:12, 169:16, 172:5, 173:5, 173:7, 176:4, 177:17, 177:19, 178:24, 179:24, 182:10, 182:21, 182:22, 183:1, 183:4, 183:5, 183:9, 183:13, 183:18, 186:22, 189:3, 189:24, 189:25, 191:10, 193:6, 199:3, 199:13, 199:14, 199:16, 199:17, 200:7, 200:24, 201:20, 201:22, 202:2, 202:8, 202:13, 206:15, 212:2, 213:2, 213:4, 213:7, 220:15, 220:17, 220:19, 220:23, 221:7, 221:13, 227:8, 228:3, 236:7, 237:9, 237:10, 240:2, 242:12, 243:8, 245:7, 249:20, 250:25, 251:15, 251:16, 253:6, 254:15, 255:6, 256:1, 256:2, 256:3, 256:5, 256:7, 256:14, 256:21, 256:22, 260:5, 260:17, 260:18, 260:20, 263:2, 264:15, 265:21, 265:22, 265:23, 266:4, 269:17, 276:16, 279:2, 279:10, 280:17, 280:18, 280:20, 281:11, 282:22, 283:20, 283:21, 284:24, 285:2, 289:24, 290:17, 290:24, 290:25, 293:5, 297:17, 298:6, 298:13, 298:21, 301:7, 301:9

**cases** [32] - 12:8, 20:23, 22:22, 27:15, 27:25, 28:14, 28:16, 74:17, 108:20, 133:20, 134:6, 134:7, 171:1, 178:23, 178:25, 179:24, 183:15, 236:22, 255:23, 256:5, 256:14, 256:18, 279:13, 283:19, 283:22, 290:2, 290:4, 292:8, 297:13, 297:23, 299:5

**cash** [10] - 58:18, 68:9, 88:21, 91:4, 91:9, 140:11, 140:13, 140:14, 140:19, 140:22

**cash-related** [1] - 140:14

**casual** [1] - 166:14

**Cat** [2] - 55:10, 62:15

**catalog** [2] - 35:17, 39:5

**catastrophic** [3] - 103:12, 169:17

**categories** [23] - 20:4, 20:6, 20:13, 21:7, 21:10, 23:6, 42:16, 42:17, 132:7, 132:23, 132:25, 140:1, 206:2, 216:8, 216:9, 216:12, 216:13, 223:1, 223:3, 223:8, 240:25, 280:6, 284:6

**Categories** [6] - 139:21, 142:19, 146:21, 153:6, 222:22, 284:18

**categorization** [1] - 136:18

**categorize** [4] - 227:11, 228:19, 265:2, 272:1

**categorized** [5] - 87:20, 113:18, 136:15, 136:21, 139:14

**category** [17] - 20:7, 21:11, 21:13, 21:15, 21:16, 26:11, 132:7, 132:10, 137:3, 141:5, 141:22, 142:14, 142:15, 143:8, 159:17, 223:5

**Category** [65] - 20:10, 21:14, 21:22, 21:23, 22:13, 23:5, 24:4, 24:5, 24:11, 24:22, 25:13, 26:22, 26:24, 42:19, 87:21, 87:22, 88:2, 90:19, 93:6, 97:13, 97:14, 132:8, 132:14, 132:20, 136:14, 136:25, 137:5, 137:12, 137:14, 137:20, 140:2, 140:25, 141:2, 143:10, 149:14, 152:23, 154:1, 154:11, 155:2, 156:14, 157:18, 157:20, 158:6, 159:9, 159:16, 160:1, 162:3, 162:16, 164:4, 216:16, 216:19, 216:21, 217:6, 218:5, 220:3, 222:12, 233:14, 251:6, 254:7, 260:12, 265:3, 272:1, 272:25, 277:22

**caught** [3] - 156:23, 261:4, 261:7

**causal** [10] - 128:2, 132:4, 135:14, 148:23, 150:3, 154:3, 154:10, 155:2, 155:13, 156:3

**causally** [2] - 156:1, 156:18

**causation** [26] - 105:20, 106:5, 106:21, 107:3, 107:4, 108:19, 109:5, 109:7, 109:24, 110:23, 112:2, 166:8, 168:13, 168:18, 168:20, 179:4, 179:6, 179:22, 254:16, 263:14, 264:16, 264:24, 280:8, 280:9, 297:2

**cause** [6] - 124:24, 162:10, 167:2, 198:25, 216:2, 220:11

**caused** [19] - 14:1, 36:18, 67:13, 68:25, 124:21, 136:3, 139:21, 140:6, 141:7, 142:1, 142:19, 143:11, 160:6, 160:8, 170:5, 220:7, 220:9, 220:24, 222:14

**causes** [1] - 167:17

**causing** [2] - 72:17, 117:17

**Center** [1] - 1:23

**center** [1] - 16:24

**certain** [12] - 11:14, 33:17, 74:7, 74:17, 110:2, 110:3, 110:19, 112:16, 118:10, 205:5, 298:23

**certainly** [14] - 18:25, 63:14, 78:1, 85:13, 89:18, 92:8, 117:14, 118:7, 130:6, 161:9, 161:24, 220:7, 220:12, 290:4

**certainty** [2] - 110:4, 187:12

**certifiable** [1] - 276:18

**CERTIFICATE** [1] - 303:1

**Certification** [1] - 200:1

**certification** [40] - 4:10, 14:10, 19:19, 27:22, 27:23, 28:6, 28:18, 28:21, 42:12, 42:19, 87:24, 100:8, 102:8, 102:9, 109:16, 122:4, 133:8, 133:12, 148:3, 179:17, 180:12, 181:25, 182:1, 182:4, 199:3, 211:14, 211:21, 236:12, 236:15, 236:18, 236:22, 237:23, 254:3, 264:25, 277:8, 280:2, 280:10, 290:7, 291:8

**CERTIFICATION** [1] - 1:12

**certified** [9] - 28:1, 28:4, 102:1, 179:1, 256:15, 260:8, 266:12, 278:9, 279:11

**certify** [2] - 102:3, 303:3

**certifying** [1] - 256:6

**cetera** [2] - 253:13

**CHAD** [1] - 32:7

**Chad** [1] - 3:7

**chairman** [1] - 63:17

**chairmans** [1] - 255:20

**challenge** [9] - 21:25, 26:3, 27:8, 27:10, 27:11, 177:18, 260:10, 275:17, 289:3

**challenged** [19] - 36:17, 38:13, 38:23, 39:7, 40:11, 42:7, 42:13, 42:18, 87:20, 88:3, 88:15, 131:7, 131:10, 131:13, 133:6, 138:13, 138:17, 260:7

**challenges** [3] - 22:2, 60:21, 298:14

**challenging** [7] - 87:22, 133:7, 133:9, 148:18, 159:22, 254:6, 254:10

**chance** [5] - 124:15, 177:6, 177:7, 278:3, 299:10

**chances** [2] - 103:12, 110:17

**change** [19] - 64:18, 100:4, 145:1, 160:6, 160:8, 183:2, 213:4, 222:14, 222:17, 240:4, 257:9, 261:21, 263:21, 274:3, 274:6, 294:24, 296:25, 300:7

**changed** [8] - 62:5, 125:14, 125:15, 145:5, 158:15, 160:17, 261:24, 275:20

**changes** [4] - 9:18, 72:18, 111:15, 225:6

**changing** [6] - 187:25, 188:2, 188:3, 188:4, 188:20, 261:20

**characterization** [3] - 57:14, 97:6, 284:1

**characterize** [7] - 52:21, 68:23, 81:19, 102:15, 104:19, 108:2, 108:14

**characterized** [4] - 38:17, 97:3, 108:19, 140:4

**characterizing** [4] - 59:1, 79:17, 106:22, 156:6

**charge** [9] - 67:14, 68:2, 68:5, 68:11, 140:9, 140:10, 140:11, 140:19, 140:22

**charges** [1] - 68:7

**charm** [1] - 301:10

**chart** [8] - 129:17, 145:7, 225:19, 225:22, 226:1, 270:5, 270:7, 271:19

**charts** [2] - 88:17, 270:9

**chase** [2] - 249:7, 285:19

**cherry** [1] - 90:18
**cherry-picking** [1] - 90:18
**chief** [1] - 63:17
**child** [12] - 266:14, 266:18, 267:21, 268:6, 269:13, 269:15, 273:5, 273:10, 273:18, 279:6, 286:12
**child-parent** [1] - 279:6
**children** [1] - 266:22
**chose** [1] - 276:11
**chunks** [1] - 18:24
**circled** [1] - 163:17
**circuit** [1] - 28:12
**Circuit** [33] - 19:15, 22:20, 22:24, 23:18, 38:21, 38:22, 40:17, 82:3, 102:8, 105:1, 106:17, 110:7, 168:17, 181:16, 183:5, 237:15, 237:18, 237:19, 263:20, 263:25, 264:1, 264:2, 264:3, 280:18, 282:1, 282:8, 283:22, 292:5, 293:2, 293:5, 297:17, 298:13
**circumstance** [1] - 5:18
**circumstances** [3] - 11:15, 27:16, 125:14
**cite** [8] - 20:23, 155:6, 228:12, 243:2, 243:8, 243:22, 244:19, 245:7
**cited** [18] - 154:25, 155:6, 155:17, 212:8, 212:10, 227:6, 228:7, 237:22, 255:23, 255:24, 256:2, 279:13, 281:10, 283:19, 300:4, 300:5
**cites** [5] - 155:9, 155:19, 155:21, 162:18, 162:19
**Citi** [1] - 51:4
**citing** [1] - 157:24
**CITY** [1] - 1:4
**claim** [47] - 32:25, 66:1, 89:8, 89:20, 89:22, 93:18, 93:20, 94:1, 95:16, 101:17, 101:22, 103:21, 106:22, 108:16, 109:23, 110:3, 110:4, 110:19, 110:20, 111:6, 131:6, 131:19, 131:23, 140:5, 141:5, 141:24, 143:9, 157:7, 158:10, 162:23, 166:1, 174:17, 201:20, 220:12, 249:14, 251:14, 255:12, 264:7, 271:11, 272:1, 273:1, 274:24, 275:1
**claimed** [7] - 99:13, 139:19, 162:15, 163:13, 197:25, 227:13, 260:2
**claiming** [17] - 37:15, 38:4, 92:3, 94:22, 106:23, 142:17, 182:9, 190:6, 195:10, 202:23, 218:4, 220:1, 220:6, 220:9, 221:5, 293:16
**claims** [11] - 93:23, 99:19, 162:8, 172:15, 219:14, 227:9, 227:20, 228:8, 257:8, 273:11, 287:22
**clarification** [1] - 165:12
**clarified** [2] - 257:10, 257:20
**clarify** [3] - 177:12, 257:15, 258:14
**class** [199] - 4:10, 8:16, 11:3, 11:5, 11:7, 14:10, 19:19, 22:6, 22:7, 22:10, 24:5, 27:21, 27:23, 28:3, 28:5, 28:8, 28:13, 28:18, 29:22, 30:2, 32:24, 33:4, 33:6, 35:1, 35:8, 35:13, 37:18, 42:12, 42:19, 44:1, 44:8, 44:12, 44:13, 45:3,

45:11, 47:18, 48:25, 50:3, 54:22, 87:23, 87:24, 100:7, 100:11, 101:15, 101:17, 101:21, 102:1, 102:3, 102:7, 102:9, 102:15, 102:17, 102:21, 102:25, 103:3, 103:6, 103:11, 104:3, 105:6, 105:18, 105:19, 105:24, 109:16, 111:8, 111:10, 111:23, 119:15, 119:23, 122:4, 125:12, 127:18, 128:8, 129:15, 129:20, 129:23, 130:1, 130:9, 130:13, 130:15, 130:19, 133:8, 133:11, 133:12, 145:5, 145:9, 146:19, 147:17, 147:24, 148:3, 148:7, 169:15, 171:13, 172:15, 173:4, 173:24, 176:2, 176:8, 178:16, 179:1, 179:17, 179:25, 180:12, 180:16, 180:20, 180:21, 180:22, 181:1, 181:4, 181:16, 181:25, 182:1, 182:3, 182:13, 182:22, 183:17, 188:1, 188:6, 188:20, 190:24, 191:24, 191:25, 195:11, 195:13, 199:3, 204:6, 211:14, 211:20, 236:12, 236:15, 236:18, 236:22, 237:22, 242:13, 244:10, 253:17, 253:18, 253:19, 253:20, 254:3, 254:5, 254:13, 254:14, 254:18, 255:3, 255:4, 256:6, 256:15, 257:3, 259:2, 259:9, 259:10, 260:7, 260:14, 260:15, 261:2, 261:9, 261:14, 261:23, 262:8, 264:12, 264:21, 264:22, 264:25, 265:3, 265:17, 266:5, 266:12, 269:3, 270:20, 270:21, 271:10, 271:16, 271:20, 271:21, 274:10, 274:16, 274:17, 275:16, 276:1, 276:17, 276:22, 277:1, 277:8, 277:9, 277:10, 278:9, 278:22, 279:5, 279:20, 280:3, 280:10, 290:7, 291:8
**Class** [2] - 199:25, 277:22
**CLASS** [1] - 1:12
**class-wide** [7] - 8:16, 22:10, 28:8, 35:8, 35:13, 100:11, 254:18
**classified** [2] - 204:6, 257:10
**classify** [1] - 255:10
**cleanup** [1] - 168:8
**clear** [17] - 6:11, 18:19, 54:20, 72:7, 80:21, 85:16, 86:24, 157:3, 159:23, 169:10, 222:4, 234:23, 241:10, 291:24, 293:23, 294:10, 301:7
**cleared** [1] - 258:7
**clearer** [2] - 222:5, 223:9
**clearly** [8] - 70:25, 80:17, 94:25, 102:21, 240:5, 255:15, 270:5, 299:10
**client** [1] - 21:1
**clients** [1] - 281:21
**clients'** [3] - 19:24, 21:2, 281:23
**Clinton** [1] - 127:21
**Clip** [3] - 219:21, 235:2, 239:7
**clip** [3] - 241:20, 241:21, 241:22
**close** [3] - 79:3, 104:7, 286:19
**clue** [1] - 108:21
**code** [8] - 222:25, 223:2, 224:1, 229:21, 231:18, 240:20, 291:15, 294:19
**coded** [8] - 153:2, 161:17, 161:23, 217:5, 224:4, 229:24, 230:9, 289:3

**coders** [15] - 151:6, 231:1, 231:8, 231:14, 231:16, 231:23, 232:12, 232:15, 232:19, 232:21, 238:13, 238:19, 239:13, 241:2, 241:10
**codes** [1] - 289:5
**coding** [13] - 151:1, 151:2, 151:7, 230:24, 231:5, 231:6, 231:16, 231:20, 232:1, 232:3, 233:1, 238:7, 284:12
**codings** [1] - 152:25
**Coffman** [86] - 3:7, 6:1, 8:7, 8:11, 8:18, 9:5, 10:7, 10:19, 11:12, 11:16, 28:23, 31:23, 32:11, 37:24, 42:5, 42:25, 46:2, 47:17, 71:11, 76:20, 87:12, 87:19, 88:24, 93:16, 108:20, 112:8, 112:13, 112:15, 113:20, 125:23, 126:16, 126:19, 135:19, 137:4, 140:15, 142:11, 144:11, 144:12, 147:21, 148:6, 148:14, 148:20, 148:22, 154:23, 156:3, 156:25, 158:19, 159:2, 162:8, 162:15, 164:13, 165:13, 173:22, 181:3, 184:24, 186:20, 188:21, 195:16, 198:14, 199:17, 204:4, 209:4, 209:15, 212:6, 212:9, 212:17, 212:18, 213:12, 215:19, 227:2, 227:10, 227:14, 227:18, 243:10, 243:22, 244:8, 251:9, 262:22, 274:11, 285:5, 287:11, 291:10, 295:1, 295:14, 297:2, 299:10
**COFFMAN** [1] - 32:7
**Coffman's** [37] - 8:18, 8:21, 9:5, 31:4, 31:5, 31:22, 107:25, 128:5, 130:11, 139:10, 149:7, 158:9, 167:12, 170:13, 182:2, 192:5, 197:3, 203:17, 203:21, 204:12, 205:15, 210:19, 210:22, 211:17, 215:9, 215:13, 227:24, 228:2, 228:8, 228:12, 228:18, 228:23, 244:1, 244:2, 247:3, 262:23, 293:17
**coffman's** [1] - 291:23
**cold** [2] - 192:18, 192:22
**colleague** [2] - 4:14, 7:13
**collect** [2] - 102:18, 102:19
**college** [1] - 5:9
**colors** [1] - 145:14
**Columbus** [3] - 47:25, 48:13, 54:4
**combination** [2] - 253:10, 255:14
**combined** [2] - 124:18, 192:18
**Comcast** [28] - 8:17, 27:21, 27:22, 27:24, 28:10, 28:12, 28:15, 28:17, 105:2, 105:25, 107:5, 107:6, 178:25, 181:10, 182:14, 182:23, 191:4, 256:18, 277:18, 278:12, 279:15, 280:5, 280:6, 280:11, 287:5, 287:6, 287:13, 287:14
**comcast** [1] - 178:25
**come** [41] - 6:16, 6:21, 6:23, 11:18, 19:25, 27:15, 27:24, 28:24, 29:2, 29:17, 61:7, 66:14, 70:24, 81:10, 81:15, 87:12, 94:23, 100:8, 105:15, 127:3, 131:3, 149:6, 170:21, 172:16, 175:1, 178:21, 215:22, 224:22, 225:2, 252:2, 256:20, 259:19, 260:25, 267:4, 268:15, 280:9, 282:10, 282:16, 282:19, 287:7, 287:8
**comes** [8] - 61:20, 169:21, 175:3,

258:13, 259:18, 267:24, 289:24, 289:25

**coming** [12] - 16:13, 18:23, 62:7, 79:1, 81:24, 88:10, 106:4, 117:9, 129:8, 157:13, 167:24, 273:22

**commence** [1] - 54:8

**comment** [8] - 205:14, 210:22, 215:10, 215:12, 215:13, 227:24, 228:18, 228:23

**commentary** [18] - 23:14, 40:18, 68:14, 95:1, 122:8, 122:10, 122:13, 122:15, 123:4, 123:5, 154:25, 155:6, 275:13, 276:14, 291:3, 292:23, 292:25, 296:13

**commented** [6] - 63:17, 216:2, 227:5, 227:10, 227:14, 262:2

**comments** [3] - 155:24, 215:19, 243:13

**commitment** [1] - 77:3

**committed** [3] - 77:6, 82:17, 298:20

**common** [35] - 8:16, 8:21, 13:14, 14:12, 14:14, 15:10, 23:25, 41:7, 51:10, 51:12, 82:4, 88:25, 123:1, 128:4, 138:16, 138:18, 164:12, 172:14, 184:1, 186:21, 188:23, 188:24, 191:17, 194:25, 198:14, 205:15, 254:13, 254:17, 254:20, 278:22, 279:11, 285:1, 285:24, 286:4

**commonality** [1] - 254:8

**companies** [9] - 44:17, 51:6, 51:11, 55:21, 97:24, 122:15, 122:17, 262:17, 268:15

**Companies** [4] - 147:20, 148:13, 247:5, 290:16

**companion** [1] - 65:6

**company** [80] - 17:14, 23:3, 23:8, 23:11, 26:12, 29:23, 33:20, 34:21, 39:25, 59:15, 62:7, 64:13, 71:16, 71:25, 73:6, 74:13, 86:20, 90:24, 91:4, 91:25, 92:14, 92:15, 93:5, 94:1, 94:19, 94:22, 116:10, 117:18, 118:1, 118:6, 118:15, 119:7, 119:8, 125:14, 129:2, 130:8, 130:14, 136:1, 138:3, 140:4, 140:8, 141:14, 141:19, 141:20, 142:4, 144:6, 144:10, 145:4, 151:12, 151:16, 152:1, 154:16, 160:17, 162:12, 167:23, 178:3, 180:16, 182:4, 183:6, 192:12, 192:13, 192:25, 193:1, 193:2, 194:6, 235:25, 236:6, 253:24, 261:17, 261:24, 262:8, 263:6, 268:3, 270:2, 271:5, 271:6, 271:14, 274:2

**company's** [25] - 18:14, 36:24, 44:18, 45:9, 49:10, 56:1, 63:8, 71:4, 89:6, 91:2, 91:7, 92:2, 93:13, 95:7, 116:25, 137:9, 141:24, 177:22, 258:19, 261:12, 263:8, 271:2, 271:17, 275:11, 275:20

**company-specific** [1] - 136:1

**comparable** [1] - 197:11

**compare** [4] - 76:5, 134:1, 253:24, 282:5

**compared** [4] - 23:10, 230:21, 267:12, 284:2

**compares** [1] - 69:9

**comparing** [3] - 237:1, 237:2, 284:7

**comparison** [1] - 296:8

**compelling** [2] - 8:23, 291:24

**compensate** [2] - 170:3, 174:6

**compensating** [1] - 170:7

**competing** [1] - 168:11

**competitive** [1] - 97:19

**complaining** [2] - 146:25, 158:1

**complaint** [47] - 30:4, 42:14, 103:15, 109:3, 110:5, 114:9, 128:12, 131:3, 131:13, 131:15, 159:24, 162:5, 165:23, 168:4, 168:19, 171:17, 175:8, 177:13, 177:14, 178:11, 178:13, 180:13, 180:14, 180:20, 182:20, 183:16, 184:7, 184:15, 184:19, 184:21, 184:22, 185:2, 185:11, 186:10, 191:19, 195:3, 217:14, 217:18, 218:3, 253:14, 258:17, 258:18, 259:13, 262:24, 263:1, 272:21, 279:1

**complaints** [1] - 177:21

**complementary** [2] - 99:2, 197:19

**complete** [9] - 29:4, 205:18, 206:2, 245:16, 245:20, 246:4, 246:7, 246:12, 246:16

**completed** [1] - 63:25

**completely** [15] - 101:21, 103:1, 104:12, 107:13, 141:19, 163:20, 181:14, 189:13, 193:14, 210:14, 274:5, 276:5, 276:19, 299:13

**completion** [7] - 59:25, 60:25, 62:21, 99:1, 99:8, 271:1, 285:18

**complicated** [3] - 172:9, 182:19, 188:19

**comply** [2] - 245:19, 255:15

**component** [1] - 140:11

**comports** [1] - 100:9

**compound** [2] - 91:1, 91:23

**compromise** [1] - 260:14

**computer** [2] - 1:25, 44:23

**computers** [1] - 15:16

**conceal** [1] - 36:9

**concealed** [8] - 30:13, 37:12, 69:21, 69:22, 94:19, 96:24, 120:21, 120:24

**concede** [10] - 202:12, 267:7, 267:18, 268:9, 269:9, 269:14, 269:17, 270:4, 275:17, 280:2

**conceded** [11] - 8:13, 123:8, 254:4, 254:5, 254:7, 264:13, 270:10, 270:18, 270:20, 277:23

**conceding** [1] - 267:17

**concentrated** [1] - 272:15

**concentrating** [2] - 18:20, 61:6

**concept** [1] - 123:18

**concern** [2] - 17:25, 239:10

**concerns** [3] - 9:18, 125:4, 261:12

**concessions** [1] - 266:13

**CONCHO** [2] - 1:9, 2:1

**concho** [1] - 90:25

**Concho** [139] - 4:11, 9:20, 12:12, 14:20, 15:5, 15:6, 16:9, 25:17, 25:20,

26:4, 26:18, 27:11, 34:25, 42:25, 43:1, 43:8, 44:2, 44:12, 44:17, 46:24, 49:16, 50:17, 51:5, 51:12, 52:5, 52:16, 53:6, 54:16, 55:13, 57:11, 58:22, 59:9, 60:6, 61:8, 62:2, 62:13, 64:9, 65:19, 67:9, 70:24, 70:25, 71:12, 71:13, 71:14, 72:7, 72:15, 72:20, 73:11, 73:18, 73:22, 74:1, 74:19, 74:21, 74:24, 75:4, 75:7, 75:22, 77:2, 78:3, 78:5, 79:9, 83:12, 83:14, 86:24, 88:12, 88:20, 92:4, 92:20, 93:3, 93:12, 95:5, 96:15, 97:8, 97:16, 98:6, 99:10, 99:25, 103:16, 110:6, 111:1, 116:16, 116:18, 118:1, 119:14, 119:17, 124:9, 128:3, 128:9, 129:15, 129:18, 130:19, 131:6, 132:6, 133:7, 136:17, 137:18, 146:1, 150:15, 160:7, 160:8, 161:14, 164:20, 164:22, 173:10, 175:10, 188:4, 191:21, 191:22, 191:25, 192:3, 192:6, 192:9, 192:10, 192:20, 192:24, 193:4, 193:11, 193:24, 194:12, 195:4, 195:12, 197:17, 203:22, 204:5, 204:6, 205:4, 207:20, 208:11, 222:15, 225:24, 236:1, 236:5, 239:24, 256:11, 262:17, 271:13, 273:4, 287:24

**Concho's** [22] - 46:16, 48:24, 76:2, 108:7, 128:7, 128:8, 128:25, 129:11, 146:21, 194:14, 202:8, 205:11, 206:18, 206:21, 247:14, 253:9, 263:5, 266:16, 270:24, 272:6, 273:9, 273:18

**conclude** [1] - 185:6

**conclusion** [1] - 221:12

**conclusively** [1] - 299:20

**conditions** [5] - 34:20, 36:23, 38:11

**conduct** [4] - 123:25, 205:3, 216:7, 247:15

**conducted** [4] - 218:25, 229:2, 229:7, 232:15

**conducting** [4] - 124:2, 283:6, 289:20, 290:3

**Conference** [4] - 51:5, 53:2, 57:18, 59:7

**conference** [9] - 15:21, 73:1, 73:2, 75:11, 114:15, 124:23, 144:13, 206:22, 271:25

**Conference....................................** [1] - 3:2

**conferences** [2] - 15:21, 51:6

**confidence** [2] - 61:3, 124:13

**confidential** [2] - 273:8, 278:20

**configurations** [1] - 17:22

**conflated** [1] - 221:14

**conflict** [7] - 256:20, 256:23, 256:24, 279:17, 279:18, 281:21, 281:23

**conflicts** [2] - 255:12, 256:17

**confounding** [4] - 39:25, 40:3, 40:8, 167:10

**confused** [1] - 165:14

**conjecture** [1] - 290:14

**connected** [1] - 95:17

**connecting** [1] - 240:8

**connection** [27] - 92:1, 93:22, 99:24, 135:14, 206:13, 213:10, 214:1, 238:8, 238:14, 238:16, 238:19, 239:4, 239:11, 239:13, 239:17, 239:24, 240:3, 240:5, 240:6, 240:10, 240:11, 240:14, 276:4, 276:5, 284:20, 294:20, 295:16
**connective** [1] - 168:22
**connects** [1] - 284:16
**consequences** [1] - 120:5
**consequential** [3] - 102:19, 120:9, 168:9
**conservative** [4] - 20:9, 261:24, 262:9, 275:22
**consider** [6] - 19:10, 40:25, 107:10, 293:24, 298:1, 299:1
**consideration** [2] - 10:11, 299:3
**considered** [32] - 122:4, 154:6, 205:19, 206:1, 206:3, 206:12, 207:13, 208:9, 208:12, 208:14, 210:24, 210:25, 211:9, 211:10, 211:13, 211:17, 211:19, 211:20, 213:10, 213:20, 213:22, 213:23, 213:24, 214:3, 214:4, 214:19, 214:21, 214:23, 293:7, 299:4
**considers** [1] - 160:21
**consist** [1] - 122:10
**consistent** [18] - 18:15, 18:18, 19:3, 28:8, 54:24, 100:12, 100:22, 102:16, 104:16, 121:15, 130:5, 162:22, 164:18, 184:3, 186:21, 203:12, 263:9, 267:15
**consistently** [2] - 97:17, 129:22
**consolidated** [2] - 42:13, 67:18
**constant** [5] - 125:8, 170:16, 171:7, 171:8, 173:3
**constituent** [1] - 208:7
**constitute** [1] - 122:13
**constructive** [1] - 249:22
**consulting** [2] - 127:16, 127:17
**consumer** [1] - 24:23
**contain** [3] - 245:20, 246:4, 246:7
**contained** [5] - 246:24, 246:25, 247:6, 247:10, 247:22
**contains** [5] - 65:15, 142:15, 225:18, 225:21, 245:24
**contemporaneous** [2] - 119:5, 151:14
**contemporaneously** [1] - 151:21
**content** [78] - 9:4, 9:7, 126:2, 126:10, 131:7, 133:1, 133:3, 136:9, 136:10, 147:2, 147:4, 147:5, 147:13, 147:16, 147:22, 148:6, 148:16, 148:19, 148:22, 149:7, 149:12, 149:13, 150:11, 151:1, 151:9, 152:3, 152:17, 153:24, 154:24, 158:20, 158:22, 159:4, 159:7, 159:25, 162:2, 205:4, 210:13, 211:25, 212:3, 212:14, 212:23, 215:6, 215:10, 215:14, 216:7, 219:5, 226:11, 226:19, 226:24, 227:3, 227:6, 228:3, 228:8, 228:13, 228:14, 229:3, 229:8, 229:12, 229:20, 249:6, 249:8, 283:23, 284:9, 288:17, 288:22, 289:14, 289:19, 290:3, 290:16, 290:19, 290:22, 290:25, 291:1, 294:11,

294:12, 296:20, 298:23, 300:6
**contents** [2] - 237:1, 281:8
**contested** [1] - 123:13
**contesting** [4] - 35:3, 42:20, 87:24, 260:9
**context** [19] - 12:7, 15:11, 19:10, 43:7, 43:10, 44:11, 50:23, 52:19, 57:4, 133:11, 218:18, 234:5, 239:22, 239:23, 241:6, 251:5, 284:7, 289:16, 289:23
**continue** [25] - 16:20, 22:15, 60:24, 61:8, 76:16, 78:9, 78:18, 80:4, 80:25, 82:14, 83:23, 83:24, 83:25, 84:6, 84:15, 84:19, 84:21, 84:22, 84:23, 84:24, 84:25, 86:17, 86:18, 271:7
**continued** [3] - 93:3, 98:24, 99:25
**continues** [3] - 64:9, 66:10, 115:5
**continuing** [3] - 22:14, 96:9, 129:22
**contours** [1] - 257:9
**contradict** [4] - 98:9, 98:12, 242:1, 294:22
**contradicted** [2] - 271:1, 271:9
**contrary** [5] - 22:18, 94:2, 257:8, 283:1, 283:2
**contrast** [1] - 101:4
**contrasts** [1] - 101:1
**contribute** [1] - 67:13
**contributed** [1] - 67:12
**control** [5] - 34:19, 36:22, 38:10, 97:18, 252:22
**controlling** [2] - 63:20, 136:4
**conversant** [1] - 34:17
**conversations** [1] - 232:18
**convey** [2] - 96:21, 96:22
**conviction** [2] - 18:24, 130:6
**convinced** [1] - 276:16
**convincing** [1] - 29:5
**copies** [1] - 31:16
**copy** [7] - 69:17, 112:8, 113:15, 114:21, 115:22, 228:16, 253:1
**core** [1] - 140:23
**corners** [1] - 247:10
**corporate** [1] - 51:10
**correct** [280] - 24:9, 24:17, 32:25, 33:7, 33:16, 33:22, 33:23, 34:17, 35:9, 35:14, 37:1, 37:4, 37:5, 38:5, 38:11, 38:12, 39:2, 39:6, 39:8, 39:18, 40:1, 41:14, 42:3, 44:18, 44:19, 44:22, 45:3, 45:7, 45:12, 45:15, 46:17, 46:25, 47:4, 47:19, 48:13, 49:1, 49:2, 50:3, 50:19, 50:24, 51:10, 52:18, 55:23, 59:2, 61:25, 62:21, 65:6, 67:11, 68:16, 69:13, 73:12, 73:23, 88:10, 88:13, 89:17, 90:2, 92:5, 92:12, 92:16, 92:18, 93:17, 93:21, 93:23, 94:6, 94:10, 96:16, 96:17, 96:18, 100:1, 100:9, 101:16, 102:3, 102:4, 102:6, 107:2, 110:14, 112:17, 112:21, 112:24, 113:1, 113:2, 113:4, 113:10, 113:13, 113:18, 114:10, 115:9, 115:10, 115:11, 115:12, 116:4, 116:20, 118:4, 119:1, 119:2, 122:22, 123:20, 123:21, 125:24,

130:16, 132:18, 134:14, 138:7, 138:14, 148:15, 156:18, 158:8, 162:25, 164:10, 175:7, 192:4, 199:4, 200:8, 200:19, 200:24, 201:3, 201:6, 201:9, 201:19, 202:3, 202:9, 202:10, 202:16, 202:20, 202:22, 203:15, 204:14, 204:16, 204:19, 205:1, 205:7, 205:12, 205:16, 205:19, 206:14, 207:12, 207:14, 207:17, 207:21, 207:22, 208:8, 208:11, 208:12, 208:15, 208:24, 209:5, 210:1, 210:16, 210:20, 210:23, 211:11, 211:21, 211:24, 212:2, 213:10, 213:19, 213:21, 215:2, 215:7, 215:8, 215:11, 215:16, 215:24, 215:25, 216:3, 216:4, 216:8, 216:14, 216:15, 216:25, 217:6, 217:9, 217:20, 218:11, 219:11, 219:12, 219:16, 219:17, 219:18, 219:19, 219:20, 220:15, 220:21, 220:25, 221:3, 221:9, 221:10, 221:15, 222:8, 222:9, 222:20, 223:1, 223:3, 223:6, 224:1, 224:6, 225:8, 226:19, 226:25, 227:1, 227:4, 227:8, 227:20, 227:24, 228:3, 228:4, 228:5, 228:6, 228:21, 228:25, 229:4, 229:5, 229:21, 230:22, 230:24, 231:10, 231:12, 231:16, 231:21, 232:2, 232:4, 232:7, 232:8, 232:20, 232:22, 232:23, 232:24, 233:2, 233:3, 233:14, 233:23, 235:15, 235:18, 236:7, 237:3, 238:10, 238:14, 238:15, 240:22, 241:3, 241:4, 241:14, 241:15, 241:16, 242:2, 242:14, 242:22, 243:3, 243:5, 243:6, 243:8, 243:11, 243:13, 243:24, 244:3, 244:20, 244:21, 245:4, 245:5, 245:8, 245:24, 245:25, 246:16, 246:19, 246:24, 247:7, 247:11, 247:16, 247:22, 248:2, 248:6, 248:8, 248:15, 249:9, 250:10, 282:15, 282:18, 296:12, 303:3
**corrected** [16] - 15:6, 19:9, 38:13, 49:16, 62:6, 73:10, 98:7, 99:14, 104:2, 134:12, 139:6, 149:21, 149:25, 166:1, 180:3, 287:1
**correcting** [2] - 62:8, 143:21
**correction** [10] - 20:2, 21:18, 89:4, 90:7, 90:8, 91:19, 91:21, 102:24, 106:14, 134:23
**corrective** [237] - 8:25, 12:11, 14:3, 14:17, 14:19, 16:18, 16:25, 18:13, 19:8, 21:10, 23:10, 23:16, 24:9, 25:2, 25:17, 26:8, 26:19, 26:23, 34:11, 36:10, 37:10, 38:8, 38:9, 38:13, 39:6, 39:12, 39:16, 39:23, 40:12, 41:12, 41:20, 41:23, 44:10, 64:19, 64:22, 65:1, 65:15, 66:2, 66:4, 66:12, 66:21, 67:1, 67:4, 69:12, 70:3, 72:12, 73:6, 73:8, 73:14, 73:16, 74:3, 88:25, 89:10, 89:13, 90:10, 90:15, 90:23, 91:12, 93:12, 93:16, 94:9, 94:25, 96:2, 98:23, 99:17, 99:21, 104:4, 104:6, 105:14, 107:1, 107:12, 107:20, 109:21, 111:12, 113:4, 113:5, 114:12, 114:22, 115:20, 117:15, 118:15, 118:25, 119:4, 119:21, 120:3, 121:1, 123:22, 123:24,

124:10, 124:21, 124:23, 130:2, 130:8, 130:18, 131:8, 131:10, 131:16, 131:20, 131:23, 132:10, 132:13, 133:2, 135:2, 135:3, 135:6, 135:7, 135:11, 135:14, 136:22, 137:2, 137:16, 137:25, 139:5, 139:20, 139:22, 141:1, 141:6, 141:10, 141:25, 142:9, 142:18, 142:25, 143:4, 143:10, 143:14, 143:20, 144:2, 144:4, 144:6, 144:12, 144:16, 145:12, 145:22, 146:18, 146:24, 147:2, 148:24, 149:16, 150:11, 150:15, 150:17, 151:14, 152:4, 153:25, 155:1, 155:13, 156:1, 156:5, 157:23, 159:9, 159:12, 162:25, 165:17, 166:9, 166:16, 166:17, 168:15, 168:21, 169:6, 169:18, 170:5, 170:19, 171:1, 186:24, 190:4, 190:5, 191:10, 200:22, 205:6, 209:2, 216:22, 223:7, 237:1, 237:6, 238:9, 239:17, 240:7, 247:21, 247:24, 248:1, 248:3, 248:10, 248:14, 248:16, 250:13, 250:19, 253:25, 258:11, 258:16, 259:15, 259:21, 260:4, 260:10, 262:14, 263:4, 263:10, 263:11, 263:17, 265:23, 267:24, 268:4, 270:12, 271:2, 271:9, 271:14, 271:20, 272:3, 272:8, 273:1, 273:11, 274:12, 275:6, 276:2, 276:9, 276:21, 278:14, 279:9, 281:9, 281:13, 281:18, 281:19, 282:6, 282:13, 282:14, 283:24, 284:7, 284:17, 284:22, 285:3, 285:7, 286:23, 296:5, 296:6, 296:8

**correctiveness** [1] - 168:22
**correctly** [4] - 85:20, 178:18, 189:17, 267:3
**corrects** [9] - 13:21, 13:22, 39:13, 41:24, 89:2, 90:11, 99:18, 167:24
**correlation** [1] - 14:2
**corroborate** [2] - 12:10, 13:8
**corroborated** [2] - 21:21, 25:7
**cost** [2] - 22:15, 168:8
**costs** [5] - 22:14, 63:21, 66:18, 66:19, 97:18
**Cotilletta** [5] - 4:15, 7:13, 7:16, 221:20, 249:5
**COTILLETTA** [116] - 1:17, 8:5, 10:2, 10:7, 11:2, 11:10, 112:7, 112:10, 112:12, 113:7, 113:8, 115:16, 115:18, 118:18, 118:22, 124:5, 124:6, 126:15, 198:21, 199:21, 199:23, 200:11, 200:16, 201:8, 201:11, 201:13, 201:15, 203:7, 203:9, 203:18, 203:20, 203:25, 204:3, 204:21, 204:23, 205:21, 205:25, 206:5, 206:11, 206:25, 207:5, 207:8, 207:10, 208:3, 208:5, 208:17, 208:19, 209:16, 209:21, 209:23, 210:4, 210:5, 210:7, 210:10, 211:4, 211:8, 217:1, 217:4, 217:25, 218:2, 218:20, 218:24, 219:21, 220:14, 221:23, 221:24, 223:10, 223:13, 223:20, 223:22, 226:7, 226:9, 226:16, 226:17, 226:21, 226:23, 230:3, 230:7, 233:4, 233:6, 234:1,

234:2, 235:2, 235:13, 238:2, 238:6, 239:7, 240:16, 240:19, 242:9, 242:11, 242:19, 242:20, 242:24, 243:1, 244:5, 244:7, 244:14, 244:16, 244:25, 245:3, 245:10, 245:12, 248:21, 248:24, 251:20, 292:18, 296:2, 296:12, 299:25, 300:3, 300:14, 300:21, 301:1, 301:3, 301:15

**cotilletta....** [1] - 3:11
**cotilletta.....** [1] - 3:8
**cotilletta.........................** [2] - 3:5, 3:16
**could** [65] - 25:17, 27:23, 28:24, 31:15, 31:16, 36:9, 40:2, 40:7, 51:12, 68:23, 69:17, 74:10, 81:12, 82:15, 93:2, 93:4, 95:17, 100:12, 103:25, 104:9, 104:14, 107:1, 110:10, 111:7, 118:7, 120:1, 120:3, 120:4, 125:10, 125:17, 127:13, 131:18, 134:19, 141:10, 141:12, 150:15, 150:20, 156:3, 162:10, 163:7, 168:1, 168:7, 178:17, 188:24, 190:12, 190:15, 195:17, 200:19, 201:8, 209:16, 217:11, 217:25, 221:20, 226:16, 235:14, 236:5, 242:1, 256:23, 272:3, 278:7, 278:13, 278:21, 279:8, 289:6
**couldn't** [8] - 174:3, 198:4, 198:11, 221:11, 241:14, 241:23, 273:12, 289:11
**Council** [1] - 127:20
**Counsel** [3] - 124:4, 251:19, 301:25
**counsel** [33] - 4:14, 4:16, 112:6, 112:15, 112:23, 113:10, 114:3, 114:8, 117:22, 118:9, 118:24, 120:12, 121:24, 123:7, 125:1, 125:9, 126:5, 126:8, 126:12, 136:17, 137:6, 138:9, 152:8, 222:23, 224:6, 224:7, 224:16, 224:22, 225:15, 225:23, 226:4, 296:22, 298:24
**count** [10] - 15:3, 37:16, 54:9, 66:19, 141:23, 142:6, 142:8, 258:24, 262:3, 262:6
**counted** [3] - 37:16, 37:18, 37:21
**counterfeit** [1] - 192:15
**counting** [1] - 147:8
**country** [2] - 295:7, 298:7
**County** [1] - 58:13
**couple** [22] - 22:24, 30:6, 53:12, 56:24, 66:10, 76:18, 79:1, 83:7, 85:7, 87:11, 96:5, 121:4, 131:2, 140:3, 143:16, 147:19, 161:10, 197:20, 248:4, 280:1, 280:15, 284:4
**course** [10] - 9:21, 11:17, 49:21, 116:18, 145:5, 177:20, 289:23, 296:17, 296:21, 299:2
**court** [8] - 4:2, 12:2, 29:2, 208:14, 214:11, 214:14, 245:15, 293:5
**COURT** [114] - 1:1, 4:3, 4:18, 5:8, 5:12, 5:20, 6:5, 6:13, 6:25, 7:7, 7:9, 7:16, 7:25, 8:2, 8:4, 10:1, 10:3, 10:23, 11:8, 12:17, 12:20, 13:11, 15:16, 31:10, 31:12, 31:19, 31:25, 32:6, 87:8, 87:11, 87:15, 112:6, 112:9, 115:14, 118:17,

124:4, 126:17, 126:19, 126:25, 127:2, 127:5, 127:7, 138:21, 164:24, 165:2, 165:6, 165:10, 166:6, 166:23, 166:25, 167:7, 167:9, 167:14, 167:18, 168:24, 169:3, 171:4, 171:15, 173:5, 174:2, 174:19, 175:6, 176:15, 177:11, 179:8, 180:5, 181:18, 182:25, 183:20, 194:11, 209:20, 221:22, 248:23, 249:2, 251:19, 251:22, 252:1, 252:19, 252:21, 253:2, 255:14, 255:18, 260:12, 265:4, 265:6, 265:25, 266:20, 267:2, 268:11, 268:21, 272:11, 272:14, 272:17, 272:22, 276:23, 277:20, 278:3, 278:11, 279:22, 288:13, 288:18, 292:10, 292:12, 292:14, 295:23, 296:10, 299:23, 300:1, 300:11, 300:20, 300:23, 301:2, 301:13, 301:24

**Court** [114] - 2:14, 2:15, 2:15, 11:11, 13:4, 13:18, 13:23, 14:18, 19:8, 20:15, 20:19, 20:22, 22:20, 23:20, 23:25, 25:4, 25:11, 30:8, 30:9, 32:18, 40:10, 41:6, 41:10, 87:14, 88:24, 105:25, 114:13, 114:21, 127:13, 134:2, 139:4, 139:9, 147:3, 148:3, 148:17, 148:19, 165:9, 172:13, 177:15, 180:13, 181:8, 221:7, 221:11, 221:14, 221:16, 221:18, 221:19, 221:25, 222:1, 222:3, 222:6, 228:16, 236:18, 236:25, 237:6, 237:10, 237:11, 248:3, 248:5, 248:9, 248:13, 252:12, 252:20, 256:5, 257:12, 257:22, 262:25, 264:24, 276:8, 277:15, 280:17, 280:20, 280:24, 281:16, 282:9, 282:10, 283:7, 283:14, 283:16, 283:17, 283:24, 285:4, 288:10, 289:4, 289:24, 290:5, 290:17, 290:18, 290:19, 291:13, 291:17, 291:20, 292:1, 292:2, 292:9, 293:4, 294:14, 295:6, 296:10, 298:16, 298:18, 298:25, 299:2, 301:20, 303:2, 303:6
**Court's** [6] - 144:15, 248:20, 282:4, 282:5, 286:22, 286:24
**courtroom** [1] - 7:20
**courts** [28] - 14:10, 22:21, 28:12, 28:16, 34:15, 35:12, 35:15, 37:6, 37:9, 40:25, 41:4, 41:6, 41:7, 42:6, 134:2, 147:17, 149:4, 168:15, 178:23, 179:2, 190:24, 279:15, 290:23, 291:5, 291:7, 293:3, 297:22
**cover** [2] - 112:20, 118:24
**covered** [2] - 155:3, 290:2
**covering** [1] - 154:16
**covers** [1] - 67:6
**cows** [1] - 70:24
**crafting** [1] - 225:16
**create** [7] - 74:9, 158:22, 159:1, 159:3, 256:24, 257:4, 260:2
**created** [7] - 42:17, 121:11, 225:12, 225:15, 225:23, 225:24, 275:25
**creates** [1] - 256:20
**creating** [2] - 74:12, 158:20

**credible** [1] - 250:5
**Credit** [3] - 262:1, 262:5, 262:16
**credited** [1] - 23:18
**critical** [3] - 41:15, 79:19, 131:24
**criticism** [2] - 197:3, 244:2
**Cross** [2] - 3:8, 3:11
**CROSS** [1] - 198:20
**cross** [18] - 6:2, 8:9, 9:22, 11:14, 11:18, 11:21, 31:23, 112:16, 126:5, 130:12, 137:4, 166:3, 170:13, 258:5, 264:19, 264:20, 285:5, 296:16
**Cross-Examination** [2] - 3:8, 3:11
**cross-examination** [11] - 11:14, 11:18, 11:21, 112:16, 126:5, 130:12, 137:4, 166:3, 170:13, 258:5, 285:5
**CROSS-EXAMINATION** [1] - 198:20
**crossed** [2] - 6:1, 9:6
**crosses** [2] - 5:22, 263:16
**crossing** [1] - 277:6
**CRR** [2] - 2:14, 303:2
**crude** [1] - 91:5
**CSR** [2] - 2:14, 303:2
**culprit** [1] - 261:6
**current** [3] - 77:16, 77:17, 118:3
**Current** [1] - 115:5
**currently** [3] - 54:9, 66:20, 196:12
**curtain** [1] - 272:23
**curves** [1] - 267:12
**customers** [1] - 151:23
**cut** [4] - 163:22, 249:7, 266:10, 276:11
**cutting** [1] - 277:13
**CW** [1] - 178:10
**CWs** [1] - 177:23
**CXO** [3] - 116:16, 116:18, 116:24
**CXO's** [1] - 262:7
**cycle** [1] - 258:20

## D

**D** [16] - 2:1, 4:1, 20:10, 42:14, 42:19, 87:21, 87:22, 157:18, 185:5, 185:20, 185:24, 254:7, 260:12, 266:13, 277:22
**da** [3] - 56:16
**Dallas** [2] - 2:7, 2:12
**damage** [8] - 29:6, 172:22, 173:2, 176:25, 179:13, 189:15, 190:12, 196:13
**damaged** [4] - 190:3, 195:11, 195:13, 196:21
**damages** [98] - 8:16, 8:21, 9:14, 10:24, 11:6, 13:1, 27:2, 27:6, 27:13, 27:17, 27:24, 28:1, 28:7, 28:13, 28:14, 31:2, 34:9, 100:5, 100:8, 100:11, 100:19, 100:21, 101:1, 101:2, 101:3, 102:19, 103:23, 103:25, 104:25, 107:10, 109:19, 111:4, 111:18, 119:10, 120:9, 120:10, 125:1, 125:2, 125:22, 128:4, 138:15, 138:16, 138:18, 164:12, 167:2, 168:5, 168:9, 168:11, 170:12, 172:5, 172:12, 172:24, 175:22, 177:6, 179:22, 182:15, 183:22, 184:1, 186:21, 186:25,

187:1, 188:5, 188:23, 188:24, 189:2, 189:3, 189:5, 189:7, 189:15, 189:19, 190:8, 190:10, 191:14, 191:17, 191:18, 192:5, 193:11, 193:24, 194:3, 194:25, 195:19, 195:20, 198:2, 198:14, 205:15, 254:19, 255:12, 256:24, 265:10, 278:23, 278:24, 279:11, 280:11, 287:4
**dangerous** [1] - 28:3
**darn** [1] - 97:22
**data** [16] - 77:17, 77:18, 108:11, 115:5, 117:4, 207:14, 207:15, 207:18, 208:7, 208:11, 269:1, 274:8, 274:9, 274:15, 278:16, 285:15
**date** [10] - 17:11, 54:18, 54:25, 57:24, 124:9, 135:7, 135:10, 159:2, 171:9, 203:12
**dates** [5] - 150:18, 254:4, 264:6, 265:8, 287:20
**Daubert** [15] - 11:19, 11:22, 252:8, 252:10, 258:3, 288:12, 289:21, 290:24, 294:2, 294:5, 294:10, 297:20, 298:14, 299:9, 300:4
**daunting** [1] - 258:1
**DAVID** [1] - 2:1
**David** [2] - 4:19, 285:25
**day** [41] - 6:3, 12:1, 18:12, 23:22, 31:13, 32:15, 48:25, 65:2, 65:7, 70:9, 75:11, 103:7, 105:6, 105:18, 105:19, 111:22, 135:20, 135:25, 157:22, 168:6, 170:5, 173:24, 176:10, 188:6, 231:15, 249:13, 255:9, 259:22, 260:9, 263:4, 265:2, 265:3, 265:16, 266:11, 271:4, 271:23, 273:23, 276:25, 278:14
**days** [9] - 37:17, 37:22, 248:4, 248:5, 248:13, 250:16, 264:6, 265:20, 288:3
**dead** [1] - 298:11
**deal** [7] - 4:6, 192:14, 196:2, 196:9, 255:20, 256:13, 301:16
**deals** [3] - 69:18, 272:2, 275:2
**dealt** [1] - 8:15
**death** [1] - 87:7
**DEBEER** [2] - 2:9, 5:5
**DeBeer** [1] - 5:5
**decade** [1] - 98:25
**December** [1] - 199:8
**decide** [2] - 51:23, 168:23
**decided** [2] - 236:18, 256:10
**decides** [1] - 298:24
**deciding** [2] - 291:8, 292:1
**decision** [4] - 285:18, 293:2, 293:3, 293:4
**decisions** [4] - 208:14, 211:20, 236:22, 297:25
**deck** [1] - 161:14
**decks** [2] - 113:10, 113:12
**declared** [1] - 259:2
**decline** [6] - 68:25, 69:1, 124:9, 124:21, 124:25, 135:3
**declines** [2] - 104:10, 107:9
**decrease** [1] - 170:21

**deemed** [1] - 171:10
**deep** [2] - 74:23, 117:7
**Deepwater** [2] - 167:22, 178:20
**defend** [1] - 278:14
**DEFENDANT** [1] - 2:9
**defendant** [4] - 16:4, 271:4, 274:25, 283:13
**Defendant** [12] - 185:18, 266:16, 270:23, 271:15, 271:24, 272:5, 273:3, 273:11, 273:14, 274:10, 275:11, 275:21
**Defendants** [1] - 108:9
**defendants** [67] - 4:20, 4:22, 4:24, 5:2, 5:21, 8:13, 10:4, 15:13, 15:20, 16:15, 16:23, 17:4, 18:17, 29:24, 30:10, 30:13, 30:23, 30:25, 31:22, 35:13, 35:18, 37:25, 40:13, 42:12, 87:20, 121:10, 123:8, 138:13, 169:17, 177:17, 178:21, 202:5, 202:12, 237:14, 252:4, 253:7, 254:18, 255:5, 255:13, 256:17, 257:10, 257:12, 257:15, 257:22, 259:1, 260:2, 260:6, 262:25, 264:8, 264:11, 265:1, 267:7, 270:20, 271:18, 271:25, 272:1, 273:1, 276:11, 276:18, 277:13, 282:24, 290:10, 290:12, 293:8, 297:6
**DEFENDANTS** [1] - 2:1
**defendants'** [10] - 125:4, 211:14, 215:23, 237:22, 256:10, 257:8, 257:24, 258:5, 277:22, 279:14
**defending** [2] - 108:20, 290:10
**defense** [17] - 112:15, 112:23, 113:10, 114:3, 114:7, 118:9, 123:7, 125:9, 126:5, 126:8, 148:18, 179:16, 222:23, 224:5, 224:7, 224:22, 225:23
**defer** [1] - 10:18
**define** [6] - 165:16, 234:4, 241:5, 241:11, 241:13, 241:23
**defined** [1] - 266:20
**definitely** [1] - 16:20
**definition** [13] - 41:25, 46:1, 47:14, 227:15, 227:19, 228:24, 229:1, 238:14, 241:7, 241:14, 254:22, 274:19
**degradation** [1] - 117:5
**degree** [3] - 44:7, 119:18, 127:23
**degrees** [2] - 127:22, 127:23
**Delaware** [13] - 46:4, 46:8, 46:20, 48:6, 49:12, 53:25, 55:9, 66:24, 71:18, 77:13, 93:14, 95:8, 272:17
**deleterious** [1] - 85:12
**deliver** [4] - 91:4, 158:2, 185:22, 273:16
**delivered** [5] - 63:7, 65:24, 93:12, 95:6, 261:18
**Delivered** [1] - 49:10
**delivering** [1] - 63:18
**delta** [3] - 170:6, 170:12, 188:16
**demand** [2] - 24:23, 25:4
**demonstrate** [1] - 37:3
**demonstrated** [3] - 36:13, 63:22, 97:17
**demonstrates** [2] - 137:11, 203:13

**denial** [1] - 102:9
**denied** [7] - 28:21, 102:7, 237:19, 264:5, 280:4, 297:18, 299:8
**dennis** [1] - 201:8
**Dennis** [29] - 4:17, 199:21, 200:11, 200:14, 201:13, 203:7, 203:18, 203:25, 204:21, 205:21, 205:23, 206:8, 206:25, 207:8, 209:16, 210:4, 210:7, 211:7, 218:20, 223:20, 226:7, 226:16, 226:22, 240:16, 242:19, 242:24, 244:6, 244:14, 244:25
**dense** [3] - 79:2, 85:8, 129:2
**densely** [10] - 43:21, 74:22, 77:18, 84:4, 84:10, 115:6, 115:8, 115:11, 116:15, 263:6
**densities** [1] - 81:21
**density** [1] - 80:14
**deny** [1] - 299:9
**denying** [1] - 290:24
**department** [1] - 283:5
**depend** [2] - 110:21, 212:23
**depended** [1] - 212:15
**dependent** [1] - 112:1
**depending** [2] - 83:4, 175:11
**depends** [1] - 27:16
**deploying** [1] - 80:13
**deposition** [24] - 24:8, 212:4, 212:12, 212:21, 218:16, 219:7, 224:12, 225:1, 225:3, 225:5, 225:14, 225:15, 229:6, 239:5, 245:23, 246:5, 246:10, 246:12, 246:15, 247:8, 247:9, 249:6, 293:15, 293:20
**depth** [3] - 122:16, 295:14, 298:4
**derivatives** [1] - 76:3
**describe** [10] - 80:13, 100:11, 101:8, 132:3, 137:21, 147:3, 188:21, 188:24, 191:5, 217:11
**described** [8] - 70:12, 80:15, 95:15, 120:23, 129:1, 132:1, 137:7, 258:1
**describes** [1] - 66:18
**describing** [9] - 44:8, 88:23, 103:2, 106:2, 107:14, 130:3, 137:14, 143:4, 146:4
**design** [6] - 59:25, 71:6, 79:19, 99:1, 99:9, 271:1
**designed** [3] - 17:12, 77:14, 297:10
**designs** [1] - 60:25
**desk** [1] - 31:18
**despite** [3] - 259:4, 259:6, 259:7
**detail** [1] - 144:12
**detailed** [3] - 43:15, 105:20, 106:5
**deterioration** [1] - 262:7
**determination** [1] - 28:17
**determine** [6] - 34:20, 36:21, 36:23, 111:20, 148:23, 239:12
**determined** [5] - 34:25, 105:23, 229:23, 230:9, 254:17
**determining** [2] - 186:24, 235:6
**develop** [2] - 46:16, 82:23
**developed** [4] - 34:15, 77:17, 79:2,

115:6
**developing** [2] - 18:22, 52:2
**development** [105] - 14:24, 16:1, 16:6, 16:12, 16:14, 16:19, 17:5, 18:4, 18:5, 19:2, 25:21, 30:24, 43:3, 43:6, 43:17, 49:11, 51:22, 52:12, 52:17, 53:11, 54:4, 54:5, 54:14, 55:14, 58:16, 58:23, 59:25, 60:19, 63:20, 64:10, 70:1, 70:11, 70:12, 71:15, 72:8, 72:16, 72:21, 76:23, 77:2, 77:4, 77:5, 77:9, 77:19, 77:25, 78:7, 78:8, 91:25, 93:13, 93:25, 94:3, 94:21, 95:2, 95:7, 96:4, 98:16, 98:25, 99:3, 99:7, 99:11, 110:7, 111:11, 111:22, 113:17, 113:21, 114:10, 116:25, 128:9, 128:13, 128:14, 128:15, 129:12, 129:16, 129:19, 130:3, 130:5, 130:7, 131:2, 143:19, 155:12, 161:20, 171:21, 173:8, 173:10, 177:22, 177:25, 182:5, 188:2, 253:10, 259:3, 259:10, 260:5, 261:13, 262:10, 263:8, 266:7, 269:12, 269:23, 270:24, 271:3, 274:2, 274:20, 285:15, 286:10, 286:15
**developmental** [1] - 253:11
**developments** [7] - 18:15, 18:19, 52:6, 70:17, 82:21, 103:18, 273:19
**deviated** [2] - 107:13, 120:6
**dictated** [1] - 11:13
**did** [158] - 4:5, 6:16, 9:22, 12:3, 15:13, 20:8, 24:17, 25:8, 29:22, 30:1, 31:4, 35:21, 35:24, 36:2, 38:9, 40:17, 45:6, 55:14, 68:18, 69:12, 70:19, 70:24, 71:14, 72:15, 72:20, 74:19, 74:20, 74:24, 75:4, 75:7, 78:3, 78:5, 80:22, 80:23, 83:14, 92:9, 94:23, 95:10, 97:8, 98:11, 99:16, 102:10, 102:12, 106:16, 113:14, 115:19, 115:21, 117:1, 122:24, 122:25, 123:8, 123:24, 124:1, 124:2, 126:1, 126:5, 126:8, 126:11, 126:12, 132:24, 133:1, 133:2, 136:17, 140:25, 148:10, 148:16, 150:6, 150:23, 150:25, 151:9, 151:21, 152:3, 152:8, 152:13, 153:12, 153:24, 159:3, 159:7, 159:13, 159:17, 159:21, 159:22, 159:25, 160:16, 162:2, 164:14, 170:16, 175:10, 175:17, 180:15, 181:8, 184:22, 186:5, 196:14, 199:17, 202:5, 212:1, 212:14, 212:18, 213:1, 213:3, 213:6, 213:8, 213:9, 213:17, 213:20, 214:25, 215:5, 216:6, 217:14, 217:18, 220:23, 221:6, 224:22, 228:25, 229:8, 229:9, 230:1, 230:17, 230:18, 230:19, 230:20, 233:1, 236:12, 236:13, 236:16, 236:17, 237:11, 238:12, 238:13, 241:2, 241:23, 243:20, 246:3, 246:12, 246:15, 247:20, 248:16, 248:17, 248:19, 253:17, 255:7, 256:21, 257:14, 257:15, 262:18, 276:7, 277:18, 280:3, 287:24, 293:16, 293:24, 298:20
**Did** [1] - 24:9
**didn't** [74] - 6:15, 20:10, 36:5, 41:3,

67:13, 68:25, 74:22, 82:7, 92:8, 92:11, 95:9, 95:11, 98:4, 98:11, 105:8, 110:21, 117:22, 118:24, 124:4, 132:15, 140:16, 140:17, 152:14, 154:18, 161:21, 175:1, 178:17, 178:19, 181:22, 184:22, 194:11, 194:12, 202:8, 209:25, 211:23, 212:3, 212:12, 212:23, 213:14, 213:25, 227:14, 230:19, 238:22, 239:3, 239:4, 239:5, 240:12, 247:15, 248:1, 248:14, 248:17, 248:23, 251:1, 254:21, 255:15, 255:19, 255:22, 257:9, 267:4, 274:8, 274:15, 278:2, 278:5, 283:25, 284:1, 284:13, 293:22, 297:4, 298:12, 298:15, 299:9, 301:16
**difference** [21] - 29:11, 102:12, 103:5, 105:7, 106:11, 119:12, 160:23, 165:18, 167:7, 167:25, 172:25, 177:10, 179:11, 182:19, 187:1, 187:4, 188:7, 215:21, 235:20, 253:20
**differences** [2] - 188:10, 188:14
**different** [60] - 10:25, 15:20, 18:24, 29:7, 29:8, 37:16, 37:17, 51:24, 56:25, 60:25, 81:13, 96:6, 96:10, 96:13, 100:20, 101:21, 102:25, 103:1, 103:20, 104:13, 112:20, 113:10, 113:17, 121:4, 122:19, 125:17, 129:25, 133:19, 133:22, 140:1, 149:23, 150:9, 150:18, 151:7, 153:6, 153:8, 160:13, 160:14, 168:1, 190:12, 194:18, 219:5, 225:9, 225:10, 239:19, 246:22, 254:10, 265:10, 265:24, 266:4, 270:7, 270:8, 270:9, 274:5, 282:19, 283:14, 284:6, 294:7
**differently** [2] - 102:1, 294:3
**differs** [1] - 165:17
**difficult** [2] - 117:9, 157:13
**dig** [1] - 297:11
**digestible** [2] - 291:12, 291:16
**diluted** [1] - 93:5
**direct** [22] - 5:19, 5:21, 5:25, 8:7, 9:1, 9:22, 11:13, 100:14, 107:25, 108:5, 112:8, 112:19, 139:10, 162:19, 199:16, 199:18, 246:21, 247:25, 291:23, 295:2, 295:14, 299:11
**Direct** [2] - 3:11, 200:1
**DIRECT** [2] - 32:9, 127:11
**directing** [1] - 6:10
**directly** [17] - 69:18, 89:18, 94:17, 95:11, 97:11, 97:12, 98:9, 98:11, 98:13, 157:11, 160:18, 160:19, 261:15, 271:1, 271:9, 272:7, 273:11
**director** [1] - 127:15
**disabused** [1] - 49:16
**disaggregate** [2] - 28:25, 40:5
**disagree** [8] - 37:19, 74:4, 74:14, 95:19, 154:13, 161:9, 263:12, 278:2
**disappointing** [8] - 25:3, 94:4, 140:5, 140:6, 171:19, 171:20, 258:24, 261:6
**disavowed** [1] - 49:16
**disbelieve** [1] - 241:24

**discerning** [2] - 289:15, 291:3
**discipline** [2] - 285:14, 285:20
**disciplined** [1] - 271:14
**disclaim** [1] - 108:21
**disclaimed** [2] - 107:18, 108:16
**disclaiming** [2] - 109:5, 109:11
**disclose** [6] - 94:20, 111:7, 118:8, 175:11, 214:19, 287:25
**disclosed** [12] - 42:1, 94:22, 119:16, 120:3, 178:17, 253:19, 262:19, 275:14, 278:14, 278:21, 279:4, 279:8
**disclosed/revealed** [1] - 34:5
**disclosing** [3] - 118:5, 118:19, 140:4
**disclosure** [193] - 8:25, 12:11, 14:3, 16:18, 16:25, 18:13, 23:10, 23:16, 24:9, 24:17, 25:2, 26:8, 26:19, 26:23, 36:11, 37:11, 38:8, 38:9, 38:13, 39:6, 39:12, 39:16, 39:23, 40:12, 41:12, 41:20, 41:23, 42:3, 50:14, 64:22, 65:1, 65:15, 66:2, 69:12, 70:4, 72:12, 73:6, 73:8, 73:14, 74:3, 89:14, 90:10, 90:15, 90:23, 91:12, 93:12, 94:25, 96:2, 99:21, 104:4, 104:23, 105:14, 107:13, 107:20, 109:21, 111:12, 113:4, 113:6, 114:12, 115:20, 117:15, 118:15, 118:21, 118:25, 119:4, 119:21, 120:3, 121:1, 123:22, 123:24, 124:10, 130:2, 130:8, 130:18, 131:8, 131:11, 131:16, 131:20, 131:23, 132:10, 132:13, 133:2, 135:2, 135:3, 135:6, 136:22, 137:2, 137:16, 137:25, 138:1, 139:22, 140:5, 142:10, 143:1, 143:5, 143:20, 144:3, 144:12, 144:16, 145:12, 145:22, 146:18, 148:24, 149:16, 150:12, 150:16, 152:4, 153:25, 155:1, 156:5, 157:23, 159:9, 159:13, 162:25, 165:17, 166:9, 166:16, 166:17, 167:5, 168:15, 168:21, 169:6, 169:18, 169:19, 170:5, 170:20, 171:2, 186:24, 190:4, 190:5, 191:10, 205:6, 209:2, 216:22, 223:7, 237:1, 237:7, 238:10, 239:17, 240:7, 247:21, 247:25, 248:1, 248:3, 249:22, 250:13, 250:19, 253:25, 258:16, 259:15, 259:21, 260:1, 262:15, 263:5, 263:11, 263:17, 265:23, 268:5, 270:12, 271:2, 271:10, 271:15, 271:21, 272:3, 272:8, 273:12, 274:13, 275:6, 276:9, 276:24, 279:9, 281:9, 281:13, 281:19, 282:13, 282:14, 283:12, 283:24, 284:7, 284:17, 284:22, 285:3, 285:7, 286:23, 293:20, 294:4, 296:5, 296:6, 296:9, 300:12
**disclosures** [36] - 12:12, 14:17, 14:20, 19:9, 21:10, 34:11, 44:11, 64:19, 65:3, 86:22, 89:1, 89:10, 93:16, 94:9, 98:23, 99:17, 104:6, 114:22, 122:18, 124:21, 139:5, 146:25, 147:2, 151:14, 248:10, 248:14, 248:16, 258:12, 260:4, 273:2, 276:2, 276:21, 281:18, 282:6
**disconnects** [1] - 28:14
**discounted** [1] - 68:8

**discovery** [1] - 274:19
**discrepancies** [6] - 151:6, 230:22, 231:24, 232:12, 232:22, 232:24
**discuss** [1] - 6:16
**discussed** [8] - 50:23, 65:6, 117:6, 137:4, 147:21, 236:25, 263:16, 290:17
**discussing** [1] - 240:7
**discussion** [4] - 48:19, 66:22, 122:17, 270:6
**discussions** [1] - 224:12
**dismiss** [4] - 19:20, 177:13, 177:15, 262:25
**dismissal** [3] - 19:16, 19:18, 30:8
**dismissed** [1] - 265:15
**dispersed** [3] - 272:6, 272:10, 272:13
**dispositive** [1] - 291:6
**disprove** [5] - 219:14, 220:8, 276:5, 295:5, 296:24
**disproving** [1] - 220:12
**dispute** [3] - 8:20, 37:22, 202:5
**disputing** [2] - 106:21, 254:18
**disseminated** [2] - 33:24, 34:2
**dissipated** [1] - 101:7
**distinct** [1] - 166:14
**distinction** [2] - 107:22, 246:9
**distorted** [1] - 71:12
**distributed** [1] - 51:14
**District** [10] - 2:15, 2:16, 199:2, 200:5, 236:9, 255:25, 293:4, 297:13, 303:2
**DISTRICT** [3] - 1:1, 1:1, 1:13
**district** [2] - 28:12, 297:22
**disturbs** [1] - 9:16
**dive** [2] - 117:7, 128:6
**diversity** [1] - 53:13
**divide** [1] - 20:4
**DIVISION** [1] - 1:2
**do** [246] - 4:7, 4:12, 5:16, 7:21, 9:9, 9:10, 10:24, 11:20, 15:25, 18:23, 31:3, 31:12, 31:25, 34:19, 34:23, 36:22, 41:4, 41:10, 42:5, 43:23, 45:21, 45:23, 46:10, 47:2, 47:11, 47:24, 48:10, 48:20, 49:13, 50:8, 50:12, 52:3, 52:14, 53:21, 54:3, 54:6, 54:11, 55:8, 55:24, 56:11, 57:3, 57:9, 58:20, 59:20, 59:22, 60:4, 61:18, 61:22, 62:18, 63:9, 63:23, 64:3, 64:11, 64:16, 64:21, 64:24, 66:1, 68:2, 69:24, 73:4, 76:25, 78:16, 79:5, 80:11, 82:19, 83:2, 83:5, 85:9, 86:7, 89:22, 90:4, 93:20, 94:8, 97:20, 103:15, 105:8, 105:10, 105:22, 106:9, 108:22, 109:15, 110:8, 111:24, 114:15, 114:24, 115:3, 115:22, 115:24, 116:7, 116:21, 117:3, 117:10, 117:20, 118:11, 121:25, 122:5, 123:9, 125:6, 126:23, 129:22, 132:2, 132:12, 137:11, 138:10, 138:11, 140:18, 145:17, 148:10, 148:22, 149:1, 149:13, 151:2, 151:3, 155:14, 159:1, 161:10, 164:5, 165:12, 168:24, 169:1, 170:19, 171:12, 173:22, 175:16, 176:25, 179:23, 181:1, 181:9, 181:11,

181:19, 181:20, 182:11, 183:5, 184:13, 188:6, 189:12, 189:21, 191:6, 191:13, 196:2, 196:5, 196:7, 198:16, 199:13, 199:16, 200:2, 201:19, 201:25, 204:9, 204:15, 205:1, 205:9, 208:20, 212:21, 215:3, 218:3, 218:7, 221:17, 223:15, 223:18, 223:23, 224:7, 224:16, 228:1, 228:13, 229:6, 229:12, 230:12, 230:13, 230:17, 231:5, 231:6, 233:10, 233:16, 236:16, 236:21, 236:24, 237:6, 237:14, 239:11, 239:15, 240:1, 242:13, 243:2, 243:7, 244:1, 244:10, 244:11, 244:17, 252:25, 255:23, 256:25, 260:12, 260:16, 265:1, 265:15, 269:4, 269:5, 269:6, 269:9, 271:23, 273:12, 275:9, 276:23, 276:25, 277:3, 277:16, 278:8, 283:16, 283:17, 284:18, 285:10, 286:18, 287:15, 287:18, 287:19, 289:12, 293:20, 293:21, 294:14, 296:4, 296:7, 296:11, 296:21, 297:1, 297:2, 297:8, 297:10, 298:24, 299:25, 300:12, 300:25, 301:8, 301:11, 301:20, 303:3
**Do** [1] - 196:1
**doctrine** [1] - 109:4
**document** [3] - 21:21, 65:16, 200:12
**documents** [1] - 206:15
**does** [96] - 6:5, 9:2, 9:7, 12:25, 13:7, 27:12, 45:25, 74:12, 82:20, 89:17, 93:16, 93:21, 96:15, 96:18, 98:9, 98:12, 105:10, 105:11, 108:23, 108:25, 109:11, 117:25, 120:15, 121:16, 122:7, 122:10, 123:2, 124:19, 126:10, 128:9, 134:1, 135:4, 135:17, 135:19, 136:18, 139:23, 139:25, 140:7, 140:8, 141:9, 141:10, 142:3, 142:21, 143:12, 144:1, 147:10, 149:5, 149:13, 153:13, 154:19, 155:6, 158:25, 160:8, 160:9, 160:16, 161:16, 162:16, 163:23, 163:25, 178:15, 183:13, 192:5, 194:11, 194:19, 214:21, 215:9, 215:13, 215:17, 215:18, 215:21, 219:14, 220:2, 220:3, 220:8, 228:11, 228:17, 228:22, 233:8, 246:3, 251:4, 254:5, 255:14, 256:20, 258:6, 263:17, 264:21, 279:1, 282:3, 282:10, 282:13, 282:14, 286:23, 287:21, 296:25, 298:9
**doesn't** [64] - 39:6, 68:7, 74:14, 89:17, 90:8, 94:17, 96:17, 96:18, 105:3, 105:10, 107:22, 109:16, 109:22, 120:16, 133:17, 135:8, 135:12, 136:2, 142:5, 142:22, 143:13, 156:18, 161:7, 162:20, 162:24, 171:13, 171:15, 171:16, 174:19, 186:21, 189:12, 189:20, 189:22, 190:10, 191:7, 191:18, 198:16, 201:12, 214:2, 215:12, 216:4, 220:11, 222:17, 237:18, 246:7, 250:25, 256:9, 258:10, 260:25, 264:18, 264:20, 265:8, 280:21, 282:18, 286:4, 288:7, 293:17, 294:18, 294:23, 297:4, 297:5, 298:1, 301:19

**doing** [33] - 7:14, 52:5, 53:15, 58:22, 73:11, 80:18, 109:24, 122:24, 127:17, 137:10, 151:1, 151:22, 154:24, 158:2, 169:3, 169:4, 177:24, 178:7, 182:12, 189:15, 198:22, 209:10, 217:8, 228:1, 229:17, 262:4, 266:18, 268:23, 273:23, 275:15, 278:17, 278:21, 299:14
**DOJ** [1] - 281:20
**dollar** [5] - 68:2, 170:16, 171:7, 171:8, 173:3
**dollars** [1] - 194:21
**dominates** [1] - 173:11
**Dominator** [145] - 14:23, 15:7, 15:13, 15:19, 15:23, 16:24, 16:25, 17:5, 17:12, 17:15, 17:20, 18:3, 18:6, 30:23, 50:8, 50:10, 50:15, 50:23, 51:20, 54:5, 54:9, 55:9, 57:22, 58:12, 58:24, 58:25, 59:12, 59:19, 60:6, 62:15, 62:20, 64:14, 70:25, 71:3, 71:15, 71:24, 72:2, 72:6, 72:10, 72:13, 72:19, 72:22, 74:25, 75:2, 75:8, 77:13, 77:14, 78:4, 79:4, 79:15, 79:20, 80:2, 80:19, 80:23, 82:9, 83:10, 83:22, 84:5, 84:7, 84:11, 84:14, 85:5, 85:14, 85:25, 86:1, 86:8, 86:9, 86:13, 86:14, 86:23, 86:24, 88:10, 88:13, 92:4, 97:1, 103:18, 105:17, 108:13, 111:2, 111:11, 111:16, 111:21, 111:22, 114:9, 115:8, 115:14, 116:24, 128:23, 128:25, 129:11, 130:12, 130:15, 130:20, 132:15, 132:21, 139:18, 142:16, 142:18, 142:22, 143:2, 143:5, 143:7, 155:11, 156:6, 157:10, 157:25, 166:2, 171:20, 173:9, 173:11, 173:12, 173:17, 174:1, 174:19, 175:1, 175:3, 175:13, 176:19, 176:21, 178:13, 179:18, 186:4, 258:17, 258:19, 259:17, 259:18, 262:24, 263:2, 263:3, 263:7, 268:7, 270:14, 271:12, 272:9, 274:9, 274:15, 276:15, 276:16, 285:9, 285:23, 286:5, 286:20
**dominator** [1] - 128:24
**Dominator's** [1] - 275:7
**don't** [210] - 6:25, 7:5, 7:9, 7:19, 10:15, 12:16, 13:3, 13:15, 13:19, 21:25, 27:25, 29:3, 31:10, 32:14, 32:16, 33:8, 33:12, 34:12, 37:2, 37:9, 37:18, 37:21, 37:22, 40:20, 40:21, 42:20, 43:15, 47:14, 49:19, 50:16, 50:22, 51:14, 54:25, 57:13, 59:5, 60:8, 60:9, 60:10, 64:24, 66:14, 68:21, 68:23, 69:9, 73:20, 73:24, 74:4, 76:14, 77:5, 78:1, 79:13, 84:5, 86:19, 87:8, 89:3, 89:13, 89:15, 90:18, 91:19, 92:6, 92:10, 92:13, 93:2, 95:8, 97:23, 107:6, 109:4, 109:15, 111:16, 114:1, 114:2, 114:5, 131:9, 132:17, 140:20, 148:4, 154:13, 155:12, 155:14, 156:3, 159:22, 160:20, 161:11, 163:6, 163:20, 163:21, 164:25, 165:2, 170:10, 172:14, 172:19, 177:18, 178:21, 181:11, 183:19, 190:17, 191:13, 199:5,

199:19, 200:9, 201:9, 202:7, 202:21, 203:24, 204:13, 207:22, 209:13, 213:16, 214:8, 215:1, 218:9, 218:12, 220:5, 221:4, 221:5, 221:6, 221:17, 221:22, 222:1, 222:2, 224:24, 225:5, 225:8, 225:20, 226:20, 227:1, 228:4, 228:5, 228:6, 228:21, 229:5, 229:9, 229:11, 232:9, 236:2, 236:17, 236:19, 237:4, 237:5, 237:8, 237:13, 237:16, 237:21, 237:24, 238:16, 238:19, 239:5, 239:23, 240:1, 240:13, 241:10, 241:11, 241:17, 241:21, 241:22, 241:23, 243:17, 243:18, 243:19, 244:19, 245:7, 245:19, 246:25, 247:12, 247:20, 253:25, 258:13, 258:14, 259:22, 260:9, 260:10, 265:19, 265:20, 265:21, 265:25, 267:18, 268:16, 269:5, 270:5, 270:11, 272:22, 274:11, 274:13, 274:25, 275:8, 276:17, 276:18, 277:12, 278:15, 279:18, 280:2, 280:25, 281:1, 281:2, 281:14, 287:9, 287:16, 288:11, 289:11, 290:9, 295:10, 295:11, 296:20, 297:11, 298:19, 299:4, 300:16, 300:24
**done** [39] - 10:11, 16:5, 21:3, 22:3, 33:11, 39:4, 61:1, 64:23, 72:8, 99:11, 105:15, 147:12, 148:17, 148:19, 149:2, 149:3, 151:15, 158:23, 175:14, 177:24, 188:21, 213:14, 229:12, 245:11, 251:23, 273:25, 274:6, 274:19, 279:19, 281:14, 282:24, 282:25, 283:11, 284:10, 287:2, 287:15, 292:8, 294:13
**doomed** [2] - 296:22, 296:23
**dose** [8] - 14:12, 14:14, 15:10, 23:24, 41:7, 82:4, 88:25, 285:1
**dot** [1] - 145:12
**dots** [1] - 145:9
**doubt** [3] - 27:19, 27:20, 107:15
**doughnut** [1] - 88:17
**doughnut-looking** [1] - 88:17
**down** [35] - 4:17, 15:3, 15:24, 32:17, 42:13, 52:8, 59:12, 59:20, 64:7, 66:7, 67:7, 70:8, 76:16, 78:9, 80:4, 81:16, 81:24, 83:19, 84:15, 117:3, 121:9, 126:19, 129:8, 164:23, 169:20, 186:2, 192:23, 193:6, 193:18, 203:18, 209:18, 251:22, 262:4, 281:7, 285:19
**down-spaced** [1] - 81:16
**downplayed** [1] - 108:10
**dozen** [1] - 214:16
**dozens** [3] - 74:20, 75:9, 214:15
**draft** [1] - 224:12
**drafted** [1] - 224:5
**drafting** [1] - 225:4
**dramatic** [1] - 274:3
**draw** [9] - 24:24, 114:23, 115:25, 116:6, 221:11, 233:7, 234:3, 238:3, 295:16
**drawing** [2] - 75:1, 273:13
**drill** [5] - 58:16, 74:23, 171:23, 268:16, 268:25

**drilled** [8] - 18:7, 58:13, 62:20, 266:22, 286:2, 286:6, 286:14, 286:21
**drilling** [13] - 30:11, 43:24, 52:10, 54:8, 91:9, 92:11, 94:20, 108:12, 175:5, 267:5, 268:13, 285:18, 286:10
**drive** [2] - 4:8, 271:7
**driver** [1] - 267:19
**driving** [3] - 64:1, 69:1, 300:10
**drop** [41] - 8:25, 13:15, 13:17, 13:20, 108:25, 109:2, 134:6, 134:8, 135:8, 135:17, 135:18, 139:22, 140:6, 141:8, 141:11, 142:2, 142:20, 143:11, 145:13, 154:4, 154:12, 154:13, 154:14, 167:17, 170:12, 170:24, 173:22, 174:7, 177:1, 177:5, 177:8, 186:23, 193:22, 194:12, 194:19, 195:15, 195:20, 195:21, 195:22, 281:6
**dropped** [1] - 194:14
**dropping** [1] - 167:23
**drops** [5] - 135:2, 135:10, 138:1, 170:2, 170:23
**drove** [1] - 70:8
**dry** [4] - 172:4, 172:23, 174:21, 268:18
**due** [8] - 39:20, 39:24, 40:2, 40:4, 40:7, 202:24, 205:11
**duly** [2] - 32:8, 127:10
**duration** [1] - 91:6
**during** [48] - 6:18, 6:19, 11:3, 11:5, 23:11, 29:22, 30:1, 35:1, 37:18, 44:8, 44:12, 63:25, 64:14, 66:19, 79:10, 105:6, 105:17, 105:18, 110:22, 111:8, 119:15, 119:24, 128:8, 129:15, 130:11, 130:12, 130:15, 157:6, 178:16, 180:15, 180:21, 180:22, 181:1, 181:4, 182:13, 182:22, 183:17, 191:25, 246:10, 253:16, 253:18, 253:20, 261:23, 262:23, 263:16, 278:22, 293:20

## E

**E** [4] - 4:1, 185:5, 186:1
**E&P** [1] - 262:18
**each** [43] - 5:23, 6:19, 7:5, 33:4, 90:6, 105:6, 105:18, 110:1, 111:7, 111:22, 128:21, 133:1, 133:3, 145:16, 150:6, 150:22, 151:4, 151:5, 152:25, 153:9, 159:1, 160:1, 169:10, 184:16, 185:5, 185:7, 188:15, 221:22, 222:25, 223:2, 223:4, 223:5, 223:8, 230:10, 230:17, 232:13, 250:11, 250:12, 253:8, 271:18, 288:3
**earlier** [33] - 12:18, 25:9, 60:1, 104:2, 104:23, 105:13, 105:24, 106:13, 113:3, 118:9, 119:16, 119:21, 120:3, 120:12, 123:7, 123:18, 125:12, 132:15, 147:22, 150:4, 150:5, 202:15, 214:5, 216:6, 222:22, 227:22, 233:12, 245:14, 253:5, 263:18, 279:4, 279:9, 280:16
**early** [10] - 16:1, 18:5, 60:3, 60:11, 60:19, 61:2, 102:20, 121:24, 174:4,

174:6

**earning** [1] - 117:23
**earnings** [49] - 15:21, 15:22, 16:5, 18:13, 45:9, 48:24, 53:24, 54:22, 55:20, 55:22, 56:5, 60:13, 62:25, 64:23, 65:5, 65:6, 65:9, 65:14, 66:1, 66:5, 67:8, 69:11, 70:2, 70:6, 70:7, 70:10, 75:15, 75:18, 76:10, 87:6, 87:7, 124:22, 124:23, 139:16, 140:20, 140:25, 141:3, 144:13, 145:10, 145:11, 145:18, 153:16, 153:22, 161:6, 161:9, 264:9, 285:6
**easier** [2] - 15:17, 155:23
**easily** [2] - 125:10, 279:19
**easy** [1] - 277:2
**EBITDAX** [1] - 65:25
**economic** [31] - 9:24, 92:1, 93:22, 94:4, 99:24, 108:12, 127:16, 127:17, 139:25, 155:2, 162:9, 163:1, 163:2, 163:3, 166:15, 198:2, 198:4, 198:5, 198:12, 227:19, 228:24, 228:25, 243:3, 244:19, 245:4, 245:5, 251:9, 251:10, 251:11, 295:4, 301:18
**Economic** [1] - 127:21
**economical** [3] - 168:8, 256:19, 279:14
**economically** [12] - 95:17, 152:10, 162:8, 193:5, 193:14, 194:1, 194:5, 194:8, 196:7, 196:8, 198:9, 198:10
**economics** [1] - 300:10
**economist** [11] - 39:10, 42:21, 107:21, 109:18, 109:24, 122:7, 127:20, 134:1, 218:13, 227:15, 295:22
**economists** [1] - 33:15
**edge** [1] - 58:23
**Edwards** [2] - 255:24, 256:21
**effect** [14] - 35:24, 36:3, 41:9, 49:20, 103:13, 118:11, 122:4, 131:2, 197:6, 209:11, 266:18, 267:21, 268:6, 269:24
**effectively** [4] - 102:18, 120:1, 121:10, 124:14
**effects** [2] - 85:6, 261:5
**efficiencies** [10] - 15:25, 16:10, 59:21, 60:20, 267:22, 267:24, 268:3, 268:17, 268:24
**efficiency** [28] - 8:12, 8:14, 8:21, 17:17, 18:20, 27:8, 27:9, 27:11, 34:15, 35:6, 45:8, 58:17, 59:23, 61:5, 123:8, 123:12, 202:12, 211:21, 262:7, 262:10, 262:13, 262:20, 268:12, 269:4, 271:8, 275:11, 286:18, 286:20
**efficient** [16] - 22:15, 33:15, 33:20, 34:3, 35:1, 39:17, 43:22, 123:19, 140:12, 142:10, 202:3, 202:6, 202:9, 202:15, 268:14, 286:13
**Eider** [5] - 50:23, 55:9, 62:15, 64:15, 75:8
**eight** [15] - 22:7, 128:19, 128:21, 139:13, 144:14, 162:18, 162:19, 162:22, 163:5, 216:16, 216:19, 248:11,

268:13, 268:16, 268:25
**either** [10] - 7:9, 96:18, 105:10, 140:18, 165:13, 213:10, 213:18, 248:1, 248:15, 289:6
**either/or** [1] - 168:19
**elaborate** [1] - 82:16
**elected** [1] - 112:23
**element** [3] - 12:13, 14:8, 32:25
**elements** [8] - 109:23, 110:2, 110:3, 110:19, 110:20, 110:23, 111:6, 254:15
**Elkins** [6] - 2:6, 2:10, 5:1, 5:3, 5:5, 5:7
**ellipses** [1] - 157:1
**Ellison** [14] - 28:21, 29:9, 101:25, 102:7, 105:1, 106:17, 110:8, 169:9, 169:22, 171:12, 173:2, 177:10, 181:10, 187:13
**Ellison's** [3] - 28:11, 102:8, 167:18
**ELMO** [1] - 113:7
**else** [20] - 23:22, 39:20, 66:13, 72:11, 72:22, 74:23, 78:7, 80:24, 99:15, 122:13, 126:20, 144:19, 161:8, 234:13, 236:6, 251:19, 276:12, 276:13, 285:8, 295:11
**else's** [1] - 172:16
**embedded** [1] - 33:21
**emphasize** [1] - 294:2
**empirical** [1] - 289:9
**employed** [1] - 148:20
**employer** [2] - 231:4, 231:12
**empowers** [1] - 283:16
**empty** [1] - 269:2
**end** [88] - 4:17, 6:2, 9:7, 9:11, 14:9, 20:17, 20:18, 24:15, 36:14, 36:16, 37:2, 37:4, 37:6, 38:1, 38:4, 38:6, 38:7, 38:14, 38:22, 39:1, 39:7, 40:14, 41:8, 56:19, 57:7, 63:8, 64:2, 83:18, 84:3, 84:16, 85:18, 92:5, 97:16, 116:19, 120:12, 120:15, 121:16, 126:24, 134:18, 145:11, 145:12, 146:18, 154:4, 154:12, 154:13, 170:4, 179:19, 180:19, 180:23, 186:23, 187:8, 188:16, 190:3, 190:6, 191:9, 193:21, 195:15, 217:8, 217:11, 218:25, 219:9, 219:13, 220:2, 221:8, 222:6, 222:10, 222:11, 233:13, 233:19, 250:23, 258:9, 260:8, 264:22, 271:10, 271:20, 271:21, 273:22, 274:9, 275:13, 276:2, 276:9, 281:6, 281:7, 282:2, 282:3, 294:9, 298:10, 299:18
**end-of-class-period** [1] - 271:10
**ended** [2] - 69:8, 286:19
**ends** [1] - 277:11
**Energy** [4] - 51:4, 53:2, 57:18, 59:6
**Energy-Power** [1] - 57:18
**engage** [1] - 217:8
**engaged** [1] - 46:24
**engaging** [3] - 44:3, 52:16, 55:13
**enhances** [1] - 46:16
**enormous** [1] - 185:23
**enough** [16] - 21:4, 42:10, 56:3, 74:23, 82:8, 90:17, 98:4, 114:7, 255:11,

257:21, 283:8, 283:11, 283:15, 286:20, 287:7, 291:14
**entailed** [1] - 289:1
**entire** [17] - 52:19, 55:6, 55:14, 55:17, 70:17, 123:3, 123:4, 151:11, 151:15, 160:24, 170:12, 172:6, 177:1, 272:16, 292:24, 295:24, 297:8
**entirely** [3] - 100:22, 120:6, 204:13
**entirety** [5] - 113:5, 214:18, 280:5, 280:6, 301:22
**entitled** [2] - 11:6, 303:4
**entries** [2] - 158:24, 159:1
**enumerated** [1] - 289:2
**envelope** [1] - 58:24
**environmental** [2] - 282:23, 283:5
**EP** [1] - 262:17
**equals** [1] - 281:7
**equation** [1] - 22:16
**error** [1] - 290:21
**especially** [2] - 22:23, 24:23
**essential** [1] - 294:13
**essentially** [9] - 8:13, 9:24, 10:8, 10:9, 130:4, 139:1, 194:24, 202:12, 294:14
**establish** [4] - 9:7, 123:2, 126:10, 254:24
**established** [2] - 40:10, 293:12
**establishing** [1] - 255:5
**estimate** [1] - 124:12
**estimated** [1] - 269:25
**estimates** [2] - 269:10, 270:16
**et** [2] - 253:13
**ET** [3] - 1:9, 2:2, 2:10
**evaluate** [5] - 44:7, 104:21, 105:24, 109:25, 209:7
**evaluated** [4] - 43:4, 50:16, 52:22, 68:13
**evaluating** [2] - 90:6, 125:16
**evaluation** [2] - 222:14, 222:17
**even** [57] - 44:1, 52:1, 59:18, 81:24, 92:11, 93:5, 104:7, 105:22, 106:6, 107:10, 112:3, 122:18, 131:6, 132:21, 137:2, 154:8, 157:3, 160:10, 160:20, 160:23, 161:21, 167:25, 174:21, 175:1, 182:5, 195:23, 196:10, 196:18, 196:19, 197:2, 198:5, 198:16, 227:14, 232:9, 238:16, 239:4, 241:5, 251:15, 252:6, 260:9, 261:22, 264:12, 265:14, 271:12, 274:9, 274:15, 275:7, 275:16, 276:6, 291:2, 293:11, 295:13, 297:11, 298:1, 301:7
**event** [31] - 28:24, 34:19, 36:22, 45:5, 103:12, 103:13, 105:4, 110:11, 110:13, 111:9, 111:13, 111:16, 117:16, 123:25, 124:2, 135:18, 136:5, 153:16, 160:10, 160:20, 160:24, 160:25, 161:6, 168:9, 169:17, 169:18, 178:20, 209:11, 265:15, 278:13, 298:21
**eventually** [3] - 29:22, 180:16, 186:6
**ever** [25] - 10:11, 71:14, 72:15, 72:21, 73:19, 74:1, 74:19, 74:21, 74:24, 75:7,

78:4, 78:6, 80:22, 80:23, 83:14, 97:9, 129:2, 136:8, 136:11, 137:18, 227:18, 229:2, 229:9, 258:15, 281:2

**every** [33] - 9:15, 19:19, 26:13, 27:15, 29:20, 32:15, 59:25, 80:11, 105:18, 136:20, 145:11, 150:14, 150:19, 150:21, 153:2, 153:3, 165:25, 178:21, 183:13, 184:14, 184:18, 186:13, 188:6, 229:25, 230:18, 230:20, 253:14, 265:16, 271:23, 273:23, 297:10, 300:4

**everybody** [8] - 55:21, 172:16, 174:20, 176:18, 176:23, 253:22, 253:23, 276:14

**everyone** [1] - 143:2

**everyone's** [1] - 101:13

**everything** [7] - 18:16, 72:11, 75:6, 138:19, 212:10, 214:4, 267:14

**evidence** [81] - 5:25, 6:9, 6:21, 6:22, 7:15, 8:24, 9:1, 10:20, 11:12, 12:7, 12:10, 13:5, 13:6, 13:8, 14:11, 23:18, 23:20, 27:20, 37:7, 38:14, 38:15, 38:18, 38:23, 39:11, 40:18, 41:1, 41:15, 41:16, 41:18, 41:19, 45:8, 69:1, 90:4, 122:3, 122:25, 126:22, 126:24, 134:13, 134:22, 134:25, 140:16, 140:17, 149:21, 154:21, 158:11, 160:22, 160:25, 164:5, 197:7, 197:9, 246:22, 250:20, 257:18, 257:20, 257:25, 258:6, 276:20, 280:21, 280:22, 280:23, 281:1, 281:3, 281:4, 283:19, 284:14, 284:21, 291:8, 291:16, 291:20, 291:22, 291:24, 292:4, 292:5, 292:22, 293:6, 293:23, 300:9, 300:10

**evidences** [1] - 157:8

**evidentiary** [1] - 291:21

**evolution** [6] - 56:24, 57:2, 96:5, 96:8, 96:11, 275:4

**evolved** [1] - 52:10

**exact** [14] - 37:21, 47:14, 54:18, 54:25, 69:23, 97:25, 106:16, 158:24, 176:9, 197:8, 225:1, 229:18, 229:19, 248:19

**exactly** [25] - 24:21, 40:16, 43:15, 69:9, 96:1, 96:2, 96:15, 97:23, 103:10, 105:23, 120:22, 152:2, 171:5, 171:11, 171:12, 180:24, 181:7, 182:14, 186:13, 186:15, 193:25, 239:13, 248:10, 286:8, 288:1

**exaggerated** [1] - 71:12

**examination** [15] - 11:14, 11:18, 11:21, 112:16, 123:9, 126:5, 126:17, 130:12, 137:4, 166:3, 170:13, 180:8, 258:5, 262:23, 285:5

**EXAMINATION** [6] - 3:1, 32:9, 112:11, 127:11, 198:20, 249:3

**Examination** [5] - 3:8, 3:8, 3:11, 3:11, 3:12

**examinations** [1] - 8:10

**examined** [1] - 28:13

**example** [30] - 22:11, 25:20, 29:9, 39:5, 58:12, 59:1, 60:7, 79:21, 129:2, 134:4, 135:19, 136:25, 147:10, 147:24,

149:5, 153:23, 155:15, 161:13, 163:7, 167:19, 169:9, 185:14, 204:4, 235:25, 236:4, 240:1, 240:9, 261:19, 277:19, 300:7

**examples** [8] - 22:12, 23:4, 51:9, 147:19, 163:5, 185:10, 270:10, 275:16

**exceeded** [3] - 63:7, 64:2, 65:23

**excellent** [2] - 97:15, 197:17

**except** [2] - 224:2, 231:5

**exceptional** [1] - 63:18

**excerpt** [1] - 163:13

**excess** [1] - 176:11

**exchange** [1] - 196:3

**exchanged** [1] - 195:12

**exchangers** [1] - 195:2

**exchanges** [1] - 99:2

**excited** [3] - 25:22, 25:25, 52:13

**excludable** [1] - 294:6

**exclude** [3] - 162:1, 289:24, 290:16

**excluded** [2] - 6:20, 136:12

**excluding** [5] - 7:6, 76:3, 291:1, 291:2, 299:20

**excuse** [2] - 17:3, 114:14

**execute** [2] - 97:17, 118:21

**execution** [5] - 65:24, 117:8, 118:10, 118:16, 118:18

**executive** [1] - 63:17

**exercise** [1] - 295:25

**exhaustive** [1] - 90:10

**exhaustively** [2] - 89:10, 249:5

**exhibit** [2] - 114:2, 114:6

**Exhibit** [21] - 114:4, 116:1, 199:22, 199:25, 204:1, 204:22, 206:6, 208:18, 209:17, 211:4, 217:1, 219:22, 223:10, 226:7, 230:3, 230:5, 233:4, 238:3, 240:17, 242:9, 244:5

**exhibits** [1] - 113:15

**exist** [1] - 298:15

**existed** [1] - 168:16

**exists** [1] - 169:6

**expect** [10] - 8:10, 26:17, 81:17, 81:20, 88:19, 116:18, 121:20, 201:16, 201:22, 203:2

**expectation** [2] - 73:9, 197:15

**expectations** [7] - 63:13, 66:12, 69:10, 74:9, 74:10, 74:12, 117:17

**expected** [14] - 66:5, 69:19, 69:20, 70:6, 70:7, 70:10, 73:17, 91:23, 94:19, 95:3, 118:21, 145:1, 157:25, 190:18

**expecting** [2] - 267:12, 267:15

**expects** [4] - 26:5, 73:6, 90:25, 91:4

**expense** [1] - 285:20

**experienced** [1] - 60:21

**experiences** [1] - 270:24

**experiment** [6] - 15:23, 60:25, 61:9, 61:11, 179:18, 271:11

**experimental** [3] - 175:14, 175:15, 259:6

**experimentation** [3] - 80:11, 80:12,

80:18

**experimenting** [1] - 70:14

**expert** [31] - 5:19, 5:22, 6:19, 6:20, 7:1, 12:9, 13:7, 28:23, 89:21, 94:8, 98:5, 101:10, 102:5, 107:20, 136:11, 148:14, 148:19, 212:8, 214:11, 214:12, 245:19, 249:9, 266:24, 289:25, 290:6, 290:12, 291:2, 291:11, 291:15, 297:23

**expertise** [2] - 35:16, 41:4

**experts** [6] - 10:18, 34:16, 36:21, 149:3, 290:3, 292:8

**explain** [9] - 9:6, 10:19, 69:22, 121:19, 133:11, 169:14, 195:2, 267:4, 287:8

**explained** [8] - 105:22, 111:23, 133:25, 135:21, 135:24, 257:12, 266:24, 295:14

**explaining** [1] - 270:3

**explanation** [4] - 29:5, 31:3, 170:15, 181:12

**explication** [1] - 181:10

**explicit** [6] - 89:3, 90:7, 90:8, 90:9, 91:19, 122:25

**explicitly** [12] - 86:20, 89:14, 89:15, 91:14, 91:16, 94:11, 94:15, 96:17, 99:16, 240:12, 290:24

**exploding** [1] - 253:21

**exploration** [2] - 46:25, 128:9

**explosion** [1] - 278:15

**exposure** [2] - 259:11, 259:12

**expressions** [2] - 23:3, 23:7

**expressly** [3] - 61:8, 84:7, 290:5

**extend** [1] - 22:6

**extent** [14] - 11:16, 51:16, 74:5, 74:9, 91:22, 94:17, 96:20, 99:20, 125:16, 151:5, 212:5, 213:11, 214:25, 260:10

**extract** [1] - 43:21

**extracting** [1] - 43:25

**extraction** [1] - 43:19

**extreme** [8] - 58:12, 59:1, 60:7, 72:23, 74:25, 79:20, 83:10, 129:1

**extremely** [2] - 185:21, 253:10

**eye** [1] - 41:3

**eyes** [1] - 245:18

## F

**F** [1] - 185:5

**F.R.D** [1] - 256:4

**face** [3] - 8:3, 21:19, 21:20

**facilities** [1] - 71:5

**facing** [1] - 119:8

**fact** [31] - 24:24, 102:10, 123:12, 135:6, 140:18, 144:9, 149:21, 158:13, 161:6, 172:3, 175:13, 176:13, 183:7, 183:12, 194:11, 203:2, 209:25, 212:7, 213:1, 221:2, 225:11, 228:13, 250:18, 254:13, 257:23, 277:8, 280:3, 283:2, 286:8, 291:16, 291:19

**Factiva** [3] - 200:18, 203:22, 204:6

**factors** [6] - 34:15, 34:16, 34:24,

38:11, 179:12
**factory** [1] - 176:4
**facts** [8] - 27:16, 92:7, 106:24, 107:2, 110:21, 111:7, 112:1, 282:22
**FactSet** [2] - 207:14, 208:11
**factual** [1] - 291:25
**factually** [1] - 26:21
**failed** [9] - 69:15, 94:20, 96:21, 181:15, 181:16, 185:8, 222:7, 280:5, 296:21
**fails** [2] - 157:9, 244:9
**failure** [6] - 118:8, 174:9, 177:6, 177:7, 228:23, 275:7
**failures** [1] - 276:3
**fair** [9] - 37:2, 42:10, 45:5, 56:3, 57:14, 90:17, 98:4, 114:7, 301:1
**fairly** [1] - 106:22
**fairness** [2] - 38:20, 38:25
**Falcon** [1] - 61:19
**fall** [2] - 196:4
**fallen** [1] - 104:6
**falling** [3] - 121:11, 193:16, 255:18
**false** [17] - 34:9, 89:12, 90:12, 90:13, 91:13, 95:16, 97:9, 98:12, 106:25, 166:1, 185:19, 186:12, 253:8, 253:9, 260:14, 269:2, 276:2
**falsely** [1] - 259:4
**falsity** [1] - 254:16
**familiar** [11] - 7:5, 33:9, 33:10, 39:3, 40:21, 41:5, 41:6, 43:6, 55:21, 218:14, 237:9
**Fannin** [1] - 1:22
**fantastic** [2] - 63:12, 151:19
**far** [7] - 16:10, 67:19, 67:20, 254:1, 264:17, 277:14, 301:17
**farther** [2] - 67:23, 67:24
**fast** [1] - 24:25
**fatal** [2] - 23:20, 25:11
**FATALE** [50] - 1:16, 4:13, 5:11, 5:17, 5:21, 6:12, 6:15, 7:8, 7:13, 7:23, 8:1, 8:3, 31:18, 31:21, 32:1, 126:22, 166:7, 166:12, 166:24, 167:6, 167:8, 167:10, 167:15, 167:22, 177:12, 179:14, 251:25, 252:17, 252:25, 253:4, 255:17, 255:22, 260:13, 265:5, 265:11, 266:3, 266:24, 267:4, 268:19, 268:23, 272:13, 272:15, 272:19, 272:24, 276:25, 278:1, 278:4, 278:12, 292:13, 292:15
**Fatale** [13] - 4:13, 5:8, 7:12, 8:6, 31:12, 31:13, 126:20, 166:6, 175:6, 177:11, 218:22, 252:3, 252:24
**Fatale.............................** [1] - 3:14
**faulty** [2] - 189:4, 189:5
**feat** [1] - 258:1
**February** [17] - 16:9, 19:5, 45:14, 48:24, 90:22, 92:8, 92:17, 93:11, 94:10, 95:6, 98:22, 145:17, 175:2, 270:10, 270:23, 277:2, 277:3
**federal** [6] - 12:2, 28:6, 214:11, 214:17, 245:15, 245:19
**feel** [2] - 19:25, 198:10

**fell** [1] - 30:17
**felt** [2] - 246:15, 257:4
**few** [12] - 11:20, 14:5, 14:6, 16:17, 22:12, 32:14, 144:20, 155:3, 209:21, 248:13, 271:5, 273:23
**field** [3] - 76:23, 77:4, 77:9
**Fifth** [14] - 22:24, 102:8, 105:1, 106:17, 110:7, 181:16, 237:15, 237:19, 263:20, 263:25, 264:3, 283:22, 297:17, 298:13
**fifth** [1] - 49:5
**fight** [1] - 5:9
**Figure** [1] - 149:5
**figure** [14] - 27:23, 29:3, 29:4, 93:3, 93:4, 106:1, 176:11, 181:11, 188:25, 189:6, 189:19, 198:17, 255:8, 276:25
**figured** [3] - 57:11, 89:16, 252:14
**filed** [5] - 13:15, 31:14, 114:13, 210:18, 263:24
**filings** [3] - 197:11, 206:16, 206:18
**filled** [1] - 18:1
**final** [2] - 125:1, 281:6
**finally** [2] - 275:9, 291:17
**finance** [1] - 207:12
**financial** [10] - 25:19, 26:2, 97:16, 98:24, 210:15, 258:24, 259:24, 283:9, 289:16, 291:1
**Financial** [1] - 215:15
**find** [15] - 31:16, 80:3, 135:10, 153:12, 155:23, 164:14, 180:3, 200:19, 241:9, 254:10, 259:15, 259:16, 285:8, 297:1, 300:2
**finding** [7] - 28:21, 135:23, 220:10, 257:21, 277:6, 277:7, 291:5
**findings** [3] - 124:2, 164:8, 289:9
**finds** [1] - 270:17
**fine** [6] - 76:21, 95:20, 177:7, 198:23, 204:18, 237:25
**fingers** [2] - 165:3, 165:4
**finish** [4] - 9:21, 82:11, 86:15, 221:21
**finished** [1] - 141:16
**fire** [1] - 278:3
**firm** [3] - 127:16, 290:16, 298:13
**first** [99] - 4:4, 8:11, 12:2, 12:12, 12:13, 12:15, 12:23, 14:6, 16:3, 17:1, 17:24, 19:25, 20:16, 21:2, 21:11, 25:4, 28:4, 32:8, 34:8, 45:1, 47:2, 49:4, 49:5, 49:6, 50:14, 51:18, 52:10, 53:17, 56:7, 57:19, 58:7, 62:21, 63:1, 63:2, 63:3, 63:6, 63:19, 64:14, 65:19, 67:8, 67:23, 74:1, 75:22, 79:11, 88:18, 123:7, 127:10, 127:21, 129:3, 129:11, 132:1, 132:16, 136:15, 139:15, 140:2, 141:15, 141:17, 142:4, 142:23, 145:4, 145:14, 145:18, 146:7, 146:11, 146:13, 150:17, 152:20, 153:21, 153:23, 155:16, 155:25, 156:15, 158:3, 173:24, 184:1, 191:16, 204:24, 205:3, 214:8, 217:5, 222:12, 229:2, 229:7, 229:16, 229:19, 232:13, 244:23, 246:21, 247:6, 247:25, 266:21, 270:13, 273:3, 273:24, 277:10, 281:24,

293:16, 296:8
**first-quarter** [1] - 158:3
**fit** [7] - 10:16, 23:6, 80:12, 197:17, 197:19, 242:14, 244:10
**fits** [2] - 100:9, 260:13
**five** [8] - 12:2, 47:18, 155:6, 155:7, 158:10, 171:24, 248:11, 288:12
**flagged** [1] - 288:16
**flat** [2] - 13:16, 103:9
**flat-out** [1] - 103:9
**flavor** [2] - 20:3, 183:13
**flavors** [1] - 19:23
**flesh** [1] - 181:18
**flogged** [1] - 87:6
**Floor** [1] - 1:19
**flow** [3] - 58:18, 88:21, 91:9
**flowing** [1] - 101:23
**flows** [4] - 68:9, 91:4, 140:13, 291:4
**focus** [8] - 44:9, 63:20, 68:18, 76:14, 132:6, 149:12, 151:9, 211:7
**focused** [6] - 70:7, 88:20, 128:10, 144:14, 158:14, 200:21
**focusing** [2] - 68:21, 233:25
**FOGLER** [1] - 1:21
**Fogler** [2] - 1:21, 4:16
**folks** [1] - 301:8
**folks'** [1] - 172:15
**follow** [5] - 85:15, 179:20, 237:18, 249:1, 293:3
**follow-up** [2] - 85:15, 249:1
**followed** [4] - 263:20, 263:22
**following** [15] - 28:10, 29:20, 68:14, 133:2, 150:11, 150:15, 152:4, 184:16, 185:4, 185:19, 205:5, 206:2, 213:13, 220:21, 266:23
**Following** [1] - 28:12
**follows** [3] - 32:8, 127:10, 219:23
**followup** [1] - 79:9
**Foods** [1] - 23:1
**football** [1] - 5:9
**Footnote** [2] - 209:24, 210:6
**footnote** [2] - 210:9, 293:2
**footnotes** [2] - 245:7, 298:19
**footprint** [1] - 43:20
**FOR** [3] - 1:16, 2:1, 2:9
**for** [342] - 4:4, 4:5, 4:10, 4:12, 4:18, 4:19, 4:21, 4:23, 5:1, 5:4, 5:5, 5:23, 6:5, 6:23, 7:17, 9:24, 10:22, 11:12, 11:24, 13:9, 14:21, 15:4, 15:17, 18:12, 23:25, 25:12, 25:24, 27:4, 28:14, 33:6, 33:20, 34:2, 34:19, 34:25, 36:22, 37:14, 38:6, 38:7, 38:10, 39:5, 39:10, 42:1, 42:6, 42:11, 42:19, 43:19, 43:25, 45:8, 51:11, 51:12, 51:19, 51:20, 51:21, 56:5, 57:23, 58:18, 60:13, 60:17, 63:6, 63:19, 66:8, 66:10, 68:2, 69:3, 73:5, 73:12, 73:18, 73:19, 73:25, 74:2, 75:3, 76:2, 76:15, 77:4, 77:22, 78:21, 79:6, 82:6, 82:18, 83:3, 84:12, 85:25, 87:11, 87:23, 88:16, 90:6, 90:8, 91:16, 92:20, 93:4, 95:16,

97:16, 98:24, 99:3, 99:23, 100:5, 100:21, 101:13, 102:12, 102:15, 102:17, 102:25, 104:3, 106:20, 107:10, 108:20, 110:2, 110:3, 110:19, 110:20, 112:2, 114:20, 117:18, 117:23, 119:23, 120:2, 120:4, 123:7, 127:17, 132:1, 132:3, 132:11, 132:14, 134:3, 135:19, 136:4, 136:17, 136:18, 136:25, 137:1, 137:23, 137:24, 138:2, 138:5, 138:9, 138:13, 138:25, 141:6, 141:17, 142:7, 144:21, 144:24, 146:6, 146:13, 146:22, 147:3, 147:10, 152:20, 153:2, 153:6, 153:9, 153:11, 153:14, 153:22, 155:25, 157:20, 158:9, 160:8, 161:13, 164:19, 164:21, 164:24, 165:16, 166:16, 167:9, 167:10, 167:13, 168:5, 168:12, 168:23, 170:4, 174:6, 174:8, 174:23, 174:25, 176:21, 177:24, 178:9, 178:19, 179:9, 181:1, 181:3, 182:10, 183:6, 184:16, 184:18, 185:4, 185:19, 186:13, 186:24, 187:22, 189:3, 190:16, 190:17, 190:20, 191:21, 192:1, 192:6, 192:14, 194:15, 194:20, 195:1, 195:4, 195:12, 195:21, 196:9, 196:11, 197:13, 197:24, 198:8, 198:9, 198:10, 201:14, 202:19, 203:22, 204:1, 204:5, 207:20, 208:7, 208:11, 209:21, 211:14, 211:23, 212:2, 214:5, 214:7, 214:24, 215:4, 216:1, 216:16, 216:19, 216:21, 217:6, 220:3, 222:11, 222:18, 222:25, 223:2, 223:4, 223:8, 226:11, 227:6, 227:11, 227:15, 227:23, 228:18, 228:24, 229:25, 230:10, 230:17, 230:18, 230:24, 231:1, 231:5, 231:9, 231:23, 232:1, 232:18, 233:13, 234:4, 234:10, 234:11, 234:17, 234:18, 235:9, 235:10, 235:14, 235:25, 236:4, 237:3, 238:12, 238:14, 240:1, 240:9, 240:24, 242:16, 242:21, 243:8, 243:20, 243:23, 245:7, 245:14, 246:21, 247:6, 247:25, 248:4, 248:5, 251:4, 254:11, 255:4, 257:3, 258:9, 258:20, 260:8, 261:1, 261:6, 261:8, 261:14, 261:19, 267:16, 268:14, 269:3, 270:13, 275:15, 275:23, 275:25, 277:2, 277:7, 278:18, 279:5, 279:6, 279:20, 280:6, 281:1, 282:4, 282:11, 287:10, 287:15, 288:5, 290:4, 291:12, 291:16, 293:16, 294:20, 294:24, 295:16, 297:5, 300:7, 301:11

**For** [1] - 204:4
**foray** [1] - 129:11
**forbearance** [1] - 4:8
**force** [1] - 279:15
**forcing** [3] - 29:23, 180:16, 186:5
**forecasted** [1] - 138:6
**forecasts** [9] - 70:15, 178:7, 178:8, 258:25, 259:7, 259:8, 261:7, 267:9, 269:16
**foregoing** [1] - 303:3
**forget** [2] - 54:18, 248:11
**fork** [2] - 29:17, 29:19

**formal** [3] - 229:3, 229:10, 229:16
**formalistic** [1] - 300:17
**format** [1] - 186:13
**former** [5] - 195:1, 195:3, 242:13, 243:15, 244:9
**forming** [1] - 213:6
**formula** [9] - 100:21, 101:5, 106:2, 106:3, 106:4, 189:23, 191:7, 193:9, 193:10
**forth** [8] - 8:23, 11:21, 13:2, 15:3, 111:19, 170:15, 191:19
**fortunate** [1] - 52:9
**forward** [26] - 10:9, 32:24, 58:16, 70:1, 73:17, 81:17, 81:20, 82:23, 83:21, 100:8, 136:25, 137:22, 143:18, 145:17, 168:2, 168:20, 173:23, 175:23, 179:23, 180:24, 219:8, 226:6, 270:22, 283:1, 283:9, 297:14
**forward-looking** [4] - 136:25, 137:22, 283:1, 283:9
**found** [12] - 31:15, 122:16, 159:5, 159:21, 168:6, 200:22, 201:5, 202:18, 202:21, 222:6, 249:13, 256:6
**foundation** [1] - 33:14
**foundational** [1] - 34:14
**foundations** [1] - 34:1
**four** [29] - 17:21, 24:2, 42:14, 87:21, 128:15, 128:20, 129:20, 139:17, 152:6, 161:10, 211:10, 216:17, 216:19, 217:5, 247:10, 270:7, 294:13, 294:14, 294:15, 295:3, 295:7, 295:9, 295:10, 297:9, 298:7, 299:16
**four-well** [1] - 128:20
**fourth** [8] - 20:5, 20:7, 26:1, 26:10, 85:9, 97:15, 145:17, 153:11
**frame** [1] - 17:20
**frankly** [1] - 30:22
**fraud** [13] - 13:13, 13:14, 14:7, 19:19, 28:16, 32:14, 34:4, 34:6, 103:22, 182:25, 183:4, 195:17, 254:23
**fraud-on-the-market** [2] - 32:14, 254:23
**frauds** [1] - 266:4
**fraudulent** [1] - 10:13
**free** [1] - 58:18
**Freeman** [1] - 56:11
**from** [200] - 4:6, 4:13, 4:15, 4:21, 5:3, 5:7, 6:20, 7:21, 7:23, 8:9, 8:17, 9:20, 12:8, 14:17, 15:2, 15:3, 15:14, 16:21, 17:6, 17:8, 17:17, 17:22, 18:5, 18:20, 18:22, 20:11, 21:14, 21:20, 22:24, 23:1, 23:3, 23:7, 23:13, 23:25, 25:14, 26:6, 26:18, 26:22, 28:10, 28:11, 29:8, 30:21, 38:25, 40:25, 41:16, 45:21, 47:3, 49:10, 51:4, 52:10, 53:1, 53:24, 56:11, 56:15, 57:17, 59:16, 61:11, 66:23, 69:3, 69:24, 71:6, 71:17, 72:1, 72:3, 75:11, 77:2, 78:5, 81:5, 81:7, 81:24, 83:13, 83:22, 85:12, 86:21, 86:25, 88:9, 88:20, 89:5, 89:24, 91:1, 91:8, 92:15, 92:25, 93:7,

93:13, 94:4, 95:6, 101:23, 107:8, 107:12, 107:13, 107:24, 109:2, 109:18, 116:4, 116:19, 120:6, 120:24, 121:11, 126:18, 126:25, 127:22, 127:23, 129:8, 131:3, 133:25, 134:9, 141:12, 148:1, 149:6, 149:7, 150:16, 150:18, 151:3, 152:4, 154:10, 154:25, 156:2, 157:9, 158:15, 159:24, 161:14, 163:3, 163:14, 163:17, 164:12, 165:17, 166:4, 166:5, 173:14, 175:21, 178:13, 180:6, 183:4, 190:12, 190:15, 193:6, 198:1, 200:18, 202:11, 207:14, 207:21, 208:7, 208:11, 208:24, 209:2, 209:12, 210:25, 211:9, 217:13, 217:18, 218:3, 219:21, 221:12, 225:10, 226:14, 226:18, 237:9, 242:4, 243:10, 244:13, 246:18, 247:19, 249:23, 250:21, 253:23, 255:9, 256:1, 267:22, 270:14, 274:9, 276:15, 281:10, 282:5, 283:20, 284:4, 285:7, 285:23, 286:5, 286:9, 286:11, 286:13, 288:25, 289:15, 289:21, 290:1, 290:2, 291:3, 291:5, 293:2, 293:23, 294:18, 296:21, 296:23, 300:3, 301:18, 303:4
**From** [1] - 209:18
**front** [34] - 9:11, 12:5, 16:24, 20:17, 36:14, 36:16, 37:2, 38:1, 38:4, 109:12, 115:22, 120:12, 120:15, 121:16, 180:13, 217:8, 217:11, 218:25, 219:9, 219:13, 220:2, 221:8, 222:6, 222:10, 222:11, 233:13, 250:23, 253:12, 258:9, 281:7, 282:2, 298:10, 299:18
**front-end** [27] - 9:11, 20:17, 36:14, 36:16, 37:2, 38:1, 38:4, 120:12, 120:15, 121:16, 217:8, 217:11, 218:25, 219:9, 219:13, 220:2, 221:8, 222:6, 222:10, 222:11, 233:13, 250:23, 258:9, 281:7, 282:2, 298:10, 299:18
**fuel** [1] - 99:4
**full** [27] - 29:10, 43:13, 45:2, 63:11, 76:23, 77:4, 77:9, 88:10, 104:10, 107:9, 110:1, 110:2, 121:8, 146:2, 146:6, 174:7, 177:5, 193:21, 195:15, 195:16, 195:20, 195:21, 195:22, 195:23, 293:13, 298:14
**full-field** [3] - 76:23, 77:4, 77:9
**full-scale** [1] - 43:13
**full-year** [2] - 146:2, 146:6
**fully** [2] - 77:6, 260:9
**function** [2] - 27:25, 28:5
**fundamental** [1] - 34:14
**fundamentally** [1] - 107:15
**further** [10] - 25:7, 31:3, 55:3, 57:2, 67:21, 96:8, 116:23, 227:14, 251:20, 288:11
**fuselages** [1] - 183:6
**future** [11] - 66:24, 68:9, 71:18, 77:19, 82:18, 110:22, 137:23, 137:24, 140:13, 145:2, 285:16

## G

**G** [1] - 4:1
**gain** [1] - 60:20
**gallons** [2] - 260:19, 260:21
**gambit** [1] - 182:5
**game** [1] - 30:19
**gangbusters** [1] - 171:25
**gas** [15] - 75:18, 76:2, 76:5, 76:6, 76:7, 76:9, 86:5, 128:9, 144:25, 145:1, 146:15, 176:20, 239:23, 260:23
**gatekeeping** [2] - 27:25, 28:5
**gauge** [1] - 105:16
**gave** [20] - 31:16, 68:19, 73:5, 73:22, 74:7, 141:14, 141:21, 143:1, 144:24, 145:16, 151:25, 158:3, 196:15, 196:18, 196:20, 196:21, 196:23, 196:25, 231:1, 282:25
**gears** [3] - 42:24, 64:18, 164:11
**general** [21] - 10:3, 17:15, 25:5, 32:22, 33:1, 35:10, 35:11, 35:22, 36:1, 37:10, 40:6, 42:23, 43:9, 43:11, 84:3, 88:1, 121:6, 123:14, 137:8, 235:23, 282:2
**generalizations** [1] - 60:20
**generally** [20] - 19:20, 33:10, 33:25, 43:7, 44:5, 51:24, 81:19, 83:20, 101:20, 128:7, 130:20, 137:13, 137:21, 137:22, 140:12, 219:17, 219:18, 219:20, 251:2, 290:20
**generate** [2] - 58:18, 134:6
**generated** [7] - 65:25, 204:11, 209:4, 214:10, 214:12, 215:6, 222:23
**generating** [1] - 63:21
**generative** [1] - 262:11
**generic** [43] - 19:22, 19:23, 20:1, 20:16, 20:17, 20:25, 21:11, 22:13, 22:19, 23:2, 23:4, 23:10, 25:6, 25:8, 25:14, 97:13, 97:22, 97:23, 98:2, 99:6, 99:9, 132:8, 137:7, 159:16, 164:1, 227:12, 227:15, 227:19, 228:19, 228:24, 229:1, 267:25, 268:2, 269:18, 270:3, 271:19, 274:24, 275:1, 275:18, 277:5, 282:17, 292:3
**genericness** [1] - 40:11
**generous** [3] - 234:14, 234:24, 235:8
**geometrical** [1] - 17:22
**get** [61] - 4:5, 5:23, 6:8, 6:22, 7:18, 8:8, 11:25, 13:15, 14:8, 15:25, 18:20, 21:5, 22:14, 27:20, 28:3, 32:16, 44:20, 59:21, 61:5, 75:21, 82:16, 85:8, 85:11, 100:24, 109:15, 129:21, 132:1, 134:22, 165:3, 165:11, 169:24, 172:12, 172:24, 182:10, 182:11, 182:14, 189:18, 190:13, 190:14, 193:21, 196:19, 218:23, 231:7, 256:13, 257:22, 260:19, 260:21, 266:12, 268:16, 272:22, 277:4, 282:10, 286:19, 295:13, 296:17, 296:18, 297:1, 298:12, 301:14, 302:1
**gets** [10] - 19:19, 163:3, 169:12, 172:8, 254:1, 265:13, 265:14, 268:10, 279:10

**getting** [18] - 45:5, 51:21, 51:25, 61:7, 78:3, 177:10, 179:1, 179:5, 190:14, 192:15, 193:3, 195:10, 195:24, 197:2, 237:25, 257:7, 278:9, 287:25
**Gettysburg** [2] - 55:10, 62:15
**Giraud** [10] - 5:1, 5:4, 5:6, 60:24, 78:24, 83:1, 114:14, 266:16, 273:24, 274:10
**Giraud's** [2] - 56:22, 275:7
**give** [35] - 5:24, 11:8, 22:11, 35:17, 78:17, 82:11, 124:12, 124:19, 134:13, 134:20, 134:24, 147:11, 147:24, 149:21, 180:5, 189:7, 189:8, 189:11, 192:5, 193:11, 193:23, 195:22, 196:3, 196:14, 198:6, 239:22, 241:7, 241:14, 248:9, 253:2, 253:3, 270:11, 277:19, 279:23
**given** [20] - 9:12, 17:25, 74:1, 91:24, 93:23, 94:2, 112:2, 113:15, 117:7, 117:19, 134:8, 135:21, 156:11, 157:12, 187:22, 189:7, 196:22, 231:8, 273:8, 290:9
**gives** [6] - 29:10, 150:2, 161:24, 164:19, 164:21, 169:9
**giving** [10] - 73:11, 74:16, 74:17, 141:17, 141:18, 142:4, 142:6, 196:2, 196:10, 278:3
**glad** [1] - 261:25
**glean** [1] - 12:10
**glib** [1] - 265:13
**glitch** [2] - 83:15, 84:13
**Global** [2] - 51:4, 59:6
**go** [175] - 8:4, 11:14, 12:13, 13:10, 13:20, 14:1, 14:5, 15:12, 17:2, 17:18, 17:20, 18:9, 19:12, 21:5, 21:22, 24:4, 27:9, 29:13, 30:5, 31:24, 32:24, 36:18, 46:22, 47:6, 47:9, 47:15, 47:21, 48:5, 48:15, 49:4, 49:8, 49:22, 49:24, 49:25, 51:2, 51:18, 52:8, 52:24, 53:3, 53:23, 53:25, 54:13, 55:18, 56:7, 56:9, 57:8, 57:16, 57:19, 58:1, 58:9, 59:4, 59:5, 59:12, 60:12, 60:16, 61:15, 62:9, 62:11, 62:24, 63:1, 64:5, 65:11, 65:18, 66:7, 66:15, 67:5, 67:17, 67:22, 67:23, 71:2, 73:2, 73:20, 75:12, 75:25, 76:10, 76:11, 76:18, 77:12, 77:21, 78:11, 78:24, 79:6, 80:7, 82:4, 83:16, 83:17, 83:18, 83:19, 85:2, 87:16, 88:18, 89:9, 95:24, 96:13, 98:20, 103:25, 112:23, 117:22, 127:5, 130:6, 133:18, 141:4, 144:1, 157:5, 160:19, 167:11, 179:10, 183:11, 186:2, 186:17, 192:23, 193:6, 194:10, 200:11, 201:13, 203:7, 205:21, 206:5, 206:8, 206:10, 207:8, 208:17, 210:4, 211:4, 212:3, 212:14, 217:1, 217:3, 217:23, 220:10, 220:11, 223:10, 223:12, 226:7, 226:21, 230:3, 233:4, 238:1, 238:2, 240:16, 240:17, 240:18, 242:9, 242:19, 242:24, 244:5, 244:14, 244:23, 244:25, 247:24, 248:1, 251:1, 254:1, 254:22,

258:4, 260:5, 261:16, 264:11, 264:14, 265:1, 269:19, 269:21, 270:19, 270:21, 272:23, 277:3, 278:7, 286:24, 292:14, 292:17, 299:10, 299:11, 300:1
**God** [1] - 15:17
**goes** [14] - 13:15, 63:19, 83:1, 177:2, 185:20, 193:15, 194:22, 251:13, 262:4, 267:7, 267:21, 269:19, 300:23
**going** [192] - 5:22, 5:25, 6:21, 6:22, 7:7, 7:9, 7:14, 7:15, 7:18, 7:21, 8:8, 11:17, 12:9, 13:2, 13:8, 14:23, 18:1, 18:11, 24:2, 26:21, 27:3, 27:7, 30:22, 36:12, 40:15, 42:24, 50:18, 52:21, 56:18, 56:19, 58:15, 58:16, 59:16, 62:14, 66:14, 72:9, 72:24, 73:17, 74:6, 74:7, 74:8, 74:18, 75:5, 77:25, 79:2, 80:5, 81:2, 81:4, 81:17, 82:22, 82:23, 83:21, 84:17, 86:3, 86:7, 86:22, 86:23, 87:11, 87:22, 88:20, 88:22, 93:25, 98:16, 99:22, 100:4, 100:10, 106:9, 110:12, 111:1, 111:3, 112:16, 118:6, 126:25, 137:10, 143:18, 143:25, 145:14, 145:20, 151:20, 164:2, 164:24, 165:3, 165:21, 166:16, 166:19, 167:18, 168:9, 168:10, 168:20, 168:23, 169:24, 170:3, 170:19, 170:23, 170:24, 170:25, 171:12, 171:22, 171:25, 172:18, 173:13, 173:22, 176:19, 176:25, 179:4, 179:6, 179:20, 180:14, 181:3, 181:9, 181:11, 181:20, 181:21, 182:12, 184:3, 188:3, 188:16, 189:8, 189:11, 189:19, 189:20, 190:10, 191:12, 192:20, 193:11, 193:18, 193:20, 193:23, 194:3, 196:3, 196:4, 196:5, 196:8, 197:15, 202:18, 206:9, 206:25, 207:2, 211:7, 214:24, 218:21, 239:18, 248:21, 248:24, 251:8, 252:1, 252:25, 254:17, 254:20, 258:3, 258:4, 259:16, 260:15, 260:19, 260:21, 261:21, 262:11, 264:16, 266:12, 267:19, 268:19, 271:22, 272:19, 273:12, 273:15, 276:7, 276:15, 277:1, 277:4, 277:12, 277:23, 278:24, 282:21, 284:11, 285:14, 285:22, 286:3, 287:9, 287:10, 287:16, 289:24, 295:6, 295:9, 295:15, 296:17, 296:18, 298:6, 301:19
**gold** [3] - 179:2, 179:23, 278:25
**Goldman** [55] - 13:5, 14:5, 19:8, 19:14, 19:21, 20:2, 20:14, 20:15, 20:25, 21:12, 22:21, 23:19, 38:21, 40:10, 40:17, 40:22, 121:25, 122:2, 134:3, 168:14, 237:3, 237:18, 254:4, 257:8, 257:9, 257:12, 257:15, 263:21, 263:25, 264:1, 276:18, 276:19, 277:17, 278:10, 280:17, 280:18, 280:19, 280:24, 281:16, 281:18, 281:19, 281:22, 282:4, 282:6, 282:17, 283:16, 284:24, 289:19, 290:4, 290:9, 292:2, 292:21, 293:1, 295:9, 297:13
**Goldman's** [1] - 281:20

**gone** [8] - 67:19, 67:20, 85:18, 121:9, 178:23, 274:19, 289:6, 300:5

**good** [31] - 4:25, 11:24, 14:12, 14:13, 19:25, 23:24, 32:11, 32:12, 32:13, 41:7, 49:24, 82:4, 82:8, 88:25, 112:13, 112:14, 157:2, 157:4, 160:24, 162:6, 181:9, 192:14, 192:15, 193:7, 193:16, 196:8, 198:22, 207:3, 270:16, 285:1, 297:3

**gosh** [3] - 23:21, 25:9, 26:9

**got** [30] - 29:18, 57:11, 57:12, 58:2, 58:4, 59:18, 75:8, 88:7, 90:19, 95:20, 98:17, 109:10, 145:14, 167:3, 167:4, 167:19, 168:16, 171:24, 183:12, 183:13, 193:25, 209:18, 213:14, 222:3, 250:24, 260:20, 265:7, 265:9, 282:7, 298:17

**Got** [1] - 60:17

**gotcha** [1] - 30:19

**gotten** [2] - 197:5, 197:10

**gradual** [2] - 178:1, 259:5

**graduate** [1] - 127:23

**grasp** [1] - 181:9

**gravitate** [1] - 56:19

**Gray** [1] - 1:21

**great** [7] - 22:8, 40:11, 78:23, 97:16, 144:12, 197:18, 262:9

**greater** [1] - 181:10

**green** [2] - 128:18, 129:17

**ground** [1] - 286:3

**groundbreaking** [1] - 14:25

**grounds** [1] - 256:7

**group** [1] - 136:23

**grouped** [3] - 132:7, 216:12, 216:13

**groups** [2] - 139:15, 279:17

**grow** [8] - 24:25, 25:5, 74:7, 90:25, 91:23, 92:3, 93:4, 93:25

**growth** [10] - 45:19, 47:22, 63:11, 90:25, 91:1, 91:4, 91:7, 91:24, 99:4, 271:7

**guarantee** [1] - 15:7

**guard** [4] - 156:23, 261:4, 261:7, 261:8

**guess** [10] - 82:19, 85:4, 157:18, 159:23, 163:14, 165:16, 194:19, 199:9, 239:10, 255:18

**Guidance** [1] - 247:14

**guidance** [58] - 63:8, 64:2, 65:24, 73:5, 73:12, 73:19, 73:22, 74:2, 116:12, 117:7, 117:19, 137:1, 138:10, 139:16, 141:6, 141:18, 141:21, 142:6, 144:23, 144:24, 144:25, 145:3, 145:4, 145:5, 145:15, 145:16, 145:19, 145:21, 145:23, 145:24, 146:2, 146:5, 146:6, 146:10, 146:14, 146:16, 146:22, 156:11, 156:13, 157:12, 157:15, 157:16, 158:3, 177:17, 260:18, 261:1, 261:20, 262:4, 282:4, 282:25, 283:1, 283:4, 283:7, 283:9

**guidances** [1] - 247:18

**guidelines** [1] - 12:8

**guy's** [1] - 7:1

**guys** [6] - 4:6, 5:10, 60:18, 60:21, 85:5, 85:9

---

# H

---

**had** [174] - 10:22, 15:6, 15:8, 16:25, 18:14, 19:15, 21:3, 25:10, 25:20, 28:24, 31:17, 34:21, 36:24, 37:8, 37:11, 38:1, 38:24, 41:12, 41:13, 41:20, 41:22, 43:12, 43:14, 54:16, 54:19, 67:9, 70:13, 70:14, 70:15, 71:14, 72:15, 72:21, 73:18, 74:5, 74:21, 74:24, 78:6, 82:6, 83:14, 84:12, 85:4, 86:1, 91:25, 94:19, 98:14, 99:10, 99:20, 101:7, 101:21, 102:17, 102:24, 104:2, 104:3, 104:17, 104:22, 105:13, 106:13, 106:25, 110:1, 113:5, 117:4, 118:9, 118:20, 119:9, 119:15, 119:20, 121:8, 125:1, 126:9, 129:1, 129:2, 130:9, 132:6, 134:13, 134:15, 135:2, 135:4, 135:9, 140:8, 140:11, 141:20, 143:15, 146:12, 146:17, 148:17, 148:19, 148:20, 149:14, 149:17, 149:22, 151:2, 153:22, 154:7, 155:24, 157:22, 158:11, 158:15, 158:17, 162:16, 163:13, 163:24, 165:24, 169:17, 169:18, 172:17, 174:14, 176:23, 177:24, 183:6, 183:7, 183:8, 184:1, 184:10, 187:4, 188:9, 195:14, 196:18, 196:25, 197:11, 197:12, 197:18, 198:7, 204:19, 212:6, 212:13, 213:12, 215:4, 216:16, 216:19, 216:21, 222:25, 223:2, 224:1, 224:12, 225:2, 225:3, 225:15, 229:23, 229:25, 230:21, 231:14, 231:16, 231:23, 232:1, 235:10, 236:21, 238:20, 240:20, 241:10, 245:23, 246:18, 246:19, 248:7, 250:13, 251:9, 251:10, 259:22, 260:6, 262:16, 263:6, 266:25, 274:1, 274:5, 278:6, 278:16, 278:19, 283:2, 292:23, 299:10, 300:5

**hadn't** [4] - 50:17, 142:4, 177:24, 256:23

**half** [19] - 17:1, 62:21, 66:24, 71:17, 72:4, 79:1, 79:10, 79:11, 81:15, 82:18, 82:19, 85:6, 98:7, 99:23, 111:15, 116:11, 285:17, 285:19, 297:23

**halfway** [1] - 82:15

**Halliburton** [12] - 148:1, 148:2, 148:9, 148:10, 149:8, 246:23, 246:25, 247:2, 247:4, 247:9, 247:12, 264:24

**hand** [3] - 32:2, 166:22, 253:1

**handle** [4] - 5:13, 9:17, 9:18, 125:4

**hands** [1] - 291:13

**HANEN** [1] - 1:12

**Hanen's** [1] - 54:20

**hang** [3] - 73:3, 107:3, 107:23

**happen** [8] - 13:19, 110:12, 170:23, 187:11, 237:14, 256:21, 297:4, 299:3

**happened** [15] - 25:16, 95:10, 110:13,

125:16, 132:9, 134:23, 137:15, 137:17, 168:6, 168:8, 169:19, 176:17, 184:11, 187:15, 299:6

**happening** [13] - 93:24, 101:19, 103:13, 105:5, 125:10, 156:23, 168:10, 168:14, 170:8, 174:18, 187:17, 274:2, 286:19

**happens** [10] - 110:11, 170:20, 174:13, 184:9, 184:12, 187:10, 187:11, 192:8, 298:22

**happy** [2] - 31:23, 292:9

**hard** [6] - 24:12, 52:20, 67:25, 241:7, 262:11, 277:16

**hardly** [1] - 166:12

**Harper** [7] - 53:6, 78:13, 271:4, 271:24, 272:5, 273:14, 275:21

**harper** [1] - 84:3

**Harvard** [1] - 300:1

**has** [81] - 7:1, 7:20, 8:11, 8:12, 8:13, 8:18, 8:20, 8:25, 9:2, 9:16, 9:19, 9:23, 10:8, 10:11, 10:20, 11:19, 13:22, 17:25, 19:17, 19:20, 20:21, 27:17, 31:8, 34:1, 34:2, 34:3, 41:25, 44:22, 55:5, 62:20, 71:16, 71:25, 74:1, 82:17, 123:7, 136:8, 136:11, 137:6, 147:16, 147:18, 148:8, 148:22, 150:3, 162:15, 163:22, 169:9, 178:25, 183:4, 188:21, 192:23, 193:5, 193:6, 193:15, 193:18, 193:19, 194:2, 198:14, 198:15, 215:19, 215:22, 218:22, 228:16, 245:21, 251:9, 266:20, 267:14, 270:14, 271:5, 271:6, 273:4, 274:13, 282:4, 288:10, 290:9, 291:13, 292:9, 294:17, 295:14, 296:10, 297:20

**hasn't** [6] - 27:14, 198:15, 198:17, 261:24, 275:20, 299:6

**have** [422] - 4:12, 5:12, 5:16, 5:17, 6:7, 6:8, 7:2, 7:19, 8:14, 10:5, 10:10, 11:15, 12:23, 13:3, 13:14, 13:16, 13:19, 14:2, 15:12, 15:16, 16:2, 17:23, 18:19, 19:24, 20:11, 20:20, 20:22, 21:8, 22:9, 24:13, 24:14, 24:15, 26:20, 27:1, 28:1, 28:4, 28:12, 28:17, 28:18, 29:4, 29:24, 29:25, 30:20, 31:1, 31:6, 31:9, 31:15, 31:22, 33:4, 34:3, 34:7, 34:8, 34:9, 34:15, 35:12, 35:15, 35:21, 35:24, 36:3, 37:2, 37:6, 37:9, 37:19, 38:9, 39:17, 39:20, 40:22, 42:9, 42:10, 42:12, 43:9, 43:15, 44:23, 48:18, 52:9, 53:6, 53:11, 55:1, 55:16, 55:22, 59:9, 63:13, 67:12, 69:3, 69:4, 69:7, 69:17, 72:12, 73:20, 74:13, 78:24, 78:25, 80:11, 80:12, 81:16, 83:18, 84:2, 84:4, 85:5, 87:20, 88:6, 89:6, 90:9, 92:14, 94:22, 98:14, 102:24, 104:1, 104:5, 104:16, 104:21, 104:22, 105:7, 105:13, 105:15, 105:19, 105:21, 105:22, 105:23, 106:13, 107:11, 107:12, 108:16, 108:21, 108:25, 109:2, 109:7, 109:15, 109:16, 109:25, 110:8, 110:17, 110:23, 110:24, 111:18, 111:23, 111:24, 113:1, 115:22, 119:17,

119:20, 120:3, 121:2, 121:9, 123:8, 124:11, 127:2, 127:22, 128:17, 130:13, 131:2, 131:21, 133:19, 133:21, 134:2, 134:15, 134:23, 135:7, 136:7, 136:10, 138:15, 139:14, 139:19, 140:3, 141:5, 143:6, 143:16, 143:25, 144:2, 144:14, 144:20, 145:7, 145:9, 145:14, 145:15, 147:12, 147:19, 147:23, 148:11, 149:3, 149:4, 149:5, 149:23, 149:24, 152:6, 152:7, 152:12, 152:14, 153:12, 155:15, 155:19, 155:21, 157:10, 157:17, 158:19, 158:23, 159:2, 159:4, 160:3, 161:6, 161:8, 163:1, 163:5, 163:18, 164:4, 164:5, 164:6, 164:7, 165:13, 165:20, 167:1, 168:1, 168:7, 168:16, 169:23, 170:21, 171:1, 171:14, 172:10, 172:11, 172:17, 172:21, 174:3, 174:21, 176:4, 178:17, 178:21, 178:22, 178:23, 178:24, 180:13, 181:9, 181:14, 181:17, 181:19, 181:20, 181:23, 182:7, 182:15, 183:4, 183:13, 183:18, 184:10, 184:19, 184:24, 184:25, 185:2, 185:3, 185:5, 186:14, 186:20, 186:21, 187:3, 187:14, 188:9, 188:12, 188:20, 189:23, 190:3, 190:15, 190:25, 191:4, 191:5, 193:5, 196:12, 197:5, 197:7, 197:9, 197:17, 197:25, 199:5, 199:18, 203:2, 204:17, 208:23, 212:5, 212:7, 212:12, 212:13, 212:22, 213:3, 214:5, 214:7, 214:9, 214:12, 214:14, 216:4, 222:5, 222:17, 224:4, 224:11, 224:17, 224:19, 225:16, 226:4, 226:10, 226:20, 229:12, 230:20, 234:20, 234:21, 236:24, 237:8, 237:20, 237:21, 239:15, 239:24, 242:4, 244:2, 244:8, 245:15, 246:5, 246:10, 247:14, 247:18, 249:1, 249:13, 249:15, 250:11, 252:3, 252:6, 252:7, 252:22, 253:1, 253:16, 253:24, 254:4, 254:21, 255:11, 257:4, 257:21, 262:9, 265:24, 267:12, 267:13, 267:15, 269:1, 269:4, 269:5, 269:10, 269:25, 270:8, 270:20, 272:19, 272:23, 273:3, 273:24, 274:8, 274:16, 274:17, 276:11, 276:18, 276:23, 276:25, 277:13, 277:20, 278:16, 278:21, 279:4, 279:8, 279:15, 279:18, 279:20, 280:5, 280:25, 281:1, 281:16, 283:4, 283:18, 284:6, 284:19, 286:12, 287:2, 287:17, 287:18, 288:4, 288:11, 289:6, 289:7, 289:8, 290:3, 291:7, 291:11, 292:8, 293:10, 293:17, 293:20, 293:21, 294:6, 294:23, 296:5, 296:20, 297:9, 297:24, 298:19, 300:17, 300:24, 301:11, 302:3

**haven't** [21] - 43:4, 51:15, 68:12, 105:22, 106:6, 143:24, 178:18, 178:19, 255:5, 260:7, 265:7, 275:14, 278:16, 279:8, 287:15, 288:7, 290:25, 293:12, 293:13, 299:8

**having** [15] - 4:4, 11:1, 20:17, 32:8, 37:21, 55:9, 73:21, 127:10, 147:5, 177:23, 239:15, 245:6, 259:4, 261:4,

268:5

**haywire** [2] - 111:1, 111:3

**he** [106] - 8:23, 8:25, 9:2, 9:11, 9:13, 9:21, 10:20, 10:21, 10:23, 28:24, 36:4, 56:17, 56:23, 57:7, 63:19, 79:13, 79:23, 82:24, 122:2, 126:11, 140:15, 148:8, 148:10, 148:12, 148:16, 148:17, 149:10, 154:25, 155:1, 155:3, 155:6, 155:9, 155:17, 155:19, 155:20, 155:21, 156:3, 156:17, 157:5, 157:6, 157:9, 157:24, 162:16, 162:18, 162:19, 162:20, 162:24, 163:1, 170:13, 170:15, 170:16, 170:18, 170:19, 170:20, 171:5, 171:6, 171:11, 171:13, 181:9, 189:20, 189:22, 189:23, 193:9, 193:11, 194:2, 194:4, 197:4, 198:15, 198:17, 203:21, 209:4, 209:7, 209:10, 209:13, 209:25, 210:2, 210:13, 210:17, 212:10, 213:25, 214:4, 215:22, 218:23, 227:3, 227:5, 227:9, 227:13, 227:18, 227:20, 243:12, 243:13, 243:15, 243:17, 243:20, 271:17, 274:12, 290:2, 291:23

**he's** [23] - 7:2, 8:23, 9:8, 79:17, 79:20, 135:19, 135:23, 136:4, 148:6, 149:2, 156:19, 157:24, 170:24, 189:17, 189:20, 190:7, 193:19, 193:22, 193:23, 194:2, 298:3

**head** [2] - 79:14, 182:18

**heading** [2] - 244:8, 280:3

**heads** [1] - 11:8

**heads-up** [1] - 11:8

**hear** [10] - 6:21, 23:13, 26:6, 26:22, 27:7, 31:5, 124:4, 126:25, 180:6, 248:23

**HEARD** [1] - 1:12

**heard** [23] - 121:2, 121:4, 128:23, 130:11, 130:23, 131:12, 134:17, 135:1, 138:12, 140:15, 142:10, 143:2, 149:4, 156:2, 184:5, 202:11, 237:8, 270:2, 280:9, 281:10, 284:15, 288:25, 290:2

**hearing** [5] - 4:10, 181:19, 199:18, 236:15, 236:19

**HEARING** [1] - 1:12

**Hearing** [1] - 200:1

**hearings** [2] - 28:6, 298:15

**heavily** [1] - 80:14

**heavy** [4] - 257:10, 258:2, 258:10, 288:8

**HEFLEY** [26] - 2:1, 4:23, 127:1, 127:6, 127:8, 127:12, 138:24, 165:1, 165:5, 165:8, 165:23, 166:11, 180:9, 183:21, 183:24, 185:12, 185:13, 186:17, 186:19, 194:17, 194:23, 198:19, 221:20, 249:1, 249:4, 251:18

**Hefley** [5] - 4:23, 127:2, 180:7, 183:20, 216:6

**Hefley.........** [1] - 3:12

**Hefley...........** [1] - 3:11

**held** [6] - 37:9, 287:5, 287:6, 290:19, 292:3, 292:5

**help** [2] - 183:22, 266:9

**helped** [4] - 224:11, 224:17, 225:3, 225:16

**helpful** [5] - 12:7, 136:22, 136:23, 151:17

**hence** [1] - 128:21

**her** [21] - 8:3, 8:20, 9:11, 10:15, 10:16, 127:2, 210:13, 221:21, 240:12, 293:15, 293:19, 294:22, 295:24, 298:1, 298:12, 298:21, 298:23, 299:8, 300:5, 300:24, 301:22

**here** [150] - 4:10, 7:22, 11:4, 12:22, 13:25, 21:7, 22:11, 25:12, 28:20, 30:6, 35:6, 41:9, 42:22, 48:8, 53:6, 54:24, 59:1, 59:9, 72:9, 73:11, 73:18, 75:1, 76:14, 78:24, 82:17, 83:17, 85:3, 85:5, 85:12, 85:15, 88:15, 94:18, 98:3, 103:2, 105:10, 110:6, 111:9, 113:7, 114:14, 116:14, 116:23, 117:3, 118:1, 119:12, 119:14, 120:8, 125:1, 128:16, 128:17, 128:18, 129:17, 130:13, 130:17, 134:3, 143:16, 144:1, 144:2, 145:7, 145:15, 147:19, 149:5, 149:15, 152:7, 156:10, 163:12, 165:15, 165:19, 169:13, 169:16, 170:10, 170:16, 170:18, 171:12, 171:15, 171:16, 173:7, 174:19, 174:20, 175:13, 181:20, 182:20, 183:16, 185:15, 185:18, 187:25, 190:2, 201:10, 201:16, 202:8, 204:4, 207:14, 208:20, 209:21, 210:6, 210:13, 211:10, 212:9, 212:11, 226:11, 226:24, 229:4, 229:8, 236:9, 236:13, 236:15, 237:20, 238:7, 240:20, 244:8, 246:21, 248:17, 248:19, 249:6, 250:11, 252:23, 253:24, 254:3, 254:8, 254:18, 256:25, 260:25, 262:14, 263:4, 263:13, 264:6, 265:1, 266:19, 267:6, 267:13, 269:7, 269:15, 271:15, 273:22, 273:23, 273:24, 274:25, 275:9, 279:19, 279:24, 280:8, 283:23, 283:24, 284:20, 287:7, 288:18, 288:20, 298:5, 301:17, 301:21

**Here** [1] - 174:16

**hereby** [1] - 303:3

**hers** [1] - 7:2

**hey** [4] - 19:17, 29:3, 183:9, 283:10

**Hey** [1] - 57:11

**hiccup** [2] - 83:15, 84:13

**high** [14] - 18:12, 63:8, 64:2, 64:10, 85:8, 91:2, 91:9, 99:4, 119:11, 128:24, 137:5, 185:21, 253:10, 253:12

**high-level** [1] - 85:8

**high-margin** [1] - 91:9

**high-quality** [3] - 64:10, 91:2, 99:4

**high-risk** [1] - 253:10

**higher** [4] - 69:10, 193:13, 193:19, 259:10

**highest** [1] - 195:23

**highlight** [3] - 53:7, 71:9, 230:6

**highlighted** [4] - 114:18, 114:20, 114:21, 143:25

**highlights** [7] - 53:10, 53:13, 61:16, 63:1, 65:23, 114:24, 164:7
**highlights..** [1] - 77:23
**highly** [4] - 23:10, 124:8, 124:11, 291:6
**him** [6] - 7:14, 8:9, 9:22, 31:23, 165:13, 243:18
**hints** [1] - 89:15
**his** [46] - 8:15, 8:21, 9:1, 9:14, 9:22, 11:13, 112:8, 137:4, 148:21, 154:24, 155:4, 155:21, 157:7, 162:18, 162:22, 167:19, 171:11, 181:5, 188:23, 188:24, 191:17, 193:9, 209:10, 209:25, 212:8, 213:22, 213:24, 214:1, 214:2, 214:20, 215:21, 218:22, 227:5, 227:10, 240:12, 243:11, 243:22, 287:11, 292:20, 295:2, 295:14, 295:15, 299:11
**Historically** [1] - 275:22
**historically** [3] - 117:9, 261:24, 262:16
**hit** [3] - 26:13, 284:4, 288:16
**hold** [2] - 34:11, 190:3
**holdings** [1] - 208:11
**hole** [3] - 172:4, 172:23, 174:21
**holes** [4] - 266:1, 268:17, 268:18, 268:25
**holistic** [1] - 15:10
**HOLMES** [22] - 2:5, 4:25, 6:6, 6:14, 11:24, 12:22, 13:12, 15:17, 31:11, 169:1, 169:6, 171:5, 171:16, 173:6, 174:3, 174:24, 175:20, 176:16, 180:10, 181:23, 183:3, 279:25
**Holmes** [8] - 4:25, 168:24, 180:5, 279:23, 290:17, 291:19, 292:20, 292:22
**Holmes'** [2] - 265:9, 290:2
**Holmes............................** [1] - 3:15
**Holmes................................** [1] - 3:5
**home** [1] - 70:24
**homeowners** [1] - 288:19
**honestly** [1] - 199:14
**Honor** [47] - 4:13, 4:25, 5:17, 6:15, 7:5, 7:8, 7:24, 8:5, 8:17, 11:24, 12:5, 21:24, 31:8, 31:21, 32:5, 87:17, 112:7, 115:16, 126:15, 126:18, 127:1, 127:6, 166:7, 178:12, 178:23, 183:21, 218:21, 221:20, 221:23, 248:21, 249:1, 251:20, 251:24, 253:4, 255:22, 279:21, 282:9, 286:8, 288:16, 292:13, 292:18, 300:3, 300:15, 301:3, 301:4, 301:15, 301:21
**Honor's** [3] - 14:8, 27:5, 287:20
**HONORABLE** [1] - 1:12
**hope** [1] - 174:13
**hoping** [1] - 147:3
**Horizon** [2] - 167:22, 178:20
**horizontal** [4] - 17:21, 47:3, 48:9, 174:22
**horse** [2] - 111:17, 298:11
**host** [1] - 112:20
**hot** [4] - 192:18, 192:19, 192:21, 295:8
**hours** [2] - 87:11, 164:25
**housing** [1] - 24:23

**HOUSTON** [2] - 1:2, 1:6
**Houston** [6] - 1:23, 1:23, 2:4, 2:17, 4:7, 12:2
**Houstonians** [1] - 4:8
**how** [146] - 5:12, 9:11, 9:14, 10:19, 10:21, 10:23, 11:13, 14:22, 16:10, 16:25, 29:14, 31:3, 31:7, 37:9, 37:21, 40:16, 43:17, 50:18, 51:14, 69:9, 69:20, 70:12, 71:11, 74:6, 74:8, 74:18, 75:18, 79:11, 80:17, 81:8, 82:1, 82:22, 88:25, 89:1, 91:21, 91:25, 93:3, 93:16, 93:25, 95:17, 96:15, 98:15, 100:16, 100:21, 101:22, 102:23, 104:1, 104:16, 104:21, 105:12, 105:22, 107:11, 107:12, 108:2, 108:14, 108:18, 108:25, 109:25, 110:24, 111:24, 112:13, 117:25, 118:3, 119:6, 119:20, 125:6, 130:3, 134:1, 134:21, 135:19, 135:21, 136:21, 139:11, 139:14, 140:25, 145:1, 145:4, 153:9, 165:17, 166:20, 168:20, 169:14, 175:17, 176:24, 181:1, 181:3, 181:9, 181:20, 182:11, 182:21, 182:22, 183:16, 188:21, 189:9, 189:11, 189:12, 189:19, 189:20, 190:1, 190:8, 190:13, 190:14, 191:1, 191:2, 191:5, 191:8, 191:9, 191:11, 191:13, 194:2, 194:11, 196:21, 196:22, 198:17, 198:22, 213:24, 215:1, 235:6, 239:24, 241:5, 256:8, 260:5, 260:9, 260:12, 261:23, 264:23, 266:9, 266:14, 267:25, 269:10, 271:13, 271:17, 273:10, 277:8, 284:25, 286:17, 287:9, 287:10, 287:16, 287:20, 288:5, 289:21, 293:3
**However** [2] - 57:7, 201:24
**however** [7] - 13:4, 96:12, 173:3, 201:18, 257:15, 288:2, 288:9
**huh** [5] - 66:9, 79:22, 82:13, 100:6, 167:6
**hundred** [14] - 8:24, 8:25, 110:18, 124:14, 124:15, 177:6, 177:7, 183:11, 187:12, 187:14, 187:17, 190:19, 214:10, 214:12
**hundreds** [3] - 109:1, 289:1, 291:14
**hurt** [3] - 165:3, 165:4, 182:17
**hypothesis** [1] - 33:16
**hypothetical** [3] - 172:13, 219:25, 239:23

## I

**i** [6] - 74:4, 124:14, 127:7, 181:18, 202:22, 246:25
**I** [986] - 4:1, 4:8, 4:12, 5:13, 5:14, 5:21, 6:6, 6:8, 6:13, 6:25, 7:1, 7:4, 7:5, 7:9, 7:17, 7:21, 7:23, 8:3, 10:1, 10:3, 10:5, 10:7, 10:18, 10:20, 10:23, 10:24, 11:2, 11:8, 11:20, 12:4, 12:5, 12:15, 13:3, 14:5, 14:7, 14:13, 14:15, 15:9, 16:2, 16:16, 16:18, 17:19, 17:24, 18:10, 19:14, 19:16, 19:22, 21:15, 24:4, 24:20,

25:9, 26:13, 27:8, 27:22, 29:3, 29:5, 31:4, 31:9, 31:10, 31:13, 31:14, 31:15, 31:16, 31:17, 31:18, 31:19, 31:21, 32:5, 32:15, 33:8, 33:10, 33:12, 33:25, 34:7, 34:12, 35:15, 36:19, 37:9, 37:18, 37:21, 37:22, 38:25, 40:3, 40:8, 40:20, 40:21, 41:3, 41:9, 41:15, 41:17, 42:3, 42:9, 42:11, 42:21, 43:4, 43:9, 43:15, 43:18, 44:5, 44:11, 45:8, 47:14, 48:21, 49:19, 50:16, 50:22, 51:14, 51:15, 52:8, 52:22, 53:22, 54:12, 54:18, 54:24, 54:25, 55:1, 55:12, 56:13, 57:1, 57:13, 57:23, 58:21, 59:5, 60:1, 60:2, 60:5, 60:9, 60:10, 60:21, 60:24, 61:1, 61:2, 61:10, 63:2, 63:10, 63:13, 63:24, 64:4, 64:24, 65:1, 65:2, 66:3, 66:7, 67:2, 67:6, 68:10, 68:12, 68:21, 68:23, 68:25, 69:6, 69:9, 69:17, 69:23, 70:21, 71:16, 71:20, 71:22, 72:6, 72:17, 73:20, 73:24, 74:4, 75:1, 75:10, 75:20, 75:21, 76:5, 76:14, 77:5, 78:1, 78:14, 78:25, 79:13, 80:17, 81:8, 81:12, 81:16, 81:17, 81:18, 81:19, 81:25, 82:15, 82:19, 82:24, 83:2, 83:18, 84:3, 84:5, 84:9, 84:20, 85:1, 85:4, 85:5, 85:8, 85:22, 86:9, 86:12, 86:19, 86:21, 87:7, 88:2, 89:3, 89:13, 89:16, 90:4, 90:5, 90:15, 90:18, 91:19, 92:1, 92:6, 92:10, 92:13, 93:2, 93:22, 95:8, 95:15, 95:19, 96:2, 96:7, 96:11, 96:13, 97:3, 97:11, 97:23, 98:4, 98:11, 99:7, 99:23, 100:2, 100:11, 100:16, 100:20, 100:21, 102:14, 102:15, 102:21, 103:19, 103:24, 104:2, 104:14, 105:8, 105:21, 105:23, 107:6, 107:10, 107:11, 108:2, 108:21, 109:4, 109:5, 109:24, 110:16, 111:14, 111:16, 112:7, 113:5, 113:7, 113:15, 113:16, 113:19, 113:20, 113:24, 114:1, 114:2, 114:3, 114:5, 114:12, 114:13, 114:23, 115:7, 115:21, 115:24, 116:6, 117:1, 117:14, 117:22, 118:10, 118:23, 119:5, 119:10, 119:21, 120:6, 120:22, 122:2, 122:14, 122:18, 122:25, 123:6, 123:18, 124:1, 124:4, 124:11, 125:19, 126:23, 127:6, 127:20, 127:22, 128:4, 128:6, 128:17, 128:19, 128:20, 129:14, 129:16, 130:13, 131:2, 131:9, 131:21, 131:25, 132:6, 132:15, 132:17, 132:19, 133:1, 133:2, 135:19, 136:7, 136:10, 136:20, 136:22, 139:8, 139:9, 139:15, 140:1, 140:2, 140:9, 140:15, 140:17, 141:4, 142:10, 142:14, 143:1, 143:5, 143:8, 143:16, 143:23, 143:24, 143:25, 144:2, 144:7, 144:20, 145:3, 145:7, 145:9, 145:14, 145:15, 145:24, 146:1, 146:4, 147:1, 147:12, 147:19, 147:25, 148:4, 149:3, 149:18, 150:8, 150:14, 150:25, 151:2, 152:6, 152:11, 152:16, 152:17, 153:11, 154:13, 154:25, 155:3, 155:15, 155:17, 155:19, 155:20, 155:22, 155:24, 156:2, 156:3, 156:13, 157:5, 157:17, 157:18,

158:13, 158:23, 158:24, 159:13, 159:17, 159:21, 159:22, 159:23, 159:25, 160:18, 160:20, 160:24, 161:2, 161:5, 161:9, 161:17, 161:23, 162:7, 162:18, 163:5, 163:6, 163:8, 163:9, 163:14, 163:17, 163:18, 163:21, 163:25, 164:7, 164:17, 164:24, 165:3, 165:6, 165:11, 165:13, 165:14, 165:16, 165:20, 165:24, 166:12, 166:25, 168:4, 169:1, 169:8, 169:10, 169:22, 169:24, 170:1, 172:9, 172:11, 172:17, 172:19, 172:21, 172:22, 172:23, 172:24, 175:8, 175:9, 175:11, 175:12, 175:17, 175:25, 176:1, 176:4, 176:5, 176:9, 176:17, 177:12, 179:8, 179:11, 180:7, 180:10, 180:12, 181:13, 181:19, 181:20, 181:23, 181:24, 182:11, 182:17, 182:18, 183:14, 183:17, 183:19, 184:3, 184:5, 184:24, 185:10, 186:2, 188:11, 188:12, 188:24, 188:25, 189:14, 189:17, 189:19, 189:23, 190:11, 190:16, 190:17, 190:18, 190:20, 190:24, 191:8, 191:16, 191:20, 191:23, 194:17, 194:19, 194:20, 194:24, 195:6, 196:11, 197:3, 198:9, 198:15, 199:5, 199:9, 199:14, 199:15, 199:18, 200:4, 200:9, 200:14, 201:9, 202:7, 202:14, 202:21, 203:1, 203:3, 203:24, 204:13, 204:17, 204:19, 205:20, 206:1, 207:22, 208:1, 209:13, 210:9, 212:3, 212:4, 212:5, 212:12, 212:13, 212:21, 212:22, 213:3, 213:8, 213:12, 213:14, 213:16, 214:7, 214:8, 214:12, 215:3, 215:5, 215:17, 215:25, 216:21, 216:25, 217:10, 217:22, 218:3, 218:12, 218:14, 218:17, 218:18, 218:21, 218:22, 219:5, 219:8, 219:17, 219:20, 220:5, 220:22, 221:1, 221:4, 221:5, 221:6, 221:10, 221:13, 221:16, 221:17, 221:20, 222:1, 222:2, 222:4, 223:16, 224:2, 224:7, 224:9, 224:11, 224:15, 224:16, 224:18, 224:19, 224:20, 224:24, 225:1, 225:3, 225:5, 225:8, 225:14, 225:15, 225:20, 226:2, 226:20, 227:1, 227:4, 227:9, 227:17, 227:22, 228:4, 228:6, 228:21, 228:25, 229:5, 229:11, 229:12, 229:18, 229:25, 230:13, 230:19, 231:5, 231:25, 232:2, 233:3, 233:7, 234:3, 234:20, 234:23, 235:23, 236:2, 236:3, 236:11, 236:17, 236:19, 236:24, 237:4, 237:8, 237:13, 237:16, 237:20, 237:21, 237:24, 238:1, 238:3, 238:17, 238:19, 238:21, 238:22, 238:23, 239:1, 239:5, 239:10, 240:1, 240:13, 241:8, 241:9, 241:10, 241:11, 241:13, 241:17, 241:20, 241:21, 241:22, 241:23, 242:7, 242:17, 243:12, 243:14, 243:17, 243:19, 245:5, 245:9, 245:17, 245:21, 245:25, 246:2, 246:5, 246:10, 246:20, 246:25, 247:1, 247:3, 247:8, 247:12, 247:18, 247:20, 248:11, 248:16,

248:19, 248:23, 248:24, 249:1, 250:10, 250:23, 251:17, 251:18, 252:3, 252:6, 252:7, 252:8, 252:14, 252:15, 252:16, 252:25, 253:1, 253:5, 253:6, 253:25, 254:1, 254:10, 254:21, 254:22, 255:7, 255:18, 256:16, 256:21, 257:5, 257:6, 258:6, 258:13, 258:14, 260:9, 260:15, 264:9, 264:19, 265:6, 265:7, 265:19, 265:20, 265:21, 265:25, 266:8, 266:21, 267:2, 267:3, 267:4, 267:14, 268:16, 268:21, 270:6, 272:4, 272:17, 272:18, 272:19, 272:22, 273:22, 274:11, 274:13, 276:7, 276:17, 276:18, 276:23, 276:25, 277:1, 277:3, 277:4, 277:5, 277:7, 277:12, 277:14, 277:18, 277:20, 278:1, 278:2, 278:3, 278:4, 278:5, 278:7, 278:25, 279:12, 279:13, 279:18, 279:25, 280:8, 280:15, 280:16, 280:18, 280:25, 281:1, 281:2, 281:14, 282:21, 283:16, 283:20, 284:3, 284:5, 284:10, 284:11, 284:15, 284:23, 285:1, 285:2, 286:6, 286:15, 286:22, 287:4, 287:7, 287:13, 287:25, 288:6, 288:10, 288:22, 288:25, 289:18, 289:20, 291:9, 291:10, 291:13, 291:24, 292:15, 292:22, 293:15, 293:19, 293:20, 293:21, 293:22, 294:1, 294:3, 294:8, 294:9, 294:17, 295:1, 295:23, 295:24, 295:25, 296:4, 296:12, 298:10, 298:19, 299:4, 299:22, 299:25, 300:1, 300:4, 300:6, 300:11, 300:14, 300:24, 301:5, 301:10, 301:25, 302:1, 303:2

**I'd** [11] - 71:8, 72:24, 75:10, 85:22, 88:16, 115:25, 126:23, 154:4, 209:22, 280:13, 288:19

**I'll** [34] - 8:6, 11:18, 14:6, 14:25, 19:12, 22:13, 24:24, 27:4, 27:19, 29:7, 33:23, 69:24, 106:1, 113:15, 169:14, 180:5, 181:11, 189:6, 189:7, 198:19, 203:6, 231:7, 252:4, 258:23, 267:17, 275:9, 277:17, 279:23, 281:11, 282:19, 288:13, 288:15, 293:22, 302:1

**I'm** [166] - 4:14, 7:7, 7:14, 11:24, 12:20, 28:10, 31:15, 32:21, 33:1, 33:10, 33:12, 35:10, 35:17, 36:12, 38:20, 39:3, 39:5, 39:9, 40:15, 40:20, 41:9, 42:15, 42:17, 42:22, 42:24, 44:5, 46:1, 49:5, 49:22, 50:21, 52:21, 55:2, 56:14, 57:23, 62:7, 65:1, 66:14, 70:2, 70:4, 70:5, 70:23, 71:8, 71:11, 71:13, 71:22, 73:15, 79:25, 80:7, 82:16, 82:22, 87:22, 89:21, 90:8, 90:18, 91:16, 93:20, 94:7, 97:4, 97:6, 97:11, 98:3, 100:4, 100:10, 102:16, 103:1, 104:18, 104:20, 104:23, 104:24, 105:11, 106:2, 106:9, 106:10, 106:21, 107:13, 109:18, 109:23, 112:1, 112:2, 112:3, 119:18, 124:5, 127:15, 131:18, 147:3, 149:15, 156:15, 160:15, 166:25, 169:3, 169:24, 170:24, 170:25, 171:7, 174:23, 175:7, 177:4, 180:14, 181:5, 181:6, 181:11, 181:18, 181:19, 189:8,

189:11, 193:19, 196:2, 196:3, 196:5, 201:23, 202:24, 210:3, 214:24, 216:18, 217:22, 219:24, 219:25, 224:9, 229:11, 236:14, 239:12, 240:6, 244:4, 245:21, 246:9, 246:14, 247:23, 248:21, 248:24, 252:1, 252:16, 252:17, 252:25, 255:8, 258:3, 258:4, 261:3, 261:25, 265:21, 265:22, 268:12, 268:13, 271:22, 272:19, 273:22, 275:23, 277:4, 277:22, 284:24, 287:2, 287:9, 287:10, 287:11, 288:15, 288:18, 291:13, 301:13

**I'm..** [1] - 219:20

**I've** [16] - 5:20, 38:17, 50:16, 51:9, 53:10, 95:15, 108:20, 121:4, 122:16, 127:16, 147:25, 149:2, 171:24, 177:13, 284:25, 300:5

**Iceman/Hollywood** [1] - 61:20

**idea** [2] - 184:10, 199:9

**identified** [3] - 35:12, 139:4, 164:17

**identify** [1] - 166:17

**identifying** [1] - 289:14

**if** [297] - 7:18, 7:20, 9:6, 9:22, 11:14, 12:16, 13:10, 14:5, 14:16, 17:2, 20:22, 20:23, 20:25, 21:22, 21:25, 27:8, 29:13, 31:22, 33:20, 36:2, 36:19, 36:23, 37:18, 37:19, 38:13, 39:5, 39:20, 40:2, 40:4, 40:7, 45:18, 46:2, 46:14, 46:19, 47:6, 47:15, 47:21, 48:15, 48:22, 49:4, 49:18, 49:22, 50:7, 51:2, 51:14, 51:18, 52:8, 52:24, 53:3, 53:23, 53:25, 54:13, 55:18, 56:7, 56:17, 56:22, 57:16, 57:19, 58:1, 59:5, 59:12, 60:12, 61:15, 62:9, 62:24, 63:16, 64:5, 64:18, 65:11, 65:18, 66:7, 66:15, 67:5, 67:17, 68:23, 69:2, 69:17, 72:24, 73:24, 74:1, 74:12, 74:15, 75:21, 76:11, 77:4, 77:21, 79:25, 80:3, 80:7, 88:5, 90:4, 92:3, 93:3, 93:8, 93:22, 94:5, 98:8, 99:19, 104:3, 106:21, 106:22, 107:6, 109:10, 109:24, 110:12, 111:1, 112:7, 118:4, 121:22, 123:1, 123:6, 125:9, 125:14, 129:9, 129:24, 130:24, 132:17, 134:23, 135:2, 135:6, 135:13, 140:2, 142:12, 149:19, 149:20, 149:22, 156:25, 157:3, 160:20, 161:5, 162:9, 165:21, 167:25, 169:22, 170:3, 170:7, 172:6, 172:9, 172:10, 172:17, 174:21, 176:25, 177:6, 177:7, 179:18, 180:22, 182:9, 182:18, 186:2, 186:17, 187:3, 187:15, 188:9, 188:12, 189:3, 189:14, 189:17, 192:8, 192:14, 192:17, 193:16, 194:19, 194:20, 195:14, 195:23, 196:10, 196:18, 197:3, 198:5, 198:7, 199:19, 200:9, 200:14, 201:2, 201:8, 201:20, 201:22, 203:1, 203:7, 204:2, 204:13, 204:19, 204:21, 205:21, 205:23, 206:5, 206:8, 206:25, 207:8, 208:3, 208:17, 209:13, 209:16, 210:7, 212:17, 213:16, 213:22, 213:25, 214:10, 217:1, 217:3, 217:25, 218:14, 218:18, 219:15, 220:6, 220:9, 221:4,

221:5, 221:8, 221:9, 221:20, 223:10, 223:12, 223:20, 225:20, 226:16, 226:21, 230:3, 232:9, 232:15, 234:1, 234:15, 234:25, 235:24, 237:8, 237:10, 237:17, 238:2, 238:5, 238:24, 240:1, 240:10, 240:16, 241:11, 241:22, 242:9, 242:19, 242:24, 244:5, 244:14, 244:25, 245:21, 246:10, 247:12, 248:25, 251:10, 251:15, 252:22, 253:2, 256:15, 257:4, 260:10, 265:7, 265:14, 265:19, 265:21, 268:12, 268:20, 274:11, 277:3, 277:17, 278:5, 278:19, 279:17, 281:12, 281:15, 283:3, 284:20, 288:1, 288:12, 289:5, 293:10, 293:11, 295:5, 295:6, 295:13, 296:16, 296:25, 297:8, 298:24, 298:25, 299:3, 300:8, 300:14, 300:15, 301:16

**If** [2] - 59:15, 82:15
**ignored** [2] - 215:14, 252:7
**ignores** [1] - 210:14
**ignoring** [2] - 252:7, 252:16
**III** [1] - 1:16
**illusion** [1] - 260:3
**immediately** [1] - 31:15
**impact** [145] - 8:24, 9:7, 9:12, 12:15, 12:23, 13:23, 14:10, 15:10, 18:11, 19:7, 19:22, 20:9, 21:9, 21:25, 22:2, 26:11, 35:21, 35:23, 35:25, 36:8, 36:13, 36:14, 36:16, 36:25, 37:3, 37:4, 37:6, 37:8, 38:1, 38:4, 38:7, 38:10, 38:14, 38:15, 38:22, 38:24, 39:2, 39:8, 39:11, 39:17, 40:14, 40:19, 41:2, 41:8, 41:12, 41:13, 41:16, 41:18, 41:21, 41:22, 42:5, 42:20, 65:2, 85:17, 90:5, 99:22, 120:13, 120:15, 121:17, 122:3, 123:12, 126:10, 133:8, 133:10, 133:12, 133:13, 133:15, 133:21, 133:25, 134:2, 134:9, 134:11, 134:15, 135:5, 135:9, 136:6, 136:8, 138:9, 138:13, 138:25, 141:12, 149:14, 149:18, 149:22, 152:10, 154:1, 154:21, 154:24, 155:14, 157:8, 158:11, 162:16, 162:23, 163:2, 163:3, 163:23, 163:24, 164:4, 164:6, 164:8, 175:21, 202:19, 203:13, 211:24, 212:2, 212:15, 212:22, 215:24, 217:9, 219:1, 219:9, 219:14, 220:3, 221:8, 222:7, 222:11, 233:13, 233:20, 250:21, 257:17, 257:21, 257:25, 258:9, 265:19, 266:18, 267:20, 280:6, 280:11, 280:13, 282:9, 282:11, 282:12, 285:12, 287:2, 291:18, 291:24, 292:4, 292:22, 294:16, 297:1, 299:21
**impacted** [1] - 37:12
**impacting** [1] - 70:17
**impacts** [3] - 85:12, 127:18, 268:5
**impairment** [3] - 67:10, 68:3, 68:20
**impeccably** [1] - 197:19
**impermissibly** [2] - 264:18, 264:20
**implicit** [1] - 91:21
**implicitly** [2] - 94:16, 96:18
**imply** [1] - 234:13

**importance** [1] - 298:5
**important** [18] - 19:10, 41:18, 41:19, 63:25, 151:17, 151:24, 151:25, 161:1, 161:25, 163:2, 163:14, 164:1, 190:18, 203:14, 264:23, 285:2, 287:4, 294:4
**importantly** [1] - 250:12
**impossible** [1] - 158:20
**impression** [1] - 275:25
**improper** [1] - 292:2
**improve** [1] - 86:8
**improved** [1] - 179:24
**in** [975] - 4:7, 4:8, 4:10, 4:11, 5:24, 6:21, 6:23, 8:14, 8:19, 8:20, 9:15, 9:18, 9:24, 10:11, 10:13, 10:20, 11:13, 11:19, 11:20, 11:21, 12:2, 12:5, 12:8, 12:9, 12:10, 13:4, 13:5, 13:7, 13:8, 13:12, 13:14, 13:24, 14:9, 14:14, 14:18, 14:24, 15:1, 15:9, 15:11, 16:1, 16:4, 16:6, 16:9, 16:24, 17:1, 17:15, 17:16, 18:5, 18:8, 18:11, 18:15, 18:19, 18:24, 19:2, 19:4, 19:7, 19:8, 19:9, 19:12, 19:17, 19:21, 19:22, 20:1, 20:4, 20:5, 20:9, 20:15, 21:16, 21:17, 21:23, 21:24, 21:25, 22:6, 22:8, 22:9, 22:13, 22:17, 22:19, 22:21, 22:22, 22:24, 23:9, 23:13, 23:19, 23:21, 24:6, 24:10, 24:14, 24:21, 24:23, 24:25, 25:6, 25:16, 25:18, 25:19, 25:23, 25:25, 26:3, 26:7, 26:14, 26:18, 26:19, 26:24, 27:6, 27:12, 27:21, 28:4, 28:5, 28:11, 28:13, 28:16, 28:17, 28:21, 28:23, 29:2, 29:5, 29:17, 29:19, 30:7, 30:24, 31:15, 32:15, 32:18, 33:11, 33:22, 34:3, 34:10, 34:17, 34:25, 36:5, 36:10, 36:24, 37:14, 37:24, 38:4, 38:20, 38:21, 38:25, 39:17, 40:3, 40:5, 40:10, 40:17, 40:21, 41:8, 42:11, 42:13, 42:14, 42:19, 43:10, 43:14, 43:21, 44:3, 44:6, 44:10, 44:11, 44:20, 44:22, 46:15, 46:24, 47:11, 49:11, 50:7, 50:17, 50:23, 51:10, 51:24, 51:25, 52:16, 52:19, 53:11, 53:14, 53:15, 53:19, 54:9, 54:16, 54:20, 55:2, 55:13, 56:4, 56:23, 57:4, 58:13, 59:16, 59:24, 60:2, 60:18, 60:22, 61:2, 61:3, 61:6, 62:8, 62:20, 64:21, 64:22, 65:5, 65:16, 66:1, 66:24, 67:9, 68:20, 68:24, 69:18, 69:23, 72:25, 73:7, 74:5, 74:7, 74:16, 75:7, 75:18, 77:5, 77:7, 77:15, 78:4, 78:25, 79:1, 80:7, 80:9, 80:15, 81:10, 81:15, 81:17, 81:19, 82:19, 82:24, 83:2, 83:3, 83:4, 83:11, 83:15, 84:3, 85:9, 85:19, 86:10, 86:19, 87:14, 88:19, 89:6, 89:10, 89:11, 89:13, 89:24, 90:3, 90:10, 90:11, 90:12, 91:5, 91:12, 92:5, 92:8, 92:11, 93:13, 93:14, 94:9, 94:11, 95:5, 95:7, 95:8, 95:14, 96:3, 96:16, 97:3, 97:5, 97:9, 98:1, 98:9, 99:9, 99:10, 99:17, 99:18, 99:21, 100:12, 100:14, 100:20, 100:22, 100:24, 101:7, 101:9, 101:10, 101:11, 102:17, 102:21, 102:22, 102:23,

103:13, 103:15, 103:20, 103:21, 103:23, 103:24, 104:3, 104:14, 104:15, 104:18, 104:24, 105:2, 105:12, 105:15, 105:24, 106:12, 106:16, 106:20, 107:4, 107:6, 107:16, 107:20, 108:18, 108:19, 109:12, 110:1, 110:2, 112:19, 112:21, 113:16, 113:24, 114:4, 114:8, 115:14, 115:22, 116:11, 117:5, 117:6, 117:8, 117:15, 117:20, 118:1, 118:2, 118:3, 118:14, 119:6, 119:13, 119:14, 119:23, 120:15, 120:17, 121:13, 122:16, 122:20, 122:24, 123:3, 123:9, 123:15, 123:18, 123:22, 123:24, 124:2, 124:9, 124:13, 124:15, 124:19, 124:21, 124:22, 124:24, 125:9, 125:11, 125:12, 125:18, 126:3, 126:9, 126:24, 127:25, 128:10, 128:18, 128:20, 128:21, 129:3, 129:16, 130:1, 130:2, 130:23, 131:4, 131:13, 131:20, 132:9, 132:13, 133:7, 133:11, 133:20, 134:3, 135:8, 136:5, 136:15, 136:18, 137:1, 137:2, 137:15, 139:9, 139:20, 140:12, 140:18, 140:22, 141:3, 141:4, 141:6, 141:15, 141:25, 142:6, 142:8, 142:10, 142:13, 142:19, 142:23, 143:5, 143:7, 143:20, 144:1, 144:2, 144:5, 144:9, 144:12, 144:15, 144:16, 145:1, 145:14, 145:15, 145:17, 146:2, 146:7, 146:11, 146:12, 146:21, 147:17, 147:21, 147:22, 147:23, 147:25, 148:7, 148:9, 148:10, 148:16, 149:7, 149:12, 149:13, 149:21, 150:6, 151:13, 151:21, 152:17, 152:18, 152:21, 153:4, 153:15, 153:23, 155:4, 155:19, 156:11, 158:4, 158:6, 158:9, 158:13, 159:11, 160:21, 160:25, 161:8, 161:17, 162:18, 163:17, 164:3, 164:8, 165:9, 167:11, 167:19, 167:25, 168:2, 168:4, 168:10, 168:13, 168:18, 169:3, 169:6, 169:11, 169:12, 169:13, 169:14, 169:21, 169:23, 170:1, 170:3, 170:7, 170:13, 170:15, 170:19, 170:20, 170:25, 171:1, 171:2, 171:6, 171:7, 171:10, 171:13, 171:17, 171:20, 171:22, 172:1, 172:5, 172:13, 172:15, 172:17, 173:9, 173:15, 173:17, 173:18, 173:22, 174:1, 174:11, 174:14, 176:1, 176:2, 176:11, 176:20, 177:1, 177:15, 177:18, 178:10, 178:20, 178:21, 178:24, 178:25, 179:24, 180:13, 181:7, 181:20, 181:24, 181:25, 182:2, 182:3, 182:25, 183:7, 183:9, 184:6, 184:14, 184:19, 186:10, 186:25, 188:3, 188:15, 189:2, 189:24, 189:25, 190:19, 190:22, 190:24, 191:15, 191:19, 191:24, 192:15, 192:20, 193:4, 195:2, 195:12, 196:2, 198:13, 199:2, 199:3, 199:13, 199:16, 199:17, 199:18, 200:4, 200:7, 200:23, 201:1, 201:5, 201:21, 202:2, 202:3, 202:5, 202:6, 202:8, 202:9, 202:11, 202:12, 202:15, 202:18, 203:2, 203:8, 203:17, 203:21, 204:2, 204:7,

204:11, 204:13, 204:15, 205:11, 205:15, 205:18, 205:19, 205:23, 206:3, 206:12, 206:16, 208:14, 208:23, 209:7, 209:10, 209:20, 209:24, 209:25, 210:6, 210:7, 210:24, 211:20, 211:23, 212:2, 212:4, 212:7, 212:8, 212:11, 212:12, 212:14, 212:15, 212:21, 213:1, 213:2, 213:4, 213:6, 213:7, 213:9, 213:10, 213:18, 213:20, 213:22, 214:1, 214:11, 214:14, 214:19, 215:6, 215:22, 216:1, 216:5, 217:3, 217:8, 217:25, 218:5, 218:18, 219:14, 220:12, 220:15, 220:19, 220:20, 220:23, 221:2, 221:7, 221:13, 221:14, 222:6, 222:7, 222:13, 222:18, 222:23, 223:5, 223:6, 224:9, 224:11, 224:17, 225:1, 225:3, 225:11, 225:16, 225:22, 226:14, 226:19, 226:25, 227:5, 227:6, 227:7, 227:10, 227:17, 228:1, 228:3, 228:13, 230:6, 230:8, 231:7, 232:3, 232:6, 232:12, 233:16, 234:1, 234:4, 234:24, 235:5, 235:20, 235:21, 235:22, 236:9, 236:12, 236:16, 236:18, 236:20, 236:22, 236:23, 236:25, 237:10, 237:11, 237:15, 237:18, 237:23, 238:5, 238:8, 239:5, 239:22, 239:23, 240:1, 240:2, 240:6, 240:8, 240:12, 240:21, 240:25, 241:5, 242:12, 243:2, 243:4, 243:7, 243:10, 243:11, 243:22, 243:25, 244:9, 244:19, 245:6, 245:14, 245:15, 245:18, 246:5, 246:12, 246:15, 246:19, 246:24, 247:1, 247:4, 247:6, 247:8, 247:9, 247:12, 247:15, 247:18, 247:20, 247:22, 248:1, 248:4, 248:15, 248:17, 249:6, 249:8, 249:9, 249:19, 250:16, 250:18, 252:8, 252:12, 252:20, 252:23, 253:14, 253:23, 254:1, 254:6, 254:7, 254:11, 254:15, 254:25, 255:3, 255:6, 255:10, 255:11, 255:18, 255:19, 255:23, 255:24, 256:1, 256:2, 256:5, 256:7, 256:13, 256:15, 256:21, 256:22, 257:11, 257:12, 257:19, 257:23, 258:8, 258:16, 258:23, 259:13, 259:17, 259:18, 260:1, 260:13, 261:3, 261:6, 261:20, 261:21, 262:5, 262:7, 262:17, 263:22, 264:7, 264:8, 264:12, 264:23, 265:3, 265:14, 265:23, 266:1, 266:22, 266:25, 267:1, 268:2, 268:4, 268:7, 268:19, 268:24, 269:6, 269:12, 269:17, 269:24, 269:25, 270:5, 270:7, 270:9, 270:10, 270:20, 271:19, 272:3, 272:17, 272:18, 272:21, 273:3, 273:13, 273:15, 273:17, 274:2, 274:6, 274:10, 274:12, 274:13, 274:19, 274:20, 275:8, 275:16, 278:5, 279:13, 279:15, 280:3, 280:4, 280:6, 280:16, 280:18, 280:24, 281:11, 281:16, 281:18, 281:19, 281:20, 281:22, 282:4, 282:6, 282:10, 282:16, 282:17, 282:20, 282:24, 283:6, 283:15, 283:19, 284:6, 284:17, 284:21, 284:25, 285:2, 285:6, 285:11, 285:17, 285:18,

286:2, 286:10, 286:14, 286:16, 286:22, 286:24, 287:7, 287:8, 289:16, 290:3, 290:10, 290:16, 290:18, 290:24, 291:12, 291:23, 292:2, 292:5, 292:8, 293:2, 293:4, 294:2, 294:10, 294:11, 294:21, 295:2, 295:14, 295:15, 295:20, 296:2, 296:19, 296:25, 297:2, 297:17, 297:22, 297:23, 298:1, 298:6, 298:12, 298:13, 298:14, 298:18, 298:19, 298:21, 299:6, 299:9, 299:11, 300:7, 300:10, 300:16, 300:18, 301:8, 301:9, 301:22, 303:4

**In** [4] - 77:13, 126:1, 206:1, 280:3

**IN** [1] - 77:21

**in-depth** [1] - 122:16

**inability** [1] - 276:13

**inaccuracy** [1] - 267:9

**inaccurate** [5] - 152:22, 153:5, 154:7, 240:22, 259:8

**inapposite** [1] - 290:21

**inappropriate** [2] - 294:11, 294:12

**INC** [2] - 1:9, 2:1

**incapable** [1] - 184:2

**incented** [1] - 196:7

**incidentally** [2] - 31:13, 266:20

**include** [10] - 122:7, 132:12, 161:16, 161:21, 209:12, 212:9, 213:9, 213:13, 213:18, 214:18

**included** [7] - 116:4, 136:8, 161:21, 205:18, 206:3, 212:11, 213:11

**includes** [1] - 213:24

**including** [19] - 22:5, 44:4, 53:16, 62:15, 64:14, 79:1, 96:25, 117:6, 122:15, 127:17, 132:12, 196:19, 197:2, 211:19, 214:2, 234:24, 253:11, 285:16, 289:16

**income** [1] - 69:3

**incomplete** [3] - 258:8, 293:21, 294:5

**inconsistent** [3] - 25:24, 70:11, 283:10

**incorporate** [1] - 197:14

**incorporated** [5] - 71:16, 72:1, 72:14, 81:17, 142:13

**incorporating** [5] - 66:23, 77:18, 83:22, 86:25, 285:15

**incorrect** [5] - 10:16, 10:17, 26:3, 26:13, 230:15

**increase** [14] - 117:7, 117:20, 157:12, 205:11, 217:15, 217:19, 217:21, 218:10, 219:2, 220:20, 220:24, 221:12, 221:15, 251:16

**increased** [3] - 64:1, 92:23, 218:5

**increasing** [3] - 53:16, 53:19, 88:21

**incremental** [1] - 285:20

**incurred** [1] - 66:18

**independent** [4] - 151:3, 151:4, 222:20, 294:25

**independently** [4] - 212:19, 213:17, 213:18, 230:8

**INDEX** [1] - 3:1

**indicate** [2] - 79:15, 161:11

**indicated** [2] - 123:8, 263:7

**indicates** [4] - 71:6, 77:17, 115:6, 258:21

**indicating** [1] - 62:22

**indication** [14] - 124:20, 147:11, 150:1, 150:2, 152:21, 153:4, 160:5, 160:7, 161:24, 222:13, 238:8, 238:18, 240:21, 241:9

**indices** [1] - 208:7

**indirect** [9] - 37:7, 38:15, 38:23, 40:18, 134:10, 134:16, 134:17, 134:22, 134:24

**indirectly** [4] - 89:19, 134:5, 134:13, 149:19

**individual** [6] - 18:17, 33:4, 172:9, 172:20, 187:21, 254:14

**individually** [1] - 33:5

**Individually** [1] - 1:5

**industry** [13] - 24:25, 34:20, 36:23, 38:11, 135:21, 135:24, 136:1, 136:4, 151:16, 156:20, 157:24, 188:4, 208:7

**industrywide** [1] - 156:21

**infer** [2] - 134:22, 135:15

**inference** [1] - 281:6

**inferred** [1] - 74:6

**inflated** [18] - 101:6, 102:20, 119:15, 119:19, 123:17, 171:10, 192:9, 192:12, 192:13, 192:22, 192:25, 193:1, 193:17, 194:6, 194:21, 196:2, 196:11

**inflation** [81] - 9:13, 10:19, 13:24, 14:1, 28:25, 36:9, 36:19, 101:7, 102:23, 104:16, 105:11, 105:24, 106:10, 121:2, 121:11, 121:13, 123:15, 125:7, 125:11, 125:12, 125:17, 125:20, 125:21, 133:20, 134:5, 164:18, 166:20, 170:22, 171:8, 175:18, 175:20, 179:2, 179:7, 184:2, 188:25, 189:18, 190:5, 190:8, 191:7, 191:8, 192:19, 192:23, 193:4, 193:6, 193:10, 193:13, 193:15, 193:16, 193:19, 193:22, 193:23, 194:3, 194:4, 195:23, 196:20, 197:2, 198:16, 198:18, 217:15, 217:19, 218:5, 218:10, 219:10, 219:15, 220:1, 221:3, 221:9, 221:15, 222:8, 250:24, 250:25, 251:16, 259:14, 264:7, 265:18, 265:22, 281:7

**inflationary** [2] - 11:6, 264:6

**inflection** [1] - 46:15

**information** [45] - 9:18, 33:19, 33:21, 33:24, 34:1, 34:9, 40:1, 40:3, 44:21, 69:15, 69:22, 76:8, 89:5, 91:25, 94:2, 94:21, 96:21, 98:15, 107:1, 117:15, 118:8, 119:6, 119:9, 122:15, 122:17, 122:19, 123:16, 124:22, 134:20, 142:9, 144:16, 151:18, 156:24, 166:18, 167:11, 175:5, 209:11, 209:12, 210:15, 215:15, 216:1, 247:18, 293:13, 295:18

**informing** [1] - 213:1

**infrastructure** [1] - 43:25

**inherent** [2] - 174:1, 176:20

**initial** [5] - 17:25, 18:1, 77:16, 115:1, 232:18

**Initial** [1] - 77:21
**inning** [3] - 59:24, 274:21
**input** [1] - 106:10
**inputs** [4] - 106:3, 106:4, 106:6, 191:11
**inside** [1] - 178:3
**insight** [1] - 288:5
**instance** [1] - 123:3
**instances** [1] - 296:2
**instead** [1] - 278:18
**institutional** [2] - 208:10, 290:15
**instruct** [1] - 241:2
**instructions** [5] - 230:24, 231:1, 231:8, 231:18, 231:20
**insurance** [1] - 172:24
**interest** [1] - 281:22
**interesting** [2] - 17:9, 31:5
**interests** [4] - 19:24, 21:1, 21:2, 281:24
**interim** [1] - 171:10
**internal** [2] - 259:7, 267:13
**interpret** [2] - 239:11, 260:12
**interpretation** [4] - 242:1, 242:2, 277:21, 294:22
**interpreting** [2] - 110:25, 293:6
**interrupted** [1] - 180:7
**interval** [5] - 47:11, 47:12, 48:12, 48:19, 55:2
**intervening** [1] - 179:12
**intimately** [2] - 7:4, 40:20
**into** [58] - 11:14, 12:7, 20:4, 21:5, 23:6, 27:20, 28:3, 42:14, 52:1, 66:24, 71:17, 77:18, 81:20, 85:6, 87:21, 91:9, 101:5, 102:10, 105:3, 106:15, 106:18, 116:20, 128:6, 129:11, 132:2, 132:7, 136:23, 139:15, 163:19, 166:18, 172:8, 175:12, 179:5, 191:12, 194:17, 212:3, 212:14, 216:12, 216:13, 255:18, 256:18, 264:14, 264:19, 264:20, 267:16, 267:19, 269:16, 270:8, 273:5, 277:6, 277:13, 277:14, 281:20, 284:9, 285:15, 287:16, 287:17, 297:11
**introduce** [1] - 127:13
**invading** [1] - 252:12
**inventory** [1] - 275:23
**invest** [1] - 172:19
**invested** [3] - 172:10, 172:17, 172:22
**investigated** [2] - 51:16, 92:14
**investigating** [1] - 295:19
**investigation** [2] - 283:6, 283:13
**investigations** [1] - 281:20
**investing** [2] - 174:5, 281:20
**investment** [2] - 51:7, 253:13
**investments** [2] - 63:21, 281:21
**investor** [6] - 36:4, 44:17, 47:17, 50:2, 61:13, 290:15
**investors** [12] - 24:7, 119:14, 171:23, 172:14, 174:11, 261:2, 270:24, 273:4, 273:25, 274:16, 275:19, 275:25

**involve** [1] - 283:22
**involved** [4] - 30:11, 173:15, 220:15, 236:23
**irrelevant** [9] - 21:17, 197:4, 197:8, 220:4, 220:5, 221:8, 252:11, 258:8
**Is** [2] - 238:7, 240:21
**is** [880] - 4:6, 4:7, 5:25, 6:3, 6:22, 7:9, 7:13, 7:15, 7:18, 8:19, 9:4, 9:12, 9:15, 9:24, 10:8, 10:11, 10:14, 10:16, 10:17, 10:19, 10:24, 11:3, 11:12, 11:17, 11:22, 12:9, 12:15, 12:23, 12:25, 13:3, 13:5, 13:7, 13:13, 13:14, 13:16, 13:18, 13:19, 13:24, 14:2, 14:6, 14:20, 14:23, 15:3, 15:5, 16:3, 16:7, 16:9, 16:16, 16:17, 16:18, 16:21, 17:6, 17:10, 17:12, 17:18, 17:19, 18:1, 18:18, 18:21, 18:24, 19:1, 19:3, 19:16, 19:17, 19:21, 19:23, 20:3, 20:14, 20:19, 20:25, 21:11, 21:16, 21:17, 21:18, 22:3, 22:17, 22:18, 22:19, 22:25, 23:1, 23:14, 23:20, 23:25, 24:14, 24:16, 25:11, 25:14, 26:1, 26:11, 26:25, 27:15, 27:17, 28:10, 28:23, 29:9, 29:12, 29:14, 29:15, 29:20, 29:21, 30:10, 33:15, 33:19, 33:20, 34:7, 34:12, 35:6, 35:9, 35:19, 36:9, 36:13, 36:16, 36:19, 36:22, 37:6, 37:10, 38:2, 38:4, 38:14, 38:15, 38:22, 39:9, 39:10, 39:11, 39:15, 39:22, 40:4, 40:9, 40:11, 40:18, 41:15, 42:6, 43:12, 43:18, 45:1, 45:2, 45:22, 46:1, 46:24, 47:17, 48:24, 48:25, 50:2, 50:23, 51:4, 51:11, 51:20, 51:21, 51:23, 51:24, 52:5, 53:1, 53:10, 53:13, 53:16, 53:17, 53:23, 54:22, 55:20, 55:21, 55:25, 56:4, 57:17, 58:12, 58:13, 59:6, 59:17, 59:19, 59:23, 60:2, 60:6, 60:7, 62:13, 62:20, 62:25, 63:2, 65:8, 66:1, 66:3, 66:4, 66:11, 66:12, 66:20, 66:21, 66:25, 67:3, 68:8, 68:11, 69:1, 69:6, 69:14, 70:8, 70:9, 71:23, 72:6, 72:9, 72:10, 72:17, 72:23, 73:5, 73:10, 73:11, 73:15, 73:18, 74:1, 74:12, 74:15, 75:4, 75:15, 76:20, 76:23, 77:2, 77:4, 77:8, 77:10, 77:22, 79:8, 79:20, 80:17, 80:22, 81:23, 82:16, 82:19, 83:3, 83:20, 84:3, 85:21, 87:14, 88:9, 88:11, 88:25, 89:4, 89:20, 90:10, 91:8, 91:12, 91:15, 92:3, 93:18, 93:23, 94:1, 94:4, 94:19, 94:23, 94:24, 95:16, 98:5, 98:8, 98:13, 99:3, 99:17, 100:7, 100:16, 100:18, 102:15, 103:5, 104:18, 104:20, 104:25, 105:5, 105:12, 105:14, 105:15, 105:25, 106:10, 106:23, 107:18, 108:4, 109:4, 109:17, 109:23, 110:6, 110:8, 110:20, 111:5, 111:6, 113:21, 115:16, 116:1, 116:16, 116:18, 117:6, 118:19, 118:23, 119:11, 119:14, 120:8, 120:13, 120:16, 120:20, 120:23, 121:10, 121:12, 121:17, 122:2, 123:13, 123:14, 123:16, 123:17, 124:23, 125:3, 126:24, 127:16, 128:10, 128:13, 128:14, 128:16,

128:18, 128:20, 129:6, 129:18, 130:5, 130:6, 130:8, 130:17, 130:18, 130:24, 131:6, 132:4, 132:13, 132:14, 132:18, 133:5, 133:7, 133:12, 133:13, 133:15, 133:16, 133:21, 134:4, 134:10, 134:12, 134:20, 135:11, 135:19, 135:20, 135:23, 137:7, 137:24, 138:1, 139:23, 140:6, 140:9, 140:12, 140:18, 140:21, 140:23, 141:15, 141:19, 141:20, 143:5, 143:16, 143:18, 144:4, 144:6, 144:8, 144:9, 144:10, 145:7, 145:8, 145:10, 145:12, 145:15, 145:24, 146:3, 146:4, 146:6, 146:9, 147:4, 147:5, 147:12, 147:13, 147:23, 149:7, 149:10, 149:17, 149:18, 149:19, 149:20, 149:25, 150:1, 150:16, 151:11, 151:15, 151:16, 151:17, 151:20, 151:24, 152:1, 152:21, 153:8, 154:5, 154:12, 154:20, 155:5, 155:16, 155:19, 155:20, 155:21, 155:24, 156:10, 156:12, 156:16, 156:19, 156:24, 157:3, 157:16, 157:18, 157:20, 157:22, 158:1, 158:2, 158:9, 158:14, 158:20, 159:10, 159:25, 160:5, 160:12, 160:22, 161:11, 162:5, 163:7, 163:8, 163:15, 163:18, 163:25, 164:1, 164:3, 164:17, 164:19, 164:21, 165:9, 165:12, 165:14, 165:22, 165:23, 165:24, 166:1, 166:17, 166:20, 166:25, 167:4, 167:16, 168:1, 168:5, 168:8, 168:21, 169:22, 169:24, 170:5, 170:7, 170:9, 170:12, 170:14, 170:18, 170:23, 170:24, 171:6, 171:8, 171:10, 171:11, 171:12, 171:14, 171:16, 171:25, 172:3, 172:7, 172:9, 172:16, 172:18, 173:7, 173:8, 173:21, 173:22, 173:24, 174:10, 174:12, 174:14, 174:19, 174:20, 174:23, 174:25, 175:9, 175:10, 175:15, 175:22, 176:1, 176:2, 176:16, 176:21, 177:6, 177:9, 177:14, 177:21, 178:12, 178:13, 178:20, 179:2, 179:15, 179:16, 179:25, 180:13, 180:25, 181:3, 182:17, 182:18, 182:23, 184:9, 184:13, 184:17, 184:19, 184:23, 185:1, 185:2, 185:5, 185:14, 185:22, 185:23, 185:24, 186:1, 186:7, 186:13, 186:20, 187:8, 187:14, 187:16, 187:18, 187:20, 187:24, 187:25, 188:2, 188:6, 188:12, 188:25, 189:1, 189:6, 189:10, 189:17, 189:18, 189:19, 189:21, 189:23, 190:13, 190:23, 191:6, 191:15, 191:17, 191:18, 192:8, 192:9, 192:20, 193:9, 193:10, 193:11, 193:13, 193:23, 194:4, 194:21, 194:24, 195:3, 195:15, 196:1, 196:8, 196:9, 196:11, 196:14, 196:21, 197:4, 197:15, 198:7, 198:10, 198:13, 199:24, 200:12, 201:23, 203:1, 203:12, 204:22, 204:24, 206:3, 206:12, 207:3, 208:18, 210:3, 212:1, 212:11, 212:17, 213:1, 213:5, 213:12, 214:3, 214:17, 214:21, 217:2, 217:8, 217:23, 218:9, 219:5, 219:7, 219:19, 219:21, 220:12, 221:16,

223:11, 224:3, 224:8, 224:22, 225:9, 225:10, 225:12, 225:14, 225:20, 226:8, 228:25, 229:2, 229:7, 229:14, 229:16, 230:14, 230:16, 231:4, 231:8, 231:12, 233:5, 235:2, 235:23, 236:2, 236:4, 238:3, 238:7, 238:18, 238:21, 239:10, 239:11, 239:19, 240:5, 240:11, 241:10, 241:16, 242:10, 242:12, 242:17, 245:14, 246:2, 247:12, 248:4, 248:7, 248:12, 248:14, 248:19, 250:4, 250:12, 250:20, 250:25, 252:10, 252:20, 252:23, 253:6, 254:12, 255:9, 255:12, 255:24, 257:15, 257:19, 257:21, 258:7, 258:23, 259:17, 260:1, 260:7, 260:17, 260:20, 261:21, 262:8, 262:11, 262:14, 262:24, 263:1, 263:4, 263:20, 263:25, 264:2, 264:10, 264:21, 264:24, 265:3, 265:12, 265:18, 266:6, 266:11, 266:12, 266:21, 266:24, 267:15, 267:25, 268:3, 268:6, 269:2, 269:7, 269:17, 269:20, 270:3, 270:6, 270:7, 270:17, 271:15, 271:25, 272:5, 272:11, 273:7, 273:11, 273:14, 274:2, 274:6, 274:24, 275:1, 275:14, 276:14, 276:16, 276:17, 277:1, 277:9, 277:14, 277:20, 278:9, 278:24, 279:2, 279:9, 279:16, 279:18, 280:4, 280:6, 280:10, 280:17, 280:18, 280:25, 281:2, 281:3, 281:4, 281:5, 281:7, 282:1, 282:12, 282:19, 283:15, 283:17, 284:5, 284:11, 284:13, 284:24, 285:3, 285:11, 285:12, 286:8, 286:10, 286:17, 286:19, 286:20, 286:22, 286:24, 287:5, 287:7, 287:8, 287:14, 287:15, 288:1, 288:3, 288:8, 288:17, 288:19, 288:24, 289:9, 289:15, 289:18, 290:6, 290:8, 290:20, 291:9, 291:15, 291:18, 291:19, 291:21, 291:22, 292:1, 292:4, 292:5, 293:5, 293:13, 294:5, 294:10, 294:11, 294:12, 294:13, 294:14, 295:8, 296:4, 296:13, 297:21, 298:2, 298:4, 298:5, 298:13, 299:7, 299:14, 300:9, 300:10, 300:12, 300:16, 300:18, 300:19, 300:20, 300:23, 301:10, 303:3

**isn't** [24] - 29:12, 41:11, 51:11, 97:22, 99:6, 115:14, 121:19, 125:7, 179:16, 179:17, 185:9, 188:16, 197:9, 198:2, 228:11, 228:17, 228:22, 250:21, 260:10, 268:11, 268:13, 272:11, 285:3, 296:10

**issue** [58] - 11:3, 11:9, 12:15, 13:3, 13:12, 19:24, 20:16, 20:20, 20:25, 21:12, 25:15, 26:25, 27:6, 27:12, 145:23, 148:3, 151:12, 151:13, 156:9, 156:21, 156:24, 158:6, 160:19, 169:10, 172:20, 179:17, 187:16, 187:18, 187:20, 187:24, 187:25, 191:16, 191:20, 194:17, 194:18, 194:22, 194:24, 195:2, 200:23, 239:10, 242:16, 253:15, 255:5, 255:23, 256:6, 263:13, 264:25, 280:16, 281:3, 281:22, 282:17, 287:25, 289:18, 290:7, 296:20, 298:25

**issued** [12] - 145:4, 145:18, 145:21, 146:12, 146:17, 150:20, 151:13, 178:5, 178:6, 200:22, 206:12, 259:6

**issues** [22] - 12:14, 12:22, 13:6, 28:20, 85:4, 86:22, 116:24, 119:8, 131:24, 138:18, 157:7, 157:10, 164:14, 164:17, 172:14, 183:23, 183:25, 187:19, 254:20, 255:23, 280:15, 281:23

**issuing** [2] - 118:5, 154:17

**It** [1] - 263:5

**IT** [2] - 4:16, 13:11

**it** [751] - 5:10, 5:20, 5:23, 6:16, 6:17, 6:24, 7:21, 9:6, 9:8, 9:17, 9:18, 9:19, 9:22, 9:24, 11:13, 11:14, 12:1, 12:3, 12:4, 12:6, 12:17, 12:18, 13:21, 14:9, 14:24, 15:3, 15:7, 15:8, 15:9, 15:18, 15:19, 17:2, 17:20, 18:24, 19:15, 19:21, 19:23, 20:15, 20:21, 22:7, 25:9, 26:4, 27:11, 27:12, 27:14, 27:16, 27:24, 29:18, 30:9, 31:5, 31:15, 32:21, 32:22, 32:24, 33:6, 33:10, 33:21, 36:5, 36:7, 36:8, 36:17, 36:18, 37:10, 38:17, 39:15, 39:16, 39:22, 40:2, 40:7, 40:18, 40:25, 41:3, 42:3, 42:7, 42:11, 43:2, 43:3, 44:2, 44:22, 44:23, 45:14, 46:2, 46:14, 46:18, 47:2, 47:3, 47:11, 47:24, 48:8, 48:9, 48:12, 48:14, 49:10, 50:10, 50:18, 50:20, 51:11, 51:19, 51:20, 51:21, 52:8, 52:16, 52:21, 53:12, 54:3, 54:4, 54:16, 55:2, 55:5, 55:14, 55:16, 56:14, 57:11, 58:2, 58:7, 58:21, 59:6, 60:17, 61:2, 61:3, 61:11, 61:19, 61:24, 62:20, 63:12, 64:9, 64:23, 65:1, 65:4, 65:5, 65:16, 65:23, 66:4, 67:6, 67:13, 68:22, 68:23, 69:4, 69:10, 69:12, 69:20, 69:24, 70:25, 71:9, 71:16, 71:25, 72:4, 73:16, 74:2, 74:3, 74:4, 74:11, 74:22, 75:16, 75:22, 77:3, 77:6, 77:8, 77:10, 77:13, 77:21, 78:5, 78:6, 82:7, 82:8, 82:15, 83:12, 83:13, 85:3, 85:21, 86:5, 88:7, 88:11, 89:1, 89:12, 89:16, 89:17, 90:3, 90:8, 90:12, 90:24, 91:13, 92:7, 92:8, 92:21, 92:23, 92:25, 93:5, 93:21, 94:17, 95:6, 95:10, 95:11, 95:13, 96:2, 96:17, 96:18, 96:19, 97:10, 97:22, 98:2, 98:5, 98:9, 98:11, 98:12, 99:6, 100:7, 100:16, 102:11, 102:14, 102:15, 102:25, 103:7, 103:10, 103:14, 104:15, 104:19, 105:3, 105:9, 105:10, 105:11, 105:22, 106:1, 106:4, 107:6, 107:13, 107:19, 108:21, 108:25, 109:10, 109:15, 109:17, 109:20, 109:22, 110:9, 110:12, 111:24, 113:5, 114:1, 114:2, 114:7, 114:14, 116:7, 116:14, 117:3, 117:14, 117:17, 118:10, 119:6, 119:11, 119:12, 119:20, 119:24, 120:2, 120:5, 120:8, 120:16, 121:8, 121:12, 125:22, 128:24, 128:25, 129:1, 129:19, 129:22, 130:18, 131:15, 131:19, 132:2, 132:19, 133:5, 133:17, 133:18, 133:23, 134:13, 134:16,

134:17, 135:5, 135:13, 135:20, 135:21, 135:25, 136:1, 136:3, 136:21, 140:8, 140:11, 140:19, 141:1, 141:10, 141:13, 141:18, 142:4, 142:12, 142:25, 143:3, 143:21, 144:8, 146:3, 146:9, 146:12, 146:13, 146:17, 146:18, 147:7, 147:8, 147:9, 147:10, 147:18, 147:25, 148:10, 148:12, 149:13, 149:15, 149:25, 150:17, 150:20, 151:7, 153:14, 153:16, 154:3, 154:19, 155:22, 156:8, 156:9, 156:12, 157:15, 158:3, 158:4, 158:18, 158:21, 158:22, 158:25, 159:3, 159:16, 159:21, 160:7, 160:16, 161:7, 161:8, 161:11, 161:14, 161:15, 161:18, 161:24, 161:25, 162:1, 162:7, 163:22, 163:25, 164:2, 164:19, 164:21, 165:2, 165:14, 165:18, 167:3, 167:5, 167:9, 167:10, 167:23, 168:1, 168:14, 168:16, 169:1, 169:25, 170:9, 170:10, 170:11, 170:16, 170:20, 170:21, 170:25, 171:2, 171:6, 171:15, 171:16, 171:22, 171:25, 172:1, 172:6, 172:8, 173:4, 173:14, 174:3, 174:7, 174:11, 174:13, 175:3, 175:6, 175:9, 175:11, 175:15, 175:16, 175:23, 175:25, 176:5, 176:11, 176:22, 176:24, 177:3, 177:4, 177:8, 177:15, 177:19, 178:9, 178:13, 178:16, 178:17, 179:5, 179:9, 179:19, 180:3, 180:14, 180:15, 180:24, 180:25, 181:9, 181:11, 181:15, 181:19, 181:20, 182:3, 182:17, 182:18, 184:2, 184:15, 184:22, 184:23, 185:1, 185:16, 185:18, 185:20, 185:21, 185:22, 185:23, 185:24, 186:1, 186:2, 186:4, 187:11, 189:3, 189:5, 189:12, 189:22, 190:18, 190:24, 190:25, 191:6, 191:13, 191:21, 192:17, 192:19, 193:5, 193:15, 193:18, 194:18, 194:19, 194:25, 195:6, 195:17, 195:18, 197:9, 198:4, 198:10, 198:11, 198:16, 199:5, 199:7, 199:12, 199:19, 199:25, 200:4, 201:12, 201:16, 201:20, 201:23, 202:23, 203:5, 203:6, 204:13, 204:18, 206:1, 207:19, 207:23, 208:1, 209:13, 210:11, 212:3, 213:23, 214:2, 214:17, 214:21, 215:8, 215:12, 215:17, 215:18, 215:19, 216:2, 216:4, 216:6, 218:3, 218:15, 218:18, 219:6, 219:7, 219:11, 219:19, 220:3, 220:6, 220:9, 220:11, 222:3, 223:9, 224:4, 227:11, 227:13, 228:11, 228:17, 228:18, 228:22, 229:9, 229:17, 230:8, 230:14, 230:17, 230:20, 234:14, 234:25, 235:16, 235:25, 237:8, 238:5, 238:21, 238:22, 238:23, 238:25, 239:1, 239:16, 240:11, 240:12, 241:7, 241:11, 241:16, 243:13, 243:18, 245:14, 245:21, 246:3, 246:5, 246:11, 247:19, 248:8, 248:11, 249:14, 249:20, 250:21, 250:25, 251:4, 251:12, 252:9, 252:10, 252:16, 253:1, 253:2, 253:3, 254:22, 254:23, 255:12, 256:3, 256:18, 256:19, 256:20, 257:15, 257:19,

339

258:10, 258:18, 258:22, 259:4, 259:23, 260:13, 260:16, 260:17, 260:23, 262:9, 262:14, 262:15, 262:16, 262:22, 262:23, 263:1, 263:8, 263:12, 263:22, 264:1, 264:2, 264:3, 265:13, 265:19, 265:22, 266:13, 266:24, 267:7, 267:11, 268:1, 268:10, 268:13, 268:24, 269:16, 269:25, 270:5, 270:6, 270:9, 271:7, 271:11, 272:9, 272:11, 274:4, 274:11, 275:2, 276:23, 277:2, 277:23, 278:6, 278:8, 278:13, 278:15, 278:18, 278:19, 281:3, 281:12, 282:13, 282:18, 283:25, 284:2, 284:8, 284:20, 285:3, 285:8, 285:21, 286:13, 286:19, 286:22, 286:23, 286:24, 287:5, 288:2, 288:7, 288:8, 288:9, 288:22, 289:1, 289:6, 289:10, 289:12, 289:22, 289:25, 290:17, 290:20, 291:3, 291:5, 291:8, 293:10, 294:2, 295:2, 296:14, 296:21, 296:22, 296:23, 296:25, 297:4, 297:5, 297:20, 298:3, 298:9, 298:17, 298:19, 299:1, 299:3, 299:6, 299:13, 300:9, 300:16, 300:19, 300:20, 301:6, 301:11, 301:12, 301:16, 301:20

**it's** [305] - 5:13, 9:8, 9:24, 12:16, 14:1, 15:17, 16:3, 18:5, 19:21, 20:20, 20:23, 21:4, 24:12, 24:21, 25:15, 27:14, 28:15, 29:16, 33:23, 38:18, 40:4, 40:23, 41:3, 41:12, 41:19, 47:5, 50:25, 51:10, 52:19, 59:6, 60:9, 62:22, 65:4, 67:23, 68:24, 72:1, 72:3, 72:17, 76:7, 77:5, 78:1, 86:12, 88:20, 89:3, 93:2, 97:3, 100:18, 101:4, 101:8, 103:19, 108:4, 111:16, 114:4, 118:3, 120:22, 121:7, 124:14, 129:3, 129:20, 130:1, 130:3, 130:21, 133:15, 134:15, 135:14, 135:23, 135:24, 135:25, 136:3, 136:22, 136:23, 138:22, 140:9, 140:10, 140:21, 140:22, 140:24, 142:12, 143:13, 143:14, 143:21, 149:1, 149:3, 151:19, 152:1, 153:20, 154:13, 154:17, 154:18, 154:22, 155:25, 156:7, 156:10, 156:21, 156:23, 157:3, 157:17, 158:22, 161:23, 164:17, 165:15, 166:11, 167:22, 168:21, 170:12, 170:16, 171:21, 172:25, 173:13, 174:4, 174:5, 174:6, 174:20, 174:21, 176:3, 178:6, 179:5, 179:8, 179:20, 180:9, 180:23, 181:23, 182:2, 182:8, 183:14, 186:15, 187:4, 188:20, 189:7, 189:24, 190:1, 190:19, 191:10, 191:25, 192:1, 192:21, 193:17, 194:4, 194:6, 194:8, 195:23, 196:3, 196:4, 196:9, 196:11, 196:23, 197:7, 197:8, 198:4, 198:5, 198:9, 198:10, 203:10, 206:7, 207:15, 207:16, 207:17, 207:18, 207:19, 214:25, 215:23, 216:1, 219:18, 219:20, 219:25, 220:5, 225:20, 228:5, 231:15, 233:5, 235:24, 236:1, 236:6, 237:25, 240:4, 240:17, 241:25, 242:16, 242:21, 245:18, 247:16, 247:17, 247:19, 248:25, 250:8, 251:15,

252:11, 252:14, 253:14, 254:15, 255:4, 255:14, 258:1, 258:7, 258:8, 258:9, 259:18, 260:14, 263:21, 263:22, 265:7, 265:12, 265:16, 265:17, 265:21, 266:3, 266:4, 267:25, 268:1, 268:2, 268:5, 268:21, 269:2, 269:7, 270:3, 272:20, 273:17, 273:19, 275:3, 275:6, 275:18, 276:4, 276:6, 276:15, 277:5, 277:16, 278:13, 278:25, 279:2, 279:3, 279:4, 279:16, 280:17, 280:23, 282:7, 282:8, 283:10, 283:13, 283:14, 284:6, 284:21, 285:2, 285:11, 286:18, 287:6, 287:7, 287:11, 287:13, 288:1, 288:24, 291:11, 291:21, 292:8, 293:12, 293:22, 294:3, 294:4, 294:7, 294:20, 295:10, 295:20, 297:7, 297:19, 298:2, 298:3, 298:5, 298:6, 298:8, 298:11, 298:22, 298:23, 299:3, 299:5, 299:6, 299:7, 299:15, 300:17, 301:5, 301:6, 301:7, 301:11

**its** [34] - 18:5, 27:15, 43:1, 52:17, 55:14, 64:10, 66:24, 71:17, 74:12, 78:7, 90:22, 91:9, 94:20, 103:17, 108:10, 116:15, 118:15, 118:17, 131:1, 146:2, 160:6, 160:7, 160:8, 222:14, 222:15, 259:3, 270:15, 280:4, 280:6, 281:21, 287:24, 291:13, 298:3, 301:22

**itself** [8] - 70:7, 135:8, 153:18, 157:23, 161:15, 192:8, 294:11, 296:9

## J

**J** [1] - 1:21

**Jack** [6] - 53:6, 55:9, 62:15, 64:15, 75:8, 78:13

**James** [7] - 56:12, 155:16, 155:17, 155:25, 163:8, 163:19, 271:25

**JANUARY** [1] - 1:9

**jar** [1] - 167:19

**Jeffries** [9] - 116:4, 116:8, 116:10, 116:14, 118:24, 157:6, 157:10, 262:21, 263:4

**job** [6] - 151:11, 151:15, 246:13, 246:16, 295:17, 300:25

**joe** [1] - 292:17

**John** [2] - 56:11, 78:14

**Johnson** [2] - 55:11, 62:17

**joined** [2] - 4:14, 280:16

**JOSEPH** [2] - 1:17, 2:2

**Joseph** [2] - 4:15, 7:13

**Journal** [1] - 208:24

**journal** [2] - 289:19, 300:2

**JPM** [1] - 17:7

**JPMorgan** [3] - 261:11, 261:19, 262:1

**judge** [1] - 6:17

**Judge** [19] - 28:11, 28:21, 29:9, 54:20, 101:25, 102:7, 102:8, 105:1, 106:17, 110:8, 167:18, 169:9, 169:22, 171:12, 173:2, 177:10, 181:10, 187:13, 209:19

**JUDGE** [1] - 1:13

**judges** [2] - 32:16, 239:11

**judgment** [5] - 272:24, 277:6, 277:7, 283:15, 289:5

**judicious** [1] - 20:9

**July** [13] - 14:20, 22:17, 24:9, 24:17, 64:23, 94:9, 98:6, 150:16, 150:18, 170:23, 173:17, 179:11, 253:19

**jump** [2] - 18:11, 54:14

**jump-starting** [1] - 54:14

**June** [6] - 14:21, 17:8, 17:20, 19:6, 53:1, 69:8

**junk** [1] - 290:20

**jurors** [1] - 239:12

**jury** [9] - 28:25, 108:24, 109:12, 168:23, 180:3, 182:11, 182:13, 263:12, 272:20

**just** [246] - 6:11, 6:16, 10:24, 11:8, 11:18, 14:16, 15:16, 16:13, 17:4, 18:16, 20:12, 20:21, 22:11, 24:20, 26:20, 27:19, 28:16, 29:2, 33:6, 38:1, 50:18, 51:15, 55:2, 55:21, 57:1, 57:23, 64:21, 67:13, 70:2, 70:17, 71:24, 72:6, 72:18, 72:25, 76:15, 76:18, 78:17, 79:6, 79:15, 80:18, 81:8, 82:11, 82:15, 82:22, 84:9, 84:10, 85:8, 85:11, 85:16, 85:19, 85:25, 86:23, 88:16, 90:15, 96:7, 100:25, 101:5, 101:13, 101:20, 103:8, 104:4, 106:7, 107:12, 109:15, 109:16, 110:24, 111:8, 111:16, 114:20, 115:8, 118:23, 119:11, 120:2, 121:8, 123:1, 124:16, 125:10, 125:15, 128:24, 132:1, 133:25, 135:9, 136:3, 138:22, 139:15, 140:15, 141:16, 142:10, 143:1, 143:22, 144:7, 145:8, 146:4, 150:9, 151:19, 152:20, 153:6, 155:4, 155:22, 155:23, 156:11, 156:21, 157:14, 159:8, 159:16, 160:12, 160:13, 161:5, 163:8, 163:22, 164:22, 167:13, 168:6, 169:7, 169:16, 171:25, 173:23, 175:5, 175:23, 176:6, 176:12, 177:2, 177:12, 178:8, 178:13, 179:8, 179:11, 180:10, 180:23, 181:11, 181:18, 182:9, 183:12, 184:22, 185:7, 185:8, 186:22, 186:23, 187:14, 189:11, 189:24, 190:9, 190:11, 190:25, 191:14, 193:5, 194:1, 194:4, 194:8, 195:16, 195:20, 195:22, 199:19, 202:22, 210:14, 211:7, 213:14, 214:2, 218:21, 219:1, 219:11, 219:25, 222:3, 224:3, 224:4, 224:9, 230:6, 233:25, 235:8, 236:4, 236:9, 236:19, 237:4, 237:10, 237:21, 240:10, 241:19, 245:10, 247:17, 247:19, 248:3, 248:13, 249:5, 252:14, 252:16, 254:1, 254:4, 258:14, 259:19, 260:1, 262:23, 262:24, 263:1, 263:2, 265:13, 265:21, 266:9, 267:2, 269:14, 271:11, 272:9, 273:19, 275:14, 276:7, 276:15, 276:16, 278:2, 278:17, 280:2, 280:13, 280:16, 281:12, 282:7, 282:17, 282:18, 282:20, 284:1, 284:3, 286:24, 288:6, 288:16, 289:11, 289:24, 290:14, 292:13, 292:18, 292:24, 294:3,

297:19, 298:4, 298:5, 298:9, 299:15, 299:19, 301:5, 301:7, 301:13, 301:17, 301:18

**justify** [1] - 286:21

## K

**K** [1] - 186:15
**KATHERINE** [1] - 2:9
**kazoo** [1] - 7:3
**keep** [13] - 29:8, 80:3, 80:5, 81:2, 81:4, 82:4, 84:17, 94:13, 107:3, 206:9, 206:25, 207:2, 254:7
**Keller** [2] - 1:18, 4:13
**kept** [3] - 232:21, 232:24, 264:7
**key** [6] - 46:3, 50:10, 55:6, 108:12, 113:20, 115:17
**KeyBanc** [1] - 85:3
**kind** [42] - 6:3, 15:23, 20:1, 20:16, 21:12, 24:12, 25:21, 52:9, 52:12, 56:15, 56:17, 56:19, 58:17, 59:19, 59:22, 67:25, 82:17, 85:8, 85:12, 119:11, 134:7, 139:11, 145:8, 155:2, 161:15, 173:11, 191:16, 239:12, 252:10, 252:15, 253:5, 255:14, 256:18, 266:9, 267:11, 277:18, 283:14, 284:10, 298:3, 299:7
**kinds** [2] - 97:24, 269:10
**Kirkland** [1] - 283:21
**knew** [19] - 55:13, 74:25, 83:10, 92:14, 92:15, 158:18, 172:6, 172:22, 172:23, 173:25, 174:7, 174:8, 176:18, 176:23, 179:18, 198:6, 238:17
**knobs** [1] - 167:13
**know** [211] - 5:13, 6:21, 7:17, 8:8, 8:11, 10:18, 10:20, 11:5, 11:17, 12:4, 12:5, 12:11, 12:16, 15:16, 16:19, 19:16, 20:24, 22:12, 24:7, 27:22, 27:24, 33:8, 33:14, 37:9, 37:18, 40:21, 47:14, 50:16, 50:22, 51:14, 52:20, 57:13, 59:5, 60:2, 60:8, 60:9, 60:10, 60:21, 68:23, 69:9, 72:13, 73:24, 74:4, 76:14, 79:13, 92:6, 92:8, 92:10, 92:13, 93:2, 97:23, 109:4, 122:14, 125:1, 125:9, 129:21, 132:17, 137:6, 137:9, 139:9, 143:24, 147:11, 148:4, 151:23, 151:25, 152:17, 154:5, 154:16, 155:12, 158:1, 158:15, 158:17, 158:18, 158:25, 163:1, 163:6, 166:25, 167:10, 167:11, 169:24, 171:18, 171:24, 172:1, 172:11, 173:7, 173:9, 173:11, 173:12, 174:5, 174:6, 174:11, 175:1, 175:3, 175:12, 176:5, 176:22, 179:11, 181:11, 181:25, 182:1, 183:10, 183:11, 184:5, 184:9, 184:24, 185:1, 187:20, 188:13, 188:19, 189:3, 190:17, 190:19, 191:11, 191:13, 192:17, 193:8, 194:21, 195:6, 197:23, 198:7, 199:24, 202:21, 204:13, 209:13, 209:22, 213:16, 214:8, 214:24, 217:22, 217:23, 218:12, 218:22, 220:5, 221:4, 221:5,

221:6, 223:14, 224:9, 224:24, 226:20, 227:22, 232:9, 235:9, 235:24, 237:8, 237:10, 237:14, 237:17, 237:21, 238:16, 238:17, 239:4, 239:19, 239:20, 240:1, 240:3, 240:5, 240:13, 241:11, 241:17, 241:22, 246:25, 247:12, 252:3, 252:16, 256:11, 256:18, 260:9, 260:18, 260:24, 261:17, 262:18, 264:19, 264:23, 265:20, 266:12, 274:11, 274:13, 274:21, 275:8, 278:7, 278:21, 284:5, 284:10, 284:23, 284:24, 287:16, 288:8, 291:4, 291:19, 292:15, 292:20, 293:23, 294:9, 294:17, 295:6, 295:20, 296:23, 297:5, 298:2, 298:18, 298:22, 298:25, 299:7, 299:22, 301:6, 301:9, 301:16
**knowing** [3] - 253:22, 259:4, 298:2
**known** [16] - 29:25, 110:12, 110:21, 142:8, 142:25, 156:21, 156:23, 172:17, 173:18, 195:14, 196:18, 197:17, 198:7, 217:8, 237:20, 254:25
**knows** [4] - 8:17, 174:21, 253:23, 294:19
**Krogman** [1] - 34:16

## L

**L** [1] - 1:16
**Labaton** [3] - 1:18, 4:13, 4:15
**label** [2] - 288:2, 288:9
**lack** [13] - 9:10, 35:25, 179:9, 202:19, 203:11, 203:13, 215:24, 221:12, 221:14, 221:15, 257:17, 257:21, 294:16
**lacked** [1] - 185:24
**laid** [3] - 11:12, 258:10, 284:6
**land** [4] - 43:19, 43:20, 43:21, 58:14
**language** [11] - 36:24, 40:20, 40:21, 41:9, 59:3, 69:18, 69:23, 71:2, 71:8, 143:25, 144:7
**Lanie** [4] - 2:14, 165:3, 303:2, 303:6
**large** [106] - 14:23, 16:1, 16:6, 16:12, 17:5, 18:4, 18:5, 18:15, 18:18, 19:2, 26:5, 30:24, 43:3, 43:6, 43:17, 45:22, 46:12, 48:3, 49:11, 52:6, 52:17, 53:11, 54:3, 54:14, 55:6, 55:14, 55:16, 58:23, 60:19, 61:18, 61:24, 62:9, 62:13, 62:14, 63:20, 64:9, 66:22, 67:10, 69:16, 69:25, 70:11, 70:12, 70:16, 72:7, 72:16, 72:22, 74:20, 75:9, 77:2, 77:4, 77:24, 78:8, 82:21, 91:25, 93:13, 93:24, 94:3, 94:21, 95:2, 95:7, 98:15, 103:17, 110:6, 113:17, 113:21, 114:10, 124:16, 128:12, 128:14, 128:15, 129:11, 129:16, 129:19, 130:3, 130:5, 130:7, 131:1, 140:9, 140:21, 155:12, 161:20, 171:20, 173:8, 173:10, 175:5, 177:22, 177:25, 182:5, 188:2, 195:4, 259:3, 259:10, 260:5, 262:10, 266:7, 266:15, 266:17, 267:19, 271:2, 271:6, 271:7, 272:6, 273:19, 274:1, 286:10, 286:15

**large-class** [1] - 259:10
**large-scale** [97] - 14:23, 16:1, 16:6, 16:12, 17:5, 18:4, 18:5, 18:15, 18:18, 19:2, 26:5, 30:24, 43:3, 43:6, 43:17, 45:22, 46:12, 48:3, 49:11, 52:6, 52:17, 53:11, 54:3, 54:14, 55:6, 55:14, 55:16, 58:23, 60:19, 61:18, 61:24, 62:9, 62:13, 62:14, 63:20, 64:9, 66:22, 69:16, 69:25, 70:11, 70:12, 70:16, 72:7, 72:16, 72:22, 74:20, 75:9, 77:2, 77:4, 77:24, 78:8, 91:25, 93:13, 93:24, 94:3, 94:21, 95:2, 95:7, 98:15, 103:17, 110:6, 113:17, 113:21, 114:10, 128:12, 128:14, 128:15, 129:11, 129:16, 129:19, 130:3, 130:5, 130:7, 131:1, 155:12, 161:20, 171:20, 173:8, 173:10, 175:5, 177:22, 177:25, 182:5, 188:2, 259:3, 260:5, 262:10, 266:7, 266:15, 266:17, 267:19, 271:2, 272:6, 273:19, 274:1, 286:10, 286:15
**largely** [1] - 157:25
**larger** [10] - 16:11, 25:21, 43:20, 52:1, 52:12, 56:19, 88:22, 96:4, 186:14
**larger-scale** [4] - 25:21, 52:12, 88:22, 96:4
**largest** [4] - 58:25, 59:18, 173:12, 176:22
**last** [33] - 4:6, 7:23, 12:2, 12:17, 14:13, 14:18, 18:10, 20:14, 26:11, 53:3, 53:12, 56:24, 64:6, 96:5, 98:23, 115:1, 180:6, 181:2, 183:10, 230:6, 241:21, 241:22, 250:23, 253:15, 261:14, 262:19, 271:5, 275:9, 275:15, 279:24, 287:11, 290:18, 297:22
**lasting** [1] - 261:5
**late** [6] - 16:15, 92:11, 200:4, 237:25, 290:17
**later** [27] - 13:2, 18:23, 25:19, 27:4, 27:24, 28:1, 29:3, 29:4, 36:10, 49:16, 49:18, 96:16, 98:7, 105:17, 106:1, 125:13, 134:12, 134:24, 138:15, 180:2, 260:20, 270:17, 271:1, 274:20, 282:25, 287:19
**lateral** [7] - 61:25, 62:3, 71:5, 99:1, 99:3, 99:8, 270:25
**laterals** [4] - 46:5, 46:7, 46:9, 279:7
**law** [12] - 6:3, 22:21, 22:23, 35:18, 38:8, 39:4, 98:2, 243:8, 245:7, 254:13, 263:20, 297:17
**lawsuit** [2] - 13:12, 295:20
**lawsuits** [3] - 13:13, 13:14, 13:15
**lawyer** [6] - 32:21, 33:1, 33:12, 35:10, 165:3, 167:1
**lawyers** [4] - 32:16, 202:11, 225:12, 239:11
**Leach** [9] - 5:1, 5:4, 5:6, 63:16, 270:23, 271:15, 273:3, 273:11, 275:11
**LEACH** [1] - 2:10
**Leach's** [1] - 185:18
**lead** [5] - 7:11, 31:12, 252:24, 257:1,

268:6
**leaders** [1] - 96:3
**leaking** [2] - 103:7, 176:10
**learn** [4] - 16:21, 16:22, 78:5, 173:14
**learned** [19] - 52:9, 72:3, 83:12, 92:4, 92:6, 152:21, 153:4, 153:18, 154:5, 173:21, 240:21, 241:2, 241:5, 241:8, 241:9, 241:12, 241:14, 241:23, 285:23
**learning** [15] - 16:5, 16:7, 18:5, 51:22, 57:8, 61:1, 70:13, 72:14, 75:2, 96:12, 174:4, 177:24, 178:1, 259:5, 273:25
**learnings** [6] - 17:22, 66:23, 71:17, 72:1, 83:22, 86:25
**leasehold** [1] - 99:3
**least** [16] - 34:11, 65:16, 113:14, 151:2, 155:4, 162:13, 162:14, 173:18, 175:8, 183:22, 191:19, 201:2, 201:17, 229:25, 252:8, 266:13
**leave** [1] - 94:15
**leaves** [1] - 152:24
**Lee** [1] - 58:13
**left** [7] - 22:12, 47:24, 50:7, 53:13, 88:17, 262:20, 295:25
**legal** [12] - 33:8, 39:9, 40:15, 102:18, 103:25, 109:4, 119:23, 181:20, 190:22, 211:20, 289:21, 292:2
**legally** [2] - 109:4, 280:15
**legitimacy** [1] - 261:12
**length** [3] - 9:2, 79:18, 114:8
**lengths** [2] - 61:25, 62:4
**lens** [1] - 282:12
**less** [12] - 81:21, 84:4, 84:10, 105:18, 160:19, 192:10, 192:19, 192:20, 195:24, 198:11, 261:21, 286:13
**let** [31] - 4:4, 5:9, 5:14, 7:7, 7:14, 7:17, 13:8, 14:14, 19:11, 24:4, 24:5, 26:25, 28:21, 30:6, 37:15, 57:4, 72:20, 76:15, 88:18, 110:10, 166:23, 172:3, 175:6, 196:15, 249:6, 249:18, 252:4, 265:4, 268:11, 295:23, 299:10
**Let** [1] - 26:17
**let's** [56] - 21:5, 31:25, 32:16, 38:6, 42:25, 64:18, 64:19, 65:4, 65:8, 67:7, 76:10, 76:22, 77:12, 80:3, 86:15, 87:3, 88:5, 88:6, 89:9, 90:22, 93:6, 95:24, 97:13, 97:14, 98:20, 107:15, 137:12, 137:20, 141:22, 142:14, 149:9, 149:12, 153:11, 157:5, 163:22, 164:11, 165:6, 194:10, 195:22, 217:23, 223:9, 226:6, 226:7, 233:4, 252:19, 254:7, 261:16, 263:15, 265:6, 265:14, 270:19, 270:21, 271:22, 271:23, 280:1
**Let's** [1] - 88:15
**letter** [4] - 14:18, 139:4, 139:9, 144:15
**level** [8] - 18:12, 80:11, 85:8, 119:11, 124:13, 128:24, 137:5, 291:2
**Levinson** [1] - 32:19
**liability** [15] - 13:1, 27:2, 27:18, 28:2, 28:9, 28:14, 29:16, 100:9, 100:13, 100:23, 182:15, 182:23, 182:24, 184:4,

288:2
**life** [1] - 258:20
**lifestyle** [1] - 71:4
**lifting** [1] - 288:8
**light** [1] - 222:8
**like** [117] - 5:8, 10:18, 11:15, 13:12, 13:17, 22:1, 25:9, 27:22, 28:16, 29:3, 31:17, 31:21, 31:23, 33:8, 34:16, 36:21, 44:17, 51:5, 61:4, 61:5, 61:7, 69:4, 71:8, 72:24, 75:10, 80:23, 81:12, 81:21, 88:16, 101:1, 101:19, 103:13, 115:25, 117:25, 118:1, 124:14, 126:23, 140:10, 151:19, 153:16, 153:21, 154:17, 159:23, 161:2, 161:14, 161:16, 162:6, 163:2, 163:21, 168:7, 169:16, 171:3, 174:12, 174:18, 176:3, 176:4, 176:8, 177:12, 178:20, 179:14, 181:4, 181:6, 182:8, 184:25, 185:5, 185:10, 185:16, 187:13, 189:2, 189:5, 189:8, 190:12, 190:15, 190:16, 190:21, 190:22, 192:15, 192:17, 192:21, 197:20, 198:10, 199:12, 199:17, 210:15, 214:14, 229:3, 229:8, 229:10, 236:12, 236:19, 240:9, 246:15, 248:17, 256:14, 260:2, 266:3, 269:20, 275:18, 279:12, 280:13, 286:1, 287:9, 289:11, 290:9, 295:19, 297:1, 297:2, 297:3, 298:3, 298:11, 299:5, 299:7, 299:8
**likelihood** [2] - 106:19, 111:21
**likely** [7] - 56:18, 81:24, 85:10, 135:24, 135:25, 136:3, 299:3
**likewise** [1] - 262:2
**limited** [2] - 28:15, 215:10
**limits** [4] - 18:7, 79:10, 79:24, 210:13
**line** [7] - 15:24, 59:20, 145:7, 237:13, 247:24, 291:9
**lineage** [1] - 290:23
**lines** [2] - 129:7, 129:8
**Lines** [2] - 235:3, 239:8
**lingering** [1] - 85:6
**link** [19] - 21:9, 23:15, 26:7, 26:23, 75:1, 75:5, 128:2, 132:4, 135:15, 148:23, 150:3, 154:3, 154:10, 155:2, 155:13, 156:4, 166:15, 257:23
**linkage** [1] - 41:22
**linked** [1] - 162:25
**links** [1] - 162:24
**list** [8] - 158:23, 158:24, 178:24, 205:18, 206:2, 214:22, 226:2, 248:9
**listed** [4] - 53:17, 191:21, 207:17, 230:9
**listen** [1] - 181:24
**listening** [1] - 6:23
**listing** [3] - 55:5, 207:15, 207:18
**litany** [1] - 253:8
**literally** [8] - 62:7, 143:22, 158:16, 164:2, 165:25, 191:6, 198:4, 207:15
**literature** [13] - 9:25, 207:11, 243:3, 244:20, 245:2, 245:4, 245:5, 256:19, 297:9, 298:9, 299:20, 299:24, 301:18

**litigation** [1] - 10:12
**Little** [1] - 50:24
**little** [26] - 5:17, 6:7, 14:25, 80:8, 87:19, 100:5, 119:10, 120:12, 127:14, 128:7, 128:17, 129:6, 155:22, 157:1, 176:21, 199:7, 205:24, 209:18, 219:5, 223:9, 264:1, 264:2, 264:3, 265:12, 268:10, 294:2
**live** [2] - 5:18, 180:14
**lived** [1] - 68:3
**LLP** [4] - 1:18, 1:21, 2:2, 2:10
**local** [1] - 4:16
**locations** [1] - 273:6
**logic** [3] - 33:10, 40:8, 102:21
**logical** [4] - 39:19, 92:1, 93:22, 99:24
**logically** [2] - 94:5, 95:17
**logistical** [1] - 77:14
**logistics** [1] - 71:5
**long** [15] - 29:19, 36:7, 36:11, 46:16, 68:3, 74:7, 99:3, 99:25, 107:21, 188:20, 199:12, 231:15, 268:20, 277:9, 290:23
**long-lived** [1] - 68:3
**long-term** [2] - 46:16, 74:7
**longer** [4] - 6:7, 56:17, 85:10, 96:11
**look** [81] - 20:23, 20:25, 22:21, 22:23, 23:5, 27:25, 30:22, 31:4, 38:7, 42:7, 46:2, 46:14, 50:7, 55:1, 55:5, 56:22, 63:13, 63:16, 64:18, 65:8, 71:8, 76:22, 88:6, 90:22, 93:6, 97:14, 105:7, 110:8, 110:23, 123:3, 123:4, 128:4, 129:24, 130:24, 134:12, 137:12, 137:20, 149:9, 149:19, 149:24, 151:20, 154:19, 157:14, 158:25, 163:7, 166:12, 180:10, 183:16, 193:20, 209:25, 226:20, 257:8, 258:11, 258:12, 263:15, 264:12, 270:16, 271:22, 271:23, 276:14, 279:13, 281:17, 284:13, 286:23, 286:24, 289:22, 292:21, 293:8, 293:10, 295:11, 295:22, 296:8, 296:13, 296:16, 297:9, 299:15, 300:16, 300:24
**looked** [26] - 45:6, 74:20, 89:1, 90:11, 90:20, 96:15, 118:25, 119:4, 150:12, 159:3, 160:12, 168:11, 206:15, 206:18, 206:21, 207:6, 207:11, 208:6, 208:10, 245:6, 256:15, 263:1, 283:24, 293:13, 294:13, 296:14
**looking** [51] - 12:20, 19:7, 20:12, 22:19, 26:7, 30:9, 37:7, 38:15, 38:17, 38:23, 45:8, 56:4, 56:14, 79:25, 80:3, 82:6, 84:12, 88:17, 109:19, 110:22, 117:4, 119:6, 127:18, 134:19, 136:25, 137:22, 160:13, 160:15, 168:5, 182:20, 188:15, 234:10, 234:11, 234:17, 234:18, 235:9, 235:10, 235:14, 254:4, 262:18, 266:8, 266:9, 276:6, 282:12, 283:1, 283:9, 284:7, 284:22, 285:2, 295:17, 295:18
**looks** [5] - 31:18, 81:21, 125:20, 171:2, 243:6
**lose** [2] - 15:25, 59:21

**loss** [43] - 29:10, 65:25, 66:4, 66:8, 67:8, 67:9, 69:11, 70:3, 70:6, 105:20, 106:5, 106:21, 107:3, 107:4, 108:19, 109:5, 109:7, 109:24, 110:22, 112:2, 140:5, 140:6, 140:8, 166:8, 166:15, 168:13, 168:18, 168:20, 170:4, 170:5, 172:6, 175:23, 177:2, 179:4, 179:6, 179:21, 254:16, 264:16, 264:24, 280:8, 280:9, 297:2

**losses** [1] - 59:23

**lost** [2] - 57:23, 190:20

**lot** [44] - 12:5, 13:7, 13:13, 16:5, 16:21, 16:22, 19:12, 21:20, 27:3, 33:23, 58:23, 60:8, 61:1, 81:25, 82:17, 89:6, 98:1, 99:11, 113:12, 117:4, 128:12, 128:23, 130:12, 130:23, 133:10, 143:1, 143:2, 145:14, 154:15, 154:18, 184:5, 196:3, 231:6, 250:16, 250:24, 262:22, 278:12, 284:12, 288:7, 293:1, 293:24, 296:2, 301:19

**lots** [7] - 60:9, 83:7, 122:14, 122:19, 149:3, 149:4, 173:10

**Louisiana** [1] - 2:3

**low** [1] - 91:5

**lower** [22] - 70:10, 73:16, 102:24, 104:1, 104:15, 104:22, 105:12, 107:12, 109:25, 119:17, 119:20, 125:12, 125:17, 133:19, 146:13, 149:24, 158:4, 185:24, 187:18, 193:5, 197:1, 259:11

**lower-risk** [1] - 185:24

**lower-than-expected** [1] - 70:10

**lowered** [2] - 111:15, 146:3

**lowering** [3] - 156:12, 157:15, 158:5

**Lucisano** [1] - 4:21

**LUCISANO** [6] - 2:2, 4:21, 288:12, 288:15, 288:21, 292:11

**Lucisano............................** [1] - 3:15

**LUCY** [1] - 127:9

**Lucy** [4] - 3:10, 21:21, 127:15, 200:1

**lump** [1] - 150:9

**Lynch** [1] - 53:2

# M

**M** [3] - 2:14, 303:2, 303:6

**ma'am** [1] - 251:22

**Mabee** [6] - 46:6, 47:12, 48:1, 48:20, 50:24, 64:15

**Macondo** [3] - 101:19, 174:12, 174:18

**macro** [1] - 291:2

**made** [79] - 5:23, 9:19, 12:4, 12:12, 15:12, 19:4, 23:15, 25:23, 36:8, 36:17, 37:17, 57:14, 70:16, 74:5, 91:13, 92:17, 94:10, 100:2, 102:25, 104:23, 133:15, 133:16, 133:17, 133:24, 134:10, 134:11, 134:14, 134:20, 134:21, 135:3, 135:5, 149:18, 149:22, 149:23, 150:4, 150:5, 150:9, 153:17, 158:12, 158:17, 160:11, 160:13, 160:16, 160:21, 160:22, 160:23, 161:7, 163:1, 173:18,

185:1, 185:19, 186:12, 188:8, 218:6, 220:10, 220:12, 238:8, 238:14, 238:16, 238:19, 238:21, 239:25, 240:11, 255:2, 259:1, 262:25, 264:7, 274:23, 275:10, 276:22, 278:8, 280:15, 280:16, 283:25, 284:20, 285:17, 291:15, 298:18

**magazine** [1] - 122:16

**magnitude** [1] - 261:11

**main** [1] - 252:9

**maintain** [2] - 259:14

**maintenance** [17] - 9:13, 13:24, 14:2, 121:3, 121:5, 121:13, 168:16, 175:18, 175:20, 219:10, 219:15, 220:1, 221:3, 221:9, 222:8, 250:25, 251:15

**major** [1] - 119:7

**majority** [1] - 112:24

**make** [53] - 5:14, 10:21, 16:10, 19:16, 21:24, 22:7, 51:6, 60:20, 72:18, 72:25, 74:14, 139:23, 139:25, 140:7, 141:9, 141:10, 142:3, 142:21, 142:22, 143:12, 143:13, 145:10, 145:11, 146:1, 149:13, 155:22, 161:4, 176:4, 179:8, 179:21, 198:17, 215:20, 223:9, 225:6, 226:18, 239:4, 239:13, 239:17, 240:14, 251:4, 252:4, 255:8, 267:3, 284:11, 284:23, 285:23, 286:4, 290:12, 291:16, 294:20, 299:2, 301:16, 301:19

**makes** [5] - 165:18, 176:5, 194:5, 238:23, 277:2

**making** [28] - 20:8, 27:8, 27:9, 27:10, 28:17, 44:6, 61:3, 76:23, 77:8, 83:20, 85:13, 106:16, 129:15, 129:18, 129:19, 130:8, 130:9, 130:15, 179:15, 219:24, 239:10, 240:2, 240:5, 240:10, 252:12, 280:9, 288:23

**manage** [1] - 22:15

**management** [4] - 25:17, 26:4, 275:12, 287:24

**Management** [2] - 261:19, 262:2

**management's** [1] - 117:8

**MANAGER** [2] - 12:18, 32:2

**managing** [2] - 127:15, 238:13

**manifest** [7] - 29:22, 30:1, 180:15, 180:18, 180:22, 186:6, 253:17

**manifestation** [4] - 29:20, 30:21, 183:18, 287:22

**manifestation-of-the-risk** [1] - 183:18

**manifested** [8] - 180:18, 180:21, 182:21, 183:17, 186:7, 186:8, 253:16, 287:23

**manifesting** [3] - 182:13, 253:20, 253:22

**manner** [1] - 291:12

**manufactured** [1] - 183:6

**manufacturer** [1] - 183:7

**manufacturing** [18] - 43:2, 43:8, 43:12, 43:13, 43:16, 44:3, 45:19, 46:15, 47:21, 50:5, 69:16, 70:13, 163:15, 253:9, 259:5, 261:13, 273:5, 273:9

**Manufacturing** [2] - 45:22, 46:3

**many** [16] - 22:8, 37:21, 44:17, 50:18, 51:5, 79:11, 108:25, 136:7, 139:11, 147:25, 148:1, 186:5, 215:1, 245:14, 284:25, 288:9

**map** [3] - 161:16, 161:22, 163:20

**marble** [3] - 169:21, 172:25, 177:2

**marbles** [3] - 29:10, 167:19, 169:23

**March** [8] - 50:2, 88:9, 209:1, 249:9, 271:24, 272:25, 275:21, 285:25

**margin** [1] - 91:9

**Marion** [2] - 77:22, 77:24

**mark** [1] - 157:2

**Market** [1] - 23:1

**market** [137] - 8:12, 8:14, 8:21, 11:1, 14:7, 15:6, 17:6, 17:7, 18:3, 18:16, 23:14, 23:21, 24:1, 24:24, 27:8, 27:9, 27:10, 30:24, 30:25, 32:14, 33:20, 34:2, 34:6, 34:10, 34:15, 34:19, 34:25, 35:6, 36:23, 38:10, 39:17, 39:19, 40:18, 45:8, 58:22, 63:13, 68:7, 68:10, 68:12, 69:10, 69:15, 74:5, 74:8, 74:11, 74:12, 74:17, 75:7, 86:21, 91:23, 92:2, 95:1, 104:16, 106:12, 110:10, 110:11, 110:17, 110:24, 111:2, 111:20, 116:11, 118:7, 119:6, 119:16, 119:19, 120:25, 121:11, 121:22, 122:7, 122:10, 122:13, 123:3, 123:5, 123:8, 123:12, 123:16, 123:19, 124:9, 134:21, 135:21, 135:24, 136:1, 136:4, 140:12, 141:20, 142:10, 142:12, 151:22, 162:21, 166:18, 169:19, 169:20, 170:2, 173:21, 173:25, 174:5, 178:14, 179:16, 187:6, 187:20, 188:8, 188:17, 195:5, 195:6, 195:25, 196:9, 197:1, 197:12, 197:13, 202:3, 202:6, 202:9, 202:12, 202:15, 207:20, 208:7, 211:21, 222:20, 254:23, 255:1, 255:16, 256:9, 257:14, 261:3, 270:17, 271:4, 271:16, 272:5, 275:3, 288:4, 292:23, 292:25, 293:7, 294:25, 295:19, 296:13

**market's** [7] - 102:12, 105:5, 105:16, 106:18, 110:9, 197:14, 203:14

**markets** [3] - 33:15, 111:20, 276:10

**marriage** [1] - 197:20

**match** [10] - 13:1, 20:21, 21:4, 27:17, 282:3, 283:8, 283:11, 283:15, 289:9, 300:12

**matches** [4] - 27:2, 28:2, 31:2, 182:16

**matching** [2] - 252:12, 300:21

**material** [6] - 142:12, 170:7, 187:9, 248:7, 254:25

**materiality** [5] - 22:21, 22:23, 254:16, 256:10, 256:12

**materialization** [48] - 9:17, 28:22, 29:6, 29:9, 29:12, 102:11, 103:3, 103:8, 103:19, 104:9, 104:19, 107:17, 107:19, 108:17, 108:22, 109:11, 109:21, 119:25, 120:5, 165:15, 165:24, 166:1, 166:4, 166:9, 166:21, 167:15, 167:16, 168:3, 169:7, 169:8, 169:15, 170:4, 173:19, 174:10, 175:24, 175:25, 176:3,

176:6, 176:12, 176:14, 178:22, 182:9, 182:12, 184:11, 186:7, 187:16, 287:14, 288:8

**materialization-of-risk** [1] - 166:21

**materialization-of-the-risk** [11] - 102:11, 103:3, 104:9, 107:17, 107:19, 108:17, 108:22, 109:21, 119:25, 168:3, 169:7

**materialized** [4] - 30:16, 103:22, 105:17, 111:12

**materializes** [2] - 170:1, 187:8

**materially** [2] - 185:19, 186:1

**materials** [29] - 205:19, 206:2, 206:3, 206:12, 208:9, 208:12, 210:25, 211:9, 211:19, 213:9, 213:13, 213:20, 213:22, 213:23, 213:24, 214:1, 214:3, 214:18, 214:21, 214:22, 215:20, 232:1, 232:3, 232:6, 232:9, 246:23, 247:5

**math** [3] - 69:6, 196:16, 196:17

**matter** [18] - 107:22, 109:22, 118:4, 120:15, 123:1, 136:18, 202:18, 206:16, 211:23, 215:4, 215:6, 231:21, 232:4, 232:6, 247:5, 250:25, 282:3, 303:4

**mattered** [1] - 68:12

**matters** [1] - 208:14

**maximizing** [2] - 266:17, 267:20

**maximum** [1] - 195:17

**May** [14] - 14:21, 15:15, 16:16, 16:17, 17:8, 19:5, 19:6, 25:22, 25:25, 45:1, 45:14, 51:5, 270:13, 273:21

**may** [32] - 6:7, 32:5, 32:6, 67:12, 85:5, 92:13, 110:17, 110:24, 111:25, 112:7, 126:19, 127:6, 172:16, 172:21, 176:24, 183:22, 194:25, 198:9, 202:22, 213:3, 221:20, 224:11, 224:17, 234:20, 236:2, 251:22, 257:12, 287:17, 287:18

**maybe** [32] - 5:8, 5:23, 16:16, 16:18, 76:18, 82:20, 85:6, 148:4, 163:8, 165:12, 165:13, 165:16, 167:9, 167:10, 172:9, 175:8, 175:11, 175:25, 183:13, 199:6, 199:9, 218:18, 229:11, 230:16, 234:20, 256:2, 256:20, 263:12, 265:3, 265:20, 266:8, 266:9

**MBOEPD** [1] - 73:7

**McDermott** [2] - 255:24, 256:21

**MCF** [2] - 76:4, 76:6

**me** [87] - 4:4, 7:17, 11:9, 13:8, 14:14, 15:17, 17:3, 19:11, 24:4, 24:5, 26:17, 26:25, 28:21, 30:6, 31:16, 32:18, 37:15, 41:11, 42:5, 44:1, 57:4, 57:24, 72:20, 72:24, 76:15, 78:17, 82:11, 88:18, 98:8, 106:1, 108:18, 109:22, 110:10, 114:14, 124:12, 126:11, 126:18, 165:16, 165:18, 165:21, 165:22, 166:23, 167:20, 171:15, 172:3, 173:1, 175:6, 175:7, 175:24, 188:11, 188:13, 190:18, 190:19, 196:9, 196:10, 196:11, 196:16, 198:24, 202:23, 210:2, 212:4, 219:13, 226:4, 229:6, 234:21, 237:9, 238:21, 239:22, 241:14, 246:10, 247:8, 249:6,

249:18, 253:3, 255:7, 265:4, 268:11, 268:12, 285:5, 285:8, 295:23, 295:25, 300:15, 302:2

**mean** [79] - 5:13, 6:25, 7:17, 11:2, 14:15, 21:15, 33:10, 35:23, 36:16, 42:21, 43:23, 44:5, 45:25, 60:10, 60:24, 61:2, 61:10, 68:10, 69:17, 69:23, 74:4, 76:5, 81:12, 82:24, 93:2, 97:23, 108:23, 108:25, 109:11, 109:22, 114:1, 122:18, 124:14, 133:17, 135:4, 135:17, 144:7, 153:13, 156:13, 163:25, 165:20, 175:12, 178:15, 181:19, 182:11, 182:17, 183:14, 190:11, 194:20, 198:9, 202:22, 204:13, 209:13, 218:14, 218:19, 219:20, 234:5, 234:10, 236:14, 240:13, 246:25, 247:3, 247:23, 248:25, 265:25, 266:1, 272:17, 272:18, 272:19, 277:18, 280:21, 284:1, 286:23, 287:7, 291:10, 294:17, 296:4, 297:4, 298:10

**meaning** [9] - 161:11, 192:3, 234:12, 234:19, 235:11, 251:9, 251:10, 251:11, 272:1

**meaningful** [4] - 151:17, 162:9, 238:21

**meaningly** [1] - 282:3

**means** [18] - 43:16, 51:21, 100:25, 108:21, 123:14, 133:18, 153:14, 178:16, 217:22, 227:15, 228:24, 229:1, 238:16, 238:17, 239:4, 240:13, 241:8, 297:20

**meant** [17] - 17:20, 43:9, 93:4, 122:18, 188:11, 188:12, 238:18, 239:6, 241:3, 241:5, 241:8, 245:17, 251:12, 262:3, 272:20, 283:25, 300:11

**measurable** [2] - 23:2, 23:7

**measure** [15] - 100:18, 101:1, 101:2, 102:23, 105:9, 120:1, 134:11, 166:20, 170:11, 188:6, 190:23, 191:18, 253:23, 287:9

**measured** [4] - 28:8, 105:12, 106:11, 168:1

**measures** [2] - 177:5, 209:11

**measuring** [5] - 65:2, 134:16, 134:17, 164:18, 184:2

**mechanical** [1] - 1:24

**media** [3] - 210:16, 215:15, 293:7

**meet** [3] - 258:6, 258:10, 297:12

**meeting** [2] - 74:10, 288:19

**meld** [1] - 192:17

**member** [1] - 33:4

**members** [4] - 242:13, 254:13, 254:14, 274:16

**memory** [2] - 69:24, 298:20

**mention** [14] - 18:10, 24:20, 81:13, 108:23, 113:12, 155:8, 160:24, 161:5, 161:7, 185:8, 200:23, 201:17, 201:23, 296:19

**mentioned** [30] - 8:6, 26:16, 30:1, 67:8, 73:4, 75:20, 81:6, 86:13, 113:20, 120:9, 124:19, 147:22, 156:19, 157:5, 157:6, 163:9, 185:6, 185:11, 186:5,

201:2, 201:6, 203:2, 216:6, 222:22, 224:2, 247:9, 247:12, 253:5, 253:17, 282:21

**mentioning** [2] - 161:18, 203:11

**mentions** [6] - 113:24, 114:4, 116:8, 116:14, 162:18, 163:3

**mercy** [1] - 298:16

**mere** [2] - 23:3, 257:24

**merely** [3] - 188:15, 198:15, 257:20

**merger** [28] - 9:20, 10:10, 164:20, 164:22, 191:22, 191:23, 192:2, 192:7, 192:8, 192:11, 192:20, 192:21, 193:5, 193:7, 193:12, 195:2, 197:4, 197:5, 198:1, 255:10, 256:7, 256:9, 256:11, 256:12, 256:14, 257:2, 273:15

**merges** [1] - 191:25

**merging** [1] - 192:21

**merits** [12] - 40:6, 168:21, 175:12, 175:13, 179:5, 179:16, 264:19, 264:21, 264:25, 277:15, 282:11, 285:11

**message** [1] - 263:9

**met** [6] - 28:18, 138:2, 254:12, 258:15, 276:18, 288:7

**method** [11] - 104:20, 104:21, 105:16, 105:23, 119:17, 119:22, 147:13, 189:15, 189:19, 278:23

**methodological** [1] - 288:21

**methodologies** [2] - 28:13, 253:11

**methodology** [73] - 8:16, 8:22, 9:8, 9:15, 13:1, 27:2, 27:6, 27:17, 28:1, 31:2, 100:12, 100:17, 100:18, 101:9, 102:9, 102:16, 103:1, 103:24, 104:12, 104:13, 104:15, 104:25, 105:2, 105:14, 107:8, 107:22, 109:20, 111:19, 111:25, 120:7, 120:10, 125:3, 125:6, 125:19, 128:5, 138:16, 138:18, 164:12, 167:12, 168:19, 173:3, 179:23, 184:1, 186:21, 188:5, 188:23, 188:24, 189:6, 189:8, 189:10, 190:9, 191:4, 191:17, 191:18, 192:5, 194:25, 198:14, 198:15, 205:15, 252:10, 265:11, 278:24, 287:8, 288:17, 289:22, 293:21, 294:5, 294:6

**Methodology** [1] - 226:11

**methods** [1] - 166:14

**Mexico** [3] - 58:13, 128:11, 140:23

**MICHAEL** [1] - 2:5

**Michael** [1] - 4:25

**Michigan** [1] - 283:20

**microlevel** [1] - 291:1

**mid** [1] - 91:6

**middle** [7] - 22:13, 47:11, 56:23, 169:4, 172:1, 191:24, 224:9

**Midland** [11] - 46:6, 47:7, 47:8, 48:16, 49:12, 55:10, 93:15, 95:8, 117:6, 117:7, 272:18

**might** [28] - 83:18, 86:9, 86:11, 93:5, 106:20, 110:4, 110:19, 113:1, 124:11, 131:2, 131:21, 143:6, 161:8, 163:9, 168:16, 169:1, 214:8, 214:12, 221:4, 241:7, 241:15, 246:25, 247:1, 250:5,

250:7, 279:25, 297:2, 299:17

**mile** [2] - 52:2, 173:13
**milkshake** [1] - 266:25
**million** [8] - 65:25, 68:2, 69:2, 69:4, 69:5, 140:10, 183:11, 190:19
**million-dollar** [1] - 68:2
**mind** [7] - 89:11, 90:11, 99:9, 99:18, 235:20, 254:7, 293:19
**mine** [2] - 182:18, 199:9
**minimize** [3] - 269:24, 273:5, 273:10
**minimized** [2] - 268:5, 279:6
**minimizing** [2] - 266:17, 267:20
**minus** [7] - 120:2, 190:1, 191:8, 191:9, 193:10, 193:22
**minute** [9] - 13:9, 38:6, 76:15, 87:9, 169:11, 183:12, 231:7, 259:19, 281:11
**minutes** [6] - 5:24, 6:7, 165:7, 252:19, 288:12, 288:15
**mirror** [2] - 237:7, 263:18
**Miscellaneous** [1] - 208:20
**mischaracterization** [2] - 253:6, 260:14
**mischaracterize** [1] - 276:11
**mischaracterized** [1] - 241:22
**mischaracterizes** [1] - 131:9
**miscoded** [1] - 249:14
**misconception** [2] - 16:16, 16:18
**misinformation** [2] - 37:13, 125:15
**mislead** [1] - 118:7
**misleading** [17] - 29:21, 89:7, 90:3, 95:16, 98:14, 106:25, 152:22, 153:5, 154:7, 166:1, 185:4, 185:19, 186:12, 240:22, 253:8, 253:9, 295:16
**misled** [2] - 74:11, 92:2
**mismatch** [14] - 20:2, 20:3, 20:16, 25:6, 25:15, 40:11, 260:3, 275:2, 281:8, 282:16, 282:17, 282:18, 289:20, 292:5
**misperception** [1] - 74:18
**misrepresentation** [42] - 29:1, 33:5, 35:20, 35:24, 36:2, 36:4, 36:17, 37:8, 39:13, 41:22, 69:12, 103:9, 121:7, 133:14, 134:9, 134:10, 134:20, 134:21, 135:4, 135:9, 147:12, 148:24, 149:17, 150:7, 151:5, 161:19, 166:15, 166:19, 171:9, 176:7, 176:13, 180:1, 216:22, 257:14, 257:23, 263:18, 271:16, 272:7, 272:11, 277:10, 281:8, 300:13
**misrepresentations** [40] - 17:10, 17:11, 22:9, 23:17, 35:21, 41:13, 87:4, 106:24, 121:22, 131:17, 133:4, 133:22, 133:23, 138:8, 141:7, 141:11, 141:13, 142:1, 142:5, 144:9, 146:20, 150:22, 153:14, 159:18, 167:4, 220:21, 237:2, 237:7, 251:2, 254:24, 255:2, 260:3, 266:5, 271:18, 281:17, 282:14, 282:15, 284:2, 284:8, 286:25
**misrepresented** [9] - 18:14, 101:18, 108:8, 108:9, 118:15, 177:21, 260:6, 261:1, 279:2
**misrepresenting** [1] - 267:8

**miss** [2] - 261:11, 293:10
**missed** [2] - 124:12, 292:24
**missing** [1] - 297:8
**misstated** [2] - 103:17, 109:1
**misstatement** [53] - 22:4, 24:22, 41:24, 133:13, 133:14, 133:18, 134:14, 134:24, 136:3, 136:20, 143:18, 149:20, 149:22, 150:4, 152:22, 153:1, 153:3, 153:5, 153:17, 153:18, 153:19, 159:20, 160:6, 160:9, 160:10, 161:11, 161:13, 163:14, 184:14, 184:16, 184:18, 184:25, 185:3, 187:3, 188:7, 188:8, 188:17, 217:11, 233:9, 234:6, 234:16, 235:15, 235:18, 238:9, 239:18, 240:2, 240:8, 240:22, 296:9
**misstatement-by-misstatement** [1] - 22:4
**misstatements** [81] - 9:3, 14:1, 14:4, 15:12, 20:5, 20:7, 22:1, 22:5, 23:9, 24:10, 26:24, 34:10, 37:17, 37:25, 69:14, 104:2, 106:14, 112:17, 112:20, 119:20, 120:19, 120:21, 128:3, 132:5, 133:9, 137:5, 138:19, 138:23, 139:6, 139:20, 142:18, 143:11, 143:17, 152:23, 154:4, 154:9, 155:10, 156:2, 156:15, 157:17, 159:14, 159:17, 160:2, 162:3, 162:20, 186:11, 205:5, 205:11, 216:8, 216:10, 218:5, 220:3, 220:7, 220:10, 220:11, 220:24, 222:12, 222:14, 223:4, 225:21, 225:22, 225:24, 226:2, 226:3, 226:4, 227:12, 228:19, 230:10, 235:7, 240:25, 250:12, 250:20, 251:6, 259:1, 276:9, 276:22, 281:14, 282:6, 284:17, 296:6
**mistake** [1] - 106:16
**mistakenly** [1] - 236:3
**misunderstanding** [1] - 241:11
**misunderstood** [2] - 221:25, 238:20
**Mizuho** [5] - 17:19, 157:20, 157:22, 157:25, 261:16
**MKM** [1] - 262:1
**MMboe** [1] - 270:11
**mode** [16] - 25:21, 43:2, 43:8, 43:12, 43:16, 44:3, 45:22, 46:15, 50:5, 52:12, 70:13, 163:15, 259:5, 273:5, 273:9, 274:20
**model** [18] - 29:6, 77:19, 100:8, 102:10, 102:11, 103:23, 105:8, 105:10, 111:18, 170:24, 171:11, 176:25, 181:3, 192:5, 268:22, 279:11, 285:16
**modeling** [1] - 267:13
**models** [5] - 265:24, 265:25, 267:10, 278:17, 278:18
**modestly** [2] - 79:2, 81:16
**modification** [1] - 233:23
**modified** [3] - 62:6, 99:15, 259:21
**moment** [2] - 88:16, 271:14
**momentum** [2] - 82:20, 91:3
**money** [7] - 171:23, 192:15, 193:7, 198:11, 261:22

**Monkey** [2] - 46:8, 48:1
**month** [1] - 260:19
**months** [19] - 16:17, 22:7, 23:22, 23:23, 25:11, 25:19, 47:18, 69:7, 88:12, 90:23, 93:11, 98:22, 209:1, 225:11, 239:3, 249:11, 270:17
**moot** [2] - 92:25, 93:2
**more** [79] - 6:3, 14:25, 19:1, 20:20, 20:21, 20:22, 22:8, 22:15, 26:17, 29:4, 34:11, 43:18, 43:20, 43:21, 43:23, 50:18, 50:21, 61:7, 69:4, 79:1, 79:2, 79:15, 85:24, 86:23, 88:19, 98:15, 99:3, 102:19, 103:5, 111:14, 122:16, 124:15, 128:16, 129:20, 131:25, 169:1, 171:1, 171:2, 172:3, 172:18, 172:19, 176:8, 178:14, 183:17, 193:3, 193:11, 193:23, 194:21, 195:18, 195:19, 195:20, 196:3, 196:19, 196:22, 198:4, 198:11, 214:10, 230:15, 230:16, 235:5, 247:3, 250:12, 255:19, 268:13, 269:20, 269:21, 273:23, 274:18, 278:12, 279:25, 282:7, 283:4, 288:3, 294:3, 298:5, 299:3, 299:17, 301:5
**moreover** [1] - 274:8
**morning** [8] - 4:25, 11:24, 12:19, 32:11, 32:12, 112:16, 290:3, 292:21
**most** [11] - 32:15, 38:22, 55:24, 58:15, 59:2, 79:20, 82:10, 129:1, 130:21, 143:3, 287:4
**mostly** [2] - 11:19, 153:20
**motion** [15] - 5:14, 11:19, 19:20, 177:13, 177:15, 180:12, 211:14, 252:8, 258:3, 262:25, 280:4, 290:24, 294:2, 294:10, 300:4
**motions** [1] - 298:14
**movants** [1] - 4:12
**move** [15] - 81:20, 82:5, 141:22, 142:14, 164:11, 177:8, 191:20, 214:24, 222:20, 226:6, 237:25, 243:20, 273:4, 286:3, 298:24
**moved** [2] - 70:13, 107:7
**movement** [9] - 69:25, 121:21, 124:17, 135:20, 150:1, 150:3, 216:2, 222:18, 294:24
**movements** [3] - 135:21, 135:25, 198:25
**moves** [3] - 135:20, 135:22, 294:25
**moving** [6] - 15:24, 59:20, 69:16, 70:1, 84:10, 96:3
**MR** [294] - 1:16, 1:17, 1:21, 2:1, 2:2, 2:5, 2:10, 4:13, 4:19, 4:21, 4:25, 5:3, 5:7, 5:11, 5:17, 5:21, 6:6, 6:12, 6:14, 6:15, 7:4, 7:8, 7:13, 7:23, 8:1, 8:3, 8:5, 10:2, 10:7, 11:2, 11:10, 11:24, 12:22, 13:12, 15:17, 31:11, 31:18, 31:21, 32:1, 32:5, 32:10, 44:15, 44:16, 45:18, 45:20, 46:19, 46:23, 47:6, 47:10, 47:15, 47:16, 47:21, 47:23, 48:5, 48:7, 48:15, 48:17, 48:22, 48:23, 49:4, 49:9, 49:22, 50:1, 50:5, 50:6, 51:2, 51:3, 51:18, 52:24,

52:25, 53:3, 53:5, 53:7, 53:9, 53:23, 54:2, 54:13, 54:15, 55:18, 55:19, 56:7, 56:10, 57:16, 57:21, 58:1, 58:3, 58:7, 58:11, 59:5, 59:8, 59:11, 59:14, 60:12, 61:13, 61:17, 62:9, 62:12, 62:24, 63:5, 64:5, 64:8, 65:11, 65:13, 65:18, 65:22, 67:17, 68:1, 71:9, 71:10, 75:13, 75:14, 75:21, 76:1, 76:11, 76:13, 87:10, 87:13, 87:17, 87:18, 88:5, 88:8, 93:8, 93:10, 95:24, 95:25, 98:20, 98:21, 107:24, 108:1, 112:5, 112:7, 112:10, 112:12, 113:7, 113:8, 115:16, 115:18, 118:18, 118:22, 124:5, 124:6, 126:15, 126:18, 126:22, 166:7, 166:12, 166:24, 167:6, 167:8, 167:10, 167:15, 167:22, 169:1, 169:6, 171:5, 171:16, 173:6, 174:3, 174:24, 175:20, 176:16, 177:12, 179:14, 180:10, 181:23, 183:3, 198:21, 199:21, 199:23, 200:11, 200:16, 201:8, 201:11, 201:13, 201:15, 203:7, 203:9, 203:18, 203:20, 203:25, 204:3, 204:21, 204:23, 205:21, 205:25, 206:5, 206:11, 206:25, 207:5, 207:8, 207:10, 208:3, 208:5, 208:17, 208:19, 209:16, 209:21, 209:23, 210:4, 210:5, 210:7, 210:10, 211:4, 211:8, 217:1, 217:4, 217:25, 218:2, 218:20, 218:24, 219:21, 220:14, 221:23, 221:24, 223:10, 223:13, 223:20, 223:22, 226:7, 226:9, 226:16, 226:17, 226:21, 226:23, 230:3, 230:7, 233:4, 233:6, 234:1, 234:2, 235:2, 235:13, 238:2, 238:6, 239:7, 240:16, 240:19, 242:9, 242:11, 242:19, 242:20, 242:24, 243:1, 244:5, 244:7, 244:14, 244:16, 244:25, 245:3, 245:10, 245:12, 248:21, 248:24, 251:20, 251:24, 251:25, 252:17, 252:25, 253:4, 255:17, 255:22, 260:13, 265:5, 265:11, 266:3, 266:24, 267:4, 268:19, 268:23, 272:13, 272:15, 272:19, 272:24, 276:25, 278:1, 278:4, 278:12, 279:25, 288:12, 288:15, 288:21, 292:11, 292:13, 292:15, 292:18, 296:2, 296:12, 299:25, 300:3, 300:14, 300:21, 301:1, 301:3, 301:15

**Mr** [175] - 3:5, 3:8, 3:8, 3:11, 3:14, 3:15, 3:15, 3:16, 5:1, 5:4, 5:6, 5:8, 6:1, 7:12, 7:16, 8:6, 8:7, 8:11, 8:18, 8:21, 9:5, 10:7, 10:19, 11:12, 11:16, 28:23, 31:4, 31:5, 31:12, 31:13, 31:22, 31:23, 32:11, 37:24, 42:5, 42:25, 46:2, 47:17, 56:22, 60:24, 71:11, 76:20, 78:24, 83:1, 84:3, 87:8, 87:12, 87:16, 87:19, 88:24, 93:16, 107:25, 108:20, 112:8, 112:13, 112:15, 114:14, 125:23, 126:16, 126:19, 126:20, 128:5, 130:11, 135:19, 137:4, 138:12, 139:10, 140:15, 142:11, 144:11, 144:12, 147:21, 148:6, 148:14, 148:20, 148:22, 149:7, 154:23, 156:3, 156:25, 158:9, 158:19, 159:2, 162:8, 162:15, 164:13, 165:13, 166:3, 166:6, 167:12, 168:24, 170:13, 173:22, 175:6,

177:11, 180:5, 181:2, 181:3, 182:2, 182:8, 184:24, 186:20, 188:21, 192:5, 195:16, 197:3, 198:14, 199:17, 203:17, 203:21, 204:4, 204:12, 205:15, 209:4, 209:15, 210:19, 210:22, 211:17, 212:6, 212:9, 212:17, 212:18, 213:12, 215:9, 215:13, 215:19, 218:22, 221:20, 227:2, 227:10, 227:14, 227:18, 227:24, 228:2, 228:8, 228:12, 228:18, 228:23, 243:10, 243:22, 244:1, 244:2, 247:3, 249:5, 251:9, 252:3, 252:24, 262:22, 262:23, 265:9, 274:11, 279:23, 285:5, 285:7, 287:11, 290:2, 290:17, 291:10, 291:19, 291:23, 292:20, 292:22, 293:17, 295:1, 295:14, 297:2, 299:10

**MS** [29] - 1:17, 2:1, 2:9, 4:23, 5:5, 127:1, 127:6, 127:8, 127:12, 138:24, 165:1, 165:5, 165:8, 165:23, 166:11, 180:9, 183:21, 183:24, 185:12, 185:13, 186:17, 186:19, 194:17, 194:23, 198:19, 221:20, 249:1, 249:4, 251:18

**Ms** [61] - 3:11, 3:12, 6:10, 8:9, 8:17, 8:20, 9:4, 9:6, 9:16, 9:19, 9:23, 10:8, 11:17, 23:14, 26:6, 26:22, 34:17, 36:22, 122:21, 122:24, 125:8, 125:24, 126:2, 126:9, 126:12, 126:25, 127:2, 127:25, 169:3, 180:7, 183:20, 183:23, 198:22, 198:24, 200:17, 210:13, 212:25, 213:5, 215:23, 216:5, 216:6, 217:2, 218:25, 221:21, 222:22, 224:20, 228:11, 228:17, 228:22, 229:2, 241:25, 245:13, 249:5, 288:25, 289:8, 290:2, 291:18, 292:7, 292:23, 292:24, 296:3

**much** [48] - 11:13, 18:21, 25:6, 61:6, 71:23, 73:25, 93:3, 97:25, 98:15, 100:25, 101:22, 102:24, 103:7, 104:1, 104:15, 104:21, 105:12, 105:18, 107:12, 109:25, 116:15, 119:20, 165:24, 166:20, 176:24, 182:18, 189:9, 189:11, 189:12, 189:20, 190:1, 190:8, 190:13, 190:14, 190:20, 191:1, 191:8, 191:9, 195:4, 196:21, 196:22, 263:5, 275:18, 290:9, 301:6, 301:7

**mud** [1] - 268:14

**multi** [15] - 47:11, 47:12, 48:1, 48:2, 48:12, 48:19, 50:11, 51:25, 52:1, 58:15, 77:24, 86:3, 176:22, 176:23, 269:12

**multi-interval** [4] - 47:11, 47:12, 48:12, 48:19

**multi-pad** [2] - 86:3, 176:23

**multi-well** [6] - 51:25, 52:1, 58:15, 77:24, 176:22, 269:12

**multi-zone** [3] - 48:1, 48:2, 50:11

**multiple** [2] - 18:7, 19:15

**multiplying** [1] - 278:18

**multitarget** [2] - 45:23, 45:25

**multitude** [1] - 78:7

**multitudes** [1] - 80:2

**MURRAY** [1] - 1:21

**Murray** [1] - 4:16

**must** [8] - 28:7, 39:20, 41:10, 216:2, 257:17, 257:22, 276:19, 280:4

**My** [2] - 165:3

**my** [195] - 4:14, 5:11, 7:13, 10:24, 12:1, 23:21, 25:9, 26:9, 31:18, 32:21, 32:22, 33:1, 34:7, 34:8, 35:5, 35:10, 35:11, 35:16, 35:22, 35:25, 37:10, 38:2, 38:5, 39:9, 40:3, 40:6, 41:4, 42:21, 42:23, 44:6, 44:9, 44:23, 46:13, 47:1, 48:4, 54:24, 55:1, 57:23, 66:11, 66:20, 66:25, 68:6, 69:14, 69:17, 69:18, 69:24, 70:9, 70:18, 70:20, 71:21, 71:22, 72:19, 73:18, 73:24, 74:15, 75:4, 78:3, 79:8, 79:14, 80:22, 86:6, 88:1, 88:11, 89:4, 89:7, 89:9, 89:20, 89:24, 90:5, 91:14, 92:15, 93:18, 94:1, 94:24, 95:15, 97:5, 98:11, 98:13, 99:9, 102:22, 105:8, 106:23, 107:18, 107:20, 109:9, 109:14, 109:18, 109:24, 110:20, 111:5, 113:16, 113:23, 118:19, 120:16, 120:22, 120:23, 121:15, 123:14, 124:24, 125:3, 126:23, 149:1, 151:3, 165:20, 166:12, 172:12, 172:18, 172:22, 172:24, 177:13, 177:14, 185:2, 189:5, 189:9, 189:19, 190:7, 190:10, 190:16, 190:17, 191:14, 212:1, 212:3, 212:12, 212:14, 212:17, 212:21, 212:22, 212:23, 212:25, 213:4, 213:5, 213:23, 214:3, 214:8, 214:21, 218:3, 222:4, 224:8, 224:11, 224:12, 224:17, 224:20, 224:22, 225:1, 225:2, 225:3, 225:14, 225:15, 225:16, 225:20, 227:17, 228:10, 228:15, 229:14, 230:8, 231:7, 236:20, 239:5, 239:10, 246:2, 246:5, 246:6, 246:10, 246:11, 247:1, 247:8, 247:9, 247:12, 247:18, 247:20, 248:12, 248:14, 252:8, 252:17, 266:24, 268:14, 268:17, 276:4, 276:6, 277:19, 277:20, 278:4, 283:15, 288:18, 293:21, 294:8, 300:23, 303:3

**myself** [1] - 150:25

## N

**N** [1] - 4:1

**name** [4] - 68:19, 78:1, 113:19, 114:2

**named** [1] - 24:7

**names** [1] - 61:20

**narrower** [2] - 264:2, 264:4

**natural** [1] - 76:2

**nature** [2] - 269:22, 292:3

**natures** [1] - 267:8

**nearly** [1] - 98:7

**necessarily** [9] - 10:25, 33:24, 36:8, 39:3, 40:5, 70:6, 125:7, 133:17, 265:25

**necessary** [6] - 11:16, 34:13, 43:25, 111:25, 112:3, 257:5

**need** [36] - 7:18, 20:24, 33:11, 34:12, 36:7, 40:4, 40:5, 82:20, 106:2, 163:6, 165:6, 165:11, 165:16, 166:17, 169:10,

178:19, 187:20, 188:5, 188:10, 188:14, 188:19, 191:11, 237:7, 237:11, 245:19, 259:21, 263:17, 263:19, 268:7, 279:25, 288:7, 295:10, 295:11, 298:8

**needs** [7] - 82:21, 106:20, 165:6, 181:12, 218:23, 274:21, 281:12

**negating** [1] - 292:4

**negative** [13] - 9:10, 69:4, 91:24, 94:20, 96:21, 97:1, 117:16, 118:6, 140:21, 175:4, 276:6, 293:9

**negligence** [2] - 167:1, 168:8

**negotiated** [1] - 255:20

**NERA** [12] - 127:16, 214:7, 224:11, 224:17, 231:4, 231:6, 231:12, 231:14, 231:16, 231:23, 232:1, 232:6

**net** [8] - 65:24, 66:4, 67:14, 67:16, 70:6, 140:5, 140:6, 140:8

**Net** [1] - 66:8

**netting** [2] - 10:9, 197:25

**Nevada** [1] - 293:5

**never** [16] - 9:8, 38:17, 49:16, 57:11, 62:2, 62:5, 95:10, 99:14, 138:5, 162:18, 172:10, 172:17, 174:13, 258:13, 284:25, 299:5

**nevertheless** [2] - 104:8, 251:4

**new** [21] - 39:16, 39:17, 39:21, 90:24, 93:1, 117:14, 119:6, 119:8, 123:19, 141:19, 142:11, 153:19, 154:6, 156:24, 178:10, 179:19, 202:16, 209:11, 209:12, 247:5, 289:23

**New** [9] - 1:19, 4:6, 58:13, 128:11, 140:23, 209:18, 256:3, 302:4

**news** [58] - 34:21, 36:24, 39:16, 39:17, 39:25, 40:8, 97:1, 122:15, 122:24, 123:19, 142:11, 142:12, 157:2, 157:4, 179:19, 198:24, 200:7, 200:17, 200:21, 201:1, 201:5, 201:17, 201:18, 201:24, 202:16, 203:11, 203:22, 208:23, 209:12, 210:1, 211:23, 212:1, 212:5, 212:6, 212:13, 212:15, 212:18, 212:19, 212:22, 213:1, 213:3, 213:6, 213:8, 213:15, 213:18, 214:1, 215:22, 249:17, 249:23, 250:2, 250:5, 293:13, 293:18, 293:19, 293:25, 294:1

**newspaper** [3] - 284:14, 284:16, 284:19

**next** [58] - 13:10, 14:6, 14:16, 15:14, 17:18, 18:9, 19:11, 20:19, 21:22, 24:19, 30:5, 46:19, 47:6, 48:5, 48:15, 49:24, 53:3, 53:19, 65:11, 66:15, 67:5, 73:12, 76:11, 77:12, 78:21, 80:6, 81:3, 82:5, 83:16, 84:1, 84:18, 84:20, 84:24, 85:1, 85:19, 85:21, 98:25, 116:23, 126:25, 130:24, 141:6, 145:20, 146:3, 157:5, 163:10, 206:18, 206:21, 208:6, 210:4, 223:12, 223:21, 226:21, 242:17, 244:14, 261:16, 282:2, 289:23

**next-to-last** [1] - 53:3

**nice** [1] - 128:17

**night** [2] - 12:17, 288:18

**nine** [3] - 64:13, 90:19, 137:21

**nitpicked** [1] - 249:5

**nitpicking** [1] - 284:12

**nitpicky** [1] - 298:4

**NO** [1] - 3:1

**No** [3] - 136:13, 201:7, 265:7

**no** [156] - 4:6, 6:13, 9:24, 10:23, 17:11, 22:9, 26:2, 26:7, 26:22, 27:19, 27:20, 41:15, 42:9, 42:10, 49:21, 62:8, 63:3, 68:14, 68:18, 68:21, 71:22, 74:13, 77:11, 85:10, 86:12, 89:18, 94:16, 95:11, 95:12, 97:3, 97:7, 97:11, 98:13, 99:16, 106:2, 106:8, 106:10, 107:15, 108:21, 109:14, 109:16, 109:18, 111:3, 111:5, 111:25, 120:11, 121:18, 122:12, 122:25, 126:7, 126:11, 126:14, 129:13, 136:20, 137:19, 139:25, 140:8, 140:11, 141:2, 141:10, 142:4, 142:22, 143:13, 144:18, 146:23, 152:15, 153:2, 153:4, 154:3, 154:10, 154:21, 155:8, 155:13, 158:13, 159:1, 159:5, 159:6, 160:22, 161:24, 162:18, 162:24, 164:5, 169:5, 174:3, 176:16, 178:21, 181:7, 184:23, 185:22, 190:4, 191:6, 191:13, 194:5, 197:7, 197:9, 197:11, 200:23, 201:5, 201:12, 201:18, 201:24, 213:6, 213:17, 214:1, 215:3, 215:12, 215:19, 220:19, 226:18, 226:24, 229:5, 231:18, 231:20, 232:24, 242:4, 243:19, 243:22, 244:2, 248:9, 249:14, 249:16, 250:1, 250:3, 250:18, 250:20, 252:9, 252:23, 253:13, 256:2, 256:6, 256:18, 259:4, 261:21, 263:21, 265:11, 266:20, 268:23, 272:3, 272:15, 274:25, 276:20, 277:12, 279:13, 280:19, 288:4, 296:15, 296:17, 296:20, 297:4, 297:10, 300:11

**nobody** [5] - 23:21, 38:4, 68:17, 164:1, 174:12

**nomenclature** [1] - 64:21

**non** [6] - 29:9, 169:8, 178:5, 178:7, 259:7, 267:8

**non-materialization** [1] - 169:8

**non-risk** [2] - 178:5, 267:8

**non-risk-adjusted** [2] - 178:7, 259:7

**non-risk-materialization** [1] - 29:9

**noncash** [6] - 67:10, 68:5, 68:7, 68:11, 68:20, 140:10

**nonclass** [1] - 255:19

**noncore** [1] - 140:22

**none** [7] - 13:25, 22:1, 23:15, 37:25, 141:2, 141:3, 154:8

**nonexistence** [2] - 123:2, 293:9

**nonprobative** [1] - 291:10

**nonsense** [4] - 89:22, 243:16, 243:17, 243:18

**nonspecific** [2] - 137:8, 189:13

**nope** [1] - 67:23

**nor** [1] - 284:18

**norm** [1] - 72:9

**normal** [3] - 32:16, 58:16, 143:19

**normally** [1] - 5:13

**Northern** [7] - 46:4, 46:20, 48:5, 49:11, 53:25, 93:14, 95:7

**nos** [2] - 295:13, 296:15

**not** [477] - 6:20, 8:12, 8:14, 9:7, 9:9, 9:10, 10:4, 10:11, 10:12, 10:14, 12:1, 13:16, 16:13, 16:20, 19:7, 20:8, 20:24, 21:3, 21:4, 21:8, 21:18, 22:2, 22:20, 24:17, 25:8, 25:9, 25:14, 25:24, 26:13, 27:5, 27:7, 27:9, 27:10, 28:15, 29:14, 29:15, 30:19, 31:1, 31:6, 32:21, 33:1, 33:6, 33:9, 33:12, 33:24, 35:3, 35:6, 35:10, 35:15, 35:16, 35:17, 35:21, 35:24, 36:2, 36:8, 37:15, 38:2, 39:3, 39:5, 39:9, 39:16, 39:24, 40:4, 40:5, 40:15, 40:18, 40:20, 41:4, 41:5, 41:9, 41:10, 41:16, 42:6, 42:20, 42:22, 43:3, 44:7, 44:8, 45:9, 46:1, 46:12, 46:21, 47:8, 48:3, 49:19, 49:21, 50:16, 52:21, 52:22, 53:19, 54:17, 55:15, 57:15, 62:7, 68:11, 68:18, 69:3, 70:6, 70:14, 70:17, 70:23, 71:11, 71:21, 72:18, 74:10, 75:4, 77:2, 77:9, 80:18, 82:8, 87:21, 87:22, 87:23, 87:24, 89:3, 89:7, 89:18, 89:21, 90:5, 90:8, 91:14, 91:16, 92:7, 92:8, 92:14, 92:21, 93:20, 94:2, 94:7, 94:11, 97:4, 97:6, 97:11, 98:1, 98:2, 98:13, 98:14, 99:9, 99:16, 100:10, 100:18, 101:5, 101:8, 102:10, 102:12, 102:23, 103:3, 103:8, 103:15, 104:5, 104:7, 104:11, 104:19, 104:24, 105:15, 105:21, 105:23, 106:15, 106:17, 106:21, 107:4, 107:11, 109:14, 110:3, 111:8, 111:18, 111:23, 111:25, 112:3, 112:23, 114:8, 115:8, 116:24, 118:5, 118:20, 120:16, 121:8, 122:25, 123:13, 126:10, 126:11, 132:12, 133:8, 134:14, 135:24, 136:4, 137:1, 137:24, 138:9, 138:22, 139:25, 140:8, 140:13, 140:14, 140:20, 140:23, 141:10, 141:15, 142:24, 144:8, 144:15, 144:18, 146:23, 149:23, 153:17, 153:18, 153:19, 154:5, 154:17, 155:25, 156:7, 156:14, 156:24, 157:3, 157:16, 157:17, 157:20, 158:6, 159:8, 159:21, 159:22, 159:23, 160:21, 160:22, 160:23, 162:3, 162:25, 163:2, 164:5, 164:17, 167:23, 168:3, 168:6, 168:16, 169:13, 170:12, 173:11, 174:22, 174:25, 175:8, 175:11, 175:13, 176:2, 176:6, 176:12, 176:19, 176:24, 177:8, 177:19, 178:6, 179:19, 179:21, 179:22, 180:1, 180:4, 180:23, 181:5, 181:6, 181:8, 182:12, 183:8, 183:10, 183:11, 183:14, 189:10, 189:15, 190:5, 190:9, 190:13, 190:16, 190:20, 192:13, 192:22, 194:2, 194:15, 196:13, 196:16, 197:7, 199:10, 203:14, 207:15, 207:24, 212:1, 212:14, 212:18, 212:25, 213:3, 213:4, 213:5, 213:9, 213:17, 213:20, 214:10, 215:3, 215:9, 215:13, 215:21, 215:24, 216:1, 217:14, 217:18, 217:22,

218:3, 218:14, 219:7, 219:14, 219:18, 219:24, 220:5, 220:6, 220:8, 220:9, 220:12, 220:23, 221:16, 222:4, 224:3, 224:8, 224:20, 227:7, 227:12, 227:18, 228:11, 228:13, 228:15, 228:17, 228:20, 228:22, 228:25, 230:16, 232:3, 232:6, 232:18, 232:21, 233:1, 236:14, 236:20, 237:7, 237:14, 238:12, 238:13, 241:2, 241:5, 242:13, 244:1, 244:4, 244:10, 245:21, 246:9, 246:24, 247:6, 247:10, 247:13, 247:17, 247:23, 249:13, 250:4, 250:5, 250:8, 251:15, 252:7, 252:16, 253:18, 254:6, 256:2, 257:14, 257:21, 258:4, 258:6, 260:1, 260:20, 260:22, 261:3, 262:24, 263:1, 263:7, 263:8, 263:13, 263:17, 264:11, 264:16, 264:25, 265:16, 265:21, 265:22, 266:3, 268:18, 268:19, 268:21, 269:2, 269:5, 269:17, 270:1, 270:17, 271:22, 272:9, 272:23, 273:19, 273:22, 274:1, 274:3, 274:22, 275:3, 276:4, 276:6, 276:10, 276:15, 277:23, 279:2, 279:3, 280:8, 280:9, 280:10, 280:18, 281:3, 281:16, 282:3, 282:11, 283:7, 283:11, 283:13, 284:13, 284:14, 284:21, 284:24, 285:11, 285:19, 286:3, 286:20, 287:7, 287:9, 287:10, 287:12, 287:24, 288:5, 289:10, 289:18, 289:21, 289:24, 290:14, 290:20, 291:10, 291:14, 292:1, 292:24, 293:24, 294:9, 294:10, 294:17, 294:18, 294:20, 295:16, 295:17, 295:19, 295:20, 295:21, 296:18, 297:21, 298:9, 299:16, 299:19, 300:24, 301:9, 301:13

**noted** [3] - 26:4, 79:9, 261:16

**notes** [5] - 209:15, 232:21, 261:11, 261:16, 264:8

**nothing** [25] - 8:19, 9:16, 22:17, 25:16, 41:21, 55:2, 68:22, 68:23, 79:3, 90:13, 126:18, 154:14, 155:13, 162:24, 183:5, 188:21, 191:1, 193:2, 212:14, 246:18, 251:20, 253:23, 253:24, 278:6, 282:19

**notice** [2] - 31:14, 290:18

**noticed** [4] - 117:4, 118:23, 201:16, 262:5

**notion** [5] - 18:14, 33:19, 38:9, 250:23, 286:1

**notoriously** [1] - 250:5

**novel** [8] - 9:8, 14:25, 27:14, 227:3, 227:11, 228:9, 228:18, 258:9

**novelty** [5] - 126:2, 228:2, 289:13, 299:8, 299:9

**November** [5] - 19:4, 59:10, 61:13, 199:7, 200:4

**now** [129] - 15:16, 17:6, 18:12, 19:11, 23:13, 24:6, 31:23, 36:12, 37:2, 37:14, 42:11, 42:24, 43:1, 44:17, 45:5, 47:18, 49:15, 54:25, 58:4, 58:8, 58:10, 59:10, 62:24, 64:18, 70:4, 71:11, 72:12, 72:13, 73:2, 75:12, 76:7, 76:10, 81:7, 81:9,

81:10, 82:19, 84:2, 87:3, 87:6, 87:19, 88:9, 90:18, 90:22, 90:23, 96:1, 97:13, 100:4, 103:15, 106:23, 108:16, 108:20, 122:19, 123:12, 132:23, 133:17, 135:1, 138:12, 144:11, 146:24, 147:22, 148:6, 148:22, 150:6, 152:3, 155:4, 156:11, 157:15, 158:19, 162:15, 167:15, 170:1, 172:8, 173:5, 175:17, 179:22, 181:7, 181:13, 182:9, 184:5, 188:25, 197:3, 202:13, 202:18, 203:6, 203:17, 204:11, 208:1, 209:4, 209:20, 210:18, 215:9, 215:23, 218:18, 218:20, 220:4, 220:15, 221:5, 222:10, 222:22, 225:9, 225:10, 227:2, 238:25, 239:1, 239:21, 240:4, 242:7, 243:10, 243:25, 245:6, 245:14, 248:11, 255:4, 255:7, 259:21, 264:2, 264:4, 275:4, 275:7, 275:24, 287:7, 287:14, 293:15, 293:16, 295:8, 296:25, 298:6

**nowadays** [1] - 122:14

**nowhere** [3] - 228:1, 243:2, 243:7

**Number** [10] - 15:19, 22:4, 22:5, 40:25, 69:25, 180:12, 280:2, 280:11, 280:12, 281:11

**number** [19] - 37:21, 53:20, 78:25, 79:13, 81:13, 90:19, 90:20, 95:20, 95:21, 98:17, 125:8, 136:10, 139:17, 147:8, 186:14, 187:19, 195:21, 232:24, 286:21

**numbered** [1] - 303:4

**numbers** [6] - 37:19, 85:12, 153:7, 170:10, 176:9, 259:24

**numerosity** [1] - 254:8

**numerous** [1] - 44:3

# O

**O** [1] - 4:1

**O'Neil** [1] - 1:21

**oath** [6] - 32:4, 90:11, 127:4, 225:11, 239:3, 241:18

**objective** [1] - 147:6

**obligates** [1] - 283:16

**obligation** [1] - 74:13

**observations** [3] - 21:14, 25:14, 93:7

**observe** [1] - 124:15

**observed** [1] - 106:12

**obtain** [2] - 150:15, 150:20

**obtained** [2] - 150:19, 198:1

**obvious** [2] - 210:15, 215:14

**obviously** [13] - 8:8, 68:24, 82:16, 85:4, 89:3, 97:15, 154:23, 161:5, 173:14, 209:4, 210:18, 211:17, 252:4

**occasionally** [1] - 169:13

**occur** [1] - 289:12

**occurred** [3] - 104:11, 120:17

**occurring** [1] - 253:21

**October** [7] - 15:14, 19:4, 59:6, 254:6, 260:8, 264:13, 266:11

**odds** [1] - 111:2

**OF** [3] - 1:1, 1:4, 1:12

**of** [1330] - 1:6, 2:16, 4:2, 4:4, 4:7, 5:1, 5:5, 5:19, 5:24, 6:3, 6:8, 7:6, 8:7, 8:20, 8:24, 9:4, 9:10, 9:14, 9:17, 9:21, 10:10, 10:16, 11:2, 11:6, 11:17, 12:5, 12:7, 12:8, 12:23, 12:25, 13:6, 13:7, 13:13, 13:25, 14:12, 14:14, 14:21, 15:4, 15:10, 15:11, 15:23, 16:5, 16:7, 16:9, 16:13, 17:1, 17:9, 17:10, 18:12, 18:20, 18:22, 19:1, 19:4, 19:22, 19:23, 20:1, 20:7, 20:11, 20:16, 21:7, 21:12, 21:17, 21:20, 22:1, 22:12, 22:16, 22:18, 22:20, 22:22, 23:3, 23:4, 23:6, 23:7, 23:11, 23:14, 23:15, 23:24, 23:25, 24:10, 24:12, 24:16, 24:21, 25:6, 25:8, 25:16, 25:21, 25:22, 25:24, 25:25, 26:8, 26:10, 26:13, 26:15, 26:18, 26:20, 27:2, 27:3, 27:4, 27:10, 27:15, 27:18, 28:2, 28:7, 28:9, 29:1, 29:10, 29:11, 29:16, 29:20, 30:6, 30:10, 30:19, 31:3, 31:15, 32:19, 32:21, 32:22, 32:23, 32:25, 33:3, 33:10, 33:11, 33:14, 33:17, 33:23, 34:8, 34:10, 34:15, 34:23, 34:24, 35:8, 35:13, 35:20, 35:25, 36:11, 37:25, 38:2, 38:9, 38:11, 38:12, 38:14, 38:15, 38:16, 38:24, 39:11, 39:12, 39:24, 40:7, 40:11, 40:12, 40:18, 40:24, 41:4, 41:7, 41:15, 41:16, 41:17, 41:18, 41:19, 42:12, 42:19, 42:21, 43:7, 43:9, 43:10, 43:14, 43:15, 43:19, 43:20, 44:5, 44:11, 44:20, 45:8, 45:15, 46:1, 46:14, 46:24, 46:25, 47:14, 49:5, 49:19, 49:21, 49:23, 50:25, 51:9, 51:18, 52:9, 52:12, 53:1, 53:6, 53:11, 53:12, 53:13, 53:15, 54:18, 54:21, 55:5, 55:20, 55:25, 56:5, 56:8, 56:11, 56:15, 56:16, 56:17, 56:18, 56:19, 56:20, 56:24, 57:2, 57:23, 58:14, 58:17, 58:23, 59:11, 59:19, 59:22, 59:25, 60:8, 60:9, 60:13, 60:15, 60:19, 61:1, 61:3, 61:5, 61:6, 61:7, 61:24, 62:7, 62:14, 62:21, 63:8, 63:19, 64:1, 64:2, 64:6, 64:14, 64:21, 64:24, 65:1, 65:16, 65:25, 66:4, 66:10, 66:12, 66:21, 66:22, 66:25, 67:4, 67:9, 67:18, 67:25, 68:3, 68:8, 68:12, 68:25, 69:11, 69:16, 69:17, 70:3, 70:5, 70:8, 70:10, 70:18, 70:22, 71:23, 72:4, 72:19, 72:22, 73:9, 73:10, 73:12, 73:15, 73:19, 73:25, 74:2, 74:18, 74:19, 74:20, 75:8, 75:9, 75:15, 75:19, 75:23, 76:5, 76:6, 76:18, 77:24, 78:7, 78:14, 78:25, 79:1, 79:9, 79:10, 79:11, 79:13, 79:18, 79:19, 79:21, 79:24, 80:2, 80:9, 80:11, 81:7, 81:13, 81:14, 81:15, 81:25, 82:4, 82:17, 82:18, 82:21, 82:24, 83:7, 83:11, 83:18, 84:2, 84:9, 85:4, 85:7, 85:8, 85:11, 85:12, 85:17, 85:18, 86:20, 87:23, 88:18, 88:19, 88:21, 88:25, 89:1, 89:5, 89:6, 89:8, 89:20, 89:22, 90:4, 90:5, 90:6, 90:7, 90:15, 90:19, 91:1, 91:6, 91:8, 91:14, 91:19, 91:24, 92:5, 92:7, 92:9, 92:17, 93:1, 93:3, 93:18, 93:24,

94:1, 94:3, 94:9, 94:20, 95:2, 95:15, 96:3, 96:5, 96:8, 96:13, 96:24, 97:15, 97:24, 98:1, 99:11, 100:2, 100:13, 100:15, 100:16, 100:18, 100:23, 100:25, 101:1, 101:2, 101:3, 101:17, 101:18, 102:9, 102:11, 102:13, 102:14, 102:16, 102:20, 102:23, 103:1, 103:3, 103:6, 103:8, 103:12, 103:14, 103:17, 103:19, 104:6, 104:9, 104:10, 104:12, 104:13, 104:15, 104:19, 104:21, 105:4, 105:6, 105:9, 105:14, 105:17, 105:18, 105:19, 106:9, 106:14, 106:18, 106:19, 106:24, 107:4, 107:5, 107:8, 107:9, 107:17, 107:19, 107:21, 108:7, 108:10, 108:11, 108:12, 108:17, 108:18, 108:19, 108:22, 109:1, 109:5, 109:10, 109:11, 109:12, 109:19, 109:20, 109:21, 110:3, 110:6, 110:17, 110:19, 110:20, 110:23, 111:1, 111:2, 111:6, 111:21, 111:23, 112:3, 112:8, 112:15, 112:20, 112:24, 113:3, 113:5, 113:9, 113:12, 113:14, 113:15, 113:17, 113:24, 114:11, 114:14, 114:21, 114:23, 115:19, 115:22, 115:25, 116:3, 116:6, 116:15, 116:25, 117:4, 117:5, 117:12, 118:2, 118:3, 118:6, 118:8, 118:14, 118:21, 118:24, 119:3, 119:7, 119:8, 119:11, 119:17, 119:19, 119:22, 119:25, 120:3, 120:5, 120:6, 120:9, 120:10, 120:18, 120:20, 120:23, 121:1, 121:2, 121:4, 121:6, 121:7, 121:16, 121:20, 121:21, 122:3, 122:10, 122:14, 122:15, 122:16, 122:17, 122:19, 122:20, 123:1, 123:2, 123:9, 123:12, 123:16, 124:9, 124:12, 124:13, 124:16, 124:20, 124:24, 125:3, 125:4, 125:6, 125:8, 125:9, 125:10, 125:14, 125:15, 125:19, 125:20, 125:21, 125:23, 126:1, 126:2, 127:20, 128:3, 128:8, 128:14, 128:15, 128:21, 128:25, 129:2, 129:3, 129:6, 129:7, 129:14, 130:3, 130:12, 130:25, 131:1, 131:2, 131:7, 132:5, 132:13, 132:16, 132:19, 132:20, 133:1, 133:3, 133:5, 133:8, 133:11, 133:13, 133:22, 134:7, 134:10, 134:16, 134:17, 134:22, 134:23, 136:8, 136:10, 136:21, 137:3, 137:24, 138:17, 138:19, 138:21, 139:8, 139:10, 139:11, 139:17, 139:20, 140:3, 140:5, 140:13, 140:16, 140:17, 140:23, 141:1, 141:2, 141:3, 141:6, 141:7, 141:10, 141:24, 141:25, 142:4, 142:5, 142:15, 142:17, 142:18, 142:23, 143:1, 143:2, 143:9, 143:10, 143:13, 143:16, 143:17, 144:9, 144:16, 144:22, 144:24, 145:5, 145:8, 145:11, 145:14, 146:2, 146:10, 146:18, 146:20, 147:1, 147:5, 147:6, 147:8, 147:11, 147:12, 147:16, 147:19, 147:24, 148:3, 148:6, 148:21, 149:3, 149:4, 149:16, 150:17, 150:21, 150:25, 151:4, 151:7, 151:12, 151:19, 151:25, 152:1, 152:11, 152:17,

152:23, 153:7, 153:9, 153:14, 153:15, 153:21, 153:23, 153:24, 154:3, 154:8, 154:10, 154:11, 154:15, 154:17, 154:18, 154:21, 155:2, 155:3, 155:4, 155:7, 155:8, 155:17, 155:23, 155:25, 156:1, 156:14, 156:19, 156:20, 156:21, 157:16, 157:18, 157:20, 159:1, 159:8, 159:11, 159:12, 159:13, 159:16, 159:18, 159:20, 159:25, 160:1, 160:7, 160:17, 161:4, 161:11, 161:15, 161:18, 161:20, 162:6, 162:11, 162:15, 162:17, 162:19, 162:21, 163:5, 163:6, 164:3, 164:18, 164:22, 165:18, 165:23, 166:1, 166:8, 166:9, 166:18, 166:20, 166:21, 167:12, 167:15, 167:16, 167:17, 167:20, 167:23, 168:1, 168:3, 168:9, 168:18, 168:22, 169:4, 169:7, 169:8, 169:9, 169:15, 169:17, 170:4, 170:7, 170:8, 170:11, 170:14, 170:15, 170:17, 171:8, 171:9, 171:21, 172:6, 172:15, 172:22, 173:3, 173:7, 173:10, 173:11, 173:14, 173:19, 173:24, 174:9, 174:10, 174:11, 174:12, 174:14, 174:17, 175:2, 175:9, 175:12, 175:13, 175:22, 176:3, 176:4, 176:10, 176:11, 176:13, 176:20, 176:21, 177:6, 177:7, 177:9, 177:13, 177:14, 177:20, 178:1, 178:5, 178:22, 179:1, 179:4, 179:9, 179:10, 179:14, 180:13, 180:19, 181:8, 182:9, 182:10, 182:15, 182:23, 182:24, 183:1, 183:13, 183:15, 183:17, 183:18, 183:22, 184:2, 184:4, 184:11, 184:16, 184:20, 185:5, 185:7, 185:10, 185:11, 185:14, 185:23, 185:24, 186:3, 186:5, 186:7, 186:14, 186:22, 187:16, 187:17, 187:19, 187:23, 188:2, 188:6, 188:21, 189:6, 189:9, 189:10, 189:15, 189:23, 189:24, 190:13, 190:15, 190:21, 190:22, 190:23, 190:25, 191:5, 191:15, 191:16, 191:23, 191:24, 192:17, 194:12, 194:18, 194:19, 195:11, 195:21, 196:13, 196:14, 196:20, 196:21, 196:22, 196:23, 196:25, 197:3, 197:8, 197:9, 197:15, 197:25, 198:6, 199:2, 199:8, 199:9, 200:1, 200:5, 200:12, 200:23, 202:19, 203:11, 203:13, 203:14, 204:24, 205:4, 205:18, 206:2, 206:15, 208:12, 208:18, 209:11, 210:15, 210:21, 211:6, 211:10, 211:13, 212:20, 212:24, 213:9, 213:10, 213:18, 214:15, 214:18, 215:7, 215:8, 215:14, 215:20, 215:24, 216:8, 216:16, 216:17, 216:19, 216:21, 217:2, 217:5, 217:9, 217:10, 217:13, 217:14, 217:17, 217:18, 217:24, 218:3, 218:20, 218:22, 219:13, 220:2, 220:3, 220:19, 220:21, 221:7, 221:12, 221:14, 221:15, 222:8, 222:11, 222:14, 222:20, 222:25, 223:2, 223:4, 223:5, 223:8, 224:3, 224:5, 224:9, 225:14, 225:19, 225:22, 226:2, 226:5, 226:10, 227:7, 227:18, 227:19,

227:23, 228:2, 228:16, 229:1, 229:20, 230:10, 230:20, 231:6, 232:12, 232:21, 232:24, 233:13, 233:19, 234:5, 235:6, 237:1, 237:3, 238:19, 239:10, 239:13, 239:15, 239:16, 239:23, 239:24, 240:4, 241:6, 241:7, 241:11, 242:1, 242:2, 242:4, 242:7, 242:12, 243:2, 243:7, 243:21, 245:16, 245:20, 246:4, 246:8, 246:22, 247:5, 247:11, 247:15, 247:21, 247:24, 248:1, 248:4, 248:9, 248:10, 248:15, 249:9, 250:11, 250:12, 250:16, 250:23, 250:24, 251:5, 252:9, 252:10, 252:12, 252:15, 253:5, 253:6, 253:8, 253:11, 253:15, 254:13, 254:15, 254:19, 254:22, 255:9, 255:12, 255:14, 255:20, 255:25, 256:10, 256:18, 256:24, 257:1, 257:9, 257:14, 257:16, 257:17, 257:18, 257:21, 257:25, 258:12, 259:1, 259:4, 259:5, 259:20, 260:1, 260:2, 260:3, 260:5, 260:8, 260:14, 260:19, 261:5, 261:11, 261:12, 261:22, 262:3, 262:22, 262:23, 263:4, 263:5, 263:7, 263:15, 264:14, 264:15, 264:24, 265:10, 265:18, 265:22, 266:4, 266:6, 266:8, 266:10, 266:18, 267:1, 267:7, 267:8, 267:9, 267:11, 267:20, 267:21, 268:6, 268:7, 269:3, 269:10, 270:10, 270:21, 271:10, 271:14, 271:16, 271:18, 271:20, 271:21, 273:9, 273:10, 274:10, 274:14, 274:18, 274:20, 275:5, 275:8, 276:3, 276:20, 277:1, 277:4, 277:18, 278:8, 278:19, 278:23, 279:3, 279:9, 279:10, 280:1, 280:2, 280:15, 280:19, 280:20, 280:21, 280:22, 280:23, 281:4, 281:8, 281:19, 281:21, 281:23, 282:12, 282:16, 283:8, 283:11, 283:14, 283:15, 283:18, 284:1, 284:3, 284:4, 284:7, 284:10, 284:12, 284:14, 284:17, 284:18, 285:1, 285:5, 285:10, 285:12, 285:17, 285:19, 285:20, 286:10, 286:18, 286:20, 286:21, 287:6, 287:19, 287:22, 288:1, 288:3, 288:7, 288:23, 288:24, 289:1, 289:5, 289:9, 289:10, 289:13, 289:16, 289:23, 289:25, 290:1, 290:11, 290:18, 290:21, 290:23, 291:4, 291:6, 291:7, 291:8, 291:9, 291:13, 291:14, 291:16, 291:17, 291:19, 291:20, 291:22, 291:24, 292:3, 292:5, 292:20, 292:24, 293:2, 293:4, 293:9, 293:10, 293:11, 293:12, 293:13, 293:18, 293:24, 294:4, 294:11, 294:16, 294:18, 294:25, 295:13, 295:17, 296:2, 296:16, 296:17, 296:21, 297:7, 297:12, 297:14, 297:23, 298:3, 298:16, 298:19, 298:22, 298:23, 299:2, 299:7, 299:8, 299:11, 299:17, 299:21, 300:6, 300:7, 300:8, 300:9, 301:5, 301:8, 301:9, 301:16, 301:19, 303:3, 303:3, 303:4

**off** [9] - 7:11, 9:21, 31:12, 79:13, 156:23, 252:24, 261:4, 261:7, 280:1

**offer** [1] - 126:1
**offered** [1] - 28:24
**offering** [1] - 257:20
**offers** [1] - 197:12
**officer** [1] - 63:17
**official** [1] - 255:1
**Official** [4] - 2:14, 2:15, 303:2, 303:6
**often** [3] - 134:5, 189:25, 236:22
**Oh** [2] - 62:2, 276:15
**oh** [12] - 23:21, 24:4, 25:9, 26:9, 75:17, 156:8, 188:12, 199:9, 229:18, 260:15, 274:25, 287:16
**Oil** [16] - 236:7, 236:12, 236:16, 236:18, 236:20, 236:25, 237:15, 263:23, 263:24, 282:22, 296:7, 297:12, 298:18, 300:18, 301:9
**oil** [34] - 43:13, 43:19, 43:21, 43:25, 63:6, 73:9, 73:16, 76:2, 86:5, 91:5, 101:23, 103:7, 116:11, 128:9, 144:23, 146:2, 146:9, 146:14, 171:23, 171:24, 172:3, 173:6, 174:20, 174:21, 176:10, 176:20, 177:19, 177:20, 239:23, 260:23, 260:25, 261:22, 267:5, 268:15
**okay** [244] - 4:18, 6:14, 11:8, 12:20, 12:22, 13:18, 13:20, 17:2, 37:2, 37:14, 37:24, 38:6, 40:9, 40:17, 40:22, 40:24, 41:5, 41:11, 42:10, 42:24, 43:17, 44:1, 44:13, 44:14, 45:17, 46:2, 49:3, 50:17, 51:1, 51:12, 51:17, 52:23, 55:2, 55:4, 56:5, 56:6, 57:6, 57:23, 58:2, 62:23, 64:18, 64:20, 65:4, 65:9, 65:10, 65:18, 66:15, 67:6, 67:7, 73:2, 73:11, 74:19, 75:12, 75:17, 76:10, 76:16, 76:19, 76:22, 77:12, 78:3, 78:11, 78:18, 78:20, 78:23, 80:4, 80:6, 81:2, 81:3, 81:4, 81:5, 82:3, 82:14, 83:19, 83:23, 83:24, 83:25, 84:1, 84:17, 84:19, 84:20, 84:21, 84:22, 84:23, 84:24, 84:25, 85:1, 86:15, 86:16, 86:17, 86:18, 86:19, 87:3, 87:4, 87:5, 88:2, 88:4, 88:9, 88:15, 88:24, 90:14, 90:17, 90:22, 92:17, 95:20, 95:23, 97:13, 98:17, 99:10, 99:17, 100:4, 100:5, 100:14, 101:9, 101:13, 108:3, 108:7, 108:16, 110:5, 111:17, 112:4, 113:3, 114:12, 115:19, 116:2, 116:3, 116:10, 117:3, 117:12, 121:12, 122:7, 123:1, 124:11, 124:18, 125:1, 126:15, 127:8, 127:13, 128:6, 129:5, 129:11, 131:12, 131:25, 135:11, 136:11, 138:20, 139:19, 140:1, 141:4, 145:3, 146:24, 152:8, 153:11, 156:16, 157:5, 159:7, 159:15, 160:12, 162:15, 163:11, 164:11, 164:23, 165:1, 166:11, 167:14, 168:24, 170:25, 172:4, 173:5, 173:6, 174:2, 177:11, 183:3, 183:20, 185:14, 186:16, 189:8, 191:16, 194:10, 199:9, 199:20, 200:7, 202:2, 203:10, 207:25, 208:1, 208:13, 209:1, 209:4, 209:15, 209:24, 210:13, 210:24, 211:6, 211:20, 212:17, 213:25, 214:17,

216:16, 222:3, 222:17, 222:25, 223:14, 224:5, 224:25, 225:5, 225:18, 226:6, 226:10, 226:14, 227:22, 228:16, 231:12, 233:7, 233:25, 235:1, 236:21, 237:22, 237:25, 242:7, 242:12, 243:7, 243:20, 244:22, 245:18, 245:23, 246:1, 246:7, 246:18, 249:2, 249:22, 250:8, 251:22, 252:19, 267:2, 267:17, 273:17, 278:11, 286:1, 287:4, 288:13, 298:3, 301:2
**Okay** [2] - 79:16, 131:22
**old** [6] - 29:16, 39:16, 156:20, 261:4, 261:7, 301:10
**omission** [3] - 121:7, 180:2, 267:9
**omissions** [7] - 34:10, 69:15, 120:21, 121:22, 237:3, 266:5, 266:6
**omit** [2] - 157:1, 163:20
**omitted** [3] - 89:5, 156:25, 161:22
**on** [439] - 1:5, 4:7, 4:9, 5:10, 5:18, 6:1, 6:8, 6:16, 8:12, 8:15, 9:6, 9:22, 11:1, 11:14, 11:21, 12:12, 12:23, 12:25, 13:3, 13:6, 13:23, 14:5, 14:6, 14:7, 14:8, 14:11, 15:4, 15:13, 15:17, 15:21, 17:21, 18:7, 18:12, 20:9, 20:14, 20:19, 20:23, 21:9, 21:12, 21:18, 21:19, 21:22, 22:3, 22:10, 22:12, 23:22, 24:4, 24:8, 24:12, 24:13, 24:22, 25:15, 25:20, 26:5, 26:11, 26:22, 27:3, 27:8, 27:10, 27:11, 27:15, 27:16, 28:8, 31:23, 32:14, 34:14, 34:22, 35:6, 35:24, 36:3, 36:4, 36:25, 37:8, 37:17, 37:20, 39:12, 39:18, 39:23, 40:16, 42:4, 42:7, 42:9, 42:10, 43:19, 43:21, 44:18, 47:6, 47:24, 48:5, 48:15, 49:5, 49:24, 50:17, 51:5, 51:8, 51:15, 53:4, 53:13, 54:8, 54:10, 54:14, 55:25, 56:8, 57:13, 58:14, 58:18, 59:11, 60:14, 60:15, 62:14, 63:19, 63:20, 63:21, 64:13, 64:23, 65:2, 65:6, 65:7, 66:10, 67:10, 68:21, 70:7, 70:8, 72:7, 72:10, 73:3, 74:9, 75:2, 76:14, 76:18, 77:19, 77:21, 77:25, 78:18, 79:9, 80:10, 80:25, 81:6, 81:7, 81:9, 81:15, 81:24, 82:5, 82:14, 83:1, 83:4, 83:23, 83:24, 84:6, 85:1, 85:5, 85:10, 85:21, 88:17, 88:20, 89:1, 92:17, 93:1, 93:16, 94:9, 94:10, 94:25, 95:1, 95:5, 97:10, 97:18, 98:3, 98:6, 102:5, 105:6, 107:3, 107:23, 108:4, 109:10, 109:17, 110:21, 111:22, 112:1, 113:1, 113:7, 114:2, 114:15, 118:6, 121:24, 122:18, 124:9, 124:16, 125:1, 125:22, 126:5, 126:21, 126:23, 129:24, 130:17, 132:6, 132:19, 135:20, 135:25, 136:6, 136:8, 137:4, 138:15, 139:10, 142:6, 143:8, 144:15, 144:20, 144:25, 145:3, 145:14, 147:19, 148:3, 148:5, 149:12, 150:15, 150:17, 151:9, 151:20, 152:2, 153:6, 157:22, 158:14, 163:10, 163:18, 164:11, 165:11, 166:21, 167:4, 168:15, 169:8, 170:5, 170:10, 171:13, 171:19, 173:17,

175:11, 175:13, 176:22, 178:8, 178:9, 179:15, 179:16, 180:2, 180:13, 181:9, 181:16, 182:24, 183:21, 183:22, 184:6, 185:20, 187:7, 188:3, 190:20, 191:20, 194:19, 197:12, 198:2, 199:14, 200:18, 200:19, 200:21, 200:22, 203:8, 205:4, 205:14, 205:23, 207:11, 207:19, 207:23, 208:10, 209:11, 210:6, 210:7, 210:22, 211:10, 211:25, 212:15, 216:2, 217:25, 219:24, 221:9, 223:17, 223:23, 224:2, 226:10, 227:5, 227:24, 229:23, 230:21, 231:5, 231:14, 231:16, 231:18, 231:20, 233:23, 233:25, 234:1, 236:7, 238:3, 238:5, 241:2, 242:7, 242:16, 243:13, 243:15, 243:20, 243:23, 244:1, 247:18, 247:19, 247:25, 249:17, 250:9, 250:23, 252:15, 252:17, 253:19, 254:3, 254:17, 254:23, 255:15, 255:19, 255:20, 256:1, 256:3, 256:6, 256:17, 258:3, 258:5, 259:19, 259:20, 259:23, 260:14, 260:24, 261:8, 262:2, 262:11, 263:13, 263:21, 263:25, 264:13, 265:16, 265:20, 266:11, 266:12, 266:13, 266:19, 268:4, 269:19, 269:21, 270:2, 270:11, 270:14, 270:16, 270:23, 270:24, 271:22, 271:23, 273:13, 273:24, 275:11, 275:13, 275:21, 275:22, 276:3, 277:1, 277:2, 277:3, 277:7, 277:17, 277:24, 278:12, 278:14, 278:17, 279:14, 280:8, 280:13, 280:16, 280:25, 281:18, 282:1, 282:2, 282:11, 283:7, 283:12, 284:5, 285:12, 285:16, 286:19, 286:22, 287:4, 288:1, 288:3, 288:6, 288:8, 288:10, 288:12, 288:13, 288:16, 288:21, 289:19, 290:6, 290:23, 291:1, 291:2, 291:4, 291:5, 291:7, 291:9, 291:11, 291:13, 291:17, 291:18, 291:21, 291:25, 292:22, 293:24, 296:3, 296:18, 297:18, 298:1, 298:3, 299:11, 300:8, 300:17
**on..** [1] - 211:7
**once** [8] - 38:10, 80:16, 110:11, 184:22, 187:11, 268:15, 268:25, 284:13
**one** [181] - 6:7, 6:15, 6:25, 12:2, 13:13, 15:21, 16:2, 16:3, 16:6, 18:21, 22:14, 22:25, 23:22, 24:5, 24:13, 24:14, 24:20, 26:13, 26:15, 27:15, 30:7, 34:11, 34:23, 34:24, 35:19, 35:20, 36:13, 36:15, 39:19, 42:6, 46:21, 46:24, 49:24, 57:23, 58:14, 59:18, 61:6, 64:22, 65:1, 65:2, 65:4, 73:22, 75:17, 77:24, 79:19, 80:3, 81:14, 90:6, 96:3, 96:16, 96:25, 100:24, 104:21, 105:4, 110:23, 113:1, 113:7, 113:14, 113:24, 118:23, 121:24, 122:2, 122:20, 123:14, 124:14, 131:23, 132:7, 132:19, 133:3, 134:10, 141:14, 141:21, 143:16, 143:17, 144:9, 145:16, 146:9, 147:12, 149:18, 150:21, 150:22, 154:5, 154:15, 155:4, 155:17, 156:16, 157:5, 157:6, 157:15, 157:16, 157:18, 157:20, 159:18, 161:13, 163:2, 163:7, 163:8,

164:17, 165:12, 167:21, 169:23, 171:1, 171:23, 171:25, 172:3, 175:25, 178:8, 178:9, 178:22, 181:8, 181:21, 182:19, 183:13, 184:1, 184:16, 185:5, 185:7, 185:10, 186:4, 186:13, 187:16, 187:18, 190:3, 190:7, 191:10, 194:4, 200:22, 201:22, 206:15, 207:8, 208:23, 210:19, 213:18, 220:19, 224:3, 229:8, 230:17, 230:18, 232:24, 237:12, 242:4, 242:12, 252:9, 253:15, 257:1, 261:17, 262:21, 263:19, 266:20, 268:13, 269:17, 270:5, 270:18, 271:25, 275:1, 277:4, 278:10, 278:18, 279:25, 282:16, 284:14, 284:16, 284:20, 285:10, 288:24, 289:5, 289:6, 290:25, 295:25, 298:11, 298:19

**One** [3] - 18:17, 130:4, 201:16

**one's** [1] - 157:23

**one-well** [1] - 278:18

**ones** [13] - 88:2, 133:7, 137:6, 140:2, 155:17, 162:4, 193:12, 224:18, 225:12, 229:3, 253:15, 275:18, 298:8

**online** [5] - 81:11, 88:10, 175:2, 175:3, 259:18

**only** [58] - 18:19, 26:14, 26:15, 31:16, 39:17, 53:19, 67:8, 73:22, 103:6, 123:19, 126:22, 132:14, 133:5, 135:13, 141:14, 141:20, 142:11, 142:23, 144:8, 155:9, 159:17, 160:21, 160:22, 162:19, 167:1, 176:5, 176:10, 177:3, 177:4, 177:5, 183:8, 190:2, 190:3, 190:4, 190:7, 190:13, 190:16, 190:20, 193:9, 194:2, 202:16, 212:24, 225:12, 230:18, 230:20, 231:1, 237:11, 242:16, 242:21, 254:14, 260:20, 263:18, 272:2, 277:23, 282:2, 294:15, 295:21, 298:8

**onto** [2] - 271:16, 301:21

**onus** [1] - 68:21

**oops** [1] - 72:13

**Oops** [3] - 75:7, 78:4, 88:12

**oopsie** [1] - 80:23

**open** [10] - 11:1, 14:10, 43:1, 44:2, 44:7, 52:16, 52:22, 214:14, 255:16, 256:9

**Opening** [1] - 3:4

**opening** [26] - 6:8, 6:19, 8:15, 101:11, 122:22, 125:24, 147:21, 171:17, 202:11, 203:21, 204:11, 204:19, 205:16, 206:13, 209:5, 209:8, 210:25, 216:5, 217:2, 217:13, 217:17, 226:10, 242:16, 286:16, 292:21

**operate** [1] - 53:15

**operating** [1] - 91:3

**operation** [1] - 220:2

**operational** [4] - 61:15, 97:16, 98:24, 272:2

**operationally** [1] - 76:22

**operations** [7] - 54:8, 64:5, 67:18, 69:3, 91:5, 108:7, 263:8

**opine** [2] - 9:14, 98:3

**opining** [3] - 291:18, 291:21, 291:25

**opinion** [23] - 8:15, 8:21, 8:22, 9:17, 28:11, 40:21, 40:22, 42:9, 42:10, 43:4, 136:11, 158:9, 164:3, 167:19, 198:13, 213:4, 216:1, 242:21, 243:10, 243:15, 244:1, 280:25, 282:5

**opinions** [23] - 8:20, 9:5, 126:1, 126:9, 126:13, 213:2, 213:7, 220:19, 242:7, 242:12, 245:15, 245:16, 245:17, 245:20, 245:24, 246:2, 246:3, 246:4, 246:6, 246:8, 246:11, 258:8, 299:11

**opportunities** [2] - 97:18, 99:4

**opportunity** [3] - 11:15, 260:24, 298:15

**opposed** [3] - 8:14, 16:14, 175:14

**opposing** [1] - 30:8

**opposite** [6] - 143:13, 158:13, 193:14, 193:15, 193:25, 281:21

**opposition** [3] - 211:14, 237:22, 299:9

**optimal** [9] - 16:7, 17:16, 51:22, 79:18, 83:3, 143:9, 274:12, 274:14, 275:8

**optimism** [2] - 23:3, 23:7

**optimistic** [2] - 15:8, 15:9

**optimizes** [1] - 163:16

**options** [1] - 28:25

**or** [259] - 5:24, 6:25, 7:19, 8:10, 8:21, 12:1, 12:2, 12:13, 13:2, 13:16, 13:17, 13:25, 16:15, 17:3, 18:23, 19:7, 19:25, 20:5, 21:1, 22:19, 23:23, 25:15, 25:18, 26:10, 30:14, 30:19, 33:21, 34:1, 34:11, 34:14, 35:20, 36:4, 37:9, 37:19, 37:21, 40:16, 41:10, 41:16, 42:16, 43:2, 43:14, 45:9, 49:16, 51:7, 52:22, 56:2, 57:14, 60:21, 64:22, 64:24, 65:16, 66:15, 68:11, 74:23, 75:5, 80:1, 89:19, 94:16, 95:9, 96:10, 98:6, 98:9, 99:15, 100:9, 101:2, 101:14, 101:20, 102:10, 104:19, 104:20, 105:16, 109:1, 109:21, 111:6, 111:22, 111:23, 111:25, 112:24, 113:1, 113:5, 114:8, 116:18, 118:11, 119:18, 121:7, 121:22, 122:4, 122:20, 124:11, 124:15, 125:14, 128:15, 129:20, 131:3, 131:7, 133:14, 134:14, 134:22, 135:11, 135:21, 135:24, 136:1, 136:2, 136:4, 136:11, 138:5, 139:11, 139:23, 141:11, 146:22, 147:9, 150:1, 151:7, 151:12, 151:16, 152:22, 152:25, 153:1, 153:5, 153:16, 154:7, 155:2, 155:3, 155:7, 155:11, 156:1, 156:14, 156:18, 157:2, 157:4, 157:21, 159:1, 159:2, 159:3, 160:17, 161:1, 161:16, 161:20, 162:11, 162:13, 162:14, 162:24, 162:25, 163:2, 163:3, 163:23, 164:4, 165:14, 166:1, 167:11, 168:7, 171:20, 173:3, 174:20, 175:7, 175:11, 176:4, 177:4, 178:8, 178:22, 180:4, 181:20, 182:19, 183:13, 186:12, 186:14, 186:15, 187:21, 187:22, 189:4, 190:23, 191:11, 191:24, 191:25, 194:3, 196:15, 197:5, 197:15, 199:7, 206:8, 209:1, 212:6, 212:10, 212:18, 213:6, 213:17, 214:10, 215:20,

220:5, 221:6, 222:15, 224:11, 224:17, 225:3, 227:12, 228:19, 234:11, 234:13, 234:18, 235:10, 237:12, 237:14, 238:20, 240:12, 240:22, 242:4, 246:3, 247:12, 248:11, 250:5, 255:12, 256:9, 256:11, 256:19, 263:19, 265:8, 266:4, 266:22, 268:13, 268:18, 274:3, 276:8, 277:5, 278:5, 278:10, 279:23, 287:14, 288:8, 289:5, 289:14, 290:10, 291:2, 291:6, 291:24, 293:20, 294:16, 294:23, 294:24, 295:19, 295:25, 296:25, 297:2, 297:21, 298:21, 300:19, 300:21, 300:24

**oral** [1] - 102:22

**orange** [4] - 145:14, 145:15, 145:19, 146:4

**oranges** [1] - 165:15

**order** [6] - 4:2, 30:9, 44:10, 216:1, 222:18, 245:19

**orders** [1] - 183:7

**orient** [1] - 145:8

**original** [1] - 250:21

**Oryx** [1] - 63:22

**OSOWSKI** [1] - 5:7

**Osowski** [1] - 5:7

**other** [85] - 6:15, 6:20, 6:25, 20:11, 22:25, 24:5, 24:20, 31:13, 39:24, 44:17, 51:5, 53:14, 71:15, 72:15, 72:22, 74:20, 74:24, 75:9, 75:17, 78:7, 80:2, 82:9, 83:15, 84:13, 85:7, 85:13, 86:12, 86:20, 100:2, 101:24, 105:5, 106:18, 111:5, 111:22, 114:10, 115:17, 120:17, 133:9, 134:2, 139:17, 144:9, 144:20, 149:3, 152:13, 155:8, 159:25, 162:20, 166:21, 167:11, 167:16, 179:12, 182:20, 183:14, 187:19, 187:24, 190:21, 193:2, 197:21, 208:14, 210:14, 210:16, 215:15, 221:22, 231:11, 231:22, 232:13, 236:4, 246:23, 254:11, 257:19, 259:16, 267:1, 270:10, 275:18, 277:17, 277:20, 278:10, 284:23, 285:8, 285:9, 295:10, 295:11, 296:1, 299:5

**other's** [1] - 7:5

**Others** [1] - 1:6

**others** [2] - 79:23, 259:13

**others'** [1] - 6:19

**otherwise** [3] - 197:10, 287:14, 297:24

**ought** [1] - 175:16

**Our** [2] - 98:23, 261:23

**our** [96] - 4:16, 5:19, 10:14, 11:22, 12:9, 18:18, 18:24, 19:24, 21:9, 22:14, 23:9, 45:22, 46:15, 53:14, 59:15, 61:5, 63:18, 63:20, 64:2, 76:24, 77:9, 77:16, 77:19, 79:3, 79:18, 81:21, 86:25, 88:21, 97:16, 97:17, 97:19, 98:25, 99:1, 99:4, 99:7, 117:6, 130:5, 130:6, 137:10, 137:11, 165:23, 168:13, 168:18, 168:19, 174:16, 175:14, 177:21, 178:13, 183:9, 194:17, 253:6, 253:7, 255:23, 258:4, 258:5, 260:5, 260:20, 262:10, 262:24, 264:8, 267:7, 267:12,

267:13, 269:16, 269:22, 269:23, 271:5, 271:19, 272:20, 272:21, 273:7, 273:25, 274:2, 274:4, 274:6, 275:4, 275:24, 276:1, 277:1, 278:15, 278:17, 279:7, 280:3, 280:4, 281:23, 285:15, 285:18, 294:9, 296:19, 296:20, 298:13

**out** [156] - 5:10, 7:2, 7:19, 9:14, 11:13, 17:1, 17:24, 20:15, 22:22, 22:24, 24:1, 27:23, 29:3, 29:4, 30:6, 31:14, 49:18, 57:12, 61:7, 62:5, 62:7, 73:22, 82:16, 93:3, 93:4, 94:23, 94:25, 100:15, 100:16, 100:18, 100:25, 101:1, 102:16, 103:1, 103:9, 104:12, 104:13, 104:15, 104:21, 105:9, 105:14, 106:1, 106:9, 107:4, 107:5, 107:8, 107:21, 109:20, 116:14, 119:17, 119:22, 120:6, 120:10, 125:3, 125:6, 125:19, 139:12, 157:7, 163:9, 163:22, 164:2, 166:20, 167:12, 167:21, 167:24, 168:1, 168:6, 170:14, 170:16, 170:21, 173:3, 174:12, 175:22, 176:11, 176:19, 176:24, 178:22, 179:1, 179:14, 179:20, 180:3, 181:11, 181:18, 185:25, 188:25, 189:6, 189:9, 189:10, 189:19, 189:23, 189:24, 190:6, 190:20, 190:23, 190:25, 191:15, 193:17, 196:13, 196:14, 196:20, 196:21, 196:23, 196:25, 197:9, 197:21, 198:6, 198:17, 211:6, 218:20, 218:22, 226:16, 250:9, 251:6, 255:8, 258:7, 258:10, 259:11, 259:15, 259:16, 260:19, 260:22, 260:25, 262:22, 263:5, 263:8, 264:14, 264:15, 265:2, 265:16, 265:18, 267:24, 268:15, 269:1, 270:1, 270:7, 270:11, 270:17, 276:25, 278:3, 278:23, 279:10, 282:24, 284:6, 289:8, 289:25, 293:23, 294:7, 299:23, 301:13, 302:1

**out-of-pocket** [35] - 9:14, 100:15, 100:16, 100:18, 100:25, 101:1, 102:16, 103:1, 104:12, 104:13, 104:15, 104:21, 105:9, 105:14, 106:9, 107:8, 107:21, 109:20, 119:17, 119:22, 120:6, 120:10, 125:3, 125:6, 125:19, 167:12, 168:1, 178:22, 179:1, 191:15, 196:13, 196:14, 278:23, 279:10

**outcome** [2] - 110:22, 279:3
**outlets** [2] - 210:16, 215:16
**outline** [1] - 5:24
**outlined** [1] - 205:15
**outlook** [11] - 63:11, 67:2, 67:3, 69:20, 73:4, 90:25, 91:2, 91:6, 91:7, 111:15, 267:16
**output** [1] - 91:8
**outside** [2] - 120:9, 283:21
**outstanding** [3] - 49:10, 93:12, 95:6
**over** [51] - 9:18, 14:6, 21:5, 53:12, 56:20, 56:24, 61:4, 74:7, 76:11, 83:7, 91:6, 91:7, 96:5, 108:21, 112:16, 114:3, 117:22, 125:15, 145:5, 145:20, 175:12, 183:1, 185:12, 186:10, 188:1, 188:2, 190:3, 190:16, 195:5, 196:22, 198:6,

199:7, 204:6, 204:8, 211:19, 212:10, 212:18, 213:15, 214:9, 221:22, 248:1, 252:22, 254:13, 254:20, 264:19, 264:20, 271:5, 277:6, 284:15

**overall** [2] - 24:24, 72:18
**overcompensates** [1] - 173:4
**overcompensating** [2] - 170:6, 174:8
**overgot** [1] - 190:2
**overlap** [2] - 21:17, 21:19
**overpaid** [17] - 101:6, 189:1, 189:18, 189:20, 189:25, 190:1, 190:9, 190:14, 190:16, 191:1, 191:2, 191:8, 191:14, 194:15, 194:20, 197:24
**overpay** [1] - 196:5
**overpayment** [1] - 101:5
**overpromise** [1] - 158:1
**overpromised** [1] - 261:17
**oversold** [1] - 30:10
**overstated** [6] - 15:8, 94:19, 172:3, 172:7, 172:12, 259:9
**overstatement** [1] - 99:20
**overstates** [2] - 173:25, 177:3
**own** [12] - 24:5, 27:15, 30:12, 74:12, 154:24, 155:21, 166:12, 192:25, 242:1, 266:1, 294:19, 294:22

**P**

**P** [1] - 4:1
**package** [1] - 17:17
**packed** [2] - 43:21, 74:22
**pad** [11] - 52:10, 58:15, 58:17, 86:3, 143:9, 143:19, 157:10, 176:23, 269:11, 269:12
**pads** [18] - 51:25, 52:1, 52:11, 56:16, 59:16, 72:8, 85:7, 85:10, 85:13, 85:17, 85:19, 85:25, 86:12, 128:20, 128:21
**Page** [60] - 21:6, 31:17, 49:22, 49:23, 53:4, 53:25, 56:8, 59:11, 60:15, 79:9, 108:4, 114:23, 115:25, 116:6, 200:12, 201:13, 201:14, 204:1, 204:22, 205:21, 205:22, 206:6, 207:1, 208:17, 208:18, 209:17, 210:6, 211:5, 211:10, 217:2, 217:23, 217:24, 223:11, 223:17, 223:23, 226:8, 226:10, 230:5, 233:5, 235:3, 238:3, 239:7, 240:17, 242:10, 244:6, 280:17, 281:18, 285:12
**PAGE** [1] - 3:1
**page** [66] - 12:14, 12:21, 13:10, 14:6, 14:16, 20:19, 21:22, 45:18, 45:21, 46:14, 46:19, 47:6, 47:8, 47:21, 48:5, 48:15, 49:4, 49:6, 50:5, 51:18, 54:13, 55:5, 62:9, 63:1, 63:2, 63:3, 64:6, 65:11, 65:19, 66:7, 66:15, 67:5, 67:17, 67:23, 75:22, 76:11, 76:18, 78:9, 78:14, 78:21, 80:6, 81:3, 82:5, 83:16, 83:18, 84:1, 84:18, 84:24, 85:1, 85:2, 85:21, 206:8, 207:8, 210:4, 223:12, 223:21, 226:21, 242:17, 244:15, 244:23, 247:20, 269:8, 280:25, 282:2

**pages** [3] - 31:16, 175:9, 302:2
**Pages** [1] - 114:14
**paid** [11] - 100:25, 119:15, 189:9, 189:11, 190:20, 195:4, 195:5, 195:7, 195:24, 257:24
**papers** [11] - 11:22, 21:25, 30:7, 181:25, 182:1, 182:4, 252:17, 254:9, 254:11, 258:4, 288:14
**paradigm** [1] - 279:9
**paradigmatic** [2] - 23:2, 183:18
**paragraph** [18] - 53:3, 53:7, 64:6, 64:7, 66:7, 66:18, 76:22, 77:5, 77:12, 77:21, 116:7, 144:3, 144:4, 165:25, 205:23, 230:3, 270:4, 270:8
**Paragraph** [27] - 107:24, 108:4, 120:23, 185:11, 200:13, 200:15, 201:14, 203:8, 204:1, 204:22, 205:22, 207:19, 208:3, 208:10, 208:23, 211:5, 217:3, 217:24, 217:25, 223:11, 223:18, 223:23, 226:8, 230:5, 233:5, 240:18, 258:17
**paragraphs** [6] - 139:11, 144:14, 223:25, 226:18, 242:17, 242:21
**Paragraphs** [6] - 112:19, 223:14, 223:16, 226:14, 244:13, 295:2
**paraphrase** [2] - 175:6, 175:24
**parent** [14] - 266:14, 266:18, 266:21, 266:25, 267:21, 268:6, 269:13, 269:15, 273:5, 273:10, 273:18, 279:6, 286:12
**parent-child** [10] - 266:14, 266:18, 267:21, 268:6, 269:13, 269:15, 273:5, 273:10, 273:18, 286:12
**parentheses** [1] - 128:20
**part** [62] - 9:4, 17:24, 23:13, 34:8, 34:23, 34:24, 38:2, 38:12, 41:15, 41:17, 41:19, 50:25, 65:16, 66:4, 66:12, 66:20, 66:25, 67:4, 70:8, 73:10, 73:15, 100:2, 103:14, 109:5, 115:19, 116:3, 118:21, 125:23, 126:1, 140:23, 147:1, 150:17, 155:19, 155:20, 156:14, 161:18, 161:22, 163:16, 163:20, 164:22, 175:13, 178:12, 182:10, 187:18, 195:11, 197:8, 202:22, 204:24, 208:12, 210:21, 211:13, 219:2, 227:23, 229:20, 251:5, 260:15, 266:19, 267:6, 267:18, 293:10, 294:4
**participants** [1] - 293:7
**particular** [11] - 12:8, 16:6, 34:21, 107:7, 117:12, 139:5, 147:8, 173:9, 201:2, 256:7, 262:5
**particularly** [5] - 10:12, 13:24, 21:12, 187:25, 268:4
**Partners** [1] - 262:1
**parts** [2] - 70:18, 155:9
**pass** [5] - 112:5, 198:19, 248:21, 248:24, 251:18
**past** [6] - 19:9, 80:15, 226:19, 226:25, 270:24, 274:6
**patterns** [2] - 289:15, 291:3
**pause** [2] - 76:18, 145:3

**paved** [1] - 98:23
**pay** [1] - 197:22
**paying** [2] - 101:6, 123:17
**PDF** [20] - 200:11, 201:13, 204:1, 204:22, 205:21, 206:6, 206:25, 208:17, 209:17, 211:4, 217:1, 217:23, 223:10, 226:7, 230:5, 233:4, 238:3, 240:17, 242:9, 244:6
**peak** [6] - 48:9, 48:10, 48:18, 54:9, 61:25, 62:3
**peer** [3] - 289:16, 289:19, 290:21
**peer-review** [1] - 290:21
**peer-reviewed** [2] - 289:16, 289:19
**peg** [1] - 55:2
**Pegasus** [2] - 55:11, 62:16
**Pennsylvania** [3] - 282:24, 283:5, 283:7
**people** [17] - 7:18, 32:16, 59:23, 151:2, 151:3, 169:25, 172:11, 172:16, 172:21, 178:3, 183:1, 190:2, 193:18, 224:11, 265:16, 268:14, 279:19
**per** [17] - 58:17, 76:3, 76:4, 76:6, 91:6, 104:16, 105:11, 106:10, 125:7, 125:11, 125:12, 125:17, 125:20, 125:21, 143:19, 176:10, 196:4
**perceived** [1] - 110:10
**perceiving** [2] - 188:18, 288:4
**percent** [26] - 8:24, 8:25, 29:10, 29:11, 77:15, 91:1, 91:24, 110:18, 111:2, 111:3, 124:14, 169:24, 170:8, 170:9, 172:10, 172:18, 172:19, 177:6, 187:12, 187:14, 187:17, 195:6, 257:22, 293:12, 295:24
**percentage** [2] - 88:21, 124:13
**perception** [5] - 102:13, 105:6, 105:16, 106:18, 110:9
**Perfect** [2] - 56:8, 56:14
**perfect** [4] - 169:9, 175:25, 197:19, 197:20
**perform** [2] - 105:21, 162:2
**performance** [18] - 47:4, 63:18, 66:6, 66:11, 69:19, 70:10, 71:6, 77:17, 77:22, 97:17, 98:24, 108:12, 115:5, 117:5, 118:5, 137:10, 163:16, 258:20
**performed** [1] - 147:2
**performing** [2] - 92:7, 295:25
**perhaps** [3] - 60:17, 222:4, 241:23
**period** [104] - 11:3, 11:5, 16:3, 22:6, 22:7, 29:22, 30:2, 35:1, 37:18, 44:2, 44:8, 44:12, 44:13, 45:3, 45:7, 45:11, 45:12, 47:19, 48:25, 50:3, 54:22, 73:25, 91:8, 102:21, 105:6, 105:18, 105:19, 105:24, 111:8, 111:10, 111:23, 119:15, 125:13, 128:8, 129:15, 129:20, 129:23, 130:2, 130:10, 130:13, 130:15, 130:19, 145:6, 145:8, 145:9, 146:19, 149:20, 150:16, 173:24, 178:17, 180:16, 180:20, 180:21, 180:23, 181:1, 181:4, 182:13, 182:22, 183:1, 183:17, 188:1, 188:6, 188:20, 191:24, 191:25, 204:7,

253:17, 253:18, 253:19, 253:20, 254:5, 259:2, 259:9, 261:2, 261:9, 261:14, 261:23, 262:8, 264:12, 264:14, 264:21, 264:22, 265:17, 266:6, 269:3, 270:20, 270:21, 271:10, 271:17, 271:20, 271:21, 274:10, 274:17, 275:17, 276:1, 276:22, 277:9, 278:22, 279:5, 287:22, 287:24, 291:3
**period)** [1] - 204:8
**periodic** [1] - 151:13
**periodically** [1] - 51:6
**periods** [7] - 132:12, 132:14, 132:21, 137:1, 137:16, 137:17
**Permian** [5] - 83:4, 128:10, 273:2, 273:20, 279:12
**permissible** [1] - 290:6
**permission** [1] - 7:19
**permit** [1] - 11:15
**person** [1] - 187:1
**personally** [1] - 147:23
**perspective** [5] - 94:5, 134:1, 176:1, 286:11, 289:21
**persuasion** [1] - 257:16
**pertain** [2] - 79:12, 132:20
**pertinent** [1] - 299:24
**petition** [1] - 263:24
**PHARR** [1] - 2:1
**phase** [2] - 40:6, 59:25
**philosophically** [1] - 82:22
**phrase** [1] - 14:13
**phrased** [1] - 37:10
**pick** [7] - 90:19, 90:20, 95:20, 95:21, 98:17, 250:9, 293:21
**picked** [1] - 178:12
**picking** [2] - 90:18, 268:4
**picture** [4] - 128:16, 128:17, 128:18, 129:6
**piece** [3] - 43:19, 283:7, 294:1
**pilots** [2] - 81:8, 156:20
**pitching** [1] - 30:7
**place** [2] - 28:4, 82:19
**placement** [5] - 71:5, 79:19, 99:1, 99:8, 270:25
**places** [1] - 53:15
**plain** [1] - 184:20
**plaintiff** [11] - 26:15, 34:3, 187:21, 193:3, 218:10, 255:11, 257:24, 290:15, 295:19, 298:24
**plaintiffs** [135] - 9:12, 10:12, 13:19, 14:19, 16:15, 20:23, 21:24, 24:6, 24:7, 25:12, 27:1, 27:14, 27:22, 28:6, 28:18, 30:20, 37:15, 37:24, 66:3, 66:21, 69:21, 70:9, 70:22, 70:23, 71:12, 73:15, 74:15, 75:4, 75:5, 88:3, 89:4, 89:21, 89:22, 91:22, 94:18, 96:20, 96:23, 98:13, 102:17, 103:24, 104:8, 104:24, 106:23, 107:7, 107:16, 108:16, 108:23, 109:7, 118:14, 120:8, 120:17, 121:12, 124:23, 126:20, 130:25, 131:6, 131:19, 134:4, 135:6, 135:10, 136:2, 139:3, 139:12,

139:19, 140:3, 141:5, 141:24, 142:17, 144:3, 144:14, 146:25, 148:18, 158:19, 159:2, 162:7, 163:13, 166:16, 166:17, 167:7, 168:2, 168:11, 172:2, 173:16, 173:19, 174:24, 175:2, 183:8, 184:24, 191:19, 192:9, 195:10, 195:13, 195:14, 197:25, 202:2, 202:23, 217:14, 217:19, 218:4, 219:9, 219:15, 219:25, 220:6, 220:8, 220:9, 220:23, 221:2, 221:8, 226:3, 248:8, 248:9, 248:10, 248:20, 249:8, 251:7, 254:24, 255:1, 256:8, 257:1, 270:22, 280:5, 280:22, 281:10, 282:21, 283:2, 283:3, 288:22, 289:4, 290:8, 290:9, 297:14, 302:2
**PLAINTIFFS** [1] - 1:16
**Plaintiffs** [2] - 70:23, 201:20
**plaintiffs'** [62] - 6:18, 10:16, 10:17, 14:17, 15:5, 20:12, 28:23, 29:11, 29:12, 30:9, 30:12, 89:20, 89:24, 91:15, 92:16, 93:18, 93:20, 93:23, 94:1, 94:5, 94:7, 95:16, 99:19, 100:7, 100:23, 101:10, 106:22, 114:9, 118:4, 119:12, 119:13, 120:20, 128:4, 130:23, 131:3, 140:24, 148:14, 164:18, 165:22, 170:8, 172:5, 172:9, 174:16, 184:3, 184:4, 194:7, 194:8, 205:14, 215:24, 217:18, 219:14, 220:12, 222:8, 242:14, 244:10, 264:15, 283:10, 284:1, 284:4, 287:6
**Plaintiffs'** [2] - 116:1, 199:25
**plan** [6] - 5:11, 51:22, 111:16, 190:17, 259:22, 274:5
**planned** [1] - 54:8
**planning** [2] - 17:17, 75:2
**plans** [3] - 116:25, 263:8, 269:16
**platform** [1] - 46:16
**play** [6] - 29:15, 30:19, 219:21, 235:2, 239:7, 241:20
**played** [3] - 219:23, 235:4, 239:9
**playoffs** [1] - 5:9
**plead** [1] - 181:22
**pleaded** [2] - 186:22, 186:25
**pleading** [2] - 181:21, 181:24
**pleadings** [2] - 181:21, 182:6
**please** [45] - 18:9, 21:6, 29:13, 32:3, 44:15, 47:15, 48:6, 49:25, 51:2, 52:24, 53:4, 54:1, 55:18, 57:16, 60:12, 76:12, 78:11, 80:25, 81:3, 83:16, 83:23, 84:15, 85:2, 93:9, 127:13, 199:21, 200:11, 203:8, 203:25, 207:9, 208:4, 209:17, 210:8, 211:4, 217:3, 218:1, 221:21, 223:12, 223:20, 235:2, 239:7, 240:18, 244:5, 244:15, 245:10
**pled** [8] - 27:16, 30:21, 31:7, 182:20, 182:21, 182:22, 183:19, 184:14
**plenty** [3] - 6:8, 250:11, 291:13
**plots** [1] - 261:5
**plummeted** [2] - 75:18, 76:7
**pocket** [53] - 9:14, 100:15, 100:16, 100:18, 100:25, 101:1, 102:16, 103:1, 104:12, 104:13, 104:15, 104:21, 105:9,

105:14, 106:9, 107:8, 107:21, 109:20, 119:17, 119:22, 120:6, 120:10, 125:3, 125:6, 125:19, 167:12, 168:1, 170:15, 170:17, 173:3, 175:22, 178:22, 179:1, 189:9, 189:10, 189:23, 189:24, 190:23, 190:25, 191:15, 196:13, 196:14, 196:20, 196:21, 196:23, 196:24, 196:25, 197:9, 198:6, 278:23, 279:10

**Point** [1] - 212:9

**point** [55] - 6:15, 7:6, 8:12, 17:24, 19:16, 20:14, 21:17, 21:24, 22:22, 22:24, 30:6, 36:10, 40:5, 50:17, 54:16, 66:5, 95:5, 99:10, 104:23, 109:18, 110:1, 111:8, 121:24, 125:1, 133:9, 144:1, 151:21, 152:2, 157:7, 168:22, 173:18, 179:5, 188:15, 191:24, 210:2, 248:14, 256:17, 261:25, 263:25, 268:24, 270:15, 272:22, 279:14, 282:20, 284:5, 284:11, 284:23, 287:4, 288:6, 289:8, 291:9, 294:8, 298:16, 301:1

**pointed** [2] - 139:11, 293:4

**pointing** [2] - 179:25, 299:5

**points** [10] - 110:2, 125:18, 156:17, 175:15, 179:15, 252:9, 275:14, 284:4, 288:16, 288:21

**poison** [1] - 293:22

**poking** [1] - 266:1

**poor** [3] - 66:11, 70:10, 260:1

**portfolio** [20] - 52:18, 52:21, 55:7, 55:14, 55:17, 63:18, 70:17, 70:18, 80:18, 82:23, 87:1, 99:23, 117:5, 258:23, 268:8, 271:12, 274:7, 275:19, 285:13, 285:22

**Portfolio** [1] - 46:3

**portfolio-wide** [1] - 271:12

**portion** [2] - 114:18, 249:20

**portions** [3] - 113:3, 114:20, 155:7

**posed** [1] - 240:24

**position** [6] - 6:18, 97:19, 179:8, 269:24, 278:4, 294:10

**positive** [12] - 25:5, 63:14, 69:4, 93:24, 117:22, 117:25, 118:5, 137:8, 161:20, 162:6, 251:8, 251:11

**positively** [1] - 162:9

**possibility** [2] - 172:22, 172:23

**possible** [9] - 78:2, 174:8, 174:9, 195:23, 234:14, 240:11, 240:13, 241:25, 294:20

**possibly** [4] - 109:23, 166:2, 166:3, 281:15

**post** [16] - 51:7, 101:15, 101:21, 102:1, 102:15, 103:3, 103:4, 103:6, 118:25, 119:4, 176:2, 176:8, 179:25, 289:19, 297:13

**post-Goldman** [2] - 289:19, 297:13

**post-spill** [10] - 101:15, 101:21, 102:1, 102:15, 103:3, 103:6, 176:2, 176:8, 179:25

**postdated** [1] - 25:19

**posted** [2] - 51:15, 55:25

**posts** [1] - 47:2

**potentially** [2] - 149:25, 242:1

**POWER** [1] - 2:10

**Power** [1] - 57:18

**powerful** [1] - 292:4

**PowerPoint** [4] - 79:9, 218:23, 248:18, 252:25

**practice** [1] - 51:10

**practices** [1] - 108:12

**pre** [16] - 9:20, 101:15, 101:17, 102:3, 102:17, 102:25, 103:11, 104:3, 107:13, 119:23, 169:15, 171:13, 176:1, 181:16, 233:2

**pre-'19** [1] - 21:14

**pre-2019** [1] - 26:12

**pre-Concho** [1] - 9:20

**pre-sample** [1] - 233:2

**pre-spill** [14] - 101:15, 101:17, 102:3, 102:17, 102:25, 103:11, 104:3, 107:13, 119:23, 169:15, 171:13, 176:1, 181:16

**precedent** [1] - 301:13

**precedential** [1] - 290:1

**preceding** [1] - 171:9

**precise** [2] - 46:1, 106:2

**precisely** [5] - 106:11, 125:22, 237:7, 263:18, 288:25

**predominance** [5] - 254:9, 254:12, 266:1, 277:24

**predominate** [3] - 172:15, 254:13, 254:20

**preference** [1] - 5:16

**premium** [8] - 10:9, 195:5, 197:4, 197:5, 197:10, 197:16, 197:22, 198:1

**prepared** [2] - 152:16, 252:17

**preparing** [3] - 205:18, 206:1, 210:24

**preponderance** [10] - 257:18, 276:20, 280:21, 280:23, 281:4, 283:18, 291:20, 293:11, 296:3

**preponderance-of-the-evidence** [1] - 281:4

**presence** [1] - 299:20

**present** [5] - 68:8, 98:15, 232:18, 280:22, 298:25

**presentation** [17] - 5:15, 45:21, 47:18, 50:2, 51:19, 53:24, 54:22, 59:9, 60:23, 61:14, 126:24, 186:17, 252:3, 280:16, 281:19, 284:4, 285:12

**presentations** [2] - 44:18, 51:6

**presented** [6] - 27:21, 30:8, 31:1, 31:6, 199:24, 299:6

**presenting** [1] - 247:6

**presents** [2] - 27:6, 27:12

**president** [1] - 78:13

**President** [1] - 127:21

**press** [5] - 204:5, 206:21, 210:15, 215:20, 215:22

**Press** [1] - 215:15

**presumably** [2] - 184:10, 212:7

**presume** [1] - 123:15

**presumed** [1] - 255:4

**presumption** [15] - 10:4, 10:6, 32:19, 32:23, 33:3, 33:12, 33:14, 35:8, 35:13, 36:3, 222:7, 255:4, 257:11, 257:13, 290:11

**presumptions** [1] - 277:24

**pretty** [9] - 7:20, 19:13, 53:16, 97:22, 97:25, 99:6, 160:24, 270:16, 275:22

**prevent** [1] - 273:18

**preventing** [1] - 121:11

**previous** [4] - 26:18, 83:2, 88:19, 144:5

**previously** [14] - 143:15, 144:7, 144:8, 144:10, 158:17, 210:25, 211:9, 236:7, 236:21, 239:20, 239:21, 240:3, 241:13, 263:7

**price** [293] - 8:24, 9:7, 9:11, 9:13, 12:15, 12:23, 13:15, 13:23, 14:1, 14:9, 15:10, 18:11, 19:7, 19:22, 20:8, 21:9, 21:25, 22:2, 26:11, 30:17, 33:22, 34:22, 35:21, 35:23, 35:24, 35:25, 36:3, 36:5, 36:8, 36:13, 36:14, 36:16, 36:18, 36:25, 37:3, 37:4, 37:6, 37:8, 37:12, 38:1, 38:4, 38:7, 38:10, 38:14, 38:15, 38:18, 38:22, 38:24, 39:2, 39:7, 39:11, 39:18, 39:23, 40:14, 40:18, 41:1, 41:8, 41:12, 41:13, 41:16, 41:18, 41:20, 41:22, 42:5, 42:20, 45:9, 65:2, 68:8, 68:25, 69:1, 70:8, 76:2, 76:5, 90:5, 91:5, 101:6, 102:20, 102:24, 104:1, 104:5, 104:10, 104:22, 105:13, 106:12, 106:13, 107:12, 109:25, 119:15, 119:16, 119:19, 120:2, 120:13, 120:15, 120:18, 121:2, 121:5, 121:8, 121:9, 121:11, 121:13, 121:17, 121:21, 122:3, 123:16, 123:17, 123:19, 124:7, 124:9, 124:16, 124:21, 124:25, 126:10, 127:18, 128:3, 132:5, 133:8, 133:10, 133:12, 133:13, 133:15, 133:18, 133:19, 133:21, 133:23, 133:25, 134:2, 134:6, 134:8, 134:9, 135:4, 135:8, 135:10, 135:16, 135:18, 135:20, 136:6, 136:8, 138:1, 138:9, 138:13, 138:25, 139:21, 140:6, 141:8, 141:11, 141:12, 142:1, 142:12, 142:13, 142:20, 143:11, 144:25, 145:8, 145:13, 146:15, 146:22, 149:14, 149:17, 149:23, 149:25, 150:3, 151:25, 152:10, 154:1, 154:4, 154:12, 154:13, 154:21, 154:24, 155:14, 157:8, 158:11, 159:19, 160:8, 160:18, 161:1, 162:11, 162:16, 162:23, 163:23, 163:24, 164:4, 164:6, 164:7, 167:3, 167:5, 168:16, 169:20, 169:25, 170:2, 170:12, 170:22, 170:23, 173:22, 175:21, 177:1, 179:10, 180:23, 188:15, 189:6, 194:12, 195:5, 195:6, 195:8, 195:9, 196:9, 197:1, 197:13, 198:25, 201:21, 202:16, 202:19, 202:24, 203:13, 205:10, 207:19, 208:6, 211:24, 212:2, 212:14,

212:22, 215:24, 216:2, 217:9, 217:15, 217:19, 218:6, 218:10, 218:25, 219:3, 219:9, 219:10, 219:14, 220:1, 220:3, 220:7, 220:10, 220:20, 220:24, 221:8, 221:12, 222:7, 222:11, 222:18, 233:13, 233:20, 250:21, 250:24, 251:1, 251:13, 251:15, 257:14, 257:17, 257:21, 257:24, 257:25, 258:9, 259:14, 264:8, 265:17, 265:19, 265:20, 280:6, 280:11, 280:13, 281:6, 282:9, 282:11, 282:12, 285:11, 287:2, 291:18, 291:24, 292:4, 292:22, 294:16, 294:23, 294:24, 297:1, 299:21, 300:8

**prices** [6] - 75:18, 76:6, 76:7, 76:9, 145:1, 209:12

**primarily** [1] - 128:10

**primary** [2] - 81:14, 124:24

**principle** [4] - 198:2, 198:4, 198:5, 198:12

**principles** [1] - 295:4

**prior** [32] - 15:3, 34:5, 39:6, 39:13, 40:6, 54:22, 73:18, 79:8, 83:7, 83:18, 85:2, 86:12, 88:4, 127:20, 127:22, 147:11, 152:22, 153:5, 153:20, 154:6, 154:7, 154:8, 157:22, 158:16, 166:19, 185:4, 233:1, 234:17, 235:7, 240:8, 240:22, 278:14

**probable** [1] - 30:10

**probably** [13] - 58:12, 58:15, 58:16, 60:1, 67:14, 79:12, 83:3, 97:25, 229:18, 246:2, 268:21, 284:25, 300:3

**Probably** [1] - 143:18

**probative** [4] - 14:11, 250:20, 291:6, 291:22

**problem** [23] - 29:14, 71:14, 72:15, 72:21, 74:24, 75:8, 78:6, 80:1, 80:22, 80:23, 82:6, 83:14, 84:13, 169:5, 181:7, 181:20, 181:21, 181:24, 182:14, 254:21, 271:12, 296:21, 296:24

**problematic** [1] - 299:18

**problems** [7] - 20:11, 70:16, 74:21, 86:20, 181:8, 268:6

**procedures** [1] - 43:13

**proceed** [2] - 32:5, 127:6

**proceeded** [1] - 43:12

**proceeding** [5] - 9:13, 121:13, 219:8, 219:10, 219:15

**Proceedings** [1] - 1:24

**proceedings** [2] - 302:5, 303:4

**process** [7] - 150:25, 151:1, 151:2, 233:1, 283:22, 284:5, 284:12

**produce** [3] - 73:6, 73:16, 261:21

**produced** [3] - 1:25, 73:21, 289:7

**producing** [5] - 86:5, 132:16, 132:21, 177:19, 289:3

**product** [6] - 178:1, 278:15, 279:3, 298:22, 298:23

**production** [45] - 29:23, 46:25, 53:19, 62:21, 63:7, 63:11, 63:15, 64:1, 64:13, 73:9, 73:12, 73:22, 74:1, 90:25, 91:1,

91:3, 95:2, 117:7, 117:19, 118:20, 129:3, 142:23, 144:21, 144:23, 146:2, 146:7, 146:10, 146:14, 146:22, 157:12, 157:14, 157:16, 178:7, 180:17, 180:19, 257:16, 257:24, 258:25, 259:7, 261:6, 270:13, 285:20

**productions** [1] - 270:15

**productivity** [2] - 81:9, 116:19

**products** [2] - 266:15, 266:17

**professionals** [3] - 119:5, 151:11, 151:15

**profit** [3] - 67:14, 67:16, 69:3

**program** [15] - 15:7, 30:11, 61:3, 66:24, 71:17, 72:4, 72:18, 75:3, 91:9, 94:20, 99:23, 175:14, 175:15, 263:6, 269:23

**programming** [1] - 269:11

**programs** [4] - 116:15, 174:15, 174:16, 174:17

**progress** [2] - 62:20, 266:6

**progressing** [1] - 92:1

**progression** [1] - 59:16

**Project** [15] - 14:23, 15:19, 15:23, 16:24, 50:15, 57:22, 58:13, 71:3, 77:14, 128:23, 128:25, 142:23, 173:17, 174:1, 258:19

**project** [56] - 14:24, 14:25, 15:2, 16:7, 17:22, 18:4, 18:18, 46:4, 46:6, 46:8, 47:12, 47:13, 50:11, 53:11, 53:16, 53:17, 53:18, 54:5, 58:25, 59:17, 61:4, 62:10, 62:13, 66:24, 71:4, 71:6, 71:17, 72:1, 72:4, 72:22, 74:24, 77:22, 78:14, 80:1, 80:11, 82:7, 82:9, 82:24, 83:3, 83:15, 83:20, 84:13, 86:3, 128:25, 129:3, 130:5, 176:23, 258:20, 259:5, 259:18, 259:22, 274:14, 275:8

**projected** [1] - 176:19

**projecting** [1] - 271:15

**projections** [13] - 21:15, 88:4, 92:25, 132:11, 132:14, 137:23, 138:2, 138:5, 267:9, 269:25, 270:11

**projects** [86] - 15:25, 16:11, 16:21, 17:5, 17:16, 26:5, 26:12, 45:23, 46:3, 46:12, 48:3, 48:12, 48:19, 49:11, 50:10, 52:1, 53:14, 55:6, 55:16, 56:15, 56:18, 57:1, 59:18, 59:21, 61:18, 61:24, 62:14, 64:1, 64:14, 64:15, 66:22, 70:11, 70:12, 71:18, 71:24, 74:8, 74:18, 74:20, 75:9, 77:19, 77:25, 78:8, 78:25, 79:11, 80:2, 80:12, 81:15, 81:25, 83:7, 86:21, 88:22, 93:13, 93:25, 94:4, 95:7, 96:4, 96:7, 96:9, 96:12, 98:16, 108:13, 113:17, 113:20, 113:21, 114:10, 115:17, 128:15, 173:10, 178:10, 185:25, 186:5, 253:12, 259:10, 259:11, 259:16, 259:17, 259:19, 259:20, 267:19, 271:3, 272:6, 275:4, 278:18, 285:16, 285:17

**promised** [1] - 292:15

**pronounce** [1] - 281:2

**proof** [5] - 12:23, 109:10, 264:24,

280:20, 287:7

**proper** [4] - 31:1, 188:10, 277:9, 297:22

**proposed** [11] - 28:13, 102:15, 103:24, 105:8, 164:12, 191:17, 198:14, 198:15, 205:15, 242:13, 244:9

**proposing** [3] - 104:20, 119:18, 171:6

**proposition** [1] - 10:3

**prosecute** [1] - 269:23

**protocols** [1] - 174:15

**prove** [19] - 9:10, 33:4, 91:22, 109:7, 134:5, 166:14, 168:20, 179:6, 257:16, 264:16, 265:8, 265:9, 272:19, 276:5, 293:8, 293:9, 294:16, 297:7

**proved** [1] - 284:10

**proven** [6] - 256:23, 261:9, 262:9, 278:17, 279:7, 279:18

**provide** [8] - 28:25, 69:15, 74:10, 227:15, 228:23, 228:25, 238:12, 238:13

**provided** [16] - 8:11, 9:1, 10:20, 73:19, 90:24, 100:21, 107:2, 112:1, 114:21, 117:15, 230:24, 232:6, 249:8, 288:5, 290:18, 290:25

**province** [4] - 252:12, 286:22, 286:24, 291:17

**proving** [3] - 179:21, 179:22, 263:13

**proximate** [1] - 167:1

**public** [14] - 33:19, 33:21, 34:1, 44:2, 44:20, 50:14, 55:21, 122:19, 123:16, 142:9, 174:16, 204:5, 210:15, 215:14

**publicly** [2] - 76:8, 254:24

**pull** [7] - 44:15, 93:8, 107:24, 185:10, 204:18, 204:21, 218:20

**pulled** [1] - 14:17

**pulling** [1] - 167:21

**pulp** [1] - 111:17

**punch** [1] - 291:9

**purchase** [11] - 34:9, 38:16, 38:24, 125:21, 179:10, 191:8, 193:10, 193:22, 194:5, 198:16, 265:17

**purchased** [4] - 11:1, 171:10, 194:12, 194:15

**purchasing** [2] - 123:17, 265:16

**pure** [4] - 243:16, 243:17, 243:18, 252:10

**purple** [3] - 129:8, 130:14, 145:9

**purported** [4] - 270:16, 273:18, 275:11, 275:19

**purpose** [1] - 296:16

**purposes** [9] - 7:17, 42:12, 42:19, 87:23, 114:20, 138:9, 138:25, 182:10, 237:3

**pursue** [1] - 179:4

**pursuing** [2] - 179:3, 182:6

**push** [5] - 16:10, 170:20, 170:25, 171:2, 297:16

**pushing** [3] - 175:23, 180:23, 297:14

**put** [43] - 5:18, 6:1, 6:2, 8:23, 10:9, 11:21, 12:7, 13:1, 13:2, 24:12, 26:23, 29:6, 31:23, 43:18, 44:10, 44:17, 75:21,

88:5, 88:6, 126:21, 126:22, 139:15, 163:19, 170:10, 170:15, 171:22, 175:25, 191:19, 192:22, 199:21, 203:25, 209:16, 213:20, 250:9, 253:7, 270:5, 271:18, 284:16, 285:24, 291:12, 299:22, 301:11

**putative** [1] - 28:13

**putting** [7] - 21:1, 168:2, 168:20, 179:22, 247:19, 270:22, 281:23

## Q

**Q** [3] - 56:7, 57:19, 58:7

**Q1** [3] - 146:2, 156:11, 156:13

**Q119** [4] - 117:8, 117:20, 117:23, 118:5

**Q2** [1] - 140:25

**Q3** [1] - 141:6

**qualifications** [1] - 127:14

**qualifies** [1] - 98:2

**qualify** [2] - 10:6, 10:25

**qualitative** [4] - 14:11, 41:1, 74:15, 290:5

**qualitatively** [1] - 74:16

**quality** [3] - 64:10, 91:2, 99:4

**quantifies** [1] - 110:11

**quantify** [1] - 119:18

**quantitative** [3] - 14:12, 41:1, 290:6

**quantitatively** [1] - 74:17

**quarter** [75] - 14:21, 15:4, 16:4, 23:11, 25:16, 25:24, 26:2, 26:10, 26:20, 45:1, 47:2, 56:5, 60:13, 63:6, 63:12, 63:19, 63:25, 64:14, 65:20, 65:23, 65:24, 66:8, 66:19, 67:9, 70:3, 73:5, 73:7, 73:12, 73:19, 73:22, 74:2, 75:19, 75:23, 76:3, 76:5, 76:6, 85:9, 92:5, 97:15, 118:2, 129:3, 132:16, 141:6, 141:14, 141:16, 141:17, 141:18, 141:21, 142:23, 144:22, 145:11, 145:16, 145:17, 145:18, 145:20, 145:21, 145:23, 145:24, 146:3, 146:7, 146:11, 146:12, 146:13, 153:20, 153:21, 153:23, 157:15, 158:3, 158:4, 158:16, 260:2, 270:13

**quarterly** [6] - 45:2, 63:8, 141:14, 145:15, 145:16, 146:5

**Question** [2] - 161:3

**question** [135] - 7:21, 10:1, 10:5, 10:24, 11:4, 13:16, 13:18, 14:8, 14:11, 14:19, 24:14, 24:15, 27:5, 33:8, 34:14, 41:11, 43:5, 54:21, 56:11, 56:13, 56:23, 58:18, 60:14, 60:17, 69:19, 71:21, 71:22, 72:20, 72:24, 73:18, 75:4, 75:10, 77:7, 78:3, 78:11, 79:8, 80:22, 81:5, 82:15, 83:1, 84:20, 85:3, 85:15, 85:23, 85:24, 86:10, 86:19, 89:9, 90:4, 94:22, 98:4, 98:8, 98:11, 104:1, 123:6, 125:3, 143:6, 149:17, 152:20, 153:11, 157:2, 159:4, 165:20, 168:22, 175:22, 176:24, 179:6, 181:2, 182:8, 190:22, 212:1,

212:17, 212:25, 213:5, 222:12, 224:3, 224:8, 224:10, 224:20, 224:22, 229:14, 229:15, 229:25, 231:7, 233:8, 233:12, 233:16, 233:22, 234:5, 238:1, 238:7, 238:12, 238:18, 238:20, 238:21, 238:23, 239:6, 240:20, 240:24, 241:8, 241:10, 245:2, 246:14, 248:20, 249:14, 254:5, 255:8, 255:9, 255:13, 256:8, 256:16, 264:18, 264:20, 269:16, 277:8, 277:20, 280:19, 281:5, 282:10, 287:20, 291:18, 291:19, 291:21, 291:22, 291:25, 292:2, 292:6, 296:18, 300:23

**questioning** [2] - 10:4, 262:20

**questions** [101] - 9:9, 24:13, 31:8, 114:11, 118:9, 121:24, 126:6, 126:8, 126:12, 147:10, 151:8, 152:3, 152:6, 152:8, 152:11, 152:13, 152:25, 153:9, 158:24, 160:5, 181:17, 205:6, 216:17, 216:19, 216:20, 216:21, 217:5, 222:25, 223:2, 223:5, 223:7, 223:25, 224:5, 224:15, 224:18, 224:23, 225:2, 225:4, 225:7, 225:12, 225:15, 225:17, 229:3, 229:6, 229:9, 229:10, 229:12, 229:13, 229:16, 229:18, 229:19, 229:21, 229:24, 230:9, 231:2, 231:9, 231:22, 238:20, 241:6, 250:24, 254:12, 254:14, 254:17, 254:19, 277:17, 287:3, 288:10, 289:2, 289:20, 291:6, 292:9, 294:9, 294:13, 294:15, 294:16, 294:19, 295:3, 295:4, 295:8, 295:9, 295:10, 295:11, 295:21, 296:17, 296:23, 296:24, 297:9, 297:11, 298:7, 299:17, 299:19, 299:23, 300:11, 300:17

**quick** [2] - 180:11, 292:19

**quickly** [6] - 19:13, 24:20, 26:25, 31:20, 54:3, 284:4

**quite** [2] - 180:9, 192:1

**quote** [6] - 41:7, 41:8, 157:9, 180:14, 285:14, 292:3

**quote/unquote** [6] - 25:11, 29:25, 102:23, 170:21, 182:4, 233:19

**quotes** [5] - 131:2, 131:3, 143:1, 143:2, 143:16

**quoting** [2] - 28:11, 38:21

## R

**R** [1] - 4:1

**Rachel** [1] - 4:15

**RACHEL** [1] - 1:17

**raft** [1] - 20:11

**raise** [9] - 6:17, 32:2, 146:13, 158:3, 162:11, 171:23, 181:25, 256:17

**raised** [10] - 20:21, 63:11, 125:4, 125:8, 146:1, 146:7, 146:11, 156:11, 157:14, 279:16

**raises** [1] - 261:12

**raising** [2] - 158:5, 255:13

**Ramond** [1] - 163:8

**Ranch** [4] - 46:6, 47:12, 48:1, 48:20

**random** [1] - 124:16

**range** [6] - 17:16, 56:20, 63:8, 64:2, 91:6, 113:17

**ranging** [1] - 226:14

**rapidly** [2] - 33:21, 55:25

**rarely** [4] - 13:5, 257:25, 280:25, 281:2

**rate** [3] - 91:1, 91:24, 93:4

**rates** [10] - 17:25, 18:2, 48:9, 48:10, 48:18, 61:25, 62:3, 77:16, 115:1, 290:21

**rather** [13] - 7:21, 70:14, 101:14, 110:4, 112:25, 120:4, 122:21, 134:5, 134:8, 136:1, 143:21, 257:9, 288:19

**rationale** [1] - 39:10

**Raymond** [6] - 56:11, 155:16, 155:17, 155:25, 163:18, 271:25

**RBC** [2] - 261:19, 262:2

**re** [6] - 4:11, 138:6, 158:20, 158:22, 159:1, 159:3

**re-create** [3] - 158:22, 159:1, 159:3

**re-creating** [1] - 158:20

**re-forecasted** [1] - 138:6

**reach** [5] - 24:17, 118:20, 124:2, 170:1, 270:12

**reached** [3] - 16:19, 43:4, 274:17

**reaching** [1] - 84:16

**reacted** [3] - 38:18, 169:20, 261:3

**reacting** [2] - 45:9, 262:14

**reaction** [9] - 34:22, 39:20, 39:23, 124:16, 139:23, 142:21, 148:25, 198:3, 219:3

**reactions** [1] - 127:18

**read** [28] - 5:20, 7:1, 7:2, 12:6, 15:17, 31:4, 40:22, 41:3, 57:4, 68:14, 72:25, 76:15, 81:25, 82:1, 94:8, 117:1, 153:10, 175:8, 175:9, 236:22, 236:24, 263:11, 264:3, 272:22, 274:11, 276:13, 298:3, 302:1

**reading** [16] - 38:25, 42:21, 52:19, 78:9, 82:4, 82:11, 90:15, 147:7, 147:9, 171:7, 184:20, 252:8, 263:10, 264:1, 264:2, 289:1

**reads** [3] - 175:24, 176:8, 199:25

**ready** [3] - 78:21, 127:6, 127:7

**reaffirmed** [1] - 168:17

**reaffirming** [4] - 77:3, 143:14, 143:22, 158:16

**real** [5] - 59:23, 105:4, 172:8, 254:21, 292:18

**reality** [2] - 289:9, 290:8

**realization** [5] - 106:19, 146:15, 146:22, 167:17

**realizations** [2] - 144:25, 145:1

**realized** [2] - 18:3, 76:2

**really** [41] - 13:3, 14:14, 19:18, 26:14, 28:20, 31:14, 39:21, 51:24, 53:12, 68:7, 72:7, 82:1, 82:16, 82:19, 103:7, 151:20, 154:12, 157:23, 158:13, 165:14, 169:13, 170:9, 173:2, 175:3, 179:5, 179:15, 180:10, 183:4, 195:18, 197:24,

243:19, 254:9, 255:12, 256:19, 257:19, 281:3, 285:1, 297:3, 298:4, 298:5, 301:10

**reason** [12] - 20:24, 23:25, 29:7, 67:8, 102:7, 140:8, 140:21, 172:14, 184:18, 268:1, 278:8, 278:9

**reasons** [9] - 184:16, 184:17, 184:25, 185:4, 185:20, 186:11, 195:22, 258:10, 260:21

**rebut** [16] - 35:13, 35:19, 39:1, 39:15, 39:22, 40:13, 215:9, 215:13, 222:7, 228:1, 228:12, 228:18, 228:23, 244:2, 244:9, 257:13

**rebuts** [2] - 39:7, 243:10

**rebuttable** [2] - 32:19, 35:9

**rebuttal** [31] - 7:2, 8:9, 8:18, 9:5, 32:23, 33:3, 115:19, 115:22, 116:1, 116:7, 120:23, 124:19, 125:23, 126:1, 126:9, 128:5, 154:23, 209:4, 209:10, 210:22, 211:17, 212:8, 227:2, 227:5, 227:10, 243:11, 243:22, 244:1, 244:8, 255:4, 278:5

**rebutted** [1] - 228:8

**rebutting** [3] - 154:23, 257:11, 290:10

**recall** [40] - 37:21, 40:20, 49:19, 68:21, 73:20, 75:20, 78:1, 107:6, 118:11, 122:5, 123:9, 199:5, 199:13, 199:14, 199:16, 199:19, 200:9, 202:7, 203:24, 212:12, 215:1, 225:6, 225:8, 225:20, 229:6, 229:11, 236:19, 236:21, 237:4, 237:5, 237:6, 237:8, 237:13, 237:24, 243:17, 243:18, 243:19, 285:4

**recast** [1] - 30:20

**receive** [1] - 256:11

**received** [4] - 10:10, 11:3, 11:5, 257:2

**receives** [1] - 11:7

**recent** [5] - 61:18, 81:7, 175:9, 199:6, 199:9

**recently** [3] - 60:21, 139:3, 199:3

**recess** [3] - 87:14, 165:9, 252:20

**recited** [1] - 32:19

**reckless** [1] - 269:6

**recklessness** [1] - 269:7

**recognize** [3] - 65:14, 108:4, 179:3

**recognized** [6] - 13:4, 37:6, 40:17, 105:16, 106:16, 261:20

**recognizing** [1] - 51:22

**recollection** [6] - 54:24, 113:23, 228:10, 228:15, 236:20, 237:21

**reconciled** [1] - 151:7

**record** [16] - 8:19, 10:21, 11:21, 13:7, 13:8, 24:14, 47:4, 63:6, 117:8, 201:14, 204:1, 219:25, 234:3, 291:7, 299:11, 303:4

**recorded** [1] - 1:24

**recover** [3] - 104:10, 120:1, 120:4

**recovery** [5] - 18:22, 286:11, 286:13, 286:18, 286:20

**recross** [1] - 126:17

**recross-examination** [1] - 126:17

**red** [6] - 145:12, 163:17, 167:20, 167:21, 169:23, 169:25

**Reddit** [1] - 122:18

**Redirect** [2] - 3:8, 3:12

**REDIRECT** [2] - 112:11, 249:3

**redirect** [4] - 11:16, 112:6, 155:4, 284:10

**reduce** [2] - 117:17, 146:18

**reduced** [8] - 67:3, 73:9, 146:11, 258:24, 258:25, 262:3, 262:6

**reduction** [6] - 116:11, 141:25, 142:8, 156:24, 157:1, 157:3

**refer** [3] - 100:16, 119:21, 173:4

**reference** [25] - 25:8, 50:7, 80:1, 83:20, 85:13, 117:19, 147:10, 148:11, 153:15, 160:9, 160:10, 160:20, 161:10, 161:13, 214:20, 214:21, 226:18, 226:24, 233:8, 234:3, 234:4, 234:25, 256:22, 297:20

**referenced** [3] - 247:1, 250:19, 286:16

**references** [4] - 209:25, 247:3, 247:4, 298:19

**referencing** [12] - 86:13, 147:11, 153:17, 153:19, 153:22, 154:8, 214:20, 234:14, 234:15, 235:16, 235:17, 251:12

**referred** [2] - 121:4, 134:18

**referring** [9] - 63:24, 71:23, 156:10, 158:2, 235:15, 235:17, 235:21

**reflect** [4] - 63:20, 96:23, 105:12, 118:7

**reflected** [5] - 33:22, 36:5, 70:10, 125:11, 262:6

**reflection** [1] - 123:16

**reflects** [3] - 73:16, 91:2, 129:17

**refused** [2] - 102:3, 269:14

**regard** [4] - 216:7, 216:10, 271:18, 277:21

**regarding** [10] - 9:23, 60:20, 118:10, 153:3, 204:5, 228:2, 230:10, 233:23, 261:12, 271:10

**regardless** [3] - 136:21, 138:19, 138:21

**reinvesting** [2] - 88:21, 91:9

**reinvestment** [1] - 99:4

**rejected** [3] - 177:16, 290:17, 290:20

**rejecting** [1] - 105:2

**relate** [13] - 85:24, 88:4, 138:10, 138:18, 140:25, 142:5, 235:21, 235:23, 235:24, 236:2, 236:3, 287:21

**related** [23] - 64:23, 114:9, 126:2, 140:14, 155:9, 156:1, 156:18, 160:18, 184:19, 195:17, 203:22, 204:6, 235:25, 237:11, 237:18, 263:19, 273:11, 276:8, 297:15, 297:21, 300:19, 300:20, 300:21

**related-to** [1] - 237:18

**relates** [8] - 23:11, 26:19, 69:20, 138:17, 169:14, 236:5, 267:11, 272:7

**relating** [2] - 235:22, 277:5

**relation** [4] - 276:21, 281:12, 281:13, 281:24

**relationship** [5] - 269:11, 269:13, 269:15, 279:7, 282:7

**relationships** [3] - 266:14, 273:10, 273:19

**relative** [3] - 66:11, 133:3, 257:25

**relatively** [1] - 60:19

**release** [14] - 48:25, 62:25, 64:23, 65:5, 65:9, 65:14, 66:1, 75:18, 87:6, 144:13, 153:16, 166:18, 215:22, 264:10

**releases** [2] - 206:22, 215:20

**relevance** [3] - 288:17, 291:4, 297:15

**relevant** [35] - 9:12, 37:11, 38:19, 39:12, 41:17, 42:1, 74:11, 94:18, 94:23, 94:24, 96:23, 118:2, 118:3, 118:8, 119:16, 120:22, 120:24, 120:25, 121:17, 121:19, 122:17, 124:20, 135:12, 148:21, 152:10, 161:1, 190:4, 212:7, 230:10, 237:12, 251:13, 263:19, 276:8, 300:19, 300:21

**reliable** [1] - 290:20

**reliance** [8] - 32:20, 32:23, 32:25, 33:3, 35:8, 35:13, 254:19, 255:3

**relied** [5] - 30:9, 33:6, 212:10, 212:11, 255:20

**relies** [2] - 36:4, 291:11

**rely** [2] - 221:9, 255:19

**relying** [5] - 256:1, 256:3, 290:23, 291:5, 291:7

**remain** [1] - 78:15

**remained** [1] - 16:1

**remains** [1] - 271:17

**remand** [2] - 21:12, 282:1

**remarked** [1] - 262:16

**remediated** [3] - 282:25, 283:3, 283:4

**remediation** [3] - 282:23, 283:11

**remember** [14] - 7:23, 41:9, 54:25, 113:19, 114:1, 114:2, 114:5, 121:25, 171:17, 176:9, 251:2, 267:23

**remind** [2] - 191:23, 288:13

**reminiscent** [1] - 29:16

**remotely** [1] - 131:6

**remove** [2] - 170:22, 265:15

**removed** [1] - 85:12

**render** [1] - 220:4

**rendered** [3] - 89:7, 92:25, 106:25

**rep** [1] - 279:20

**repeat** [3] - 131:18, 216:18, 217:16

**repeatedly** [3] - 100:1, 170:11, 277:15

**replicable** [1] - 147:6

**replicate** [2] - 289:11, 289:12

**reply** [17] - 8:10, 26:14, 210:18, 210:21, 210:24, 211:11, 215:9, 215:13, 227:23, 228:1, 228:11, 228:22, 237:23, 243:25, 278:5, 280:4, 296:19

**report** [128] - 8:10, 8:15, 8:17, 8:18, 55:1, 69:17, 69:18, 69:24, 80:22, 80:23, 97:5, 100:14, 102:22, 112:21, 115:19, 115:22, 116:1, 116:4, 116:7, 117:13, 118:24, 120:24, 122:22, 124:19, 125:24, 126:1, 126:9, 128:5, 140:19,

150:14, 150:20, 151:4, 152:18, 152:21, 153:3, 153:4, 153:15, 154:23, 155:18, 157:9, 157:22, 157:24, 160:9, 160:10, 161:17, 163:19, 164:9, 203:21, 204:11, 204:12, 204:15, 205:16, 205:18, 206:1, 206:13, 209:5, 209:7, 209:8, 209:10, 209:25, 210:18, 210:19, 210:22, 210:25, 211:18, 212:8, 214:19, 215:9, 215:21, 216:5, 217:2, 217:13, 217:18, 217:24, 222:4, 222:13, 222:23, 223:6, 225:18, 225:21, 226:10, 227:2, 227:5, 227:10, 227:17, 227:24, 228:16, 230:11, 230:14, 231:9, 233:8, 238:2, 238:8, 240:12, 240:21, 240:25, 242:1, 242:2, 242:16, 243:2, 243:7, 243:11, 243:22, 245:15, 245:24, 246:3, 246:7, 246:24, 247:1, 247:11, 247:12, 247:18, 247:20, 249:9, 250:9, 258:6, 276:4, 291:1, 293:17, 294:21, 295:24, 296:4, 298:6, 298:12, 301:22

**reported** [1] - 65:24
**Reporter** [4] - 2:14, 2:15, 303:2, 303:6
**REPORTER'S** [1] - 303:1
**reporting** [1] - 151:23
**reports** [86] - 7:2, 8:9, 9:1, 17:8, 17:9, 23:15, 25:8, 26:7, 26:8, 26:23, 65:19, 75:23, 115:20, 116:3, 118:25, 119:3, 122:11, 122:16, 124:18, 133:2, 147:16, 148:7, 148:21, 150:13, 150:23, 151:10, 151:13, 151:15, 152:5, 152:24, 153:25, 154:11, 154:17, 155:7, 155:8, 158:10, 159:8, 160:1, 160:13, 200:19, 200:21, 203:11, 205:4, 207:6, 208:13, 209:12, 210:14, 211:25, 212:24, 213:10, 213:19, 214:11, 214:13, 215:7, 215:8, 215:11, 217:10, 235:7, 239:14, 246:19, 247:7, 247:16, 247:22, 248:2, 248:15, 250:1, 250:11, 250:13, 250:16, 250:18, 251:5, 284:18, 284:19, 289:2, 289:10, 289:17, 291:10, 291:14, 293:24, 294:21, 295:12, 295:15, 296:14, 299:15
**represent** [1] - 106:3
**representation** [2] - 114:20, 219:24
**representations** [1] - 277:21
**representative** [4] - 24:6, 116:25, 257:3, 263:7
**representatives** [1] - 30:12
**represented** [1] - 173:1
**representing** [1] - 47:5
**represents** [1] - 46:15
**reputable** [1] - 105:16
**request** [1] - 301:21
**require** [4] - 105:20, 106:5, 123:3, 123:4
**required** [4] - 40:25, 42:6, 96:22, 253:12
**requirements** [1] - 100:10
**requires** [4] - 19:8, 20:2, 125:16, 181:10
**Requiring** [1] - 282:2

**requiring** [1] - 41:3
**requisite** [1] - 29:24
**reschedule** [1] - 4:5
**researchers** [1] - 147:14
**reserve** [1] - 27:4
**reserves** [1] - 278:17
**resolve** [1] - 172:16
**resolved** [2] - 179:17, 230:22
**resolving** [2] - 231:23, 232:12
**resource** [8] - 18:22, 77:16, 79:3, 81:18, 81:21, 266:17, 286:13
**resources** [1] - 267:20
**Resources** [4] - 4:11, 65:19, 75:22, 205:4
**RESOURCES** [2] - 1:9, 2:1
**respect** [17] - 9:20, 16:6, 24:16, 74:19, 85:4, 111:18, 132:23, 132:24, 150:21, 151:4, 153:12, 154:1, 205:6, 238:13, 288:22, 289:2, 289:13
**respectfully** [1] - 301:21
**respond** [3] - 209:8, 252:4, 292:13
**responded** [3] - 104:17, 248:11, 248:20
**respondents** [1] - 4:18
**responding** [2] - 31:19, 243:25
**response** [13] - 14:18, 54:20, 56:22, 155:5, 158:21, 162:22, 182:1, 201:7, 201:21, 204:11, 204:14, 229:9, 248:4
**responses** [1] - 158:24
**responsibilities** [1] - 122:20
**rest** [5] - 11:6, 252:17, 258:3, 268:7, 289:7
**restated** [2] - 137:18, 138:5
**restatement** [2] - 176:3, 183:9
**rested** [1] - 288:13
**restitutionary** [1] - 101:2
**rests** [1] - 296:3
**result** [11] - 22:8, 34:10, 99:3, 104:15, 119:8, 119:19, 120:18, 159:20, 171:19, 186:3, 278:8
**resulted** [2] - 93:7, 204:7
**results** [62] - 14:20, 14:22, 15:1, 21:13, 25:3, 25:13, 25:19, 25:23, 26:2, 26:3, 26:4, 47:2, 47:3, 48:8, 48:18, 49:10, 61:7, 62:5, 65:20, 75:23, 81:7, 82:8, 93:13, 94:3, 95:6, 95:14, 117:23, 129:21, 132:9, 137:14, 137:18, 139:16, 139:18, 141:17, 142:16, 142:18, 143:8, 144:21, 145:2, 152:17, 156:13, 157:25, 160:3, 164:19, 164:21, 171:20, 173:18, 191:21, 192:6, 195:1, 230:21, 258:25, 259:25, 260:1, 261:6, 262:20, 267:13, 272:2, 275:2, 289:11, 296:21
**Results** [1] - 63:19
**rethink** [1] - 82:20
**Retirement** [1] - 257:1
**RETIREMENT** [1] - 1:4
**retract** [1] - 99:16
**retracted** [1] - 99:14
**retreat** [1] - 77:10

**retreating** [1] - 77:2
**return** [4] - 124:7, 207:20, 208:6, 285:14
**returns** [2] - 63:21, 270:16
**reveal** [1] - 37:11
**revealed** [8] - 34:6, 36:10, 119:9, 120:25, 131:16, 131:19, 131:24, 255:3
**reveals** [2] - 135:12, 166:18
**revelation** [3] - 39:11, 39:24, 41:17
**revenues** [1] - 183:10
**reversed** [1] - 281:16
**reversing** [1] - 116:18
**revert** [1] - 81:18
**review** [21] - 75:10, 122:21, 148:21, 150:24, 150:25, 205:14, 209:7, 210:21, 211:23, 212:1, 213:1, 213:6, 213:8, 214:25, 217:13, 217:18, 218:3, 227:23, 290:21, 291:14, 293:17
**reviewed** [14] - 23:14, 125:24, 212:5, 212:13, 212:19, 212:22, 213:3, 215:1, 289:16, 289:19, 292:23, 293:19, 293:22, 300:4
**Rhonda** [1] - 253:2
**RICHEY** [1] - 5:3
**Richey** [1] - 5:3
**rid** [1] - 277:4
**rig** [12] - 15:2, 54:9, 66:19, 141:23, 142:6, 142:8, 156:24, 157:3, 258:24, 259:24, 262:3, 262:6
**Rig** [1] - 157:1
**right** [344] - 5:12, 5:24, 7:11, 7:16, 12:4, 18:12, 21:5, 23:13, 32:1, 32:2, 35:4, 35:7, 35:8, 36:2, 36:6, 36:12, 36:14, 36:21, 37:23, 39:15, 42:2, 44:21, 44:25, 45:16, 46:2, 51:8, 51:13, 51:23, 52:6, 54:23, 54:25, 58:8, 58:9, 58:10, 61:9, 63:2, 63:3, 63:16, 65:5, 65:15, 67:13, 67:25, 68:5, 68:8, 68:9, 68:11, 68:15, 68:17, 68:22, 69:5, 69:6, 69:8, 70:4, 71:1, 71:7, 71:9, 71:19, 72:2, 72:3, 72:7, 73:2, 75:12, 75:15, 75:19, 75:24, 76:7, 76:20, 77:3, 77:20, 77:25, 79:8, 80:7, 82:21, 83:8, 83:22, 84:8, 85:2, 85:3, 86:1, 86:3, 86:5, 86:8, 87:1, 87:15, 87:21, 88:13, 88:14, 90:1, 90:9, 91:10, 92:23, 93:1, 95:14, 96:11, 97:25, 99:12, 100:19, 101:3, 101:11, 101:14, 101:23, 102:1, 102:5, 103:4, 103:8, 103:13, 103:22, 103:23, 105:7, 105:8, 107:5, 107:17, 108:5, 108:14, 108:17, 109:8, 110:13, 110:15, 110:18, 111:4, 111:12, 113:22, 113:25, 115:8, 115:13, 116:6, 116:12, 116:16, 116:23, 117:1, 120:13, 126:19, 127:2, 127:25, 128:22, 128:23, 129:24, 130:11, 130:17, 131:5, 131:13, 131:14, 132:17, 132:22, 132:23, 135:9, 136:14, 137:12, 138:8, 138:13, 139:2, 139:3, 139:8, 141:22, 142:14, 143:23, 148:7, 149:9, 151:9, 158:19, 159:10, 159:11, 160:4, 163:18,

165:10, 166:6, 169:25, 170:2, 171:4, 171:25, 172:7, 180:5, 180:9, 180:25, 181:6, 183:20, 186:20, 187:4, 187:8, 187:15, 189:22, 192:13, 192:14, 193:17, 193:21, 195:18, 196:14, 197:25, 198:13, 198:19, 200:4, 200:6, 200:25, 201:10, 201:24, 202:13, 202:14, 203:4, 203:6, 203:23, 204:12, 204:13, 204:24, 206:3, 207:3, 207:19, 209:3, 209:12, 210:19, 211:1, 211:12, 211:13, 211:15, 211:18, 212:1, 213:14, 213:25, 214:14, 215:1, 215:4, 215:23, 216:11, 216:13, 216:17, 216:20, 216:24, 217:15, 219:1, 219:4, 219:19, 220:1, 220:18, 220:22, 221:1, 221:12, 221:25, 222:15, 222:18, 222:19, 222:21, 222:23, 222:24, 223:5, 223:9, 223:15, 224:8, 224:14, 225:9, 225:19, 226:1, 226:12, 227:3, 227:12, 227:13, 227:16, 227:17, 227:19, 229:14, 229:24, 230:2, 230:23, 231:2, 231:3, 231:11, 231:13, 231:17, 231:22, 231:24, 231:25, 232:1, 232:5, 232:10, 232:11, 232:13, 232:14, 232:16, 232:17, 232:19, 232:25, 233:21, 234:6, 234:9, 234:12, 234:17, 234:19, 234:20, 235:19, 235:22, 236:8, 236:23, 237:23, 238:16, 240:25, 241:6, 241:13, 241:16, 242:5, 242:6, 242:17, 243:9, 243:13, 243:14, 243:16, 243:23, 245:9, 245:22, 246:13, 246:17, 246:20, 246:21, 247:10, 247:19, 249:7, 249:20, 249:24, 250:14, 250:15, 252:1, 252:19, 257:5, 258:16, 260:13, 262:15, 267:6, 272:12, 279:22, 281:2, 281:14, 283:12, 286:9, 288:1, 292:12, 295:8, 298:6, 299:1, 299:12, 300:17, 300:22, 301:14, 301:24, 301:25

**right-size** [1] - 82:21
**rights** [1] - 286:17
**rigorous** [1] - 13:22
**rigorously** [1] - 28:12
**rigs** [6] - 54:9, 58:14, 139:17, 141:22, 141:25
**rise** [1] - 220:7
**Risk** [1] - 29:21
**risk** [161] - 9:18, 28:22, 29:6, 29:9, 29:11, 29:12, 29:20, 30:1, 30:3, 30:11, 30:13, 30:14, 30:16, 30:21, 70:15, 102:11, 102:13, 103:3, 103:8, 103:20, 104:9, 104:19, 105:4, 105:6, 105:17, 106:19, 107:17, 107:19, 108:17, 108:22, 108:24, 109:11, 109:12, 109:21, 109:23, 110:4, 110:9, 110:24, 110:25, 111:1, 111:9, 111:10, 119:25, 120:5, 125:10, 165:15, 165:24, 166:2, 166:4, 166:9, 166:21, 167:15, 167:16, 167:20, 168:3, 168:4, 169:7, 169:8, 169:16, 169:17, 169:22, 169:24, 170:4, 170:7, 170:8, 170:11, 171:18, 171:19,

171:21, 172:1, 172:7, 172:10, 172:12, 172:18, 172:23, 173:1, 173:19, 173:25, 174:9, 174:10, 174:12, 174:14, 174:17, 174:19, 174:20, 174:22, 174:24, 175:24, 175:25, 176:2, 176:6, 176:12, 176:14, 176:17, 176:19, 176:20, 176:24, 177:3, 177:4, 177:9, 177:19, 178:5, 178:6, 178:7, 178:22, 179:15, 180:18, 182:2, 182:3, 182:6, 182:12, 182:13, 183:16, 183:18, 184:13, 184:17, 184:19, 184:20, 184:22, 185:6, 185:21, 185:23, 185:24, 185:25, 187:4, 187:5, 187:9, 187:10, 187:15, 187:16, 187:21, 187:22, 187:23, 188:8, 188:9, 253:10, 259:7, 259:10, 259:11, 260:24, 267:8, 270:16, 275:12, 278:17, 279:1, 279:3, 279:6, 287:14, 288:3, 288:8
**risk-adjusted** [1] - 70:15
**risk-related** [1] - 184:19
**riskier** [1] - 186:1
**risks** [37] - 101:18, 103:11, 103:17, 103:21, 108:10, 108:11, 109:2, 109:13, 110:6, 111:8, 131:1, 173:14, 173:16, 178:18, 180:20, 180:22, 180:25, 182:10, 182:21, 184:8, 185:6, 185:7, 186:3, 186:5, 186:6, 186:7, 186:8, 188:16, 253:16, 253:17, 253:21, 275:12, 279:2, 287:17, 287:22, 287:23
**Risks** [1] - 180:15
**risky** [5] - 172:6, 174:7, 177:20, 186:5, 188:11
**RITCHIE** [1] - 2:10
**RMR** [2] - 2:14, 303:2
**road** [2] - 29:17, 29:19
**roads** [1] - 4:7
**ROBERT** [1] - 2:10
**Robert** [1] - 5:3
**rocket** [1] - 247:4
**Rocket** [5] - 147:20, 148:13, 148:21, 246:23, 290:16
**role** [4] - 44:6, 89:24, 109:24
**room** [1] - 6:20
**Room** [1] - 2:17
**roost** [1] - 173:20
**rose** [1] - 159:20
**Rosenzweig** [1] - 22:25
**Ross** [2] - 2:6, 2:11
**roughly** [3] - 45:4, 88:14, 131:12
**routinely** [1] - 291:5
**RSP** [48] - 9:20, 9:23, 10:5, 10:9, 10:15, 14:9, 27:5, 54:14, 54:16, 54:21, 54:25, 92:18, 92:20, 126:13, 164:20, 164:21, 191:22, 191:23, 191:25, 192:3, 192:7, 194:12, 194:15, 195:1, 195:3, 195:4, 195:8, 195:9, 195:10, 196:1, 196:15, 196:25, 197:5, 197:11, 197:17, 207:21, 208:11, 242:8, 242:13, 243:15, 243:23, 244:1, 244:9, 255:7, 273:2, 273:4, 273:20, 279:12
**rule** [3] - 252:15, 294:6

**rules** [3] - 28:6, 214:18, 245:19
**run** [3] - 44:11, 233:1, 262:17
**running** [3] - 54:9, 66:20, 275:12
**runs** [1] - 244:13
**Rusk** [1] - 2:16

## S

**S** [2] - 1:12, 4:1
**Sachs** [1] - 38:21
**safe** [3] - 219:1, 219:11, 302:3
**safety** [8] - 101:20, 104:5, 104:17, 168:7, 174:15, 174:16, 174:17
**said** [154] - 6:17, 8:20, 9:16, 10:23, 16:4, 20:22, 22:17, 22:21, 23:20, 23:22, 25:4, 25:9, 25:11, 25:18, 27:12, 27:25, 29:2, 29:15, 30:12, 31:21, 34:8, 35:15, 38:22, 44:12, 49:18, 50:18, 62:2, 69:11, 70:2, 70:25, 71:13, 73:7, 82:9, 84:7, 85:5, 89:12, 90:12, 94:11, 95:1, 95:4, 95:5, 96:15, 97:8, 97:10, 98:6, 99:21, 100:2, 102:18, 103:6, 105:1, 105:2, 106:7, 122:2, 124:4, 126:23, 130:1, 131:6, 134:2, 142:15, 143:2, 143:15, 145:16, 148:17, 148:18, 148:20, 148:22, 154:4, 156:24, 157:10, 159:2, 161:15, 161:19, 161:20, 170:19, 171:12, 171:14, 172:11, 172:13, 173:2, 176:1, 176:9, 181:10, 183:7, 184:15, 184:24, 186:20, 187:4, 187:15, 188:10, 190:25, 195:21, 198:15, 198:16, 198:17, 200:9, 201:24, 202:23, 209:13, 213:12, 214:5, 219:7, 219:11, 221:7, 221:14, 221:16, 221:17, 221:19, 222:1, 222:2, 225:5, 225:10, 227:6, 227:18, 236:21, 237:10, 239:5, 239:15, 241:22, 243:22, 245:13, 246:2, 246:5, 246:10, 246:12, 246:15, 246:18, 251:9, 252:6, 257:22, 260:18, 260:21, 263:1, 278:16, 278:25, 279:12, 280:24, 282:1, 282:24, 283:2, 283:7, 283:13, 283:14, 284:15, 290:5, 291:19, 291:23, 292:20, 292:22, 297:24, 298:17
**sake** [1] - 243:20
**sale** [5] - 63:22, 125:21, 193:10, 193:23
**sales** [1] - 191:8
**same** [73] - 11:6, 12:3, 16:3, 18:13, 18:23, 18:25, 19:1, 20:23, 24:15, 24:21, 25:12, 26:1, 26:18, 30:12, 50:23, 58:14, 65:4, 65:7, 77:21, 78:15, 88:19, 89:16, 97:25, 106:16, 130:4, 130:6, 134:3, 143:21, 143:22, 144:1, 148:20, 152:11, 157:20, 170:15, 170:18, 173:6, 183:8, 186:13, 186:15, 197:8, 197:10, 218:9, 223:8, 224:4, 234:11, 234:18, 234:19, 235:10, 235:25, 236:6, 249:17, 252:15, 261:4, 261:22, 263:25, 265:7, 266:3, 266:5, 268:16, 271:4, 271:18, 274:18, 283:14, 283:22, 283:23, 290:14,

290:15, 295:25, 297:14, 297:18, 297:21

**sample** [1] - 233:2
**satisfied** [2] - 21:8, 32:23
**satisfies** [1] - 32:25
**satisfy** [2] - 28:7, 280:5
**sauce** [1] - 57:12
**saw** [16] - 17:4, 23:11, 24:1, 26:18, 33:5, 88:19, 95:1, 99:10, 113:5, 139:10, 169:19, 178:1, 271:13, 274:10, 293:15, 300:3
**say** [140] - 6:22, 11:18, 13:2, 13:20, 13:23, 14:19, 15:13, 16:9, 16:15, 18:17, 20:23, 24:5, 24:6, 26:17, 27:14, 27:23, 29:3, 29:24, 30:25, 33:23, 39:19, 70:19, 70:24, 71:14, 72:15, 72:21, 74:13, 74:19, 74:21, 74:24, 75:7, 78:4, 78:6, 78:25, 83:2, 83:14, 84:3, 85:22, 88:18, 97:8, 97:24, 98:9, 99:25, 110:5, 114:7, 124:11, 131:21, 135:11, 138:12, 139:6, 142:11, 150:23, 151:16, 157:24, 158:25, 160:16, 161:23, 162:20, 163:25, 168:19, 170:10, 170:11, 171:20, 172:2, 172:17, 172:21, 173:13, 173:19, 173:23, 174:25, 175:4, 178:21, 179:19, 180:1, 180:10, 180:20, 181:13, 183:9, 183:12, 183:14, 183:16, 184:9, 184:22, 185:1, 185:3, 186:2, 186:10, 189:20, 196:1, 196:8, 196:16, 203:10, 214:2, 214:12, 215:21, 235:5, 235:8, 235:25, 236:5, 239:3, 251:8, 254:9, 254:23, 258:18, 264:9, 264:14, 265:2, 265:14, 267:25, 268:1, 269:22, 270:3, 276:12, 277:4, 277:16, 278:1, 278:2, 278:6, 280:3, 282:11, 282:13, 282:21, 285:13, 285:21, 286:23, 286:25, 287:9, 287:23, 293:22, 294:15, 295:7, 295:9, 296:4, 296:14, 296:19, 297:3, 297:10
**saying** [146] - 16:23, 17:4, 17:7, 17:12, 18:6, 18:17, 23:21, 25:16, 26:9, 29:17, 30:23, 30:25, 37:22, 41:6, 53:6, 57:11, 60:10, 61:8, 61:10, 61:11, 68:10, 70:5, 73:14, 73:15, 77:5, 78:13, 78:24, 79:20, 84:3, 85:9, 86:12, 92:2, 94:11, 95:4, 97:11, 104:8, 104:18, 106:10, 109:17, 109:18, 109:23, 115:8, 115:11, 121:23, 129:21, 130:4, 130:18, 130:19, 134:4, 134:9, 135:11, 135:19, 143:18, 143:20, 144:3, 144:4, 144:6, 144:10, 147:9, 153:20, 154:5, 156:7, 156:8, 156:21, 156:22, 157:11, 157:12, 157:14, 158:18, 162:6, 162:7, 163:21, 167:24, 169:22, 173:7, 173:16, 174:4, 175:10, 176:4, 176:15, 176:16, 180:2, 181:6, 182:21, 184:19, 185:7, 186:6, 186:8, 187:9, 188:25, 189:2, 189:11, 189:17, 190:7, 190:9, 191:14, 192:9, 193:19, 193:22, 196:1, 197:18, 197:23, 201:23, 202:24, 203:1, 203:5, 212:12, 218:9, 220:8, 225:10, 229:11, 234:6, 237:6, 239:18, 239:21, 247:17, 251:7, 256:23,

261:9, 262:9, 265:13, 265:20, 268:23, 269:3, 269:6, 270:6, 275:17, 279:4, 279:5, 283:10, 286:7, 288:2, 293:6, 294:10, 294:12, 298:7, 299:5, 299:14, 299:15, 299:16, 301:10
**says** [100] - 13:18, 14:9, 15:19, 17:14, 17:20, 17:25, 20:19, 24:15, 26:17, 45:21, 46:2, 46:14, 46:18, 49:10, 50:10, 50:20, 51:19, 52:8, 54:3, 56:8, 56:14, 56:17, 56:23, 57:7, 58:7, 60:24, 62:20, 64:9, 65:19, 65:23, 71:16, 71:25, 72:13, 75:22, 77:8, 77:13, 77:21, 79:13, 82:15, 82:24, 83:12, 85:3, 85:22, 88:12, 88:15, 88:24, 90:24, 96:2, 115:1, 116:24, 117:3, 122:2, 136:3, 144:5, 147:8, 155:1, 155:13, 157:1, 163:1, 171:6, 180:14, 180:15, 182:1, 184:15, 184:21, 184:23, 185:18, 189:23, 191:4, 191:7, 195:3, 196:21, 197:4, 201:10, 201:16, 201:20, 204:4, 206:1, 207:19, 210:2, 210:13, 210:17, 213:23, 214:2, 214:4, 218:3, 230:8, 233:8, 265:23, 271:17, 274:12, 275:21, 277:15, 278:20, 282:8, 285:8, 287:13, 287:14, 297:9
**scale** [108] - 14:23, 16:1, 16:6, 16:12, 16:14, 17:5, 18:4, 18:5, 18:15, 18:18, 19:2, 25:21, 26:5, 29:23, 30:24, 43:3, 43:6, 43:13, 43:17, 45:22, 46:12, 48:3, 49:11, 52:6, 52:12, 52:17, 53:11, 54:3, 54:14, 55:6, 55:14, 55:16, 58:23, 60:19, 61:18, 61:24, 62:9, 62:13, 62:14, 63:20, 64:9, 66:22, 69:16, 69:25, 70:11, 70:12, 70:16, 72:7, 72:16, 72:22, 74:20, 75:9, 77:2, 77:4, 77:24, 78:8, 88:22, 91:25, 93:13, 93:24, 94:3, 94:21, 95:2, 95:7, 96:4, 98:15, 103:17, 110:6, 113:17, 113:21, 114:10, 128:12, 128:14, 128:15, 129:11, 129:16, 129:19, 130:3, 130:5, 130:7, 131:1, 155:12, 161:20, 171:20, 173:8, 173:10, 175:5, 177:22, 177:25, 180:16, 182:5, 188:2, 259:3, 259:10, 260:5, 262:10, 266:7, 266:15, 266:17, 267:19, 271:2, 271:6, 271:7, 272:6, 273:19, 274:1, 286:10, 286:15
**scaling** [3] - 180:19, 262:4
**scenario** [1] - 186:25
**Schedule** [1] - 266:13
**schedule** [2] - 64:1, 285:18
**School** [1] - 300:1
**science** [2] - 290:20, 298:9
**scienter** [3] - 29:25, 254:16, 269:7
**scintilla** [1] - 280:22
**scope** [1] - 204:24
**scores** [1] - 259:1
**screen** [2] - 114:16, 207:23
**screw** [1] - 83:14
**screw-up** [1] - 83:14
**scroll** [1] - 64:7
**search** [2] - 201:5, 204:5
**searched** [2] - 200:17, 203:22

**searching** [3] - 201:1, 282:8, 283:17
**seated** [5] - 4:3, 87:15, 127:5, 165:10, 252:21
**SeaWorld** [1] - 148:11
**SEC** [3] - 197:11, 206:19, 281:20
**Second** [19] - 19:15, 22:20, 23:18, 38:21, 40:17, 65:23, 82:3, 168:17, 237:18, 264:1, 264:2, 280:18, 282:1, 282:8, 292:5, 293:2, 293:5, 297:16
**second** [79] - 8:15, 12:1, 12:13, 12:20, 12:25, 14:8, 14:21, 15:1, 15:4, 20:3, 21:13, 23:11, 25:16, 25:24, 26:10, 26:20, 26:25, 37:14, 56:5, 57:24, 65:20, 65:23, 66:8, 66:24, 67:9, 71:17, 71:25, 72:4, 75:19, 75:23, 76:3, 76:5, 76:6, 78:17, 79:6, 79:10, 82:11, 82:18, 82:19, 85:6, 92:5, 99:23, 100:24, 101:9, 111:15, 113:7, 116:11, 118:2, 139:16, 141:4, 141:16, 141:17, 141:22, 144:22, 145:21, 145:23, 146:12, 156:16, 158:4, 164:11, 164:19, 181:13, 191:20, 205:9, 230:6, 234:4, 245:10, 260:2, 273:14, 274:18, 277:4, 280:8, 281:5, 282:20, 285:17, 285:19, 293:1, 294:8, 296:12
**second-half** [3] - 66:24, 99:23, 111:15
**second-quarter** [1] - 141:17
**second-to-last** [1] - 230:6
**secondly** [1] - 142:8
**secret** [1] - 57:12
**section** [15] - 50:25, 58:14, 66:15, 81:19, 168:14, 168:18, 183:22, 208:20, 226:14, 243:2, 243:4, 243:7, 243:10, 244:19, 245:6
**Section** [1] - 255:12
**Securities** [1] - 262:2
**securities** [20] - 10:12, 13:13, 13:14, 19:19, 28:16, 32:24, 108:20, 127:18, 133:11, 147:17, 147:24, 148:7, 183:4, 189:25, 190:24, 207:12, 255:3, 255:11, 290:8, 290:15
**see** [142] - 7:5, 8:3, 15:12, 16:10, 17:7, 32:13, 36:5, 45:21, 45:23, 46:10, 47:2, 47:11, 47:24, 48:8, 48:10, 48:20, 48:21, 49:13, 50:7, 50:8, 50:12, 51:12, 52:3, 52:14, 53:18, 53:21, 53:22, 54:3, 54:6, 54:11, 54:12, 55:8, 55:12, 56:11, 56:13, 56:21, 57:3, 57:9, 58:7, 58:20, 58:21, 59:12, 60:4, 60:5, 61:2, 61:3, 61:18, 61:22, 62:18, 63:9, 63:10, 63:14, 63:23, 63:24, 64:3, 64:4, 64:11, 64:16, 65:12, 67:25, 68:2, 68:25, 69:2, 76:25, 77:5, 78:13, 78:16, 79:2, 79:5, 79:25, 80:3, 83:5, 84:20, 85:1, 85:18, 90:4, 92:1, 96:8, 96:11, 96:13, 97:20, 99:5, 99:23, 108:2, 114:15, 114:24, 115:1, 115:3, 115:7, 116:7, 116:19, 116:21, 117:9, 117:10, 117:20, 118:1, 121:21, 122:25, 128:18, 129:7, 135:19, 140:16, 140:17, 149:24, 151:24, 153:11, 156:25, 157:13, 159:18, 163:12, 163:16, 178:5,

185:17, 200:2, 201:2, 203:5, 204:9, 207:22, 207:23, 208:1, 208:21, 210:9, 210:11, 218:7, 223:15, 223:16, 223:18, 223:23, 230:12, 233:10, 233:16, 238:24, 244:11, 244:17, 265:21, 272:4, 276:7, 276:8, 280:1, 281:5, 291:23, 296:7

**seeing** [15] - 24:23, 25:4, 25:18, 25:22, 25:25, 26:4, 52:13, 61:5, 61:10, 114:1, 114:5, 251:11, 267:11, 286:16, 286:17

**seek** [1] - 119:18

**Seeking** [14] - 200:23, 201:3, 201:6, 201:18, 201:21, 202:19, 202:21, 202:24, 203:12, 203:13, 249:23, 250:1, 250:4, 250:9

**seem** [6] - 58:25, 68:18, 75:20, 157:11, 159:22, 163:25

**seemed** [1] - 86:13

**seems** [10] - 52:7, 55:16, 62:22, 79:15, 85:24, 88:14, 190:22, 199:12, 203:5, 251:13

**seen** [17] - 8:9, 9:8, 11:19, 18:16, 51:9, 83:7, 137:3, 154:10, 246:22, 267:13, 267:14, 279:16, 284:25, 300:8, 300:18

**sees** [1] - 17:15

**sell** [3] - 34:12, 189:25, 193:21

**selling** [1] - 274:18

**semi** [2] - 4:4, 33:18

**semi-apologize** [1] - 4:4

**semi-strong** [1] - 33:18

**senior** [1] - 127:15

**sense** [32] - 5:23, 12:4, 14:12, 14:14, 15:11, 23:25, 24:22, 41:8, 74:14, 82:4, 85:11, 88:25, 123:1, 139:23, 139:25, 140:7, 141:9, 141:10, 142:3, 142:21, 142:22, 143:12, 143:13, 149:13, 194:5, 198:17, 238:23, 251:4, 285:1, 285:24, 286:4, 301:19

**sent** [3] - 14:18, 31:14, 302:2

**sentence** [12] - 63:24, 80:10, 82:11, 86:13, 115:1, 115:5, 116:23, 230:6, 264:11, 277:12, 277:13

**sentences** [1] - 66:10

**separate** [4] - 65:3, 150:8, 175:21, 181:14

**separately** [4] - 64:24, 150:7, 150:22, 169:11

**September** [4] - 47:17, 57:17, 58:4, 275:10

**sequencing** [1] - 60:22

**series** [2] - 43:14, 96:24

**service** [1] - 268:15

**set** [11] - 29:20, 43:14, 71:23, 82:17, 111:18, 125:19, 217:5, 223:5, 285:17, 293:23, 301:13

**sets** [3] - 216:17, 216:19, 265:10

**setting** [2] - 43:14, 196:17

**settled** [1] - 50:17

**seven** [1] - 23:23

**sever** [3] - 21:9, 257:23, 276:19

**several** [5] - 63:25, 113:14, 117:5, 181:8, 283:19

**shall** [1] - 245:15

**share** [13] - 104:16, 105:12, 106:11, 125:7, 125:11, 125:12, 125:17, 125:20, 125:21, 171:9, 196:5, 198:7, 269:20

**shareholder** [1] - 196:1

**shareholders** [21] - 9:20, 9:23, 10:10, 10:15, 126:13, 164:20, 164:21, 191:22, 192:6, 192:11, 192:24, 193:12, 193:24, 195:1, 195:11, 197:5, 242:13, 243:15, 243:23, 244:9, 256:14

**shares** [16] - 11:3, 192:9, 192:12, 192:13, 193:1, 194:6, 194:14, 195:12, 196:15, 255:10, 255:15, 256:9, 256:11, 256:13, 257:2

**sharing** [1] - 289:3

**sharp** [1] - 116:11

**she** [29] - 7:1, 9:9, 23:14, 36:4, 122:25, 165:6, 253:2, 291:21, 293:16, 293:18, 293:23, 294:17, 294:18, 294:19, 294:21, 294:22, 294:25, 297:19, 297:20, 297:23, 297:25, 298:1, 298:11, 298:15, 298:17, 298:20, 300:4, 300:11

**she's** [6] - 165:21, 293:16, 294:13, 294:14, 300:12

**shift** [1] - 27:21

**Shifting** [1] - 46:15

**ship** [1] - 275:12

**shoehorn** [1] - 256:18

**shopping** [1] - 197:12

**short** [3] - 29:8, 85:22, 252:1

**shortly** [3] - 50:3, 59:9, 115:20

**should** [37] - 14:10, 16:2, 17:24, 21:16, 22:2, 22:21, 26:17, 29:25, 40:16, 56:18, 81:8, 88:19, 94:22, 100:21, 106:11, 122:3, 142:12, 152:14, 161:4, 165:13, 170:7, 170:21, 172:12, 173:23, 186:2, 189:18, 190:25, 191:1, 191:15, 202:16, 224:4, 249:15, 252:6, 253:1, 276:8, 279:4, 289:7

**shouldn't** [6] - 19:18, 28:3, 158:1, 195:21, 268:2, 277:16

**Shouldn't** [1] - 264:3

**show** [24] - 7:15, 11:21, 14:2, 27:1, 29:5, 40:2, 40:7, 40:9, 40:13, 57:24, 85:10, 114:12, 155:14, 158:13, 158:14, 179:7, 204:20, 215:23, 223:25, 234:21, 258:23, 276:2, 276:4, 285:5

**showed** [5] - 19:5, 154:3, 155:1, 202:23, 262:22

**showing** [9] - 17:6, 28:7, 35:19, 39:15, 39:22, 41:19, 41:23, 161:22, 257:13

**shown** [4] - 9:2, 113:3, 113:9, 211:10

**shows** [4] - 37:12, 47:3, 258:8, 285:21

**shred** [1] - 284:14

**Shupe** [6] - 23:20, 24:21, 147:20, 148:13, 247:4, 283:19

**side** [8] - 5:23, 7:9, 20:12, 22:12, 22:15, 53:13, 88:17, 267:22

**signal** [1] - 68:12

**signaling** [1] - 77:10

**signature** [2] - 242:18, 244:17

**significance** [3] - 117:12, 119:3, 261:20

**significant** [24] - 17:23, 27:6, 27:12, 27:21, 34:21, 36:25, 38:10, 41:20, 92:20, 124:3, 124:7, 124:8, 124:25, 135:1, 135:3, 135:16, 135:18, 135:24, 154:14, 163:15, 205:10, 220:20, 262:6, 286:9

**significantly** [3] - 53:16, 92:23, 176:11

**similar** [17] - 19:21, 21:4, 31:18, 98:8, 130:9, 160:12, 224:18, 229:13, 234:6, 234:8, 234:10, 234:11, 235:5, 235:9, 235:10, 297:21

**similarity** [1] - 235:6

**similarly** [4] - 26:6, 136:20, 143:4, 156:16

**Similarly** [1] - 1:6

**simple** [4] - 101:8, 103:10, 171:22, 213:6

**simplistic** [1] - 166:25

**simply** [1] - 295:3

**simultaneously** [1] - 52:2

**since** [10] - 90:20, 177:13, 180:7, 183:21, 222:4, 224:12, 225:2, 248:8, 258:3, 266:20

**single** [20] - 9:15, 26:13, 43:19, 68:19, 136:20, 150:14, 150:19, 150:21, 153:2, 153:3, 173:6, 173:13, 184:14, 184:18, 186:13, 188:6, 249:13, 249:14, 269:11

**sir** [1] - 115:23

**sit** [3] - 54:24, 237:20, 295:15

**sitting** [1] - 6:23

**Situated** [1] - 1:6

**situation** [2] - 27:17, 118:1

**situations** [1] - 28:3

**six** [6] - 12:3, 23:23, 25:10, 209:1, 225:11, 239:3

**size** [12] - 16:8, 17:17, 53:15, 53:20, 59:17, 78:14, 82:21, 83:3, 83:21, 143:9, 274:14, 275:8

**sizes** [3] - 56:15, 61:4, 96:14

**sizing** [4] - 44:4, 78:6, 83:11, 99:12

**skip** [1] - 14:6

**slide** [33] - 15:14, 17:2, 17:18, 18:9, 19:11, 19:12, 20:14, 24:13, 24:19, 53:10, 113:10, 113:12, 130:13, 130:24, 144:20, 147:19, 160:3, 161:14, 161:15, 161:17, 161:18, 161:22, 163:9, 163:15, 163:17, 164:7, 171:17, 247:14, 273:24, 274:18, 285:25

**Slide** [8] - 17:3, 24:12, 29:13, 30:5, 61:15, 113:16, 247:16

**slides** [1] - 132:19

**Slides** [1] - 265:6

**slight** [1] - 233:22

**slightest** [1] - 68:19

**slops** [1] - 175:12

**slow** [2] - 209:18, 285:19
**slower** [1] - 8:1
**slug** [1] - 93:1
**small** [1] - 82:8
**smaller** [5] - 16:14, 82:22, 83:21, 96:9, 186:14
**smaller-scale** [1] - 16:14
**Smith** [3] - 2:14, 303:2, 303:6
**snow** [3] - 4:5, 4:8, 12:1
**So** [4] - 78:24, 83:2, 84:3, 85:16
**so** [549] - 4:8, 5:17, 5:24, 6:20, 7:14, 7:18, 7:20, 8:8, 10:15, 11:4, 11:12, 12:21, 12:22, 13:22, 14:1, 14:2, 14:5, 15:3, 15:16, 16:14, 16:19, 16:23, 17:4, 18:3, 18:24, 19:7, 19:11, 19:12, 19:18, 19:21, 20:3, 20:14, 21:4, 21:5, 21:7, 21:22, 22:11, 23:5, 23:9, 24:4, 24:13, 24:15, 24:19, 25:20, 26:20, 27:4, 27:11, 27:19, 28:5, 28:20, 29:11, 31:19, 31:21, 32:16, 33:12, 34:1, 38:4, 38:6, 40:21, 43:20, 45:2, 45:14, 47:18, 50:2, 52:11, 53:14, 53:19, 54:10, 54:20, 55:5, 55:13, 55:21, 57:1, 58:17, 58:22, 59:17, 60:6, 61:7, 65:8, 65:11, 65:18, 66:1, 66:4, 66:5, 66:20, 69:25, 70:18, 71:20, 73:11, 74:9, 77:2, 79:8, 79:15, 80:2, 80:7, 80:9, 80:12, 80:13, 80:17, 81:5, 81:8, 81:14, 81:23, 82:15, 82:18, 82:24, 85:3, 85:16, 85:24, 86:19, 87:22, 88:2, 88:9, 89:8, 90:23, 93:11, 94:3, 95:5, 96:1, 96:7, 96:13, 96:15, 99:17, 101:8, 102:25, 104:11, 104:23, 105:25, 107:13, 109:10, 110:5, 110:7, 110:22, 111:16, 112:2, 113:9, 113:14, 113:15, 114:23, 119:14, 120:1, 120:5, 121:9, 122:24, 125:3, 125:8, 128:9, 128:20, 128:25, 129:7, 129:17, 129:18, 130:2, 130:7, 131:9, 132:4, 132:6, 132:9, 132:12, 132:13, 132:20, 133:1, 133:13, 133:15, 133:21, 133:23, 134:3, 134:5, 134:8, 134:15, 134:19, 135:6, 135:18, 135:23, 135:25, 137:1, 137:6, 137:9, 137:14, 137:15, 137:17, 137:22, 138:25, 139:11, 139:13, 140:8, 140:10, 140:21, 140:22, 141:6, 141:18, 142:9, 142:12, 142:22, 143:5, 143:13, 143:16, 143:17, 143:20, 143:21, 144:2, 144:3, 144:5, 144:7, 144:20, 145:7, 145:14, 145:17, 146:1, 146:4, 146:10, 146:12, 147:3, 147:5, 147:7, 147:25, 149:15, 149:16, 149:24, 150:11, 150:14, 150:16, 150:22, 150:25, 151:7, 151:14, 151:16, 151:19, 152:1, 152:6, 152:20, 152:23, 152:24, 152:25, 153:1, 153:6, 153:9, 153:14, 153:17, 153:20, 153:21, 153:24, 154:3, 154:10, 154:12, 154:17, 155:5, 155:6, 155:7, 155:8, 155:11, 155:17, 155:19, 155:21, 155:23, 155:25, 156:6, 156:7, 156:12, 156:15, 156:18, 156:20, 156:22, 157:3, 157:11,

157:14, 157:17, 158:4, 158:9, 158:25, 159:11, 159:16, 159:17, 159:22, 160:5, 160:12, 160:24, 161:1, 161:2, 161:3, 161:13, 161:21, 161:23, 161:25, 162:7, 162:9, 162:12, 163:12, 163:13, 163:16, 163:21, 164:3, 164:11, 166:2, 166:8, 167:3, 168:12, 168:18, 169:2, 169:25, 170:3, 170:22, 171:2, 171:5, 171:6, 171:22, 172:5, 172:24, 173:12, 173:17, 173:21, 174:5, 174:6, 174:19, 175:2, 175:18, 176:8, 176:25, 179:8, 180:22, 181:6, 181:17, 182:5, 182:9, 182:14, 182:17, 183:25, 184:11, 184:17, 184:25, 185:3, 185:7, 185:16, 185:18, 186:6, 186:20, 187:1, 187:4, 187:9, 187:13, 187:16, 187:18, 187:22, 188:3, 188:5, 188:10, 188:14, 188:19, 188:21, 189:12, 189:14, 189:17, 189:22, 189:25, 190:4, 190:7, 190:15, 190:18, 190:19, 191:8, 191:16, 191:22, 191:24, 191:25, 192:8, 192:10, 192:12, 192:13, 192:17, 192:19, 192:21, 192:23, 193:3, 193:4, 193:6, 193:10, 193:14, 193:17, 193:18, 193:21, 193:23, 194:2, 194:8, 194:18, 194:19, 194:21, 195:3, 195:5, 195:6, 195:9, 195:10, 195:12, 195:16, 195:17, 196:1, 196:6, 196:8, 196:13, 196:20, 196:25, 197:8, 197:11, 197:13, 197:17, 197:20, 198:11, 198:13, 201:20, 201:22, 202:25, 204:24, 205:20, 209:2, 209:10, 210:13, 211:9, 212:9, 212:10, 212:17, 213:17, 214:3, 214:10, 215:21, 216:23, 217:8, 218:25, 219:2, 220:5, 220:9, 222:3, 223:14, 223:25, 224:3, 225:25, 226:10, 228:1, 230:14, 230:17, 230:18, 234:3, 234:14, 235:8, 236:2, 236:4, 236:11, 237:10, 237:17, 238:19, 238:22, 239:12, 239:15, 239:16, 240:1, 240:4, 240:9, 241:22, 242:9, 242:21, 243:20, 244:8, 245:18, 246:7, 247:18, 248:4, 248:5, 248:12, 249:17, 250:8, 250:18, 250:25, 251:10, 251:17, 252:14, 252:16, 253:25, 254:7, 254:22, 255:22, 256:11, 256:13, 256:15, 256:21, 257:2, 258:16, 259:18, 259:19, 260:7, 260:9, 262:11, 264:6, 264:9, 265:19, 266:11, 267:6, 267:14, 269:9, 270:10, 270:14, 270:18, 270:19, 274:15, 275:3, 276:17, 277:2, 277:12, 280:5, 281:3, 281:10, 284:3, 288:6, 288:10, 288:21, 289:10, 290:11, 290:23, 291:21, 292:7, 293:8, 293:22, 294:1, 295:1, 295:2, 295:20, 297:7, 297:10, 297:19, 298:2, 298:15, 298:24, 299:4, 299:13, 300:14, 300:21, 301:6, 301:7, 301:17
**sold** [3] - 101:7, 167:5, 190:2
**solely** [2] - 122:10, 231:9
**solid** [3] - 63:21, 77:17, 115:2
**solution** [1] - 279:17

**some** [109] - 11:2, 12:7, 12:8, 17:25, 20:23, 21:17, 22:22, 27:4, 32:16, 40:3, 41:9, 41:25, 44:5, 44:11, 51:11, 59:18, 66:7, 67:10, 80:11, 81:7, 82:18, 84:9, 85:4, 85:6, 85:10, 85:11, 85:17, 95:4, 96:8, 98:6, 98:9, 101:8, 104:23, 110:20, 111:22, 112:15, 121:24, 125:2, 125:10, 134:13, 134:22, 134:24, 135:14, 137:3, 139:8, 139:10, 140:22, 142:15, 143:25, 153:14, 153:15, 154:25, 155:2, 155:22, 155:24, 156:2, 163:5, 165:11, 171:1, 172:1, 172:10, 172:14, 172:16, 172:21, 175:12, 179:14, 183:15, 183:22, 184:11, 186:14, 191:4, 191:5, 191:24, 197:16, 197:21, 212:13, 212:22, 213:8, 233:22, 236:4, 237:20, 242:7, 246:23, 250:5, 250:7, 257:2, 257:25, 258:12, 260:10, 260:15, 263:15, 264:19, 266:8, 266:12, 272:17, 272:18, 272:22, 274:3, 277:1, 280:14, 287:17, 294:18, 296:2, 298:18, 301:8, 301:9
**somebody** [2] - 7:21, 170:3
**somehow** [4] - 143:10, 157:8, 188:25, 293:18
**someone** [8] - 165:16, 193:20, 197:15, 201:22, 203:2, 224:17, 255:10
**something** [102] - 9:10, 10:11, 16:12, 19:9, 19:17, 23:22, 31:14, 39:20, 50:16, 68:12, 98:3, 98:5, 101:18, 104:12, 106:20, 111:1, 111:3, 113:12, 118:11, 122:4, 123:2, 125:10, 135:13, 135:15, 136:1, 143:14, 147:5, 147:23, 150:2, 151:7, 154:6, 154:18, 154:19, 158:14, 158:15, 161:8, 161:16, 163:2, 167:16, 167:24, 170:8, 174:8, 174:12, 174:18, 181:6, 183:3, 184:9, 186:2, 187:10, 188:11, 189:4, 190:15, 190:19, 190:21, 192:14, 192:18, 192:22, 193:3, 193:16, 194:20, 196:10, 196:18, 196:19, 197:6, 219:6, 221:6, 232:15, 234:6, 234:13, 235:24, 236:5, 239:11, 248:5, 248:13, 265:4, 269:20, 276:12, 278:5, 278:6, 285:8, 285:9, 286:5, 293:9, 294:6, 294:21, 295:5, 297:3, 297:7, 297:21, 298:21, 300:9, 300:10, 301:17, 301:21
**sometimes** [8] - 36:14, 39:25, 43:2, 182:19, 183:14, 239:10, 256:20, 286:14
**somewhat** [2] - 82:21, 93:5
**somewhere** [2] - 56:2, 285:8
**soon** [1] - 302:1
**sophisticated** [1] - 24:7
**sorry** [23] - 49:5, 49:22, 50:21, 57:23, 66:16, 71:8, 80:7, 124:5, 131:18, 149:11, 166:10, 169:3, 177:4, 207:2, 209:18, 209:24, 210:3, 216:18, 223:1, 231:15, 246:14, 269:8
**sort** [32] - 16:13, 19:23, 21:17, 24:21, 29:16, 38:11, 56:18, 85:18, 112:2, 122:16, 152:11, 155:23, 161:20, 162:6, 170:15, 176:3, 176:4, 176:20, 176:21,

183:15, 184:11, 191:5, 191:23, 194:18, 255:12, 284:3, 288:23, 288:24, 289:10, 289:13, 290:1, 291:4

**sorts** [1] - 89:22
**sound** [1] - 162:6
**sounding** [1] - 251:8
**sounds** [19] - 33:8, 37:22, 45:16, 159:23, 201:9, 207:22, 209:3, 219:12, 220:18, 227:13, 227:20, 234:9, 237:9, 243:24, 245:22, 246:17
**source** [1] - 250:5
**sources** [5] - 122:14, 122:19, 210:15, 215:14, 264:9
**south** [1] - 209:20
**southern** [1] - 2:16
**Southern** [10] - 46:8, 49:11, 93:14, 95:8, 199:2, 200:5, 236:9, 255:25, 297:13, 303:2
**SOUTHERN** [1] - 1:1
**space** [2] - 82:7, 268:7
**spaced** [16] - 70:25, 74:22, 78:4, 81:16, 83:12, 84:4, 84:7, 84:10, 85:17, 85:19, 86:24, 88:13, 97:1, 111:21, 116:15, 263:6
**spacing** [73] - 17:13, 17:15, 17:21, 18:7, 44:4, 47:12, 47:13, 48:12, 48:19, 51:23, 56:25, 66:23, 71:5, 71:7, 71:14, 72:11, 72:13, 72:21, 77:15, 77:19, 78:6, 79:3, 79:10, 79:19, 79:24, 80:23, 81:6, 81:8, 81:14, 81:18, 81:21, 81:23, 82:7, 82:10, 83:11, 85:7, 86:22, 92:4, 96:6, 96:9, 96:10, 99:1, 99:8, 99:11, 99:21, 99:22, 100:1, 103:18, 108:10, 129:2, 131:24, 156:6, 156:20, 156:22, 178:2, 253:12, 258:17, 258:21, 258:22, 259:22, 261:5, 261:10, 270:25, 271:10, 272:8, 273:13, 274:21, 275:4, 275:23, 279:7, 285:13, 285:16, 286:17
**spacing..** [1] - 82:25
**spacings** [1] - 61:1
**Spanish** [2] - 55:11, 62:16
**speak** [1] - 100:10
**speaking** [2] - 15:20, 137:13
**specialist** [1] - 4:16
**specific** [54] - 18:11, 20:17, 21:1, 21:2, 21:4, 25:6, 36:24, 40:20, 49:19, 84:5, 100:21, 108:7, 114:1, 114:5, 128:3, 132:5, 136:1, 139:9, 147:10, 152:3, 152:6, 205:6, 227:7, 228:2, 229:7, 229:8, 229:11, 229:13, 229:16, 229:21, 229:24, 229:25, 231:8, 231:18, 231:20, 232:3, 233:12, 233:16, 235:5, 237:13, 239:24, 240:9, 242:21, 247:24, 249:22, 251:9, 251:10, 251:11, 269:20, 269:21, 283:8, 283:9, 289:20, 298:23
**specifically** [13] - 20:15, 68:13, 78:1, 114:9, 146:25, 150:12, 225:6, 228:7, 228:8, 247:3, 248:17, 271:19, 292:3
**specificity** [5] - 40:12, 98:1, 185:2, 191:5, 191:6

**specifics** [1] - 253:8
**speculate** [2] - 33:12, 40:16
**speed** [2] - 104:5, 218:21
**spend** [1] - 117:3
**spending** [2] - 67:3, 261:22
**spent** [4] - 125:2, 148:4, 293:24, 301:19
**spill** [28] - 101:15, 101:17, 101:21, 101:22, 102:1, 102:3, 102:15, 102:17, 102:25, 103:3, 103:6, 103:11, 104:3, 104:4, 104:11, 107:9, 107:13, 119:23, 169:15, 171:13, 176:1, 176:2, 176:8, 179:25, 181:16
**spin** [2] - 70:24, 75:6
**spoke** [3] - 114:8, 120:12, 271:13
**spoken** [1] - 242:4
**spokesmen** [2] - 23:3, 23:8
**sponsored** [1] - 51:7
**sponte** [2] - 257:4, 299:2
**spot** [2] - 18:21, 61:6
**spots** [1] - 286:17
**Spraberry** [1] - 117:6
**spread** [1] - 193:17
**spud** [1] - 285:17
**spudding** [2] - 81:7, 81:10
**spun** [1] - 71:12
**square** [1] - 52:2
**squarely** [1] - 23:6
**squiggly** [1] - 129:6
**stable** [1] - 275:12
**staff** [2] - 215:4, 230:21
**stage** [4] - 7:6, 16:19, 27:23, 28:18
**stages** [8] - 16:2, 18:6, 60:3, 60:19, 102:20, 174:4, 174:6, 274:20
**stair** [1] - 171:3
**stand** [2] - 6:1, 31:24
**standard** [15] - 9:15, 39:9, 40:15, 147:13, 151:2, 179:2, 179:23, 237:18, 279:1, 293:11, 296:3, 297:12, 297:15, 297:19, 298:2
**standpoint** [5] - 17:17, 286:10, 286:13, 290:1, 301:18
**Stanford** [1] - 127:23
**Star** [2] - 171:7, 255:25
**start** [20] - 5:14, 7:15, 32:14, 38:8, 53:18, 54:21, 88:2, 88:16, 89:24, 92:11, 132:15, 140:2, 253:5, 254:5, 264:21, 271:16, 277:1, 277:9, 280:1, 280:13
**started** [7] - 16:2, 24:1, 30:23, 64:13, 112:15, 129:3, 165:11
**starting** [6] - 16:13, 54:14, 150:13, 264:13, 266:12, 289:13
**starts** [12] - 47:19, 48:25, 66:8, 66:18, 80:10, 88:10, 92:15, 165:3, 179:5, 266:13, 277:10, 281:7
**state..** [1] - 175:17
**stated** [8] - 81:16, 108:18, 116:10, 116:24, 177:25, 203:21, 209:10, 259:4
**statement** [114] - 13:20, 13:21, 13:22, 19:24, 20:17, 20:18, 21:16, 22:19,

23:24, 25:23, 29:21, 34:4, 36:9, 36:17, 38:14, 38:24, 40:12, 42:7, 42:8, 49:19, 52:20, 67:18, 72:19, 79:12, 84:12, 88:15, 89:2, 89:7, 90:13, 91:13, 91:20, 92:17, 93:17, 93:19, 94:10, 94:14, 95:12, 95:13, 96:16, 96:17, 96:18, 96:21, 97:22, 98:1, 98:7, 98:9, 98:10, 99:7, 101:11, 118:11, 133:16, 134:11, 134:12, 134:14, 141:4, 143:7, 143:22, 154:6, 154:7, 156:17, 160:16, 160:17, 160:21, 160:22, 161:7, 161:24, 163:4, 164:1, 165:25, 178:2, 178:4, 180:2, 184:15, 185:1, 185:4, 187:22, 228:2, 235:21, 235:22, 236:5, 245:16, 245:20, 246:4, 246:7, 253:9, 253:14, 253:25, 256:10, 264:10, 264:11, 264:12, 269:14, 270:4, 270:5, 271:22, 271:23, 271:24, 272:1, 272:4, 273:3, 273:14, 274:25, 275:1, 275:7, 275:9, 277:7, 285:21, 286:5, 292:4, 292:21, 295:16, 300:13

**Statements** [3] - 3:4, 142:6, 142:24
**statements** [149] - 13:25, 14:3, 15:9, 15:14, 19:3, 19:22, 20:1, 20:4, 20:10, 20:25, 21:2, 21:11, 21:23, 22:12, 22:13, 23:1, 23:2, 23:4, 23:5, 24:10, 25:5, 25:9, 26:15, 26:21, 29:21, 30:22, 39:7, 42:13, 42:18, 44:5, 49:15, 57:14, 63:14, 67:2, 70:16, 74:5, 74:8, 82:6, 84:9, 87:21, 87:23, 88:3, 89:6, 90:3, 90:6, 90:19, 93:6, 95:21, 96:24, 97:14, 98:17, 99:14, 99:16, 100:3, 106:25, 117:25, 118:10, 129:14, 129:18, 130:7, 130:12, 130:14, 131:7, 131:10, 131:13, 132:8, 132:11, 132:20, 132:24, 133:6, 136:15, 136:16, 137:3, 137:8, 137:9, 137:12, 137:20, 137:21, 137:22, 138:17, 139:5, 139:9, 139:11, 139:20, 140:3, 140:4, 141:1, 141:2, 142:15, 149:14, 150:8, 154:2, 154:11, 154:15, 155:3, 157:21, 158:7, 158:10, 158:11, 158:17, 159:10, 162:10, 162:16, 162:17, 162:22, 163:6, 164:4, 168:23, 173:15, 177:18, 180:1, 182:2, 182:3, 185:18, 187:7, 188:10, 225:19, 225:25, 228:12, 248:12, 248:19, 250:21, 251:7, 251:8, 254:6, 258:23, 259:13, 260:7, 260:11, 264:7, 264:9, 266:8, 270:7, 270:8, 270:20, 273:1, 274:22, 275:10, 276:6, 277:2, 277:13, 280:7, 280:14, 281:22, 281:25, 286:15, 289:3
**STATES** [2] - 1:1, 1:13
**States** [2] - 2:15, 303:2
**stating** [2] - 171:18, 259:9
**statistic** [1] - 159:19
**statistical** [2] - 219:2, 220:20
**statistically** [15] - 34:21, 36:25, 38:9, 41:20, 124:3, 124:7, 124:8, 124:24, 135:1, 135:2, 135:16, 135:18, 135:23, 154:13, 205:10

**statistics** [1] - 207:12
**stay** [2] - 7:7, 288:18
**stays** [1] - 13:16
**steady** [3] - 56:23, 59:15, 96:4
**stenography** [1] - 1:24
**step** [6] - 126:19, 171:3, 251:22, 264:17, 274:3, 296:12
**stepping** [1] - 37:14
**steps** [4] - 15:24, 17:21, 24:2, 59:20
**Sterling** [8] - 4:19, 87:8, 87:16, 138:12, 144:11, 181:2, 279:23, 285:7
**STERLING** [96] - 2:1, 4:19, 7:4, 32:5, 32:10, 44:15, 44:16, 45:18, 45:20, 46:19, 46:23, 47:6, 47:10, 47:15, 47:16, 47:21, 47:23, 48:5, 48:7, 48:15, 48:17, 48:22, 48:23, 49:4, 49:9, 49:22, 50:1, 50:5, 50:6, 51:2, 51:3, 51:18, 52:24, 52:25, 53:3, 53:5, 53:7, 53:9, 53:23, 54:2, 54:13, 54:15, 55:18, 55:19, 56:7, 56:10, 57:16, 57:21, 58:1, 58:3, 58:7, 58:11, 59:5, 59:8, 59:11, 59:14, 60:12, 61:13, 61:17, 62:9, 62:12, 62:24, 63:5, 64:5, 64:8, 65:11, 65:13, 65:18, 65:22, 67:17, 68:1, 71:9, 71:10, 75:13, 75:14, 75:21, 76:1, 76:11, 76:13, 87:10, 87:13, 87:17, 87:18, 88:5, 88:8, 93:8, 93:10, 95:24, 95:25, 98:20, 98:21, 107:24, 108:1, 112:5, 126:18, 251:24
**Sterling's** [2] - 166:3, 182:8
**Sterling..........** [1] - 3:8
**steroids** [1] - 176:22
**still** [40] - 16:5, 16:9, 16:21, 18:4, 19:2, 57:8, 60:18, 61:1, 70:14, 79:25, 81:15, 82:6, 84:12, 93:2, 96:12, 125:21, 168:14, 168:16, 172:12, 172:21, 181:16, 182:6, 191:11, 195:24, 196:11, 196:19, 212:19, 252:14, 256:12, 258:11, 258:12, 263:2, 263:21, 265:3, 274:15, 275:17, 276:15, 297:4, 297:16, 300:24
**stipulate** [1] - 176:18
**stock** [112] - 11:1, 13:14, 13:15, 13:17, 13:19, 27:11, 30:17, 33:20, 33:22, 34:2, 34:3, 34:22, 35:1, 35:24, 36:3, 36:5, 36:18, 36:25, 37:8, 39:18, 39:22, 39:23, 68:8, 68:25, 69:1, 70:8, 102:20, 102:24, 104:5, 104:10, 104:22, 106:12, 109:25, 121:8, 123:19, 124:25, 128:3, 132:5, 133:14, 133:17, 133:18, 133:21, 133:23, 134:6, 134:8, 135:1, 135:8, 135:10, 135:20, 138:1, 139:21, 140:6, 141:8, 142:1, 142:11, 142:13, 142:19, 143:11, 145:8, 145:13, 149:23, 151:12, 159:19, 160:7, 160:17, 161:1, 166:20, 167:17, 167:23, 169:20, 170:12, 170:22, 170:23, 173:22, 177:1, 179:10, 182:25, 183:1, 186:22, 187:2, 188:15, 191:22, 192:1, 192:3, 193:17, 194:11, 194:13, 195:8, 195:9, 196:2, 201:21, 202:3, 202:6, 202:9, 202:16, 202:23,

205:11, 209:11, 218:6, 220:7, 220:9, 220:20, 220:24, 222:15, 222:18, 251:1, 251:13, 254:25, 255:1, 257:15, 264:8
**stock-for-stock** [1] - 192:1
**stockholders** [1] - 10:5
**stop** [3] - 166:23, 277:10, 301:12
**stopped** [4] - 179:1, 220:13, 235:12, 240:15
**stories** [13] - 200:7, 200:18, 200:21, 201:1, 201:2, 201:5, 201:17, 201:19, 201:25, 203:11, 211:23, 212:13, 249:17
**story** [5] - 173:12, 215:22, 249:24, 250:2, 250:9
**straight** [1] - 176:13
**straight-up** [1] - 176:13
**strained** [1] - 277:16
**strategic** [5] - 63:21, 99:2, 197:19, 278:8, 278:9
**strategies** [2] - 108:10, 108:11
**strategy** [4] - 261:13, 261:23, 271:17, 275:20
**straw** [1] - 266:25
**straws** [1] - 267:1
**stream** [1] - 140:13
**Street** [2] - 1:22, 208:24
**strengthen** [1] - 97:18
**stretch** [1] - 87:12
**strike** [2] - 295:24, 301:22
**striking** [1] - 43:13
**stringing** [1] - 51:25
**strip** [1] - 14:24
**strong** [10] - 24:23, 25:4, 33:18, 65:24, 77:22, 91:3, 117:8, 129:21, 270:15
**strongest** [1] - 277:1
**struck** [1] - 298:12
**structured** [2] - 297:10, 299:19
**studied** [1] - 289:15
**studies** [1] - 34:19
**study** [11] - 28:24, 36:22, 45:6, 73:20, 123:25, 124:2, 135:18, 136:5, 209:11, 265:15, 298:21
**stuff** [2] - 32:15, 154:18
**stylized** [1] - 119:24
**sua** [2] - 257:4, 299:2
**subclass** [4] - 256:24, 257:3, 257:4, 279:19
**subclasses** [2] - 101:14, 101:25
**subject** [1] - 282:3
**subjective** [1] - 288:24
**subjectively** [1] - 33:5
**submit** [4] - 5:25, 212:18, 213:25, 283:16
**submitted** [8] - 5:19, 8:7, 8:19, 23:19, 31:22, 139:4, 199:18, 227:2
**submitting** [2] - 199:16, 301:20
**subset** [3] - 138:25, 146:10, 226:5
**substantial** [4] - 10:20, 89:5, 112:24, 204:4
**substantiate** [1] - 294:16

**substantiated** [1] - 11:22
**substantive** [5] - 20:3, 21:19, 25:15, 65:19, 282:18
**subtitle** [1] - 226:11
**subtract** [1] - 179:11
**success** [7] - 30:10, 69:16, 94:20, 108:9, 259:3, 270:15, 270:17
**successful** [3] - 70:1, 177:23, 261:5
**successfully** [1] - 64:13
**such** [10] - 35:19, 102:19, 108:13, 121:16, 171:9, 186:5, 197:22, 215:15, 246:23, 259:8
**Sucharow** [2] - 1:18, 4:14
**sue** [1] - 172:2
**suffer** [1] - 166:16
**suffice** [2] - 114:7, 254:23
**sufficient** [1] - 185:24
**suggest** [6] - 55:16, 58:25, 94:17, 97:9, 98:12, 111:6
**suggested** [2] - 74:6, 107:8
**suggesting** [7] - 72:17, 77:6, 81:23, 84:12, 102:16, 105:11, 170:24
**suggests** [7] - 89:11, 89:14, 89:15, 90:12, 90:13, 91:13, 94:16
**Suisse** [3] - 262:1, 262:5, 262:16
**Suite** [4] - 1:22, 2:3, 2:7, 2:11
**suitor** [1] - 197:21
**sum** [3] - 119:11, 144:15, 198:13
**summarize** [4] - 27:20, 110:5, 245:17, 246:3
**summarized** [3] - 129:16, 246:6, 246:11
**summarizes** [2] - 152:16, 246:2
**summary** [9] - 24:13, 24:14, 102:14, 130:13, 160:3, 164:3, 272:24, 277:6, 277:7
**super** [1] - 72:10
**superiority** [3] - 254:10, 254:11, 277:25
**supplemental** [3] - 23:19, 283:20, 290:19
**suppliers** [1] - 268:14
**supply** [1] - 228:17
**support** [9] - 9:24, 227:6, 228:13, 243:8, 245:7, 252:10, 257:20, 298:9
**supported** [3] - 131:7, 299:20, 299:24
**supporting** [2] - 108:11, 244:3
**supportive** [1] - 227:7
**supports** [2] - 43:24, 117:14
**supposed** [3] - 22:3, 185:2, 214:22
**supposedly** [1] - 193:4
**Supreme** [24] - 13:4, 19:8, 22:20, 23:25, 32:18, 40:10, 41:6, 88:24, 134:2, 148:2, 264:24, 277:15, 280:17, 280:20, 280:24, 281:15, 282:4, 282:5, 284:25, 289:23, 290:5, 291:20, 292:2, 293:3
**sur** [15] - 8:10, 210:18, 210:21, 210:24, 211:11, 215:9, 215:13, 227:23, 228:1, 228:11, 228:17, 228:22, 237:23, 243:25, 280:4

**sur-reply** [14] - 8:10, 210:18, 210:21, 210:24, 211:11, 215:9, 215:13, 227:23, 228:1, 228:11, 228:22, 237:23, 243:25, 280:4

**sur-supply** [1] - 228:17

**sure** [54] - 10:2, 11:10, 31:15, 39:9, 44:10, 46:1, 57:5, 69:23, 72:5, 78:10, 78:12, 79:7, 80:20, 81:1, 87:10, 87:13, 112:3, 119:14, 127:15, 131:19, 146:1, 149:1, 152:20, 165:1, 166:24, 179:8, 181:5, 181:6, 189:2, 217:17, 217:22, 217:23, 218:14, 232:21, 234:22, 236:14, 241:5, 244:4, 245:21, 246:9, 247:23, 255:8, 267:3, 272:24, 279:2, 284:24, 287:10, 287:12, 288:15, 289:7, 291:14

**Sure** [3] - 60:24, 81:12, 85:22

**surely** [1] - 284:20

**surface** [1] - 298:3

**surprise** [4] - 156:10, 156:11, 156:12, 262:3

**surprised** [3] - 7:10, 121:23, 156:8

**surprises** [1] - 11:20

**surprising** [4] - 117:16, 250:4, 250:8, 259:24

**surveyed** [1] - 35:15

**survived** [3] - 19:15, 19:17, 19:20

**surviving** [1] - 30:7

**Susquehanna** [1] - 81:5

**switch** [4] - 5:15, 42:24, 164:11, 185:12

**sworn** [2] - 32:8, 127:10

**synergies** [4] - 197:18, 273:2, 273:15, 273:20

**Synergy** [1] - 273:17

**synonym** [1] - 77:4

**synthesize** [1] - 291:12

**SYSTEM** [1] - 1:4

**System** [1] - 257:2

**systematic** [2] - 147:6, 205:3

## T

**tab** [1] - 59:6

**Tab** [20] - 44:15, 45:1, 47:15, 48:22, 48:24, 49:25, 51:2, 52:24, 53:23, 55:18, 56:4, 57:16, 60:12, 61:13, 62:24, 65:8, 75:13, 75:21, 88:5, 113:16

**table** [5] - 4:14, 35:6, 152:16, 152:19, 153:10

**tables** [1] - 233:23

**tactic** [1] - 290:11

**take** [30] - 5:10, 7:18, 13:19, 22:13, 29:18, 42:11, 87:8, 102:10, 105:3, 164:2, 164:25, 165:7, 170:24, 177:7, 179:9, 179:20, 195:15, 198:11, 203:18, 248:19, 252:1, 252:19, 264:14, 264:15, 285:23, 287:16, 287:17, 287:19, 288:22, 301:25

**takeaways** [1] - 40:24

**taken** [5] - 163:9, 179:14, 255:5, 265:18, 290:11

**takeover** [1] - 197:16

**takes** [1] - 101:5

**taking** [14] - 106:15, 106:17, 133:20, 152:23, 170:4, 175:23, 180:23, 182:4, 206:7, 277:14, 278:17, 284:9, 286:5, 298:6

**talk** [41] - 7:15, 8:1, 9:2, 9:11, 9:14, 13:9, 14:7, 14:25, 19:11, 26:14, 33:18, 38:6, 42:25, 64:19, 77:12, 87:3, 87:7, 87:12, 88:15, 100:4, 100:15, 101:9, 119:10, 128:6, 129:22, 131:25, 140:1, 140:19, 155:11, 162:13, 162:14, 162:17, 168:4, 182:12, 221:22, 232:13, 262:23, 277:18, 281:11

**talked** [40] - 5:12, 5:22, 21:1, 21:2, 53:10, 59:18, 60:22, 75:17, 83:2, 87:19, 101:10, 118:23, 121:25, 133:10, 135:16, 136:14, 144:5, 146:24, 149:18, 165:25, 183:25, 202:15, 208:13, 227:22, 233:12, 246:22, 249:17, 249:19, 249:23, 256:19, 259:25, 260:23, 262:21, 278:12, 279:12, 286:11, 291:20, 293:1, 294:2, 298:10

**talking** [46] - 19:18, 36:7, 36:11, 47:2, 48:18, 49:15, 51:20, 52:5, 52:7, 57:22, 59:12, 70:2, 70:4, 72:1, 72:3, 79:17, 79:23, 80:17, 84:11, 86:7, 86:9, 95:14, 107:3, 125:2, 138:25, 149:15, 156:10, 158:5, 164:8, 165:18, 169:13, 185:14, 186:11, 186:23, 254:9, 257:6, 261:23, 262:13, 265:12, 267:16, 267:23, 268:1, 268:2, 268:5, 283:8, 290:22

**talks** [15] - 45:19, 46:20, 47:11, 47:24, 48:8, 48:9, 48:12, 48:14, 54:4, 61:19, 61:24, 128:12, 178:10, 293:3, 295:1

**target** [5] - 160:8, 294:23, 294:24, 296:25, 300:8

**targets** [2] - 151:25, 162:11

**task** [2] - 90:5, 258:1

**tasked** [2] - 291:7, 292:1

**taught** [2] - 274:12, 274:13

**tautological** [1] - 190:11

**Taylor** [2] - 55:10, 62:16

**TD** [1] - 262:2

**team** [11] - 76:23, 77:8, 151:3, 224:11, 224:17, 225:3, 225:16, 229:23, 230:8, 233:1, 242:4

**technical** [3] - 36:24, 227:19, 258:4

**techniques** [2] - 178:19, 259:6

**Ted** [2] - 55:11, 62:17

**tell** [39] - 9:6, 10:8, 14:15, 21:19, 21:20, 88:25, 91:18, 127:14, 128:13, 129:17, 129:20, 134:9, 135:8, 135:12, 136:2, 141:12, 150:12, 153:25, 154:18, 154:19, 161:7, 163:12, 163:23, 164:16, 164:24, 165:21, 165:22, 171:15, 175:7, 182:19, 184:5, 188:16, 189:12, 189:22, 190:11, 196:10, 268:12, 272:4, 300:6

**telling** [18] - 25:10, 58:22, 60:6, 62:13, 91:23, 105:25, 153:18, 154:20, 154:22, 188:17, 212:19, 213:14, 240:4, 261:2, 273:4, 273:24, 274:16, 275:3

**tells** [12] - 41:21, 135:13, 135:25, 161:8, 163:25, 190:25, 191:2, 193:9, 194:4, 219:6, 271:4, 274:10

**temperature** [1] - 252:23

**ten** [5] - 5:23, 6:7, 87:9, 165:7, 252:19

**ten-minute** [1] - 87:9

**tend** [2] - 137:8, 140:14

**Tenth** [1] - 183:5

**term** [22] - 43:6, 43:8, 46:16, 56:17, 60:11, 74:7, 96:11, 100:20, 103:19, 121:2, 147:8, 168:3, 179:9, 229:1, 235:23, 236:4, 241:2, 241:7, 241:12, 241:13, 241:23, 243:17

**terms** [25] - 18:20, 19:21, 25:6, 32:17, 44:20, 53:11, 64:21, 68:25, 82:24, 83:11, 108:18, 118:3, 124:13, 125:9, 130:2, 133:8, 171:22, 218:14, 218:17, 232:12, 235:5, 255:19, 274:14, 275:8, 280:18

**terrible** [1] - 101:19

**test** [24] - 17:13, 17:15, 17:25, 23:1, 24:2, 38:12, 72:23, 74:25, 77:14, 80:15, 81:20, 83:11, 96:9, 130:21, 130:22, 142:25, 143:3, 156:6, 156:7, 156:8, 156:9, 158:18, 173:13

**testability** [1] - 290:21

**tested** [6] - 56:24, 79:10, 85:7, 96:5, 129:2, 158:21

**testified** [20] - 8:18, 32:8, 102:21, 104:2, 104:14, 107:11, 127:10, 136:6, 147:1, 159:7, 170:18, 171:11, 199:2, 199:5, 212:4, 214:8, 214:14, 241:18, 245:23, 287:11

**testify** [4] - 41:10, 42:22, 140:15, 236:12

**testifying** [6] - 199:13, 199:15, 214:5, 236:15, 245:13, 292:7

**testimony** [55] - 5:18, 6:19, 7:1, 7:14, 8:7, 8:12, 9:2, 12:9, 13:7, 21:21, 25:7, 27:3, 27:7, 31:5, 31:22, 31:24, 100:14, 102:22, 107:25, 108:5, 112:8, 112:19, 136:8, 136:11, 138:15, 138:16, 147:22, 149:4, 156:2, 162:19, 170:14, 182:2, 199:17, 199:18, 214:8, 214:25, 225:9, 225:10, 225:13, 225:14, 230:14, 234:17, 239:3, 247:25, 249:19, 251:23, 263:16, 285:4, 289:25, 290:6, 291:2, 291:15, 291:23, 295:14, 299:11

**Testimony** [1] - 200:1

**testing** [12] - 18:7, 44:3, 58:23, 60:7, 79:24, 80:14, 81:13, 81:24, 99:11, 100:1, 275:4, 286:16

**tests** [2] - 81:16, 156:22

**Texas** [12] - 1:23, 2:4, 2:7, 2:12, 2:16, 2:17, 128:11, 199:2, 200:5, 256:1, 267:4, 303:3

**TEXAS** [2] - 1:1, 1:6
**text** [9] - 90:15, 129:17, 129:24, 129:25, 130:17, 147:7, 147:9, 289:14
**textbooks** [1] - 207:11
**than** [82] - 6:7, 20:21, 20:22, 50:18, 50:21, 60:1, 66:5, 69:7, 69:10, 69:19, 69:20, 70:6, 70:7, 70:10, 70:14, 71:15, 71:24, 72:6, 72:22, 73:17, 74:25, 77:15, 79:3, 79:15, 80:2, 81:21, 82:9, 84:10, 84:13, 85:24, 86:23, 95:3, 102:19, 103:1, 103:5, 103:20, 104:13, 110:4, 111:14, 125:13, 134:5, 134:8, 136:1, 143:21, 167:17, 169:1, 171:1, 172:19, 181:10, 187:14, 187:18, 192:10, 193:12, 195:18, 195:19, 195:20, 195:24, 196:3, 196:9, 196:11, 196:20, 196:22, 197:1, 198:11, 230:15, 230:16, 231:11, 231:22, 254:11, 274:5, 279:25, 282:7, 285:9, 286:14, 288:3, 294:3, 294:7, 295:11, 298:5, 301:7
**thank** [31] - 4:3, 8:5, 11:23, 15:17, 31:11, 57:25, 58:5, 76:17, 82:12, 87:17, 112:10, 126:16, 143:7, 165:8, 166:7, 183:21, 203:18, 238:5, 242:25, 244:25, 251:18, 251:20, 253:4, 279:21, 279:22, 292:10, 292:11, 292:18, 301:23, 301:24, 302:3
**thankful** [1] - 275:23
**thanks** [2] - 8:2, 198:23
**that** [1803] - 4:9, 6:5, 6:13, 6:18, 6:20, 7:1, 7:23, 8:19, 8:20, 9:6, 9:8, 9:9, 9:12, 9:16, 9:17, 9:19, 9:22, 9:23, 10:4, 10:8, 10:9, 10:11, 10:13, 10:15, 11:3, 11:6, 11:9, 11:10, 11:12, 11:18, 11:20, 11:21, 12:1, 12:12, 12:24, 13:1, 13:2, 13:3, 13:5, 13:9, 13:13, 13:17, 13:20, 13:21, 13:22, 14:11, 14:13, 14:15, 14:17, 14:18, 14:20, 15:1, 15:2, 15:5, 15:6, 15:7, 15:8, 16:2, 16:12, 16:13, 16:19, 17:14, 18:6, 18:7, 18:14, 18:18, 18:20, 18:22, 18:24, 19:3, 19:5, 19:14, 19:16, 19:19, 20:1, 20:22, 20:23, 21:4, 21:8, 21:19, 21:25, 22:9, 22:18, 23:14, 23:18, 23:20, 23:25, 24:2, 24:6, 24:15, 24:16, 24:22, 24:24, 25:5, 25:7, 25:8, 25:17, 25:23, 26:3, 26:4, 26:6, 26:15, 26:19, 26:22, 26:23, 27:1, 27:2, 27:7, 27:8, 27:9, 27:10, 27:11, 27:12, 27:19, 27:21, 28:1, 28:7, 28:22, 28:24, 29:9, 29:14, 29:15, 29:20, 29:22, 29:24, 29:25, 30:10, 30:13, 30:16, 31:2, 31:3, 31:6, 31:14, 31:19, 31:25, 32:18, 32:23, 33:4, 33:8, 33:9, 33:13, 33:14, 33:17, 33:20, 33:23, 34:5, 34:12, 34:16, 34:19, 34:25, 35:3, 35:15, 35:18, 35:19, 35:23, 35:25, 36:4, 36:5, 36:7, 36:9, 36:13, 36:20, 36:21, 37:6, 37:7, 37:10, 37:11, 37:12, 37:17, 37:22, 37:24, 37:25, 38:2, 38:11, 38:13, 38:14, 38:18, 38:23, 39:1, 39:4, 39:7, 39:10, 39:11, 39:13, 39:15, 39:19,

39:22, 40:2, 40:7, 40:8, 40:13, 40:15, 40:16, 40:18, 40:20, 40:21, 40:24, 40:25, 41:1, 41:5, 41:6, 41:9, 41:11, 41:19, 41:23, 42:5, 42:6, 42:9, 42:10, 42:11, 42:17, 42:18, 42:20, 42:22, 43:4, 43:8, 43:9, 43:12, 43:14, 43:16, 43:18, 43:21, 44:1, 44:2, 44:5, 44:6, 45:6, 45:16, 45:18, 45:21, 45:23, 46:1, 46:10, 46:14, 46:20, 46:21, 47:8, 47:14, 48:10, 48:14, 48:20, 48:21, 49:7, 49:13, 49:15, 49:19, 50:8, 50:12, 50:25, 51:9, 51:22, 52:3, 52:7, 52:14, 52:16, 53:7, 53:11, 53:18, 53:21, 53:22, 54:6, 54:11, 54:12, 54:18, 54:22, 54:25, 55:2, 55:8, 55:12, 55:13, 55:17, 55:25, 56:8, 56:18, 56:20, 56:21, 56:22, 57:2, 57:3, 57:7, 57:9, 58:4, 58:15, 58:17, 58:20, 58:22, 59:3, 59:11, 59:17, 60:4, 60:5, 60:18, 60:21, 61:6, 61:18, 61:22, 62:18, 62:22, 63:2, 63:4, 63:9, 63:10, 63:12, 63:23, 64:1, 64:3, 64:4, 64:6, 64:11, 64:16, 65:14, 65:19, 66:7, 66:11, 66:18, 66:19, 66:23, 66:25, 67:2, 67:6, 67:12, 67:13, 67:14, 67:17, 68:12, 68:18, 69:1, 69:2, 69:6, 69:9, 69:11, 69:14, 69:18, 69:25, 70:3, 70:5, 70:7, 70:8, 70:9, 70:13, 70:14, 70:15, 70:16, 70:19, 70:24, 71:2, 71:20, 72:3, 72:12, 72:17, 72:24, 73:4, 73:9, 73:20, 73:24, 74:4, 74:6, 74:9, 74:10, 74:11, 74:14, 74:16, 74:20, 75:10, 75:17, 75:20, 75:24, 76:8, 76:20, 76:25, 77:6, 77:15, 77:17, 77:21, 78:1, 78:5, 78:16, 78:25, 79:5, 79:8, 79:9, 79:12, 79:15, 79:17, 79:21, 80:10, 80:12, 80:13, 81:6, 81:9, 81:10, 81:15, 81:16, 81:18, 81:23, 82:1, 82:6, 82:11, 82:20, 83:5, 83:8, 85:5, 85:7, 85:9, 85:10, 85:16, 85:17, 85:19, 85:21, 85:22, 85:24, 86:10, 86:13, 86:22, 86:24, 86:25, 87:6, 87:12, 87:25, 88:3, 88:14, 88:22, 89:1, 89:4, 89:6, 89:10, 89:11, 89:14, 89:20, 90:2, 90:10, 90:11, 90:13, 90:16, 91:12, 91:13, 91:15, 91:22, 91:23, 92:2, 92:7, 92:13, 93:2, 93:4, 93:18, 93:23, 93:25, 94:1, 94:2, 94:4, 94:8, 94:11, 94:12, 94:18, 94:19, 94:21, 94:23, 95:1, 95:2, 95:4, 95:6, 95:10, 95:13, 95:16, 96:8, 96:15, 96:17, 96:20, 96:21, 96:22, 96:23, 97:1, 97:8, 97:9, 97:18, 97:20, 98:1, 98:4, 98:5, 98:10, 98:11, 99:5, 99:18, 99:19, 99:21, 99:22, 99:25, 100:7, 100:8, 100:12, 100:20, 100:24, 101:7, 101:10, 101:17, 102:5, 102:9, 102:11, 102:18, 102:19, 102:22, 102:23, 102:25, 103:5, 103:10, 103:14, 103:15, 103:16, 103:22, 104:3, 104:4, 104:10, 104:11, 104:12, 104:14, 104:20, 104:24, 105:6, 105:9, 105:10, 105:11, 105:14, 105:17, 105:20, 106:2, 106:3, 106:4, 106:7, 106:20, 106:21, 106:24, 107:1, 107:6, 107:7, 107:8,

107:15, 107:19, 107:22, 108:16, 108:23, 109:1, 109:4, 109:11, 109:17, 109:18, 109:22, 110:2, 110:6, 110:10, 110:19, 110:21, 110:22, 110:25, 111:6, 111:7, 111:9, 111:11, 111:12, 111:14, 111:15, 111:17, 111:23, 112:2, 112:20, 113:17, 113:19, 113:21, 114:4, 114:11, 114:15, 115:3, 115:6, 115:7, 115:17, 116:10, 116:21, 116:24, 117:1, 117:10, 117:14, 117:15, 117:16, 117:20, 117:25, 118:4, 118:6, 118:8, 118:11, 118:12, 118:14, 118:19, 118:20, 118:21, 119:3, 119:4, 119:8, 119:9, 119:14, 119:15, 119:18, 119:24, 120:1, 120:4, 120:5, 120:8, 120:13, 120:18, 120:21, 120:24, 120:25, 121:4, 121:6, 121:7, 121:8, 121:12, 121:17, 121:19, 121:20, 121:25, 122:2, 122:4, 122:5, 122:7, 122:25, 123:2, 123:4, 123:6, 123:8, 123:10, 123:12, 123:14, 123:15, 123:17, 124:2, 124:15, 124:16, 124:18, 124:19, 124:23, 125:4, 125:6, 125:10, 125:15, 125:16, 125:20, 126:6, 126:9, 126:11, 127:20, 127:22, 128:18, 129:2, 129:3, 129:15, 129:18, 129:20, 129:21, 129:25, 130:5, 130:7, 130:21, 131:1, 131:2, 131:9, 131:12, 131:15, 131:18, 131:19, 131:25, 132:1, 132:3, 132:8, 132:9, 132:14, 132:17, 133:5, 133:7, 133:17, 133:18, 133:23, 134:1, 134:4, 134:8, 134:9, 134:12, 134:13, 134:15, 134:20, 134:24, 135:3, 135:4, 135:7, 135:8, 135:11, 135:12, 135:17, 135:19, 135:25, 136:3, 136:5, 136:18, 137:2, 137:6, 137:15, 138:8, 138:16, 138:17, 139:3, 139:6, 139:19, 139:23, 139:25, 140:5, 140:7, 140:11, 140:13, 140:16, 140:17, 140:23, 141:5, 141:9, 141:10, 141:11, 141:12, 141:13, 141:19, 141:20, 141:24, 142:1, 142:3, 142:9, 142:15, 142:17, 142:21, 142:22, 143:2, 143:4, 143:6, 143:8, 143:9, 143:12, 143:13, 144:1, 144:2, 144:3, 144:4, 144:8, 144:14, 144:15, 144:20, 145:5, 145:20, 145:22, 146:3, 146:7, 146:11, 146:12, 146:21, 146:25, 147:8, 147:9, 147:12, 147:21, 147:22, 147:24, 148:2, 148:16, 148:17, 148:18, 148:20, 148:22, 148:25, 149:1, 149:5, 149:7, 149:18, 149:19, 149:21, 149:22, 149:25, 150:1, 150:2, 150:3, 150:4, 150:14, 150:20, 151:6, 151:22, 152:11, 152:13, 152:16, 152:21, 152:24, 153:4, 153:8, 153:13, 153:14, 153:16, 153:22, 154:3, 154:4, 154:5, 154:6, 154:7, 154:10, 154:12, 154:14, 154:18, 154:19, 155:1, 155:5, 155:9, 155:13, 155:15, 155:19, 155:20, 155:24, 156:3, 156:8, 156:9, 156:11, 156:12, 156:15, 156:17, 156:18, 156:23, 157:7, 157:9, 157:12, 157:16, 157:17, 157:18,

157:20, 157:24, 158:10, 158:11, 158:14, 158:15, 158:17, 158:20, 158:21, 159:7, 159:10, 159:17, 159:21, 159:22, 159:23, 159:25, 160:5, 160:7, 160:19, 160:20, 160:25, 161:5, 161:6, 161:7, 161:8, 161:11, 161:16, 161:18, 161:21, 161:23, 161:24, 162:8, 162:10, 162:15, 162:23, 162:24, 163:2, 163:6, 163:7, 163:9, 163:13, 163:15, 163:21, 163:23, 163:25, 164:1, 164:5, 164:7, 164:8, 164:14, 164:17, 164:19, 164:20, 164:22, 165:12, 165:16, 165:17, 166:2, 166:15, 166:18, 167:3, 167:11, 167:24, 167:25, 168:4, 168:5, 168:6, 168:7, 168:9, 168:10, 168:12, 168:19, 168:22, 168:25, 169:9, 169:12, 169:14, 169:18, 169:19, 169:24, 170:1, 170:5, 170:12, 170:19, 170:23, 170:24, 171:9, 171:10, 171:11, 171:12, 171:13, 171:19, 171:25, 172:5, 172:13, 172:23, 173:1, 173:5, 173:14, 173:18, 173:19, 173:23, 174:7, 174:9, 174:12, 174:14, 174:20, 174:25, 175:4, 175:10, 175:12, 175:13, 175:24, 176:4, 176:8, 176:12, 176:17, 176:19, 176:21, 176:25, 177:1, 177:3, 177:5, 177:10, 177:20, 177:24, 177:25, 178:2, 178:3, 178:8, 178:9, 178:10, 178:12, 178:13, 178:14, 178:15, 178:16, 178:23, 179:5, 179:9, 179:15, 179:17, 179:20, 180:1, 180:2, 180:3, 180:13, 180:15, 180:18, 181:1, 181:4, 181:7, 181:21, 181:23, 182:14, 182:23, 182:25, 183:4, 183:6, 183:12, 183:15, 183:25, 184:5, 184:8, 184:9, 184:12, 184:13, 184:14, 184:18, 184:19, 185:7, 185:8, 185:12, 185:22, 185:24, 186:1, 186:20, 186:21, 186:23, 187:5, 187:10, 187:14, 187:16, 187:18, 187:20, 187:25, 188:11, 188:14, 188:19, 188:21, 188:25, 189:1, 189:12, 189:21, 190:10, 190:11, 190:13, 190:20, 190:22, 190:25, 191:1, 191:7, 191:12, 191:16, 191:17, 191:18, 193:2, 193:5, 194:11, 194:17, 194:19, 194:21, 194:24, 195:2, 195:4, 195:9, 195:10, 195:17, 195:18, 195:19, 195:21, 196:10, 196:15, 197:4, 197:6, 197:21, 197:23, 197:25, 198:3, 198:24, 199:13, 199:16, 200:2, 200:7, 200:10, 200:19, 200:21, 200:23, 201:9, 201:10, 201:20, 201:22, 202:2, 202:18, 202:21, 202:22, 202:23, 203:1, 203:5, 203:13, 203:18, 203:21, 203:24, 204:9, 204:15, 204:24, 205:23, 206:12, 207:22, 208:9, 208:21, 209:1, 209:3, 209:7, 209:10, 209:13, 209:14, 209:25, 210:2, 210:7, 210:21, 211:6, 212:6, 212:9, 212:10, 212:13, 212:15, 212:19, 212:20, 212:21, 212:22, 212:23, 213:5, 213:11, 214:4, 214:18, 214:21, 214:22, 214:25, 215:1, 215:10, 215:12, 215:14, 215:17,

215:18, 215:19, 215:21, 216:1, 216:12, 216:18, 217:3, 217:5, 217:16, 217:22, 218:4, 218:7, 218:9, 218:15, 218:20, 218:23, 219:12, 219:13, 220:2, 220:4, 220:6, 220:9, 220:11, 220:17, 220:18, 220:19, 220:23, 221:4, 221:7, 221:11, 221:13, 221:16, 221:17, 222:1, 222:2, 222:6, 222:13, 223:15, 223:18, 223:25, 224:3, 224:10, 224:11, 224:16, 224:17, 224:18, 224:21, 225:1, 225:3, 225:8, 225:10, 225:11, 225:13, 225:15, 225:16, 225:18, 225:21, 225:22, 226:2, 226:3, 226:19, 227:6, 227:11, 227:13, 227:14, 227:20, 227:21, 228:7, 228:8, 228:11, 228:12, 228:17, 228:18, 228:22, 228:25, 229:11, 229:13, 229:15, 229:18, 229:23, 230:1, 230:12, 230:14, 230:17, 230:18, 230:19, 230:20, 230:21, 231:3, 231:7, 233:7, 233:10, 233:12, 233:17, 233:19, 233:22, 234:1, 234:4, 234:5, 234:9, 234:11, 234:13, 234:15, 234:18, 234:20, 234:21, 234:24, 235:10, 236:5, 236:14, 236:16, 236:21, 237:5, 237:6, 237:8, 237:9, 237:10, 237:11, 237:13, 237:19, 237:21, 237:24, 238:2, 238:7, 238:8, 238:17, 238:18, 238:20, 239:4, 239:5, 239:11, 239:15, 239:16, 239:19, 239:23, 240:1, 240:4, 240:5, 240:6, 240:8, 240:11, 240:13, 240:20, 240:21, 240:24, 241:9, 241:15, 241:18, 241:25, 242:12, 242:13, 242:21, 243:6, 243:19, 243:22, 243:24, 244:2, 244:9, 244:11, 244:13, 244:17, 244:19, 245:15, 245:18, 245:21, 245:23, 246:5, 246:17, 246:24, 247:5, 247:6, 247:15, 247:17, 247:18, 247:23, 248:3, 248:4, 248:5, 248:6, 248:7, 248:19, 249:8, 249:11, 249:14, 250:1, 250:6, 250:7, 250:8, 250:18, 250:20, 250:25, 251:2, 251:5, 251:7, 251:8, 252:5, 252:8, 252:9, 252:11, 252:14, 252:18, 253:9, 253:12, 253:16, 253:21, 253:25, 254:1, 254:2, 254:7, 254:15, 254:17, 254:23, 254:24, 254:25, 255:3, 255:5, 255:9, 255:13, 255:20, 256:1, 256:5, 256:16, 256:17, 256:20, 256:21, 256:22, 256:25, 257:3, 257:4, 257:5, 257:10, 257:13, 257:15, 257:17, 257:20, 257:22, 258:1, 258:21, 258:22, 258:23, 259:5, 259:8, 259:10, 259:14, 259:15, 259:16, 259:17, 259:20, 259:25, 260:9, 260:17, 260:18, 260:21, 260:24, 261:8, 261:10, 261:11, 261:13, 261:17, 262:3, 262:5, 262:7, 262:10, 262:16, 262:25, 263:9, 263:20, 263:25, 264:7, 264:12, 264:14, 264:18, 265:3, 265:9, 265:11, 265:15, 265:17, 265:21, 265:22, 265:23, 266:11, 266:15, 266:21, 267:2, 267:16, 267:17, 267:21, 267:25, 268:3, 268:6, 268:23, 268:24, 269:2, 269:5, 269:6, 269:7,

269:12, 269:16, 269:17, 269:20, 269:24, 269:25, 270:4, 270:11, 270:12, 270:18, 270:20, 270:21, 270:24, 271:2, 271:4, 271:5, 271:15, 271:25, 272:4, 272:5, 272:8, 272:11, 272:13, 272:19, 272:20, 273:4, 273:7, 273:10, 273:12, 273:15, 273:25, 274:1, 274:4, 274:6, 274:13, 274:17, 275:5, 275:7, 275:14, 275:16, 275:17, 275:20, 275:24, 276:1, 276:3, 276:5, 276:10, 276:15, 276:16, 276:20, 276:23, 277:3, 277:7, 277:24, 278:1, 278:7, 278:8, 278:16, 278:20, 278:21, 279:3, 279:4, 279:9, 279:10, 279:15, 279:17, 280:14, 280:21, 281:1, 281:6, 281:11, 281:15, 281:21, 282:4, 282:19, 282:20, 282:23, 283:1, 283:2, 283:5, 283:10, 283:12, 283:15, 283:23, 284:3, 284:10, 284:11, 284:16, 284:20, 285:10, 285:21, 285:25, 286:1, 286:2, 286:3, 286:4, 286:5, 286:6, 286:14, 286:15, 286:21, 287:3, 287:10, 287:15, 287:17, 287:18, 287:19, 287:21, 287:24, 288:5, 288:10, 288:13, 288:24, 289:4, 289:6, 289:8, 289:10, 289:11, 289:15, 289:18, 289:25, 290:2, 290:3, 290:5, 290:9, 290:12, 290:16, 290:17, 290:18, 290:19, 290:24, 291:4, 291:9, 291:10, 291:11, 291:18, 291:22, 291:25, 292:3, 292:5, 292:13, 292:15, 292:21, 292:23, 293:2, 293:5, 293:6, 293:16, 293:18, 293:23, 294:8, 294:15, 294:17, 294:18, 294:19, 294:21, 294:22, 295:3, 295:6, 295:7, 295:15, 295:21, 296:7, 296:10, 296:15, 296:18, 297:3, 297:4, 297:8, 297:13, 297:14, 297:18, 297:21, 297:25, 298:1, 298:4, 298:11, 298:13, 298:15, 298:16, 298:21, 299:6, 299:23, 299:24, 300:5, 300:7, 300:9, 300:10, 300:16, 300:23, 300:24, 301:16, 301:17, 301:22, 303:3

**that's** [399] - 5:11, 11:4, 11:9, 12:10, 13:6, 13:8, 14:16, 15:13, 16:20, 16:23, 19:9, 19:16, 20:1, 20:7, 20:24, 21:11, 21:21, 22:2, 22:4, 25:12, 26:15, 28:2, 29:7, 29:14, 29:15, 30:16, 30:25, 31:8, 32:21, 32:22, 33:1, 33:6, 33:23, 34:23, 35:5, 35:10, 35:11, 35:16, 35:22, 35:25, 36:12, 36:15, 37:1, 38:2, 38:5, 38:12, 40:6, 40:13, 40:15, 41:4, 41:17, 42:3, 42:21, 42:22, 43:19, 43:25, 44:8, 44:20, 44:23, 46:13, 46:18, 47:1, 47:5, 48:4, 49:2, 49:24, 50:16, 51:16, 52:22, 54:24, 55:17, 56:23, 57:13, 57:14, 58:14, 59:19, 65:16, 66:20, 68:5, 68:6, 69:23, 70:4, 70:18, 70:20, 71:21, 71:23, 72:19, 73:7, 73:14, 73:15, 76:21, 77:9, 80:21, 81:25, 82:1, 83:1, 83:17, 84:5, 85:13, 85:22, 86:6, 88:1, 88:11, 89:7, 90:4, 90:5, 95:9, 96:4, 96:9, 96:16, 97:7, 97:22, 97:24, 98:2, 99:6, 99:13, 100:2, 100:12, 100:16, 100:22, 101:16,

102:14, 103:8, 104:18, 105:9, 105:12, 106:14, 107:11, 108:14, 108:18, 109:9, 109:14, 113:9, 113:23, 119:2, 119:21, 120:16, 121:15, 126:22, 128:22, 130:1, 130:4, 130:16, 131:5, 131:14, 132:17, 132:22, 134:3, 138:7, 139:2, 139:21, 141:7, 142:1, 142:19, 143:8, 143:11, 143:19, 145:19, 146:10, 146:13, 147:6, 148:15, 149:1, 149:2, 151:22, 153:9, 154:14, 155:23, 156:15, 156:21, 158:4, 158:6, 159:11, 159:23, 160:4, 160:24, 161:2, 163:16, 164:10, 167:18, 168:23, 169:7, 169:23, 170:9, 170:10, 171:5, 172:19, 173:2, 173:3, 173:24, 174:8, 174:9, 174:14, 174:15, 174:25, 175:21, 176:6, 176:12, 176:15, 176:20, 177:8, 177:9, 177:18, 179:3, 179:12, 179:18, 179:24, 180:20, 181:14, 182:13, 182:22, 182:23, 183:8, 183:11, 184:20, 185:8, 187:13, 187:18, 187:24, 189:2, 189:7, 189:9, 189:10, 189:11, 189:12, 189:13, 189:15, 189:22, 190:9, 190:11, 192:13, 192:14, 192:16, 192:18, 192:22, 192:23, 193:3, 193:14, 193:24, 193:25, 194:1, 194:18, 195:17, 195:24, 196:23, 197:15, 200:6, 200:25, 202:14, 204:13, 204:14, 204:18, 204:19, 210:17, 210:20, 210:23, 211:10, 211:12, 212:25, 213:24, 214:4, 215:8, 215:25, 216:4, 216:15, 216:25, 218:19, 219:7, 219:17, 220:22, 221:1, 221:5, 221:10, 221:17, 221:19, 222:1, 222:2, 222:9, 222:19, 222:21, 222:24, 224:8, 224:20, 227:1, 227:4, 227:9, 227:17, 228:4, 228:6, 228:10, 228:15, 228:21, 229:5, 230:23, 231:3, 231:11, 231:13, 231:17, 231:22, 231:25, 232:2, 232:5, 232:11, 232:14, 232:17, 232:25, 233:3, 233:21, 235:19, 236:8, 236:9, 236:20, 237:25, 240:13, 242:6, 243:9, 243:14, 244:6, 244:21, 245:5, 245:9, 245:25, 246:20, 247:19, 248:5, 248:7, 250:4, 250:10, 250:15, 250:16, 253:16, 253:20, 253:22, 255:24, 255:25, 256:2, 257:6, 258:14, 260:20, 263:13, 264:17, 264:23, 265:1, 268:1, 269:1, 269:6, 269:17, 272:20, 274:2, 274:11, 275:24, 277:6, 277:7, 278:20, 278:22, 278:23, 279:8, 279:10, 279:19, 280:10, 281:12, 281:18, 282:17, 283:11, 283:21, 285:1, 286:3, 286:6, 287:23, 288:1, 289:21, 290:14, 291:15, 292:1, 292:7, 292:24, 295:5, 295:16, 296:24, 297:3, 297:5, 299:16, 301:1, 301:17

**THE** [123] - 1:12, 1:16, 2:1, 2:9, 4:3, 4:18, 5:8, 5:12, 5:20, 6:5, 6:13, 6:25, 7:7, 7:9, 7:16, 7:25, 8:2, 8:4, 10:1, 10:3, 10:23, 11:8, 12:17, 12:18, 12:20, 13:11, 15:16, 31:10, 31:12, 31:19, 31:25, 32:2, 32:6, 87:8, 87:11, 87:15, 112:6, 112:9, 115:14, 118:17, 124:4, 126:17, 126:19,

126:25, 127:2, 127:5, 127:7, 138:21, 138:22, 164:24, 165:2, 165:6, 165:10, 166:6, 166:23, 166:25, 167:7, 167:9, 167:14, 167:18, 168:24, 169:3, 169:5, 171:4, 171:15, 173:5, 174:2, 174:19, 175:6, 176:15, 177:11, 179:8, 180:5, 181:18, 182:25, 183:20, 194:11, 194:14, 194:18, 209:20, 221:22, 248:23, 249:2, 251:19, 251:22, 252:1, 252:19, 252:21, 253:2, 255:14, 255:18, 260:12, 265:4, 265:6, 265:25, 266:20, 267:2, 268:11, 268:21, 272:11, 272:14, 272:17, 272:22, 276:23, 277:20, 278:3, 278:11, 279:22, 288:13, 288:18, 292:10, 292:12, 292:14, 295:23, 296:10, 299:23, 300:1, 300:11, 300:20, 300:23, 301:2, 301:13, 301:24

**The** [13] - 17:14, 30:1, 32:4, 51:19, 71:25, 77:8, 127:4, 171:7, 203:11, 208:24, 244:8, 271:6, 302:5

**the** [3459] - 4:2, 4:6, 4:7, 4:10, 4:12, 4:17, 4:18, 5:1, 5:9, 5:10, 5:19, 5:24, 5:25, 6:1, 6:2, 6:3, 6:8, 6:9, 6:17, 6:18, 6:20, 6:23, 6:25, 7:2, 7:5, 7:14, 7:15, 7:17, 8:7, 8:19, 8:25, 9:2, 9:9, 9:10, 9:17, 9:20, 9:22, 9:23, 9:24, 10:4, 10:5, 10:6, 10:8, 10:9, 10:10, 10:12, 10:13, 10:15, 10:18, 10:19, 10:21, 10:25, 11:2, 11:3, 11:4, 11:5, 11:6, 11:11, 11:12, 11:14, 11:16, 11:18, 11:19, 11:20, 12:2, 12:3, 12:6, 12:7, 12:8, 12:9, 12:10, 12:11, 12:12, 12:13, 12:15, 12:20, 12:23, 12:25, 13:3, 13:4, 13:6, 13:7, 13:8, 13:10, 13:12, 13:13, 13:15, 13:16, 13:18, 13:19, 13:20, 13:23, 13:25, 14:1, 14:3, 14:6, 14:7, 14:8, 14:9, 14:16, 14:18, 14:19, 14:21, 14:22, 15:1, 15:3, 15:4, 15:6, 15:7, 15:11, 15:13, 15:14, 15:20, 15:21, 15:24, 16:1, 16:2, 16:3, 16:4, 16:7, 16:10, 16:14, 16:15, 16:17, 16:19, 16:20, 16:23, 16:24, 17:1, 17:4, 17:6, 17:7, 17:9, 17:10, 17:14, 17:16, 17:18, 17:19, 17:22, 17:24, 18:3, 18:5, 18:7, 18:9, 18:10, 18:11, 18:12, 18:13, 18:14, 18:16, 18:17, 18:20, 18:23, 18:25, 19:1, 19:2, 19:3, 19:5, 19:8, 19:9, 19:11, 19:12, 19:15, 19:17, 19:22, 20:1, 20:3, 20:4, 20:5, 20:11, 20:12, 20:14, 20:15, 20:16, 20:19, 20:22, 20:23, 20:24, 20:25, 21:1, 21:2, 21:7, 21:9, 21:10, 21:12, 21:13, 21:14, 21:16, 21:17, 21:19, 21:20, 21:22, 21:24, 22:1, 22:6, 22:9, 22:10, 22:11, 22:12, 22:13, 22:14, 22:15, 22:16, 22:20, 22:22, 22:24, 22:25, 23:1, 23:2, 23:5, 23:9, 23:10, 23:11, 23:14, 23:15, 23:16, 23:18, 23:19, 23:20, 23:21, 23:24, 23:25, 24:1, 24:6, 24:9, 24:10, 24:13, 24:14, 24:15, 24:17, 24:21, 24:22, 24:23, 24:24, 24:25, 25:2, 25:4, 25:7, 25:8, 25:11, 25:12, 25:13, 25:16, 25:18,

25:24, 26:1, 26:2, 26:4, 26:7, 26:8, 26:11, 26:12, 26:15, 26:18, 26:19, 26:20, 26:23, 26:24, 26:25, 27:1, 27:5, 27:12, 27:17, 27:20, 28:3, 28:4, 28:6, 28:10, 28:11, 28:17, 28:22, 28:25, 29:2, 29:7, 29:9, 29:10, 29:14, 29:16, 29:17, 29:19, 29:21, 29:22, 29:23, 29:24, 30:1, 30:3, 30:5, 30:8, 30:9, 30:10, 30:11, 30:12, 30:14, 30:17, 30:21, 30:22, 30:23, 30:24, 30:25, 31:1, 31:13, 31:15, 31:16, 31:24, 32:14, 32:18, 32:25, 33:3, 33:5, 33:10, 33:11, 33:14, 33:15, 33:19, 33:20, 33:22, 34:1, 34:2, 34:3, 34:4, 34:5, 34:6, 34:7, 34:10, 34:14, 34:16, 34:22, 34:23, 34:24, 34:25, 35:1, 35:6, 35:8, 35:18, 35:19, 35:20, 35:23, 35:24, 35:25, 36:2, 36:3, 36:4, 36:5, 36:8, 36:16, 36:17, 36:18, 36:19, 36:21, 36:23, 36:24, 36:25, 37:7, 37:8, 37:10, 37:11, 37:12, 37:13, 37:16, 37:18, 37:21, 37:25, 38:2, 38:8, 38:9, 38:12, 38:15, 38:18, 38:19, 38:20, 38:21, 38:23, 38:24, 39:3, 39:4, 39:6, 39:9, 39:10, 39:11, 39:12, 39:13, 39:16, 39:18, 39:19, 39:22, 39:23, 39:24, 40:6, 40:9, 40:10, 40:11, 40:12, 40:13, 40:14, 40:17, 40:21, 40:22, 40:24, 41:4, 41:6, 41:10, 41:11, 41:12, 41:13, 41:15, 41:16, 41:17, 41:19, 41:22, 41:23, 41:24, 42:12, 42:13, 42:14, 42:18, 42:19, 42:21, 43:6, 43:7, 43:10, 43:13, 43:14, 43:16, 43:18, 43:24, 44:1, 44:2, 44:3, 44:6, 44:7, 44:8, 44:10, 44:12, 44:18, 44:22, 45:1, 45:2, 45:5, 45:6, 45:9, 45:11, 45:18, 45:21, 46:2, 46:3, 46:4, 46:6, 46:14, 46:19, 46:20, 46:24, 47:2, 47:3, 47:4, 47:8, 47:11, 47:18, 47:24, 47:25, 48:5, 48:8, 48:9, 48:12, 48:15, 48:19, 48:24, 48:25, 49:4, 49:5, 49:10, 49:11, 49:12, 49:24, 50:3, 50:5, 50:7, 50:14, 50:23, 51:4, 51:7, 51:12, 51:16, 51:18, 51:22, 51:23, 51:24, 52:8, 52:9, 52:20, 53:3, 53:12, 53:13, 53:15, 53:16, 53:17, 54:4, 54:8, 54:13, 54:18, 54:21, 54:25, 55:6, 55:13, 55:17, 55:20, 55:25, 56:1, 56:4, 56:5, 56:7, 56:8, 56:11, 56:13, 56:15, 56:19, 56:23, 56:24, 57:1, 57:7, 57:12, 57:13, 57:19, 57:22, 57:24, 58:7, 58:9, 58:12, 58:14, 58:15, 58:18, 58:22, 58:23, 58:24, 58:25, 59:2, 59:5, 59:6, 59:18, 59:19, 59:20, 59:23, 59:24, 59:25, 60:2, 60:6, 60:11, 60:13, 60:14, 60:15, 60:17, 60:18, 61:3, 61:5, 61:7, 61:15, 61:24, 61:25, 62:7, 62:9, 62:13, 62:21, 62:25, 63:1, 63:2, 63:6, 63:7, 63:8, 63:11, 63:13, 63:14, 63:19, 63:22, 63:24, 63:25, 64:2, 64:5, 64:6, 64:7, 64:13, 64:14, 64:19, 65:2, 65:4, 65:5, 65:6, 65:7, 65:8, 65:11, 65:14, 65:15, 65:16, 65:18, 66:4, 66:5, 66:7, 66:15, 66:18,

66:19, 66:22, 67:2, 67:3, 67:5, 67:8, 67:9, 67:17, 67:23, 68:2, 68:7, 68:8, 68:10, 68:12, 68:14, 68:18, 68:19, 68:20, 68:21, 68:25, 69:1, 69:2, 69:3, 69:7, 69:11, 69:14, 69:15, 69:16, 69:19, 69:22, 69:23, 69:25, 70:2, 70:5, 70:6, 70:8, 70:10, 70:11, 70:12, 70:16, 70:22, 70:24, 71:3, 71:4, 71:6, 71:8, 71:11, 71:16, 72:4, 72:9, 72:14, 72:18, 72:20, 72:23, 72:25, 73:2, 73:4, 73:5, 73:6, 73:9, 73:12, 73:16, 73:19, 73:25, 74:1, 74:2, 74:5, 74:7, 74:8, 74:9, 74:10, 74:11, 74:12, 74:13, 74:15, 74:17, 74:18, 74:25, 75:4, 75:5, 75:7, 75:10, 75:15, 75:17, 75:18, 75:19, 75:22, 76:5, 76:10, 76:11, 76:22, 76:23, 77:12, 77:13, 77:17, 77:18, 77:22, 77:24, 78:11, 78:13, 78:14, 78:15, 78:21, 78:24, 78:25, 79:1, 79:8, 79:10, 79:13, 79:17, 79:19, 79:20, 79:24, 80:2, 80:9, 80:12, 80:13, 80:15, 80:18, 81:6, 81:7, 81:8, 81:9, 81:10, 81:12, 81:13, 81:14, 81:15, 81:23, 81:25, 82:3, 82:5, 82:8, 82:10, 82:17, 82:18, 82:21, 82:23, 82:24, 83:1, 83:2, 83:3, 83:4, 83:7, 83:10, 83:16, 83:17, 83:18, 83:22, 84:2, 84:3, 84:7, 84:16, 84:20, 85:1, 85:2, 85:3, 85:4, 85:6, 85:9, 85:11, 85:12, 85:15, 85:17, 85:18, 85:21, 85:22, 85:25, 86:3, 86:8, 86:9, 86:12, 86:19, 86:20, 86:21, 86:22, 86:23, 86:25, 87:3, 87:6, 87:20, 87:23, 88:2, 88:3, 88:15, 88:16, 88:17, 88:19, 88:24, 88:25, 89:2, 89:6, 89:7, 89:10, 89:12, 89:13, 89:15, 89:16, 89:21, 89:22, 90:3, 90:4, 90:6, 90:10, 90:12, 90:15, 90:23, 90:24, 91:2, 91:4, 91:5, 91:6, 91:7, 91:8, 91:12, 91:13, 91:17, 91:22, 91:23, 91:24, 91:25, 92:2, 92:5, 92:6, 92:13, 92:14, 92:15, 92:18, 92:20, 92:23, 93:3, 93:4, 93:6, 93:12, 93:13, 93:14, 93:16, 93:20, 93:25, 94:2, 94:3, 94:7, 94:9, 94:11, 94:15, 94:17, 94:18, 94:19, 94:21, 94:22, 94:24, 94:25, 95:2, 95:7, 95:8, 95:11, 95:14, 95:17, 96:2, 96:3, 96:5, 96:7, 96:8, 96:12, 96:18, 96:20, 96:21, 96:22, 96:23, 97:1, 97:3, 97:6, 97:9, 97:13, 97:24, 98:2, 98:8, 98:15, 98:22, 98:24, 98:25, 99:3, 99:7, 99:17, 99:20, 99:21, 100:7, 100:16, 101:2, 101:5, 101:10, 101:11, 101:14, 101:17, 101:18, 101:19, 101:21, 101:22, 101:23, 102:1, 102:3, 102:5, 102:7, 102:8, 102:10, 102:11, 102:12, 102:13, 102:14, 102:15, 102:17, 102:20, 102:21, 102:22, 102:24, 102:25, 103:1, 103:3, 103:4, 103:5, 103:8, 103:11, 103:12, 103:15, 103:17, 103:18, 103:19, 103:20, 103:21, 103:22, 103:23, 103:25, 104:1, 104:2, 104:3, 104:4, 104:5, 104:6, 104:9, 104:10,

104:11, 104:13, 104:14, 104:16, 104:17, 104:19, 104:20, 104:25, 105:1, 105:4, 105:5, 105:6, 105:7, 105:8, 105:11, 105:13, 105:14, 105:16, 105:17, 105:18, 105:19, 105:24, 105:25, 106:2, 106:3, 106:4, 106:6, 106:10, 106:11, 106:12, 106:13, 106:14, 106:16, 106:17, 106:18, 106:19, 106:24, 107:8, 107:9, 107:12, 107:15, 107:17, 107:19, 107:21, 108:9, 108:10, 108:11, 108:12, 108:13, 108:16, 108:17, 108:19, 108:22, 108:23, 108:24, 108:25, 109:2, 109:7, 109:10, 109:11, 109:12, 109:13, 109:19, 109:21, 109:24, 109:25, 110:1, 110:5, 110:6, 110:7, 110:9, 110:10, 110:11, 110:13, 110:17, 110:24, 111:1, 111:2, 111:6, 111:8, 111:9, 111:10, 111:12, 111:13, 111:15, 111:16, 111:19, 111:20, 111:21, 111:23, 112:5, 112:15, 112:24, 113:3, 113:5, 113:7, 113:15, 114:2, 114:5, 114:8, 114:9, 114:12, 114:13, 114:14, 114:18, 114:20, 114:21, 114:22, 114:23, 114:24, 115:1, 115:5, 115:8, 115:14, 115:16, 115:20, 116:3, 116:7, 116:10, 116:23, 116:24, 116:25, 117:5, 117:6, 117:7, 117:12, 117:14, 117:15, 117:17, 117:18, 117:19, 117:25, 118:3, 118:4, 118:6, 118:7, 118:15, 118:20, 118:23, 118:24, 119:3, 119:6, 119:7, 119:8, 119:11, 119:13, 119:14, 119:15, 119:16, 119:17, 119:18, 119:19, 119:22, 119:23, 119:24, 119:25, 120:2, 120:4, 120:5, 120:6, 120:10, 120:18, 120:21, 120:25, 121:1, 121:2, 121:7, 121:8, 121:9, 121:10, 121:11, 121:16, 121:21, 121:22, 123:2, 123:3, 123:4, 123:7, 123:9, 123:12, 123:15, 123:19, 123:22, 123:24, 124:9, 124:18, 124:20, 124:21, 124:22, 124:24, 125:7, 125:8, 125:11, 125:12, 125:14, 125:15, 125:16, 125:19, 125:20, 125:21, 125:22, 126:2, 126:13, 126:20, 126:22, 126:23, 126:24, 127:13, 127:20, 127:21, 128:3, 128:8, 128:10, 128:12, 128:21, 128:23, 128:25, 129:1, 129:2, 129:3, 129:7, 129:8, 129:9, 129:14, 129:15, 129:17, 129:19, 129:23, 129:24, 130:1, 130:2, 130:4, 130:6, 130:7, 130:8, 130:9, 130:13, 130:14, 130:15, 130:17, 130:18, 130:19, 130:20, 130:23, 131:1, 131:3, 131:6, 131:7, 131:8, 131:10, 131:13, 131:15, 131:16, 131:19, 131:20, 132:5, 132:7, 132:9, 132:10, 132:12, 132:13, 132:15, 132:16, 132:21, 132:23, 133:1, 133:2, 133:3, 133:5, 133:7, 133:9, 133:11, 133:13, 133:14, 133:16, 133:17, 133:18, 133:21, 133:22, 133:23, 134:1, 134:3, 134:9, 134:10, 134:11, 134:13,

134:14, 134:15, 134:19, 134:21, 134:23, 135:4, 135:6, 135:8, 135:10, 135:12, 135:18, 135:20, 136:2, 136:4, 136:5, 136:14, 136:21, 136:25, 137:2, 137:3, 137:5, 137:9, 137:12, 137:14, 137:16, 137:20, 137:23, 137:24, 137:25, 138:1, 138:3, 138:8, 138:16, 138:17, 138:18, 138:19, 138:22, 139:3, 139:4, 139:5, 139:6, 139:9, 139:15, 139:16, 139:17, 139:19, 139:20, 139:21, 139:22, 140:1, 140:2, 140:3, 140:4, 140:5, 140:6, 140:8, 140:12, 140:13, 140:16, 140:17, 140:19, 140:21, 140:23, 140:25, 141:2, 141:4, 141:5, 141:6, 141:7, 141:11, 141:13, 141:14, 141:15, 141:16, 141:17, 141:19, 141:20, 141:24, 141:25, 142:1, 142:4, 142:5, 142:6, 142:9, 142:11, 142:12, 142:13, 142:17, 142:18, 142:19, 142:22, 142:23, 142:24, 142:25, 143:2, 143:3, 143:4, 143:5, 143:7, 143:8, 143:9, 143:11, 143:13, 143:16, 143:17, 143:20, 143:21, 143:22, 144:1, 144:2, 144:3, 144:6, 144:7, 144:9, 144:12, 144:13, 144:14, 144:15, 144:16, 144:20, 144:22, 144:24, 145:1, 145:3, 145:4, 145:5, 145:7, 145:8, 145:9, 145:11, 145:12, 145:13, 145:19, 145:20, 145:22, 145:23, 146:3, 146:4, 146:6, 146:7, 146:9, 146:12, 146:13, 146:14, 146:15, 146:17, 146:18, 146:19, 146:20, 146:25, 147:1, 147:3, 147:7, 147:8, 147:9, 147:11, 147:12, 147:19, 147:20, 147:25, 148:2, 148:3, 148:9, 148:10, 148:11, 148:13, 148:14, 148:17, 148:18, 148:19, 148:20, 149:7, 149:14, 149:16, 149:17, 149:20, 149:21, 149:22, 149:23, 149:25, 150:1, 150:11, 150:13, 150:15, 150:17, 150:21, 150:23, 150:25, 151:1, 151:5, 151:6, 151:12, 151:14, 151:15, 151:21, 152:1, 152:4, 152:11, 152:16, 152:20, 152:21, 152:22, 152:23, 153:1, 153:2, 153:4, 153:5, 153:9, 153:11, 153:14, 153:15, 153:16, 153:17, 153:19, 153:20, 153:21, 153:24, 153:25, 154:1, 154:4, 154:6, 154:7, 154:8, 154:10, 154:11, 154:12, 154:13, 154:16, 154:17, 154:19, 154:25, 155:8, 155:9, 155:11, 155:17, 155:19, 155:20, 155:23, 156:1, 156:5, 156:6, 156:9, 156:10, 156:11, 156:14, 156:15, 156:16, 156:19, 156:24, 157:3, 157:5, 157:7, 157:10, 157:12, 157:14, 157:16, 157:18, 157:20, 157:22, 157:23, 157:24, 158:5, 158:6, 158:11, 158:13, 158:15, 158:16, 158:19, 158:22, 158:24, 159:2, 159:8, 159:9, 159:12, 159:13, 159:16, 159:18, 159:19, 159:20, 159:24, 159:25, 160:1, 160:6, 160:8, 160:9, 160:10, 160:15,

160:16, 160:17, 160:18, 160:20, 160:21, 160:22, 160:24, 160:25, 161:1, 161:6, 161:7, 161:10, 161:15, 161:16, 161:18, 161:19, 161:21, 161:22, 161:25, 162:1, 162:2, 162:3, 162:5, 162:7, 162:10, 162:11, 162:15, 162:19, 162:20, 162:21, 162:25, 163:3, 163:8, 163:10, 163:13, 163:14, 163:16, 163:17, 163:18, 163:20, 164:2, 164:4, 164:12, 164:18, 164:19, 164:20, 164:21, 164:22, 165:12, 165:15, 165:17, 165:20, 165:21, 165:22, 165:23, 166:2, 166:4, 166:14, 166:15, 166:18, 166:20, 166:21, 167:3, 167:4, 167:5, 167:7, 167:12, 167:13, 167:15, 167:16, 167:17, 167:19, 167:23, 167:25, 168:2, 168:3, 168:4, 168:5, 168:8, 168:9, 168:11, 168:14, 168:15, 168:17, 168:18, 168:22, 168:23, 169:4, 169:7, 169:8, 169:9, 169:12, 169:15, 169:16, 169:17, 169:18, 169:19, 169:21, 169:22, 169:23, 169:24, 170:1, 170:2, 170:3, 170:4, 170:5, 170:6, 170:7, 170:8, 170:11, 170:12, 170:14, 170:15, 170:18, 170:22, 170:23, 170:24, 171:8, 171:9, 171:10, 171:13, 171:17, 171:18, 171:19, 171:21, 172:1, 172:3, 172:5, 172:6, 172:7, 172:9, 172:12, 172:13, 172:14, 172:15, 172:17, 172:22, 172:25, 173:1, 173:2, 173:4, 173:7, 173:9, 173:12, 173:16, 173:17, 173:18, 173:19, 173:21, 173:22, 173:23, 173:24, 173:25, 174:1, 174:5, 174:7, 174:10, 174:14, 174:16, 174:17, 174:19, 174:20, 174:24, 175:2, 175:8, 175:9, 175:12, 175:13, 175:14, 175:16, 175:18, 175:21, 175:23, 175:24, 176:2, 176:5, 176:8, 176:9, 176:11, 176:17, 176:20, 176:24, 177:1, 177:2, 177:3, 177:4, 177:5, 177:7, 177:8, 177:9, 177:12, 177:13, 177:14, 177:15, 177:18, 177:22, 177:23, 177:24, 177:25, 178:1, 178:3, 178:8, 178:10, 178:12, 178:14, 178:15, 178:16, 178:17, 178:19, 178:22, 178:23, 178:24, 179:1, 179:2, 179:3, 179:7, 179:10, 179:11, 179:12, 179:16, 179:19, 179:23, 179:25, 180:3, 180:5, 180:6, 180:12, 180:13, 180:14, 180:16, 180:18, 180:19, 180:20, 180:21, 180:22, 180:24, 181:1, 181:2, 181:4, 181:7, 181:8, 181:15, 181:16, 181:25, 182:3, 182:4, 182:5, 182:10, 182:11, 182:13, 182:14, 182:17, 182:19, 182:20, 182:22, 183:8, 183:13, 183:16, 183:17, 183:18, 183:22, 183:25, 184:1, 184:2, 184:3, 184:4, 184:7, 184:13, 184:14, 184:15, 184:16, 184:17, 184:19, 184:20, 184:22, 184:24, 184:25, 185:1, 185:3, 185:4, 185:6, 185:10, 185:11, 185:19, 185:25, 186:4,

186:5, 186:6, 186:7, 186:10, 186:11, 186:13, 186:15, 186:17, 186:22, 186:23, 186:24, 187:1, 187:2, 187:3, 187:4, 187:5, 187:6, 187:8, 187:9, 187:13, 187:14, 187:15, 187:16, 187:17, 187:18, 187:19, 187:20, 187:21, 187:22, 187:23, 187:24, 188:1, 188:3, 188:6, 188:7, 188:8, 188:9, 188:10, 188:12, 188:15, 188:16, 188:17, 188:25, 189:1, 189:6, 189:7, 189:8, 189:18, 189:24, 190:2, 190:3, 190:4, 190:5, 190:6, 190:8, 190:10, 190:13, 190:15, 190:18, 190:20, 190:21, 190:22, 190:23, 191:9, 191:14, 191:17, 191:18, 191:19, 191:21, 191:22, 191:23, 191:24, 191:25, 192:7, 192:8, 192:10, 192:11, 192:18, 192:20, 192:21, 192:22, 192:23, 193:4, 193:6, 193:7, 193:9, 193:11, 193:12, 193:13, 193:14, 193:15, 193:18, 193:19, 193:21, 193:24, 193:25, 194:3, 194:4, 194:5, 194:11, 194:12, 194:22, 195:2, 195:3, 195:5, 195:6, 195:8, 195:9, 195:10, 195:11, 195:12, 195:14, 195:15, 195:16, 195:17, 195:19, 195:20, 195:21, 195:22, 195:23, 195:24, 196:9, 196:16, 196:17, 196:18, 196:19, 196:22, 197:2, 197:4, 197:5, 197:8, 197:10, 197:12, 197:13, 197:14, 197:20, 197:23, 198:1, 198:17, 198:19, 199:2, 199:14, 199:25, 200:4, 200:12, 200:22, 200:23, 200:24, 201:2, 201:6, 201:14, 201:17, 201:20, 201:22, 202:5, 202:11, 202:12, 202:16, 202:19, 202:21, 202:22, 202:23, 203:12, 203:13, 203:14, 204:1, 204:6, 204:8, 204:24, 205:3, 205:5, 205:9, 205:11, 205:19, 205:24, 206:1, 206:15, 206:18, 206:21, 207:15, 207:18, 207:19, 207:23, 208:6, 208:12, 209:2, 209:11, 209:20, 209:25, 210:4, 210:9, 210:15, 211:9, 211:10, 211:14, 211:19, 212:5, 213:11, 213:13, 214:17, 214:18, 214:24, 215:6, 215:15, 215:20, 216:21, 216:22, 217:5, 217:10, 217:13, 217:14, 217:17, 217:18, 217:24, 218:3, 218:4, 218:5, 218:6, 218:9, 218:10, 218:13, 218:18, 219:2, 219:9, 219:25, 220:2, 220:7, 220:9, 220:10, 220:11, 220:21, 220:23, 221:2, 221:7, 221:8, 221:11, 221:14, 221:16, 221:18, 221:19, 221:25, 222:1, 222:3, 222:6, 222:7, 222:11, 222:12, 222:13, 222:14, 222:20, 222:22, 223:4, 223:7, 223:8, 223:12, 223:20, 223:23, 223:25, 224:4, 224:9, 224:12, 224:15, 224:17, 224:18, 224:24, 225:2, 225:4, 225:6, 225:11, 225:12, 225:14, 225:15, 225:16, 225:19, 225:21, 225:22, 225:24, 226:1, 226:2, 226:3, 226:19, 226:21, 226:25, 228:2, 228:12, 228:16, 228:19, 229:1,

229:2, 229:3, 229:7, 229:8, 229:19, 230:6, 230:9, 230:10, 230:14, 230:21, 231:1, 231:2, 231:8, 231:9, 231:14, 231:16, 231:22, 231:23, 232:9, 232:12, 232:15, 232:18, 232:21, 232:24, 233:1, 233:8, 233:19, 234:3, 234:4, 234:6, 234:11, 234:15, 234:18, 235:6, 235:7, 235:10, 235:15, 235:17, 235:20, 235:23, 235:24, 236:2, 236:3, 236:6, 236:9, 236:18, 236:22, 236:25, 237:1, 237:2, 237:3, 237:6, 237:7, 237:10, 237:11, 237:14, 237:15, 237:17, 237:19, 237:22, 238:2, 238:7, 238:8, 238:9, 238:18, 238:19, 238:21, 238:23, 239:6, 239:10, 239:13, 239:14, 239:16, 239:22, 239:23, 240:2, 240:7, 240:20, 240:21, 240:22, 241:2, 241:6, 241:7, 241:8, 241:9, 241:10, 241:11, 241:13, 241:21, 241:22, 241:23, 242:5, 242:12, 242:17, 242:25, 243:15, 243:17, 243:20, 243:23, 244:8, 244:9, 244:14, 244:23, 245:6, 245:15, 246:9, 246:14, 246:21, 247:6, 247:10, 247:19, 247:21, 247:24, 247:25, 248:1, 248:3, 248:5, 248:8, 248:9, 248:10, 248:12, 248:13, 248:14, 248:16, 248:18, 248:19, 248:20, 248:21, 248:24, 249:7, 249:8, 249:19, 249:22, 250:12, 250:13, 250:18, 250:19, 251:1, 251:5, 251:6, 251:7, 251:13, 251:14, 251:18, 252:4, 252:6, 252:9, 252:12, 252:14, 252:15, 252:23, 253:7, 253:8, 253:12, 253:14, 253:15, 253:16, 253:17, 253:18, 253:19, 253:20, 253:21, 253:23, 253:24, 254:3, 254:4, 254:5, 254:11, 254:13, 254:15, 254:23, 254:25, 255:1, 255:2, 255:3, 255:4, 255:9, 255:10, 255:11, 255:12, 255:15, 255:20, 255:24, 256:2, 256:5, 256:7, 256:9, 256:10, 256:11, 256:12, 256:13, 256:15, 256:17, 256:21, 256:22, 256:24, 257:1, 257:2, 257:5, 257:8, 257:9, 257:10, 257:11, 257:12, 257:13, 257:14, 257:15, 257:16, 257:18, 257:22, 257:23, 257:24, 258:3, 258:4, 258:6, 258:7, 258:10, 258:11, 258:12, 258:13, 258:16, 258:17, 258:18, 258:19, 258:20, 258:22, 258:23, 259:2, 259:5, 259:9, 259:13, 259:17, 259:19, 259:20, 259:22, 259:24, 260:2, 260:3, 260:4, 260:5, 260:7, 260:8, 260:11, 260:14, 260:17, 260:18, 260:21, 260:24, 260:25, 261:1, 261:2, 261:3, 261:4, 261:6, 261:9, 261:11, 261:12, 261:14, 261:16, 261:17, 261:20, 261:22, 261:23, 262:3, 262:5, 262:8, 262:14, 262:17, 262:25, 263:4, 263:6, 263:7, 263:10, 263:11, 263:13, 263:15, 263:16, 263:18, 263:20, 263:24, 264:1, 264:7, 264:9, 264:10, 264:12, 264:18, 264:19, 264:20, 264:21, 264:24, 265:3,

265:7, 265:11, 265:17, 265:20, 266:3, 266:4, 266:5, 266:6, 266:8, 266:11, 266:17, 266:18, 266:19, 266:21, 266:22, 266:24, 266:25, 267:6, 267:8, 267:9, 267:18, 267:20, 267:21, 267:22, 267:23, 267:24, 268:1, 268:3, 268:4, 268:5, 268:6, 268:7, 268:9, 268:10, 268:11, 268:14, 268:15, 268:16, 268:25, 269:1, 269:2, 269:3, 269:5, 269:6, 269:8, 269:9, 269:11, 269:14, 269:15, 269:17, 269:19, 269:23, 269:24, 270:1, 270:2, 270:4, 270:5, 270:12, 270:13, 270:17, 270:20, 270:21, 271:2, 271:4, 271:5, 271:9, 271:12, 271:14, 271:16, 271:17, 271:20, 271:21, 271:22, 271:23, 271:24, 272:3, 272:4, 272:5, 272:7, 272:10, 272:15, 272:17, 272:18, 272:20, 272:23, 273:3, 273:4, 273:9, 273:11, 273:13, 273:14, 273:15, 273:22, 273:24, 273:25, 274:1, 274:6, 274:8, 274:9, 274:10, 274:12, 274:16, 274:17, 274:18, 274:19, 274:20, 274:21, 274:22, 275:3, 275:4, 275:11, 275:13, 275:15, 275:16, 275:18, 275:19, 275:20, 275:22, 275:25, 276:1, 276:2, 276:3, 276:5, 276:6, 276:8, 276:9, 276:10, 276:13, 276:14, 276:17, 276:20, 276:21, 276:22, 277:1, 277:8, 277:9, 277:10, 277:14, 277:15, 277:21, 277:22, 277:24, 278:8, 278:9, 278:10, 278:13, 278:16, 278:20, 278:22, 278:23, 278:25, 279:1, 279:2, 279:3, 279:4, 279:5, 279:9, 279:10, 279:11, 279:13, 279:14, 279:15, 279:17, 279:19, 279:24, 280:3, 280:4, 280:6, 280:16, 280:17, 280:18, 280:20, 280:21, 280:23, 280:24, 280:25, 281:2, 281:3, 281:4, 281:5, 281:6, 281:8, 281:10, 281:13, 281:15, 281:17, 281:19, 281:22, 282:1, 282:2, 282:4, 282:5, 282:6, 282:8, 282:9, 282:10, 282:12, 282:13, 282:14, 282:15, 282:16, 282:17, 282:21, 282:22, 282:24, 283:1, 283:2, 283:3, 283:4, 283:5, 283:7, 283:9, 283:12, 283:13, 283:14, 283:16, 283:17, 283:18, 283:19, 283:21, 283:22, 283:23, 283:24, 284:2, 284:3, 284:5, 284:6, 284:7, 284:8, 284:9, 284:10, 284:11, 284:12, 284:16, 284:17, 284:18, 284:19, 284:22, 284:23, 284:24, 284:25, 285:1, 285:3, 285:4, 285:6, 285:7, 285:10, 285:11, 285:15, 285:17, 285:18, 285:19, 285:20, 285:22, 285:24, 285:25, 286:1, 286:2, 286:4, 286:6, 286:8, 286:14, 286:15, 286:17, 286:18, 286:20, 286:21, 286:22, 286:23, 286:24, 286:25, 287:4, 287:7, 287:8, 287:15, 287:20, 287:22, 287:23, 287:25, 288:4, 288:6, 288:10, 288:12,

288:16, 288:17, 288:21, 288:22, 289:4, 289:7, 289:9, 289:11, 289:13, 289:14, 289:16, 289:22, 289:23, 289:25, 290:5, 290:7, 290:8, 290:9, 290:10, 290:12, 290:14, 290:15, 290:17, 290:18, 290:19, 290:22, 291:4, 291:5, 291:6, 291:9, 291:12, 291:13, 291:14, 291:15, 291:16, 291:17, 291:18, 291:19, 291:20, 291:25, 292:1, 292:2, 292:3, 292:5, 292:9, 292:20, 292:22, 292:23, 293:1, 293:2, 293:3, 293:5, 293:6, 293:7, 293:8, 293:9, 293:11, 293:12, 293:16, 293:18, 293:19, 293:20, 293:23, 294:1, 294:2, 294:4, 294:7, 294:9, 294:10, 294:14, 294:19, 294:21, 294:25, 295:1, 295:6, 295:7, 295:9, 295:17, 295:18, 295:20, 295:21, 295:25, 296:1, 296:3, 296:5, 296:6, 296:8, 296:9, 296:10, 296:12, 296:13, 296:15, 296:16, 296:21, 296:22, 296:23, 296:24, 297:4, 297:7, 297:8, 297:11, 297:12, 297:14, 297:16, 297:17, 297:18, 297:19, 297:20, 297:22, 297:25, 298:2, 298:7, 298:8, 298:9, 298:10, 298:13, 298:16, 298:18, 298:19, 298:20, 298:25, 299:2, 299:4, 299:8, 299:11, 299:14, 299:18, 299:20, 299:24, 300:4, 300:5, 300:6, 300:7, 300:11, 300:12, 300:13, 300:15, 300:22, 301:10, 301:18, 301:20, 302:1, 302:2, 303:3, 303:3, 303:4

**their** [140] - 5:13, 5:22, 6:2, 13:1, 15:2, 17:5, 21:2, 21:25, 24:5, 24:6, 24:7, 24:8, 26:14, 27:1, 27:2, 27:6, 28:7, 28:8, 29:15, 30:3, 30:7, 30:24, 31:2, 31:7, 51:8, 63:15, 66:19, 68:24, 70:15, 70:17, 70:18, 72:18, 74:8, 75:3, 77:3, 89:6, 89:8, 99:22, 99:23, 100:9, 100:10, 100:13, 101:22, 107:10, 109:5, 109:23, 110:3, 110:4, 110:19, 110:20, 113:24, 117:17, 119:7, 119:16, 130:21, 140:23, 141:17, 144:21, 144:22, 144:23, 144:24, 145:2, 145:10, 145:15, 145:17, 145:23, 146:6, 146:9, 151:23, 160:17, 161:8, 161:17, 162:11, 163:19, 166:5, 172:6, 173:15, 177:8, 178:10, 179:14, 180:20, 181:24, 182:1, 182:23, 182:24, 188:1, 195:12, 195:25, 196:13, 196:14, 196:21, 222:17, 242:1, 242:2, 248:9, 254:6, 254:9, 254:11, 254:21, 255:15, 255:20, 256:8, 258:6, 258:15, 259:20, 260:12, 260:13, 260:15, 261:1, 262:13, 262:20, 266:6, 266:13, 267:10, 268:21, 270:7, 270:15, 270:19, 271:10, 271:19, 272:14, 274:5, 274:7, 276:4, 276:19, 276:20, 283:6, 285:12, 287:21, 288:1, 288:14, 289:18, 291:9, 294:21, 295:16, 296:2, 299:9, 300:10

**them** [111] - 5:14, 6:2, 7:6, 7:7, 17:9, 20:11, 21:17, 23:15, 24:9, 24:16, 24:17, 26:13, 37:18, 37:20, 39:5, 53:15, 61:7,

64:24, 72:17, 73:21, 79:2, 81:17, 81:23, 82:18, 84:9, 90:7, 110:3, 112:24, 113:14, 117:17, 129:7, 129:9, 129:16, 132:20, 136:23, 137:3, 137:7, 139:10, 139:15, 141:3, 150:9, 150:24, 150:25, 151:13, 152:6, 152:7, 152:24, 154:8, 155:3, 155:4, 155:14, 157:3, 160:23, 161:12, 162:13, 162:14, 162:24, 163:3, 164:23, 167:20, 170:6, 174:8, 186:14, 192:1, 192:14, 194:16, 195:22, 196:1, 196:15, 196:25, 197:15, 198:9, 198:10, 213:9, 213:12, 213:20, 214:20, 214:21, 218:16, 226:5, 236:24, 237:1, 237:2, 240:10, 247:8, 248:17, 251:12, 256:15, 267:7, 268:5, 276:7, 276:11, 284:6, 286:3, 287:15, 289:15, 291:11, 291:12, 293:17, 293:22, 293:24, 298:2, 298:6, 299:17, 301:9

**themselves** [12] - 159:10, 186:9, 197:13, 226:3, 231:2, 231:9, 247:21, 248:15, 251:7, 293:8, 295:21, 296:17

**then** [130] - 5:15, 6:2, 6:10, 7:11, 9:21, 11:17, 19:1, 22:1, 23:19, 31:24, 33:3, 36:3, 36:6, 36:9, 38:14, 40:8, 51:15, 52:10, 52:11, 54:4, 54:5, 55:10, 55:22, 55:25, 56:14, 56:17, 56:22, 63:19, 64:18, 66:10, 74:8, 79:13, 79:20, 81:12, 81:19, 83:1, 85:15, 85:21, 90:3, 94:22, 99:21, 99:23, 105:7, 110:8, 113:20, 113:24, 114:3, 116:14, 117:3, 128:4, 129:24, 130:17, 134:12, 135:15, 142:12, 143:24, 145:20, 145:21, 145:22, 145:23, 146:3, 146:6, 146:9, 146:11, 146:12, 146:13, 146:17, 148:13, 149:21, 150:18, 151:5, 151:25, 153:7, 153:9, 155:23, 156:16, 157:20, 158:3, 163:1, 163:18, 170:21, 171:8, 172:2, 173:20, 179:19, 180:6, 181:15, 183:1, 184:25, 185:6, 185:20, 186:2, 186:8, 188:20, 192:9, 194:21, 197:1, 197:23, 198:17, 203:10, 207:19, 208:17, 210:18, 211:3, 213:22, 220:10, 222:4, 223:18, 223:23, 233:22, 239:2, 251:11, 263:1, 265:15, 265:23, 266:25, 267:18, 269:19, 277:11, 279:15, 284:2, 291:17, 292:4, 296:9, 297:9, 297:11, 299:13

**then-market-price** [1] - 197:1
**theoretically** [1] - 167:4
**theories** [5] - 28:8, 166:8, 168:12, 266:4, 267:7
**theory** [95] - 9:13, 10:16, 10:17, 12:25, 27:2, 27:18, 28:2, 29:15, 30:10, 100:9, 100:13, 100:23, 102:18, 103:4, 103:22, 103:25, 104:9, 107:7, 107:10, 107:17, 107:19, 107:20, 108:17, 108:19, 108:22, 109:6, 109:21, 109:22, 119:12, 119:13, 119:14, 119:23, 119:25, 120:20, 121:3, 121:5, 121:6, 121:13, 121:16, 121:20, 164:19, 165:17,

165:22, 166:4, 166:21, 168:3, 168:15, 169:7, 169:16, 169:21, 170:9, 172:7, 172:9, 173:7, 175:19, 175:21, 177:13, 177:14, 178:6, 179:3, 179:4, 181:22, 182:6, 182:15, 182:23, 182:24, 184:3, 184:4, 186:22, 189:16, 191:18, 194:7, 194:8, 217:15, 217:20, 217:21, 218:10, 219:10, 219:16, 220:1, 221:3, 221:9, 222:8, 242:14, 244:10, 254:23, 260:5, 264:14, 264:15, 265:14, 279:10, 283:10, 288:1

**There** [2] - 17:25, 98:20

**there** [258] - 6:23, 8:19, 11:19, 11:20, 12:14, 12:22, 13:22, 15:8, 16:16, 16:18, 16:21, 17:10, 18:1, 18:19, 18:21, 19:14, 19:23, 21:16, 21:18, 22:8, 22:17, 26:22, 28:20, 28:23, 35:18, 37:16, 39:1, 39:11, 39:20, 41:16, 41:25, 46:22, 47:9, 49:8, 51:20, 53:17, 56:9, 58:9, 59:4, 59:13, 59:22, 60:16, 60:19, 62:5, 62:11, 63:2, 63:3, 63:16, 64:21, 65:2, 66:5, 66:10, 67:14, 67:22, 67:25, 71:9, 74:21, 75:12, 75:24, 75:25, 81:15, 82:12, 84:2, 85:5, 88:18, 89:5, 90:6, 90:10, 91:12, 94:2, 99:17, 101:13, 101:14, 104:3, 105:3, 105:13, 106:13, 106:23, 107:1, 109:22, 110:20, 111:3, 111:5, 111:7, 111:11, 113:16, 114:11, 114:15, 114:24, 115:17, 119:20, 119:23, 123:15, 123:18, 124:3, 124:8, 124:12, 125:9, 127:16, 128:2, 128:18, 129:7, 131:12, 132:2, 132:4, 134:11, 139:13, 140:3, 148:12, 148:14, 149:19, 149:25, 150:1, 150:13, 151:5, 152:6, 152:13, 152:21, 152:23, 152:24, 153:4, 153:12, 153:22, 154:3, 154:5, 154:12, 155:1, 155:7, 158:9, 159:19, 160:5, 160:22, 160:25, 161:8, 162:23, 163:7, 166:8, 166:23, 169:14, 170:14, 170:16, 171:19, 172:10, 172:14, 172:22, 173:2, 173:8, 173:9, 173:14, 173:15, 173:25, 174:12, 174:13, 174:25, 176:1, 176:9, 176:10, 176:17, 176:18, 176:23, 177:6, 177:7, 179:12, 180:25, 181:7, 181:12, 182:2, 182:3, 183:5, 183:12, 183:15, 184:8, 187:10, 187:19, 188:19, 191:6, 192:19, 197:15, 197:16, 197:21, 200:17, 202:19, 203:10, 204:4, 205:10, 206:10, 207:3, 208:20, 208:23, 213:25, 220:19, 222:18, 223:5, 223:15, 224:2, 225:20, 227:18, 230:15, 230:16, 230:18, 231:18, 231:20, 233:17, 235:9, 238:7, 238:18, 240:21, 242:19, 247:17, 250:1, 250:2, 250:20, 253:6, 256:6, 256:12, 256:23, 258:8, 258:24, 260:7, 261:21, 262:22, 265:8, 267:1, 268:2, 272:20, 273:17, 274:20, 279:16, 281:6, 281:7, 282:19, 282:22, 282:23, 283:8, 284:11, 284:14, 284:15, 286:1, 286:9, 286:10, 287:17, 288:3, 293:7, 294:24, 295:15, 298:4, 298:15, 299:17, 299:23

**there's** [116] - 5:22, 12:5, 19:23, 20:5, 21:8, 21:18, 21:20, 25:15, 26:2, 26:7, 27:3, 27:19, 27:20, 34:9, 40:4, 40:5, 59:15, 60:7, 60:9, 60:14, 61:1, 69:18, 79:25, 80:10, 85:15, 89:13, 90:13, 91:19, 93:22, 98:1, 107:15, 111:14, 118:2, 122:14, 122:18, 129:7, 131:23, 134:6, 134:8, 135:7, 135:14, 143:7, 149:20, 153:6, 154:10, 154:12, 154:14, 154:15, 155:8, 155:12, 155:13, 162:24, 164:5, 167:20, 169:10, 169:12, 169:23, 170:7, 171:24, 172:1, 173:9, 174:3, 178:5, 179:20, 184:11, 190:3, 190:4, 190:7, 191:1, 193:2, 193:16, 197:7, 197:9, 207:14, 215:21, 219:3, 225:18, 226:24, 234:15, 235:20, 252:9, 253:23, 253:24, 256:18, 258:22, 260:15, 260:23, 260:24, 263:21, 264:6, 264:8, 264:9, 264:19, 266:3, 272:17, 276:20, 277:17, 279:13, 280:14, 280:15, 280:19, 281:12, 281:24, 282:18, 283:7, 283:12, 283:21, 285:8, 288:9, 289:18, 290:23, 291:23, 298:11, 299:17, 301:17

**There's** [1] - 16:5

**thereafter** [1] - 59:10

**therefore** [3] - 37:12, 123:17, 272:3

**these** [142] - 13:6, 13:15, 15:9, 15:14, 15:20, 15:25, 16:11, 16:21, 17:6, 17:8, 17:9, 17:12, 19:24, 21:9, 21:15, 21:23, 22:5, 24:8, 25:5, 26:1, 26:12, 26:15, 27:15, 49:15, 49:18, 51:14, 53:14, 56:18, 57:1, 59:21, 61:3, 61:20, 61:24, 62:3, 62:5, 62:8, 62:14, 63:14, 67:7, 74:19, 75:8, 82:21, 84:9, 86:21, 88:22, 90:2, 92:25, 93:6, 96:3, 96:7, 108:11, 119:5, 128:19, 129:18, 131:3, 132:20, 133:20, 134:6, 134:7, 139:19, 142:15, 143:10, 145:9, 146:24, 151:12, 152:5, 152:8, 153:21, 153:24, 154:15, 154:17, 155:2, 158:10, 161:3, 161:19, 161:20, 162:5, 172:15, 177:16, 179:21, 179:24, 182:21, 183:23, 186:3, 186:8, 187:7, 188:16, 192:11, 193:1, 217:5, 220:6, 223:25, 224:3, 224:5, 224:22, 229:8, 229:11, 229:15, 229:16, 229:18, 229:19, 241:6, 247:5, 255:23, 259:13, 260:4, 261:6, 261:14, 267:19, 271:18, 271:19, 272:25, 274:22, 275:13, 275:15, 275:16, 286:2, 286:14, 287:23, 289:20, 290:4, 290:10, 290:13, 290:21, 292:8, 293:23, 295:3, 295:10, 297:12, 298:7, 299:5, 299:16, 299:18, 299:19, 300:17, 301:8

**These** [2] - 295:7, 295:9

**they** [526] - 5:15, 6:1, 8:14, 9:22, 10:24, 10:25, 11:3, 11:4, 11:5, 11:14, 13:2, 14:2, 14:3, 14:18, 14:22, 16:9, 18:6, 18:16, 19:1, 20:11, 21:3, 23:6, 23:21, 23:22, 24:2, 25:10, 25:18, 25:25, 26:13, 27:1, 29:14, 29:19, 29:21, 29:24, 29:25,

30:8, 31:1, 31:6, 33:4, 34:7, 34:9, 34:12, 43:12, 43:14, 44:5, 44:7, 44:8, 46:12, 48:3, 49:15, 49:17, 49:18, 50:18, 51:15, 52:5, 54:19, 55:6, 55:16, 57:12, 57:14, 58:25, 59:3, 60:10, 62:5, 62:6, 63:6, 63:7, 63:11, 67:10, 70:12, 70:13, 70:14, 70:15, 70:19, 72:3, 73:5, 74:5, 74:6, 74:16, 77:12, 79:23, 80:17, 80:22, 80:23, 81:24, 82:9, 84:7, 84:12, 86:7, 86:9, 86:11, 90:2, 91:23, 92:3, 92:6, 92:8, 92:9, 92:11, 93:1, 93:23, 95:9, 95:18, 96:21, 97:1, 97:9, 99:13, 99:15, 99:16, 99:20, 99:21, 99:25, 100:2, 104:8, 104:9, 106:25, 108:18, 108:25, 109:1, 109:2, 109:4, 109:11, 109:12, 109:13, 109:15, 109:16, 110:1, 111:7, 118:5, 118:19, 118:20, 119:25, 121:23, 126:11, 129:1, 129:20, 129:22, 130:1, 130:9, 131:1, 131:18, 131:21, 131:23, 132:12, 133:8, 135:7, 135:10, 137:7, 137:8, 138:11, 139:4, 139:6, 140:9, 140:14, 140:18, 140:20, 142:5, 143:15, 144:8, 144:17, 144:21, 144:22, 144:24, 144:25, 145:10, 145:16, 145:17, 145:18, 145:20, 145:21, 145:22, 145:23, 146:7, 146:11, 146:12, 146:13, 146:17, 150:1, 151:12, 151:13, 151:16, 151:17, 151:24, 151:25, 152:10, 152:11, 153:4, 153:15, 153:18, 153:22, 154:5, 154:6, 155:11, 155:12, 155:14, 156:7, 156:8, 156:11, 156:19, 157:1, 157:11, 157:24, 158:3, 158:4, 158:13, 158:14, 158:18, 159:2, 159:3, 159:22, 160:25, 161:5, 161:6, 161:10, 161:11, 161:13, 161:21, 161:25, 162:6, 162:10, 163:1, 163:20, 164:5, 165:25, 166:2, 166:3, 168:5, 168:12, 170:10, 170:11, 171:20, 172:6, 173:13, 174:7, 174:15, 174:22, 174:25, 175:4, 175:18, 175:19, 175:20, 176:18, 177:18, 177:21, 177:23, 177:24, 177:25, 178:5, 178:6, 178:7, 178:17, 178:19, 179:18, 179:19, 180:13, 180:20, 181:13, 181:15, 181:22, 181:23, 182:6, 182:11, 183:7, 183:8, 183:10, 183:16, 183:18, 184:8, 184:9, 184:10, 184:13, 184:14, 184:15, 184:17, 184:18, 184:25, 185:1, 185:3, 185:5, 185:6, 185:8, 185:22, 186:8, 186:10, 187:4, 187:9, 187:15, 188:9, 189:1, 189:18, 189:20, 190:8, 191:15, 192:10, 192:11, 192:25, 193:21, 193:25, 194:12, 194:14, 194:15, 194:19, 195:4, 195:5, 195:7, 195:11, 195:14, 195:21, 196:6, 196:7, 196:14, 196:15, 196:18, 196:19, 196:20, 196:25, 197:7, 197:9, 197:11, 197:12, 197:18, 197:20, 197:23, 198:9, 212:7, 212:14, 213:3, 213:4, 213:11, 213:12, 213:22, 216:13, 221:5, 223:25, 225:2, 225:3, 230:19, 230:21, 232:2, 232:15, 234:13, 237:17, 238:17, 238:18,

238:22, 239:17, 239:19, 239:20, 240:3, 240:6, 240:7, 241:9, 249:13, 249:14, 249:15, 249:17, 249:19, 249:23, 251:9, 251:10, 253:15, 254:25, 255:15, 255:19, 255:20, 256:10, 256:13, 256:18, 257:2, 257:21, 259:2, 259:4, 259:6, 259:9, 259:19, 259:21, 260:10, 260:16, 260:17, 260:25, 261:7, 261:20, 262:18, 262:19, 263:2, 264:12, 264:13, 265:1, 266:9, 267:18, 267:25, 268:1, 268:9, 269:2, 269:5, 269:6, 269:14, 269:21, 269:22, 270:1, 270:3, 270:4, 270:6, 270:7, 270:11, 270:18, 272:4, 272:13, 272:15, 272:20, 273:12, 274:1, 274:5, 274:8, 274:15, 274:24, 274:25, 275:1, 275:17, 276:19, 277:15, 278:6, 278:7, 278:21, 279:8, 279:18, 280:22, 281:1, 281:23, 282:25, 283:2, 283:3, 283:4, 284:14, 284:18, 284:19, 285:12, 285:14, 285:21, 285:22, 285:23, 286:25, 287:15, 287:16, 287:21, 287:23, 288:4, 288:7, 288:13, 289:8, 289:11, 290:25, 293:12, 293:13, 296:4, 296:5, 296:8, 296:9, 296:13, 296:19, 296:20, 297:10, 297:11, 298:24, 298:25, 299:8, 299:9, 299:10

**they'd** [2] - 261:8, 278:6

**they'll** [3] - 269:17, 278:1, 278:2

**they're** [169] - 7:4, 8:8, 11:4, 13:2, 13:25, 15:1, 15:2, 18:4, 25:10, 51:14, 52:7, 57:22, 59:12, 60:10, 61:10, 61:11, 66:12, 66:20, 66:25, 67:2, 73:11, 75:1, 75:2, 77:3, 77:6, 94:21, 95:14, 107:19, 109:10, 115:8, 115:11, 128:10, 129:19, 129:21, 130:3, 130:4, 130:18, 132:11, 134:4, 137:1, 137:7, 137:22, 137:23, 137:24, 140:20, 141:16, 141:18, 143:3, 143:20, 144:4, 144:5, 144:18, 146:23, 150:8, 150:9, 151:14, 151:22, 151:23, 152:11, 152:17, 153:17, 153:18, 153:19, 153:20, 154:16, 155:13, 156:5, 156:7, 156:9, 156:12, 156:22, 157:11, 157:14, 158:2, 158:4, 158:14, 158:16, 158:18, 160:23, 161:18, 162:6, 162:8, 162:9, 162:25, 163:1, 163:21, 173:7, 173:13, 175:10, 176:15, 176:16, 179:15, 181:21, 182:9, 185:7, 186:6, 186:7, 186:11, 187:9, 190:5, 190:6, 192:10, 192:12, 192:25, 193:1, 194:5, 195:9, 195:12, 195:13, 195:24, 196:8, 196:13, 197:1, 197:18, 213:22, 224:19, 225:24, 227:7, 239:21, 240:4, 240:10, 245:17, 247:10, 253:22, 254:9, 259:20, 260:9, 261:23, 262:8, 262:13, 264:16, 268:23, 268:24, 269:4, 269:5, 273:2, 274:16, 275:18, 276:12, 279:14, 286:7, 287:16, 288:2, 291:6, 291:25, 295:6, 295:9, 295:17, 295:19, 297:10, 297:16, 299:13, 299:14, 299:15, 299:18, 301:6, 301:8, 301:10

**they've** [25] - 13:1, 29:15, 31:7, 37:9,

107:18, 108:18, 109:10, 182:20, 182:21, 182:22, 184:6, 254:5, 254:7, 258:14, 261:2, 261:9, 261:13, 264:13, 273:25, 277:23, 279:18, 285:10, 288:4, 290:11, 299:7

**thing** [39] - 4:6, 12:3, 13:13, 18:10, 18:18, 24:5, 24:20, 26:1, 30:12, 38:11, 51:19, 52:19, 65:4, 75:17, 97:24, 118:23, 122:2, 130:4, 134:3, 143:21, 159:25, 170:18, 173:6, 183:9, 184:12, 187:17, 187:24, 190:7, 193:9, 194:4, 205:9, 206:18, 206:21, 208:6, 218:9, 249:17, 252:15, 262:7

**things** [56] - 14:5, 16:7, 30:6, 43:16, 44:12, 53:13, 59:22, 60:7, 60:8, 60:9, 74:6, 76:19, 81:14, 86:8, 86:14, 92:4, 92:13, 92:14, 101:24, 106:18, 125:8, 134:19, 136:23, 137:10, 137:15, 140:13, 144:20, 147:12, 155:22, 159:17, 161:19, 161:20, 161:22, 162:7, 167:11, 167:13, 168:7, 179:14, 180:10, 181:3, 183:2, 185:7, 188:19, 204:15, 205:1, 206:15, 246:23, 247:5, 251:8, 253:19, 266:10, 275:15, 280:1, 285:10, 287:9, 298:20

**think** [335] - 6:6, 6:8, 6:21, 6:22, 7:4, 7:9, 10:7, 10:20, 11:2, 11:20, 13:3, 14:13, 15:9, 16:16, 16:18, 19:14, 19:22, 21:8, 24:4, 31:1, 31:21, 34:12, 41:15, 41:17, 42:3, 51:21, 52:9, 54:18, 56:18, 57:1, 60:1, 60:2, 60:9, 61:2, 63:2, 64:21, 64:24, 65:1, 66:7, 67:6, 69:6, 71:16, 72:9, 75:1, 78:14, 80:17, 81:8, 81:17, 81:18, 82:3, 83:2, 83:18, 84:5, 84:9, 85:5, 85:9, 85:22, 86:9, 86:11, 86:12, 86:19, 89:3, 89:13, 89:23, 90:18, 91:18, 91:19, 93:21, 93:22, 95:9, 95:15, 96:3, 96:7, 96:11, 96:13, 97:3, 99:7, 100:2, 100:20, 100:21, 102:14, 103:19, 111:14, 111:16, 113:24, 117:14, 119:5, 120:22, 122:14, 123:18, 128:17, 128:19, 128:20, 129:14, 129:16, 130:13, 131:9, 131:21, 132:15, 132:19, 136:22, 140:2, 140:9, 140:15, 142:11, 142:14, 143:1, 143:6, 143:23, 145:24, 147:1, 147:19, 148:4, 149:3, 151:17, 151:24, 152:13, 152:16, 153:11, 154:25, 155:3, 155:15, 155:17, 156:2, 156:3, 157:5, 158:13, 159:21, 160:18, 160:20, 160:24, 161:2, 161:5, 162:8, 162:10, 162:18, 163:5, 163:8, 163:9, 163:21, 164:7, 164:17, 165:2, 165:24, 166:2, 171:24, 174:11, 174:13, 175:25, 176:18, 180:12, 181:23, 181:24, 182:18, 183:3, 183:14, 183:17, 183:19, 185:10, 186:2, 188:8, 191:16, 191:20, 191:23, 192:17, 194:17, 194:24, 195:6, 201:9, 202:14, 202:21, 204:17, 209:22, 212:3, 212:21, 215:17, 215:25, 216:25, 217:10, 219:5, 219:6, 219:17, 219:20, 220:22, 221:1, 221:4, 221:10, 221:18,

221:25, 222:4, 224:2, 224:11, 224:16, 224:17, 224:19, 225:1, 225:3, 225:5, 225:16, 227:1, 227:4, 227:9, 227:17, 228:21, 228:25, 229:5, 229:9, 229:12, 229:18, 231:25, 232:2, 233:3, 234:20, 234:23, 235:23, 236:2, 236:3, 236:11, 236:17, 237:20, 238:17, 238:19, 238:22, 238:23, 238:24, 239:1, 239:5, 241:8, 241:9, 241:10, 241:21, 241:25, 242:17, 243:12, 245:5, 245:9, 245:17, 245:21, 245:25, 246:5, 246:10, 246:20, 247:8, 247:18, 247:20, 250:10, 251:17, 252:14, 253:6, 253:25, 256:16, 258:7, 258:13, 258:14, 261:8, 266:8, 267:14, 267:19, 269:10, 269:25, 270:19, 273:22, 276:7, 276:17, 276:18, 276:25, 277:1, 277:3, 277:4, 277:5, 277:6, 277:7, 277:12, 277:14, 278:1, 278:2, 278:4, 278:7, 279:18, 280:15, 280:18, 281:2, 281:14, 283:20, 284:5, 284:10, 284:15, 284:23, 285:1, 285:2, 286:6, 286:22, 287:4, 287:13, 287:21, 287:25, 288:6, 288:7, 288:25, 289:18, 289:21, 291:9, 291:13, 291:24, 293:15, 293:19, 294:1, 294:3, 294:9, 295:1, 296:12, 298:19, 299:5, 299:22, 299:25, 300:15, 301:5, 301:10, 301:16

**thinking** [4] - 15:10, 23:24, 82:22, 285:24

**thinks** [3] - 164:1, 170:20, 297:20

**Third** [1] - 301:10

**third** [19] - 16:4, 60:13, 66:4, 72:20, 73:7, 73:19, 74:2, 80:9, 132:10, 141:16, 141:18, 142:14, 145:24, 164:21, 187:24, 194:10, 194:17, 194:22, 194:24

**third-quarter** [1] - 141:18

**this** [496] - 4:5, 5:8, 5:13, 6:3, 6:16, 6:22, 7:6, 7:18, 7:19, 8:12, 12:18, 12:25, 13:3, 13:12, 14:14, 15:6, 15:10, 16:13, 16:17, 16:24, 17:6, 17:10, 17:11, 17:18, 17:19, 18:8, 18:14, 19:12, 19:17, 19:18, 19:23, 19:25, 20:14, 20:16, 20:20, 21:20, 22:3, 23:22, 24:1, 24:14, 24:21, 25:10, 25:11, 25:14, 25:21, 26:5, 27:4, 28:10, 28:18, 28:23, 29:3, 29:4, 29:8, 29:12, 29:20, 30:8, 30:21, 31:1, 32:15, 34:25, 35:13, 37:14, 38:4, 40:5, 40:9, 42:11, 43:7, 43:10, 44:6, 45:2, 45:5, 45:21, 46:24, 47:17, 48:24, 48:25, 49:5, 50:2, 50:14, 50:17, 51:4, 51:13, 51:19, 52:5, 52:12, 52:17, 52:19, 52:20, 53:10, 53:11, 53:18, 54:16, 54:18, 54:22, 55:5, 55:20, 57:4, 57:17, 57:20, 58:12, 59:23, 60:2, 64:22, 65:14, 65:16, 66:1, 66:14, 68:11, 68:14, 68:17, 68:20, 68:21, 69:1, 69:18, 71:17, 72:1, 72:12, 72:17, 72:19, 72:25, 73:18, 74:1, 74:9, 75:11, 75:15, 77:5, 78:9, 78:14, 78:25, 79:1, 80:9, 80:17, 81:5, 81:23, 81:25, 82:15, 83:20, 86:5, 86:22, 88:9, 89:2,

89:14, 89:24, 91:4, 91:13, 91:20, 92:2, 92:17, 92:18, 93:4, 93:17, 93:18, 94:5, 94:10, 95:1, 95:11, 96:16, 96:20, 96:24, 96:25, 98:7, 98:9, 98:10, 98:14, 99:10, 99:19, 99:25, 100:12, 100:22, 102:17, 103:13, 103:16, 104:18, 104:22, 105:12, 105:15, 105:21, 107:16, 108:2, 108:4, 108:14, 108:19, 109:4, 110:17, 110:24, 112:16, 114:12, 117:9, 117:12, 117:16, 118:7, 118:14, 120:15, 121:13, 122:20, 123:3, 123:22, 124:21, 125:2, 126:3, 126:21, 127:25, 129:6, 130:24, 131:4, 133:9, 134:17, 135:11, 135:12, 135:20, 136:3, 136:19, 140:9, 140:17, 140:18, 140:19, 140:20, 140:21, 141:4, 141:15, 142:8, 144:6, 144:10, 147:2, 148:5, 149:5, 149:12, 151:16, 152:1, 152:18, 153:10, 155:17, 155:25, 156:5, 156:20, 156:23, 157:6, 157:7, 157:9, 157:12, 157:22, 157:23, 157:25, 158:25, 159:1, 162:2, 163:14, 163:22, 165:11, 165:23, 166:25, 169:3, 171:6, 171:25, 172:8, 173:5, 173:7, 173:8, 173:11, 174:11, 175:1, 175:4, 175:15, 175:22, 176:2, 176:18, 177:2, 177:17, 178:12, 178:20, 178:25, 179:25, 180:23, 181:25, 182:6, 182:10, 182:21, 183:5, 183:16, 183:19, 185:2, 185:14, 186:10, 186:13, 186:25, 187:25, 188:1, 188:12, 190:16, 190:17, 190:18, 190:21, 192:25, 193:7, 193:17, 194:24, 195:4, 196:2, 196:6, 196:8, 196:9, 196:11, 197:18, 197:20, 197:24, 197:25, 198:6, 198:7, 199:17, 202:8, 202:12, 203:2, 203:12, 206:1, 206:12, 206:16, 210:19, 211:23, 212:2, 212:4, 213:2, 213:4, 213:7, 213:12, 213:24, 214:4, 215:4, 215:6, 218:25, 220:7, 220:19, 221:6, 224:7, 224:16, 226:14, 227:8, 228:3, 229:2, 229:7, 229:10, 229:13, 229:16, 230:16, 230:18, 230:19, 231:2, 231:9, 231:21, 232:4, 232:6, 233:12, 234:5, 236:19, 238:12, 239:19, 239:20, 239:21, 240:3, 240:4, 241:9, 242:12, 242:16, 243:2, 243:4, 243:7, 243:10, 245:6, 248:4, 248:7, 248:12, 249:13, 250:23, 250:25, 252:6, 252:15, 254:15, 255:6, 255:8, 255:22, 256:14, 256:20, 257:19, 260:1, 260:10, 260:19, 261:3, 261:10, 261:25, 262:4, 262:19, 262:21, 263:1, 263:2, 263:15, 263:21, 263:25, 264:14, 264:15, 265:8, 266:6, 266:9, 266:11, 266:18, 268:11, 268:24, 268:25, 269:4, 270:3, 270:5, 270:6, 270:7, 270:8, 270:14, 271:24, 271:25, 272:2, 272:7, 273:7, 273:12, 274:6, 274:8, 274:13, 274:24, 275:1, 275:25, 276:16, 277:4, 278:13, 278:16, 279:2, 279:6, 279:15, 279:16, 280:4, 280:10, 280:14, 280:17, 280:25, 282:1, 282:10, 284:5, 284:25, 285:2, 285:11,

285:12, 285:15, 286:4, 286:18, 286:22, 287:8, 287:13, 287:18, 288:24, 289:10, 290:2, 290:25, 291:5, 291:7, 292:6, 292:21, 293:5, 293:6, 294:12, 295:2, 295:8, 296:19, 297:15, 297:22, 298:5, 298:6, 299:7, 299:24, 301:7, 301:14, 301:25, 302:1

**those** [114] - 8:10, 10:22, 11:5, 20:1, 20:10, 22:22, 23:6, 24:16, 25:13, 26:3, 36:11, 37:19, 42:17, 46:12, 47:4, 48:3, 59:22, 65:7, 74:10, 87:25, 97:25, 99:14, 99:16, 99:24, 101:4, 101:25, 106:25, 107:2, 109:2, 112:23, 113:12, 120:24, 128:21, 129:5, 129:6, 132:6, 132:24, 133:7, 136:15, 137:6, 137:13, 137:17, 137:18, 137:21, 138:2, 138:4, 138:5, 138:10, 138:12, 139:9, 139:14, 140:4, 140:25, 141:1, 144:14, 144:15, 151:6, 153:7, 153:12, 156:25, 159:1, 159:15, 160:3, 160:5, 161:4, 162:17, 162:22, 163:5, 163:7, 164:16, 164:23, 167:13, 173:16, 174:17, 180:22, 180:25, 184:17, 185:5, 185:7, 188:14, 215:20, 218:14, 218:17, 219:18, 222:25, 223:2, 225:22, 225:23, 232:3, 246:9, 250:18, 250:21, 254:20, 256:5, 256:14, 265:20, 268:17, 269:25, 281:24, 283:22, 285:16, 288:3, 289:5, 293:13, 294:14, 294:15, 296:22, 296:24, 297:23, 297:25, 299:11, 301:19

**though** [9] - 7:20, 93:5, 106:15, 107:10, 175:1, 252:7, 261:22, 271:12, 295:13

**thought** [20] - 5:23, 12:4, 12:6, 57:23, 85:8, 110:17, 161:1, 187:2, 187:5, 187:21, 187:23, 188:9, 190:14, 194:15, 225:2, 225:14, 246:12, 257:6, 267:3

**thousand** [3] - 124:15, 284:15, 295:24

**thousands** [2] - 31:15, 176:10

**three** [25] - 15:22, 20:4, 20:5, 20:12, 21:7, 21:10, 23:22, 69:7, 90:24, 91:8, 132:7, 132:23, 164:17, 183:25, 204:15, 205:1, 216:8, 216:12, 216:13, 240:24, 250:16, 252:9, 252:11, 288:16, 301:9

**three-year** [2] - 90:24, 91:8

**through** [59] - 6:9, 9:1, 14:5, 15:15, 19:12, 27:9, 31:24, 34:11, 36:10, 36:13, 37:4, 44:11, 70:13, 80:9, 82:15, 89:11, 112:23, 129:14, 139:8, 144:11, 145:4, 150:18, 152:18, 154:19, 155:15, 163:6, 164:23, 168:15, 168:21, 172:24, 179:20, 182:10, 185:17, 188:23, 200:17, 201:1, 203:22, 218:23, 245:6, 247:24, 254:22, 257:2, 258:4, 258:21, 260:8, 265:2, 270:1, 274:19, 276:7, 278:7, 280:7, 280:14, 282:12, 284:18, 285:7, 293:17, 293:19, 299:4, 301:19

**throughout** [28] - 30:3, 80:18, 111:10, 129:19, 129:23, 130:9, 130:19, 171:17, 258:18, 259:2, 259:9, 261:2, 261:9,

261:14, 262:8, 265:17, 266:5, 269:3, 272:15, 274:7, 274:17, 276:1, 276:22, 279:5, 285:13, 285:22, 287:22, 287:23

**throw** [1] - 265:2

**thrown** [3] - 107:4, 107:5, 169:13

**tie** [6] - 13:5, 95:11, 95:13, 141:13, 281:1, 281:3

**tied** [4] - 85:19, 94:5, 261:15, 271:19

**ties** [1] - 194:17

**Tiger** [2] - 55:10, 62:15

**tight** [17] - 66:23, 71:7, 72:14, 74:22, 78:5, 82:7, 83:12, 85:17, 99:22, 253:11, 258:18, 258:21, 258:22, 259:16, 271:3, 272:8, 285:13

**tighter** [3] - 77:15, 96:9, 259:22

**tightly** [8] - 70:25, 82:7, 84:8, 86:24, 88:13, 92:5, 97:2, 111:22

**till** [1] - 70:24

**Tim** [2] - 63:16, 81:5

**time** [129] - 6:8, 7:23, 9:18, 16:3, 16:13, 17:20, 18:13, 18:21, 18:23, 20:16, 29:19, 34:4, 34:5, 36:8, 36:10, 38:16, 38:24, 40:6, 50:17, 51:23, 54:16, 54:18, 56:20, 58:14, 59:24, 59:25, 61:4, 63:14, 72:20, 74:1, 86:5, 89:12, 90:12, 91:13, 94:3, 94:11, 95:5, 96:23, 97:9, 99:10, 103:16, 104:6, 105:21, 106:12, 106:24, 110:1, 110:2, 110:9, 117:4, 118:4, 120:2, 120:4, 121:7, 121:21, 123:7, 125:2, 125:15, 125:18, 125:20, 125:21, 126:21, 132:12, 133:22, 136:21, 141:15, 141:18, 149:16, 149:20, 149:25, 150:3, 151:15, 151:21, 151:22, 159:12, 159:13, 159:18, 168:14, 170:20, 170:25, 171:2, 173:18, 176:5, 178:15, 178:16, 178:21, 181:13, 183:1, 187:5, 188:1, 188:2, 188:15, 199:12, 216:21, 217:10, 217:13, 217:17, 218:22, 225:14, 229:2, 229:7, 229:16, 229:19, 237:20, 239:16, 243:21, 246:21, 247:6, 247:25, 252:15, 255:2, 259:20, 265:14, 268:16, 273:9, 274:22, 278:22, 279:11, 287:8, 287:15, 289:23, 291:13, 293:16, 293:24, 297:11, 301:10, 301:19

**times** [16] - 30:4, 33:23, 103:7, 109:1, 136:7, 136:10, 147:8, 147:25, 150:9, 160:14, 180:15, 184:23, 214:15, 268:13, 284:25, 297:23

**timing** [2] - 17:9, 60:22

**timings** [1] - 60:25

**TIMOTHY** [1] - 2:10

**to** [1377] - 4:2, 4:4, 4:7, 4:8, 5:13, 5:15, 5:18, 5:21, 5:22, 5:23, 5:25, 6:1, 6:8, 6:11, 6:16, 6:20, 6:21, 6:22, 6:23, 7:7, 7:9, 7:11, 7:14, 7:15, 7:18, 7:19, 7:21, 8:8, 8:10, 9:20, 10:18, 11:6, 11:8, 11:10, 11:15, 11:16, 11:18, 11:25, 12:4, 12:7, 12:9, 12:13, 13:2, 13:8, 13:10, 13:19, 13:22, 13:23, 14:1, 14:2, 14:8,

14:10, 14:16, 14:18, 15:12, 15:17, 15:24, 16:5, 16:6, 16:10, 16:14, 16:20, 16:22, 17:2, 17:12, 17:16, 17:18, 17:20, 17:21, 18:1, 18:6, 18:9, 18:10, 18:11, 18:23, 19:10, 19:11, 19:15, 19:19, 19:20, 20:9, 20:20, 20:21, 20:22, 21:5, 21:9, 21:14, 21:22, 22:3, 22:11, 22:14, 22:15, 22:18, 23:10, 23:11, 24:2, 24:4, 24:12, 24:16, 24:24, 24:25, 25:5, 25:14, 25:19, 25:21, 26:19, 26:21, 26:25, 27:1, 27:3, 27:4, 27:7, 27:11, 27:17, 28:16, 28:25, 29:4, 29:5, 29:13, 29:17, 29:18, 29:21, 29:23, 30:5, 30:8, 30:19, 30:20, 30:22, 30:25, 31:1, 31:3, 31:5, 31:12, 31:13, 31:19, 31:23, 32:13, 32:24, 33:4, 33:11, 33:12, 34:1, 34:2, 34:3, 34:5, 34:6, 34:7, 34:8, 34:9, 34:12, 34:20, 35:17, 35:18, 36:18, 36:23, 37:2, 38:18, 38:19, 38:20, 38:25, 39:5, 39:19, 39:20, 39:22, 39:24, 40:2, 40:4, 40:5, 40:6, 40:7, 40:15, 40:25, 41:4, 41:7, 41:9, 41:10, 41:25, 42:3, 42:6, 42:18, 42:22, 42:24, 43:2, 43:12, 43:18, 43:21, 44:7, 44:10, 44:11, 44:22, 44:23, 45:5, 45:9, 45:14, 45:18, 45:25, 46:2, 46:15, 46:16, 46:19, 47:6, 47:15, 47:21, 48:5, 48:15, 48:22, 49:4, 49:22, 49:24, 49:25, 50:7, 50:18, 51:2, 51:16, 51:18, 51:21, 51:23, 52:7, 52:8, 52:9, 52:12, 52:17, 52:20, 52:21, 52:24, 53:3, 53:12, 53:23, 53:25, 54:13, 54:20, 54:22, 55:1, 55:2, 55:16, 55:18, 56:7, 56:16, 56:18, 56:19, 56:22, 57:16, 57:19, 58:15, 58:17, 58:25, 59:5, 59:10, 59:20, 59:22, 60:12, 60:24, 61:1, 61:7, 61:8, 61:15, 62:9, 62:22, 62:24, 63:1, 63:13, 63:14, 63:24, 64:5, 64:7, 64:9, 65:11, 65:18, 66:11, 66:14, 66:15, 67:5, 67:17, 67:25, 68:12, 68:18, 69:15, 69:20, 69:22, 69:23, 69:24, 69:25, 70:13, 71:2, 71:8, 71:22, 71:23, 72:4, 72:9, 72:18, 72:24, 72:25, 73:2, 73:6, 73:7, 73:10, 73:16, 73:18, 73:20, 74:4, 74:7, 74:9, 74:13, 74:19, 75:6, 75:7, 75:10, 75:16, 75:20, 75:21, 76:5, 76:10, 76:11, 76:14, 76:23, 77:3, 77:6, 77:8, 77:12, 77:14, 77:19, 78:3, 78:4, 78:11, 79:2, 79:3, 79:12, 79:15, 79:23, 79:25, 80:1, 80:3, 80:12, 81:17, 81:18, 81:20, 82:3, 82:5, 82:11, 82:16, 82:20, 82:21, 82:22, 83:1, 83:3, 83:8, 83:16, 83:17, 83:18, 83:20, 84:5, 84:10, 84:20, 85:2, 85:4, 85:8, 85:10, 85:11, 85:13, 85:16, 85:18, 85:21, 85:23, 85:24, 86:7, 86:8, 86:13, 86:19, 86:22, 86:23, 87:7, 87:22, 87:24, 88:2, 88:4, 88:16, 88:20, 88:23, 89:9, 89:24, 90:5, 90:9, 90:18, 90:25, 91:2, 91:4, 91:6, 91:8, 91:12, 91:22, 91:23, 92:3, 92:25, 93:3, 93:25, 94:5, 94:17, 94:20, 95:11, 95:13, 95:24, 96:3, 96:9, 96:11, 96:20, 96:21, 96:22, 97:13, 97:16, 97:17, 98:3, 98:8, 98:14, 98:20,

99:4, 99:20, 99:22, 99:25, 100:4, 100:8, 100:10, 100:11, 100:16, 100:24, 101:14, 102:3, 103:24, 104:5, 104:21, 105:7, 105:12, 105:16, 105:21, 105:23, 106:2, 106:3, 106:4, 106:9, 106:20, 107:2, 107:10, 108:2, 108:18, 108:21, 108:24, 108:25, 109:2, 109:7, 109:15, 109:22, 109:23, 109:25, 110:7, 110:8, 110:12, 110:23, 111:15, 111:17, 111:18, 112:19, 112:23, 114:7, 114:9, 114:12, 114:13, 114:23, 115:25, 116:6, 116:18, 117:9, 117:16, 117:17, 117:19, 118:3, 118:8, 118:11, 118:20, 118:21, 119:10, 119:18, 119:19, 119:22, 120:12, 121:4, 121:20, 121:25, 122:4, 122:21, 123:2, 123:3, 123:4, 124:3, 125:3, 125:16, 126:2, 126:20, 126:22, 126:23, 126:25, 127:13, 127:20, 127:22, 128:2, 128:4, 128:6, 129:22, 130:6, 130:9, 131:2, 131:15, 131:25, 132:2, 132:4, 132:6, 132:21, 132:23, 132:24, 133:3, 134:4, 134:11, 134:12, 134:18, 135:7, 136:23, 137:8, 137:11, 138:9, 138:10, 138:17, 138:18, 139:4, 139:8, 139:9, 139:22, 139:23, 140:1, 140:6, 140:7, 140:11, 140:14, 140:22, 140:24, 140:25, 141:4, 141:8, 141:9, 141:13, 141:22, 142:2, 142:3, 142:5, 142:12, 142:14, 142:20, 142:21, 142:25, 143:8, 143:9, 143:11, 143:19, 143:25, 144:1, 144:22, 144:24, 145:1, 145:3, 145:8, 145:20, 146:1, 148:2, 148:11, 148:20, 148:23, 148:25, 149:13, 149:19, 149:24, 150:21, 151:4, 151:5, 151:11, 151:20, 151:23, 151:24, 152:8, 152:10, 153:9, 153:12, 154:1, 154:11, 154:14, 155:5, 155:9, 155:14, 155:22, 155:23, 156:1, 156:10, 156:17, 156:18, 157:3, 157:5, 157:9, 157:11, 157:13, 157:17, 158:3, 158:21, 158:22, 158:24, 159:2, 159:4, 159:11, 159:18, 159:22, 160:6, 160:8, 160:19, 160:23, 161:1, 161:11, 161:25, 162:1, 162:11, 162:19, 162:22, 163:6, 163:25, 164:2, 164:3, 164:11, 165:12, 165:16, 165:18, 165:20, 165:21, 166:14, 166:16, 166:17, 166:19, 167:1, 167:17, 167:18, 168:9, 168:10, 168:20, 168:23, 168:24, 169:1, 169:10, 169:19, 169:24, 170:3, 170:19, 170:20, 170:22, 170:23, 170:24, 170:25, 171:8, 171:12, 171:14, 171:22, 171:23, 172:1, 172:18, 173:1, 173:4, 173:5, 173:8, 173:11, 173:13, 173:14, 173:18, 173:19, 173:22, 173:23, 174:6, 174:13, 174:24, 175:14, 175:15, 175:16, 175:19, 175:24, 175:25, 176:18, 176:19, 176:25, 177:2, 177:10, 177:11, 177:12, 177:13, 177:15, 177:17, 177:19, 177:22, 177:23, 177:25, 178:3, 178:19, 179:4, 179:6, 179:7, 179:8, 179:10, 179:17,

179:20, 179:23, 180:1, 180:14, 180:16, 181:3, 181:9, 181:11, 181:12, 181:15, 181:18, 181:20, 182:7, 182:10, 182:11, 182:12, 182:13, 182:14, 182:19, 183:5, 183:22, 184:3, 184:4, 185:2, 185:8, 185:10, 185:12, 185:25, 186:14, 186:17, 187:15, 187:20, 187:22, 188:5, 188:6, 188:11, 188:13, 188:16, 188:19, 188:21, 189:8, 189:11, 189:12, 189:19, 189:21, 190:1, 190:3, 190:10, 190:17, 190:18, 190:19, 191:2, 191:4, 191:5, 191:11, 191:20, 192:3, 192:12, 192:20, 192:23, 193:1, 193:2, 193:5, 193:6, 193:7, 193:8, 193:11, 193:15, 193:18, 193:19, 193:20, 193:23, 193:24, 194:3, 194:6, 194:10, 194:22, 195:13, 195:16, 196:1, 196:2, 196:3, 196:4, 196:5, 196:7, 196:8, 196:16, 197:6, 197:11, 197:15, 197:17, 197:22, 198:3, 198:6, 198:11, 198:13, 199:24, 200:11, 200:14, 201:1, 201:13, 201:17, 201:21, 201:22, 202:18, 202:24, 203:1, 203:2, 203:5, 203:6, 203:7, 203:14, 203:22, 204:6, 204:11, 204:15, 204:17, 205:1, 205:3, 205:6, 205:9, 205:10, 205:11, 205:14, 205:21, 206:5, 206:25, 208:17, 209:7, 209:8, 209:18, 210:2, 210:4, 210:14, 210:21, 211:4, 211:7, 211:14, 212:1, 212:5, 212:17, 212:25, 213:11, 214:18, 214:20, 214:22, 214:24, 215:10, 215:23, 216:1, 216:4, 216:7, 216:10, 217:1, 217:3, 217:6, 217:14, 217:19, 217:23, 218:4, 218:10, 218:15, 218:16, 218:21, 218:23, 219:1, 219:11, 219:22, 220:7, 220:10, 220:11, 220:24, 221:21, 222:5, 222:7, 222:14, 222:17, 222:18, 222:25, 223:2, 223:10, 223:12, 223:14, 224:1, 224:7, 224:9, 224:15, 224:16, 224:18, 225:1, 225:6, 225:18, 225:20, 226:2, 226:4, 226:7, 226:14, 226:18, 226:20, 226:21, 226:24, 227:11, 227:23, 228:12, 228:18, 228:19, 228:23, 229:13, 229:14, 229:21, 229:24, 230:3, 230:6, 230:9, 231:1, 231:7, 231:8, 231:21, 232:3, 232:13, 233:1, 233:4, 233:7, 234:3, 234:4, 234:5, 234:6, 234:14, 234:15, 234:20, 234:21, 234:23, 234:25, 235:3, 235:8, 235:15, 235:17, 235:21, 235:22, 235:24, 235:25, 236:5, 237:1, 237:2, 237:9, 237:12, 237:14, 237:15, 237:17, 237:18, 237:22, 238:1, 238:2, 238:3, 238:4, 238:7, 238:13, 238:21, 239:8, 239:12, 239:13, 239:18, 239:24, 240:6, 240:13, 240:16, 240:17, 240:18, 240:20, 241:5, 241:7, 241:13, 242:7, 242:9, 242:25, 243:12, 243:25, 244:5, 244:9, 244:13, 244:14, 244:23, 245:7, 245:17, 245:19, 245:20, 245:21, 246:18, 247:3, 247:4, 248:4, 248:9, 248:20, 248:21, 248:24, 249:7, 249:8,

249:13, 249:17, 249:19, 249:23, 250:23, 251:4, 251:12, 251:13, 252:1, 252:4, 252:10, 252:16, 252:17, 252:24, 252:25, 253:2, 253:3, 253:5, 253:23, 253:24, 254:1, 254:13, 254:17, 254:20, 254:23, 255:7, 255:8, 255:11, 255:25, 256:6, 256:10, 256:13, 256:22, 257:4, 257:5, 257:8, 257:16, 257:21, 257:22, 257:25, 258:3, 258:4, 258:13, 258:14, 259:16, 259:21, 260:2, 260:5, 260:10, 260:19, 260:21, 260:22, 261:16, 261:21, 262:11, 262:14, 262:22, 262:25, 263:2, 263:17, 263:19, 263:24, 264:11, 264:12, 264:14, 264:16, 265:1, 265:7, 265:9, 265:15, 265:24, 266:12, 266:16, 267:4, 267:5, 267:7, 267:11, 267:12, 267:21, 268:6, 268:7, 268:15, 268:19, 269:1, 269:4, 269:5, 269:6, 269:14, 269:15, 269:17, 269:20, 269:24, 270:1, 270:19, 270:21, 271:6, 271:7, 271:11, 271:19, 271:20, 271:23, 272:7, 272:19, 272:20, 272:22, 272:23, 273:1, 273:4, 273:10, 273:11, 273:13, 273:16, 273:18, 273:22, 274:8, 275:6, 275:14, 276:4, 276:5, 276:8, 276:11, 276:13, 276:19, 276:23, 276:25, 277:1, 277:4, 277:5, 277:16, 277:21, 277:23, 278:3, 278:6, 278:8, 278:24, 279:15, 279:17, 280:1, 280:5, 280:13, 280:19, 281:7, 281:12, 282:4, 282:6, 282:7, 282:10, 282:20, 282:21, 283:2, 283:3, 283:16, 283:17, 284:2, 284:4, 284:8, 284:11, 284:17, 284:19, 284:23, 285:10, 285:14, 285:16, 285:17, 285:18, 285:19, 285:22, 286:3, 286:20, 286:23, 286:24, 287:7, 287:8, 287:9, 287:10, 287:11, 287:15, 287:16, 287:17, 287:18, 288:5, 288:7, 288:9, 288:18, 288:22, 289:2, 289:8, 289:13, 289:23, 289:24, 290:9, 290:11, 290:12, 290:16, 290:18, 290:21, 291:14, 291:16, 292:7, 292:9, 292:13, 292:21, 293:3, 293:4, 293:8, 293:9, 293:10, 293:21, 294:6, 294:8, 294:14, 294:15, 294:17, 294:19, 294:20, 294:23, 294:24, 295:6, 295:9, 295:10, 295:11, 295:15, 295:18, 296:6, 296:10, 296:13, 296:14, 296:17, 296:18, 297:1, 297:7, 297:9, 297:15, 297:16, 297:20, 297:21, 298:4, 298:5, 298:8, 298:20, 298:22, 298:24, 298:25, 299:3, 299:5, 299:10, 299:24, 300:1, 300:6, 300:12, 300:16, 300:19, 300:20, 300:21, 300:23, 300:25, 301:8, 301:11, 301:12, 301:13, 301:14, 301:20, 302:1, 302:3, 303:3

**today** [31] - 5:18, 7:14, 10:14, 11:11, 12:7, 12:9, 12:22, 25:10, 27:7, 29:16, 31:6, 112:24, 125:4, 126:5, 133:10, 202:11, 214:15, 219:24, 230:14, 246:21, 247:25, 249:6, 263:13, 264:18, 264:20, 288:25, 293:16, 294:3, 296:5,

296:16, 299:10
**together** [8] - 29:6, 51:25, 52:11, 64:24, 150:10, 192:23, 197:18, 247:19
**told** [27] - 15:6, 18:16, 25:10, 26:10, 72:23, 104:17, 106:6, 110:1, 121:9, 132:15, 132:17, 144:7, 144:8, 144:10, 174:15, 175:4, 177:14, 188:11, 188:12, 194:2, 212:21, 239:20, 240:3, 270:23, 273:8, 296:10
**tolerance** [1] - 172:18
**Tony** [40] - 12:13, 13:10, 44:15, 45:18, 46:19, 48:6, 48:15, 48:22, 49:4, 49:23, 49:25, 50:5, 51:2, 52:24, 53:8, 53:23, 54:1, 54:13, 56:7, 57:16, 58:1, 59:5, 59:11, 60:12, 60:15, 62:24, 63:3, 64:5, 65:11, 65:18, 67:17, 71:9, 75:21, 76:12, 88:5, 93:8, 95:24, 107:24, 185:12, 186:18
**tony** [9] - 4:21, 47:6, 47:15, 47:21, 51:18, 55:18, 61:13, 62:9, 75:13
**too** [54] - 25:6, 40:11, 48:3, 66:23, 67:19, 67:20, 70:25, 71:7, 72:13, 74:21, 74:22, 77:18, 78:4, 82:7, 82:8, 83:12, 84:8, 85:7, 85:17, 86:24, 88:13, 92:5, 97:1, 99:6, 99:22, 100:25, 111:21, 115:6, 115:8, 115:11, 116:15, 182:18, 189:9, 189:11, 190:20, 195:4, 236:4, 258:18, 258:21, 258:22, 259:15, 263:6, 264:17, 265:13, 269:18, 270:3, 271:3, 285:13, 286:19, 288:9, 291:11, 299:18
**took** [8] - 24:8, 29:19, 67:10, 90:5, 93:1, 140:9, 172:24, 253:15
**tools** [1] - 290:9
**top** [10] - 50:7, 54:4, 60:15, 79:13, 85:3, 129:8, 194:19, 199:25, 205:23, 292:20
**topic** [4] - 20:24, 21:4, 295:8, 299:24
**topical** [6] - 20:21, 281:12, 281:13, 281:24, 282:7
**topically** [1] - 155:9
**topics** [2] - 24:8, 100:4
**tort** [1] - 167:1
**torts** [1] - 189:2
**total** [10] - 22:1, 59:17, 63:7, 72:25, 90:25, 144:16, 144:23, 146:6, 146:10, 216:16
**totaling** [1] - 81:9
**totally** [3] - 252:7, 252:16, 295:24
**touch** [4] - 138:15, 143:8, 242:7, 250:23
**touched** [1] - 113:1
**touted** [1] - 177:22
**touting** [5] - 259:3, 261:13, 262:8, 270:15, 275:19
**toward** [2] - 56:19, 58:9
**towards** [3] - 41:3, 80:14, 88:22
**track** [4] - 11:19, 117:8, 232:24, 291:7
**traded** [8] - 34:3, 202:3, 202:6, 202:9, 254:25, 255:1, 255:11, 256:8
**trading** [2] - 207:20, 250:16

**traditional** [1] - 178:9
**traffic** [1] - 32:15
**Trail** [2] - 55:11, 62:16
**train** [1] - 57:23
**training** [9] - 231:5, 231:14, 231:16, 231:23, 232:1, 232:3, 232:6, 232:9
**transaction** [5] - 10:13, 14:9, 27:5, 192:1, 197:8
**transactions** [1] - 21:3
**transcript** [16] - 1:25, 51:4, 51:8, 51:13, 53:1, 55:20, 55:25, 56:5, 57:17, 60:13, 75:11, 75:15, 144:13, 219:22, 285:6, 303:3
**TRANSCRIPT** [1] - 1:12
**transcripts** [1] - 206:22
**transforming** [1] - 45:22
**transition** [9] - 43:1, 52:17, 76:23, 77:8, 173:8, 177:22, 177:25, 259:2, 271:6
**transitioned** [3] - 53:12, 271:5, 271:6
**treading** [1] - 183:15
**treat** [1] - 5:8
**treated** [1] - 101:25
**treatment** [1] - 33:7
**treats** [1] - 265:22
**trend** [2] - 57:2, 96:8
**trial** [5] - 109:8, 168:21, 172:15, 179:4, 199:16
**tried** [11] - 20:9, 159:3, 181:15, 222:5, 234:14, 234:23, 235:8, 237:14, 237:17, 285:10, 290:16
**trier** [1] - 291:16
**trip** [1] - 302:3
**trouble** [2] - 162:1, 164:2
**true** [32] - 20:24, 22:2, 30:14, 49:19, 51:16, 73:24, 90:4, 92:3, 92:13, 95:9, 110:9, 110:19, 178:2, 178:3, 180:1, 189:6, 192:9, 196:9, 203:1, 228:11, 228:17, 228:22, 260:22, 270:18, 273:9, 281:15, 282:5, 289:5, 292:24, 294:17, 303:3
**truly** [2] - 270:1, 283:3
**Trust** [1] - 105:25
**truth** [36] - 37:11, 38:19, 39:12, 39:24, 41:17, 42:1, 74:11, 94:18, 94:23, 94:25, 96:23, 104:17, 110:1, 110:2, 118:2, 118:8, 119:16, 120:22, 120:25, 121:9, 124:20, 131:20, 135:12, 166:19, 167:17, 178:17, 179:16, 187:3, 188:12, 190:6, 195:14, 195:15, 196:19, 255:2, 274:22, 295:17
**truth-on-the-market** [1] - 179:16
**truthful** [1] - 104:22
**truths** [1] - 120:24
**try** [11] - 15:24, 43:21, 52:21, 59:20, 69:24, 86:7, 113:15, 134:4, 168:10, 171:22, 196:16
**trying** [29] - 4:8, 16:10, 30:19, 30:20, 51:23, 55:2, 71:22, 82:16, 123:2, 134:10, 181:18, 182:14, 201:1, 224:9,

239:12, 239:13, 240:6, 253:22, 255:8, 279:15, 290:11, 293:8, 293:9, 297:1, 297:7, 297:16, 300:12, 301:8, 301:11

**turn** [19] - 14:16, 19:11, 26:25, 45:18, 46:19, 48:22, 97:13, 113:7, 131:25, 167:13, 176:19, 176:24, 198:6, 212:18, 213:14, 259:23, 260:22, 260:24, 269:8

**turned** [8] - 16:25, 176:11, 196:22, 211:19, 212:10, 213:16, 270:1, 270:14

**turnover** [3] - 214:1, 214:2, 293:18

**turns** [6] - 116:14, 262:22, 263:5, 263:8, 269:1, 270:11

**tweak** [2] - 168:24, 169:1

**twice** [3] - 19:18, 24:25, 148:3

**twisted** [1] - 71:12

**twisting** [1] - 299:14

**Twitter** [1] - 122:18

**two** [87] - 5:1, 6:6, 10:25, 12:14, 12:22, 15:24, 17:8, 17:21, 18:23, 19:23, 23:6, 24:2, 26:20, 28:20, 40:24, 41:23, 52:11, 53:13, 59:20, 64:22, 65:3, 92:4, 95:17, 101:13, 101:14, 101:25, 105:4, 105:7, 113:1, 128:21, 139:15, 139:16, 150:17, 151:2, 151:3, 151:6, 159:17, 164:25, 166:8, 167:20, 168:11, 169:10, 178:8, 178:23, 178:25, 179:7, 180:10, 188:10, 188:14, 188:16, 188:19, 192:18, 192:22, 206:8, 216:17, 216:19, 229:23, 229:25, 230:15, 230:16, 230:17, 230:18, 230:19, 230:20, 237:11, 242:16, 242:21, 246:9, 248:5, 252:11, 255:18, 261:14, 263:18, 270:8, 270:9, 270:17, 271:1, 272:25, 277:13, 279:13, 279:17, 279:19, 281:24, 282:16, 288:15, 288:23, 297:12

**Two** [2] - 1:23, 230:8

**tying** [2] - 154:14, 262:15

**type** [5] - 29:1, 97:24, 121:20, 267:12, 291:7

**typical** [1] - 6:3

**typicality** [1] - 254:8

**typically** [5] - 55:21, 133:19, 133:20, 134:4, 135:22

**typo** [1] - 224:2

## U

**U.S** [1] - 148:2

**uh** [5] - 66:9, 79:22, 82:13, 100:6, 167:6

**uh-huh** [5] - 66:9, 79:22, 82:13, 100:6, 167:6

**ultimate** [2] - 111:9, 120:4

**ultimately** [3] - 120:25, 197:1, 222:6

**unadjusted** [1] - 179:10

**unchanged** [1] - 262:6

**unclear** [1] - 232:15

**under** [35] - 8:16, 10:6, 10:25, 28:6, 39:4, 69:15, 90:11, 98:2, 104:8, 105:2, 105:25, 107:10, 113:18, 121:16,

121:20, 127:21, 158:2, 181:22, 194:7, 194:8, 214:17, 220:2, 225:11, 239:3, 241:18, 246:21, 254:23, 261:18, 276:18, 276:19, 278:9, 279:11, 294:5, 295:4, 301:25

**under-deliver** [1] - 158:2

**under-delivered** [1] - 261:18

**undercut** [1] - 290:12

**undergraduate** [1] - 127:22

**underlined** [3] - 155:20, 155:22, 203:10

**underlying** [5] - 92:6, 92:7, 266:19, 267:6, 289:22

**underperformance** [2] - 85:11, 96:22

**underplay** [1] - 175:10

**undersell** [1] - 175:11

**underselling** [1] - 30:11

**understand** [41] - 5:21, 10:3, 15:24, 31:18, 35:3, 43:18, 59:20, 66:3, 67:2, 72:6, 87:25, 100:7, 109:5, 119:12, 136:24, 139:3, 146:1, 151:22, 165:14, 166:13, 177:20, 179:9, 184:4, 189:14, 189:17, 190:24, 217:14, 217:19, 218:4, 218:9, 218:18, 238:22, 238:23, 238:25, 239:1, 239:6, 239:12, 252:8, 260:15, 294:18

**understanding** [84] - 32:21, 32:22, 33:2, 34:7, 34:8, 35:5, 35:10, 35:11, 35:22, 36:1, 37:10, 38:2, 38:5, 39:10, 40:4, 40:7, 42:23, 43:9, 43:11, 43:15, 44:24, 46:13, 47:1, 48:4, 60:18, 66:11, 66:20, 66:25, 68:6, 69:14, 70:9, 70:18, 70:20, 71:4, 71:23, 72:19, 73:25, 74:15, 79:18, 86:6, 88:1, 88:11, 89:4, 89:7, 89:20, 91:14, 93:18, 94:1, 94:24, 95:15, 98:13, 106:23, 107:18, 109:9, 109:14, 110:20, 111:5, 118:19, 120:8, 120:16, 120:20, 120:23, 121:6, 121:12, 121:15, 123:14, 128:8, 128:13, 130:25, 149:1, 150:2, 151:20, 165:23, 184:6, 185:3, 188:2, 214:17, 214:22, 245:14, 245:18, 248:12, 258:19, 273:9, 303:4

**understandings** [1] - 259:8

**understands** [3] - 294:21, 294:22, 294:25

**understated** [26] - 101:18, 101:22, 103:11, 103:17, 103:21, 109:1, 109:13, 110:6, 111:10, 131:1, 169:17, 169:22, 170:11, 171:18, 173:17, 174:17, 176:16, 177:9, 184:8, 184:13, 184:17, 184:20, 186:8, 187:9, 187:18

**understatement** [1] - 171:21

**understates** [1] - 177:3

**understating** [1] - 301:6

**understood** [14] - 10:23, 24:1, 86:21, 134:21, 156:9, 157:11, 177:15, 178:14, 187:2, 197:3, 239:1, 276:10

**undertaken** [1] - 111:23

**undisputed** [1] - 254:15

**unduly** [1] - 288:24

**unfair** [1] - 198:10

**unfortunately** [3] - 181:19, 297:5, 301:3

**unimportant** [1] - 161:25

**unique** [4] - 5:17, 27:15, 204:7, 298:14

**United** [2] - 2:15, 303:2

**UNITED** [2] - 1:1, 1:13

**universe** [2] - 262:17, 262:18

**University** [2] - 127:23, 127:24

**unknowns** [1] - 288:9

**unless** [4] - 31:8, 181:17, 287:2, 288:10

**unlocks** [1] - 163:15

**unnecessary** [1] - 227:3

**unreasonable** [6] - 164:19, 164:21, 191:21, 192:6, 193:15, 195:1

**unrelated** [4] - 26:21, 67:10, 140:24, 273:1

**unreliable** [1] - 258:7

**unsuccessful** [2] - 156:20, 156:22

**unsustainable** [1] - 272:8

**untethered** [2] - 23:1, 23:6

**until** [9] - 53:19, 92:11, 132:16, 175:2, 175:3, 259:14, 261:25, 271:14, 275:24

**unverified** [2] - 185:21, 253:10

**up** [112] - 5:23, 6:1, 6:2, 6:3, 6:22, 7:18, 7:21, 8:8, 11:8, 11:18, 11:25, 12:16, 13:16, 14:1, 25:21, 27:15, 27:24, 28:24, 31:2, 36:18, 37:14, 37:15, 43:14, 44:15, 44:18, 49:7, 52:11, 57:20, 59:10, 61:20, 63:4, 75:24, 79:6, 80:7, 83:14, 83:17, 84:2, 85:15, 86:15, 88:5, 88:6, 93:8, 104:5, 105:15, 106:4, 107:24, 110:10, 119:11, 120:18, 121:8, 127:3, 129:9, 133:18, 144:2, 147:8, 147:19, 148:2, 152:7, 167:22, 169:10, 173:18, 176:13, 178:12, 178:20, 182:16, 185:10, 196:18, 196:20, 196:21, 199:21, 200:14, 203:25, 204:18, 204:21, 208:3, 209:16, 215:22, 220:10, 220:11, 224:15, 224:22, 225:2, 249:1, 249:18, 250:9, 251:1, 251:13, 253:7, 253:12, 255:21, 256:20, 261:25, 265:8, 265:20, 266:10, 268:4, 270:8, 271:14, 274:1, 274:9, 275:24, 276:11, 277:13, 280:9, 282:16, 284:16, 285:24, 286:19, 289:9, 299:22, 300:12

**upcoming** [2] - 73:5, 272:5

**update** [5] - 45:2, 62:10, 62:13, 64:6, 262:19

**updates** [2] - 144:22, 144:24

**upon** [9] - 30:9, 33:6, 41:1, 212:10, 212:11, 212:23, 267:13, 290:24, 291:8

**upper** [7] - 77:18, 79:10, 79:24, 115:6, 115:11, 115:14, 143:5

**us** [52] - 25:10, 26:10, 51:19, 51:20, 51:21, 58:18, 69:22, 81:17, 81:20, 83:3, 88:25, 91:18, 96:9, 106:6, 127:14, 128:13, 129:17, 132:1, 132:3, 132:15, 145:4, 147:24, 150:12, 152:18, 163:12,

164:16, 180:4, 184:6, 191:23, 193:9, 212:19, 223:25, 239:20, 240:3, 240:4, 255:5, 258:13, 262:20, 263:12, 269:20, 273:8, 274:10, 274:12, 274:13, 275:14, 288:5, 292:21, 294:8, 296:10, 301:11

**use** [18] - 59:3, 60:10, 69:23, 104:14, 109:12, 136:8, 148:16, 168:4, 175:18, 175:19, 175:20, 175:22, 186:22, 190:17, 226:19, 236:3, 279:1, 297:14

**used** [32] - 9:15, 43:2, 43:8, 43:19, 55:17, 100:12, 100:20, 103:20, 105:23, 106:3, 136:10, 147:13, 147:23, 147:25, 148:6, 148:12, 151:1, 167:1, 192:3, 218:17, 229:3, 233:13, 233:16, 233:22, 243:17, 272:9, 283:23, 285:25, 300:11

**uses** [3] - 9:9, 177:1, 297:19

**using** [21] - 8:16, 43:13, 43:20, 97:25, 103:19, 104:24, 107:18, 107:21, 119:18, 125:11, 172:13, 192:11, 192:15, 192:25, 193:1, 193:7, 194:5, 194:21, 226:24, 261:10, 277:22

**Utah** [1] - 257:1

## V

**v** [3] - 247:4, 255:24, 256:21

**V&E** [1] - 5:9

**vague** [1] - 236:4

**validated** [5] - 98:25, 99:8, 99:20, 268:25, 270:25

**valuable** [1] - 193:3

**valuation** [8] - 160:7, 160:17, 162:11, 203:14, 207:12, 294:24, 296:25, 300:8

**valuations** [1] - 294:23

**value** [14] - 46:17, 68:8, 117:18, 125:15, 151:11, 151:12, 152:1, 161:1, 163:15, 187:17, 195:25, 196:22, 262:12, 295:18

**value-adding** [1] - 262:12

**valuing** [1] - 151:16

**vanishes** [1] - 36:6

**variability** [1] - 18:1

**variable** [1] - 105:5

**variables** [6] - 44:4, 79:20, 80:15, 81:14, 105:4, 191:12

**various** [6] - 34:15, 35:12, 35:18, 39:1, 56:15, 246:22

**Vast** [2] - 47:25, 48:13

**vendors** [1] - 61:6

**verifiable** [2] - 185:22, 253:13

**verified** [6] - 178:1, 178:2, 178:18, 178:19, 259:6, 278:16

**version** [1] - 33:17

**versions** [1] - 33:19

**versus** [11] - 18:23, 25:6, 29:10, 32:19, 84:4, 114:10, 125:21, 147:20, 148:13, 247:14, 269:12

**vertical** [2] - 17:21, 174:22

**very** [60] - 7:8, 18:19, 19:21, 20:9, 29:8, 34:17, 43:1, 44:2, 52:12, 52:16,

57:7, 63:3, 67:10, 83:11, 86:24, 100:21, 101:25, 102:21, 108:2, 119:11, 124:8, 124:11, 130:8, 135:23, 137:7, 140:9, 140:21, 141:15, 141:17, 143:21, 144:3, 144:4, 148:20, 151:17, 154:22, 158:22, 161:22, 165:24, 181:2, 190:18, 195:4, 201:2, 201:17, 230:16, 234:24, 235:8, 235:23, 237:9, 249:1, 250:20, 254:1, 258:4, 262:11, 269:25, 277:14, 279:19, 292:16, 294:10, 301:7

**via** [1] - 1:25

**Video** [5] - 219:23, 235:4, 235:12, 239:9, 240:15

**video** [1] - 220:13

**view** [13] - 12:9, 17:7, 23:9, 37:19, 89:6, 93:24, 98:5, 107:20, 109:19, 119:7, 124:24, 275:24

**viewed** [1] - 262:17

**Vinson** [6] - 2:6, 2:10, 5:1, 5:3, 5:5, 5:7

**violation** [2] - 293:20, 294:4

**Virginia** [1] - 5:5

**virtually** [2] - 8:24, 9:15

**virtue** [2] - 10:10, 118:14

**Vivendi** [2] - 256:3, 256:7

**vocabulary** [1] - 32:17

**volume** [3] - 24:25, 116:11, 207:20

**volunteering** [1] - 224:21

**VS** [1] - 1:8

## W

**wait** [8] - 71:25, 74:13, 103:6, 166:23, 178:19, 182:9, 183:12

**waiting** [1] - 11:24

**waive** [1] - 295:7

**waived** [1] - 278:6

**walk** [9] - 7:19, 139:8, 145:3, 152:18, 155:15, 163:6, 164:23, 166:4, 185:17

**walked** [2] - 129:14, 144:11

**walking** [2] - 166:4, 276:14

**Wall** [1] - 208:24

**want** [70] - 4:6, 5:13, 5:15, 5:18, 5:21, 7:11, 11:8, 13:19, 18:10, 27:25, 31:12, 31:13, 33:12, 44:11, 69:23, 76:14, 85:11, 87:7, 88:2, 90:18, 108:2, 114:12, 114:13, 114:23, 116:6, 119:10, 126:20, 128:6, 131:25, 139:8, 140:1, 141:4, 145:3, 146:1, 149:24, 168:5, 168:24, 169:1, 173:4, 175:19, 177:11, 177:17, 177:19, 191:20, 196:2, 196:5, 200:14, 210:2, 218:15, 226:21, 233:7, 234:3, 238:1, 238:3, 242:7, 250:23, 252:4, 252:24, 256:21, 258:14, 263:2, 264:11, 264:12, 264:13, 267:4, 284:3, 284:23, 288:2, 288:9, 296:13

**Want** [1] - 50:24

**wanted** [8] - 31:14, 85:8, 126:22, 143:8, 252:16, 254:1, 255:7, 257:5

**wants** [2] - 174:13, 299:3

**warm** [1] - 192:19

**WARWICK** [1] - 1:4

**was** [559] - 10:13, 12:1, 12:2, 12:17, 12:18, 14:24, 15:3, 15:6, 15:7, 15:8, 15:23, 16:12, 16:13, 16:24, 17:7, 17:12, 17:15, 17:20, 18:3, 18:14, 19:14, 20:15, 22:17, 23:18, 23:21, 24:1, 24:22, 25:6, 25:7, 25:9, 25:17, 25:18, 25:23, 26:4, 26:19, 28:15, 28:22, 30:25, 32:4, 34:4, 34:6, 35:1, 36:8, 36:17, 37:12, 38:25, 39:16, 39:24, 40:2, 40:7, 41:16, 43:1, 43:3, 44:2, 44:7, 44:9, 45:8, 45:9, 45:14, 46:24, 50:14, 50:18, 52:16, 52:22, 55:1, 55:13, 57:11, 58:22, 58:25, 63:12, 64:23, 65:5, 65:6, 67:9, 68:11, 68:22, 69:1, 69:11, 69:21, 69:22, 69:25, 70:1, 70:3, 70:7, 70:11, 71:7, 72:7, 72:13, 73:9, 73:17, 73:24, 74:10, 74:11, 74:25, 75:17, 75:18, 76:3, 77:14, 77:15, 77:24, 78:5, 78:6, 80:14, 81:12, 81:13, 82:8, 83:10, 83:11, 85:7, 86:5, 86:22, 86:24, 89:5, 89:11, 89:12, 89:14, 89:24, 90:5, 90:6, 90:12, 90:13, 91:13, 92:1, 92:7, 92:8, 92:18, 92:20, 93:24, 93:25, 94:2, 94:14, 94:18, 95:3, 95:16, 96:24, 97:1, 97:9, 97:15, 98:10, 98:12, 99:20, 99:22, 100:11, 101:10, 101:15, 101:17, 101:22, 101:23, 102:9, 102:11, 102:20, 102:23, 102:25, 103:1, 103:3, 103:6, 103:7, 103:11, 103:14, 103:20, 103:21, 103:22, 103:25, 104:11, 104:12, 105:2, 105:4, 105:5, 107:1, 107:4, 107:5, 107:6, 109:24, 110:9, 110:12, 111:2, 111:9, 111:10, 111:12, 111:13, 113:16, 114:2, 114:12, 115:17, 116:15, 117:9, 117:12, 117:15, 117:16, 117:17, 118:6, 118:11, 119:6, 119:7, 119:8, 119:19, 119:23, 119:24, 120:25, 121:8, 122:21, 123:6, 123:15, 123:18, 124:3, 124:8, 124:24, 125:9, 127:4, 127:20, 127:22, 127:25, 128:2, 128:4, 128:24, 128:25, 129:1, 129:11, 129:15, 130:14, 130:19, 131:15, 131:19, 132:2, 132:6, 132:19, 132:21, 134:11, 135:3, 135:5, 136:21, 141:1, 141:6, 141:18, 141:25, 142:8, 142:9, 142:18, 142:23, 142:25, 143:3, 143:10, 143:25, 144:19, 145:1, 146:4, 147:21, 148:14, 148:19, 150:4, 150:5, 150:17, 150:20, 151:1, 151:7, 152:22, 153:1, 153:2, 153:4, 153:5, 153:16, 153:17, 154:3, 155:1, 155:17, 156:8, 156:9, 156:23, 157:12, 158:18, 159:16, 159:18, 159:19, 159:23, 160:11, 160:16, 160:21, 160:22, 161:1, 161:14, 161:16, 161:19, 161:24, 161:25, 162:21, 162:22, 162:23, 163:9, 163:13, 163:14, 163:19, 166:3, 167:25, 168:14, 169:15, 169:16, 169:18, 169:22, 170:9, 170:19, 171:5, 172:6, 172:10, 172:18, 172:22, 172:23, 173:1, 173:2, 173:10, 173:12, 173:14, 173:25, 174:7, 174:9, 174:17, 174:25, 175:4, 175:10, 175:13,

176:1, 176:10, 176:11, 176:17, 176:18, 176:19, 176:22, 176:23, 176:24, 177:6, 177:7, 177:9, 177:10, 177:25, 178:13, 178:25, 179:18, 180:18, 181:3, 181:7, 181:8, 181:9, 182:14, 183:5, 183:19, 184:2, 184:3, 184:16, 185:1, 185:4, 185:21, 185:22, 186:1, 186:4, 187:2, 187:3, 187:5, 187:10, 187:15, 187:21, 187:23, 188:8, 188:9, 188:11, 188:17, 189:3, 190:17, 190:18, 191:23, 192:3, 193:4, 195:6, 197:1, 197:17, 197:18, 199:7, 199:19, 200:4, 200:23, 202:19, 202:24, 203:14, 204:4, 204:13, 205:3, 205:10, 206:18, 206:21, 208:6, 208:9, 208:20, 209:1, 209:7, 211:13, 211:25, 212:15, 212:23, 213:25, 215:6, 215:8, 215:10, 218:18, 219:11, 219:23, 220:17, 220:19, 221:5, 221:6, 221:8, 222:2, 222:4, 222:12, 223:5, 224:2, 224:7, 224:16, 224:24, 226:2, 227:11, 227:18, 227:23, 228:9, 228:18, 229:9, 229:15, 229:19, 230:16, 231:2, 231:3, 231:9, 231:20, 232:15, 233:13, 233:16, 234:17, 234:23, 235:4, 236:10, 238:18, 238:21, 239:9, 240:20, 240:22, 240:24, 241:8, 245:2, 246:14, 247:1, 248:3, 248:6, 248:11, 248:12, 249:8, 249:11, 249:23, 250:20, 253:9, 253:10, 255:2, 255:9, 256:3, 256:12, 256:22, 257:6, 258:16, 258:17, 258:21, 258:22, 258:24, 259:5, 260:18, 261:4, 262:21, 262:22, 262:23, 263:6, 263:7, 263:15, 263:22, 265:19, 270:6, 271:11, 271:12, 271:24, 272:8, 272:9, 273:7, 273:15, 274:4, 274:5, 274:6, 278:3, 281:19, 281:21, 282:21, 282:22, 282:23, 282:24, 283:1, 283:2, 283:5, 283:20, 283:24, 284:10, 284:11, 285:21, 286:8, 286:12, 286:21, 288:3, 288:4, 289:1, 289:5, 289:10, 290:22, 292:7, 293:6, 293:7, 293:20, 294:19, 296:14, 296:15, 296:16, 296:22, 296:23, 297:23, 298:13, 298:15

**wasn't** [18] - 36:5, 39:20, 63:12, 98:11, 103:10, 104:5, 105:9, 113:15, 120:2, 121:22, 160:25, 175:4, 178:2, 178:3, 178:13, 197:21, 230:18, 289:6

**watched** [1] - 59:15

**way** [85] - 6:25, 8:14, 10:13, 13:20, 26:2, 26:3, 26:12, 29:5, 31:1, 35:19, 36:13, 36:15, 36:21, 37:16, 39:15, 39:19, 39:22, 40:3, 40:9, 40:13, 43:22, 52:9, 62:8, 69:7, 74:7, 75:17, 80:9, 81:25, 89:16, 90:3, 97:3, 98:9, 98:24, 101:8, 102:14, 103:20, 110:5, 130:6, 134:10, 134:16, 134:17, 145:9, 147:5, 147:6, 149:18, 151:19, 162:5, 168:4, 170:2, 173:23, 174:3, 174:11, 175:8, 175:9, 175:16, 175:24, 175:25, 177:3, 177:4, 177:5, 181:21, 183:18, 193:15, 240:8, 254:1, 261:4, 263:11, 263:12,

265:23, 266:24, 268:24, 269:23, 270:1, 272:3, 275:22, 278:10, 288:4, 289:6, 295:1, 295:25, 297:25, 299:7, 300:5, 300:16

**ways** [9] - 35:12, 35:18, 39:1, 39:3, 100:20, 121:5, 181:19, 282:16, 297:5

**we** [413] - 4:5, 5:17, 5:18, 5:22, 5:25, 6:7, 6:10, 6:15, 6:16, 6:21, 6:22, 7:2, 8:10, 11:10, 11:15, 11:21, 12:4, 12:6, 12:13, 12:21, 12:23, 13:10, 14:8, 14:16, 14:17, 15:12, 15:16, 16:10, 16:20, 17:2, 17:4, 17:18, 19:5, 19:11, 19:18, 19:25, 20:4, 20:8, 20:9, 20:10, 20:12, 20:24, 21:8, 21:22, 22:15, 22:21, 22:24, 23:19, 24:1, 24:8, 24:13, 24:14, 24:24, 25:5, 27:5, 27:7, 27:20, 27:25, 28:20, 29:13, 30:23, 31:21, 32:14, 33:18, 34:23, 35:23, 36:16, 37:16, 37:24, 38:1, 39:25, 42:12, 42:19, 46:22, 47:9, 47:21, 48:18, 49:8, 50:7, 51:21, 52:24, 53:3, 53:11, 53:15, 53:18, 53:23, 55:5, 56:9, 56:17, 56:22, 57:8, 58:9, 58:15, 59:4, 59:9, 59:24, 59:25, 60:1, 60:2, 60:8, 60:10, 60:24, 61:4, 61:5, 61:6, 61:8, 62:2, 62:3, 62:11, 63:25, 65:11, 67:17, 67:22, 70:25, 71:2, 71:14, 72:9, 72:12, 72:13, 72:15, 72:21, 72:23, 73:4, 74:13, 74:21, 74:22, 74:24, 76:18, 77:17, 77:18, 78:4, 78:9, 78:11, 78:24, 78:25, 79:18, 80:3, 80:4, 80:10, 80:11, 80:12, 80:25, 81:20, 82:6, 82:9, 82:14, 83:2, 83:12, 83:14, 83:16, 83:18, 84:7, 86:24, 87:8, 87:19, 87:20, 88:12, 88:18, 89:1, 89:10, 90:11, 90:20, 94:8, 94:11, 96:13, 96:15, 98:20, 99:10, 105:2, 109:1, 113:1, 114:21, 115:6, 116:18, 117:4, 118:1, 118:23, 123:7, 126:22, 126:25, 128:6, 128:17, 129:14, 129:21, 129:24, 130:11, 130:13, 130:24, 134:9, 136:14, 139:10, 140:2, 141:16, 142:10, 144:7, 144:10, 147:19, 148:11, 149:5, 150:14, 150:16, 150:20, 151:1, 154:19, 155:15, 156:2, 156:22, 156:24, 160:3, 160:12, 161:4, 161:17, 163:5, 163:6, 163:7, 163:12, 163:21, 164:7, 164:23, 164:25, 165:11, 165:24, 166:2, 167:1, 167:3, 167:4, 167:5, 168:4, 168:5, 168:6, 168:13, 168:19, 174:5, 174:6, 174:13, 175:16, 176:16, 177:19, 178:1, 178:17, 178:18, 178:24, 179:25, 180:1, 181:25, 182:11, 183:22, 183:25, 185:17, 186:17, 186:22, 186:23, 191:11, 198:16, 200:11, 202:15, 204:2, 206:5, 206:10, 206:25, 208:3, 208:13, 208:17, 210:4, 211:4, 213:14, 217:1, 217:2, 218:20, 219:21, 223:10, 223:12, 224:3, 225:3, 225:16, 226:20, 227:22, 230:3, 230:5, 230:6, 231:5, 231:6, 233:12, 234:1, 234:14, 234:24, 235:2, 235:8, 238:2, 238:5, 239:7, 240:16, 242:9, 244:5, 245:13, 250:11, 250:13, 251:23,

251:24, 252:22, 253:16, 253:24, 254:4, 255:22, 255:23, 256:19, 256:25, 258:18, 259:15, 259:16, 259:25, 260:17, 261:25, 262:9, 262:21, 263:11, 263:12, 264:3, 264:7, 265:12, 265:19, 267:2, 267:3, 267:12, 267:13, 267:15, 267:19, 268:24, 269:1, 269:3, 269:16, 269:23, 269:24, 269:25, 270:2, 270:19, 271:13, 274:9, 274:10, 274:17, 274:21, 275:7, 277:16, 277:18, 278:2, 278:15, 278:16, 279:20, 280:2, 280:3, 280:15, 280:19, 280:20, 281:5, 283:18, 284:5, 285:24, 286:5, 286:11, 286:18, 287:17, 287:18, 288:9, 290:18, 292:13, 292:15, 293:15, 294:1, 294:2, 294:17, 296:7, 296:14, 296:19, 296:21, 298:10, 298:11, 299:22, 300:15, 301:11, 301:15, 301:16, 301:17, 301:19, 301:20, 301:21

**We** [7] - 58:7, 58:9, 63:17, 78:6, 117:3, 178:2, 285:15

**we'll** [25] - 6:2, 6:8, 6:17, 8:1, 27:23, 27:24, 49:24, 73:2, 75:12, 78:5, 80:13, 100:24, 101:9, 131:25, 138:15, 180:6, 204:18, 204:20, 237:25, 240:18, 243:20, 256:24, 258:11, 258:12, 287:19

**We're** [2] - 24:23, 72:7

**we're** [121] - 4:10, 6:21, 6:22, 16:7, 18:10, 20:8, 25:22, 27:9, 27:10, 30:19, 31:23, 35:3, 36:7, 36:11, 42:4, 47:18, 49:15, 51:20, 52:9, 52:12, 52:13, 53:14, 56:4, 57:7, 58:4, 58:22, 58:23, 59:10, 60:1, 60:2, 60:7, 61:4, 61:7, 72:10, 80:13, 84:16, 87:21, 87:23, 87:24, 88:9, 88:12, 90:23, 93:11, 96:1, 96:12, 129:21, 133:20, 135:11, 137:9, 138:25, 141:15, 156:8, 164:1, 165:14, 165:18, 166:19, 168:10, 168:19, 168:20, 169:3, 169:13, 174:4, 174:5, 175:12, 179:3, 179:4, 179:6, 179:21, 179:22, 180:2, 181:20, 182:11, 182:12, 183:21, 211:7, 218:22, 223:14, 245:10, 254:3, 254:8, 261:10, 261:21, 261:22, 262:9, 263:13, 265:12, 266:18, 267:11, 267:12, 267:16, 269:4, 269:24, 273:22, 274:19, 274:20, 277:22, 278:17, 279:4, 280:8, 280:9, 281:14, 282:25, 283:11, 285:13, 286:3, 286:5, 286:16, 286:17, 287:9, 289:24, 294:9, 294:10, 294:11, 299:16, 301:20

**we've** [72] - 5:19, 8:7, 18:16, 37:16, 52:11, 56:24, 57:11, 57:12, 59:18, 72:8, 72:14, 74:20, 75:8, 80:14, 83:7, 87:6, 87:11, 88:22, 90:18, 95:20, 96:3, 96:5, 98:17, 111:17, 128:23, 130:23, 131:12, 133:10, 134:17, 135:1, 135:16, 137:3, 143:2, 144:5, 146:24, 164:8, 164:24, 167:3, 167:19, 184:5, 191:3, 195:20, 224:12, 246:22, 258:21, 260:23, 261:9, 261:24, 262:10, 266:21, 267:14,

268:25, 274:18, 274:19, 275:22, 278:12, 279:5, 279:6, 279:7, 280:14, 281:10, 282:25, 283:19, 283:23, 285:17, 293:1, 300:18

**We've** [3] - 175:14, 262:9, 275:3

**weak** [1] - 33:18

**website** [4] - 44:18, 51:8, 51:15, 56:1

**week** [3] - 12:2, 14:18, 200:22

**weighted** [1] - 80:14

**weird** [1] - 268:10

**Well** [4] - 172:21, 272:19, 285:13, 300:23

**well** [204] - 6:17, 7:8, 7:23, 10:7, 11:2, 12:20, 13:20, 14:11, 15:5, 15:21, 21:25, 22:16, 26:9, 34:7, 37:15, 41:15, 41:25, 43:14, 43:18, 50:10, 51:25, 52:1, 53:18, 58:15, 64:15, 66:3, 66:19, 66:22, 69:14, 70:5, 70:20, 71:5, 71:6, 71:16, 72:17, 72:24, 73:2, 74:15, 74:18, 75:1, 75:11, 77:8, 77:15, 77:24, 79:10, 79:19, 79:24, 80:1, 81:10, 81:14, 81:22, 84:7, 86:9, 86:12, 88:18, 89:3, 89:24, 92:4, 92:7, 93:18, 96:22, 98:15, 98:25, 99:8, 99:11, 99:12, 99:19, 99:20, 99:22, 100:1, 100:3, 100:20, 101:4, 101:23, 105:1, 105:3, 107:15, 107:18, 108:10, 109:7, 111:5, 111:14, 111:17, 114:10, 115:14, 115:17, 117:4, 117:14, 118:3, 118:19, 119:5, 122:14, 123:14, 125:7, 128:20, 131:10, 131:24, 137:10, 137:11, 143:9, 144:23, 148:12, 148:17, 156:6, 157:6, 157:9, 157:10, 160:3, 160:20, 161:5, 163:16, 167:22, 170:9, 171:23, 172:3, 173:6, 173:23, 174:20, 174:21, 174:24, 175:6, 175:20, 176:21, 176:22, 178:2, 181:18, 181:23, 182:9, 188:3, 189:2, 189:10, 190:9, 190:10, 200:12, 204:15, 207:6, 207:15, 213:11, 216:10, 216:22, 218:13, 218:16, 219:18, 228:16, 229:18, 230:17, 235:17, 236:9, 239:10, 241:16, 243:20, 246:3, 248:7, 250:24, 251:9, 253:12, 253:21, 256:22, 258:17, 258:21, 258:22, 260:15, 260:19, 260:25, 261:10, 263:4, 265:2, 265:15, 266:14, 266:22, 267:2, 268:13, 268:15, 268:19, 269:2, 269:11, 269:12, 269:14, 269:25, 270:25, 271:10, 272:8, 272:17, 272:22, 273:13, 275:23, 277:20, 278:4, 278:14, 278:18, 279:7, 282:19, 283:13, 283:22, 287:17, 287:19, 287:21, 289:15, 298:21, 299:25, 300:3

**wells** [46] - 14:24, 18:7, 22:14, 43:15, 43:24, 47:3, 47:4, 48:9, 50:18, 58:13, 58:17, 59:19, 61:19, 61:20, 61:21, 72:8, 72:9, 79:11, 81:6, 81:9, 81:10, 84:4, 84:7, 84:10, 86:1, 111:21, 128:16, 128:19, 128:21, 129:1, 129:9, 129:20, 143:19, 161:15, 171:24, 173:12, 177:19, 177:20, 178:8, 259:15, 266:23, 268:7, 286:2, 286:6, 286:14, 286:21

**went** [18] - 45:11, 45:14, 89:11, 114:3, 120:18, 121:8, 148:2, 150:16, 161:25, 168:12, 169:19, 169:20, 181:15, 235:6, 265:20, 282:24, 285:7, 293:19

**were** [242] - 12:12, 14:4, 15:9, 15:12, 17:4, 18:6, 18:7, 18:17, 19:4, 19:14, 20:12, 24:2, 24:25, 25:2, 25:5, 25:25, 26:3, 26:13, 26:22, 30:23, 31:16, 37:17, 42:17, 44:6, 44:7, 44:8, 46:12, 48:3, 49:15, 49:16, 49:19, 52:5, 57:12, 62:2, 62:3, 62:5, 62:6, 63:13, 65:7, 70:17, 74:6, 74:7, 74:8, 74:16, 74:18, 76:6, 76:9, 77:16, 79:18, 79:24, 80:18, 81:24, 82:8, 82:9, 83:8, 85:17, 86:7, 86:23, 86:25, 90:2, 90:3, 93:23, 94:4, 96:22, 98:16, 99:14, 99:15, 99:25, 101:10, 101:13, 102:5, 103:7, 103:24, 104:8, 104:25, 107:7, 107:9, 108:7, 110:17, 110:20, 110:21, 110:24, 111:3, 111:7, 113:3, 113:9, 113:17, 114:11, 114:21, 115:2, 116:24, 118:5, 118:19, 118:20, 119:4, 119:8, 119:25, 120:24, 121:23, 125:4, 132:2, 137:18, 138:2, 138:4, 138:5, 138:9, 139:11, 139:13, 139:20, 148:18, 151:6, 152:13, 153:21, 156:22, 157:25, 159:15, 160:5, 161:15, 164:16, 168:2, 168:5, 168:12, 173:16, 173:18, 178:7, 178:8, 180:1, 180:25, 181:7, 183:10, 185:18, 186:12, 186:23, 190:14, 195:1, 196:15, 197:20, 200:22, 201:1, 201:20, 201:22, 202:23, 203:1, 204:15, 205:1, 205:3, 205:9, 205:14, 206:15, 210:21, 212:7, 213:4, 216:5, 216:7, 216:12, 216:13, 218:16, 219:8, 219:9, 220:11, 220:15, 221:2, 221:5, 222:23, 223:7, 224:5, 225:11, 225:23, 225:24, 227:22, 229:20, 230:15, 230:19, 231:18, 232:3, 232:6, 232:18, 234:11, 234:13, 234:17, 234:18, 234:24, 235:10, 235:14, 236:23, 239:13, 242:13, 246:24, 248:10, 250:1, 250:2, 251:10, 253:7, 253:19, 254:24, 254:25, 255:2, 255:13, 256:15, 257:7, 258:24, 259:8, 259:9, 259:11, 259:17, 259:24, 260:19, 260:21, 261:7, 263:8, 264:7, 265:12, 265:19, 266:17, 269:3, 269:6, 270:1, 272:13, 272:15, 273:12, 274:23, 276:2, 278:21, 280:14, 281:15, 282:22, 284:15, 285:22, 286:1, 286:2, 287:25, 295:6, 301:8, 301:9, 302:5

**weren't** [2] - 142:6, 230:19

**Westlaw** [1] - 255:25

**what** [485] - 5:24, 6:21, 7:15, 8:10, 10:7, 10:14, 10:17, 10:23, 11:19, 11:21, 12:10, 13:18, 13:24, 14:2, 14:15, 14:19, 15:3, 15:6, 15:12, 16:23, 17:4, 17:6, 17:7, 17:11, 18:14, 18:16, 18:17, 20:10, 20:19, 22:17, 23:11, 23:13, 25:9, 25:16, 25:17, 25:18, 25:22, 25:25, 26:9, 27:16, 29:15, 30:20, 30:23, 30:24, 30:25,

33:11, 33:15, 34:8, 34:11, 35:15, 36:16, 37:9, 37:22, 38:1, 38:7, 39:9, 39:25, 41:3, 41:10, 42:3, 43:2, 43:9, 43:23, 44:7, 44:8, 45:6, 45:25, 46:1, 46:18, 47:5, 51:21, 51:23, 52:5, 52:7, 52:13, 52:22, 53:10, 55:5, 56:4, 59:6, 59:24, 61:4, 62:22, 63:13, 66:1, 66:3, 66:12, 66:13, 66:21, 68:10, 68:25, 69:1, 69:12, 69:19, 69:20, 69:22, 70:8, 70:22, 70:23, 71:12, 71:13, 72:3, 73:10, 73:11, 73:15, 73:17, 75:2, 75:4, 75:5, 76:8, 76:14, 81:21, 81:24, 82:3, 82:16, 82:19, 84:2, 86:7, 88:24, 89:10, 89:21, 89:22, 90:5, 91:18, 92:3, 93:4, 93:20, 93:24, 97:23, 98:8, 99:13, 100:2, 100:10, 102:16, 102:19, 103:24, 104:8, 104:18, 104:24, 105:1, 105:4, 105:5, 105:15, 105:23, 105:25, 106:3, 106:6, 106:13, 107:13, 108:7, 108:18, 108:21, 109:17, 110:8, 110:23, 111:25, 112:1, 114:21, 117:12, 118:6, 118:17, 119:6, 119:7, 119:11, 119:21, 120:3, 120:6, 120:9, 120:16, 120:20, 120:22, 121:23, 122:13, 122:17, 124:4, 124:13, 125:9, 127:25, 128:13, 128:14, 128:24, 129:1, 129:17, 130:1, 130:9, 130:17, 130:18, 130:19, 130:24, 130:25, 131:6, 131:15, 131:18, 131:19, 131:21, 132:2, 132:24, 133:12, 133:25, 134:1, 134:3, 134:22, 135:17, 135:23, 136:2, 137:5, 137:7, 137:13, 137:17, 137:21, 138:21, 139:21, 139:23, 140:6, 140:18, 141:7, 142:1, 142:19, 143:11, 143:14, 143:20, 144:4, 144:7, 144:8, 144:19, 144:25, 145:15, 145:24, 146:15, 147:3, 148:13, 148:17, 149:2, 149:3, 149:18, 150:12, 151:16, 151:17, 151:20, 151:21, 151:22, 151:24, 152:3, 153:12, 153:13, 153:24, 155:5, 155:19, 155:21, 156:19, 156:25, 157:7, 157:19, 157:25, 158:2, 158:4, 158:14, 159:15, 160:12, 161:3, 162:21, 163:12, 163:18, 163:23, 164:3, 164:16, 164:24, 165:14, 165:18, 165:22, 166:19, 167:25, 168:5, 169:4, 169:8, 169:22, 170:6, 170:9, 170:10, 170:18, 171:5, 171:11, 171:12, 171:13, 173:21, 173:22, 173:24, 174:9, 174:22, 174:23, 175:4, 175:10, 175:15, 176:15, 176:16, 176:17, 177:14, 177:21, 178:15, 180:25, 182:20, 182:23, 184:4, 184:6, 184:10, 184:13, 184:20, 185:14, 185:17, 186:20, 187:1, 187:3, 187:8, 187:15, 187:17, 187:20, 187:21, 187:22, 188:5, 188:7, 188:8, 188:9, 188:17, 189:6, 189:7, 189:17, 189:18, 189:22, 191:15, 191:23, 192:8, 195:3, 195:9, 195:14, 196:7, 196:11, 196:14, 196:20, 196:22, 196:23, 197:1, 198:13, 201:23, 202:25, 203:1, 210:17, 211:13, 214:4, 214:5, 217:8, 217:22, 217:23, 218:19, 219:7, 220:8, 221:5, 221:16,

221:17, 221:19, 222:1, 222:2, 225:10, 227:9, 227:15, 228:24, 229:1, 236:14, 238:16, 238:17, 238:20, 239:4, 239:6, 239:12, 239:19, 240:13, 241:2, 241:5, 241:7, 241:8, 246:2, 246:14, 246:19, 247:3, 247:23, 248:10, 248:19, 253:5, 253:6, 253:7, 253:22, 255:8, 257:6, 257:19, 258:14, 258:16, 261:1, 262:3, 262:18, 262:19, 265:1, 267:11, 267:12, 267:15, 269:1, 269:2, 270:2, 270:6, 272:20, 273:8, 274:5, 276:25, 277:20, 278:19, 278:20, 278:22, 278:23, 279:8, 282:12, 282:13, 283:15, 283:24, 283:25, 284:13, 285:3, 285:23, 286:7, 286:12, 286:19, 286:23, 287:11, 287:13, 287:14, 287:21, 287:23, 287:25, 288:2, 288:4, 289:1, 289:7, 290:22, 291:15, 291:21, 291:22, 292:8, 293:12, 293:19, 294:1, 294:11, 294:12, 294:13, 295:5, 296:4, 296:10, 298:2, 298:22, 298:24, 299:13, 299:16, 300:12, 300:15, 300:18, 301:8

**What** [1] - 53:10

**what'd** [1] - 284:13

**what's** [36] - 14:22, 15:11, 16:7, 17:9, 27:16, 35:21, 36:14, 37:4, 38:18, 43:11, 47:12, 62:14, 66:25, 67:4, 119:3, 121:6, 123:12, 128:7, 129:24, 142:21, 148:24, 155:20, 158:21, 165:21, 168:1, 168:2, 170:14, 170:22, 188:3, 189:8, 198:2, 199:24, 272:23, 274:2, 295:18

**Whatcha** [1] - 50:24

**whatever** [13] - 5:14, 105:11, 123:15, 153:16, 168:7, 168:8, 172:2, 173:24, 186:15, 192:19, 193:4, 194:25, 277:22

**whatsoever** [1] - 226:18

**When** [1] - 29:17

**when** [141] - 10:12, 12:3, 13:15, 14:8, 21:3, 22:23, 23:5, 24:1, 24:8, 30:16, 30:17, 30:22, 31:14, 32:23, 36:17, 38:21, 40:10, 43:13, 45:8, 55:5, 56:14, 81:10, 85:11, 92:6, 94:3, 94:23, 101:7, 103:7, 104:11, 114:21, 121:21, 124:11, 133:15, 133:16, 133:23, 134:10, 134:11, 134:12, 134:19, 134:21, 135:3, 135:5, 137:25, 138:1, 145:4, 145:10, 145:17, 149:18, 149:20, 149:22, 150:16, 150:23, 158:11, 159:4, 160:10, 160:15, 160:23, 163:1, 165:2, 167:16, 168:1, 168:11, 169:14, 170:14, 170:19, 170:20, 171:2, 173:17, 174:3, 174:7, 175:7, 176:5, 177:15, 177:23, 179:19, 180:15, 182:11, 182:15, 183:7, 183:16, 185:8, 185:19, 186:10, 186:12, 190:2, 190:8, 194:5, 194:12, 194:14, 194:19, 214:19, 218:6, 218:16, 219:9, 220:10, 220:11, 225:11, 232:21, 235:5, 239:13, 239:19, 249:14, 253:19, 254:5, 254:12, 254:24, 254:25, 255:1, 256:10, 256:12, 257:6, 259:15, 261:21, 262:3, 262:8,

264:21, 265:1, 267:24, 268:1, 268:2, 270:3, 271:17, 276:6, 276:12, 281:5, 281:7, 281:17, 282:5, 285:2, 286:12, 289:12, 290:5, 293:8, 293:22, 296:13, 296:15, 296:22, 297:11, 298:3

**where** [82] - 15:24, 19:24, 23:20, 24:22, 28:1, 28:3, 30:22, 31:17, 36:12, 46:24, 51:19, 51:20, 52:8, 53:15, 54:3, 56:8, 56:14, 59:20, 60:2, 61:19, 70:19, 70:24, 71:14, 72:15, 72:20, 73:5, 75:22, 77:5, 77:12, 79:23, 83:4, 83:14, 85:21, 96:8, 104:21, 116:7, 118:1, 119:25, 128:18, 129:6, 130:14, 135:10, 139:4, 139:15, 141:5, 149:5, 151:2, 157:1, 161:10, 161:15, 163:9, 165:25, 169:21, 175:22, 177:2, 178:25, 181:14, 183:3, 183:5, 183:9, 210:2, 215:18, 227:2, 239:17, 256:14, 258:23, 264:7, 270:19, 272:4, 277:15, 279:14, 279:16, 282:18, 282:22, 285:8, 286:16, 286:17, 287:5, 289:6, 293:5, 297:10, 299:18

**whereas** [2] - 101:21, 103:11

**whether** [72] - 10:5, 10:25, 13:16, 19:7, 22:19, 28:18, 34:12, 34:20, 41:12, 41:13, 41:16, 41:21, 45:9, 52:20, 52:21, 57:13, 57:14, 68:11, 78:6, 90:4, 90:6, 98:2, 101:6, 101:7, 104:18, 109:20, 112:2, 114:8, 124:3, 124:20, 128:2, 132:4, 133:13, 133:21, 134:11, 136:2, 149:14, 149:17, 152:1, 159:19, 160:15, 162:21, 163:23, 164:3, 179:6, 190:22, 198:13, 202:5, 202:8, 205:10, 219:2, 220:5, 222:13, 229:7, 232:21, 235:14, 237:14, 248:11, 251:11, 251:12, 251:13, 254:18, 254:19, 256:9, 262:23, 263:13, 268:17, 287:13, 288:17, 300:24

**which** [126] - 4:5, 8:12, 8:13, 10:14, 12:12, 13:24, 14:6, 14:7, 14:23, 15:11, 16:2, 16:24, 17:24, 20:8, 21:3, 21:7, 21:16, 24:16, 26:2, 26:12, 26:25, 35:12, 38:14, 44:7, 45:1, 51:16, 51:24, 53:17, 53:23, 59:19, 62:25, 63:7, 65:8, 69:7, 70:11, 72:6, 72:10, 72:13, 72:23, 74:25, 81:18, 82:17, 88:2, 93:23, 105:21, 106:11, 111:19, 111:20, 114:2, 116:1, 117:6, 119:19, 125:16, 127:16, 128:10, 131:23, 132:6, 132:8, 132:10, 132:13, 134:6, 137:24, 138:19, 145:10, 145:24, 146:4, 147:12, 148:1, 148:19, 151:13, 161:9, 161:14, 161:15, 161:17, 161:19, 163:14, 163:19, 166:17, 170:19, 175:22, 179:16, 183:19, 184:9, 186:7, 189:1, 189:23, 190:13, 191:7, 191:9, 191:14, 191:17, 191:20, 193:13, 194:4, 194:21, 196:25, 197:1, 198:7, 200:12, 204:22, 208:18, 209:12, 214:20, 217:2, 217:23, 219:21, 223:11, 226:5, 226:8, 233:4, 235:2, 242:10, 252:10, 255:24, 268:6, 270:17, 273:1, 281:11, 284:11, 286:19, 288:16, 289:1, 291:18, 293:17, 300:18

**While** [2] - 116:14, 186:4

**while** [14] - 30:11, 32:15, 34:9, 58:22, 71:3, 77:16, 87:19, 113:9, 115:1, 117:4, 197:13, 255:22, 258:18, 263:6

**White** [1] - 61:19

**who** [26] - 4:12, 10:19, 10:22, 11:5, 28:23, 61:20, 68:19, 136:15, 187:2, 190:2, 191:22, 192:6, 192:11, 192:24, 193:12, 193:18, 193:20, 193:24, 195:1, 224:15, 225:12, 255:10, 255:11, 257:16

**Whoa** [1] - 74:13

**whoa** [6] - 70:19, 95:4

**whoever** [1] - 51:7

**Whole** [1] - 22:25

**whole** [29] - 33:19, 36:3, 51:12, 52:20, 53:7, 55:13, 60:6, 72:23, 74:25, 75:3, 83:10, 93:1, 93:5, 96:24, 99:11, 112:20, 113:16, 159:11, 163:14, 166:5, 175:23, 177:2, 177:7, 188:1, 190:12, 250:23, 267:1, 276:17

**Whoops** [2] - 74:21, 83:12

**whose** [2] - 151:11, 151:15

**why** [35] - 11:4, 29:7, 32:14, 67:9, 87:8, 95:16, 102:7, 105:9, 121:19, 133:5, 149:12, 151:9, 162:2, 164:25, 171:15, 171:16, 172:14, 173:2, 174:14, 174:15, 175:18, 177:18, 178:20, 186:22, 192:5, 196:23, 219:8, 222:2, 251:4, 253:8, 255:14, 258:5, 260:16, 261:7, 272:11

**wide** [8] - 8:16, 22:10, 28:8, 35:8, 35:13, 100:11, 254:18, 271:12

**widely** [3] - 33:23, 34:2, 51:14

**wider** [1] - 268:7

**widespread** [1] - 285:22

**will** [61] - 6:10, 8:23, 9:5, 9:6, 9:11, 9:14, 9:21, 10:7, 10:19, 11:10, 11:13, 11:18, 11:20, 11:21, 14:7, 17:2, 17:7, 20:20, 23:13, 26:6, 26:14, 31:5, 33:20, 45:18, 51:2, 51:6, 54:10, 55:18, 56:7, 57:16, 58:16, 59:11, 65:18, 78:14, 80:7, 85:17, 88:5, 93:8, 105:22, 142:11, 143:19, 169:8, 180:3, 181:13, 188:25, 189:1, 192:18, 192:19, 193:13, 197:16, 198:16, 253:2, 263:12, 271:7, 285:4, 291:23, 294:16, 299:1, 301:25

**Will** [1] - 60:17

**willing** [4] - 197:21, 198:5, 198:6, 288:18

**win** [2] - 167:7, 280:22

**Windham** [4] - 50:24, 55:10, 61:21, 62:16

**Windward** [3] - 46:4, 47:24, 48:13

**winner** [1] - 5:10

**wish** [1] - 260:17

**with** [254] - 4:7, 4:23, 5:14, 6:3, 6:6, 6:17, 7:5, 8:16, 9:13, 9:19, 11:11, 12:7, 16:2, 16:6, 18:1, 18:15, 19:3, 20:11, 24:16, 25:24, 27:24, 28:8, 28:24, 29:14, 30:23, 31:2, 31:6, 32:14, 32:18, 33:9,

33:10, 33:25, 34:7, 36:20, 37:19, 38:8, 39:3, 40:8, 40:21, 41:3, 41:5, 41:6, 41:11, 42:5, 42:24, 43:6, 43:20, 44:1, 44:2, 44:11, 44:23, 46:4, 46:6, 46:9, 52:5, 54:24, 55:9, 55:22, 58:24, 60:18, 60:25, 61:5, 61:19, 61:20, 62:14, 69:18, 70:12, 70:16, 71:14, 72:21, 74:4, 74:19, 75:8, 76:20, 80:1, 82:7, 82:10, 82:19, 85:4, 88:2, 88:17, 91:7, 93:24, 97:11, 99:11, 100:8, 100:9, 100:13, 100:22, 101:1, 102:16, 104:16, 105:15, 105:17, 106:4, 111:18, 112:8, 112:23, 114:13, 116:11, 116:24, 117:22, 117:25, 118:24, 121:13, 121:15, 124:18, 125:2, 132:23, 132:24, 134:1, 137:4, 138:18, 140:2, 144:11, 147:21, 149:24, 150:13, 150:21, 151:4, 152:24, 152:25, 153:12, 154:1, 155:2, 155:16, 157:7, 157:10, 160:3, 161:9, 162:22, 164:14, 164:18, 165:21, 174:21, 178:23, 179:14, 180:3, 180:24, 182:5, 183:5, 183:23, 184:1, 184:3, 185:6, 186:21, 187:11, 187:15, 188:4, 190:1, 191:5, 191:17, 192:13, 192:18, 192:21, 193:2, 193:16, 197:17, 198:24, 203:12, 205:6, 206:13, 206:18, 209:14, 213:10, 214:1, 216:6, 216:7, 216:10, 218:14, 219:8, 219:10, 219:13, 219:15, 221:11, 221:13, 221:15, 224:15, 224:22, 225:2, 229:3, 229:8, 229:10, 229:12, 229:19, 232:16, 233:22, 234:11, 234:18, 238:13, 242:4, 245:19, 248:11, 251:23, 253:5, 253:13, 253:15, 253:24, 254:3, 254:21, 255:5, 255:21, 256:6, 256:7, 256:14, 259:10, 259:11, 260:13, 261:5, 262:19, 263:9, 263:12, 265:6, 266:13, 267:15, 267:17, 269:20, 272:2, 273:2, 273:19, 273:20, 274:15, 275:2, 277:10, 277:11, 277:21, 278:14, 278:15, 280:1, 283:10, 283:11, 284:3, 287:2, 288:21, 289:2, 289:4, 289:9, 289:13, 292:1, 295:6, 295:8, 295:23, 295:25, 296:20, 296:21, 298:21, 298:23, 300:12, 300:13

**With** [1] - 269:22

**withdrawn** [9] - 209:15, 209:24, 211:3, 222:10, 223:1, 230:4, 231:15, 231:19, 238:12

**within** [9] - 43:7, 56:25, 80:12, 91:4, 96:6, 96:10, 139:5, 173:10, 247:10

**without** [7] - 31:3, 52:19, 67:14, 133:18, 140:19, 166:4, 178:9

**witness** [12] - 6:2, 6:23, 112:5, 165:12, 165:20, 180:6, 198:19, 247:1, 248:22, 248:24, 251:18, 278:20

**WITNESS** [4] - 138:22, 169:5, 194:14, 194:18

**witnesses** [1] - 273:8

**Wolfcamp** [13] - 47:25, 48:1, 77:18, 113:13, 113:18, 113:21, 113:25, 114:4, 114:5, 115:6, 115:11, 115:15, 143:5

**won't** [3] - 53:18, 172:16, 254:22

**wondering** [2] - 81:8, 252:22

**word** [16] - 30:3, 89:15, 94:15, 108:23, 109:12, 180:6, 234:4, 235:23, 236:2, 236:3, 273:17, 279:1, 279:24, 281:1, 297:21

**words** [16] - 53:14, 55:17, 97:25, 120:17, 178:5, 219:18, 234:10, 234:11, 234:18, 235:9, 235:10, 235:20, 240:9, 257:19

**work** [8] - 6:5, 7:5, 13:7, 171:13, 171:15, 171:16, 174:20, 297:5

**worked** [4] - 209:21, 236:7, 262:11, 298:1

**working** [7] - 12:17, 12:18, 148:5, 168:15, 199:14, 230:8, 259:20

**works** [3] - 213:24, 259:17, 289:22

**world** [9] - 44:22, 51:12, 55:13, 60:6, 62:13, 68:20, 72:23, 74:25, 83:10

**worry** [3] - 29:3, 66:14, 181:12

**worse** [4] - 66:5, 70:6, 70:7, 95:3

**worse-than-expected** [3] - 66:5, 70:6, 70:7

**worst** [2] - 69:19, 69:20

**worst-than-expected** [2] - 69:19, 69:20

**worth** [4] - 192:10, 196:3, 196:15, 196:19

**would** [191] - 5:14, 6:18, 7:1, 7:21, 8:20, 10:10, 11:15, 12:6, 13:11, 19:16, 22:6, 22:8, 24:15, 24:20, 28:25, 29:22, 30:1, 31:23, 32:2, 32:18, 33:4, 33:11, 33:21, 35:25, 39:19, 40:3, 40:8, 40:16, 40:24, 41:25, 44:1, 44:17, 44:23, 51:15, 55:1, 58:17, 63:13, 67:14, 69:3, 69:4, 69:7, 69:10, 73:20, 74:9, 76:8, 78:25, 81:20, 84:3, 84:4, 85:16, 89:6, 91:22, 96:23, 98:14, 102:14, 102:24, 104:1, 104:5, 104:15, 104:16, 104:21, 104:22, 105:13, 105:20, 105:23, 106:2, 106:4, 106:13, 107:11, 107:12, 109:25, 110:23, 111:3, 111:11, 111:19, 111:20, 111:24, 112:1, 112:3, 114:14, 118:7, 119:17, 119:18, 119:20, 121:9, 122:13, 123:4, 123:6, 124:15, 133:19, 133:21, 134:15, 134:22, 149:23, 151:6, 159:3, 161:23, 162:10, 165:20, 171:19, 172:10, 172:11, 172:17, 172:21, 176:18, 177:12, 180:10, 180:15, 184:10, 185:10, 185:22, 187:3, 187:11, 187:14, 187:22, 188:9, 188:12, 188:22, 189:5, 189:7, 190:2, 190:3, 190:21, 191:6, 191:9, 191:11, 191:13, 191:14, 193:5, 196:7, 197:5, 197:7, 197:9, 197:13, 197:14, 197:21, 198:24, 200:9, 201:16, 201:22, 203:1, 204:17, 204:21, 209:14, 212:5, 212:7, 212:9, 212:13, 212:22, 213:11, 214:12, 219:13, 224:18, 226:20, 232:12, 233:19, 234:13, 237:20, 239:16, 239:24, 240:3,

240:6, 246:5, 246:10, 253:17, 253:21, 255:10, 256:16, 257:2, 257:20, 257:25, 264:9, 266:9, 267:3, 278:1, 278:4, 278:13, 278:19, 281:16, 283:4, 283:16, 284:20, 289:8, 295:19, 295:22, 300:9

**wouldn't** [8] - 121:20, 161:9, 182:25, 237:10, 237:17, 250:8, 292:15, 301:15

**wow** [2] - 95:5, 297:3

**wrap** [1] - 6:3

**write** [2] - 240:12, 294:20

**written** [14] - 5:25, 31:22, 108:5, 162:5, 230:17, 231:1, 231:2, 231:3, 231:8, 231:9, 231:18, 231:20, 246:19, 272:23

**wrong** [15] - 62:2, 62:3, 94:14, 165:21, 175:7, 183:13, 193:2, 194:1, 222:3, 268:12, 297:19, 298:17, 298:21

**wrote** [2] - 154:23, 296:22

**WTI** [1] - 91:5

## X

**X** [1] - 176:10

## Y

**y'all** [8] - 4:3, 5:12, 5:15, 5:16, 6:5, 31:16, 252:16, 302:3

**Yale** [1] - 127:23

**yeah** [88] - 6:12, 7:4, 7:7, 7:25, 17:19, 27:23, 29:5, 36:12, 38:20, 42:17, 51:1, 57:4, 57:25, 58:5, 59:3, 61:12, 63:16, 64:7, 65:8, 65:17, 67:25, 71:3, 75:24, 76:15, 76:21, 78:12, 79:6, 79:25, 83:1, 84:9, 121:4, 121:5, 128:15, 131:21, 133:13, 134:19, 137:22, 138:23, 145:7, 146:1, 146:4, 146:17, 149:10, 150:14, 150:25, 154:22, 155:16, 155:19, 156:22, 157:9, 157:22, 160:15, 161:2, 162:14, 163:13, 172:11, 177:12, 182:17, 183:15, 184:23, 185:18, 186:4, 191:24, 195:3, 195:9, 196:8, 199:11, 204:20, 208:1, 208:2, 210:3, 214:12, 216:23, 221:6, 224:2, 224:24, 231:5, 231:7, 244:24, 245:5, 265:5, 284:11, 287:17, 297:3, 300:7, 300:14, 301:1, 301:15

**year** [37] - 15:3, 17:1, 18:23, 45:2, 45:11, 53:18, 53:19, 63:11, 78:25, 79:1, 79:17, 81:13, 81:16, 82:18, 85:18, 85:19, 88:10, 88:11, 90:24, 91:8, 96:1, 96:2, 96:16, 97:16, 98:7, 98:23, 116:19, 132:13, 144:24, 146:2, 146:6, 183:10, 199:7, 275:15, 285:19, 290:18, 297:22

**year-end** [1] - 116:19

**years** [22] - 12:3, 26:18, 53:12, 56:24, 83:8, 88:20, 96:5, 108:21, 127:17, 132:9, 148:1, 148:4, 209:21, 214:6, 214:7, 214:9, 245:14, 248:8, 261:14, 271:1, 271:5, 290:4

**yellow** [2] - 129:8, 145:8

**yep** [3] - 66:17, 78:19, 78:22
**yes** [287] - 7:13, 27:14, 30:15, 30:18, 33:2, 33:17, 33:25, 34:18, 34:24, 35:2, 35:22, 35:25, 36:7, 36:11, 36:15, 36:19, 38:12, 39:14, 40:23, 42:23, 43:7, 44:19, 45:4, 45:10, 45:13, 45:16, 45:24, 46:11, 46:18, 47:1, 47:5, 47:20, 48:4, 48:11, 48:14, 49:2, 49:14, 50:4, 50:9, 50:13, 50:25, 51:9, 52:4, 52:15, 54:7, 54:19, 55:17, 55:24, 56:2, 57:10, 58:6, 61:10, 61:11, 61:23, 62:1, 62:19, 62:22, 63:24, 64:12, 64:17, 65:7, 65:16, 67:12, 67:15, 68:4, 68:6, 69:6, 69:9, 69:10, 73:9, 73:10, 73:13, 75:16, 75:20, 76:8, 76:9, 77:1, 78:17, 82:2, 83:6, 83:9, 85:22, 86:2, 86:4, 87:2, 88:1, 88:11, 88:14, 91:11, 92:19, 92:22, 92:24, 94:16, 97:21, 99:13, 99:23, 100:17, 101:12, 101:16, 101:20, 101:24, 102:2, 103:5, 103:10, 103:14, 103:19, 108:6, 108:15, 109:9, 112:9, 112:18, 112:22, 113:5, 113:6, 113:11, 113:14, 113:19, 114:11, 114:17, 114:19, 114:25, 115:4, 115:16, 115:21, 116:5, 116:9, 116:13, 116:17, 116:22, 117:2, 117:11, 117:21, 117:24, 118:13, 118:21, 120:14, 121:5, 121:15, 122:1, 122:6, 122:9, 122:23, 123:6, 123:11, 123:23, 124:1, 124:8, 124:22, 125:5, 125:25, 126:4, 127:1, 129:10, 129:18, 132:4, 136:7, 136:10, 138:4, 139:7, 147:5, 147:15, 147:18, 147:25, 148:4, 148:8, 148:10, 148:12, 150:8, 152:9, 152:11, 153:14, 156:18, 158:25, 159:1, 159:4, 161:17, 161:23, 163:10, 164:15, 165:5, 166:7, 167:8, 168:13, 168:18, 179:19, 185:16, 188:24, 189:5, 196:17, 199:1, 200:3, 200:20, 201:4, 202:1, 202:4, 202:17, 203:16, 204:10, 204:25, 205:2, 205:8, 205:13, 205:17, 206:4, 206:17, 206:20, 206:24, 207:7, 207:13, 207:16, 207:22, 208:9, 208:16, 208:22, 208:25, 209:3, 209:6, 209:9, 209:13, 210:6, 210:9, 210:12, 211:2, 211:16, 211:22, 213:6, 213:17, 215:25, 217:7, 217:11, 218:8, 220:16, 221:13, 221:23, 222:16, 223:16, 223:19, 223:24, 226:13, 227:25, 229:22, 230:25, 231:11, 231:25, 233:11, 233:15, 233:18, 233:24, 234:7, 236:24, 238:11, 240:23, 241:1, 242:3, 242:15, 242:23, 242:25, 244:12, 244:18, 249:10, 249:12, 249:15, 249:21, 249:25, 250:17, 250:22, 251:3, 251:17, 251:25, 252:17, 252:25, 255:17, 260:23, 266:24, 278:4, 279:1, 282:10, 296:18, 297:1, 300:9, 301:3
**Yes** [3] - 24:18, 78:14, 82:24
**yes/no** [2] - 151:8, 152:25
**yeses** [3] - 153:12, 161:3
**yet** [10] - 12:16, 106:6, 112:3, 163:2,

207:24, 264:25, 265:7, 287:10, 287:12
**yields** [2] - 191:21, 194:25
**Yogi** [1] - 29:17
**York** [6] - 1:19, 4:6, 209:18, 256:3, 302:4
**you** [1126] - 4:5, 4:6, 5:8, 5:10, 5:12, 5:13, 6:21, 7:11, 7:17, 7:19, 7:21, 8:5, 8:8, 8:11, 10:1, 10:8, 10:18, 10:20, 11:5, 11:8, 11:17, 11:23, 11:25, 12:10, 12:11, 13:11, 13:14, 13:16, 13:19, 14:15, 15:16, 15:24, 16:10, 16:19, 17:7, 18:20, 19:16, 19:24, 20:19, 20:22, 20:24, 20:25, 21:19, 21:20, 21:25, 22:11, 22:23, 23:5, 23:13, 24:7, 24:15, 26:6, 26:9, 26:17, 26:18, 26:20, 27:22, 27:24, 28:1, 28:2, 28:3, 29:2, 29:4, 29:17, 30:13, 30:22, 31:11, 31:12, 31:19, 32:2, 32:6, 32:13, 32:15, 32:18, 33:14, 33:15, 33:25, 34:8, 34:17, 34:19, 34:25, 35:3, 35:17, 36:21, 36:22, 37:2, 37:3, 37:19, 38:7, 38:8, 38:10, 38:20, 38:25, 39:1, 39:5, 39:15, 40:2, 40:7, 40:9, 40:22, 40:24, 41:6, 41:11, 41:21, 42:5, 42:10, 42:11, 42:18, 42:20, 42:24, 43:6, 43:23, 44:1, 44:11, 44:15, 44:20, 45:6, 45:18, 45:21, 45:23, 45:25, 46:2, 46:10, 46:14, 47:2, 47:11, 47:24, 48:10, 48:15, 48:20, 49:4, 49:7, 49:13, 49:22, 50:7, 50:8, 50:12, 51:2, 51:18, 52:3, 52:8, 52:14, 53:6, 53:7, 53:21, 53:25, 54:3, 54:6, 54:11, 54:13, 55:8, 55:18, 56:7, 56:11, 56:21, 57:3, 57:9, 57:16, 57:19, 57:24, 57:25, 58:1, 58:5, 58:20, 59:11, 59:12, 59:21, 59:22, 60:4, 60:12, 60:16, 60:18, 60:20, 60:21, 61:2, 61:3, 61:15, 61:18, 61:22, 62:9, 62:18, 62:24, 63:4, 63:9, 63:16, 63:23, 64:3, 64:5, 64:11, 64:16, 64:21, 64:24, 65:11, 65:14, 65:18, 66:1, 66:7, 66:15, 67:5, 67:8, 68:2, 68:14, 68:19, 69:2, 69:11, 69:22, 70:2, 71:9, 71:11, 71:13, 72:12, 73:4, 73:7, 73:18, 75:21, 75:25, 76:14, 76:16, 76:17, 76:20, 76:25, 77:21, 78:13, 78:16, 78:18, 78:24, 79:5, 79:6, 79:9, 80:7, 80:15, 81:5, 81:6, 81:18, 82:1, 82:5, 82:12, 82:16, 82:19, 82:20, 83:5, 83:17, 83:23, 84:2, 84:15, 85:2, 85:4, 85:5, 85:9, 85:16, 85:18, 86:11, 87:17, 87:22, 87:25, 88:5, 88:6, 88:18, 88:19, 88:23, 89:21, 89:23, 90:18, 91:12, 91:18, 93:2, 93:4, 93:8, 93:20, 94:8, 94:13, 95:4, 95:13, 96:8, 97:11, 97:20, 97:23, 98:4, 98:8, 98:11, 99:5, 100:7, 100:15, 100:25, 101:4, 101:6, 101:7, 101:8, 101:10, 102:5, 102:18, 102:19, 103:15, 103:21, 104:14, 104:18, 105:7, 105:15, 105:19, 105:22, 106:6, 106:15, 106:16, 107:3, 107:24, 108:2, 108:4, 108:14, 108:16, 108:22, 109:20, 110:5, 110:8, 111:18, 111:19, 111:20, 111:23, 111:24, 112:10,

112:13, 112:19, 112:20, 112:24, 113:3, 113:9, 114:3, 114:7, 114:15, 114:24, 115:3, 115:19, 115:22, 115:23, 116:7, 116:21, 117:10, 117:20, 117:22, 118:9, 118:11, 118:24, 118:25, 119:3, 119:10, 119:12, 120:1, 120:4, 120:9, 120:12, 121:2, 121:19, 121:20, 121:24, 121:25, 122:5, 122:14, 123:3, 123:4, 123:9, 123:22, 123:24, 124:2, 124:4, 124:11, 124:12, 124:15, 124:18, 124:19, 125:1, 125:2, 125:3, 125:9, 125:23, 126:1, 126:5, 126:8, 126:9, 126:12, 126:16, 126:19, 127:2, 127:6, 127:13, 128:13, 128:18, 129:7, 129:9, 129:17, 129:20, 129:21, 131:18, 132:1, 132:2, 132:3, 132:15, 132:17, 132:24, 133:5, 133:10, 133:25, 134:13, 134:19, 134:20, 134:22, 134:23, 134:24, 135:8, 135:12, 135:13, 135:15, 135:25, 136:2, 137:6, 137:9, 137:20, 138:8, 138:12, 138:15, 139:3, 139:14, 139:24, 140:2, 140:7, 140:15, 141:5, 141:9, 141:12, 141:13, 142:3, 142:15, 143:1, 143:6, 143:7, 143:24, 143:25, 144:7, 144:8, 144:10, 145:3, 145:8, 147:1, 147:2, 147:3, 147:11, 147:22, 147:23, 147:24, 148:22, 149:1, 149:18, 149:24, 150:2, 150:6, 150:9, 150:12, 150:23, 151:9, 151:23, 151:25, 152:4, 152:8, 152:13, 152:18, 152:24, 153:11, 153:12, 153:18, 154:1, 154:5, 154:16, 154:18, 154:19, 155:11, 156:25, 157:7, 157:14, 158:1, 158:14, 158:17, 158:18, 158:25, 159:7, 159:21, 160:20, 161:7, 161:8, 161:24, 162:2, 162:10, 163:1, 163:8, 163:12, 163:16, 163:23, 163:25, 164:14, 164:16, 164:24, 165:2, 165:8, 166:7, 166:23, 167:10, 167:11, 167:12, 167:13, 167:25, 168:24, 169:24, 170:6, 170:20, 170:21, 171:1, 171:2, 171:14, 171:17, 171:18, 171:23, 171:24, 172:1, 172:2, 172:7, 172:11, 172:12, 173:4, 173:7, 173:9, 173:11, 173:12, 173:23, 174:8, 174:21, 174:25, 175:2, 175:22, 175:24, 176:22, 177:2, 177:11, 178:21, 178:22, 179:9, 179:19, 179:21, 180:5, 180:23, 181:1, 181:11, 181:14, 181:17, 181:25, 182:1, 182:11, 182:15, 183:3, 183:6, 183:9, 183:10, 183:11, 183:12, 183:14, 183:16, 183:21, 184:1, 184:3, 184:4, 184:5, 184:9, 184:19, 185:1, 185:10, 185:12, 185:17, 186:2, 186:8, 186:20, 187:20, 188:5, 188:10, 188:11, 188:12, 188:14, 188:16, 188:19, 188:20, 189:3, 189:7, 189:8, 189:9, 189:11, 189:12, 189:14, 189:17, 189:22, 189:25, 190:1, 190:2, 190:11, 190:13, 190:14, 190:15, 190:19, 190:25, 191:1, 191:2, 191:4, 191:5, 191:13, 191:14, 191:20, 191:23, 192:14, 192:17, 192:22, 193:8, 193:16,

194:2, 194:4, 194:21, 195:2, 195:5, 196:1, 196:2, 196:3, 196:5, 196:10, 196:21, 196:22, 196:23, 197:23, 198:5, 198:6, 198:7, 198:8, 198:22, 198:24, 199:2, 199:13, 199:15, 199:16, 199:21, 199:24, 200:2, 200:7, 200:9, 200:14, 200:17, 200:19, 200:21, 200:22, 201:1, 201:5, 201:8, 201:13, 201:16, 201:24, 202:8, 202:11, 202:18, 202:22, 203:1, 203:6, 203:7, 203:10, 203:18, 203:19, 203:25, 204:9, 204:11, 204:15, 204:19, 204:20, 204:21, 205:1, 205:3, 205:9, 205:14, 205:18, 205:19, 205:21, 205:23, 206:8, 206:12, 206:15, 206:18, 206:21, 207:6, 207:8, 207:11, 207:23, 208:6, 208:10, 208:14, 208:20, 208:23, 209:16, 209:25, 210:2, 210:7, 210:11, 210:18, 210:21, 210:24, 210:25, 211:3, 211:6, 211:9, 211:13, 211:17, 211:20, 211:23, 212:1, 212:4, 212:17, 212:19, 212:21, 212:25, 213:1, 213:6, 213:9, 213:14, 213:16, 213:17, 213:20, 214:5, 214:14, 214:18, 214:19, 214:20, 214:24, 214:25, 215:1, 215:4, 215:6, 216:5, 216:6, 216:7, 216:16, 216:18, 216:19, 217:3, 217:5, 217:8, 217:11, 217:14, 217:16, 217:18, 217:23, 217:25, 218:7, 218:9, 218:15, 218:16, 218:18, 218:19, 218:25, 219:6, 219:7, 219:8, 219:10, 219:13, 219:24, 220:15, 221:4, 221:11, 221:14, 221:18, 221:25, 222:12, 222:22, 222:25, 223:2, 223:14, 223:15, 223:18, 223:20, 223:23, 224:1, 224:20, 225:5, 225:10, 225:11, 226:10, 226:16, 226:18, 226:19, 226:21, 227:6, 227:11, 227:14, 227:22, 228:1, 228:5, 228:7, 228:12, 228:18, 229:3, 229:6, 229:7, 229:8, 229:9, 229:14, 229:20, 229:23, 230:12, 230:21, 230:24, 231:1, 231:8, 232:9, 232:16, 232:18, 233:10, 233:16, 233:22, 234:4, 234:10, 234:17, 235:5, 235:6, 235:9, 235:14, 235:24, 235:25, 236:5, 236:7, 236:12, 236:13, 236:14, 236:16, 236:21, 236:22, 237:5, 237:6, 237:10, 237:14, 237:17, 237:22, 237:24, 238:5, 238:12, 238:13, 238:16, 238:24, 238:25, 239:3, 239:4, 239:15, 239:19, 239:20, 239:22, 239:23, 240:3, 240:5, 240:20, 241:2, 241:9, 241:13, 241:14, 241:18, 241:19, 241:21, 241:24, 241:25, 242:4, 242:19, 242:24, 242:25, 243:2, 243:7, 243:18, 243:22, 244:1, 244:2, 244:8, 244:11, 244:14, 244:17, 244:19, 244:23, 244:25, 245:1, 245:7, 245:15, 245:19, 245:23, 246:10, 246:12, 246:15, 246:18, 246:19, 246:22, 247:8, 247:14, 247:15, 247:23, 247:24, 247:25, 248:7, 248:14, 248:17, 248:23, 249:14, 249:17, 249:19, 249:23, 250:24, 251:2, 251:4, 251:18, 251:21, 251:22, 252:3, 252:24, 253:2,

253:4, 255:7, 256:11, 256:15, 256:17, 257:3, 257:4, 257:7, 258:23, 259:22, 259:23, 260:12, 260:18, 260:19, 260:20, 260:21, 260:24, 261:17, 262:18, 264:14, 264:23, 265:4, 265:13, 265:15, 265:23, 266:1, 266:12, 266:25, 268:11, 269:10, 269:19, 273:3, 273:24, 275:14, 276:23, 276:25, 277:3, 277:14, 277:23, 278:3, 278:7, 278:21, 279:5, 279:12, 279:21, 279:22, 279:23, 281:5, 281:17, 282:5, 284:5, 284:10, 284:13, 284:16, 284:23, 284:24, 286:12, 287:2, 287:9, 287:19, 287:25, 288:2, 288:8, 288:13, 288:25, 289:6, 289:7, 289:11, 289:12, 289:22, 290:1, 290:25, 291:4, 291:7, 291:11, 291:19, 291:22, 292:10, 292:11, 292:18, 292:20, 293:8, 293:10, 293:23, 294:6, 294:8, 295:5, 295:10, 295:11, 295:13, 295:20, 295:23, 296:15, 296:16, 296:23, 296:25, 297:3, 297:4, 297:8, 297:9, 297:11, 298:2, 298:3, 298:7, 298:8, 298:18, 298:22, 298:25, 299:7, 299:15, 299:22, 300:7, 300:16, 301:6, 301:9, 301:16, 301:22, 301:23, 301:24, 302:1

**you'd** [9] - 59:5, 76:11, 81:17, 198:17, 209:21, 234:20, 261:8, 269:20

**you'll** [8] - 46:19, 47:6, 47:15, 48:22, 64:18, 96:11, 96:13, 115:1

**you're** [74] - 7:20, 26:21, 27:7, 33:9, 35:17, 37:22, 41:5, 49:18, 51:22, 63:24, 68:10, 72:24, 73:14, 77:6, 79:2, 81:6, 81:9, 82:22, 83:4, 90:11, 96:11, 105:25, 106:15, 106:17, 106:22, 107:21, 109:17, 123:1, 145:24, 146:21, 147:7, 147:9, 151:20, 157:15, 160:13, 165:2, 169:4, 170:3, 170:6, 171:22, 174:4, 175:23, 176:25, 180:24, 185:14, 191:13, 192:15, 193:3, 193:7, 194:20, 196:10, 209:20, 212:18, 214:22, 218:13, 225:9, 232:21, 234:10, 236:15, 241:5, 247:6, 252:22, 256:23, 262:4, 268:19, 268:20, 283:8, 285:2, 296:17, 296:18, 297:1, 297:8, 300:14, 300:15

**you've** [20] - 8:9, 12:6, 16:19, 29:18, 37:18, 59:15, 106:7, 129:16, 136:6, 152:16, 158:15, 183:12, 194:20, 214:10, 214:14, 229:2, 245:13, 265:9, 275:14

**Your** [49] - 4:25, 5:17, 6:15, 7:5, 7:8, 7:24, 8:5, 8:17, 11:24, 12:5, 14:8, 21:24, 27:5, 31:8, 31:21, 32:5, 87:17, 112:7, 115:16, 126:15, 126:18, 127:1, 127:6, 166:7, 178:12, 178:23, 183:21, 218:21, 221:20, 221:23, 248:21, 249:1, 251:20, 251:24, 253:4, 255:22, 279:21, 282:9, 286:8, 287:20, 288:16, 292:13, 292:18, 300:3, 300:15, 301:3, 301:4, 301:15, 301:21

**your** [253] - 4:8, 4:13, 7:1, 22:1, 24:24,

28:2, 32:2, 43:11, 45:11, 58:18, 59:17, 60:22, 71:22, 77:7, 79:9, 85:8, 85:23, 86:19, 89:11, 90:11, 98:5, 99:18, 100:14, 101:9, 102:9, 102:10, 102:11, 105:2, 105:10, 107:3, 107:5, 108:4, 111:18, 112:19, 112:21, 114:13, 114:16, 114:23, 115:19, 115:22, 115:25, 116:3, 116:6, 116:7, 120:8, 120:20, 121:6, 121:12, 122:20, 123:9, 124:19, 125:3, 125:6, 125:23, 126:1, 126:9, 127:14, 127:25, 128:6, 128:7, 128:13, 130:24, 132:1, 132:19, 136:8, 136:11, 136:15, 136:18, 139:23, 141:22, 142:14, 142:21, 147:1, 147:22, 148:25, 149:12, 150:6, 151:9, 152:3, 152:17, 154:24, 155:5, 158:9, 158:15, 158:20, 158:21, 159:4, 162:21, 164:3, 164:7, 164:9, 164:11, 168:6, 171:23, 179:8, 180:7, 181:3, 182:15, 184:6, 188:5, 191:16, 191:20, 194:10, 196:4, 197:3, 198:2, 198:7, 198:13, 199:9, 201:5, 204:24, 205:18, 205:19, 206:12, 206:13, 209:5, 209:8, 210:24, 210:25, 211:10, 211:23, 212:2, 212:4, 213:1, 213:7, 213:9, 213:10, 213:18, 213:20, 214:17, 214:19, 214:22, 214:25, 215:9, 215:10, 215:13, 215:14, 216:1, 216:5, 217:13, 217:17, 218:16, 219:7, 219:18, 220:19, 221:7, 222:6, 222:11, 222:23, 223:6, 225:5, 225:9, 225:10, 225:13, 225:18, 226:10, 226:11, 227:3, 227:6, 227:7, 227:23, 228:1, 228:2, 228:8, 228:11, 228:13, 228:17, 228:22, 228:23, 229:6, 229:9, 229:15, 229:16, 229:20, 229:23, 230:14, 231:4, 231:12, 233:1, 233:7, 233:13, 234:3, 234:17, 235:20, 237:23, 238:3, 238:7, 238:13, 239:3, 240:25, 242:2, 242:4, 242:7, 242:12, 242:16, 243:2, 243:7, 243:10, 243:15, 243:23, 243:25, 244:1, 244:3, 244:17, 245:2, 245:14, 245:15, 245:16, 245:17, 245:18, 245:20, 245:23, 245:24, 246:3, 246:4, 246:7, 246:8, 246:12, 246:15, 246:19, 246:24, 247:7, 247:11, 247:15, 247:21, 247:22, 248:1, 248:15, 249:5, 249:6, 249:9, 249:19, 251:5, 252:7, 255:8, 255:9, 256:8, 256:16, 265:6, 266:1, 269:10, 277:21

**yourself** [1] - 127:13

## Z

**zero** [3] - 177:24, 191:9, 193:23

**zone** [7] - 48:1, 48:2, 50:11, 56:25, 96:6, 96:10, 266:22

**zones** [4] - 51:24, 56:25, 96:6, 96:10

**zoom** [9] - 203:8, 204:2, 205:23, 210:7, 217:3, 217:25, 230:6, 234:1, 238:5